UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

Defendants.

No. 2:25-cv-00814

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

I, DWIGHT DIVELY, declare:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2. I am the Chief Operating Officer ("COO") and Director of Performance, Strategy and Budget ("PSB") for Martin Luther King, Jr. County ("King County"). I have been in this position since 2010. I am a member of King County Executive Shannon Braddock's Senior Leadership Team. I am also an affiliate assistant professor at the University of Washington Evans School of Public Policy and Governance. Before joining King County, I was the City of Seattle's Director of Finance for 15 years.

3. As King County's COO and PSB Director, I am charged with overseeing and understanding King County operations and its various books of business, and with advising the Executive on alignment of operations with the County's vision and values. I am responsible for developing and monitoring the biennial King County budget, implementing the King County Strategic Plan, identifying and tracking performance measures, developing and implementing the King County Comprehensive Plan, overseeing business planning, and managing many of the

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

grants received by King County. I oversee a wide range of activities, including project analysis, financial forecasting, program evaluation, demographic analysis, and policy development. I also track the budgets of individual King County departments and the public services they provide.

### King County

4. Located in the Pacific Northwest, covering 2,307 square miles, King County has almost twice the land area of the State of Rhode Island. With a population of approximately 2.3 million people, King County is the twelfth most populous county in the United States. King County contains over 800,000 acres of forests, more than 60 named lakes, over 3,000 miles of rivers and streams, and is bounded by Puget Sound to the west. While the eastern portion of King County is dominated by the Cascade Mountain Range, King County's 39 cities, the largest of which is the City of Seattle, are primarily located in the western lowlands. King County owns over 200 parks, 175 miles of regional trails, and 215 miles of backcountry trails. It is home to some of Washington's most well-known businesses, including Microsoft, Amazon, Starbucks, Costco, and Boeing Commercial Aircraft, alongside nationally recognized institutions of higher education and research such as the University of Washington.

5. King County government provides a full range of services – local and regional, urban and rural – across the County's diverse geography and communities, managing nearly 17,700 employees and an overall budget of approximately $10.2 billion dollars. The County operates a regional wastewater system, one of the largest bus transit systems in the country, a water-based transit service, and an international airport while also overseeing King County voting in local, state, and federal elections and providing emergency management services. The County Sheriff provides direct law enforcement services for unincorporated King County and twelve contract cities as well as countywide services mandated by state law. The County's Department of Adult and Juvenile Detention, Prosecuting Attorney's Office, Department of Public Defense, and Superior and District Courts manage prosecution and adjudication of state felony and misdemeanor crimes committed within the County's boundaries and coordination of crime prevention strategies and victim recovery services with King County cities, police

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

departments, municipal courts, and community-based organizations.  The County also provides extensive public health and mental health services, and supports service infrastructure for homeless, migrant, and refugee populations.

### King County Vision and Values

6. Martin Luther King, Jr. County is a home rule charter county and municipal corporation organized under the Washington Constitution and applicable statutes. Diversity, equity, inclusion, and social justice are among the County's foundational governing concepts.  The County's fundamental and organic legal document, its charter, was adopted to form "a more just, equitable and orderly government for all."  The County Executive's mission statement is, "Our True North is what we aspire to: Making King County a welcoming community where every person can thrive."

7. With approximately 25% of its population having been born outside of the United States, King County is a diverse and vibrant community.  At King County, diversity, equity, inclusion, and social justice are not transitory "policies" that can be set aside, they are concepts that are woven into the fabric of all government functions.  A respect for diversity, equity, and inclusion is fundamental to the County's charter, code, culture, and policies promulgated by all three branches of the government.  The county's work on equity and social justice is "an integrated effort that applies the county's principle of 'fair and just' intentionally in all the county does in order to achieve equitable opportunities for all people and communities." K.C.C. 2.10.200.

8. The County code further defines the terms critical to this effort and directs the Executive to take certain actions to implement the principle of fair and just government:

    A. "Community" means a group of people who share some or all of the following:  geographic boundaries, sense of membership, culture, language, common norms and interests.

    B. "Determinants of equity" means the social, economic, geographic, political and physical environment conditions in which people in our county are born, grow, live, work and age that lead to the creation of a fair and just society.  Access to the determinants of equity is necessary to have equity for all people regardless of race, class, gender or language spoken.  Inequities are created when barriers exist that

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 3

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

prevent individuals and communities from accessing these conditions and reaching their full potential. The determinants of equity are:

1. Community economic development that supports local ownership of assets, including homes and businesses, and assures fair access for all to business development and business retention opportunities;

2. Community and public safety that includes services such as fire, police, emergency medical services and code enforcement that are responsive to all residents so that everyone feels safe to live, work and play in any neighborhood of King County;

