THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

　　　　　　　　Plaintiffs,

　v.

SCOTT TURNER, in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development, et al.,

　　　　　　　　Defendants.

No. 2:25-cv-00814

DECLARATION OF MARY JANE BRELL VUJOVIC IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

I, MARY JANE BRELL VUJOVIC declare as follows:

1. I am the Director of the Department of Human Services ("Department") at Snohomish County ("County") and have served in that role since March 2015. Prior to becoming the Director of the Department, I was the Division Manager for Housing and Community Services within the Department. I joined Snohomish County in May 2013. As Director, I manage multiple functions of the Department: Administration, Behavioral Health, Veterans Assistance, Early Learning, Developmental Disabilities, Aging and Disability Services, Case Management and Home Care Services, Office of the Court Appointed Special Advocates, and Housing and Community Services.

2. The Department administers and coordinates programs for individuals who, as a

DECLARATION OF MARY JANE BRELL VUJOVIC IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 1

PACIFICA LAW GROUP LLP
410 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

result of health, economic, or social condition, require financial assistance, care, rehabilitation, training, education, or other human services. To provide services, the Department acts either as direct service provider or manages grant funds for the County as a pass-through entity. One such federal grant is the Continuum of Care grant ("CoC grant").

3. The United States Department of Housing and Urban Development ("HUD") awards CoC funds to local governments, nonprofits, and entities serving as recipients of CoC funds in a given designated geographic area. As designated by HUD, a Unified Funding Agency serves as the sole grant applicant and pass-through entity for all other local governments and nonprofits providing CoC funded services in their designated geographic area. Snohomish County serves as the Unified Funding Agency and sole grant recipient for CoC funding in the Everett/Snohomish County geographic area (known as Washington State Continuum of Care 504 Everett/Snohomish County).

4. Snohomish County relies on the CoC grant to provide and/or fund an array of services to vulnerable individuals. Typical projects funded with CoC funds include permanent supportive housing, provided to individuals with disabilities experiencing chronic homelessness; rapid rehousing, including rental assistance and services; joint transitional housing/rapid rehousing for young adults and domestic violence victims experiencing homelessness; and supportive services for young adults to prevent homelessness. Permanent supportive housing projects are included in our CoC application every year. As a result, individuals who receive permanent supportive housing services receive services year-to-year, without interruption.

5. Snohomish County also relies on the CoC grant to substantially fund the administrative backbone of its homeless housing system. Specifically, the CoC grant funds Snohomish County's Coordinated Entry System (a HUD requirement), which includes a uniform

DECLARATION OF MARY JANE BRELL VUJOVIC IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 2

PACIFICA LAW GROUP LLP
410 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

screening and assessment process used to triage eligible applicants for services and housing. Additionally, CoC grant dollars fund the Homeless Management Information System ("HMIS"), also a HUD requirement, which is a database used for collection and management of information about individuals receiving services; general administrative functions; and the County's additional monitoring responsibilities as a Unified Funding Agency.

6. As part of my job duties, I monitor and oversee our CoC program details and funding. I have reviewed our funding and services for federal fiscal year 2023. In program year 2024 which began on July 1, 2024, the County received $15,470,868 in federal fiscal year 2023 CoC funds from HUD, and the County declined an additional $564,108. In program year 2024, among many other services, CoC funds provided permanent supportive housing to 928 individuals; rapid rehousing or joint transitional/rapid rehousing services for 359 individuals; and supportive services to prevent homelessness for 156 youth.

7. Also, as part of my job duties, I monitor data points regarding homelessness in Snohomish County. The Department manages the annual point-in-time count for the Everett/Snohomish County Continuum of Care. The annual point-in-time count provides a snapshot of homelessness in Snohomish County on a single night in January of each year and is conducted in compliance with HUD protocols. I have reviewed the data gathered in Snohomish County's 2024 point-in-time count, which identified 1,161 people in 945 households residing in shelter, transitional housing, or living without shelter in Snohomish County on the night of January 22, 2024. Of these, 536 were sheltered and 625 were unsheltered. A total of 481 were adults with a serious mental illness and 668 were chronically homeless (that is unhoused long term or having had multiple episodes of being unhoused).

8. The annual HMIS database provides a yearlong data set on homelessness in

DECLARATION OF MARY JANE BRELL VUJOVIC IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 3

PACIFICA LAW GROUP LLP
410 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Snohomish County, including data on program and service delivery. I have also reviewed our Coordinated Entry System numbers for 2024, which are contained within the HMIS database, through which 6,937 individuals experiencing homelessness received services during calendar year 2024.

