THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, *et al.*,<br><br>Defendants. | No. 2:25-cv-00814<br><br>DECLARATION OF RICHARD JOHNS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

Pursuant to 28 U.S.C. § 1746(2) I, Richard Johns, declare as follows:

1. I am the Chief Program Performance and Financial Officer at the New York City Department of Social Services (NYC DSS) and have served in this role since 2025.

2. NYC DSS is a department of the City of New York (NYC). It is an oversight agency that is comprised of two sub-agencies: the Department of Homeless Services (NYC DHS) and the Human Resources Administration (NYC HRA). NYC DHS's mission is to prevent homelessness, when possible; address street homelessness; provide safe temporary shelter; and connect New Yorkers experiencing homelessness to suitable housing. NYC HRA administers public benefits for NYC, such as Food Assistance and Emergency Rental Assistance, to fight poverty and income inequality.

3. I make this declaration in my capacity the Chief Program Performance and Financial Officer at the NYC DSS, as based on my personal knowledge and observations,

DECLARATION OF RICHARD JOHNS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

conversations with my staff and other officials of NYC, and NYC DSS's documents and records. I respectfully submit this Declaration in order to place before the Court certain testimony and documents relevant to the relief requested in the motion for a temporary restraining order. I am familiar with the matters set forth herein.

### NYC CoC

4. NYC DSS, on behalf of NYC DHS, currently serves as the lead agency for the NYC Continuum of Care (CoC) and as such is the Collaborative Applicant for the NYC CoC. NYC DSS also serves as the Homeless Management Information System (HMIS) lead agency for the NYC CoC to comply with HUD's data collection, management, and reporting standards as required by the contracts. HUD designates CoC lead agencies to ensure both continuity in relationships and applying a systemic approaches to ending homelessness.

5. As the lead agency, NYC DSS prepares and submits the collaborative application to HUD for federal CoC program funding as a part of the annual CoC Program Notice of Funding Opportunity (CoC NOFO) to support the operation of homeless assistance projects throughout NYC. These programs include Permanent Supportive Housing, Rapid Re-Housing, Transitional Housing, Joint Transitional-Rapid Re-Housing, Homeless Management Information System, Coordinated Entry, and CoC Planning activities. DSS also engages in consolidated planning as it relates to homelessness and Emergency Solutions Grant (ESG) reporting. ESG program reporting must be submitted through HMIS.

6. As lead agency for the NYC CoC, DSS receives a CoC Planning Grant to provide technical and administrative support to all of the programs in the NYC CoC. This grant ensures, among other things, that NYC DSS it is able to submit the required CoC application to the annual NOFO and individual renewal and new project applications for all NYC CoC grantees, which is currently over $170 million. DSS also receives an HMIS Grant to operate the HUD mandated HMIS data system and generate and submit CoC reporting required by HUD. Finally, NYC HRA, receives funding for Coordinated Entry (CE) that systematically assesses and

DECLARATION OF RICHARD JOHNS IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

prioritizes households for housing and services. HUD requires that all CoC grantees rely on their local CE for referrals and housing placements.

7. The mission of the NYC Continuum of Care (NYC CoC) is to provide a leadership role in local planning and coordination to prevent and eradicate homelessness in New York City, while effectively implementing the U.S. Department of Housing and Urban Development's (HUD) Continuum of Care program.

8. The NYC CoC's primary decision making body is its steering committee, of which DSS is the co-chair. The NYC CoC steering committee provides overall leadership to ensure the CoC carries out its vision and meets all HUD mandates and requirements. Among other things, the steering committee provides direction to, and coordinates the efforts of CoC committees, approves and sets policy priorities, and communicates with the public and external stakeholders to build their understanding of homelessness and the solutions required to prevent and eradicate it.

9. Together, the programs in the NYC CoC provides approximately 8,000 units of permanent housing to NYC residents and over 150 units of transitional housing dedicated to persons experiencing homelessness in NYC. The NYC CoC works together to maximize federal funding to meet the needs of homeless and at-risk New Yorkers. Through Coordinated Entry, we streamline and improve the assessment, prioritization, housing matching, and placement system for homeless and at-risk households through a coordinated, community-informed process.

