THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF JAMIE LISAGOR IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER |

I, Jamie Lisagor, declare and state the following:

1. I am a partner at Pacifica Law Group LLP. I represent Plaintiffs Martin Luther King, Jr. County, Pierce County, County and City of San Francisco, County of Santa Clara, City of Boston, City of Columbus, and City of New York in the above-captioned matter.

2. Plaintiffs filed this action in the afternoon on Friday, May 2, 2025. On Sunday, May 4, 2025, I sent an email to the following people attaching a courtesy copy of the complaint and informing them that Plaintiffs "intend to file a motion in district court tomorrow seeking a temporary restraining order" "prohibiting the U.S. Department of Housing and Urban Development from imposing or enforcing new grant conditions or any materially similar terms or conditions to any Continuum of Care (CoC) funds awarded to Plaintiffs or members of Plaintiffs' Continuums; prohibiting the U.S. Department of Transportation and the Federal

DECLARATION OF JAMIE LISAGOR IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET, SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Transit Administration (FTA) from imposing or enforcing new grant conditions or any materially similar terms or conditions to any FTA funds awarded to Plaintiff King County; and related relief pending a motion for preliminary injunction." I also informed them that Plaintiffs "requested a hearing on May 6th or 7th."

- ERIC J. HAMILTON
  Deputy Assistant Attorney
  United States Department of Justice, Federal Programs Branch
  eric.hamilton@usdoj.gov

- ALEX HAAS
  Co-Director
  United States Department of Justice, Federal Programs Branch
  alex.haas@usdoj.gov

- DIANE KELLEHER
  Co-Director
  United States Department of Justice, Federal Programs Branch
  diane.kelleher@usdoj.gov

- JOHN GRIFFITHS
  Co-Director
  United States Department of Justice, Federal Programs Branch
  john.griffiths@usdoj.gov

- TEAL L. MILLER
  Acting United States Attorney
  United States Attorney's Office, Western District of Washington
  teal.miller@usdoj.gov

- REBECCA S. COHEN
  Civil Division Chief
  United States Attorney's Office, Western District of Washington
  rebecca.cohen@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 5th day of May, 2025.

_____
JAMIE LISAGOR

DECLARATION OF JAMIE LISAGOR IN SUPPORT OF
MOTION FOR A TEMPORARY RESTRAINING ORDER - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET, SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| Party | Method |
|---|---|
| Scott Turner<br>Secretary of Housing and Urban Development<br>U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Sean Duffy<br>Secretary of Transportation<br>U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Matthew Welbes<br>Acting Administrator, Federal Transit Administration<br>Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☒ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| | |
|---|---|
| Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | ☐ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Alex Haas, Co-Director<br>Diane Kelleher, Co-Director<br>John Griffiths, Co-Director<br>Eric J. Hamilton, Deputy Assistant Attorney<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br><br>alex.haas@usdoj.gov<br>diane.kelleher@usdoj.gov<br>john.griffiths@usdoj.gov<br>eric.hamilton@usdoj.gov | ☐ CM/ECF E-service<br>☒ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
| Teal L. Miller, Acting United States Attorney<br>Rebecca S. Cohen, Civil Division Chief<br>United States Attorney's Office for the Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br><br>teal.miller@usdoj.gov<br>rebecca.cohen@usdoj.gov | ☐ CM/ECF E-service<br>☒ Email<br>☐ U.S. Mail<br>☒ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 5th day of May 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750