Docusign Envelope ID: AAEF13E7-5C74-4137-A67A-27143582C9B5

THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> SUPPLEMENTAL DECLARATION OF SUNAREE MARSHALL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

I, SUNAREE MARSHALL declare as follows:

1. I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

2. After King County DCHS received the CoC contracts from HUD on or about March 26, 2025, the Department took time to compare the new language and conditions to previous contracts received from HUD. These conditions were not in grant agreements from previous years, and it took some time to evaluate the potential impact of the language to CoC-funded projects. This time was spent reaching out to providers to understand the impact of the new conditions regarding immigration status, examining program data to assess the degree to which CoC funded projects served individuals with diverse gender identities, and estimating the total number of households served by the program. The Department used this information to brief

SUPPLEMENTAL DECLARATION OF SUNAREE MARSHALL IN
SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 1
Case No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 160
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

King County leadership multiple times over the following weeks so that King County Leadership could make a decision on whether or not to accept the conditions based on information, rather than speculation.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of May, 2025.



SUNAREE MARSHALL

SUPPLEMENTAL DECLARATION OF SUNAREE MARSHALL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 2
Case No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>Assistant United States Attorneys<br>U.S. Attorney's Office for the Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Annalisa.Cravens@usdoj.gov<br>Sarah.Bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Matthew Welbes, and the Federal Transit Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 7th day of May 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750