The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00814-BJR <br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Civil Rule 7(n), Defendants hereby bring to the Court's attention relevant supplemental authority that was issued after the briefing was complete on Plaintiffs' motion for a temporary restraining order.

Attached hereto is a copy of *RFE/RL, Inc. v. Lake*, No. 25-5158, issued by the Court of Appeals for the District of Columbia Circuit today, May 7, 2025.

DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated May 7, 2025.

                Respectfully submitted,

                TEAL LUTHY MILLER
                Acting United States Attorney

                *s/ Annalisa L. Cravens*
                ANNALISA L. CRAVENS, TX 24092298

                *s/ Sarah L. Bishop*
                SARAH L. BISHOP, NY 5256359
                Assistant United States Attorneys
                United States Attorney's Office
                Western District of Washington
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101
                Phone: 206-553-7970
                Fax:    206-553-4067
                Email: annalisa.cravens@usdoj.gov
                          sarah.bishop@usdoj.gov

                *Counsel for Defendants*

DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970