# Exhibit A

EXHIBIT A (FY 2023)

| Field Office | CoC Number | Applicant Name | Project Name | Grant Number | Term | Awarded | Expiration Date | Available to Draw | Balance |
|---|---|---|---|---|---|---|---|---|---|
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Renascent Place | CA1729L9T002406 | 1 | $713,605 | 9/30/2025 | Yes | $669,385.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | CASA 200 | CA1384L9T002408 | 1 | $1,392,162 | 9/30/2025 | Yes | $769,187.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Ira D. Hall | CA2327L9T002400 | 1 | $301,095 | | | |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | SCC Coordinated Assessment System | CA1527L9T002408 | 1 | $138,644 | 12/31/2025 | Yes | $100,748.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | CoC GRANT 5320 | CA0746L9T002416 | 1 | $543,830 | 10/31/2025 | Yes | $472,358.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Second Street Studios | CA1526L9T002407 | 1 | $615,561 | 6/30/2025 | Yes | $452,282.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Alvarado Park | CA2328L9T002400 | 1 | $124,633 | | | |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Calabazas Apartments | CA1910L9T002405 | 1 | $741,016 | 12/31/2025 | Yes | $695,773.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | CCP Placement Project | CA0825L9T002412 | 1 | $7,741,946 | 6/30/2025 | Yes | $3,411,189.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | CoC GRANT 5022 | CA0021L9T002417 | 1 | $8,355,246 | 5/31/2025 | Yes | $2,942,763.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Samaritan Inns | CA0003L9T002415 | 1 | $721,603 | 6/30/2025 | Yes | $524,698.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | RELIGHT Project | CA2227L9T002401 | 1 | $1,680,036 | 4/30/2026 | Yes | $1,443,786.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Immanuel-Sobrato Community | CA1966L9T002403 | 1 | $944,697 | 12/31/2025 | Yes | $886,497.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Housing Case Management for Medical Respite | CA0001L9T002414 | 1 | $1,669,293 | 4/30/2025 | Yes | $1,236,484.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | SCC HMIS Consolidation | CA0951L9T002413 | 1 | $1,600,696 | 5/31/2025 | Yes | $269,616.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | Leigh Ave | CA1909L9T002405 | 1 | $610,091 | 12/31/2025 | Yes | $571,857.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | SCC RRH for Families & Youth | CA1385L9T002409 | 1 | $2,919,238 | 4/30/2025 | Yes | $947,354.00 |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | CA-500 CoC Planning Project FY2024 | CA2331L9T002400 | 1 | $1,500,000 | | | |
| San Francisco | CA-500 | County of Santa Clara by and through Office of Supportive Housing | 2024 DV Bonus TH-RRH | CA2330D9T002400 | 1 | $599,781 | | | |

$ 15,393,977

EXHIBIT A (FY 2023)

| Field Office | CoC Number | Applicant Name | Project Name | Grant Number | Term | Awarded | Expiration Date | Available to Draw | Balance |
|---|---|---|---|---|---|---|---|---|---|
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Harbor Haven | CA0058L9T012417 | 1 | $3,748,805 | 6/30/2025 | Yes | $1,680,994.35 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Mary Helen Rogers Senior Community | CA1061L9T012408 | 1 | $372,967 | 1/31/2025 | No | $61,252.68 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | AWS Rapid Rehousing | CA1826D9T012405 | 1 | $1,348,417 | 12/31/2025 | Yes | $1,281,503.00 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | DV Coordinated Entry | CA1732D9T012406 | 1 | $939,115 | 12/31/2025 | Yes | $873,853.04 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Housing For Survivors | CA1968D9T012403 | 1 | $2,438,419 | 12/31/2025 | Yes | $2,283,708.21 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | CCCYO Scattered Sites | CA0073L9T012417 | 1 | $1,598,972 | 7/31/2025 | Yes | $736,819.63 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Rental Assistance for Homeless Veterans I | CA1243L9T012410 | 1 | $2,273,315 | 7/31/2025 | Yes | $1,000,627.81 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Integrated Services Network | CA0060L9T012417 | 1 | $1,057,945 | 12/31/2024 | No | $180,893.79 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Rental Assistance II | CA0066L9T012416 | 1 | $6,188,568 | 7/31/2025 | Yes | $3,407,647.63 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Youth Coordinated Entry | CA1718Y9T012406 | 1 | $240,750 | 12/31/2025 | Yes | $202,155.19 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Bishop Swing Community House | CA0033L9T012411 | 1 | $481,107 | 3/31/2025 | Yes | $90,329.70 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Larkin Street YAC Collaborative | CA1970Y9T012403 | 1 | $463,613 | 12/31/2025 | Yes | $378,602.00 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | 3rd Street Homeless Youth RRH Program | CA1719Y9T012406 | 1 | $576,603 | 10/31/2025 | Yes | $396,030.16 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Rental Assistance I | CA1246L9T012416 | 1 | $16,150,375 | 9/30/2025 | Yes | $10,125,973.01 |
| San Francisco | CA-501 | Community Housing Partnership DBA HomeRise | Iroquois Residence | CA0061L9T012417 | 1 | $169,193 | 11/30/2025 | Yes | $126,286.79 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Harbor Haven for Veterans | CA1537L9T012408 | 1 | $1,067,869 | 10/31/2025 | Yes | $960,449.50 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | 1296 Shotwell | CA1731L9T012406 | 1 | $408,850 | 10/31/2025 | Yes | $266,959.22 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Direct Access to Housing Chronic Alcoholics | CA0045L9T012417 | 1 | $1,545,788 | 7/31/2025 | Yes | $848,912.25 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Treasure Island Consolidated | CA0080L9T012417 | 1 | $2,618,624 | 3/31/2025 | Yes | $489,398.20 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | San Francisco HMIS 2016 | CA1535L9T012408 | 1 | $36,067 | 4/30/2025 | Yes | $0.00 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Glide Cecil Williams Community House | CA0053L9T012416 | 1 | $620,799 | 6/30/2025 | Yes | $264,337.24 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Eddy and Taylor | CA1641L9T012407 | 1 | $295,320 | 4/30/2025 | Yes | $180,423.87 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | 42 Otis | CA2114L9T012402 | 1 | $758,242 |  | No | $0.00 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Allen Hotel | CA0888L9T012415 | 1 | $740,123 | 4/30/2025 | Yes | $60,016.35 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Rapid Re-Housing for Families and TAY | CA1533L9T012408 | 1 | $2,407,236 | 11/30/2025 | Yes | $2,297,037.00 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | CHP Scattered Sites | CA0826L9T012410 | 1 | $996,846 | 6/30/2025 | Yes | $520,852.83 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | SF HMIS Expansion | CA1062L9T012413 | 1 | $762,525 | 6/30/2025 | Yes | $229,906.18 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | CoC Planning Project Application FY2024 | CA2333L9T012400 | 1 | $1,500,000 |  |  |  |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | 1300 Fourth | CA1640L9T012407 | 1 | $491,328 | 12/31/2024 | No | $26,166.10 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | 4200 Geary | CA2232L9T012401 | 1 | $331,776 | 12/31/2025 | Yes | $317,736.00 |
| San Francisco | CA-501 | Larkin Street Youth Services | Geary House | CA0052L9T012417 | 1 | $470,069 | 5/31/2025 | Yes | $68,120.00 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Folsom/Dore | CA0821L9T012415 | 1 | $615,060 | 4/30/2025 | Yes | $218,444.42 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | 180 Jones | CA2115L9T012402 | 1 | $1,126,230 |  | No | $0.00 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | Hazel Betsey | CA0055L9T012417 | 1 | $272,975 | 6/30/2025 | Yes | $156,290.81 |
| San Francisco | CA-501 | City and County of San Francisco Project Applicant | San Francisco Coordinated Entry Expansion | CA1463L9T012409 | 1 | $1,061,107 | 12/31/2025 | Yes | $919,910.05 |
|  |  |  |  |  |  | $56,174,998 |  |  | $30,651,637 |