3. A law and justice system that provides equitable access and fair treatment for all;

4. Early childhood development that supports nurturing relationships, high-quality affordable child care and early learning opportunities that promote optimal early childhood development and school readiness for all children;

5. Education that is high quality and culturally appropriate and allows each student to reach the student's full learning and career potential;

6. Equity in county practices that eliminates all forms of discrimination in county activities in order to provide fair treatment for all employees, contractors, clients, community partners, residents and others who interact with King County;

7. Food systems that support local food production and provide access to affordable, healthy, and culturally appropriate foods for all people;

8. Health and human services that are high quality, affordable and culturally appropriate and support the optimal well-being of all people;

9. Healthy built and natural environments for all people that include mixes of land use that support: jobs, housing, amenities and services; trees and forest canopy; and clean air, water, soil and sediment;

10. Housing for all people that is safe, affordable, high quality and healthy;

11. Job training and jobs that provide all residents with the knowledge and skills to compete in a diverse workforce and with the ability to make sufficient income for the purchase of basic necessities to support them and their families;

12. Neighborhoods that support all communities and individuals through strong social networks, trust among neighbors and the ability to work together to achieve common goals that improve the quality of life for everyone in the neighborhood;

13. Parks and natural resources that provide access for all people to safe, clean and quality outdoor spaces, facilities and activities that appeal to the interests of all communities; and

14. Transportation that provides everyone with safe, efficient, affordable, convenient and reliable mobility options including public transit, walking, car pooling and biking.

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 4

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

C. "Equity" means all people have full and equal access to opportunities that enable them to attain their full potential.

D. "Equity and social justice foundational practices" means those practices that can increase the county's influence on access to the determinants of equity when applied to the county's actions in: siting and delivery of services; policy development and decision making; education and communication within county government; and community engagement and partnerships. Equity and social justice foundational practices are goals for all governmental actions; and across agencies, programs and services. The equity and social justice foundational practices are efforts that enable King County government to:

1. Raise and sustain the visibility of the county's "fair and just" principle and equity and social justice values, policies and foundational practices;

2. Increase focus on the determinants of equity in order to make progress in the elimination of the root cause of inequities;

3. Consider equity and social justice impacts in all decision-making so that decisions increase fairness and opportunity for all people, particularly for people of color, low-income communities and people with limited English proficiency or, when decisions that have a negative impact on fairness and opportunity are unavoidable, steps are implemented that mitigate the negative impacts;

4. Foster an organizational culture that promotes fairness and opportunity;

5. Collaborate across agencies, departments and other organizations;

6. Build capacity to engage all communities in a manner that: promotes and foster trust among people across geographic, race, class and gender lines; results in more effective policies, processes and services; and supports communities' efforts to develop solutions.

F. "Fair and just" means the county serves all residents by promoting fairness and opportunity and eliminating inequities through actions to which equity and social justice foundational practices are applied.

G. "Inequity" means differences in well-being that disadvantage one individual or group in favor of another. These differences are systematic, patterned and unfair and can be changed. Inequities are not random; they are caused by past and current decisions, systems of power and privilege, policies and the implementation of those policies.

H. "Social justice" means all aspects of justice, including legal, political and economic, and requires the fair distribution of public goods, institutional resources and life opportunities for all people.

K.C.C. 2.10.210. (The omission of a paragraph "E" is a typographical error contained in the original Ordinance 16948 (Oct. 20, 2010) and carried forward through amending Ordinances 18618 (Dec. 14, 2017) and 19540 (Nov. 29, 2022).)

9. Guided by the charter and county code, the King County executive branch strives

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 5

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to embody what we have described as our "True North." Our True North values define the way we act, what is important to us, and our expectations for ourselves and one another. Our True North values include a commitment to racial justice and mandate respect for all people. Our values require us to take a data-driven approach as we seek to create a community in which all people can thrive. Our True North core values include the following:

    a.    **We solve problems.** We make problems visible and treat them as opportunities. We embrace data, analysis, and science. We innovate and challenge the status quo. We align solutions with strategic priorities, goals, and objectives.

    b.    **We are racially just.** We acknowledge racism and oppression and seek to undo it at all levels. We recognize our positional power and how it affects our interactions with others and the communities we serve. We act as champions to achieve racial justice.

    c.    **We respect all people**. We actively seek to learn and understand all perspectives, beliefs, and values. We engage all people in decisions affecting them. We recognize all people for their contributions and accomplishments.

## Impacts of the Withholding of Federal Grant Awards

10. King County's 2025 general fund and enterprise operating budgets include more than $200 million in federal revenue. Some federal funding is received indirectly through the state of Washington. Often, County departments receive federal funding through specific grants that are funded by Congress and competitively awarded by a federal agency for a specific purpose. County departments also receive federal funding by formula. Formula funds are automatically calculated and awarded by congressional appropriation based on specific facts. Examples of congressional formula funding systems include airport funding based on the annual number of passengers and the amount of cargo moving through the King County airport. In 2025, federal revenue represents approximately 2.7% of the County's overall budget.