9. Snohomish County submitted a CoC application for fiscal years 2024 and 2025 pursuant to a HUD Notice of Funding Opportunity. The County's application included funds for permanent supportive housing, rapid rehousing, permanent housing for veterans, and other programs in addition to the administrative function identified above. On January 17, 2025, Snohomish County was included on HUD's conditional award list for an amount of $16,701,680. Snohomish County received its award letter from HUD on April 29, 2025, though the letter itself is dated as of March 11, 2025. Prior to receiving its award letter, in April 2025 Snohomish County received from HUD a copy of the template CoC grant agreement for CoC federal fiscal year 2024 funds beginning July 1, 2025 for Snohomish County, which included new grant conditions. A true and correct copy of this template grant agreement is attached to this declaration as Exhibit "A."

10. One of the new grant conditions for the CoC funds requires the County to use the Systematic Alien Verification for Entitlements ("SAVE") or equivalent verification system approved by the Federal government. The Department does not have access to SAVE.

11. One of the new grant conditions for the CoC funds states that the County's "use of funds. . . , and the [County's] operation of projects assisted with" the funds are "governed by" "all current Executive Orders," which includes Executive Order 14173 related to DEI programs. Many of the programs operated by the Department are based on the application of eligibility criteria which ensure services are provided to a limited segment of the population. Most of these

DECLARATION OF MARY JANE BRELL VUJOVIC IN
SUPPORT OF MOTION FOR TEMPORARY
RESTRAINING ORDER - 4

PACIFICA LAW GROUP LLP
410 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

criteria are focused on economic, educational, developmental, or other needs which disproportionately impact differing populations. It is our responsibility to ensure that all eligible individuals feel welcome to apply for and receive the services we offer. A vaguely defined prohibition on DEI programs will suppress the Department's ability to conduct effective outreach to the populations we serve.

12. A loss in CoC funding creates a $16.7 million shortage to the homeless housing system in Snohomish County and would cause gaps in services and significant loss of administrative ability to combat homelessness. The gaps in services would likely result in a quick and substantial increase in homelessness, potentially doubling the number of individuals experiencing homelessness in Snohomish County. Further, the County would lose vital administrative resources that fund its Homeless Management Information System database and its Coordinated Entry System for thousands of vulnerable individuals.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 2nd day of May, 2025 at Everett, Washington.

_____
Mary Jane Brell Vujovic

DECLARATION OF MARY JANE BRELL VUJOVIC IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 5

PACIFICA LAW GROUP LLP
410 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| Party | Method |
|---|---|
| Scott Turner<br>Secretary of Housing and Urban Development<br>U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Sean Duffy<br>Secretary of Transportation<br>U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Matthew Welbes<br>Acting Administrator, Federal Transit Administration<br>Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☒ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| | | |
|---|---|---|
| 1, 2, 3, 4 | Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| 5, 6, 7, 8, 9, 10, 11, 12, 13 | Alex Haas, Co-Director<br>Diane Kelleher, Co-Director<br>John Griffiths, Co-Director<br>Eric J. Hamilton, Deputy Assistant Attorney<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>alex.haas@usdoj.gov<br>diane.kelleher@usdoj.gov<br>john.griffiths@usdoj.gov<br>eric.hamilton@usdoj.gov | ☐ CM/ECF E-service<br>☒ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| 14, 15, 16, 17, 18, 19 | Teal L. Miller, Acting United States Attorney<br>Rebecca S. Cohen, Civil Division Chief<br>United States Attorney's Office for the Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br><br>teal.miller@usdoj.gov<br>rebecca.cohen@usdoj.gov | ☐ CM/ECF E-service<br>☒ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 5th day of May 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

**Grant Number/FAIN:**
**Recipient Name:**
**Tax ID No.:**
**Unique Entity Identifier (UEI) Number:**


# CONTINUUM OF CARE PROGRAM (Assistance Listing# 14.267) GRANT AGREEMENT

This Grant Agreement ("this Agreement") is made by and between the United States Department of Housing and Urban Development ("HUD") and (the "Recipient").