### CoC Funding for FY 2024

10. In response to the FY 2024 NOFO for CoC grants appropriated by Congress for FYs 2024 and 2025, which HUD had posted in July 2024, NYC DSS submitted the collaborative NOFO for the NYC CoC.  Along with applications for all of the other individual projects by all grantees of the NYC CoC, the collaborative application included applications on behalf of NYC DSS.

11. On January 17, 2025, HUD released a notification of FY 2024 CoC project

DECLARATION OF RICHARD JOHNS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 3

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

awards, and the awards list included four grants for NYC DSS totaling approximately $6.7 million. The NYC DSS has met the requirements for those funds to become obligated pursuant to 42 U.S.C. § 11382(d)(1)(A).

12. The grants awarded to NYC DSS included two grants to operate and enhance the NYC CoC's "coordinated entry" programs, totaling $ 3,081,368, which help households move from homelessness into permanent housing. Coordinated entry is a requirement for all CoCs nationwide to streamline the way people move out of homelessness and into stable permanent housing and ensure the most vulnerable households are prioritized for scarce resources. HUD's coordinated entry grants provide critical funding that enables NYC DSS to refer and place households experiencing homelessness into permanent housing.

13. NYC DSS also received a grant to operate HMIS for the NYC CoC (through a contract with the HMIS vendor), in the amount of $2,177,136. This grant supports the preparation and submission of all mandated HUD reports for the NYC CoC, including, among other things, the Point-in-Time Count (HIC-PIT) – an annual count of all the homeless persons in NYC. The funds from this grant also support other data reporting, training, compliance, and data quality for all NYC CoC grantees as well as ESG reporting.

14. Finally, NYC DSS received a planning grant for $1,500,000. This noncompetitive award supports the work that NYC DSS does to operate and oversee the NYC CoC, including submitting the collaborative application; conducting project monitoring, provider training and technical assistance; and serving as point of contact for HUD for all CoC operation and project support.

15. The Coordinated Entry grants, HMIS grant, and the Planning grant agreements all must be signed by July 1, 2025. NYC DSS anticipates that the grant agreements for these grants will include the same new conditions that have been imposed on NYC HPD. *See* Declaration of Alexandra Warren, dated May 2, 2025.

DECLARATION OF RICHARD JOHNS IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 4

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Irreparable Harm from Loss of CoC Funding**

16. Thousands of New York City residents rely on housing programs funded by the NYC CoC. NYC DSS provides logistical, technical and administrative support to every single one of these programs, enabling them to function. Cutting off funding to NYC DSS would have ricocheting impacts across the NYC CoC because without the work of NYC DSS, the NYC CoC cannot operate in accordance with HUD's program requirements. This would jeopardize all the CoC-funded projects, putting in danger the financial stability of dozens of CoC housing and service providers who will not have access to the dollars necessary to operate projects such as those for rental assistance or supportive services or pay operational costs for projects that are fully enrolled with formerly homeless clients and have been operating for years.

17. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 2nd day of May, 2025.

_____
Richard Johns

DECLARATION OF RICHARD JOHNS IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 5

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| Party | Method |
|---|---|
| Scott Turner<br>Secretary of Housing and Urban Development<br>U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Sean Duffy<br>Secretary of Transportation<br>U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Matthew Welbes<br>Acting Administrator, Federal Transit Administration<br>Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☒ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| | |
|---|---|
| Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Alex Haas, Co-Director<br>Diane Kelleher, Co-Director<br>John Griffiths, Co-Director<br>Eric J. Hamilton, Deputy Assistant Attorney<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>alex.haas@usdoj.gov<br>diane.kelleher@usdoj.gov<br>john.griffiths@usdoj.gov<br>eric.hamilton@usdoj.gov | ☐ CM/ECF E-service<br>☒ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Teal L. Miller, Acting United States Attorney<br>Rebecca S. Cohen, Civil Division Chief<br>United States Attorney's Office for the Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br><br>teal.miller@usdoj.gov<br>rebecca.cohen@usdoj.gov | ☐ CM/ECF E-service<br>☒ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 5th day of May 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750