EXHIBIT A (FY 2023)

| Field Office | CoC Number | Applicant Name | Project Name | Grant Number | Term | Awarded | Expiration Date | Available to Draw | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Boston | MA-500 | City of Boston | FamilyAid Boston - Home Advantage Collaborative | MA0002L1T002414 | 1 | $967,793 | 11/30/2025 | Yes | $568,172.53 |
| Boston | MA-500 | City of Boston | Hildebrand Family Self-Help Center - Hildebrand PSH Program | MA0797L1T002401 | 1 | $698,015 | 8/31/2025 | Yes | $657,412.00 |
| Boston | MA-500 | City of Boston | Casa Myrna Vazquez, Inc. – Survivors Transitioning to Empowerment Program II (STEP II) | MA0758D1T002402 | 1 | $1,605,969 | 9/30/2025 | Yes | $627,643.32 |
| Boston | MA-500 | City of Boston | MA-500 CoC Planning Application FY 2024 | MA0822L1T002400 | 1 | $1,500,000 | | | |
| Boston | MA-500 | City of Boston | Casa Myrna Vazquez, Inc. - Bridge to Safety | MA0716L1T002403 | 1 | $1,445,608 | 10/31/2025 | Yes | $935,280.46 |
| Boston | MA-500 | City of Boston | Bay Cove Human Services, Inc. – Home At Last | MA0399L1T002413 | 1 | $842,493 | 11/30/2025 | Yes | $729,169.47 |
| Boston | MA-500 | City of Boston | HomeStart, Inc. – Chronic Consolidated Leasing | MA0027L1T002417 | 1 | $2,487,737 | 7/31/2025 | Yes | $1,042,782.90 |
| Boston | MA-500 | City of Boston | HomeStart, Inc. - The Apartment Connection | MA0003L1T002416 | 1 | $2,466,539 | 5/31/2025 | Yes | $991,712.89 |
| Boston | MA-500 | City of Boston | HomeStart, Inc. - The Welcome Home Project | MA0330L1T002413 | 1 | $896,500 | 6/30/2025 | Yes | $239,931.05 |
| Boston | MA-500 | City of Boston | HomeStart, Inc. - Chronic Stabilization Program | MA0510L1T002409 | 1 | $231,715 | 6/30/2025 | Yes | $60,565.93 |
| Boston | MA-500 | City of Boston | Heading Home, Inc. - Boston Homeless to Housing | MA0025L1T002417 | 1 | $288,372 | 8/31/2025 | Yes | $168,835.88 |
| Boston | MA-500 | City of Boston | Pine Street Inn, Inc. – REACH Consolidated | MA0058L1T002417 | 1 | $2,164,644 | 8/31/2025 | Yes | $927,913.59 |
| Boston | MA-500 | City of Boston | Massachusetts Housing & Shelter Alliance, Inc. - Home Front | MA0363L1T002413 | 1 | $339,264 | 11/30/2025 | Yes | $215,882.10 |
| Boston | MA-500 | City of Boston | Metropolitan Boston Housing Partnership, Inc. - Consolidated Tenant Based Rental Assistance | MA0043L1T002417 | 1 | $10,255,345 | 3/31/2025 | Yes | $0.50 |
| Boston | MA-500 | City of Boston | Victory Programs, Inc. - Joint TH-RRH for LGBTQ + YA | MA0798L1T002401 | 1 | $800,615 | 11/30/2025 | Yes | $680,567.72 |
| Boston | MA-500 | City of Boston | Pine Street Inn, Inc. - Long Term Stayers Consolidated | MA0428L1T002411 | 1 | $1,981,712 | 5/31/2025 | Yes | $676,555.32 |
| Boston | MA-500 | City of Boston | Justice 4 Housing - CoC SEA for Survivors Program | MA0800D1T002401 | 1 | $1,085,398 | 12/31/2025 | Yes | $1,054,145.00 |
| Boston | MA-500 | City of Boston | Pine Street Inn, Inc. - Housing Works Partnership Consolidated | MA0552L1T002408 | 1 | $2,328,806 | 6/30/2025 | Yes | $570,050.79 |
| Boston | MA-500 | City of Boston | Boston CoC Homeless Management Information System Consolidated | MA0001L1T002416 | 1 | $1,383,471 | 6/30/2025 | Yes | $290,568.53 |
| Boston | MA-500 | City of Boston | Pine Street Inn, Inc. - Chronically Homeless Housing | MA0362L1T002412 | 1 | $558,614 | 5/31/2025 | Yes | $244,911.45 |
| Boston | MA-500 | City of Boston | MA-500 Coordinated Access Project Expansion | MA0532L1T002409 | 1 | $284,705 | 6/30/2025 | Yes | $126,636.71 |
| Boston | MA-500 | City of Boston | Pine Street Inn - First Home Consolidated Expansion | MA0017L1T002417 | 1 | $967,620 | 8/31/2025 | Yes | $478,528.43 |
| Boston | MA-500 | City of Boston | Metropolitan Boston Housing Partnership, Inc.- 1999 Tier 2 Project Based Rental Assistance | MA0044L1T002417 | 1 | $482,780 | 12/31/2025 | Yes | $281,612.00 |
| Boston | MA-500 | City of Boston | Metropolitan Boston Housing Partnership, Inc. - 2005 Project Based Rental Assistance | MA0351L1T002415 | 1 | $80,463 | 9/30/2025 | Yes | $42,658.50 |
| Boston | MA-500 | City of Boston | New England Center And Home For Veterans - Veterans Welcome Home | MA0589L1T002408 | 1 | $356,357 | 5/31/2025 | Yes | $115,567.08 |
| Boston | MA-500 | City of Boston | Metropolitan Boston Housing Partnership, Inc. - 2006 Sponsor Based Rental Assistance | MA0425L1T002413 | 1 | $107,302 | 8/31/2025 | Yes | $51,930.00 |
| Boston | MA-500 | City of Boston | Metropolitan Boston Housing Partnership, Inc. - Consolidated Sponsor Based Rental Assistance | MA0042L1T002417 | 1 | $4,278,596 | 10/31/2025 | Yes | $2,230,450.00 |
| Boston | MA-500 | City of Boston | MBHP SRO Program | MA0305L1T002416 | 1 | $521,610 | 6/30/2025 | Yes | $124,297.00 |
| Boston | MA-500 | City of Boston | Massachusetts Housing & Shelter Alliance, Inc. - Home and Healthy for Good | MA0307L1T002416 | 1 | $656,276 | 12/31/2025 | Yes | $432,755.34 |
| Boston | MA-500 | City of Boston | The Home for Little Wanderers - The Home TH-RRH | MA0712Y1T002403 | 1 | $464,401 | 9/30/2025 | Yes | $359,893.08 |
| Boston | MA-500 | City of Boston | The Home for Little Wanderers - Roxbury Village | MA0715Y1T002403 | 1 | $161,045 | 9/30/2025 | Yes | $116,843.23 |
| Boston | MA-500 | City of Boston | Kit Clark Senior Services, Inc. - Walnut Community House | MA0037L1T002417 | 1 | $85,193 | 3/31/2025 | Yes | $0.01 |
| Boston | MA-500 | City of Boston | ESAC – FAST PSH | MA0714Y1T002403 | 1 | $741,351 | 9/30/2025 | Yes | $487,818.11 |
| Boston | MA-500 | City of Boston | Justice Resource Institute - JRI RRH+ | MA0713Y1T002403 | 1 | $290,298 | 9/30/2025 | Yes | $157,972.45 |
| Boston | MA-500 | City of Boston | Victory Programs, Inc. - Joint TH-RRH for Victims of Gender-Based Violence | MA0799D1T002401 | 1 | $813,058 | | No | $0.00 |
| Boston | MA-500 | City of Boston | Bridge Over Troubled Waters - Bridge RRH+ | MA0711Y1T002403 | 1 | $1,389,091 | 9/30/2025 | Yes | $670,093.54 |
| Boston | MA-500 | City of Boston | HomeStart, Inc. – Pathways Navigation SSO-CE | MA0690L1T002405 | 1 | $820,627 | 11/30/2025 | Yes | $571,614.06 |
| Boston | MA-500 | City of Boston | Saint Francis House, Inc. – Pathways + Housing Navigation SSO-CE | MA0691L1T002405 | 1 | $408,098 | 8/31/2025 | Yes | $315,641.53 |
| Boston | MA-500 | City of Boston | Pine Street Inn, Inc. - Place Me Home SSO-CE | MA0795L1T002401 | 1 | $695,666 | 9/30/2025 | Yes | $282,477.47 |
| | | | | | | $47,933,147 | | | $17,528,890 |