11. King County's capital budget is supported by federal revenue forecasted for several years into the future. The amount of federal capital funds either awarded to King County

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 6

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

for 2025 or included in the budget for 2025 based on congressionally required formula funding is approximately $500 million. Capital projects require dependable funding sources over the lengthy timelines required for design through full project build out and always require the County to make extensive third-party contract commitments.

12. King County, as part of the Seattle-King County Continuum, receives funding from the U.S. Department of Housing and Urban Development's (HUD) Continuum of Care (CoC) program authorized by the McKinney-Vento Homeless Assistance Act. In FY 2024, the Seattle-King County Continuum applied for and was awarded approximately $67 million in CoC funding.

13. A large portion of CoC funding is for permanent supportive housing (PSH), which provides long-term, affordable housing combined with supportive services for individuals and families experiencing, or at risk of, homelessness. CoC funds also go towards rapid rehousing programs, which help individuals and families in King County exit homelessness and return quickly to permanent housing by providing temporary financial assistance and other supportive services like housing search and stability case management.

14. Loss of this CoC funding would cause immediate and cascading damage to King County as described more fully in the Declaration of Sunaree Marshall.

15. The King County Metro Transit Department ("Metro") operates fixed-route bus, paratransit, vanpool, and passenger-only ferry services throughout King County. Metro also operates and maintains the Sound Transit Link light rail system and the Seattle streetcar system through contracts with the Central Puget Sound Regional Transit Agency (Sound Transit) and the City of Seattle, respectively. Metro is the nation's seventh-largest transit agency.

16. Metro has had a long history of partnering with the U.S. Department of Transportation, primarily through its Federal Transit Administration (FTA) division, to secure federal grants to improve our transit services and serve working families and vulnerable populations. These federal grants are an integral part of Metro's financial planning and budget, and provide critical funding for project implementation.

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 7

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

17. Metro relies on the hundreds of millions of dollars of funds provided by these grant programs to develop, construct, maintain, repair, and replace a wide range of transit vehicles and facilities across its system as described in greater detail in the Declaration of David Morrison. Loss of this FTA funding would cause immediate and cascading damage to King County and its residents who rely on public transportation to get them to their jobs, schools, grocery stores, medical appointments, and family, recreational, spiritual, and cultural activities.

18. Failure to receive awarded federal funding may also have a material adverse impact on other King County funding streams. If sufficient amounts of awarded federal funds were withheld, the County would have to take on unplanned debt at higher rates to support its contract, project, and program commitments. If federal revenues are interrupted or withheld, the County does not have other flexible revenues to backfill.

19. The federal funding discussion in this declaration is necessarily preliminary, and intentionally conservative. The County's current projections reflect that general fund programs at 2025 levels will cost approximately $150 million more than currently available revenues in 2026-2027, making federal funding especially critical now and into the upcoming budget cycle. This discrepancy is caused by a state law capping annual property tax increases at 1%. King County, like many other Washington counties, has operated within the 1% limit by finding efficiencies, adjusting services, and finding small new revenue sources. This was possible in past years because inflation was lower. Because of higher inflation between 2021 and 2023, which averaged 6.78% per year, it will cost the County more to provide the same levels of service.

20. King County is also affected by the additional conditions that have been added to the FTC and CoC Master Agreements because it must devote significant resources to evaluating new risk to this already awarded federal funding, continuously monitor developments, and coordinate internal and external communications and responses. Assessing and responding to

//
//

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 8

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

the proposed changes is expensive and time consuming.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 2nd day of May, 2025.

_____
DWIGHT DIVELY

DECLARATION OF DWIGHT DIVELY IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 9

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| Party | Method |
|---|---|
| Scott Turner<br>Secretary of Housing and Urban Development<br>U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Sean Duffy<br>Secretary of Transportation<br>U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Matthew Welbes<br>Acting Administrator, Federal Transit Administration<br>Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☒ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| | |
|---|---|
| Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Alex Haas, Co-Director<br>Diane Kelleher, Co-Director<br>John Griffiths, Co-Director<br>Eric J. Hamilton, Deputy Assistant Attorney<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>alex.haas@usdoj.gov<br>diane.kelleher@usdoj.gov<br>john.griffiths@usdoj.gov<br>eric.hamilton@usdoj.gov | ☐ CM/ECF E-service<br>☒ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Teal L. Miller, Acting United States Attorney<br>Rebecca S. Cohen, Civil Division Chief<br>United States Attorney's Office for the Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br><br>teal.miller@usdoj.gov<br>rebecca.cohen@usdoj.gov | ☐ CM/ECF E-service<br>☒ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 5th day of May 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750