This Agreement, the Recipient's use of funds provided under this Agreement (the "Grant" or "Grant Funds"), and the Recipient's operation of projects assisted with Grant Funds are governed by

1. The Consolidated Appropriations Act, 2024 (Public Law 118-42, approved March 9, 2024);

2. title IV of the McKinney-Vento Homeless Assistance Act 42 U.S.C. 11301 et seq. (the "Act");

3. the Continuum of Care Program rule at 24 CFR part 578 (the "Rule"), as amended from time to time;

4. the Notice of Funding Opportunity for FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program (NOFO), except for references in the NOFO to Executive Orders that have since been repealed;

5. all current Executive Orders; and

6. the Recipient's application submissions on the basis of which these Grant Funds were approved by HUD, including the certifications, assurances, technical submission documents, and any information or documentation required to meet any grant award condition (collectively, the "Application").

The Application is incorporated herein as part of this Agreement, except that only the project (those projects) listed below are funded by this Agreement. In the event of any conflict between any application provision and any provision contained in this Agreement, this Agreement shall control. Capitalized terms that are not defined in this agreement shall have the meanings given in the Rule.

1

☐   The Recipient is a Unified Funding Agency (UFA).
☐   The Recipient is the sole recipient designated by the applicable Continuum of Care.
☐   The Recipient is not the only recipient designated by the applicable Continuum of Care.

HUD's total funding obligation authorized by this grant agreement is $161440, allocated between the project(s) listed below (each identified by a separate grant number) and, within those projects, between budget line items, as shown below. The Grant Funds an individual project will receive are as shown in the Application on the final HUD-approved Summary Budget for the project. Recipient shall use the Grant Funds provided for the projects listed below, during the budget period(s) period stated below.

| Grant No. (FAIN) | Grant Term | Performance Period | Budget Period | Total Amount |
|---|---|---|---|---|
|  |  | (start date)-(end date) | (start date)-(end date) |  |
| allocated between budget line items as follows: | | | | |
| a.   Continuum of Care Planning Activities | | | | $0 |
| b.   Acquisition | | | | $0 |
| c.   Rehabilitation | | | | $0 |
| d.   New construction | | | | $0 |
| e.   Leasing | | | | $0 |
| f.   Rental assistance | | | | $0 |
| g.   Supportive services | | | | $0 |
| h.   Operating costs | | | | $0 |
| i.   Homeless Management Information System | | | | $0 |
| j.   Administrative costs | | | | $0 |
| k.   Relocation costs | | | | $0 |
| l.   VAWA Costs | | | | $0 |
| m.   Rural Costs | | | | $0 |
| n.   HPC homelessness prevention activities: | | | | |
|         Housing relocation and stabilization services | | | | $0 |
|         Short-term and medium-term rental assistance | | | | $0 |

**Pre-award Costs for Continuum of Care Planning**

The Recipient may, at its own risk, incur pre-award costs for continuum of care planning awards, after the date of the HUD selection notice and prior to the effective date of this Agreement, if such costs: a) are consistent with 2 CFR 200.458; and b) would be allowable as a post-award cost; and c) do not exceed 10 percent of the total funds obligated to this award. The incurrence of pre-award costs in anticipation of an award imposes no obligation on HUD either

to make the award, or to increase the amount of the approved budget, if the award is made for less than the amount anticipated and is inadequate to cover the pre-award costs incurred.

**These provisions apply to all Recipients:**

    The Recipient:

(1) shall not use grant funds to promote "gender ideology," as defined in E.O. 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government;

(2) agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code;

(3) certifies that it does not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964;

(4) shall not use any Grant Funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment; and

(5) Notwithstanding anything in the NOFO or Application, this Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or NOFO requirements implementing Executive Orders that have been revoked.

    The recipient must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Center for Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

    No state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation.

    Subject to the exceptions provided by PRWORA, the recipient must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

    HUD will not enforce provisions of the Grant Agreement to the extent that they require the project to use a housing first program model.

3

As stated in Section III.A.2 of the NOFO, Faith-based organizations may be recipients or subrecipients for funds under this agreement on the same basis as any other organization. Recipients may not, in the selection of subrecipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

If any new projects funded under this Agreement are for project-based rental assistance for a term of fifteen (15) years, the funding provided under this Agreement is for the performance period stated herein only. Additional funding is subject to the availability of annual appropriations.