EXHIBIT A (FY 2023)

| Field Office | CoC Number | Applicant Name | Project Name | Grant Number | Term | Awarded | Expiration Date | Available to Draw | Balance |
|---|---|---|---|---|---|---|---|---|---|
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | El Rio | NY0937L2T002406 | 1 | $883,107 | 9/30/2025 | Yes | $468,269.68 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | CAMBA Consolidated | NY0595L2T002416 | 1 | $1,733,113 | 9/30/2025 | Yes | $1,028,578.68 |
| New York | NY-600 | Urban Pathways, Inc. | Ivan Shapiro House | NY0292L2T002417 | 1 | $448,892 | 9/30/2025 | Yes | $173,498.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Villa Ave | NY0943L2T002406 | 1 | $577,194 | 9/30/2025 | Yes | $330,553.26 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Ruby's Place | NY0941L2T002406 | 1 | $492,235 | 9/30/2025 | Yes | $303,243.00 |
| New York | NY-600 | Jewish Board of Family and Children's Services, Inc. | White Plains Road CR/SRO | NY0415L2T002417 | 1 | $899,758 | 6/30/2025 | Yes | $215,355.50 |
| New York | NY-600 | CUCS, Inc. | The Christopher | NY0234L2T002417 | 1 | $124,997 | 6/30/2025 | Yes | $35,140.09 |
| New York | NY-600 | Jewish Board of Family and Children's Services, Inc. | Kingsbridge CR/SRO | NY0298L2T002417 | 1 | $431,390 | 6/30/2025 | Yes | $102,968.25 |
| New York | NY-600 | CUCS, Inc. | Dorothy Day | NY0246L2T002417 | 1 | $257,108 | 4/30/2025 | Yes | $109,437.50 |
| New York | NY-600 | FACES NY | FACES NY NSP 2024 | NY0927L2T002411 | 1 | $423,659 | 9/30/2025 | Yes | $148,399.00 |
| New York | NY-600 | Good Shepherd Services | Safe Homes Project DV RRH | NY1523D2T002401 | 1 | $985,754 | 9/30/2025 | Yes | $762,128.83 |
| New York | NY-600 | Jewish Board of Family and Children's Services, Inc. | Bronx Permanent Housing | NY0939L2T002411 | 1 | $1,025,077 | 8/31/2025 | Yes | $715,698.32 |
| New York | NY-600 | Association to Benefit Children | ABC Permanent Supportive Housing Project Renewal FY2024 | NY0397L2T002417 | 1 | $177,175 | 8/31/2025 | Yes | $56,493.00 |
| New York | NY-600 | Praxis Housing Initiatives, Inc | Riverside Place | NY0364L2T002417 | 1 | $1,253,789 | 3/31/2025 | Yes | $0.00 |
| New York | NY-600 | Jewish Board of Family and Children's Services, Inc. | Maple House CR/SRO | NY0305L2T002417 | 1 | $655,152 | 10/31/2025 | Yes | $365,633.33 |
| New York | NY-600 | CUCS, Inc. | The Prince George | NY0350L2T002417 | 1 | $359,212 | 3/31/2025 | Yes | $76,076.35 |
| New York | NY-600 | The Bridge Inc. | The Bridge S+C | NY0329L2T002417 | 1 | $223,604 | 2/28/2025 | Yes | $40,740.72 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | JHB Housing | NY0294L2T002417 | 1 | $624,315 | 7/31/2025 | Yes | $351,984.26 |
| New York | NY-600 | Urban Resource Institute | Harmony House FY2024 | NY1226D2T002406 | 1 | $1,287,250 | 12/31/2025 | Yes | $1,222,644.00 |
| New York | NY-600 | Lutheran Social Services of New York | Muhlenberg Residence FY2024 | NY0309L2T002417 | 1 | $240,106 | 5/31/2025 | Yes | $98,230.97 |
| New York | NY-600 | Project Renewal, Inc. | PRI Transitions (NY1046) | NY1046L2T002409 | 1 | $879,950 | 9/30/2025 | Yes | $524,259.00 |
| New York | NY-600 | Project Renewal, Inc. | In Homes Now Consolidated (NY0730) | NY0730L2T002415 | 1 | $2,373,254 | 6/30/2025 | Yes | $917,898.00 |
| New York | NY-600 | Project Renewal, Inc. | Shelter Plus Care (NY0357) | NY0357L2T002417 | 1 | $653,242 | 6/30/2025 | Yes | $258,509.00 |
| New York | NY-600 | Housing + Solutions | Grace House Consolidated | NY0272L2T002417 | 1 | $3,310,932 | 6/30/2025 | Yes | $599,243.20 |
| New York | NY-600 | Housing + Solutions | Housing+Solutions S+C | NY0352L2T002417 | 1 | $377,421 | 9/30/2025 | Yes | $260,906.15 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Casa Renacer | NY0227L2T002417 | 1 | $904,369 | 12/31/2025 | Yes | $700,245.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Project Renewal Consolidated | NY0599L2T002416 | 1 | $2,725,841 | 11/30/2025 | Yes | $1,867,553.36 |
| New York | NY-600 | Jericho Project | Rapid Rehousing 2 | NY1044L2T002409 | 1 | $5,047,247 | 7/31/2025 | Yes | $768,454.44 |