The budget period and performance period of renewal projects funded by this Agreement will begin immediately at the end of the budget period and performance period of the grant being renewed. Eligible costs incurred between the end of Recipient's budget period and performance period under the grant being renewed and the date this Agreement is executed by both parties may be reimbursed with Grants Funds from this Agreement. No Grant Funds for renewal projects may be drawn down by Recipient before the end date of the project's budget period and performance period under the grant that has been renewed.

For any transition project funded under this Agreement the budget period and performance period of the transition project(s) will begin immediately at the end of the Recipient's final operating year under the grant being transitioned. Eligible costs, as defined by the Act and the Rule incurred between the end of Recipient's final operating year under the grant being transitioned and the execution of this Agreement may be paid with funds from the first operating year of this Agreement.

HUD designations of Continuums of Care as High-performing Communities (HPCS) are published on HUD.gov in the appropriate Fiscal Years' CoC Program Competition Funding Availability page. Notwithstanding anything to the contrary in the Application or this Agreement, Recipient may only use grant funds for HPC Homelessness Prevention Activities if the Continuum that designated the Recipient to apply for the grant was designated an HPC for the applicable fiscal year.

The Recipient must use the Grant Funds only for costs (including indirect costs) that meet the applicable requirements in 2 CFR part 200 (including appendices), as may be amended from time to time. The Recipient's indirect cost rate information is as provided in Addendum #1 to this Agreement. The Recipient must immediately notify HUD upon any change in the Recipient's indirect cost rate, so that HUD can amend the Agreement to reflect the change if necessary.

HUD notifications to the Recipient shall be to the address of the Recipient as stated in the Recipient's applicant profile in *e-snaps*. Recipient notifications to HUD shall be to the HUD Field Office executing the Agreement. No right, benefit, or advantage of the Recipient hereunder may be assigned without prior written approval of HUD.

The Recipient must comply with the applicable requirements in 2 CFR part 200, as may be

amended from time to time.

*Build America, Buy America Act.* The Grantee must comply with the requirements of the Build America, Buy America (BABA) Act, 41 USC 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Pursuant to HUD's Notice, "Public Interest Phased Implementation Waiver for FY 2022 and 2023 of Build America, Buy America Provisions as Applied to Recipients of HUD Federal Financial Assistance" (88 FR 17001), any funds obligated by HUD on or after the applicable listed effective dates, are subject to BABA requirements, unless excepted by a waiver.

*Waste, Fraud, Abuse, and Whistleblower Protections.* Any person who becomes aware of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). HUD OIG is available to receive allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form. You must comply with 41 U.S.C. § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, grantee, and subgrantee—as well as a personal services contractor—who make a protected disclosure about a Federal grant or contract cannot be discharged, demoted, or otherwise discriminated against as long as they reasonably believe the information they disclose is evidence of:
    1. Gross mismanagement of a Federal contract or grant;
    2. Waste of Federal funds;
    3. Abuse of authority relating to a Federal contract or grant;
    4. Substantial and specific danger to public health and safety; or
    5. Violations of law, rule, or regulation related to a Federal contract or grant.

    HUD may terminate all or a portion of the Grant in accordance with the Act, the Rule, and 2 CFR 200.340.     The Agreement constitutes the entire agreement between the parties and may be amended only in writing executed by HUD and the Recipient.

    By signing below, Recipients that are states and units of local government certify that they are following a current HUD approved CHAS (Consolidated Plan).

This agreement is hereby executed on behalf of the parties as follows:

**UNITED STATES OF AMERICA,**
**Secretary of Housing and Urban Development**

BY: _____
      (Signature)

_____
(Typed Name and Title)

_____
(Date/Federal Award Date)

**RECIPIENT**

(Name of Organization)

BY: _____
      (Signature of Authorized Official)

_____
(Typed Name and Title of Authorized Official)

_____
       (Date)

Addendum #1 to

OMB Number. 2501-0044
Expiration Date: 2/28/2027

## Indirect Cost Information for Award Applicant/Recipient

1. Federal Program/Assistance Listing Program Title:
   CONTINUUM OF CARE PROGRAM/Assistance Listing# 14.267

2. Legal Name of Applicant/Recipient:

3. Indirect Cost Rate Information for the Applicant/Recipient:
   *Please check the box that applies to the Applicant/Recipient and complete the table only as provided by the instructions accompanying this form.*

   ☐ The Applicant/Recipient will not charge indirect costs using an indirect cost rate.

   ☐ The Applicant/Recipient will calculate and charge indirect costs under the award by applying a *de minimis* rate as provided by 2 CFR 200.414(f), as may be amended from time to time.