| New York | NY-600 | HeartShare St. Vincent's Services | HeartShare St. Vincents YHDP | NY1405Y2T002401 | 1 | $2,171,477 | | | |
| New York | NY-600 | The Bridge Inc. | Park West House Project | NY0340L2T002417 | 1 | $1,202,660 | 1/31/2025 | No | $0.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Camba Gardens II | NY1042L2T002405 | 1 | $2,988,858 | 12/31/2025 | Yes | $2,128,063.61 |
| New York | NY-600 | Jericho Project | Loring Place Vocational Education | NY0303L2T002417 | 1 | $52,510 | 8/31/2025 | Yes | $17,052.21 |
| New York | NY-600 | Project Renewal, Inc. | Home (NY0982) | NY0982L2T002410 | 1 | $590,959 | 9/30/2025 | Yes | $397,451.00 |
| New York | NY-600 | Community Access, Inc | Warren Street SRO FY24 | NY0411L2T002417 | 1 | $560,151 | 6/30/2025 | Yes | $104,426.19 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Rustin Lindenguild Consolidated | NY0854L2T002409 | 1 | $2,053,812 | 10/31/2025 | Yes | $1,228,319.65 |
| New York | NY-600 | Urban Pathways, Inc. | Cluster House | NY0852L2T002410 | 1 | $271,297 | 1/31/2025 | No | $0.00 |
| New York | NY-600 | Anthos Home Inc | Anthos|Home Rapid Rehousing Program Renewal FY2024 | NY1520L2T002401 | 1 | $1,046,695 | 12/31/2025 | Yes | $916,851.00 |
| New York | NY-600 | Lower Eastside Service Center, Inc | Diversity Works FY2024 | NY0732L2T002415 | 1 | $317,144 | 3/31/2025 | Yes | $0.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Odyssey House Haven | NY0321L2T002417 | 1 | $1,214,446 | 4/30/2025 | Yes | $285,345.95 |
| New York | NY-600 | Pibly Residential Programs Inc. | Pibly 2024 | NY0326L2T002417 | 1 | $578,404 | 2/28/2025 | Yes | $22,260.00 |
| New York | NY-600 | Project Hospitality, Inc. | Project Hospitality Permanent Housing 2024 | NY0940L2T002411 | 1 | $5,211,017 | 11/30/2025 | Yes | $3,297,931.00 |
| New York | NY-600 | Violence Intervention Program, Inc. | RRH Renewal Application FY2024 | NY1275D2T002405 | 1 | $896,551 | 4/30/2025 | Yes | $240,733.92 |
| New York | NY-600 | The Hetrick-Martin Institute, Inc. | HMI Youth Homelessness Demonstration Program | NY1410Y2T002402 | 1 | $829,092 | 12/31/2025 | Yes | $346,166.46 |
| New York | NY-600 | Good Shepherd Services | YHDP Rental Assistance Program (TLRA RRH) | NY1408Y2T002401 | 1 | $2,153,936 | | | |
| New York | NY-600 | Lower Eastside Service Center, Inc | LESC House FY2024 | NY0301L2T002417 | 1 | $520,221 | 7/31/2025 | Yes | $139,149.13 |
| New York | NY-600 | Institute for Community Living, Inc. | Emerson Family Supported FY24 | NY0258L2T002417 | 1 | $1,082,431 | 6/30/2025 | Yes | $301,302.30 |
| New York | NY-600 | Good Shepherd Services | Chelsea Foyer | NY0233L2T002417 | 1 | $392,472 | 1/31/2025 | No | $0.00 |
| New York | NY-600 | Institute for Community Living, Inc. | Cathedral Condos FY24 | NY0228L2T002417 | 1 | $40,342 | 8/31/2025 | Yes | $17,379.40 |
| New York | NY-600 | Covenant House New York/Under 21, Inc. | CHNY FY24 Housing Nav Program Renewal (NY1381) | NY1381L2T002403 | 1 | $159,600 | 9/30/2025 | Yes | $80,702.01 |
| New York | NY-600 | Covenant House New York/Under 21, Inc. | CHNY FY24 THRRH Renewal (NY1166) | NY1166L2T002407 | 1 | $2,992,050 | 9/30/2025 | Yes | $1,154,154.58 |
| New York | NY-600 | Volunteers of America -Greater New York, Inc. | Paloma Project Renewal FY24 | NY1521D2T002401 | 1 | $818,507 | | No | $0.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Wazobia House | NY0882L2T002413 | 1 | $497,350 | 9/30/2025 | Yes | $349,937.70 |
| New York | NY-600 | Violence Intervention Program, Inc. | Casa Sandra TH Renewal Application FY2024 | NY0410L2T002417 | 1 | $335,757 | 8/31/2025 | Yes | $61,020.88 |
| New York | NY-600 | The Fortune Society, Inc. | Fortune Academy Residence | NY0266L2T002417 | 1 | $473,870 | 3/31/2025 | Yes | $0.00 |
| New York | NY-600 | West Side Federation for Senior and Supportive Housing, Inc. | 129th Street Residence | NY0194L2T002417 | 1 | $808,619 | 3/31/2025 | Yes | $114,701.74 |
| New York | NY-600 | FACES NY, Inc. | FACES NY WWC 2024 | NY0420L2T002417 | 1 | $242,862 | 3/31/2025 | Yes | $0.00 |
| New York | NY-600 | Rising Ground, Inc. | New Home YHDP | NY1406Y2T002401 | 1 | $2,177,663 | | | |