   ☐ The Applicant/Recipient will calculate and charge indirect costs under the award using the indirect cost rate(s) in the table below, and each rate in this table is included in an indirect cost rate proposal developed in accordance with the applicable appendix to 2 CFR part 200 and, *if required*, has been approved by the cognizant agency for indirect costs.

   | Agency/department/major function | Indirect cost rate | Type of Direct Cost Base | Type of Rate |
   |---|---|---|---|
   |  | % |  |  |
   |  | % |  |  |
   |  | % |  |  |

4. Submission Type (check only one):
   ☐ Initial submission   ☐ Update

5. Effective date(s):

6. Certification of Authorized Representative for the Applicant/Recipient:
   **Under penalty of perjury, I certify on behalf of the Applicant/Recipient that
   (1) all information provided on this form is true, complete, and accurate, and
   (2) the Applicant/Recipient will provide HUD with an update to this form immediately upon learning of any change in the information provided on this form, and
   (3) I am authorized to speak for the Applicant/Recipient regarding all information provided on this form.

   Signature: _____
   Date: _____
   Name: _____
   Title: _____

7

**\*\*Warning:** Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties (18 U.S.C §§ 287, 1001, 1010, 1012, 1014; 31 U.S.C. § 3729, 3802; 24 CFR § 28.10(b)(iii)).

**Public Reporting Burden Statement:** This collection of information is estimated to average 0.25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of the requested information. Comments regarding the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to: U.S. Department of Housing and Urban Development, Office of the Chief Data Officer, R, 451 7th St SW, Room 8210, Washington, DC 20410-5000. Do not send completed forms to this address. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid OMB control number. This agency is authorized to collect this information under Section 102 of the Department of Housing and Urban Development Reform Act of 1989. The information you provide will enable HUD to carry out its responsibilities under this Act and ensure greater accountability and integrity in the provision of certain types of assistance administered by HUD. This information is required to obtain the benefit sought in the grant program. Failure to provide any required information may delay the processing of your application and may result in sanctions and penalties including of the administrative and civil money penalties specified under 24 CFR §4.38. This information will not be held confidential and may be made available to the public in accordance with the Freedom of Information Act (5 U.S.C. §552). The information contained on the form is not retrieved by a personal identifier, therefore it does not meet the threshold for a Privacy Act Statement.

OMB Number. 2501-0044
Expiration Date: 2/28/2027

**Instructions for Completing the Indirect Cost Information for the Award Applicant/Recipient**

| Number | Item | Instructions |
|---|---|---|
| 1 | Federal Program/ Assistance Listing Program Title | Enter the title of the program as listed in the applicable funding announcement or notice of funding availability. |
| 2 | Legal Name of Applicant/ Recipient | Enter the legal name of the entity that will serve as the recipient of the award from HUD. |
| 3 | Indirect Cost Rate Information for the Applicant/ Recipient | Mark the one (and only one) checkbox that best reflects how the indirect costs of the Applicant/Recipient will be calculated and charged under the award. Do not include indirect cost rate information for subrecipients.<br><br>The table following the third checkbox must be completed only if that checkbox is checked. When listing a rate in the table, enter the percentage amount (for example, "15%"), the type of direct cost base to be used (for example, "MTDC"), and the type of rate ("predetermined," "final," "fixed," or "provisional").<br><br>If using the Simplified Allocation Method for indirect costs, enter the applicable indirect cost rate and type of direct cost base in the first row of the table.<br><br>If using the Multiple Allocation Base Method, enter each major function of the organization for which a rate was developed and will be used under the award, the indirect cost rate applicable to that major function, and the type of direct cost base to which the rate will be applied.<br><br>If the Applicant/Recipient is a government and more than one agency or department will carry out activities under the award, enter each agency or department that will carry out activities under the award, the indirect cost rate(s) for that agency or department, and the type of direct cost base to which each rate will be applied. |
| 4 | Submission Type | Check the appropriate box to identify whether this is the first submission of this form for the award or an update to a previous submission of this form for the award. |
| 5 | Effective date(s) | Enter the date(s) for which the information on this form applies. |
| 6 | Certification of Authorized Representative for the Applicant/ Recipient | An employee or officer of the Applicant/Recipient with the capacity and authority to make this certification for the Applicant/Recipient must make the certification by signing as provided. They must also provide the date of their signature, full name, and position title. |

9