| State | CoC | Applicant | Project | Grant Number | Rank | Amount | Expiration | Renewal | Obligated |
|---|---|---|---|---|---|---|---|---|---|
| New York | NY-600 | City of New York Human Rescources Administration/Department of S | SSO CAPS FY'24 Renewal | NY1115L2T002408 | 1 | $2,274,023 | 6/30/2025 | Yes | $1,149,226.00 |
| New York | NY-600 | FACES NY | FACES NY CSH 2024 | NY0238L2T002417 | 1 | $141,565 | 3/31/2025 | Yes | $0.00 |
| New York | NY-600 | Good Shepherd Services | YHDP Street Outreach Program | NY1407Y2T002401 | 1 | $830,376 | | | |
| New York | NY-600 | The Fortune Society, Inc. | Fortune Academy S+C | NY0267L2T002417 | 1 | $2,107,589 | 10/31/2025 | Yes | $1,299,440.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Geel Consolidated | NY0211L2T002417 | 1 | $1,826,705 | 6/30/2025 | Yes | $646,960.56 |
| New York | NY-600 | Bowery Residents' Committee, Inc. | Palace Hotel SRO | NY0332L2T002417 | 1 | $442,004 | 4/30/2025 | Yes | $18,062.24 |
| New York | NY-600 | Bowery Residents' Committee, Inc. | Liberty Avenue | NY0884L2T002413 | 1 | $383,081 | 10/31/2025 | Yes | $180,615.57 |
| New York | NY-600 | Institute for Community Living, Inc. | Flatbush Ave FY24 | NY0263L2T002417 | 1 | $158,983 | 6/30/2025 | Yes | $31,444.12 |
| New York | NY-600 | Institute for Community Living, Inc. | Lawton Street FY24 | NY0300L2T002417 | 1 | $308,412 | 6/30/2025 | Yes | $73,460.80 |
| New York | NY-600 | Institute for Community Living, Inc. | Shelter Plus Care 94 and 95 FY24 | NY0322L2T002417 | 1 | $1,543,629 | 3/31/2025 | Yes | $728,329.40 |
| New York | NY-600 | Institute for Community Living, Inc. | Lewis Avenue FY24 | NY0302L2T002417 | 1 | $158,984 | 12/31/2025 | Yes | $127,982.48 |
| New York | NY-600 | Lutheran Social Services of New York | Community House FY2024 | NY0237L2T002417 | 1 | $422,160 | 9/30/2025 | Yes | $273,637.04 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | VIP Consolidated | NY0726L2T002415 | 1 | $1,288,674 | 7/31/2025 | Yes | $675,728.82 |
| New York | NY-600 | Volunteers of America -Greater New York, Inc. | Victory Commons Renewal FY2024 | NY1462L2T002402 | 1 | $398,491 | 9/30/2025 | Yes | $384,509.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Chelsea Leaf North | NY0942L2T002410 | 1 | $334,760 | 10/31/2025 | Yes | $288,601.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Gramercy Leaf | NY0269L2T002417 | 1 | $900,120 | 12/31/2025 | Yes | $682,932.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Kingsbridge Heights | NY1164L2T002406 | 1 | $680,179 | 4/30/2025 | Yes | $138,846.55 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | SUS Consolidated | NY0310L2T002417 | 1 | $1,382,216 | 4/30/2025 | Yes | $325,288.39 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Boston Road | NY0928L2T002406 | 1 | $744,113 | 9/30/2025 | Yes | $431,989.38 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | St. Joseph Consolidated | NY0722L2T002415 | 1 | $2,490,765 | 5/31/2025 | Yes | $709,685.53 |
| New York | NY-600 | Jewish Board of Family and Children's Services, Inc. | Burnside Community Residence | NY0225L2T002417 | 1 | $605,718 | 6/30/2025 | Yes | $148,517.25 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Bronx Park East Residence | NY0877L2T002413 | 1 | $896,438 | 10/31/2025 | Yes | $554,365.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | CAMBA Hegeman | NY1296L2T002405 | 1 | $1,020,096 | 10/31/2025 | Yes | $605,946.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | NCS Consolidated | NY0721L2T002415 | 1 | $663,323 | 11/30/2025 | Yes | $457,507.75 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Kingsbridge Terrace | NY0786L2T002409 | 1 | $510,741 | 11/30/2025 | Yes | $368,714.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Breaking Ground Consolidated | NY0912L2T002412 | 1 | $5,376,247 | 7/31/2025 | Yes | $2,462,379.75 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Truxton | NY0938L2T002406 | 1 | $746,909 | 8/31/2025 | Yes | $371,045.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Palladia Consolidated | NY0389L2T002417 | 1 | $1,930,636 | 5/31/2025 | Yes | $683,139.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Lenniger | NY0785L2T002410 | 1 | $1,332,299 | 12/31/2025 | Yes | $952,684.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Warren Street Residence | NY0199L2T002417 | 1 | $664,167 | 6/30/2025 | Yes | $335,456.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Ehrlich Residence | NY0394L2T002417 | 1 | $728,193 | 10/31/2025 | Yes | $526,350.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | 290 East 3rd Street Residence | NY0594L2T002416 | 1 | $855,696 | 10/31/2025 | Yes | $501,160.00 |
| New York | NY-600 | Jewish Board of Family and Children's Services, Inc. | 124th Street CR/SRO | NY0193L2T002417 | 1 | $885,096 | 12/31/2025 | Yes | $635,042.25 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Dorothy McGowan | NY0727L2T002415 | 1 | $614,630 | 12/31/2025 | Yes | $484,741.77 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | St. John's House II | NY0607L2T002416 | 1 | $462,006 | 10/31/2025 | Yes | $264,253.33 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Diversity Works | NY0723L2T002415 | 1 | $784,201 | 12/31/2025 | Yes | $597,245.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Gibb Mansion | NY0396L2T002417 | 1 | $778,095 | 9/30/2025 | Yes | $480,916.54 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | CCM Consolidated | NY0597L2T002416 | 1 | $931,685 | 11/30/2025 | Yes | $654,974.52 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | WSFSSH Consolidated | NY0929L2T002411 | 1 | $865,120 | 11/30/2025 | Yes | $592,733.84 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Edith MacGuire Residence | NY0810L2T002414 | 1 | $1,094,986 | 12/31/2025 | Yes | $842,127.84 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | North Core Studios | NY0314L2T002417 | 1 | $616,447 | 6/30/2025 | Yes | $258,747.14 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Lantern Consolidated | NY0208L2T002417 | 1 | $7,855,599 | 7/31/2025 | Yes | $3,647,814.18 |
| New York | NY-600 | City of New York Human Rescources Administration/Department of S | DV Coordinated Entry FY'24 Renewal | NY1278D2T002404 | 1 | $807,345 | 6/30/2025 | Yes | $660,263.00 |
| New York | NY-600 | City of New York Acting by and through its Department of Housing Pr | Ilene R. Smith Residence | NY0601L2T002416 | 1 | $489,888 | 12/31/2025 | Yes | $359,641.00 |
| New York | NY-600 | Housing+Solutions | SHERO (NY1382L2T002201) | NY1382L2T002403 | 1 | $1,006,241 | 9/30/2025 | Yes | $749,288.69 |
| New York | NY-600 | Black Veterans for Social Justice, Inc. | BVSJ RRH Support Service Only 2024 | NY1384L2T002403 | 1 | $470,961 | 12/31/2025 | Yes | $440,100.76 |
| New York | NY-600 | Harlem United Community AIDS Center | Harlem United Family Program | NY0287L2T002417 | 1 | $605,851 | 1/31/2025 | No | $0.00 |
| New York | NY-600 | New Destiny Housing Corporation | Housing and Retention Services 2024 | NY1385L2T002403 | 1 | $1,882,525 | 9/30/2025 | Yes | $1,057,933.92 |
| New York | NY-600 | New Destiny Housing Corporation | HousingLink 2024 | NY1223D2T002406 | 1 | $1,572,018 | 9/30/2025 | Yes | $773,894.95 |
| New York | NY-600 | Banana Kelly Improvement Assoc Inc | Rental Assistance Program | NY0361L2T002417 | 1 | $607,592 | 10/31/2025 | Yes | $244,031.69 |
| New York | NY-600 | Services for the UnderServed, Inc. | FY24 Renewal Broadway | NY1113L2T002408 | 1 | $386,373 | 6/30/2025 | Yes | $288,155.00 |
| New York | NY-600 | Restore NYC, Inc. | Restore Rapid Rehousing for Survivors of Trafficking | NY1522D2T002401 | 1 | $987,095 | 9/30/2025 | Yes | $794,159.15 |
| New York | NY-600 | Gay Men's Health Crisis, Inc. | GMHC CoC RRH Project FY24 | NY1225L2T002406 | 1 | $1,860,170 | 12/31/2025 | Yes | $1,322,631.17 |
| New York | NY-600 | Goddard Riverside Community Center | Housing Options (NY0286L2T002316) | NY0286L2T002417 | 1 | $328,923 | 9/30/2025 | Yes | $213,850.11 |
| New York | NY-600 | Gay Men's Health Crisis, Inc. | Health and Housing Connect | NY1463L2T002402 | 1 | $1,604,774 | | No | $1,527,616.00 |
| New York | NY-600 | Harlem United Community AIDS Center | 124th St. Residence | NY0733L2T002415 | 1 | $240,853 | 5/31/2025 | Yes | $21,034.00 |
| New York | NY-600 | Services for the UnderServed, Inc. | FY24 Renewal OASAS S + C | NY0335L2T002417 | 1 | $3,210,551 | 3/31/2025 | Yes | $913,005.00 |
| New York | NY-600 | Women In Need, Inc. | SHINE Families FY2024 | NY0377L2T002417 | 1 | $2,423,035 | 4/30/2025 | Yes | $343,338.32 |
| New York | NY-600 | Services for the UnderServed, Inc. | FY24 Renewal OMH Knick/Beach | NY0327L2T002417 | 1 | $618,519 | 3/31/2025 | Yes | $229,814.00 |

| State | CoC | Applicant | Project Name | Grant Number | # | Amount | End Date | Signed | Balance |
|---|---|---|---|---|---|---|---|---|---|
| New York | NY-600 | Palladia, Inc. | FY24 Renewal Community Housing Program | NY0920L2T002411 | 1 | $870,698 | 2/28/2025 | Yes | $194,528.00 |
| New York | NY-600 | HELP Social Service Corporation | Genesis Homes Supportive Housing Program I | NY0947L2T002411 | 1 | $1,219,127 | 11/30/2025 | Yes | $1,165,715.00 |
| New York | NY-600 | Urban Resource Institute | Urban Center for Change FY2024 | NY0405L2T002417 | 1 | $250,294 | 1/31/2025 | No | $0.00 |
| New York | NY-600 | Kenmore Housing Development Fund Corp. | Kenmore Hall | NY0297L2T002417 | 1 | $1,067,110 | 11/30/2025 | Yes | $571,282.65 |
| New York | NY-600 | Palladia, Inc. | FY24 Renewal Hill House | NY0282L2T002417 | 1 | $290,739 | 6/30/2025 | Yes | $137,802.00 |
| New York | NY-600 | Goddard Riverside Community Center | Havens (NY1039L2T002308) | NY1039L2T002409 | 1 | $269,160 | 11/30/2025 | Yes | $139,576.38 |
| New York | NY-600 | Services for the UnderServed, Inc. | FY24 Renewal OMH 40 | NY0325L2T002417 | 1 | $995,019 | 6/30/2025 | Yes | $419,927.00 |
| New York | NY-600 | Promesa, Inc. | Promesa RENEWAL FY2024 NY0218 | NY0218L2T002417 | 1 | $1,551,343 | 7/31/2025 | Yes | $917,405.31 |
| New York | NY-600 | Vocational Instruction Project Community Services, Inc | Abraham Apartments NOFO FY2024 | NY0203L2T002417 | 1 | $114,033 | 12/31/2025 | Yes | $91,255.83 |
| New York | NY-600 | Vocational Instruction Project Community Services, Inc | Crotona SRO NOFO FY2024 | NY0242L2T002417 | 1 | $257,300 | 7/31/2025 | Yes | $95,437.40 |
| New York | NY-600 | Palladia, Inc. | FY24 Renewal Fox Point | NY0729L2T002415 | 1 | $148,924 | 7/31/2025 | Yes | $20,313.00 |
| New York | NY-600 | Jewish Board of Family and Children's Services, Inc. | Jewish Board DV - RRH | NY1575T2T002400 | 1 | $1,042,873 | | | |
| New York | NY-600 | Services for the UnderServed, Inc. | FY24 Renewal Decatur/Rock | NY1114L2T002408 | 1 | $352,512 | 9/30/2025 | Yes | $212,778.00 |
| New York | NY-600 | Palladia, Inc. | FY24 Renewal Scattered Sites | NY0373L2T002417 | 1 | $306,498 | 9/30/2025 | Yes | $206,119.00 |
| New York | NY-600 | Columba Kavanagh House, Inc. | COLUMBA KAVANAGH HOUSE, INC.FY2024 | NY0236L2T002417 | 1 | $478,638 | 8/31/2025 | Yes | $289,100.82 |
| New York | NY-600 | Palladia, Inc. | FY24 Renewal Flora Vista | NY0264L2T002417 | 1 | $300,398 | 10/31/2025 | Yes | $186,311.00 |
| New York | NY-600 | Sanctuary for Families, Inc. | Sanctuary for Families Rapid Re-Housing Project | NY1274D2T002405 | 1 | $865,885 | 4/30/2025 | Yes | $77,521.17 |
| New York | NY-600 | Ali Forney Center | The Ali Forney Center FY24 | NY0205L2T002417 | 1 | $1,012,760 | 3/31/2025 | Yes | $0.00 |
| New York | NY-600 | COMMUNITY ACTION FOR HUMAN SERVICES, INC. | JHB HDFC (NY0295) FY2024 | NY0295L2T002417 | 1 | $146,474 | 3/31/2025 | Yes | $0.00 |
| New York | NY-600 | BronxWorks Inc. | BronxWorks HUD Scattered Site | NY1109L2T002405 | 1 | $1,889,674 | 5/31/2025 | Yes | $271,388.95 |
| New York | NY-600 | Palladia, Inc. | FY24 Renewal Chelsea Court | NY0232L2T002417 | 1 | $189,129 | 10/31/2025 | Yes | $101,042.00 |
| New York | NY-600 | Palladia, Inc. | FY24 Renewal Cedar Treemont | NY0230L2T002417 | 1 | $695,204 | 1/31/2025 | No | $0.00 |
| New York | NY-600 | Palladia, Inc. | FY24 Renewal Stratford | NY0390L2T002417 | 1 | $795,220 | 10/31/2025 | Yes | $565,633.00 |
| New York | NY-600 | Goddard Riverside Community Center | Corner House (NY0239L2T002316) | NY0239L2T002417 | 1 | $229,053 | 4/30/2025 | Yes | $3,946.10 |
| New York | NY-600 | Community Counseling & Mediation | Georgia's Place 2024b | NY0271L2T002417 | 1 | $245,208 | 9/30/2025 | Yes | $94,000.25 |
| New York | NY-600 | Community Counseling & Mediation | Rico's Place 2024 | NY0363L2T002417 | 1 | $253,243 | 9/30/2025 | Yes | $78,606.10 |
| New York | NY-600 | The City of New York Department of Homeless Services | FY2024 CoC Planning Grant (NY-600) | NY1574L2T002400 | 1 | $1,500,000 | | | |
| New York | NY-600 | Rising Ground, Inc. | New Home Young Adult Rapid Rehousing | NY1110L2T002408 | 1 | $2,780,195 | 12/31/2025 | Yes | $2,156,418.68 |
| New York | NY-600 | The Partnership To End Homelessness | Safe Future | NY1380D2T002403 | 1 | $747,011 | 10/31/2025 | Yes | $568,300.77 |
| New York | NY-600 | Housing Works, Inc. | Housing Works Consolidated Congregate Housing FY 24 | NY0249L2T002417 | 1 | $2,274,758 | 8/31/2025 | Yes | $1,149,485.07 |
| New York | NY-600 | Bailey House Inc. | Schafer Hall FY '24 | NY0375L2T002417 | 1 | $473,759 | 12/31/2025 | Yes | $337,683.55 |
| New York | NY-600 | The Ladies of Hope Ministries | Ladies of Hope Ministries - DV RRH NYC 2024 | NY1383D2T002403 | 1 | $720,219 | 10/31/2025 | Yes | $216,458.25 |
| New York | NY-600 | Foundation for Research on Sexually Transmitted Diseases | FROST'D | NY1047L2T002409 | 1 | $1,293,997 | 12/31/2025 | Yes | $929,209.00 |
| New York | NY-600 | Bailey House Inc. | SHIP FY '24 | NY1040L2T002407 | 1 | $2,644,411 | 12/31/2025 | Yes | $1,872,428.14 |
| New York | NY-600 | The Bronx Parent Housing Network, Inc.dba Housing Solutions of New York (HSNY) | HSNY AHSAPP | NY1525L2T002401 | 1 | $1,464,724 | 10/31/2025 | Yes | $1,322,017.91 |
| New York | NY-600 | The City of New York Department of Homeless Services | HMIS Renewal Project FY2024(NY0317) | NY0317L2T002417 | 1 | $2,177,136 | 6/30/2025 | Yes | $877,946.00 |
| New York | NY-600 | Services for the UnderServed, Inc. | FY24 Renewal Brooklyn Supported Housing | NY0216L2T002417 | 1 | $1,559,962 | 6/30/2025 | Yes | $717,120.00 |
| New York | NY-600 | Sakhi for South Asian Survivors | Sakhi RRH Program FY2024 NOFO | NY1276D2T002405 | 1 | $1,144,056 | 6/30/2025 | Yes | $240,899.55 |
| New York | NY-600 | Sakhi for South Asian Survivors | Sakhi RRH Supportive Service Program FY2024 NOFO | NY1386D2T002403 | 1 | $419,769 | 12/31/2025 | Yes | $334,666.00 |
| New York | NY-600 | Lantern Community Services | Schafer Hall SHP | NY0374L2T002417 | 1 | $383,630 | 10/31/2025 | Yes | $91,126.75 |
| New York | NY-600 | POSTGRADUATE CENTER FOR MENTAL HEALTH | PCMH City Wide Homes FY2024 | NY0296L2T002417 | 1 | $3,130,238 | 3/31/2025 | Yes | $528,062.14 |
| New York | NY-600 | United Bronx Parents, Inc | UBP Renewal Application 2023 | NY0402L2T002417 | 1 | $530,148 | 11/30/2025 | Yes | $358,235.00 |
| New York | NY-600 | Bailey House Inc. | STARS II FY '24 | NY0787L2T002414 | 1 | $1,122,572 | 10/31/2025 | Yes | $866,561.58 |
| New York | NY-600 | Services for the UnderServed, Inc. | FY24Renewal Briarwood SRO | NY0220L2T002417 | 1 | $937,263 | 1/31/2025 | No | $35,230.00 |
| New York | NY-600 | Women In Need, Inc. | SPC Triangle House FY2024 | NY0421L2T002417 | 1 | $1,315,905 | 7/31/2025 | Yes | $604,493.89 |
| New York | NY-600 | Institute for Community Living, Inc. | Integrated Permanent Housing Support Services Employment Program FY 24 | NY0290L2T002417 | 1 | $235,675 | 9/30/2025 | Yes | $151,213.57 |
| New York | NY-600 | University Consultation & Treatment Center for Mental Hygiene | The Ehrich Residence | NY0395L2T002417 | 1 | $361,627 | 5/31/2025 | Yes | $33,714.93 |
| New York | NY-600 | Services for the UnderServed, Inc. | FY24 Renewal OMH 12 | NY0324L2T002417 | 1 | $295,335 | 4/30/2025 | Yes | $88,467.00 |
| New York | NY-600 | Concern for Independent Living, Inc. | Concern Pitkin Apartments | NY1519L2T002401 | 1 | $152,988 | 12/31/2025 | Yes | $147,620.00 |
| | | | | | | $173,695,665 | | | $77,703,492 |

EXHIBIT A (FY 2023)

| Field Office | CoC Number | Applicant Name | Project Name | Grant Number | Term | Awarded | Expiration Date | Available to Draw | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Seattle | WA-500 | King County Regional Homelessness Authority | Rapid Rehousing for Young Adults | WA0319L0T002409 | 1 | $2,041,538 | 7/31/2025 | Yes | $1,470,750.73 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Seattle Rapid Rehousing for Families Consolidated Project | WA0295L0T002410 | 1 | $2,257,248 | 5/31/2025 | Yes | $483,902.79 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Severson Program | WA0054L0T002417 | 1 | $126,768 | 6/30/2025 | Yes | $32,348.92 |
| Seattle | WA-500 | King County Regional Homelessness Authority | WA-500 Coordinated Entry | WA0343L0T002409 | 1 | $1,984,850 | 8/31/2025 | Yes | $1,268,125.30 |
| Seattle | WA-500 | King, County of | Thea Bowman Apartments | WA0390L0T002405 | 1 | $219,316 | 11/30/2025 | Yes | $175,428.39 |
| Seattle | WA-500 | King County Regional Homelessness Authority | WA-500 Coordinated Entry - DV | WA0413D0T002406 | 1 | $279,374 | 11/30/2025 | Yes | $195,986.98 |
| Seattle | WA-500 | Archdiocesan Housing Authority | Rose of Lima House | WA0048L0T002417 | 1 | $127,790 | | No | $119,947.00 |
| Seattle | WA-500 | King County Regional Homelessness Authority | WA-500 YHDP Behavioral Health Crisis Response | WA0486Y0T002403 | 1 | $101,684 | 11/30/2025 | Yes | $72,618.96 |
| Seattle | WA-500 | Downtown Emergency Service Center | Lyon Building | WA0036L0T002417 | 1 | $629,245 | 6/30/2025 | Yes | $142,673.54 |
| Seattle | WA-500 | Archdiocesan Housing Authority | St. Martin on Westlake | WA0056L0T002417 | 1 | $209,038 | | No | $197,739.00 |
| Seattle | WA-500 | King County Regional Homelessness Authority | WA-500 YHDP - YET & Nav/Div Consolidated | WA0485Y0T002403 | 1 | $1,362,514 | 7/31/2025 | Yes | $857,619.07 |
| Seattle | WA-500 | King County Regional Homelessness Authority | WA-500 YHDP - Bridge Housing | WA0484Y0T002403 | 1 | $2,150,817 | 9/30/2025 | Yes | $1,771,662.73 |
| Seattle | WA-500 | King, County of | King County Shelter Plus Care Program - TRA | WA0034L0T002417 | 1 | $12,690,045 | 6/30/2025 | Yes | $2,097,515.51 |
| Seattle | WA-500 | King, County of | Scattered Site Leasing | WA0053L0T002417 | 1 | $1,020,232 | 8/31/2025 | Yes | $343,683.13 |
| Seattle | WA-500 | King, County of | Cascade Women's Supportive Housing | WA0364L0T002408 | 1 | $122,821 | 6/30/2025 | Yes | $60,979.70 |
| Seattle | WA-500 | King, County of | PHG 7th and Cherry | WA0344L0T002408 | 1 | $280,403 | 7/31/2025 | Yes | $74,021.71 |
| Seattle | WA-500 | King, County of | Family Village Redmond PSH for Families | WA0320L0T002409 | 1 | $134,012 | 6/30/2025 | Yes | $24,744.76 |
| Seattle | WA-500 | King, County of | Avalon Place | WA0228L0T002414 | 1 | $59,125 | 7/31/2025 | Yes | $401.31 |
| Seattle | WA-500 | King, County of | Auburn Family PSH | WA0466L0T002405 | 1 | $60,820 | 4/30/2025 | Yes | $0.00 |
| Seattle | WA-500 | Friends of Youth | Arbor House (New Ground Bothell) | WA0005L0T002417 | 1 | $128,298 | 12/31/2025 | Yes | $61,991.40 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Home Safe Rapid Rehousing | WA0363L0T002408 | 1 | $510,689 | 5/31/2025 | Yes | $209,373.15 |
| Seattle | WA-500 | King County Regional Homelessness Authority | WA-500 CoC Planning | WA0607L0T002400 | 1 | $1,500,000 | | | |
| Seattle | WA-500 | King County Regional Homelessness Authority | Salvation Army William Booth | WA0023L0T002417 | 1 | $259,981 | 9/30/2025 | Yes | $112,538.00 |
| Seattle | WA-500 | King, County of | DESC Clement Place Consolidated | WA0384L0T002406 | 1 | $2,593,929 | 4/30/2025 | Yes | $518,950.85 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Sandpoint Youth Group Homes | WA0052L0T002417 | 1 | $339,124 | 9/30/2025 | Yes | $264,274.88 |
| Seattle | WA-500 | King, County of | YWCA Supportive Housing | WA0045L0T002417 | 1 | $244,268 | 1/31/2025 | No | $0.00 |
| Seattle | WA-500 | King, County of | DESC Consolidated PSH Portfolio #1 | WA0345L0T002407 | 1 | $4,973,604 | 9/30/2025 | Yes | $2,444,000.86 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Roy St Transitional Living & RRH Program | WA0586L0T002401 | 1 | $1,074,157 | 6/30/2025 | Yes | $508,773.16 |
| Seattle | WA-500 | King County Regional Homelessness Authority | The Inn - Safe Haven | WA0020L0T002417 | 1 | $362,458 | 6/30/2025 | Yes | $52,691.07 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Coming Home | WA0012L0T002417 | 1 | $516,330 | 6/30/2025 | Yes | $304,658.47 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Kerner Scott House | WA0032L0T002417 | 1 | $453,007 | | No | $443,471.00 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Mi Casa | WA0041L0T002417 | 1 | $66,443 | 9/30/2025 | Yes | $32,390.06 |
| Seattle | WA-500 | King County Regional Homelessness Authority | WA-500 HMIS | WA0050L0T002417 | 1 | $426,784 | 4/30/2025 | Yes | $0.00 |
| Seattle | WA-500 | King, County of | DESC Bloomside | WA0482L0T002401 | 1 | $250,010 | | | |
| Seattle | WA-500 | King, County of | DESC Consolidated PSH Portfolio #2 | WA0018L0T002417 | 1 | $3,060,189 | 10/31/2025 | Yes | $2,100,077.23 |
| Seattle | WA-500 | King, County of | Valley Cities Landing | WA0001L0T002415 | 1 | $276,080 | 6/30/2025 | Yes | $37,970.62 |
| Seattle | WA-500 | King, County of | Ozanam House Consolidated PSH | WA0239L0T002414 | 1 | $531,986 | 3/31/2025 | Yes | $96,319.94 |
| Seattle | WA-500 | King, County of | King County Consolidated Scattered Sites Supportive Housing | WA0297L0T002410 | 1 | $9,534,461 | 7/31/2025 | Yes | $3,165,442.90 |
| Seattle | WA-500 | Solid Ground Washington | Broadview Transitional Housing Program | WA0009L0T002417 | 1 | $163,932 | 6/30/2025 | Yes | $40,719.94 |
| Seattle | WA-500 | King, County of | Noel House at Bakhita Gardens | WA0213L0T002414 | 1 | $275,223 | 9/30/2025 | Yes | $208,460.07 |
| Seattle | WA-500 | King, County of | Ronald Commons | WA0316L0T002409 | 1 | $214,056 | 12/31/2025 | Yes | $199,142.00 |
| Seattle | WA-500 | King, County of | Sandpoint Families Supportive Housing | WA0318L0T002409 | 1 | $415,907 | 2/28/2025 | Yes | $0.00 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Multicultural IDD Integrated Support Team (MIDST) PSH | WA0548L0T002402 | 1 | $812,193 | 12/31/2025 | Yes | $677,976.21 |
| Seattle | WA-500 | King County Regional Homelessness Authority | DESC Greenlake | WA0546L0T002402 | 1 | $2,124,087 | 12/31/2025 | Yes | $1,653,816.93 |
| Seattle | WA-500 | King County Regional Homelessness Authority | My Friend's Place TH/RRH | WA0392L0T002407 | 1 | $460,600 | 4/30/2025 | Yes | $96,381.31 |
| Seattle | WA-500 | King, County of | Nyer Urness | WA0227L0T002411 | 1 | $854,070 | 3/31/2025 | Yes | $67,482.59 |
| Seattle | WA-500 | King, County of | Patrick Place | WA0259L0T002412 | 1 | $219,802 | 12/31/2025 | Yes | $200,755.17 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Hickman House Joint Component RRH/TH | WA0411L0T002406 | 1 | $427,790 | 12/31/2025 | Yes | $316,996.24 |
| Seattle | WA-500 | King, County of | Williams Apartments | WA0244L0T002412 | 1 | $821,577 | 4/30/2025 | Yes | $160,627.14 |
| Seattle | WA-500 | King County Regional Homelessness Authority | DV/SA Rapid Rehousing Program | WA0550D0T002402 | 1 | $1,681,834 | 12/31/2025 | Yes | $1,353,045.76 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Anita Vista TH/RRH | WA0483D0T002403 | 1 | $388,006 | 8/31/2025 | Yes | $172,829.74 |
| Seattle | WA-500 | King County Regional Homelessness Authority | FOY - Francis Village Permanent Supportive Housing | WA0549L0T002402 | 1 | $131,818 | 12/31/2025 | Yes | $123,868.42 |
| Seattle | WA-500 | King County Regional Homelessness Authority | Regional RRH for DV Consolidated | WA0412D0T002406 | 1 | $5,017,590 | 12/31/2025 | Yes | $3,967,936.18 |
| | | | | | | $66,967,923 | | | $28,983,111 |

EXHIBIT A (FY 2023)

| Field Office | CoC Number | Applicant Name | Project Name | Grant Number | Term | Awarded | Expiration Date | Available to Draw | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Seattle | WA-503 | Pierce County | Housing First | WA0146L0T032417 | 1 | $845,430 | 8/31/2025 | Yes | $275,350.32 |
| Seattle | WA-503 | Pierce County | Pierce County HMIS Project | WA0153L0T032416 | 1 | $66,713 | 4/30/2025 | Yes | $0.00 |
| Seattle | WA-503 | Pierce County | Discover Independence | WA0355L0T032409 | 1 | $894,947 | 11/30/2025 | Yes | $621,935.26 |
| Seattle | WA-503 | Pierce County | Hilltop Lofts | WA0513L0T032403 | 1 | $296,168 | 9/30/2025 | Yes | $207,963.72 |
| Seattle | WA-503 | Pierce County | Safe Choices Expansion | WA0159L0T032417 | 1 | $13,911 | 7/31/2025 | Yes | $215,787.38 |
| Seattle | WA-503 | Pierce County | Elite Housing | WA0597L0T032401 | 1 | $511,984 | 8/31/2025 | Yes | $288,146.70 |
| Seattle | WA-503 | Pierce County | Collaborative Housing Expansion | WA0154L0T032417 | 1 | $1,245,988 | 6/30/2025 | Yes | $385,279.52 |
| Seattle | WA-503 | Pierce County | CoC Planning Project 2024 | WA0612L0T032400 | 1 | $347,219 | | | |
| Seattle | WA-503 | Pierce County | Housing 4 Success | WA0559L0T032402 | 1 | $402,282 | 11/30/2025 | Yes | $249,282.11 |
| Seattle | WA-503 | Pierce County | SCH Sponsor Based Rental Assistance | WA0144L0T032417 | 1 | $298,617 | 4/30/2025 | Yes | $52,232.68 |
| | | | | | | $4,923,259 | | | $2,295,978 |

EXHIBIT A (FY 2023)

| Field Office | CoC Number | Applicant Name | Project Name | Grant Number | Term | Awarded | Expiration Date | Available to Draw | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Seattle | WA-504 | Snohomish, County of | Shelter Plus Care #5 | WA0180U0T042417 | 1 | $7,032,842 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | Monte Cristo | WA0177U0T042417 | 1 | $90,785 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | Long Term Leasing for the Disabled | WA0175U0T042417 | 1 | $474,515 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | Domestic Violence Rapid Rehousing Non-CoC Expansion | WA0427U0T042406 | 1 | $384,885 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | Community Rapid Rehousing | WA0516U0T042403 | 1 | $299,649 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | Pathways Home (PSH) | WA0358U0T042409 | 1 | $350,789 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | CCS Everett Safe Streets Supportive Housing | WA0400U0T042407 | 1 | $463,021 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | CCS The Road Home | WA0292U0T042411 | 1 | $466,794 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | Domestic Violence Rapid Rehousing | WA0278U0T042411 | 1 | $223,738 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | Beachwood North | WA0173U0T042417 | 1 | $47,309 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | DV Joint Transitional Housing-Rapid Rehousing | WA0461U0T042405 | 1 | $638,685 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | CCS Meadowdale | WA0211U0T042416 | 1 | $298,007 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | CCS Journey Home | WA0271U0T042412 | 1 | $518,504 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | YHDP Youth Engagement Team | WA0518Y0T042403 | 1 | $439,725 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | CCS Home Connection | WA0225U0T042415 | 1 | $702,706 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | CCS Veterans Permanent Housing | WA0233U0T042413 | 1 | $158,518 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | WA-504 CoC Planning Application FY2024 | WA0613U0T042400 | 1 | $721,881 | | | |
| Seattle | WA-504 | Snohomish, County of | Long Term Leasing for the Chronically Homeless Disabled | WA0210U0T042416 | 1 | $521,604 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | YHDP Snohomish Young Adult Housing | WA0517Y0T042403 | 1 | $952,957 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | Coordinated Entry | WA0376U0T042408 | 1 | $636,672 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | WA-504 UFA Costs Application FY2024 | WA0614U0T042400 | 1 | $433,129 | | | |
| Seattle | WA-504 | Snohomish, County of | HMIS Lead | WA0338U0T042409 | 1 | $519,141 | | No | $0.00 |
| Seattle | WA-504 | Snohomish, County of | CCS Homeless Families, Home at Last | WA0251U0T042413 | 1 | $325,824 | | No | $0.00 |
| | | | | | | $16,701,680 | | | $0 |