THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

Defendants.

No. 2:25-cv-00814-BJR

SUPPLEMENTAL DECLARATION OF DAVID MORRISON

I, David Morrison, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. My professional biographical information is recited in Paragraphs 2-4 of my first Declaration, filed as Document No. 6 in the above-captioned litigation.

3. On or about May 8, following this Court's May 7 issuance of a temporary restraining order ("TRO") in this matter (filed as Document No. 52 in the above-captioned litigation), I received information that FTA was retroactively applying FTA Master Agreement Version 33 (adopted April 25, 2025) to FTA grants that were fully executed before that version was issued. Based on that information, I elected to review the current status of two of Metro's

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

FTA grants, each of which was executed in 2025 but before FTA Master Agreements Versions 32 and 33 were released.

4. To look up the status of these two grants, I logged into FTA's electronic grant-management system, called the Transit Award Management System, or TrAMS. TrAMs is FTA's web-based grant management tool. It is the primary interface that Metro and other FTA grant recipients use to provide information to, and to receive information from, FTA. According to FTA, TrAMS "allows recipients to apply for federal funds, manage their programs in accordance with federal requirements, and enable[s] FTA to review, approve, control, and oversee how funds are used."[1]

5. As such, TrAMS is used for much more than just grant management. Grant recipients like Metro also use TrAMS to submit quarterly financial and milestone progress reports on project spending and activities; to update reports on progress towards Federally-mandated disadvantaged business entity (DBE) utilization goals on federally funded projects across the entire Metro transit agency; and to submit other required reports, such as Metro's triennial Title VI and EEO compliance reports, and periodic updates to Metro's FTA-mandated Public Transit Agency Safety Plan, or PTASP. Furthermore, the grant-related information that Metro and other FTA grant recipients submit to FTA's TrAMS system is copied over to FTA's separate payment system that FTA grant recipients use to request and receive payment from their grant award, called the Electronic Clearing House Operation, or ECHO.[2] In light of these many

[1] See https://www.transit.dot.gov/funding/grantee-resources/teamtrams/transit-award-management-system-trams#:~:text=The%20Transit%20Award%20Management%20System%20(TrAMS)%20is%20FTA's%20web%2D,oversee%20how%20funds%20are%20used. (visited May 13, 2025) (bracketed material added).

[2] See https://www.transit.dot.gov/funding/grantee-resources/echo/electronic-clearing-house-operation-echo (visited May 13, 2025).

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

purposes and functions, and the wide array of data and documents compiled there, the TrAMS system is central to Metro's FTA grant-management process, and to our communication with FTA. As a result, my staff and I utilize TrAMS for all of these purposes, and we log into it on a near-daily basis.

6. The grants that I reviewed in TrAMS on May 8 were FTA grant no. WA-2025-001, executed January 15, which is a $79 million-dollar grant for Metro's RapidRide I Line bus rapid transit corridor to connect the cities of Renton, Kent, and Auburn (the "I Line Grant");[3] and FTA grant no. WA-2025-011, executed March 24, which was a $5,428,232 grant for Metro to acquire four specially-configured hybrid buses for the RapidRide G Line in central Seattle, which connects the Madison Valley area and Capitol Hill with downtown Seattle along heavily-traveled Madison Avenue (the "G Line Grant").[4]

7. As described further below, the I Line Grant remains open and active; and the G Line Grant is now closed. Each of those grants was executed under FTA Master Agreement Version 31, which, according to the information in TrAMS, was incorporated into each of those grants by reference at the time of their execution on January 15 and March 24, respectively. Copies of the grant agreement packages are attached to this declaration as Second Morrison Declaration Exhibits A-1 and A-2 (I Line Grant) and Exhibits B-1, B-2, and B-3 (G Line Grant).

[3] See https://www.rapidrideiline.com/?lng=en (visited May 13, 2025).

[4] See https://www.seattle.gov/transportation/projects-and-programs/programs/transit-program/transit-plus-multimodal-corridor-program/madison-rapidride-g-line (visited May 13, 2025). The buses feature 5 doors for boarding, 3 on one side and 2 on the other side, allowing for rapid curbside boarding as well as boarding at platforms located in the middle of the street. Under a separate FTA grant, the City of Seattle also acquired an additional 9 buses configured the same way, for a total of 13 specially-configured buses to serve the G Line.

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

8. However, when I looked up the I Line Grant and the G Line Grant in TrAMS on or about May 8, I noticed several things about these two grants that immediately struck me as unusual.

9. The first thing I noticed was that for each of the two grants, TrAMS now showed not one, but *two* versions of a grant agreement, one labeled "historical" and the other labeled "current." That struck me as unusual because Metro had done nothing to trigger a new grant agreement or an amended grant agreement (if a recipient makes substantial changes to a project or a grant application, then FTA treats the amendment like a new grant agreement that may become subject to a new Master Agreement version if one was adopted in the interim; but Metro made no such change as to either of these two grants).[5]

10. The "historical" grant information in TrAMS for each of the grants showed that it was executed under FTA Master Agreement version 31, the terms of which were incorporated by reference into each grant, as described in Paragraph 6 of this declaration. However, the "current" grant information in TrAMS for each of the two grants now showed that it incorporated FTA Master Agreement version 33, which was not released until April 25, *after* Metro executed each of these two grants. The "historical" grant packages are attached to this Declaration as Exhibits A-1 (I Line Grant) and B-1 (G Line Grant), respectively; and the "current" grant packages are attached as Exhibits A-2 (I Line Grant) and B-2 (G Line Grant), respectively.

[5] See generally FTA Circular 5010.1F (November 1, 2024) at Appendix C p.C-5 paragraph 6 ("FTA requires a grant amendment when there is either a change in the Award's scope or an addition of Federal funds to an existing grant. […] Grant amendments are subject to the same application requirements as a new grant request.") available online at https://www.transit.dot.gov/regulations-and-programs/fta-circulars/award-management-requirements-circular (visited May 13, 2025) (ellipsis added).

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

11. Here is a screenshot of relevant sections of the "historical" version of the I Line Grant information, specifically, the award information page and the agreement section, showing the incorporation of Master Agreement version 31 in the section labeled "Part 6: Agreement":

DOT | FTA
U.S. Department of Transportation | Federal Transit Administration

**Award**

| Federal Award Identification Number (FAIN) | WA-2025-001-00 |
|---|---|
| Temporary Application Number | 1731-2024-13 |
| Award Name | FY 2022 and FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT |
| Award Status | Active (Executed) |
| Award Budget Number | 0 |

| Period of Performance Start Date | 1/15/2025 | | |
|---|---|---|---|
| Original Period of Performance End Date | 9/30/2028 | | |
| Current Period of Performance End Date | 9/30/2028 | Revision #: 0 | Approved?: Yes |

| Budget Period Start Date | 1/15/2025 |
|---|---|
| Budget Period End Date | 9/30/2028 |

**Part 6: Agreement**

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL TRANSIT ADMINISTRATION

GRANT AGREEMENT
(FTA G-31)

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(31), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

12. And here is a screenshot of the "current" version of the I Line Grant information, showing the incorporation of Master Agreement version 33 in the section labeled "Part 6: Agreement." Note that the last two digits of the grant are still "00" which indicates that no amendment was executed; and likewise the box titled "Revision #" still shows "0":

DOT | FTA
U.S. Department of Transportation | Federal Transit Administration

**Award**

| Federal Award Identification Number (FAIN) | WA-2025-001-00 |
|---|---|
| Temporary Application Number | 1731-2024-13 |
| Award Name | FY 2022 and FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT |
| Award Status | Active (Executed) |
| Award Budget Number | 0 |

| Period of Performance Start Date | 1/15/2025 | | |
|---|---|---|---|
| Original Period of Performance End Date | 9/30/2028 | | |
| Current Period of Performance End Date | 9/30/2028 | Revision #: 0 | Approved?: Yes |

| Budget Period Start Date | 1/15/2025 |
|---|---|
| Budget Period End Date | 9/30/2028 |

**Part 6: Agreement**

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL TRANSIT ADMINISTRATION

GRANT AGREEMENT
(FTA G-33)

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(33), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

WHEN THE TERM "FTA AWARD" OR "AWARD" IS USED, EITHER IN THIS GRANT AGREEMENT OR THE APPLICABLE MASTER AGREEMENT, "AWARD" ALSO INCLUDES ALL TERMS AND CONDITIONS SET FORTH IN THIS GRANT AGREEMENT.

13. Similarly, here is a screenshot of the "historical" version of the G Line Grant information, showing the incorporation of Master Agreement version 31 in the section labeled "Part 6: Agreement":

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| DOT | FTA |
|---|---|
| U.S. Department of Transportation | Federal Transit Administration |

**Award**

| | |
|---|---|
| Federal Award Identification Number (FAIN) | WA-2025-011-00 |
| Temporary Application Number | 1731-2023-5 |
| Award Name | FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses |
| Award Status | Active (Executed) |
| Award Budget Number | 0 |

| | | | |
|---|---|---|---|
| Period of Performance Start Date | 3/24/2025 | | |
| Original Period of Performance End Date | 6/30/2025 | | |
| Current Period of Performance End Date | 6/30/2025 | Revision #: 0 | Approved?: Yes |

| | |
|---|---|
| Budget Period Start Date | 3/24/2025 |
| Budget Period End Date | 6/30/2025 |

**Part 6: Agreement**

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL TRANSIT ADMINISTRATION

GRANT AGREEMENT
(FTA G-31)

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(31), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

WHEN THE TERM "FTA AWARD" OR "AWARD" IS USED, EITHER IN THIS GRANT AGREEMENT OR THE APPLICABLE MASTER AGREEMENT, "AWARD" ALSO INCLUDES ALL TERMS AND CONDITIONS SET FORTH IN THIS GRANT AGREEMENT.

FTA OR THE FEDERAL GOVERNMENT MAY WITHDRAW ITS OBLIGATION TO PROVIDE FEDERAL ASSISTANCE IF THE RECIPIENT DOES NOT EXECUTE THIS GRANT AGREEMENT WITHIN 90 DAYS FOLLOWING FTA's AWARD DATE SET FORTH HEREIN.

14. And here is a screenshot of the "current" version of the G Line Grant information, showing the incorporation of Master Agreement version 33 in the section labeled "Part 6: Agreement." Note that like the "current" version of the I Line Grant, the last two digits of the "current" G Line grant are still "00" which indicates that no amendment was executed; and likewise the box titled "Revision #" still shows "0":[6]

| DOT | FTA |
|---|---|
| U.S. Department of Transportation | Federal Transit Administration |

**Award**

| | |
|---|---|
| Federal Award Identification Number (FAIN) | WA-2025-011-00 |
| Temporary Application Number | 1731-2023-5 |
| Award Name | FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses |
| Award Status | Closed |
| Award Budget Number | 0 |

| | | | |
|---|---|---|---|
| Period of Performance Start Date | 3/24/2025 | | |
| Original Period of Performance End Date | 6/30/2025 | | |
| Current Period of Performance End Date | 6/30/2025 | Revision #: 0 | Approved?: Yes |

| | |
|---|---|
| Budget Period Start Date | 3/24/2025 |
| Budget Period End Date | 6/30/2025 |

**Part 6: Agreement**

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL TRANSIT ADMINISTRATION

GRANT AGREEMENT
(FTA G-33)

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(33), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

WHEN THE TERM "FTA AWARD" OR "AWARD" IS USED, EITHER IN THIS GRANT AGREEMENT OR THE APPLICABLE MASTER AGREEMENT, "AWARD" ALSO INCLUDES ALL TERMS AND CONDITIONS SET FORTH IN THIS GRANT AGREEMENT.

FTA OR THE FEDERAL GOVERNMENT MAY WITHDRAW ITS OBLIGATION TO PROVIDE FEDERAL ASSISTANCE IF THE RECIPIENT DOES NOT EXECUTE THIS GRANT AGREEMENT WITHIN 90 DAYS FOLLOWING FTA's AWARD DATE SET FORTH HEREIN.

[6] There is a third entry in TrAMS for the G Line project reflecting that the grant was closed out effective April 7, fully two weeks before FTA Master Agreement Version 33 was released on April 25. See Exhibit B-3 attached hereto. As is FTA's usual practice, that closeout entry does not include a Part 6 to incorporate any documents by reference, because the effect of the entry is to signal that the grant is closed out.

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

15. To my knowledge, and based on my best recollection over my more than twenty-five years of service with King County Metro and its predecessor agencies, FTA has never retroactively – and unilaterally – substituted a later version of the Master Agreement for a prior version when the later version contained significant, substantive changes similar to the FTA Grant Conditions that are the subject of the above-captioned lawsuit. FTA has on a handful of occasions retroactively substituted updated Master Agreement versions that contained minor changes consistent with an "administrative amendment," which FTA guidance describes as "[a] minor change to an award[,] initiated by FTA to modify or clarify certain terms, conditions, or provisions of a grant or cooperative agreement,"[7] but not significant changes like those contained in Version 33. Therefore, I was very surprised when I looked up these grants in TrAMS and discovered these unexpected new entries that purport to unilaterally incorporate Master Agreement Version 33 and its key changes without notice to Metro.

16. FTA's materials submitted in connection with the above-captioned lawsuit are consistent with FTA's practice applying each new version of the Master Agreement prospectively, not retroactively. See Declaration of Susan Fletcher, Document 57 at p.2, paragraph 5 ("After FTA publishes a new version of the Master Agreement on its website, FTA begins incorporating the new version by reference into … awards and amendments to awards executed *after publication*.") (ellipsis, emphasis added).[8]

---

[7] See FTA Circular C 5010.1.F (dated November 1, 2024) at p.I-3 and Appendix C at p.C-5, available online at https://www.transit.dot.gov/regulations-and-programs/fta-circulars/award-management-requirements-circular (visited May 13, 2025) (bracketed material added).

[8] The Fletcher declaration notes that FTA updated its Master Agreement twice in 2022, but fails to state that the second update was in November of 2022 and for the purpose of setting the Master Agreement terms for fiscal year 2023. See Document 57 at p.2 paragraph 6. In contrast to the 2025 updates at issue in this lawsuit, the November 2022 update did not retroactively affect grants or amendments executed prior to that update.

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

17. In any case, the TrAMS record shows that the I Line Grant and the G Line Grant were executed prior to the adoption of Master Agreement Version 33, and they were *not* amended—there have been no revisions to either grant, other than the revision to designate the G Line Grant as closed out—and because the changes in Master Agreement Version 33 are more than just an "administrative amendment," there was no basis for FTA to retroactively substitute Version 33 (with the FTA Grant Conditions) in place of Version 31, which was the version in place when Metro executed those two grants.

18. FTA's unilateral and retroactive substitution of a materially-changed version of the Master Agreement for an earlier one, without notice and in the absence of any triggering amendment or other grantee-initiated substantial revision, is not just problematic from a grant-management standpoint; it is also potentially very problematic from a capital project-management standpoint.

19. The problem is particularly acute in the context of a complex capital project like the Rapidride I Line, which is currently out to bid and which spans 17 miles and encompasses the construction or improvement of 82 stations across three cities, as well as numerous physical revisions to traffic signals, street infrastructure, and more.[9] The reason is because FTA grant conditions "flow down" from FTA to Metro and through to its contractors and subcontractors, and are incorporated into each of the numerous contracts that Metro executes for project like the I Line. Each of those contractors and subcontractors (as well as Metro) depend on the executed contracts to define their rights and obligations, as do their respective suppliers, lenders, insurers,

[9] See chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.transit.dot.gov/sites/fta.dot.gov/files/2022-01/WA-Seattle-RapidRide-I-Line-FY23-Profile_0.pdf (FTA webpage hosting Metro's 6-page summary of its Small Starts Project proposal) (visited May 13, 2025).

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

and payment and performance bond-issuers. If FTA unilaterally and retroactively revises its grant terms and conditions by inserting a materially different version of the Master Agreement into a previously-executed grant package, it could fundamentally alter an entire cascading chain of contractual rights and obligations, including the settled expectations of contractors, subcontractors, suppliers, insurers, lenders, and other third parties with an interest in the project. Simply put, and for all of these obvious reasons, that prospect is functionally unworkable.

20. FTA's purported unilateral and retroactive changes to the I Line Grant and the G Line Grant are not the only FTA grant condition-related matters that have raised red flags for me and for Metro in the few business days since the TRO was filed on May 7.

21. On May 8, after this Court's issuance of the TRO in the above-captioned litigation, I executed three new FTA grants and two FTA grant amendments then pending in TrAMS.[10] Although we knew that these grants and grant amendments would necessarily incorporate Master Agreement Version 33, which is the current version of the Master Agreement, we acted in reliance on the May 7 TRO and its direction that FTA is enjoined from "imposing or enforcing the FTA Grant Conditions" and is also enjoined from "requiring King County to make any 'certification' or other representation related to compliance with the FTA Grant Conditions[.]" See May 7 TRO, Document 52 at p.4. We executed those five instruments with the explicit understanding that those three specific conditions within Master Agreement

---

[10] The three new grants are: WA-2025-015 ($33,552,634 for acquisition of approximately 30 battery electric buses, depending on final cost per bus); WA-2025-016 ($28,207,594 for vehicle preventive maintenance, which FTA considers a capital purpose); and WA-2025-018 ($7,950,000 for a battery electric bus charging depot at Tukwila Base). The two grant amendments are WA-2020-041-01 (adding $5,800,000 in FTA funds for other battery electric buses and charging stations originally funded in Federal fiscal years 2018 and 2019); and WA 2021-018-01 (adding $4,400,000 in FTA funds for the Route 48 South electrification project, originally funded in Federal fiscal years 2017 and 2020 to build infrastructure for electric trolley buses to operate on what is now a hybrid-diesel route through Seattle's Central District).

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Version 33 were not legally binding on King County due to the TRO, and thus cannot be included, either now or in the future, among the terms of Version 33 that are applied to these grants.

22. To confirm the parties' shared expectations under the TRO, the same day that I executed the grant agreements, an attorney for King County emailed FTA, notifying it that "in the event that the TRO expires, the Restrained Conditions will not be imposed or enforced against King County as to any grant or other instrument, document, or record, that may be obligated, executed, or submitted by King County Metro during the period that the TRO was in effect." However, on Monday May 12, I was forwarded a copy of email from an assistant U.S. attorney representing FTA, responding to the email from King County's attorney asserting that if "the TRO (or any subsequent injunctive order) expires, FTA may treat the Restrained Conditions like any other part of an agreement, regardless of whether the agreement was signed while the TRO was in effect." A complete copy of that email exchange is attached to this declaration as 2nd Morrison Declaration Exhibit C, with an accompanying attorney-client communication redacted.

23. I was deeply concerned to read the position taken by FTA's attorney in that email, because if true, my conclusion is that it would completely undermine the purpose of the TRO, which (by its own terms) was to preserve the status quo that existed before FTA issued Versions 32 and 33 of the Master Agreement containing the Restrained Conditions, so that King County and Metro could proceed to execute FTA grants and grant amendments and draw down funds without having to accept the Restrained Conditions. See Document 52 at p.4 ("Defendants have put Plaintiffs in the position of having to accept conditions that they believe are unconstitutional, and risking the loss of hundreds of millions of dollars in federal grant funding, including funding that they have already budgeted and are committed to spending.").

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

24. If the FTA attorney's position is correct, then my conclusion is that King County and Metro are presently no better off than they were before the TRO was issued, because the Restrained Conditions are still part of the FTA Master Agreement, and are merely stayed or held in abeyance pending this Court's decision on the merits, at which point (if the case goes against King County) those conditions could spring back into effect (that is, they could be "enforced," contrary to the TRO), dating back to when Metro executed the grant agreements or amendments. In which case Metro is still, and will remain, exposed to the risks created by the Restrained Conditions until the Court ultimately rules on the merits of this case.

25. To be clear, the FTA attorney's May 12 email has created additional uncertainty around the status of the Restrained Conditions under the TRO; and in turn, that uncertainty is causing significant disruption to the administration of Metro's business and our ability to deliberately and responsibly implement tens of millions of dollars of obligated FTA grants that Metro is entitled to draw down, which is what I thought the TRO was supposed to protect. See Document 52 at p.4 ("[t]he need for certainty and predictability in Plaintiffs' budget planning further supports eliminating the uncertainty that arises from Defendants' proposed conditions.").

26. Specifically, in response to this new disruption, Metro leadership directed me to postpone drawing down two FTA grants and funding from two amendments obligated on May 8, 2025 and worth a combined $42,125,709 in reimbursement to King County for past expenditures that Metro made in reliance on those grants.[11] But for the FTA attorney's May 12 email, Metro would have drawn down those grant funds as early as May 14.

---

[11] WA-2025-018, worth $7,950,000, will reimburse King County for prior expenditures that Metro made to prepare Tukwila basis to host battery electric buses; and WA-2025-016, worth $28,207,594, will reimburse King County for capitalized vehicle maintenance expenditures that Metro spent in 2024.

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

27. Another FTA grant-related matter has raised my concern since the May 7 TRO was issued. I recently learned that FTA may soon publish their annual update to their "Certifications and Assurances" document.[12] An FTA grant recipient like King County must execute the Certifications and Assurances before that recipient may subsequently accept FTA grant awards. Like the Master Agreement, the Certifications and Assurances document covers all of the cross-cutting laws, rules, and regulations with which a grant recipient must comply, as well as additional conditions specific to certain types of FTA funding. By way of illustration, a copy of the 2024 Certifications and Assurances document is attached to this declaration as 2nd Morrison Declaration Exhibit D.

28. Based in part on the broad policy direction stated in the April 24, 2025 letter issued by USDOT Secretary Duffy (see Document 6 Exhibit D), and based also in part on FTA Master Agreement Versions 32 and 33 (see Document 6 Exhibits B-1 and B-2), I am concerned that when FTA issues the 2025 Certifications and Assurances document, it will contain provisions materially the same as the Restrained Conditions. If so, and unless the Court prohibits FTA from "imposing or enforcing" those conditions, then my conclusion is that King County and Metro are essentially back where they started, faced with "having to choose between accepting conditions that they believe are unconstitutional, and risking the loss of hundreds of millions of dollars of grant funding, including funding that they have already budgeted and are committed to spending." May 7 TRO, Document 52 at p.3.

---

[12] As described by FTA, "FTA is authorized to consolidate the certifications and assurances required by federal law or regulations for its programs into a single document that an applicant for or recipient of federal assistance under 49 U.S.C. chapter 53 must submit annually or as part of its application for federal assistance. FTA is also required to publish a list of these certifications and assurances annually." See https://www.transit.dot.gov/funding/grantee-resources/certifications-and-assurances/certifications-assurances (visited May 14, 2025).

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

29. Lastly, I was surprised to see Defendants assertion that FTA does not fund Metro's operations (see Document 55 at p.8 lines 6-7; see also Document 57 at p.3 paragraph 14). That may be true in a narrowly technical, definitional sense, because FTA Circular 9050.1A Section 4.a(64) defines preventive maintenance as a type of capital project; but from a grantee's perspective and in practical terms, Metro routinely relies on FTA funds to reimburse Metro for maintenance of buses and bus facilities[13] These funds are critical to maintain Metro's fleet and facilities in a state of good repair, which in turn substantially supports Metro's day-to-day bus operations. For example, in 2024 alone Metro expended more than $28 million for maintenance of buses and bus facilities in reliance on reimbursement from FTA under a newly-obligated Section 5307 grant that I executed on May 8, following the May 7 TRO as explained in Paragraph 21 above. In addition, for FY 2024 Metro programmed an additional $7.3 million of awarded-but-not-yet obligated Section 5337 funding for similar maintenance and repair of trolley buses and trolley-bus infrastructure. [14] Thus for 2024 alone, Metro anticipates FTA reimbursement for over $35 million in preventive maintenance type expenditures.

30. Because Metro has already expended these costs in reasonable reliance on reimbursement from FTA grant funds, Metro cannot forgo these $35 million in FY 2024 FTA grant funds without necessarily and detrimentally impacting some other aspect of Metro's budget and program in the same amount. And these are just two examples across Metro's numerous open FTA grants. See Document 6 at p.4, paragraph 10 (identifying 18 grant applications or

---

[13] See FTA Circular 9050.1A (dated November 1, 2024), at p.I-10, Section 4.a(64) (defining "Preventive Maintenance"), available online at https://www.transit.dot.gov/regulations-and-programs/fta-circulars/urbanized-areas-formula-grant-programs-guidance (visited May 15, 2025). The definition goes on to state that "[u]nder 49 USC 5302, *preventive maintenance is a type of capital project*." (bracketed material, emphasis added).

[14] These funds have been awarded by FTA but are not yet obligated and remain in a grant application in TrAMS.

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

amendments pending obligation and totaling $201,203,160 across federal fiscal years 2021-2025.) Defendants acknowledge that Metro is waiting on these additional grants. See Document 57 at p.4 paragraph 18 ("[t]here are 19 other applications for grants or … amendments to existing grants that are in various phases of review.") (bracketed material, ellipsis added.).

31. As such, I believe Defendants are incorrect when they argue (Document 55, pp.28-29) that there is no ongoing harm to warrant injunctive relief in favor of King County. FTA has already applied Master Agreement Version 33 to Metro's recently-executed §5307 grant for reimbursement of 2024 bus maintenance expenditures; and plainly FTA can require Metro to execute Version 33 for any *new* grants or amendments to receive funds that have been awarded but not yet obligated, like the §5337 grants for reimbursement of 2024 trolley bus system maintenance expenditures. Without continuing injunctive relief, to slightly paraphrase the Court's words, Metro's ongoing operations will be at risk because King County will be back "in the position of having to accept conditions that they believe are unconstitutional, and risking the loss of hundreds of millions of dollars in federal grant funding, including funding that they have already budgeted [to reimburse past operational expenditures] and are committed to spending" in reasonable reliance on FTA reimbursement. See May 7 TRO, Document 52 at p.4 (bracketed material added).

Signed under penalty of perjury under the laws of Washington on this 16th day of May, 2025, at Seattle, Washington.

Signed by:
David Morrison
FFC239878D8F423...

DAVID MORRISON

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Matthew Welbes, and the Federal Transit Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 16th day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A-1

DOT FTA

U.S. Department of Transportation Federal Transit Administration

# Award

| Federal Award Identification Number (FAIN) | WA-2025-001-00 |
|---|---|
| Temporary Application Number | 1731-2024-13 |
| Award Name | FY 2022 and FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT |
| Award Status | Active (Executed) |
| Award Budget Number | 0 |

| Period of Performance Start Date | 1/15/2025 | | |
|---|---|---|---|
| Original Period of Performance End Date | 9/30/2028 | | |
| Current Period of Performance End Date | 9/30/2028 | Revision #: 0 | Approved?: Yes |

| Budget Period Start Date | 1/15/2025 |
|---|---|
| Budget Period End Date | 9/30/2028 |

## Part 1: Recipient Information

### Name: KING COUNTY METRO TRANSIT

| Recipient ID | Recipient OST Type | Recipient Alias | UEI | DUNS |
|---|---|---|---|---|
| 1731 | County Agency | KING COUNTY DEPARTMENT OF TRANSPORTATION | E1D1LQ5QENJ8 | 805622313 |

| Location Type | Address | City | State | Zip |
|---|---|---|---|---|
| Physical Address | 201 S JACKSON ST | SEATTLE | WA | 98104 |
| Mailing Address | 201 S JACKSON ST MS KSC-TR-0814 | SEATTLE | WA | 98104 |

## Union Information

| Union Name | INLANDBOATMEN`S UNION OF THE PACIFIC |
|---|---|

| | |
|---|---|
| Address 1 | 1711 WEST NICKERSON ST |
| Address 2 | SUITE D |
| City | SEATTLE |
| State | WA |
| Zipcode | 98119 |
| Contact Name | Marina Secchitano |
| Telephone | (415) 420-1962 |
| Fax | 2062845043 |
| E-mail | ibusf@pacbell.net |
| Website | WWW.IBU.ORG |
| **Union Name** | **LOCAL 17 IFPTE** |
| Address 1 | 2900 EASTLAKE AVENUE |
| Address 2 | SUITE 300 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98102 |
| Contact Name | WHITNEY ABRAMS |
| Telephone | 2063287321 |
| Fax | 2063287402 |
| E-mail | abrams@ifpte17.org |
| Website | www.ifpte17.org |
| **Union Name** | **LOCAL 587- ATU** |
| Address 1 | 2700 FIRST AVENUE |
| Address 2 | SUITE 230 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98121 |
| Contact Name | PAUL BACHTEL |
| Telephone | 2064488588 |
| Fax | 2064484482 |
| E-mail | pbachtelpres@atu587.com |
| Website | www.atu587.com |
| **Union Name** | **LOCAL 77 IBEW** |
| Address 1 | 1125 15TH STREET NW |
| Address 2 | |
| City | WASHINGTON |
| State | District of Columbia |
| Zipcode | 20005 |
| Contact Name | JOHN CUNNINGHAM |

| | |
|---|---|
| Telephone | 2063234505 |
| Fax | 2063230186 |
| E-mail | ibew77@ibew77.com |
| Website | www.ibew77.com |
| **Union Name** | **MARINE ENGINEERS BENEFICIAL** |
| Address 1 | 444 NORTH CAPITOL STREET |
| Address 2 | SUITE 800 |
| City | WASHINGTON |
| State | District of Columbia |
| Zipcode | 20001 |
| Contact Name | MIKE JEWELL |
| Telephone | 2026385355 |
| Fax | 2026385369 |
| E-mail | MJEWELL@D1MEBA.ORG |
| Website | WWW.MEBAUNION.ORG |
| **Union Name** | **MASTERS MATES AND PILOTS (MM&P)** |
| Address 1 | 700 MARITIME BOULEVARD |
| Address 2 | SUITE B |
| City | LINTHICUM HEIGHTS |
| State | Maryland |
| Zipcode | 21090 |
| Contact Name | TIMOTHY BROWN |
| Telephone | 4108508700 |
| Fax | |
| E-mail | PRESIDENT@BRIDGEDECK.ORG |
| Website | WWW.BRIDGEDECK.ORG |
| **Union Name** | **TEAMSTER 117** |
| Address 1 | |
| Address 2 | 14675 INTERUBAN AVE SOUTH |
| City | TUKWILIA |
| State | Washington |
| Zipcode | 98168 |
| Contact Name | JOHN SCEARCY |
| Telephone | 2064414860 |
| Fax | 2064413153 |
| E-mail | john.scearcy@teamsters117.org |
| Website | |
| **Union Name** | **TECHNICAL EMPLOYEES ASSOC (TEA)** |
| Address 1 | P O BOX 4353 |

| Address 2 | |
|---|---|
| City | SEATTLE |
| State | Washington |
| Zipcode | 98194 |
| Contact Name | ADE FRANKLIN |
| Telephone | 2066841293 |
| Fax | 2066841710 |
| E-mail | ade.franklin@metrokc.gov |
| Website | www.metrokc.gov |

# Part 2: Award Information

## Title: FY 2022 and FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

| FAIN | Award Status | Award Type | Application Cost Center | Date Created | Last Updated Date | From TEAM? |
|---|---|---|---|---|---|---|
| WA-2025-001-00 | Active (Executed) | Grant | Region 10 | 9/19/2024 | 9/19/2024 | No |

**Award Executive Summary**
This application requests FY 2022 and 2024 Section 5309 CIG Small Starts Discretionary Funds apportioned to the King County Metro in the amount of $79,691,985. The $79,691,985 is comprised of $66,720,897 under Discretionary ID# D2022-SSAA-004; $1,161,142 under Discretionary ID# D2024-SMST-001; and $11,809,946 under Discretionary ID# D2024-SSAD-007.

Project Description
The RapidRide I Line Project (Project) will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

Total CIG Project Cost is $168,482,000

Total Federal Funding of $98,935,296 for the RapidRide I Line Capital Investment Grants (CIG) Project is included in five separate grants:
1. $79,691,985 in FY 2022 and 2024 FTA Section 5309 CIG Small Starts funds (this grant application)

2. $10,287,062 in FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line (Grant # WA-2024-056) ($8,904,798 has been awarded in the grant, which will be amended to add $1,382,264 concurrently or shortly after execution of this Section 5309 CIG grant)
3. $6,000,000 in FY 2023 Federal Highway Administration (FHWA) Congestion Mitigation & Air Quality (CMAQ) funds flexed to FTA for I-Line Speed and Reliability Improvements (Grant # WA-2024-065) ($ 5,879,754 has been awarded in the grant, which will be amended to add $120,246 concurrently or shortly after execution of this Section 5309 CIG grant)
4. $1,968,073 in FY 2019/2023 FHWA Surface Transportation Block Program (STBG) funds flexed to FTA for RapidRide I Line Corridor Non-Motorized Improvements (Grant # WA-2024-047) ($1,040,424 has been awarded in the grant, which will be amended to add $927,649 concurrently or shortly after execution of this Section 5309 CIG grant)
5. $988,176 in FY 2018 FHWA Surface Transportation Program (STP) funds flexed to FTA for White Center Non-Motorized Improvements and Renton to Auburn Speed & Reliability Improvements (Grant # WA-2020-104)

$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost

State Funds
1. $10,000,000 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds
2. $8,000,000 in Washington State Department of Transportation (WSDOT) Move Ahead Washington
3. $8,000,000 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds
4. $1,481,200 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds

$27,481,200 TOTAL STATE = 16.3% of Total Estimate CIG Project Cost

Local Funds
$42,065,504 in sales tax revenue

$42,065,504 TOTAL LOCAL = 25.0% of Total Estimate CIG Project Cost

$69,546,704 TOTAL LOCAL AND STATE = 41.3% of Total Estimated CIG Project Cost

The total capital cost of the portion of project work to be funded with this grant application is $145,269,127, including $79,691,985 (54.9% of this grant) in FTA Section 5309 Small Starts funds. Matching funds for this specific grant application in the amount of $65,577,142 (45.1% of this grant) will come from local and state funding, including: $19,481,200 in WSDOT Regional Mobility Grant funds; $8,000,000 in Move Ahead Washington funds; and $38,095,942 in local funds.

Agency indirect costs and/or fringe benefits are not eligible for reimbursement under this grant agreement.

In addition to FTA's Buy America Act, which requires that the steel, iron, and manufactured goods used in an FTA-funded project are produced in the United States (49 U.S.C. 5323(j)(1)), the Build America, Buy America Act (BABA) (Public Law 117-58, div. G 70914(a)) now requires that construction materials used in infrastructure projects are also produced in the United States. Refer to terms and conditions in FTA's Master Agreement Section 15. The BABA requirement applies to this grant, in addition to the Buy America Act, except to the extent a waiver of either requirements may apply.

**Frequency of Milestone Progress Reports (MPR)**
Quarterly

**Frequency of Federal Financial Reports (FFR)**
Quarterly

**Does this application include funds for research and/or development activities?**
This award does not include research and development activities.

**Pre-Award Authority**
This award is using Pre-Award Authority.

**Does this application include suballocation funds?**
Recipient organization is the Designated Recipient and can apply for and receive these apportioned funds.

**Will this Grant be using Lapsing Funds?**
No, this Grant does not use Lapsing Funds.

**Will indirect costs be applied to this application?**
This award does not include an indirect cost rate.

*Indirect Rate Details*: N/A

**Requires E.O. 12372 Review**
No, this application does not require E.O. 12372 Review.

**Delinquent Federal Debt**
No, my organization does not have delinquent federal debt.

# Award Description

**Purpose**
The purpose of this award is to provide $79,691,985 in FY 2022 and 2024 Federal Section 5309 Capital Investment Grants (CIG) Small Starts Discretionary Funds to construct the RapidRide I Line BRT Project. (Discretionary IDs # D2022-SSAA-004, D2024-SMST-001, and D2024-SSAD-007).

**Activities to be performed:**
RapidRide I Line Project elements will include: widening and re-channelizing roadways for more exclusive transit priority, including BAT lanes, transit queue bypass lanes, and transit queue jumps; bus bulbs for improved station boarding experience; telecommunication infrastructure to support off-board fare payment and real-time bus arrival information; transit signal coordination and NextGen TSP to improve travel times; curb extensions and Americans with Disability Act (ADA)-compliant ramps, and sidewalk and road crossing improvements to facilitate safe access to transit. The NextGen TSP investments and BAT lanes are strategically located in areas with the most congestion and travel time delay to ensure that buses will not get stuck in traffic.

**Expected outcomes:**
RapidRide I Line would provide frequent high-quality BRT service along a 17-mile north-south route that travels between the Renton Transit Center and the Auburn Transit Center by the Kent Transit Center, connecting three of the largest suburban cities in South King County: Renton, Kent, and Auburn. All three communities include regionally designated Growth Centers, and include the locally identified centers of East Hill, Panther Lake, and Benson. The corridor includes multiple areas of high concentrations of population and employment and the suburbs of Renton, Kent, and Auburn are some of the largest and most diverse in the Seattle area. Connections to other regional high-capacity transit such as RapidRide F Line, Sounder Commuter Rail, and future Metro and Sound Transit BRT will provide increased access to regional destinations.

**Intended beneficiaries:**
RapidRide I Line will serve the Cities of Renton, Kent and Auburn. Within a half mile of the corridor there are over 75,000 residents and over 50,000 jobs, with health care, aeronautics/airports, education, manufacturing, and retail as the primary employment sectors. I Line will serve one of the more racially diverse areas of King County with a high concentration of transit-dependent residents

**Subrecipient Activities:**
None

## Award Point of Contact Information

| First Name | Last Name | Title | E-mail Address | Phone |
|---|---|---|---|---|
| Derek | Oh | General Engineer | derek.oh@dot.gov | (206) 220-4319 |
| Lori | Guerrero | Grant Administrator | lori.guerrero@kingcounty.gov | 206-477-3815 |

## Award Budget Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $79,691,985 |
| Local | | | $38,095,942 |
| Local/In-Kind | | | $0 |
| State | | | $27,481,200 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$145,269,127** |

## Award Budget

| Project Number | | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025-001-01-00 | 131-00 (131-B1) | NEW START - ROLLING STOCK | $0.00 | $173,732.00 | $173,732.00 | 21 |
| WA-2025-001-01-00 | 13.14.10 | REHAB ARTICULATED TROLLEY BUS (0:100)(00) | $0.00 | $173,732.00 | $173,732.00 | 21 |
| WA-2025-001-01-00 | 140-10 (140-A1) | GUIDEWAY & TRACK ELEMENTS | $7,423,262.00 | $1,855,817.00 | $9,279,079.00 | 17 |
| WA-2025-001-01-00 | 14.01.10 | GUIDEWAY & TRACK ELEMENTS (80:20)(00) | $7,423,262.00 | $1,855,817.00 | $9,279,079.00 | 17 |
| WA-2025-001-01-00 | 140-20 (140-A2) | STATIONS, STOPS, TERMINALS, INTERMODAL | $9,214,266.00 | $3,803,567.00 | $13,017,833.00 | 41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WA-2025-001-01-00 | | 14.02.20 | STATIONS, STOPS, TERMINALS, INTERMODAL (70.8:29.2)(00) | $9,214,266.00 | $3,803,567.00 | $13,017,833.00 | 41 |
| WA-2025-001-01-00 | 140-40 (140-A3) | SITEWORK & SPECIAL CONDITIONS | | $10,558,563.00 | $8,946,197.00 | $19,504,760.00 | 0 |
| WA-2025-001-01-00 | | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (54.1:45.9)(00) | $10,558,563.00 | $8,946,197.00 | $19,504,760.00 | 0 |
| WA-2025-001-01-00 | 140-50 (140-A4) | SYSTEMS | | $16,965,016.00 | $4,161,342.00 | $21,126,358.00 | 0 |
| WA-2025-001-01-00 | | 14.05.50 | SYSTEMS (80.0:20.0)(00) | $16,965,016.00 | $4,161,342.00 | $21,126,358.00 | 0 |
| WA-2025-001-01-00 | 140-60 (140-A5) | ROW, LAND, EXISTING IMPROVEMENTS | | $0.00 | $12,644,539.00 | $12,644,539.00 | 0 |
| WA-2025-001-01-00 | | 14.06.60 | ROW, LAND, EXISTING IMPROVEMENTS (0:100)(00) | $0.00 | $12,644,539.00 | $12,644,539.00 | 0 |
| WA-2025-001-01-00 | 140-80 (140-A6) | PROFESSIONAL SERVICES | | $22,559,790.00 | $20,680,991.00 | $43,240,781.00 | 0 |
| WA-2025-001-01-00 | | 14.08.80 | PROFESSIONAL SERVICES (52.1:47.9)(00) | $22,559,790.00 | $20,680,991.00 | $43,240,781.00 | 0 |
| WA-2025-001-01-00 | 140-90 (140-A7) | UNALLOCATED CONTINGENCY | | $0.00 | $13,310,957.00 | $13,310,957.00 | 0 |
| WA-2025-001-01-00 | | 14.09.90 | UNALLOCATED CONTINGENCY (0:100)(00) | $0.00 | $13,310,957.00 | $13,310,957.00 | 0 |
| WA-2025-001-02-00 | 140-40 (140-A8) | SITEWORK & SPECIAL CONDITIONS | | $1,161,142.00 | $0.00 | $1,161,142.00 | 0 |
| WA-2025- | | 14.04.40 | Budget Activity Line Item: | $1,161,142.00 | $0.00 | $1,161,142.00 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 001-02-00 | | 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00) | | | | |
| WA-2025-001-03-00 | 140-40 (140-A9) | SITEWORK & SPECIAL CONDITIONS | $11,809,946.00 | $0.00 | $11,809,946.00 | 0 |
| WA-2025-001-03-00 | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (100:0)(00) | $11,809,946.00 | $0.00 | $11,809,946.00 | 0 |

## Discretionary Allocations

| Discretionary ID | Project Title | Amount Applied | FAIN |
|---|---|---|---|
| D2022-SSAA-004 | Seattle, RapidRide I Line | $66,720,897 | WA-2025-001-00 |
| D2024-SSAD-007 | Seattle, RapidRide I Line | $11,809,946 | WA-2025-001-00 |
| D2024-SMST-001 | Seattle, RapidRide I Line | $1,161,142 | WA-2025-001-00 |

## Sources of Federal Financial Assistance

| PO Number | Project Number | Scope Name | Scope Number | Scope Suffix | UZA Code | Area Name | Account Class Code | FPC | Description | Amendment Amount | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WA-03-0268 | WA-2025-001-02-00 | SITEWORK & SPECIAL CONDITIONS | 140-40 (140) | A8 | 530170 | Seattle-Tacoma, WA | 2016.47.03.33.1 | 00 | NEW STARTS | $1,161,142 | $1,161,142 |
| WA-03-0268 | WA-2025-001-03-00 | SITEWORK & SPECIAL CONDITIONS | 140-40 (140) | A9 | 530170 | Seattle-Tacoma, WA | 2024.4J.03.39.1 | 00 | Capital Investment Grants - IIJA | $11,809,946 | $11,809,946 |
| WA-03-0268 | WA-2025-001-01-00 | PROFESSIONAL SERVICES | 140-80 (140) | A6 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $22,559,790 | $22,559,790 |
| WA-03-0268 | WA-2025-001-01-00 | SYSTEMS | 140-50 (140) | A4 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $16,965,016 | $16,965,016 |
| WA-03-0268 | WA-2025-001-01-00 | SITEWORK & SPECIAL CONDITIONS | 140-40 (140) | A3 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $10,558,563 | $10,558,563 |
| WA-03-0268 | WA-2025-001-01-00 | STATIONS, STOPS, TERMINALS, IN | 140-20 (140) | A2 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $9,214,266 | $9,214,266 |

| | | TERMODAL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WA-03-0268 | WA-2025-001-01-00 | GUIDEWAY & TRACK ELEMENTS | 140-10 (140) | A1 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $7,423,262 | $7,423,262 |

# Part 3: Project Information

## Project Title: FY 2022 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-001-01-00 | 1731-2024-13-P1 | 9/21/2024 | 9/13/2018 | 6/30/2028 |

**Project Description**

The Project will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

**Project Benefits**

The RapidRide I Line will provide more frequent, convenient, and higher quality transit service to attract more riders and move more people than traditional bus service. Capital improvements in the Corridor that provide preferential treatments for transit are essential tools for reducing roadway congestion for transit in areas of the Corridor where buses experience the most delay. The improvements in passenger facilities such as upgraded stations, safe crossings, lighting, communications and technology investments, and an enhanced vehicle fleet respond to community needs and create a more seamless and desirable transit user experience. The transit treatments proposed as part of the RapidRide I Line are strongly supported by local stakeholders and will bring high-quality transit to traditionally under-served communities of King County.

**Additional Information**

Total CIG Project Cost: $168,482,000
Total FTA 5309 CIG Small Starts Contribution: $79,691,985
Maximum Percentage of FTA 5309 CIG Small Starts Participation: 47.3%
$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost
$69,546,704 TOTAL NON-FEDERAL = 41.3% of Total Estimated CIG Project Cost

This project (Project 1) contains $66,720,897 in FY 2022 Section 5309 Small Starts Discretionary Funds under Discretionary ID# D2023-SSAA-001 and $62,232,462 in local and state funds.

CONDITIONS OF AWARD

Documents Incorporated by Reference.
The following documents, which are attached in TrAMS, are incorporated by reference and made part of this agreement, except to the extent that any term or condition of such is specifically superseded by or in conflict with a term of this agreement. The provisions of this agreement take precedence over the provisions of all other agreements between the Recipient and the Government related to the Project unless specifically stated otherwise.

*Small Starts Template - dated 11/19/2024
*Small Starts SCC Workbook - dated 11/20/2024
*State Transportation Improvement Plan (STIP) MET-208 - approved 1/10/2017
*Locally Preferred Alternative (LPA) Selection - 07/24/2017
*Project Development Approval - signed 5/28/2019
*Locally Preferred Alternative included in the financially constrained long-range transportation plan - 05/08/2020
*State Transportation Improvement Plan (STIP) MET-240 - approved 1/8/2021
*NEPA Documented Categorical Exclusion (DCE) - signed 6/10/2021
*Metro Connects Long Range Plan - dated 11/17/2021
*NEPA Re-evaluation - signed 6/29/2023
*NEPA Re-evaluation - signed 9/18/2024
*State Transportation Improvement Plan (STIP) MET-260 - adoption 2/16/2024 and revised 10/17/2024

Small Starts Special Terms and Conditions

Limitations on Federal Funding Commitment

The portion of Net Project Costs reimbursable by the Government is limited to the lesser of either the Total FTA Amount or the maximum percentage of FTA participation permitted by Federal law and regulation.

The total Small Starts funds awarded by the Government, including Small Starts funds awarded by this agreement and all previous agreements in support of the Project, is stated as the Total FTA Small Starts Contribution. This is the maximum amount of Small Starts funding that may be contributed by the Federal Government for the Project. The portion of Project costs reimbursable with Small Starts funds is limited to the lesser of the Total FTA Small Starts Contribution or the stated Maximum Percentage of Small Starts Funding. Funds from Federal sources other than the Small Starts program are not included in the Small Starts maximums and, if such funds are available to the Project, shall be excluded from the calculation of the Maximum Percentage of Small Starts Contribution.

If the funds awarded under this Grant exceed the amount necessary to finance the Federal share, the excess funds are not available to the Recipient for payment of costs beyond the scope of this Project supported by this Grant.

The Government has no obligation to provide any financial assistance for the Project beyond the Total FTA Amount stated in this agreement. If the total Federal funding is insufficient to undertake revenue operation of the Project and the subsequent activities necessary to complete the Project, the Recipient agrees to complete the Project and accepts sole responsibility for the payment of any additional costs ( overruns). No amendments will be sought or approved to increase the amount of funds in the prior Grants listed above beyond the amounts described in this Agreement as available to the Project.

Recipients Financial Commitments: Capital Costs

The Recipient commits and certifies that it will provide matching funds in an amount sufficient to ensure full and timely payment of Project Costs as necessary to complete the Project, together with the Federal contributions described in this agreement. Estimated project costs and sources of Federal, State, local,

and private funding are described in the SCC Workbook, which is incorporated by reference into this agreement.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the Project Costs necessary to complete the Project as set forth in the SCC Workbook. In its notification, the Recipient shall advise the Government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Recipients Financial Commitments: Operating and Maintenance Costs

As a condition precedent to the Governments Award of this Small Starts Grant, the Recipient has developed and adopted a financing plan for funding the future operation and maintenance of the Project that also takes into consideration the Recipients continuing financial responsibilities to operate, maintain and reinvest in its existing public transportation system.

The Recipient assures the Government that it has stable and dependable funding sources, sufficient in amount and degree of commitment, to operate and maintain its entire public transportation system at an adequate and efficient level of service, including the future operation and maintenance of the Project without additional Federal assistance beyond the amounts set forth in the Financing Plan. The foregoing assurance does not preclude the Recipient from altering service through contracts with private providers of public transportation services.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the operation and maintenance costs of the Project as set forth in the Financing Plan. In its notification, the Recipient shall advise the government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Baseline Cost Estimate

The Baseline Cost Estimate (BCE) is set forth in the Build Main worksheet of the SCC Workbook. The BCE is comprised of all activities necessary to complete the Project and reflects the total anticipated costs of the Project as of the Date of this Agreement. The BCE is derived from the most recent cost estimates of the individual third-party contracts and force account work and reflects appropriate escalation and contingencies, and the milestones set forth in the Schedule worksheet of the SCC Workbook. The BCE will not be amended or modified during the construction of the Project. The Government will use the BCE to monitor the Recipients construction of the Project and the Recipients compliance with certain terms and conditions of this Agreement. The Recipient will submit cost reports as required by this Agreement and in a format consistent with the units set forth in the BCE so that the Government can, with reasonable diligence, reconcile the Recipients reports with the BCE.

Baseline Schedule and Revenue Service Date

The Baseline Schedule described in the SCC Workbook demonstrates how the Recipient intends to complete the Project and meet the Revenue Service Date identified in the SCC Workbook. The Government will use the Baseline Schedule to monitor the Recipients construction of the Project and compare planned to actual Project implementation. Accordingly, the Baseline Schedule will not be amended or modified during the construction of the Project, although the actual schedule of the Project may be modified from time to time as necessary and appropriate. The Recipient agrees to notify the Government of any change in circumstances or commitments that may affect the Recipients ability to achieve the Revenue Service Date, and what actions the Recipient has taken or plans to take to minimize any further slippage in its construction of the Project.

The Recipient agrees to achieve revenue operations of the Project on or before the Revenue Service

Date identified in the SCC Workbook, in accordance with the terms and conditions of this Agreement. Requests by the Recipient for waiver of a breach or anticipatory breach of this Agreement and extension of the Revenue Service Date shall be submitted promptly to the Government, in writing, with appropriate documentation. In the exercise of its sole discretion to waive the breach and extend the Revenue Service Date, the Government will take into consideration the actions and measures taken by the Recipient to meet its commitment to achieve the operational goals of the Project on or before the scheduled Revenue Service Date. The Governments consent to extend the Revenue Service Date does not constitute a basis for additional Federal financial assistance beyond the Total FTA Small Starts Contribution.

Levels of Service

The Recipient agrees to maintain the hours of service and headways described in the Project Description Template in the Small Starts Templates once the Project is opened to revenue service and for no less than five years thereafter. These specified Levels of Service are a significant term of this Agreement. The Recipients failure to achieve and maintain these Levels of Service at the Revenue Service Date and for five years thereafter will constitute a breach of this Agreement. Upon the Recipients request, the Government may determine at its sole discretion to waive a breach of the Recipients obligation to maintain these specified Levels of Service for events or circumstances beyond the control of the Recipient, or if the Government determines that a waiver is in the best interests of the United States. In the exercise of its discretion whether to waive a breach of the specified Levels of Service, the Government will take into consideration the actions and measures taken by the Recipient to achieve and maintain the operational goals of the Project and the Recipients entire public transportation system for at least five years beyond the opening of the Project to revenue service.

Environmental Protection

As a condition precedent to this Agreement, the Government and the Recipient have assessed the environmental impacts of the Project, as required by the National Environmental Policy Act and other applicable law. The results of this assessment and the mitigation measures adopted for this Project are set forth in Part 3 of this agreement, Project Environmental Findings. The Recipient acknowledges that it shall not withdraw or substantially change any of the mitigation measures set forth in any of the documents referenced in Part 3 or the Governments environmental record for the Project without express written approval from the Government. On a periodic basis, the Recipient will provide the Government a written report on the Recipients progress in carrying out these mitigation measures.

**Location Description**
The improvements will take place along the RapidRide (Bus Rapid Transit) I Line Corridor in the cities of Renton, Kent, and Auburn.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 9 | Washington |

## Program Plan Information

### STIP/TIP

Date: 10/17/2024
Description: Description: The RapidRide I Line is covered by three different Washington State STIP ID Numbers.
STIP ID# MET-208 was first entered into the Washington State STIP and federally approved on 1/10/2017.
STIP ID# MET-240 was first entered into the Washington State STIP and federally approved on 1/8/2021.
STIP ID# MET-260 was first entered into the Washington State STIP and federally approved on 2/16/2024 and revised 10/17/2024

### UPWP

Date: N/A
Description: N/A

### Long Range Plan

Date: 11/16/2021
Description: Starting on page 21

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $66,720,897 |
| Local | | | $38,095,942 |
| Local/In-Kind | | | $0 |
| State | | | $27,481,200 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$132,298,039** |

## Project Budget

| Project Number | | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025-001-01-00 | 131-00 (131-B1) | NEW START - ROLLING STOCK | $0.00 | $173,732.00 | $173,732.00 | 21 |
| WA-2025- | | 13.14.10 REHAB ARTICULATED | $0.00 | $173,732.00 | $173,732.00 | 21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 001-01-00 | | | TROLLEY BUS (0:100)(00) | | | | |
| WA-2025-001-01-00 | 140-10 (140-A1) | GUIDEWAY & TRACK ELEMENTS | | $7,423,262.00 | $1,855,817.00 | $9,279,079.00 | 17 |
| WA-2025-001-01-00 | | 14.01.10 | GUIDEWAY & TRACK ELEMENTS (80:20)(00) | $7,423,262.00 | $1,855,817.00 | $9,279,079.00 | 17 |
| WA-2025-001-01-00 | 140-20 (140-A2) | STATIONS, STOPS, TERMINALS, INTERMODAL | | $9,214,266.00 | $3,803,567.00 | $13,017,833.00 | 41 |
| WA-2025-001-01-00 | | 14.02.20 | STATIONS, STOPS, TERMINALS, INTERMODAL (70.8:29.2)(00) | $9,214,266.00 | $3,803,567.00 | $13,017,833.00 | 41 |
| WA-2025-001-01-00 | 140-40 (140-A3) | SITEWORK & SPECIAL CONDITIONS | | $10,558,563.00 | $8,946,197.00 | $19,504,760.00 | 0 |
| WA-2025-001-01-00 | | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (54.1:45.9)(00) | $10,558,563.00 | $8,946,197.00 | $19,504,760.00 | 0 |
| WA-2025-001-01-00 | 140-50 (140-A4) | SYSTEMS | | $16,965,016.00 | $4,161,342.00 | $21,126,358.00 | 0 |
| WA-2025-001-01-00 | | 14.05.50 | SYSTEMS (80.0:20.0)(00) | $16,965,016.00 | $4,161,342.00 | $21,126,358.00 | 0 |
| WA-2025-001-01-00 | 140-60 (140-A5) | ROW, LAND, EXISTING IMPROVEMENTS | | $0.00 | $12,644,539.00 | $12,644,539.00 | 0 |
| WA-2025-001-01-00 | | 14.06.60 | ROW, LAND, EXISTING IMPROVEMENTS (0:100)(00) | $0.00 | $12,644,539.00 | $12,644,539.00 | 0 |
| WA-2025-001-01-00 | 140-80 (140-A6) | PROFESSIONAL SERVICES | | $22,559,790.00 | $20,680,991.00 | $43,240,781.00 | 0 |
| WA-2025- | | 14.08.80 | PROFESSIONAL SERVICES (52.1:47.9)(00) | $22,559,790.00 | $20,680,991.00 | $43,240,781.00 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 001-01-00 | | | | | | |
| WA-2025-001-01-00 | 140-90 (140-A7) | UNALLOCATED CONTINGENCY | $0.00 | $13,310,957.00 | $13,310,957.00 | 0 |
| WA-2025-001-01-00 | 14.09.90 | UNALLOCATED CONTINGENCY (0:100)(00) | $0.00 | $13,310,957.00 | $13,310,957.00 | 0 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 13.14.10 - REHAB ARTICULATED TROLLEY BUS (0:100)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| NEW START - ROLLING STOCK (131-00) | 13.14.10 | REHAB ARTICULATED TROLLEY BUS | REHABILITATION/REBUILD | 21 |

**Extended Budget Description**

This ALI applies $0 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $173,732 in local funding for re-branding of 21 repurposed existing diesel electric hybrid fleet vehicles.

Total Federal 5309 Small Starts Funds for this ALI (0.0%): $0
Total Local/State Match (100.0%): $173,732
Total Eligible Cost: $173,732

Total budget for this activity in the SCC Workbook is $191,835. The difference of $18,103 is part of the $3,969,562 match from the other federal awards. This is consistent with the SCC Workbook. There is no Federal Funding in other grants for this activity.

USEFUL LIFE
The minimum useful life of the buses is 12 years or an accumulation of 500,000 miles.

MATCH RATIO
This ALI supports a match ratio of 0% federal, 100% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $0 |
| Local | | | $173,732 |
| Local/In-Kind | | | $0 |
| State | | | $0 |

| | | | |
|---|---|---|---|
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$173,732** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for Construction |
| Contract Award | 3/31/2025 | Intent to award |
| Vehicle Rehab Start | 1/2/2026 | Vehicle Rehab Initiated |
| Vehicle Rehab Complete | 8/28/2027 | Revenue Service Date |
| Contract Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.09.90 - UNALLOCATED CONTINGENCY (0:100)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| UNALLOCATED CONTINGENCY (140-90) | 14.09.90 | UNALLOCATED CONTINGENCY | UNALLOCATED CONTINGENCY | 0 |

**Extended Budget Description**
This ALI applies $0 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $13,310,957 in local funding to provide contingency funding for unknown cost increases and unforeseen circumstances.

Total Federal 5309 Small Starts Funds for this ALI (0%): $0
Total Local/State Match (100%): $13,310,957
Total Eligible Cost: $13,310,957

Total budget for this activity in the SCC Workbook is $14,697,946. The difference of $1,386,989 is part of the $3,969,562 match from the other federal awards. This is consistent with the SCC Workbook. There is no other federal funding for this ALI.

MATCH RATIO
This ALI supports a match ratio of 0% federal, 100.0% non-federal. This is consistent with the SCC Workbook

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $0 |
| Local | | | $13,310,957 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |

| | | | |
|---|---|---|---|
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$13,310,957** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for Construction |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Contract Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.08.80 - PROFESSIONAL SERVICES (52.1:47.9)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| PROFESSIONAL SERVICES (140-80) | 14.08.80 | PROFESSIONAL SERVICES | PROFESSIONAL SERVICES | 0 |

**Extended Budget Description**
This ALI applies $22,559,790 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $20,680,991 in local and state funding for all professional, technical and management services related to the design and construction of fixed infrastructure during the project development and construction phases of the project. This includes environmental work, design, engineering and architectural services, specialty services such as safety or security analyses, value engineering, risk assessment, cost estimating, scheduling, ridership modeling and analyses, auditing, legal services, administration and management, etc., by agency staff or outside consultants.

Total Federal 5309 Small Starts Funds for this ALI (52.1%): $22,559,790
Total Local/State Match (47.9%): $20,680,991
Total Eligible Cost: $43,240,781

Total budget for this activity in the SCC Workbook is $45,395,965. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. FY18 and FY20 STP and TAP transfer to 5307 White Center Non-Motorized Improvements and Renton to Auburn Speed & Reliability Improvements (Grant WA-2020-104) for $988,176 and local match of $154,224.
2. $1,167,008 is part of the $3,969,562 match from the other federal awards.

MATCH RATIO
This ALI supports a match ratio of 52.1% federal, 47.9% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $22,559,790 |
| Local | | | $11,199,791 |

| | | | |
|---|---|---|---|
| Local/In-Kind | | | $0 |
| State | | | $9,481,200 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$43,240,781** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 9/13/2018 | |
| Contract Awarded | 3/6/2019 | |
| Begin Work | 5/28/2019 | Enter into Project Development Approved |
| Complete Work | 12/31/2027 | |
| Contract Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.06.60 - ROW, LAND, EXISTING IMPROVEMENTS (0:100)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| ROW, LAND, EXISTING IMPROVEMENTS (140-60) | 14.06.60 | ROW, LAND, EXISTING IMPROVEMENTS | ROW, LAND, EXISTING IMPROVEMENTS | 0 |

**Extended Budget Description**

This ALI applies $0 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $12,644,539 in local funding for transit lanes, stations, sidewalks, and construction easements; warehouse leasing; and relocation of one property in downtown Kent.

Total Federal 5309 Small Starts Funds for this ALI (0.0%): $0
Total Local/State Match (100.0%): $12,644,539
Total Eligible Cost: $12,644,539

Total budget for this activity in the SCC Workbook is $13,962,088. The difference of $1,317,549 is part of the $3,969,562 match from the other federal awards. This is consistent with the SCC Workbook. There is no Federal Funding in other grants for this activity.

MATCH RATIO
This ALI supports a match ratio of 0% federal, 100% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**

No, 3rd Party Contractors will not be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $0 |
| Local | | | $12,644,539 |
| Local/In-Kind | | | $0 |

| State | | | $0 |
|---|---|---|---|
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$12,644,539** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| Design Contract Awarded Notice to Proceed | 6/16/2020 | Final design contract approved to design services |
| ROW Process Initiated | 6/10/2021 | ROW process initiated |
| ROW Process Complete | 11/30/2025 | Substantial completion of contracted activity |
| Contract Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.05.50 - SYSTEMS (80.0:20.0)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| SYSTEMS (140-50) | 14.05.50 | SYSTEMS | SYSTEMS | 0 |

**Extended Budget Description**
This ALI applies $16,965,016 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $4,161,342 in local and state funding for traffic signal modifications to remove existing signal equipment; add or upgrade signal controllers and cabinets; vehicular/pedestrian/bus signal heads; signal poles with mast arms and luminaires; accessible pedestrian systems; vehicular detection; signage on mast arms, signal wiring, other signal equipment; adaptive signal control software; transit signal priority and equipment; fiber interconnect and equipment; pavement markings; and traffic signal communications costs, including the installation of Tech Pylons, RTIS, Station Communication & Signal Communication.

Total Federal 5309 Small Starts Funds for this ALI (80%) $16,965,016
Total Local/State Match (20%) $4,161,342
Total Eligible Cost: $21,126,358

Total budget for this activity in the SCC Workbook is $21,206,271. The difference of $79,913 is part of the $3,969,562 match from the other federal awards. This is consistent with the SCC Workbook. There is no Federal Funding in other grants for this activity.

USEFUL LIFE
The useful life for signal cabinets and poles is 20 years, 10 years for signs, signal heads, and signal controllers and equipment.

MATCH RATIO
This ALI supports a match ratio of 80.0% federal, 20.0% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**

Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $16,965,016 |
| Local | | | $766,923 |
| Local/In-Kind | | | $0 |
| State | | | $3,394,419 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$21,126,358** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for construction |
| Contract Award | 3/31/2025 | Intent to award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (54.1:45.9)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS | SITEWORK & SPECIAL CONDITIONS | 0 |

**Extended Budget Description**
This ALI applies $10,588,563 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $8,946,197 in state funding for all sitework including demolition; utility (wet and dry) relocations and installations; retaining walls; new curbs, sidewalks, curb ramps, landscaping, and signing improvements required as part of the roadway; and temporary erosion control. Additionally, general contractor indirects including job supervision, field office, yard and shops, staff support, contract administration support, project and field support, vehicle costs, mobilization; surveying, maintenance of traffic, taxes, bonds, insurance, third party costs, and quality control.

Total Federal 5309 Small Starts Funds for this ALI (54.1%): $10,558,563 (Project 1: $10,558,563; Project 2: $1,161,142; and Project 3: $11,809,946)
Total Local/State Match (45.9%): $8,946,197 (Project 1 only)
Total Eligible Cost: $19,504,760

Total budget for this activity in the SCC Workbook is $44,730,983. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. $1,968,073 in WA-2024-047, FY 2019 and 2023 STBG and TAP Transferred to Section 5307 -

RapidRide I Line Corridor Non-motorized Improvements and local match of $307,156.
2. $10,287,062 in WA-2024-056, FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line and local match of $2,571,766.

USEFUL LIFE
Useful life of sitework and special conditions is expected to be 15 years.

MATCH RATIO
This ALI supports a match ratio of 54.1% federal, 45.9% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
No, 3rd Party Contractors will not be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $10,558,563 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $8,946,197 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$19,504,760** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for construction |
| Contract Award | 3/31/2025 | Intent to Award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.01.10 - GUIDEWAY & TRACK ELEMENTS (80:20)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| GUIDEWAY & TRACK ELEMENTS (140-10) | 14.01.10 | GUIDEWAY & TRACK ELEMENTS | GUIDEWAY & TRACK ELEMENTS | 17 |

**Extended Budget Description**
This ALI applies $7,423,262 in FY2022 Section 5309 discretionary funds apportioned to the King County Metro and $1,856,817 in state funding for demolition and restoration of pavement within paving limits between curb faces necessary to construct semi-exclusive transit lanes and mixed-traffic lanes along the 17-mile alignment. The Project will operate on approximately 1.95 miles of new semi-exclusive transit lanes and 15.05 miles of mixed traffic lanes. There will also be the installation of pavement markings, roadway lighting, and guardrails associated with the travel lanes.

Total Federal 5309 Small Starts Funds for this ALI (80.0%): $7,423,262
State Match (20.0%): $1,855,817
Total Eligible Cost: $9,279,079

Total budget for this activity in the SCC Workbook is $9,279,079. This is consistent with the SCC Workbook. There is no Federal Funding in other grants for this activity.

USEFUL LIFE
The expected useful life is 20 years for roadway pavement.

MATCH RATIO
This ALI supports a match ratio of 80% federal, 20% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $7,423,262 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $1,855,817 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$9,279,079** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for construction |
| Contract Award | 3/31/2025 | Intent to Award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.02.20 - STATIONS, STOPS, TERMINALS, INTERMODAL (70.8:29.2)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| STATIONS, STOPS, TERMINALS, INTERMODAL (140-20) | 14.02.20 | STATIONS, STOPS, TERMINALS, INTERMODAL | STATIONS, STOPS, TERMINALS, INTERMODAL | 41 |

**Extended Budget Description**
This ALI applies $9,214,266 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $3,803,567 in state funding for constructing 41 station pairs - for a total of 82 boarding/ alighting platforms that will receive upgrades as part of the Project. Station amenities may include foundations, enclosures, finishes, equipment, electrical components, power, lighting, railing, benches, bike racks. Note - All rough grading (cut & fill) volumes for excavation and backfill in the station area behind the curbs are included in SCC 40.01.

Total Federal 5309 Small Starts Funds for this ALI (70.8%): $9,214,266
Total State Match (29.2%): $3,803,567
Total Eligible Cost: $13,017,833

Total budget for this activity in the SCC Workbook is $19,017,833. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. FY 2023 CMAQ Transferred to Section 5307 - I-Line Speed and Reliability Improvements (Grant WA-2024-065) $6,000,000 and local match of $936,416.

USEFUL LIFE
The useful life is 20 years for street and pavement improvements, 10 years for shelters, and 15 years for station facilities.

MATCH RATIO
This ALI supports a match ratio of 70.8% federal, 29.2% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $9,214,266 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $3,803,567 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$13,017,833** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for Construction |
| Contract Award | 3/31/2025 | Intent to award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

## Project Environmental Findings

| Finding: Class II(d) - Categorical Exclusions (D-List) |
|---|

**Class Level Description**

Class II(d) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. Class II(d) requires documentation.

**Categorical Exclusion Description**

Type 09: Other

| Date Description | Date |
|---|---|
| Class IId CE Approved | 6/10/2021 |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| NEW START - ROLLING STOCK (131-00) | 13.14.10 | REHAB ARTICULATED TROLLEY BUS (0:100)(00) | 21 | $0.00 | $173,732.00 |
| UNALLOCATED CONTINGENCY (140-90) | 14.09.90 | UNALLOCATED CONTINGENCY (0:100)(00) | 0 | $0.00 | $13,310,957.00 |
| PROFESSIONAL SERVICES (140-80) | 14.08.80 | PROFESSIONAL SERVICES (52.1:47.9)(00) | 0 | $22,559,790.00 | $43,240,781.00 |
| ROW, LAND, EXISTING IMPROVEMENTS (140-60) | 14.06.60 | ROW, LAND, EXISTING IMPROVEMENTS (0:100)(00) | 0 | $0.00 | $12,644,539.00 |
| SYSTEMS (140-50) | 14.05.50 | SYSTEMS (80.0:20.0)(00) | 0 | $16,965,016.00 | $21,126,358.00 |
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (54.1:45.9)(00) | 0 | $10,558,563.00 | $19,504,760.00 |
| GUIDEWAY & TRACK ELEMENTS (140-10) | 14.01.10 | GUIDEWAY & TRACK ELEMENTS (80:20)(00) | 17 | $7,423,262.00 | $9,279,079.00 |
| STATIONS, STOPS, TERMINALS, INTERMODAL (140-20) | 14.02.20 | STATIONS, STOPS, TERMINALS, INTERMODAL (70.8:29.2)(00) | 41 | $9,214,266.00 | $13,017,833.00 |

## Project Title: FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-001-02-00 | 1731-2024-13-P2 | 9/21/2024 | 1/27/2025 | 6/30/2028 |

**Project Description**
The Project will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

**Project Benefits**
The RapidRide I Line will provide more frequent, convenient, and higher quality transit service to attract more riders and move more people than traditional bus service. Capital improvements in the Corridor that provide preferential treatments for transit are essential tools for reducing roadway congestion for transit in areas of the Corridor where buses experience the most delay. The improvements in passenger facilities such as upgraded stations, safe crossings, lighting, communications and technology investments, and an enhanced vehicle fleet respond to community needs and create a more seamless and desirable transit user experience. The transit treatments proposed as part of the RapidRide I Line are strongly supported by local stakeholders and will bring high-quality transit to traditionally under-served communities of King County.

**Additional Information**
Total CIG Project Cost: $168,482,000
Total FTA 5309 CIG Small Starts Contribution: $79,691,985
Maximum Percentage of FTA 5309 CIG Small Starts Participation: 47.3%
$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost
$69,546,704 TOTAL NON-FEDERAL = 41.3% of Total Estimated CIG Project Cost

This project (Project 2) contains $1,161,142 in FY 2024 Section 5309 Small Starts Discretionary Funds under Discretionary ID# D2024-SMST-001 and $299,408 in local funds.

CONDITIONS OF AWARD

Documents Incorporated by Reference.
The following documents, which are attached in TrAMS, are incorporated by reference and made part of this agreement, except to the extent that any term or condition of such is specifically superseded by or in conflict with a term of this agreement. The provisions of this agreement take precedence over the provisions of all other agreements between the Recipient and the Government related to the Project unless specifically stated otherwise.

*Small Starts Template - dated 11/19/2024
*Small Starts SCC Workbook - dated 11/20/2024

*State Transportation Improvement Plan (STIP) MET-208 - approved 1/10/2017
*Locally Preferred Alternative (LPA) Selection - 07/24/2017
*Project Development Approval - signed 5/28/2019
*Locally Preferred Alternative included in the financially constrained long-range transportation plan - 05/08/2020
*State Transportation Improvement Plan (STIP) MET-240 - approved 1/8/2021
*NEPA Documented Categorical Exclusion (DCE) - signed 6/10/2021
*Metro Connects Long Range Plan - 11/17/2021
*NEPA Re-evaluation - signed 6/29/2023
*NEPA Re-evaluation - signed 9/18/2024
*State Transportation Improvement Plan (STIP) MET-260 - adoption 2/16/2024 and revised 10/17/2024

Small Starts Special Terms and Conditions

Limitations on Federal Funding Commitment

The portion of Net Project Costs reimbursable by the Government is limited to the lesser of either the Total FTA Amount or the maximum percentage of FTA participation permitted by Federal law and regulation.

The total Small Starts funds awarded by the Government, including Small Starts funds awarded by this agreement and all previous agreements in support of the Project, is stated as the Total FTA Small Starts Contribution. This is the maximum amount of Small Starts funding that may be contributed by the Federal Government for the Project. The portion of Project costs reimbursable with Small Starts funds is limited to the lesser of the Total FTA Small Starts Contribution or the stated Maximum Percentage of Small Starts Funding. Funds from Federal sources other than the Small Starts program are not included in the Small Starts maximums and, if such funds are available to the Project, shall be excluded from the calculation of the Maximum Percentage of Small Starts Contribution.

If the funds awarded under this Grant exceed the amount necessary to finance the Federal share, the excess funds are not available to the Recipient for payment of costs beyond the scope of this Project supported by this Grant.

The Government has no obligation to provide any financial assistance for the Project beyond the Total FTA Amount stated in this agreement. If the total Federal funding is insufficient to undertake revenue operation of the Project and the subsequent activities necessary to complete the Project, the Recipient agrees to complete the Project and accepts sole responsibility for the payment of any additional costs ( overruns). No amendments will be sought or approved to increase the amount of funds in the prior Grants listed above beyond the amounts described in this Agreement as available to the Project.

Recipients Financial Commitments: Capital Costs

The Recipient commits and certifies that it will provide matching funds in an amount sufficient to ensure full and timely payment of Project Costs as necessary to complete the Project, together with the Federal contributions described in this agreement. Estimated project costs and sources of Federal, State, local, and private funding are described in the SCC Workbook, which is incorporated by reference into this agreement.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the Project Costs necessary to complete the Project as set forth in the SCC Workbook. In its notification, the Recipient shall advise the Government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Recipients Financial Commitments: Operating and Maintenance Costs

As a condition precedent to the Governments Award of this Small Starts Grant, the Recipient has developed and adopted a financing plan for funding the future operation and maintenance of the Project that also takes into consideration the Recipients continuing financial responsibilities to operate, maintain and reinvest in its existing public transportation system.

The Recipient assures the Government that it has stable and dependable funding sources, sufficient in amount and degree of commitment, to operate and maintain its entire public transportation system at an adequate and efficient level of service, including the future operation and maintenance of the Project without additional Federal assistance beyond the amounts set forth in the Financing Plan. The foregoing assurance does not preclude the Recipient from altering service through contracts with private providers of public transportation services.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the operation and maintenance costs of the Project as set forth in the Financing Plan. In its notification, the Recipient shall advise the government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Baseline Cost Estimate

The Baseline Cost Estimate (BCE) is set forth in the Build Main worksheet of the SCC Workbook. The BCE is comprised of all activities necessary to complete the Project and reflects the total anticipated costs of the Project as of the Date of this Agreement. The BCE is derived from the most recent cost estimates of the individual third-party contracts and force account work and reflects appropriate escalation and contingencies, and the milestones set forth in the Schedule worksheet of the SCC Workbook. The BCE will not be amended or modified during the construction of the Project. The Government will use the BCE to monitor the Recipients construction of the Project and the Recipients compliance with certain terms and conditions of this Agreement. The Recipient will submit cost reports as required by this Agreement and in a format consistent with the units set forth in the BCE so that the Government can, with reasonable diligence, reconcile the Recipients reports with the BCE.

Baseline Schedule and Revenue Service Date

The Baseline Schedule described in the SCC Workbook demonstrates how the Recipient intends to complete the Project and meet the Revenue Service Date identified in the SCC Workbook. The Government will use the Baseline Schedule to monitor the Recipients construction of the Project and compare planned to actual Project implementation. Accordingly, the Baseline Schedule will not be amended or modified during the construction of the Project, although the actual schedule of the Project may be modified from time to time as necessary and appropriate. The Recipient agrees to notify the Government of any change in circumstances or commitments that may affect the Recipients ability to achieve the Revenue Service Date, and what actions the Recipient has taken or plans to take to minimize any further slippage in its construction of the Project.

The Recipient agrees to achieve revenue operations of the Project on or before the Revenue Service Date identified in the SCC Workbook, in accordance with the terms and conditions of this Agreement. Requests by the Recipient for waiver of a breach or anticipatory breach of this Agreement and extension of the Revenue Service Date shall be submitted promptly to the Government, in writing, with appropriate documentation. In the exercise of its sole discretion to waive the breach and extend the Revenue Service Date, the Government will take into consideration the actions and measures taken by the Recipient to meet its commitment to achieve the operational goals of the Project on or before the scheduled Revenue Service Date. The Governments consent to extend the Revenue Service Date does not constitute a basis for additional Federal financial assistance beyond the Total FTA Small Starts Contribution.

Levels of Service

The Recipient agrees to maintain the hours of service and headways described in the Project Description Template in the Small Starts Templates once the Project is opened to revenue service and for no less than five years thereafter. These specified Levels of Service are a significant term of this Agreement. The Recipients failure to achieve and maintain these Levels of Service at the Revenue Service Date and for five years thereafter will constitute a breach of this Agreement. Upon the Recipients request, the Government may determine at its sole discretion to waive a breach of the Recipients obligation to maintain these specified Levels of Service for events or circumstances beyond the control of the Recipient, or if the Government determines that a waiver is in the best interests of the United States. In the exercise of its discretion whether to waive a breach of the specified Levels of Service, the Government will take into consideration the actions and measures taken by the Recipient to achieve and maintain the operational goals of the Project and the Recipients entire public transportation system for at least five years beyond the opening of the Project to revenue service.

Environmental Protection

As a condition precedent to this Agreement, the Government and the Recipient have assessed the environmental impacts of the Project, as required by the National Environmental Policy Act and other applicable law. The results of this assessment and the mitigation measures adopted for this Project are set forth in Part 3 of this agreement, Project Environmental Findings. The Recipient acknowledges that it shall not withdraw or substantially change any of the mitigation measures set forth in any of the documents referenced in Part 3 or the Governments environmental record for the Project without express written approval from the Government. On a periodic basis, the Recipient will provide the Government a written report on the Recipients progress in carrying out these mitigation measures.

**Location Description**
The improvements will take place along the RapidRide (Bus Rapid Transit) I Line Corridor in the cities of Renton, Kent, and Auburn.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 9 | Washington |

## Program Plan Information

### STIP/TIP
Date: 10/17/2024
Description: Description: The RapidRide I Line is covered by three different Washington State STIP ID Numbers.
STIP ID# MET-208 was first entered into the Washington State STIP and federally approved on 1/10/2017.
STIP ID# MET-240 was first entered into the Washington State STIP and federally approved on 1/8/2021.

STIP ID# MET-260 was first entered into the Washington State STIP and federally approved on 2/16/2024 and revised 10/17/2024.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: 11/16/2021
Description: Starting on page 21

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $1,161,142 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$1,161,142** |

## Project Budget

| Project Number | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025-001-02-00 | 140-40 (140-A8) | SITEWORK & SPECIAL CONDITIONS | $1,161,142.00 | $0.00 | $1,161,142.00 | 0 |
| WA-2025-001-02-00 | 14.04.40 | Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00) | $1,161,142.00 | $0.00 | $1,161,142.00 | 0 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 14.04.40 - Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS | SITEWORK & SPECIAL CONDITIONS | 0 |

**Extended Budget Description**
This ALI applies $1,161,142 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $0 in local funding for all sitework including demolition; utility (wet and dry) relocations and installations; retaining walls; new curbs, sidewalks, curb ramps, landscaping, and signing improvements required as part of the roadway; and temporary erosion control. Additionally, general contractor indirects including job supervision, field office, yard and shops, staff support, contract administration support, project and field support, vehicle costs, mobilization; surveying, maintenance of traffic, taxes, bonds, insurance, third party costs, and quality control.

Total Federal 5309 Small Starts Funds for this ALI (100%): $1,161,142 (Project 1: $10,558,563; Project 2: $1,161,142; and Project 3: $11,809,946)
Total Local/State Match (0%): $0 (Project 1 only: $8,946,197)
Total Eligible Cost: $1,161,142

Total budget for this activity in the SCC Workbook is $44,730,983. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. $1,968,073 in WA-2024-047, FY 2019 and 2023 STBG and TAP Transferred to Section 5307 - RapidRide I Line Corridor Non-Motorized Improvements and local match of $307,156.
2. $10,287,062 in WA-2024-056, FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line and local match of $2,571,766.

USEFUL LIFE
Useful life of sitework and special conditions is expected to be 15 years.

MATCH RATIO
This ALI supports a match ratio of 100% federal, 0% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $1,161,142 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$1,161,142** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for construction |
| Contract Award | 3/31/2025 | Intent to award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

## Project Environmental Findings

**Finding: Class II(d) - Categorical Exclusions (D-List)**

**Class Level Description**
Class II(d) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. Class II(d) requires documentation.

**Categorical Exclusion Description**

Type 09: Other

| Date Description | Date |
|---|---|
| Class IId CE Approved | 6/10/2021 |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00) | 0 | $1,161,142.00 | $1,161,142.00 |

## Project Title: FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-001-03-00 | 1731-2024-13-P3 | 9/21/2024 | 1/27/2025 | 6/30/2028 |

**Project Description**
The Project will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel

electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

**Project Benefits**
The RapidRide I Line will provide more frequent, convenient, and higher quality transit service to attract more riders and move more people than traditional bus service. Capital improvements in the Corridor that provide preferential treatments for transit are essential tools for reducing roadway congestion for transit in areas of the Corridor where buses experience the most delay. The improvements in passenger facilities such as upgraded stations, safe crossings, lighting, communications and technology investments, and an enhanced vehicle fleet respond to community needs and create a more seamless and desirable transit user experience. The transit treatments proposed as part of the RapidRide I Line are strongly supported by local stakeholders and will bring high-quality transit to traditionally under-served communities of King County.

**Additional Information**
Total CIG Project Cost: $168,482,000
Total FTA 5309 CIG Small Starts Contribution: $79,691,985
Maximum Percentage of FTA 5309 CIG Small Starts Participation: 47.3%
$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost
$69,546,704 TOTAL NON-FEDERAL = 41.3% of Total Estimated CIG Project Cost

This project (Project 3) contains $11,809,946 in FY 2024 Section 5309 Small Starts Discretionary Funds under Discretionary ID# D2024-SSAD-007 and $3,045,272 in local funds.

CONDITIONS OF AWARD

Documents Incorporated by Reference.
The following documents, which are attached in TrAMS, are incorporated by reference and made part of this agreement, except to the extent that any term or condition of such is specifically superseded by or in conflict with a term of this agreement. The provisions of this agreement take precedence over the provisions of all other agreements between the Recipient and the Government related to the Project unless specifically stated otherwise.

*Small Starts Template - dated 11/19/2024
*Small Starts SCC Workbook - dated 11/20/2024
*State Transportation Improvement Plan (STIP) MET-208 - approved 1/10/2017
*Locally Preferred Alternative (LPA) Selection - 07/24/2017
*Project Development Approval - signed 5/28/2019
*Locally Preferred Alternative included in the financially constrained long-range transportation plan - 05/08/2020
*State Transportation Improvement Plan (STIP) MET-240 - approved 1/8/2021
*NEPA Documented Categorical Exclusion (DCE) - signed 6/10/2021
*Metro Connects Long Range Plan - 11/17/2021
*NEPA Re-evaluation - signed 6/29/2023
*NEPA Re-evaluation - signed 9/18/2024
*State Transportation Improvement Plan (STIP) MET-260 - adoption 2/16/2024 and revised 10/17/2024

Small Starts Special Terms and Conditions

Limitations on Federal Funding Commitment

The portion of Net Project Costs reimbursable by the Government is limited to the lesser of either the Total FTA Amount or the maximum percentage of FTA participation permitted by Federal law and regulation.

The total Small Starts funds awarded by the Government, including Small Starts funds awarded by this agreement and all previous agreements in support of the Project, is stated as the Total FTA Small Starts Contribution. This is the maximum amount of Small Starts funding that may be contributed by the Federal Government for the Project. The portion of Project costs reimbursable with Small Starts funds is limited to the lesser of the Total FTA Small Starts Contribution or the stated Maximum Percentage of Small Starts Funding. Funds from Federal sources other than the Small Starts program are not included in the Small Starts maximums and, if such funds are available to the Project, shall be excluded from the calculation of the Maximum Percentage of Small Starts Contribution.

If the funds awarded under this Grant exceed the amount necessary to finance the Federal share, the excess funds are not available to the Recipient for payment of costs beyond the scope of this Project supported by this Grant.

The Government has no obligation to provide any financial assistance for the Project beyond the Total FTA Amount stated in this agreement. If the total Federal funding is insufficient to undertake revenue operation of the Project and the subsequent activities necessary to complete the Project, the Recipient agrees to complete the Project and accepts sole responsibility for the payment of any additional costs ( overruns). No amendments will be sought or approved to increase the amount of funds in the prior Grants listed above beyond the amounts described in this Agreement as available to the Project.

Recipients Financial Commitments: Capital Costs

The Recipient commits and certifies that it will provide matching funds in an amount sufficient to ensure full and timely payment of Project Costs as necessary to complete the Project, together with the Federal contributions described in this agreement. Estimated project costs and sources of Federal, State, local, and private funding are described in the SCC Workbook, which is incorporated by reference into this agreement.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the Project Costs necessary to complete the Project as set forth in the SCC Workbook. In its notification, the Recipient shall advise the Government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Recipients Financial Commitments: Operating and Maintenance Costs

As a condition precedent to the Governments Award of this Small Starts Grant, the Recipient has developed and adopted a financing plan for funding the future operation and maintenance of the Project that also takes into consideration the Recipients continuing financial responsibilities to operate, maintain and reinvest in its existing public transportation system.

The Recipient assures the Government that it has stable and dependable funding sources, sufficient in amount and degree of commitment, to operate and maintain its entire public transportation system at an adequate and efficient level of service, including the future operation and maintenance of the Project without additional Federal assistance beyond the amounts set forth in the Financing Plan. The foregoing assurance does not preclude the Recipient from altering service through contracts with private providers of public transportation services.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the operation and maintenance costs of the Project as set forth in the Financing Plan. In its notification, the Recipient shall advise the government of what actions

the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Baseline Cost Estimate

The Baseline Cost Estimate (BCE) is set forth in the Build Main worksheet of the SCC Workbook. The BCE is comprised of all activities necessary to complete the Project and reflects the total anticipated costs of the Project as of the Date of this Agreement. The BCE is derived from the most recent cost estimates of the individual third-party contracts and force account work and reflects appropriate escalation and contingencies, and the milestones set forth in the Schedule worksheet of the SCC Workbook. The BCE will not be amended or modified during the construction of the Project. The Government will use the BCE to monitor the Recipients construction of the Project and the Recipients compliance with certain terms and conditions of this Agreement. The Recipient will submit cost reports as required by this Agreement and in a format consistent with the units set forth in the BCE so that the Government can, with reasonable diligence, reconcile the Recipients reports with the BCE.

Baseline Schedule and Revenue Service Date

The Baseline Schedule described in the SCC Workbook demonstrates how the Recipient intends to complete the Project and meet the Revenue Service Date identified in the SCC Workbook. The Government will use the Baseline Schedule to monitor the Recipients construction of the Project and compare planned to actual Project implementation. Accordingly, the Baseline Schedule will not be amended or modified during the construction of the Project, although the actual schedule of the Project may be modified from time to time as necessary and appropriate. The Recipient agrees to notify the Government of any change in circumstances or commitments that may affect the Recipients ability to achieve the Revenue Service Date, and what actions the Recipient has taken or plans to take to minimize any further slippage in its construction of the Project.

The Recipient agrees to achieve revenue operations of the Project on or before the Revenue Service Date identified in the SCC Workbook, in accordance with the terms and conditions of this Agreement. Requests by the Recipient for waiver of a breach or anticipatory breach of this Agreement and extension of the Revenue Service Date shall be submitted promptly to the Government, in writing, with appropriate documentation. In the exercise of its sole discretion to waive the breach and extend the Revenue Service Date, the Government will take into consideration the actions and measures taken by the Recipient to meet its commitment to achieve the operational goals of the Project on or before the scheduled Revenue Service Date. The Governments consent to extend the Revenue Service Date does not constitute a basis for additional Federal financial assistance beyond the Total FTA Small Starts Contribution.

Levels of Service

The Recipient agrees to maintain the hours of service and headways described in the Project Description Template in the Small Starts Templates once the Project is opened to revenue service and for no less than five years thereafter. These specified Levels of Service are a significant term of this Agreement. The Recipients failure to achieve and maintain these Levels of Service at the Revenue Service Date and for five years thereafter will constitute a breach of this Agreement. Upon the Recipients request, the Government may determine at its sole discretion to waive a breach of the Recipients obligation to maintain these specified Levels of Service for events or circumstances beyond the control of the Recipient, or if the Government determines that a waiver is in the best interests of the United States. In the exercise of its discretion whether to waive a breach of the specified Levels of Service, the Government will take into consideration the actions and measures taken by the Recipient to achieve and maintain the operational goals of the Project and the Recipients entire public transportation system for at least five years beyond the opening of the Project to revenue service.

Environmental Protection

As a condition precedent to this Agreement, the Government and the Recipient have assessed the environmental impacts of the Project, as required by the National Environmental Policy Act and other applicable law. The results of this assessment and the mitigation measures adopted for this Project are set forth in Part 3 of this agreement, Project Environmental Findings. The Recipient acknowledges that it shall not withdraw or substantially change any of the mitigation measures set forth in any of the documents referenced in Part 3 or the Governments environmental record for the Project without express written approval from the Government. On a periodic basis, the Recipient will provide the Government a written report on the Recipients progress in carrying out these mitigation measures.

**Location Description**
The improvements will take place along the RapidRide (Bus Rapid Transit) I Line Corridor in the cities of Renton, Kent, and Auburn.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 9 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 10/17/2024
Description: Description: The RapidRide I Line is covered by three different Washington State STIP ID Numbers.
STIP ID# MET-208 was first entered into the Washington State STIP and federally approved on 1/10/2017.
STIP ID# MET-240 was first entered into the Washington State STIP and federally approved on 1/8/2021.
STIP ID# MET-260 was first entered into the Washington State STIP and federally approved on 2/16/2024 and revised 10/17/2024.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: 11/16/2021
Description: Starting on Page 21

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $11,809,946 |

| | | | |
|---|---|---|---|
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$11,809,946** |

## Project Budget

| Project Number | | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025-001-03-00 | 140-40 (140-A9) | SITEWORK & SPECIAL CONDITIONS | $11,809,946.00 | $0.00 | $11,809,946.00 | 0 |
| WA-2025-001-03-00 | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (100:0)(00) | $11,809,946.00 | $0.00 | $11,809,946.00 | 0 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS | SITEWORK & SPECIAL CONDITIONS | 0 |

**Extended Budget Description**
This ALI applies $11,809,946 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $0 in state funding for all sitework including demolition; utility (wet and dry) relocations and installations; retaining walls; new curbs, sidewalks, curb ramps, landscaping, and signing improvements required as part of the roadway; and temporary erosion control. Additionally, general contractor indirects including job supervision, field office, yard and shops, staff support, contract administration support, project and field support, vehicle costs, mobilization; surveying, maintenance of traffic, taxes, bonds, insurance, third party costs, and quality control.

Total Federal 5309 Small Starts Funds for this ALI (100%): $11,809,946 (Project 1: $10,558,563; Project 2: $1,161,142; and Project 3: $11,809,946)
Total Local/State Match (0%): $0 (Project 1 only: $8,946,197)
Total Eligible Cost: $11,809,946

Total budget for this activity in the SCC Workbook is $44,730,983. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. $1,968,073 in WA-2024-047, FY 2019 and 2023 STBG and TAP Transferred to Section 5307 - RapidRide I Line Corridor Non-motorized Improvements and local match of $307,156.
2. $10,287,062 in WA-2024-056, FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line and local match of $2,571,766.

USEFUL LIFE
Useful life of sitework and special conditions is expected to be 15 years.

MATCH RATIO
This ALI supports a match ratio of 100% federal 0% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $11,809,946 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$11,809,946** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for Construction |
| Contract Award | 3/31/2025 | Intent to award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

## Project Environmental Findings

| Finding: Class II(d) - Categorical Exclusions (D-List) |
|---|

**Class Level Description**
Class II(d) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. Class II(d) requires documentation.

**Categorical Exclusion Description**

Type 09: Other

| Date Description | Date |
|---|---|
| Class IId CE Approved | 6/10/2021 |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (100:0)(00) | 0 | $11,809,946.00 | $11,809,946.00 |

# Part 4: Fleet Details

**Fleet Type:** Fixed Route

**Fleet Comments**
This is our spare ratio as of fall 2024

|  |  | Current Value |
|---|---|---|
| I. | **Active Fleet** |  |
|  | A. Peak Requirement | 858 |
|  | B. Spares | 436 |
|  | C. Total (A+B) | 1294 |
|  | D. Spare Ratio (B/A) | 50.82% |
| II. | **Inactive Fleet** |  |
|  | A. Other | 0 |
|  | B. Pending Disposal | 0 |
|  | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 1294 |

**Fleet Type:** Waterbourne

**Fleet Comments**
The county has taken possession of two new vessels, the Doc Maynard and the Sally Fox, in addition to the previously owned Spirit of Kingston.
Updated 3/15/2020.

|  |  | Current Value |
|---|---|---|
| I. | **Active Fleet** |  |
|  | A. Peak Requirement | 2 |
|  | B. Spares | 1 |
|  | C. Total (A+B) | 3 |

| | | |
|---|---|---|
| | D. Spare Ratio (B/A) | 50% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 3 |

# Part 5: FTA Review Comments

## Application Review Comments

| **Comment By** | **Derek Oh** |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 12/4/2024 |
| Comment | Returning application for edits. |

| **Comment By** | **Derek Oh** |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 12/5/2024 |
| Comment | Returning for removal of estimated indirect costs. |

## Application Review Comments

| **Comment By** | **Karin Vosgueritchian** |
|---|---|
| Comment Type | Application Details |
| Date | 12/4/2024 |
| Comment | KING COUNTY METRO TRANSIT must comply with all applicable Federal laws and regulations related to this project, including the ADA Standards for Transportation Facilities, based on the U.S. Access Boards ADA Accessibility Guidelines found here: http://www.access-board.gov/guidelines-and-standards/transportation/facilities/ada-standards-for-transportation-facilities. The following is a non-exhaustive list of ADA standards that KING COUNTY METRO TRANSIT must comply with. The information provided below is intended as technical assistance and applies only to the project as described. Should the project scope change or new information on the project be provided, FTA may require a re-evaluation of the project information as it relates to ADA and require additional information. This confirmation is not an express or implied promise of project compliance with the ADA.<br>- As required under DOT ADA Standard 206.4.1, KING COUNTY METRO TRANSIT must ensure that 60 percent of all public entrances to the facility will be accessible. If a station has only two entrances, then both must be accessible.<br>- As required under DOT ADA Standard 810.10, for rail projects, KING COUNTY |

METRO TRANSIT must ensure that no flange way gap can be greater than 2.5 where passenger circulation paths cross tracks at grade (i.e. a street-level pedestrian crossing over streetcar tracks).
- As required under DOT ADA Standard 206.3, KING COUNTY METRO TRANSIT must ensure that accessible routes coincide with or are located in the same area as general circulation paths, and elements such as ramps, elevators, and fare vending and collection areas are placed to minimize the distance that wheelchair users and other persons who cannot climb steps must travel in comparison to the general public.
- As required under DOT ADA Standard 406.8, KING COUNTY METRO TRANSIT must ensure that curb ramps will have detectable warnings.
- As required under DOT ADA Standard 810.2, KING COUNTY METRO TRANSIT must ensure that bus boarding and alighting areas are in compliance with the ADA-ABA Guidelines (Section 810.2), which address surfaces (sturdy); dimensions (96 long x 60 wide); connection to sidewalks, streets, and pedestrian paths; slope (not steeper than 1:48); signs; and public address systems.
- As required by DOT ADA Standard 810.5.3, KING COUNTY METRO TRANSIT must ensure that station platforms must be coordinated with the vehicle floor height.

For Bus Shelters: As required under DOT ADA Standard 810.3, KING COUNTY METRO TRANSIT must ensure bus shelters shall provide a minimum clear floor or ground space complying with Standard 305 entirely within the shelter. Bus shelters shall be connected by an accessible route complying with Standard 402 to a boarding and alighting area complying with 810.2. As required under DOT ADA Standard 810.2, new, altered, or relocated bus stops must have a firm, stable surface and must provide a clear length of 96 inches (2,440 mm), measured perpendicular to the curb or vehicle roadway edge, and a clear width of 60 inches (1,525 mm), measured parallel to the vehicle roadway. As required under DOT ADA Standard 810.2, the slope of the bus boarding and alighting area in the direction parallel to the roadway must be the same as that of the roadway to the maximum extent practicable. Perpendicular to the roadway, the slope must not exceed 1:48, that is, not more than 1 inch of rise over a horizontal distance of 48 inches.

Per the current Title VI Circular, Transit providers that have implemented or will implement a New Start, Small Start, or other new fixed guideway capital project shall conduct a service and fare equity analysis. The service and fare equity analysis will be conducted six months prior to the beginning of revenue operations, whether or not the proposed changes to existing service rise to the level of major service change as defined by the transit provider. All proposed changes to parallel or connecting service will be examined. If the entity that builds the project is different from the transit provider that will operate the project, the transit provider operating the project shall conduct the analysis. The service equity analysis shall include a comparative analysis of service levels pre-and post- the New Starts/Small Starts/new fixed guideway capital project. The analysis shall be depicted in tabular format and shall determine whether the service changes proposed (including both reductions and increases) due to the capital project will result in a disparate impact on minority populations. The transit provider shall also conduct a fare equity analysis for any and all fares that will change as a result of the capital project.

| **Comment By** | **Karin Vosgueritchian** |
|---|---|
| Comment Type | Application Details |
| Date | 12/4/2024 |

| Comment | Transit Vehicle Manufacturers (TVM) must have an approved FTA DBE Goal prior to bidding on contract. For a current listing, see https://www.transit.dot.gov/regulations-and-guidance/civil-rights-ada/eligible-tvms-list. KING COUNTY METRO TRANSIT must ensure that all vehicles purchased are accessible and purchased from an FTA approved TVM. |
|---|---|

# Part 6: Agreement

**UNITED STATES OF AMERICA**
**DEPARTMENT OF TRANSPORTATION**
**FEDERAL TRANSIT ADMINISTRATION**

**GRANT AGREEMENT**
**(FTA G-31)**

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(31), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

WHEN THE TERM "FTA AWARD" OR "AWARD" IS USED, EITHER IN THIS GRANT AGREEMENT OR THE APPLICABLE MASTER AGREEMENT, "AWARD" ALSO INCLUDES ALL TERMS AND CONDITIONS SET FORTH IN THIS GRANT AGREEMENT.

FTA OR THE FEDERAL GOVERNMENT MAY WITHDRAW ITS OBLIGATION TO PROVIDE FEDERAL ASSISTANCE IF THE RECIPIENT DOES NOT EXECUTE THIS GRANT AGREEMENT WITHIN 90 DAYS FOLLOWING FTA's AWARD DATE SET FORTH HEREIN.

**FTA AWARD**

Federal Transit Administration (FTA) hereby awards a Federal Grant as follows:

**Recipient Information**

Recipient Name: KING COUNTY METRO TRANSIT

Recipient ID: 1731

UEI: E1D1LQ5QENJ8

DUNS: 805622313

**Award Information**

Federal Award Identification Number:  WA-2025-001-00

Award Name:  FY 2022 and FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

Award Start Date:  1/15/2025

Original Award End Date:  9/30/2028

Current Award End Date:  9/30/2028

Award Executive Summary:  This application requests FY 2022 and 2024 Section 5309 CIG Small Starts Discretionary Funds apportioned to the King County Metro in the amount of $79,691,985. The $79,691,985 is comprised of $66,720,897 under Discretionary ID# D2022-SSAA-004; $1,161,142 under Discretionary ID# D2024-SMST-001; and $11,809,946 under Discretionary ID# D2024-SSAD-007.

Project Description
The RapidRide I Line Project (Project) will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

Total CIG Project Cost is $168,482,000

Total Federal Funding of $98,935,296 for the RapidRide I Line Capital Investment Grants (CIG) Project is included in five separate grants:
1. $79,691,985 in FY 2022 and 2024 FTA Section 5309 CIG Small Starts funds (this grant application)
2. $10,287,062 in FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line (Grant # WA-2024-056) ($8,904,798 has been awarded in the grant, which will be amended to add $1,382,264 concurrently or shortly after execution of this Section 5309 CIG grant)
3. $6,000,000 in FY 2023 Federal Highway Administration (FHWA) Congestion Mitigation & Air Quality (CMAQ) funds flexed to FTA for I-Line Speed and Reliability Improvements (Grant # WA-2024-065) ($5,879,754 has been awarded in the grant, which will be amended to add $120,246 concurrently or shortly after execution of this Section 5309 CIG grant)
4. $1,968,073 in FY 2019/2023 FHWA Surface Transportation Block Program (STBG) funds flexed to FTA for RapidRide I Line Corridor Non-Motorized Improvements (Grant # WA-2024-047) ($1,040,424 has been awarded in the grant, which will be amended to add $927,649 concurrently or shortly after execution of this Section 5309 CIG grant)
5. $988,176 in FY 2018 FHWA Surface Transportation Program (STP) funds flexed to FTA for White Center Non-Motorized Improvements and Renton to Auburn Speed & Reliability Improvements (Grant # WA-2020-104)

$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost

State Funds
1. $10,000,000 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds
2. $8,000,000 in Washington State Department of Transportation (WSDOT) Move Ahead Washington
3. $8,000,000 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds
4. $1,481,200 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds

$27,481,200 TOTAL STATE = 16.3% of Total Estimate CIG Project Cost

Local Funds
$42,065,504 in sales tax revenue

$42,065,504 TOTAL LOCAL = 25.0% of Total Estimate CIG Project Cost

$69,546,704 TOTAL LOCAL AND STATE = 41.3% of Total Estimated CIG Project Cost

The total capital cost of the portion of project work to be funded with this grant application is $145,269,127, including $79,691,985 (54.9% of this grant) in FTA Section 5309 Small Starts funds. Matching funds for this specific grant application in the amount of $65,577,142 (45.1% of this grant) will come from local and state funding, including: $19,481,200 in WSDOT Regional Mobility Grant funds; $8,000,000 in Move Ahead Washington funds; and $38,095,942 in local funds.

Agency indirect costs and/or fringe benefits are not eligible for reimbursement under this grant agreement.

In addition to FTA's Buy America Act, which requires that the steel, iron, and manufactured goods used in an FTA-funded project are produced in the United States (49 U.S.C. 5323(j)(1)), the Build America, Buy America Act (BABA) (Public Law 117-58, div. G 70914(a)) now requires that construction materials used in infrastructure projects are also produced in the United States. Refer to terms and conditions in FTA's Master Agreement Section 15. The BABA requirement applies to this grant, in addition to the Buy America Act, except to the extent a waiver of either requirements may apply.

  Research and Development:  This award does not include research and development activities.

  Indirect Costs:  This award does not include an indirect cost rate.

  Suballocation Funds:  Recipient organization is the Designated Recipient and can apply for and receive these apportioned funds.

  Pre-Award Authority:  This award is using Pre-Award Authority.

**Award Budget**

  Total Award Budget:  $145,269,127.00

  Amount of Federal Assistance Obligated for This FTA Action (in U.S. Dollars):  $79,691,985.00

  Amount of Non-Federal Funds Committed to This FTA Action (in U.S. Dollars):  $65,577,142.00

  Total FTA Amount Awarded and Obligated (in U.S. Dollars):  $79,691,985.00

  Total Non-Federal Funds Committed to the Overall Award (in U.S. Dollars):  $65,577,142.00

**Award Budget Control Totals**

(The Budget includes the individual Project Budgets (Scopes and Activity Line Items) or as attached)

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $79,691,985 |
| Local | | | $38,095,942 |
| Local/In-Kind | | | $0 |
| State | | | $27,481,200 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$145,269,127** |

(The Transportation Development Credits are not added to the amount of the Total Award Budget.)

**U.S. Department of Labor Certification of Public Transportation Employee Protective Arrangements:**

DOL Decision: DOL Concurs - Certified
DOL Review Date: 12/27/2024
DOL Certification Date: 12/27/2024

**Special Conditions**

There are no special conditions.

**FINDINGS AND DETERMINATIONS**

By signing this Award on behalf of FTA, I am making all the determinations and findings required by federal law and regulations before this Award may be made.

**FTA AWARD OF THE GRANT AGREEMENT**

Awarded By:
Susan Fletcher
Regional Administrator
FEDERAL TRANSIT ADMINISTRATION
U.S. DEPARTMENT OF TRANSPORTATION
Contact Info: susan.fletcher@dot.gov
Award Date: 1/15/2025

**EXECUTION OF THE GRANT AGREEMENT**

Upon full execution of this Grant Agreement by the Recipient, the Effective Date will be the date FTA or the Federal Government awarded Federal assistance for this Grant Agreement.

By executing this Grant Agreement, the Recipient intends to enter into a legally binding agreement in which the Recipient:

(1)  Affirms this FTA Award,
(2)  Adopts and ratifies all of the following information it has submitted to FTA:
    (a)  Statements,
    (b)  Representations,
    (c)  Warranties,
    (d)  Covenants, and
    (e)  Materials,
(3)  Consents to comply with the requirements of this FTA Award, and
(4)  Agrees to all terms and conditions set forth in this Grant Agreement.

Executed By:
*David Morrison*
*Grants Administrator*
*KING COUNTY METRO TRANSIT*
*1/15/2025*

# EXHIBIT A-2

DOT FTA

U.S. Department of Transportation | Federal Transit Administration

# Award

| Federal Award Identification Number (FAIN) | WA-2025-001-00 |
|---|---|
| Temporary Application Number | 1731-2024-13 |
| Award Name | FY 2022 and FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT |
| Award Status | Active (Executed) |
| Award Budget Number | 0 |

| Period of Performance Start Date | 1/15/2025 | | |
|---|---|---|---|
| Original Period of Performance End Date | 9/30/2028 | | |
| Current Period of Performance End Date | 9/30/2028 | Revision #: 0 | Approved?: Yes |

| Budget Period Start Date | 1/15/2025 |
|---|---|
| Budget Period End Date | 9/30/2028 |

## Part 1: Recipient Information

### Name: KING COUNTY METRO TRANSIT

| Recipient ID | Recipient OST Type | Recipient Alias | UEI | DUNS |
|---|---|---|---|---|
| 1731 | County Agency | KING COUNTY DEPARTMENT OF TRANSPORTATION | E1D1LQ5QENJ8 | 805622313 |

| Location Type | Address | City | State | Zip |
|---|---|---|---|---|
| Physical Address | 201 S JACKSON ST | SEATTLE | WA | 98104 |
| Mailing Address | 201 S JACKSON ST MS KSC-TR-0814 | SEATTLE | WA | 98104 |

### Union Information

| Union Name | INLANDBOATMEN`S UNION OF THE PACIFIC |
|---|---|
| Address 1 | 1711 WEST NICKERSON ST |
| Address 2 | SUITE D |
| City | SEATTLE |
| State | WA |
| Zipcode | 98119 |
| Contact Name | Marina Secchitano |
| Telephone | (415) 420-1962 |
| Fax | 2062845043 |
| E-mail | ibusf@pacbell.net |
| Website | WWW.IBU.ORG |

| Union Name | LOCAL 17 IFPTE |
|---|---|
| Address 1 | 2900 EASTLAKE AVENUE |
| Address 2 | SUITE 300 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98102 |
| Contact Name | WHITNEY ABRAMS |
| Telephone | 2063287321 |
| Fax | 2063287402 |
| E-mail | abrams@ifpte17.org |
| Website | www.ifpte17.org |

| Union Name | LOCAL 587- ATU |
|---|---|
| Address 1 | 2700 FIRST AVENUE |
| Address 2 | SUITE 230 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98121 |
| Contact Name | PAUL BACHTEL |
| Telephone | 2064488588 |
| Fax | 2064484482 |
| E-mail | pbachtelpres@atu587.com |
| Website | www.atu587.com |

| Union Name | LOCAL 77 IBEW |
|---|---|
| Address 1 | 1125 15TH STREET NW |
| Address 2 | |
| City | WASHINGTON |
| State | District of Columbia |
| Zipcode | 20005 |

| | |
|---|---|
| Contact Name | JOHN CUNNINGHAM |
| Telephone | 2063234505 |
| Fax | 2063230186 |
| E-mail | ibew77@ibew77.com |
| Website | www.ibew77.com |

| **Union Name** | **MARINE ENGINEERS BENEFICIAL** |
|---|---|
| Address 1 | 444 NORTH CAPITOL STREET |
| Address 2 | SUITE 800 |
| City | WASHINGTON |
| State | District of Columbia |
| Zipcode | 20001 |
| Contact Name | MIKE JEWELL |
| Telephone | 2026385355 |
| Fax | 2026385369 |
| E-mail | MJEWELL@D1MEBA.ORG |
| Website | WWW.MEBAUNION.ORG |

| **Union Name** | **MASTERS MATES AND PILOTS (MM&P)** |
|---|---|
| Address 1 | 700 MARITIME BOULEVARD |
| Address 2 | SUITE B |
| City | LINTHICUM HEIGHTS |
| State | Maryland |
| Zipcode | 21090 |
| Contact Name | TIMOTHY BROWN |
| Telephone | 4108508700 |
| Fax | |
| E-mail | PRESIDENT@BRIDGEDECK.ORG |
| Website | WWW.BRIDGEDECK.ORG |

| **Union Name** | **TEAMSTER 117** |
|---|---|
| Address 1 | |
| Address 2 | 14675 INTERUBAN AVE SOUTH |
| City | TUKWILIA |
| State | Washington |
| Zipcode | 98168 |
| Contact Name | JOHN SCEARCY |
| Telephone | 2064414860 |
| Fax | 2064413153 |
| E-mail | john.scearcy@teamsters117.org |
| Website | |

| **Union Name** | **TECHNICAL EMPLOYEES ASSOC (TEA)** |
|---|---|

| | |
|---|---|
| Address 1 | P O BOX 4353 |
| Address 2 | |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98194 |
| Contact Name | ADE FRANKLIN |
| Telephone | 2066841293 |
| Fax | 2066841710 |
| E-mail | ade.franklin@metrokc.gov |
| Website | www.metrokc.gov |

# Part 2: Award Information

## Title: FY 2022 and FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

| FAIN | Award Status | Award Type | Application Cost Center | Date Created | Last Updated Date | From TEAM? |
|---|---|---|---|---|---|---|
| WA-2025-001-00 | Active (Executed) | Grant | Region 10 | 9/19/2024 | 9/19/2024 | No |

**Award Executive Summary**
This application requests FY 2022 and 2024 Section 5309 CIG Small Starts Discretionary Funds apportioned to the King County Metro in the amount of $79,691,985. The $79,691,985 is comprised of $66,720,897 under Discretionary ID# D2022-SSAA-004; $1,161,142 under Discretionary ID# D2024-SMST-001; and $11,809,946 under Discretionary ID# D2024-SSAD-007.

Project Description
The RapidRide I Line Project (Project) will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

Total CIG Project Cost is $168,482,000

Total Federal Funding of $98,935,296 for the RapidRide I Line Capital Investment Grants (CIG) Project is included in five separate grants:
1. $79,691,985 in FY 2022 and 2024 FTA Section 5309 CIG Small Starts funds (this grant application)
2. $10,287,062 in FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line (Grant # WA-2024-056) ($8,904,798 has been awarded in the grant, which will be amended to add $1,382,264 concurrently or shortly after execution of this Section 5309 CIG grant)
3. $6,000,000 in FY 2023 Federal Highway Administration (FHWA) Congestion Mitigation & Air Quality (CMAQ) funds flexed to FTA for I-Line Speed and Reliability Improvements (Grant # WA-2024-065) ($ 5,879,754 has been awarded in the grant, which will be amended to add $120,246 concurrently or shortly after execution of this Section 5309 CIG grant)
4. $1,968,073 in FY 2019/2023 FHWA Surface Transportation Block Program (STBG) funds flexed to FTA for RapidRide I Line Corridor Non-Motorized Improvements (Grant # WA-2024-047) ($1,040,424 has been awarded in the grant, which will be amended to add $927,649 concurrently or shortly after execution of this Section 5309 CIG grant)
5. $988,176 in FY 2018 FHWA Surface Transportation Program (STP) funds flexed to FTA for White Center Non-Motorized Improvements and Renton to Auburn Speed & Reliability Improvements (Grant # WA-2020-104)

$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost

State Funds
1. $10,000,000 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds
2. $8,000,000 in Washington State Department of Transportation (WSDOT) Move Ahead Washington
3. $8,000,000 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds
4. $1,481,200 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds

$27,481,200 TOTAL STATE = 16.3% of Total Estimate CIG Project Cost

Local Funds
$42,065,504 in sales tax revenue

$42,065,504 TOTAL LOCAL = 25.0% of Total Estimate CIG Project Cost

$69,546,704 TOTAL LOCAL AND STATE = 41.3% of Total Estimated CIG Project Cost

The total capital cost of the portion of project work to be funded with this grant application is $145,269, 127, including $79,691,985 (54.9% of this grant) in FTA Section 5309 Small Starts funds. Matching funds for this specific grant application in the amount of $65,577,142 (45.1% of this grant) will come from local and state funding, including: $19,481,200 in WSDOT Regional Mobility Grant funds; $8,000, 000 in Move Ahead Washington funds; and $38,095,942 in local funds.

Agency indirect costs and/or fringe benefits are not eligible for reimbursement under this grant agreement.

In addition to FTA's Buy America Act, which requires that the steel, iron, and manufactured goods used in an FTA-funded project are produced in the United States (49 U.S.C. 5323(j)(1)), the Build America, Buy America Act (BABA) (Public Law 117-58, div. G 70914(a)) now requires that construction materials used in infrastructure projects are also produced in the United States. Refer to terms and conditions in FTA's Master Agreement Section 15. The BABA requirement applies to this grant, in addition to the Buy America Act, except to the extent a waiver of either requirements may apply.

**Frequency of Milestone Progress Reports (MPR)**
Quarterly

**Frequency of Federal Financial Reports (FFR)**
Quarterly

**Does this application include funds for research and/or development activities?**
This award does not include research and development activities.

**Pre-Award Authority**
This award is using Pre-Award Authority.

**Does this application include suballocation funds?**
Recipient organization is the Designated Recipient and can apply for and receive these apportioned funds.

**Will this Grant be using Lapsing Funds?**
No, this Grant does not use Lapsing Funds.

**Will indirect costs be applied to this application?**
This award does not include an indirect cost rate.

*Indirect Rate Details*: N/A

**Requires E.O. 12372 Review**
No, this application does not require E.O. 12372 Review.

**Delinquent Federal Debt**
No, my organization does not have delinquent federal debt.

# Award Description

**Purpose**
The purpose of this award is to provide $79,691,985 in FY 2022 and 2024 Federal Section 5309 Capital Investment Grants (CIG) Small Starts Discretionary Funds to construct the RapidRide I Line BRT Project. (Discretionary IDs # D2022-SSAA-004, D2024-SMST-001, and D2024-SSAD-007).

**Activities to be performed:**
RapidRide I Line Project elements will include: widening and re-channelizing roadways for more exclusive transit priority, including BAT lanes, transit queue bypass lanes, and transit queue jumps; bus bulbs for improved station boarding experience; telecommunication infrastructure to support off-board fare payment and real-time bus arrival information; transit signal coordination and NextGen TSP to improve travel times; curb extensions and Americans with Disability Act (ADA)-compliant ramps, and sidewalk and road crossing improvements to facilitate safe access to transit. The NextGen TSP investments and BAT lanes are strategically located in areas with the most congestion and travel time delay to ensure that buses will not get stuck in traffic.

**Expected outcomes:**
RapidRide I Line would provide frequent high-quality BRT service along a 17-mile north-south route that travels between the Renton Transit Center and the Auburn Transit Center by the Kent Transit Center, connecting three of the largest suburban cities in South King County: Renton, Kent, and Auburn. All three communities include regionally designated Growth Centers, and include the locally identified centers of East Hill, Panther Lake, and Benson. The corridor includes multiple areas of high

concentrations of population and employment and the suburbs of Renton, Kent, and Auburn are some of the largest and most diverse in the Seattle area. Connections to other regional high-capacity transit such as RapidRide F Line, Sounder Commuter Rail, and future Metro and Sound Transit BRT will provide increased access to regional destinations.

**Intended beneficiaries:**
RapidRide I Line will serve the Cities of Renton, Kent and Auburn. Within a half mile of the corridor there are over 75,000 residents and over 50,000 jobs, with health care, aeronautics/airports, education, manufacturing, and retail as the primary employment sectors. I Line will serve one of the more racially diverse areas of King County with a high concentration of transit-dependent residents

**Subrecipient Activities:**
None

## Award Point of Contact Information

| First Name | Last Name | Title | E-mail Address | Phone |
|---|---|---|---|---|
| | derek.oh@dot.gov | General Engineer | | |
| | gavin.fortenberry@dot.gov | Transportation Program Specialist | | |
| Lori | Guerrero | Grant Administrator | lori.guerrero@kingcounty.gov | 206-477-3815 |

## Award Budget Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $79,691,985 |
| Local | | | $38,095,942 |
| Local/In-Kind | | | $0 |
| State | | | $27,481,200 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$145,269,127** |

## Award Budget

| Project Number | | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025- | 131-00 | NEW START - ROLLING STOCK | $0.00 | $173,732.00 | $173,732.00 | 21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 001-01-00 | (131-B1) | | | | | | |
| WA-2025-001-01-00 | | 13.14.10 | REHAB ARTICULATED TROLLEY BUS (0:100)(00) | $0.00 | $173,732.00 | $173,732.00 | 21 |
| WA-2025-001-01-00 | 140-10 (140-A1) | GUIDEWAY & TRACK ELEMENTS | | $7,423,262.00 | $1,855,817.00 | $9,279,079.00 | 17 |
| WA-2025-001-01-00 | | 14.01.10 | GUIDEWAY & TRACK ELEMENTS (80:20)(00) | $7,423,262.00 | $1,855,817.00 | $9,279,079.00 | 17 |
| WA-2025-001-01-00 | 140-20 (140-A2) | STATIONS, STOPS, TERMINALS, INTERMODAL | | $9,214,266.00 | $3,803,567.00 | $13,017,833.00 | 41 |
| WA-2025-001-01-00 | | 14.02.20 | STATIONS, STOPS, TERMINALS, INTERMODAL (70.8:29.2)(00) | $9,214,266.00 | $3,803,567.00 | $13,017,833.00 | 41 |
| WA-2025-001-01-00 | 140-40 (140-A3) | SITEWORK & SPECIAL CONDITIONS | | $10,558,563.00 | $8,946,197.00 | $19,504,760.00 | 0 |
| WA-2025-001-01-00 | | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (54.1:45.9)(00) | $10,558,563.00 | $8,946,197.00 | $19,504,760.00 | 0 |
| WA-2025-001-01-00 | 140-50 (140-A4) | SYSTEMS | | $16,965,016.00 | $4,161,342.00 | $21,126,358.00 | 0 |
| WA-2025-001-01-00 | | 14.05.50 | SYSTEMS (80.0:20.0)(00) | $16,965,016.00 | $4,161,342.00 | $21,126,358.00 | 0 |
| WA-2025-001-01-00 | 140-60 (140-A5) | ROW, LAND, EXISTING IMPROVEMENTS | | $0.00 | $12,644,539.00 | $12,644,539.00 | 0 |
| WA-2025-001-01-00 | | 14.06.60 | ROW, LAND, EXISTING IMPROVEMENTS (0:100)(00) | $0.00 | $12,644,539.00 | $12,644,539.00 | 0 |
| WA-2025-001-01-00 | 140-80 (140-A6) | PROFESSIONAL SERVICES | | $22,559,790.00 | $20,680,991.00 | $43,240,781.00 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WA-2025-001-01-00 | | 14.08.80 | PROFESSIONAL SERVICES (52.1:47.9)(00) | $22,559,790.00 | $20,680,991.00 | $43,240,781.00 | 0 |
| WA-2025-001-01-00 | 140-90 (140-A7) | UNALLOCATED CONTINGENCY | | $0.00 | $13,310,957.00 | $13,310,957.00 | 0 |
| WA-2025-001-01-00 | | 14.09.90 | UNALLOCATED CONTINGENCY (0:100)(00) | $0.00 | $13,310,957.00 | $13,310,957.00 | 0 |
| WA-2025-001-02-00 | 140-40 (140-A8) | SITEWORK & SPECIAL CONDITIONS | | $1,161,142.00 | $0.00 | $1,161,142.00 | 0 |
| WA-2025-001-02-00 | | 14.04.40 | Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00) | $1,161,142.00 | $0.00 | $1,161,142.00 | 0 |
| WA-2025-001-03-00 | 140-40 (140-A9) | SITEWORK & SPECIAL CONDITIONS | | $11,809,946.00 | $0.00 | $11,809,946.00 | 0 |
| WA-2025-001-03-00 | | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (100:0)(00) | $11,809,946.00 | $0.00 | $11,809,946.00 | 0 |

## Discretionary Allocations

| Discretionary ID | Project Title | Amount Applied | FAIN |
|---|---|---|---|
| D2022-SSAA-004 | Seattle, RapidRide I Line | $66,720,897 | WA-2025-001-00 |
| D2024-SSAD-007 | Seattle, RapidRide I Line | $11,809,946 | WA-2025-001-00 |
| D2024-SMST-001 | Seattle, RapidRide I Line | $1,161,142 | WA-2025-001-00 |

## Sources of Federal Financial Assistance

| PO Number | Project Number | Scope Name | Scope Number | Scope Suffix | UZA Code | Area Name | Account Class Code | FPC | Description | Amendment Amount | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WA-03-0268 | WA-2025-001-02-00 | SITEWORK & SPECIAL CONDITIONS | 140-40 (140) | A8 | 530170 | Seattle-Tacoma, WA | 2016.47.03.33.1 | 00 | NEW STARTS | $1,161,142 | $1,161,142 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WA-03-0268 | WA-2025-001-03-00 | SITEWORK & SPECIAL CONDITIONS | 140-40 (140) | A9 | 530170 | Seattle-Tacoma, WA | 2024.4J.03.39.1 | 00 | Capital Investment Grants - IIJA | $11,809,946 | $11,809,946 |
| WA-03-0268 | WA-2025-001-01-00 | PROFESSIONAL SERVICES | 140-80 (140) | A6 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $22,559,790 | $22,559,790 |
| WA-03-0268 | WA-2025-001-01-00 | SYSTEMS | 140-50 (140) | A4 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $16,965,016 | $16,965,016 |
| WA-03-0268 | WA-2025-001-01-00 | SITEWORK & SPECIAL CONDITIONS | 140-40 (140) | A3 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $10,558,563 | $10,558,563 |
| WA-03-0268 | WA-2025-001-01-00 | STATIONS, STOPS, TERMINALS, INTERMODAL | 140-20 (140) | A2 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $9,214,266 | $9,214,266 |
| WA-03-0268 | WA-2025-001-01-00 | GUIDEWAY & TRACK ELEMENTS | 140-10 (140) | A1 | 530170 | Seattle-Tacoma, WA | 2022.47.03.33.1 | 00 | NEW STARTS | $7,423,262 | $7,423,262 |

# Part 3: Project Information

## Project Title: FY 2022 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-001-01-00 | 1731-2024-13-P1 | 9/21/2024 | 9/13/2018 | 6/30/2028 |

**Project Description**

The Project will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

**Project Benefits**

The RapidRide I Line will provide more frequent, convenient, and higher quality transit service to attract more riders and move more people than traditional bus service. Capital improvements in the Corridor that provide preferential treatments for transit are essential tools for reducing roadway congestion for transit in areas of the Corridor where buses experience the most delay. The improvements in passenger facilities such as upgraded stations, safe crossings, lighting, communications and technology investments, and an enhanced vehicle fleet respond to community needs and create a more seamless and desirable transit user experience. The transit treatments proposed as part of the RapidRide I Line are strongly supported by local stakeholders and will bring high-quality transit to traditionally under-served communities of King County.

**Additional Information**
Total CIG Project Cost: $168,482,000
Total FTA 5309 CIG Small Starts Contribution: $79,691,985
Maximum Percentage of FTA 5309 CIG Small Starts Participation: 47.3%
$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost
$69,546,704 TOTAL NON-FEDERAL = 41.3% of Total Estimated CIG Project Cost

This project (Project 1) contains $66,720,897 in FY 2022 Section 5309 Small Starts Discretionary Funds under Discretionary ID# D2023-SSAA-001 and $62,232,462 in local and state funds.

CONDITIONS OF AWARD

Documents Incorporated by Reference.
The following documents, which are attached in TrAMS, are incorporated by reference and made part of this agreement, except to the extent that any term or condition of such is specifically superseded by or in conflict with a term of this agreement. The provisions of this agreement take precedence over the provisions of all other agreements between the Recipient and the Government related to the Project unless specifically stated otherwise.

*Small Starts Template - dated 11/19/2024
*Small Starts SCC Workbook - dated 11/20/2024
*State Transportation Improvement Plan (STIP) MET-208 - approved 1/10/2017
*Locally Preferred Alternative (LPA) Selection - 07/24/2017
*Project Development Approval - signed 5/28/2019
*Locally Preferred Alternative included in the financially constrained long-range transportation plan - 05/08/2020
*State Transportation Improvement Plan (STIP) MET-240 - approved 1/8/2021
*NEPA Documented Categorical Exclusion (DCE) - signed 6/10/2021
*Metro Connects Long Range Plan - dated 11/17/2021
*NEPA Re-evaluation - signed 6/29/2023
*NEPA Re-evaluation - signed 9/18/2024
*State Transportation Improvement Plan (STIP) MET-260 - adoption 2/16/2024 and revised 10/17/2024

Small Starts Special Terms and Conditions

Limitations on Federal Funding Commitment

The portion of Net Project Costs reimbursable by the Government is limited to the lesser of either the Total FTA Amount or the maximum percentage of FTA participation permitted by Federal law and regulation.

The total Small Starts funds awarded by the Government, including Small Starts funds awarded by this agreement and all previous agreements in support of the Project, is stated as the Total FTA Small Starts Contribution. This is the maximum amount of Small Starts funding that may be contributed by the Federal Government for the Project. The portion of Project costs reimbursable with Small Starts funds is limited to the lesser of the Total FTA Small Starts Contribution or the stated Maximum Percentage of

Small Starts Funding. Funds from Federal sources other than the Small Starts program are not included in the Small Starts maximums and, if such funds are available to the Project, shall be excluded from the calculation of the Maximum Percentage of Small Starts Contribution.

If the funds awarded under this Grant exceed the amount necessary to finance the Federal share, the excess funds are not available to the Recipient for payment of costs beyond the scope of this Project supported by this Grant.

The Government has no obligation to provide any financial assistance for the Project beyond the Total FTA Amount stated in this agreement. If the total Federal funding is insufficient to undertake revenue operation of the Project and the subsequent activities necessary to complete the Project, the Recipient agrees to complete the Project and accepts sole responsibility for the payment of any additional costs ( overruns). No amendments will be sought or approved to increase the amount of funds in the prior Grants listed above beyond the amounts described in this Agreement as available to the Project.

Recipients Financial Commitments: Capital Costs

The Recipient commits and certifies that it will provide matching funds in an amount sufficient to ensure full and timely payment of Project Costs as necessary to complete the Project, together with the Federal contributions described in this agreement. Estimated project costs and sources of Federal, State, local, and private funding are described in the SCC Workbook, which is incorporated by reference into this agreement.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the Project Costs necessary to complete the Project as set forth in the SCC Workbook. In its notification, the Recipient shall advise the Government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Recipients Financial Commitments: Operating and Maintenance Costs

As a condition precedent to the Governments Award of this Small Starts Grant, the Recipient has developed and adopted a financing plan for funding the future operation and maintenance of the Project that also takes into consideration the Recipients continuing financial responsibilities to operate, maintain and reinvest in its existing public transportation system.

The Recipient assures the Government that it has stable and dependable funding sources, sufficient in amount and degree of commitment, to operate and maintain its entire public transportation system at an adequate and efficient level of service, including the future operation and maintenance of the Project without additional Federal assistance beyond the amounts set forth in the Financing Plan. The foregoing assurance does not preclude the Recipient from altering service through contracts with private providers of public transportation services.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the operation and maintenance costs of the Project as set forth in the Financing Plan. In its notification, the Recipient shall advise the government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Baseline Cost Estimate

The Baseline Cost Estimate (BCE) is set forth in the Build Main worksheet of the SCC Workbook. The BCE is comprised of all activities necessary to complete the Project and reflects the total anticipated costs of the Project as of the Date of this Agreement. The BCE is derived from the most recent cost estimates of the individual third-party contracts and force account work and reflects appropriate

escalation and contingencies, and the milestones set forth in the Schedule worksheet of the SCC Workbook. The BCE will not be amended or modified during the construction of the Project. The Government will use the BCE to monitor the Recipients construction of the Project and the Recipients compliance with certain terms and conditions of this Agreement. The Recipient will submit cost reports as required by this Agreement and in a format consistent with the units set forth in the BCE so that the Government can, with reasonable diligence, reconcile the Recipients reports with the BCE.

Baseline Schedule and Revenue Service Date

The Baseline Schedule described in the SCC Workbook demonstrates how the Recipient intends to complete the Project and meet the Revenue Service Date identified in the SCC Workbook. The Government will use the Baseline Schedule to monitor the Recipients construction of the Project and compare planned to actual Project implementation. Accordingly, the Baseline Schedule will not be amended or modified during the construction of the Project, although the actual schedule of the Project may be modified from time to time as necessary and appropriate. The Recipient agrees to notify the Government of any change in circumstances or commitments that may affect the Recipients ability to achieve the Revenue Service Date, and what actions the Recipient has taken or plans to take to minimize any further slippage in its construction of the Project.

The Recipient agrees to achieve revenue operations of the Project on or before the Revenue Service Date identified in the SCC Workbook, in accordance with the terms and conditions of this Agreement. Requests by the Recipient for waiver of a breach or anticipatory breach of this Agreement and extension of the Revenue Service Date shall be submitted promptly to the Government, in writing, with appropriate documentation. In the exercise of its sole discretion to waive the breach and extend the Revenue Service Date, the Government will take into consideration the actions and measures taken by the Recipient to meet its commitment to achieve the operational goals of the Project on or before the scheduled Revenue Service Date. The Governments consent to extend the Revenue Service Date does not constitute a basis for additional Federal financial assistance beyond the Total FTA Small Starts Contribution.

Levels of Service

The Recipient agrees to maintain the hours of service and headways described in the Project Description Template in the Small Starts Templates once the Project is opened to revenue service and for no less than five years thereafter. These specified Levels of Service are a significant term of this Agreement. The Recipients failure to achieve and maintain these Levels of Service at the Revenue Service Date and for five years thereafter will constitute a breach of this Agreement. Upon the Recipients request, the Government may determine at its sole discretion to waive a breach of the Recipients obligation to maintain these specified Levels of Service for events or circumstances beyond the control of the Recipient, or if the Government determines that a waiver is in the best interests of the United States. In the exercise of its discretion whether to waive a breach of the specified Levels of Service, the Government will take into consideration the actions and measures taken by the Recipient to achieve and maintain the operational goals of the Project and the Recipients entire public transportation system for at least five years beyond the opening of the Project to revenue service.

Environmental Protection

As a condition precedent to this Agreement, the Government and the Recipient have assessed the environmental impacts of the Project, as required by the National Environmental Policy Act and other applicable law. The results of this assessment and the mitigation measures adopted for this Project are set forth in Part 3 of this agreement, Project Environmental Findings. The Recipient acknowledges that it shall not withdraw or substantially change any of the mitigation measures set forth in any of the documents referenced in Part 3 or the Governments environmental record for the Project without express written approval from the Government. On a periodic basis, the Recipient will provide the

Government a written report on the Recipients progress in carrying out these mitigation measures.

**Location Description**
The improvements will take place along the RapidRide (Bus Rapid Transit) I Line Corridor in the cities of Renton, Kent, and Auburn.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 9 | Washington |

## Program Plan Information

### STIP/TIP
Date: 10/17/2024
Description: Description: The RapidRide I Line is covered by three different Washington State STIP ID Numbers.
STIP ID# MET-208 was first entered into the Washington State STIP and federally approved on 1/10/2017.
STIP ID# MET-240 was first entered into the Washington State STIP and federally approved on 1/8/2021.
STIP ID# MET-260 was first entered into the Washington State STIP and federally approved on 2/16/2024 and revised 10/17/2024

### UPWP
Date: N/A
Description: N/A

### Long Range Plan
Date: 11/17/2021
Description: Starting on page 21

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $66,720,897 |
| Local | | | $38,095,942 |
| Local/In-Kind | | | $0 |
| State | | | $27,481,200 |
| State/In-Kind | | | $0 |

| | | | |
|---|---|---|---|
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$132,298,039** |

## Project Budget

| Project Number | | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|---|
| WA-2025-001-01-00 | 131-00 (131-B1) | NEW START - ROLLING STOCK | | $0.00 | $173,732.00 | $173,732.00 | 21 |
| WA-2025-001-01-00 | | 13.14.10 | REHAB ARTICULATED TROLLEY BUS (0:100)(00) | $0.00 | $173,732.00 | $173,732.00 | 21 |
| WA-2025-001-01-00 | 140-10 (140-A1) | GUIDEWAY & TRACK ELEMENTS | | $7,423,262.00 | $1,855,817.00 | $9,279,079.00 | 17 |
| WA-2025-001-01-00 | | 14.01.10 | GUIDEWAY & TRACK ELEMENTS (80:20)(00) | $7,423,262.00 | $1,855,817.00 | $9,279,079.00 | 17 |
| WA-2025-001-01-00 | 140-20 (140-A2) | STATIONS, STOPS, TERMINALS, INTERMODAL | | $9,214,266.00 | $3,803,567.00 | $13,017,833.00 | 41 |
| WA-2025-001-01-00 | | 14.02.20 | STATIONS, STOPS, TERMINALS, INTERMODAL (70.8:29.2)(00) | $9,214,266.00 | $3,803,567.00 | $13,017,833.00 | 41 |
| WA-2025-001-01-00 | 140-40 (140-A3) | SITEWORK & SPECIAL CONDITIONS | | $10,558,563.00 | $8,946,197.00 | $19,504,760.00 | 0 |
| WA-2025-001-01-00 | | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (54.1:45.9)(00) | $10,558,563.00 | $8,946,197.00 | $19,504,760.00 | 0 |
| WA-2025-001-01-00 | 140-50 (140-A4) | SYSTEMS | | $16,965,016.00 | $4,161,342.00 | $21,126,358.00 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WA-2025-001-01-00 | | 14.05.50 | SYSTEMS (80.0:20.0)(00) | $16,965,016.00 | $4,161,342.00 | $21,126,358.00 | 0 |
| WA-2025-001-01-00 | 140-60 (140-A5) | ROW, LAND, EXISTING IMPROVEMENTS | | $0.00 | $12,644,539.00 | $12,644,539.00 | 0 |
| WA-2025-001-01-00 | | 14.06.60 | ROW, LAND, EXISTING IMPROVEMENTS (0:100)(00) | $0.00 | $12,644,539.00 | $12,644,539.00 | 0 |
| WA-2025-001-01-00 | 140-80 (140-A6) | PROFESSIONAL SERVICES | | $22,559,790.00 | $20,680,991.00 | $43,240,781.00 | 0 |
| WA-2025-001-01-00 | | 14.08.80 | PROFESSIONAL SERVICES (52.1:47.9)(00) | $22,559,790.00 | $20,680,991.00 | $43,240,781.00 | 0 |
| WA-2025-001-01-00 | 140-90 (140-A7) | UNALLOCATED CONTINGENCY | | $0.00 | $13,310,957.00 | $13,310,957.00 | 0 |
| WA-2025-001-01-00 | | 14.09.90 | UNALLOCATED CONTINGENCY (0:100)(00) | $0.00 | $13,310,957.00 | $13,310,957.00 | 0 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 13.14.10 - REHAB ARTICULATED TROLLEY BUS (0:100)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| NEW START - ROLLING STOCK (131-00) | 13.14.10 | REHAB ARTICULATED TROLLEY BUS | REHABILITATION/REBUILD | 21 |

**Extended Budget Description**
This ALI applies $0 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $173,732 in local funding for re-branding of 21 repurposed existing diesel electric hybrid fleet vehicles.

Total Federal 5309 Small Starts Funds for this ALI (0.0%): $0
Total Local/State Match (100.0%): $173,732
Total Eligible Cost: $173,732

Total budget for this activity in the SCC Workbook is $191,835. The difference of $18,103 is part of the $3,969,562 match from the other federal awards. This is consistent with the SCC Workbook. There is no Federal Funding in other grants for this activity.

USEFUL LIFE
The minimum useful life of the buses is 12 years or an accumulation of 500,000 miles.

MATCH RATIO
This ALI supports a match ratio of 0% federal, 100% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $0 |
| Local | | | $173,732 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$173,732** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for Construction |
| Contract Award | 3/31/2025 | Intent to award |
| Vehicle Rehab Start | 1/2/2026 | Vehicle Rehab Initiated |
| Vehicle Rehab Complete | 8/28/2027 | Revenue Service Date |
| Contract Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.09.90 - UNALLOCATED CONTINGENCY (0:100)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| UNALLOCATED CONTINGENCY (140-90) | 14.09.90 | UNALLOCATED CONTINGENCY | UNALLOCATED CONTINGENCY | 0 |

**Extended Budget Description**
This ALI applies $0 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $13,310,957 in local funding to provide contingency funding for unknown cost increases and unforeseen circumstances.

Total Federal 5309 Small Starts Funds for this ALI (0%): $0
Total Local/State Match (100%): $13,310,957
Total Eligible Cost: $13,310,957

Total budget for this activity in the SCC Workbook is $14,697,946. The difference of $1,386,989 is part of the $3,969,562 match from the other federal awards. This is consistent with the SCC Workbook. There is no other federal funding for this ALI.

MATCH RATIO
This ALI supports a match ratio of 0% federal, 100.0% non-federal. This is consistent with the SCC Workbook

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $0 |
| Local | | | $13,310,957 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$13,310,957** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for Construction |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Contract Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.08.80 - PROFESSIONAL SERVICES (52.1:47.9)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| PROFESSIONAL SERVICES (140-80) | 14.08.80 | PROFESSIONAL SERVICES | PROFESSIONAL SERVICES | 0 |

**Extended Budget Description**
This ALI applies $22,559,790 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $20,680,991 in local and state funding for all professional, technical and management services related to the design and construction of fixed infrastructure during the project development and construction phases of the project. This includes environmental work, design, engineering and architectural services, specialty services such as safety or security analyses, value engineering, risk assessment, cost estimating, scheduling, ridership modeling and analyses, auditing, legal services, administration and management, etc., by agency staff or outside consultants.

Total Federal 5309 Small Starts Funds for this ALI (52.1%): $22,559,790
Total Local/State Match (47.9%): $20,680,991
Total Eligible Cost: $43,240,781

Total budget for this activity in the SCC Workbook is $45,395,965. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. FY18 and FY20 STP and TAP transfer to 5307 White Center Non-Motorized Improvements and Renton to Auburn Speed & Reliability Improvements (Grant WA-2020-104) for $988,176 and local match of $154,224.
2. $1,167,008 is part of the $3,969,562 match from the other federal awards.

MATCH RATIO
This ALI supports a match ratio of 52.1% federal, 47.9% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $22,559,790 |
| Local | | | $11,199,791 |
| Local/In-Kind | | | $0 |
| State | | | $9,481,200 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$43,240,781** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 9/13/2018 | |
| Contract Awarded | 3/6/2019 | |
| Begin Work | 5/28/2019 | Enter into Project Development Approved |
| Complete Work | 12/31/2027 | |
| Contract Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.06.60 - ROW, LAND, EXISTING IMPROVEMENTS (0:100)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| ROW, LAND, EXISTING IMPROVEMENTS (140-60) | 14.06.60 | ROW, LAND, EXISTING IMPROVEMENTS | ROW, LAND, EXISTING IMPROVEMENTS | 0 |

**Extended Budget Description**
This ALI applies $0 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $12,644,539 in local funding for transit lanes, stations, sidewalks, and construction easements; warehouse leasing; and relocation of one property in downtown Kent.

Total Federal 5309 Small Starts Funds for this ALI (0.0%): $0
Total Local/State Match (100.0%): $12,644,539
Total Eligible Cost: $12,644,539

Total budget for this activity in the SCC Workbook is $13,962,088. The difference of $1,317,549 is part of the $3,969,562 match from the other federal awards. This is consistent with the SCC Workbook. There is no Federal Funding in other grants for this activity.

MATCH RATIO
This ALI supports a match ratio of 0% federal, 100% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
No, 3rd Party Contractors will not be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $0 |
| Local | | | $12,644,539 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$12,644,539** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| Design Contract Awarded Notice to Proceed | 6/16/2020 | Final design contract approved to design services |
| ROW Process Initiated | 6/10/2021 | ROW process initiated |
| ROW Process Complete | 11/30/2025 | Substantial completion of contracted activity |
| Contract Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.05.50 - SYSTEMS (80.0:20.0)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| SYSTEMS (140-50) | 14.05.50 | SYSTEMS | SYSTEMS | 0 |

**Extended Budget Description**
This ALI applies $16,965,016 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $4,161,342 in local and state funding for traffic signal modifications to remove existing signal equipment; add or upgrade signal controllers and cabinets; vehicular/pedestrian/bus signal heads; signal poles with mast arms and luminaires; accessible pedestrian systems; vehicular detection; signage on mast arms, signal wiring, other signal equipment; adaptive signal control software; transit signal priority and equipment; fiber interconnect and equipment; pavement markings; and traffic signal communications costs, including the installation of Tech Pylons, RTIS, Station Communication & Signal Communication.

Total Federal 5309 Small Starts Funds for this ALI (80%) $16,965,016

Total Local/State Match (20%) $4,161,342
Total Eligible Cost: $21,126,358

Total budget for this activity in the SCC Workbook is $21,206,271. The difference of $79,913 is part of the $3,969,562 match from the other federal awards. This is consistent with the SCC Workbook. There is no Federal Funding in other grants for this activity.

USEFUL LIFE
The useful life for signal cabinets and poles is 20 years, 10 years for signs, signal heads, and signal controllers and equipment.

MATCH RATIO
This ALI supports a match ratio of 80.0% federal, 20.0% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $16,965,016 |
| Local | | | $766,923 |
| Local/In-Kind | | | $0 |
| State | | | $3,394,419 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$21,126,358** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for construction |
| Contract Award | 3/31/2025 | Intent to award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (54.1:45.9)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS | SITEWORK & SPECIAL CONDITIONS | 0 |

**Extended Budget Description**

This ALI applies $10,588,563 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $8,946,197 in state funding for all sitework including demolition; utility (wet and dry) relocations and installations; retaining walls; new curbs, sidewalks, curb ramps, landscaping, and signing improvements required as part of the roadway; and temporary erosion control. Additionally, general contractor indirects including job supervision, field office, yard and shops, staff support, contract administration support, project and field support, vehicle costs, mobilization; surveying, maintenance of traffic, taxes, bonds, insurance, third party costs, and quality control.

Total Federal 5309 Small Starts Funds for this ALI (54.1%): $10,558,563 (Project 1: $10,558,563; Project 2: $1,161,142; and Project 3: $11,809,946)
Total Local/State Match (45.9%): $8,946,197 (Project 1 only)
Total Eligible Cost: $19,504,760

Total budget for this activity in the SCC Workbook is $44,730,983. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. $1,968,073 in WA-2024-047, FY 2019 and 2023 STBG and TAP Transferred to Section 5307 - RapidRide I Line Corridor Non-motorized Improvements and local match of $307,156.
2. $10,287,062 in WA-2024-056, FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line and local match of $2,571,766.

USEFUL LIFE
Useful life of sitework and special conditions is expected to be 15 years.

MATCH RATIO
This ALI supports a match ratio of 54.1% federal, 45.9% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
No, 3rd Party Contractors will not be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $10,558,563 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $8,946,197 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$19,504,760** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for construction |
| Contract Award | 3/31/2025 | Intent to Award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |

| Construction Complete | 6/30/2028 | Close Project |
|---|---|---|

**Budget Activity Line Item: 14.01.10 - GUIDEWAY & TRACK ELEMENTS (80:20)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| GUIDEWAY & TRACK ELEMENTS (140-10) | 14.01.10 | GUIDEWAY & TRACK ELEMENTS | GUIDEWAY & TRACK ELEMENTS | 17 |

**Extended Budget Description**

This ALI applies $7,423,262 in FY2022 Section 5309 discretionary funds apportioned to the King County Metro and $1,856,817 in state funding for demolition and restoration of pavement within paving limits between curb faces necessary to construct semi-exclusive transit lanes and mixed-traffic lanes along the 17-mile alignment. The Project will operate on approximately 1.95 miles of new semi-exclusive transit lanes and 15.05 miles of mixed traffic lanes. There will also be the installation of pavement markings, roadway lighting, and guardrails associated with the travel lanes.

Total Federal 5309 Small Starts Funds for this ALI (80.0%): $7,423,262
State Match (20.0%): $1,855,817
Total Eligible Cost: $9,279,079

Total budget for this activity in the SCC Workbook is $9,279,079. This is consistent with the SCC Workbook. There is no Federal Funding in other grants for this activity.

USEFUL LIFE
The expected useful life is 20 years for roadway pavement.

MATCH RATIO
This ALI supports a match ratio of 80% federal, 20% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $7,423,262 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $1,855,817 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$9,279,079** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for construction |

| | | |
|---|---|---|
| Contract Award | 3/31/2025 | Intent to Award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

**Budget Activity Line Item: 14.02.20 - STATIONS, STOPS, TERMINALS, INTERMODAL (70.8:29.2)( 00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| STATIONS, STOPS, TERMINALS, INTERMODAL (140-20) | 14.02.20 | STATIONS, STOPS, TERMINALS, INTERMODAL | STATIONS, STOPS, TERMINALS, INTERMODAL | 41 |

**Extended Budget Description**
This ALI applies $9,214,266 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $3,803,567 in state funding for constructing 41 station pairs - for a total of 82 boarding/ alighting platforms that will receive upgrades as part of the Project. Station amenities may include foundations, enclosures, finishes, equipment, electrical components, power, lighting, railing, benches, bike racks. Note - All rough grading (cut & fill) volumes for excavation and backfill in the station area behind the curbs are included in SCC 40.01.

Total Federal 5309 Small Starts Funds for this ALI (70.8%): $9,214,266
Total State Match (29.2%): $3,803,567
Total Eligible Cost: $13,017,833

Total budget for this activity in the SCC Workbook is $19,017,833. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. FY 2023 CMAQ Transferred to Section 5307 - I-Line Speed and Reliability Improvements (Grant WA-2024-065) $6,000,000 and local match of $936,416.

USEFUL LIFE
The useful life is 20 years for street and pavement improvements, 10 years for shelters, and 15 years for station facilities.

MATCH RATIO
This ALI supports a match ratio of 70.8% federal, 29.2% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $9,214,266 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $3,803,567 |

| | | | |
|---|---|---|---|
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$13,017,833** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for Construction |
| Contract Award | 3/31/2025 | Intent to award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

## Project Environmental Findings

**Finding: Class II(d) - Categorical Exclusions (D-List)**

**Class Level Description**

Class II(d) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. Class II(d) requires documentation.

**Categorical Exclusion Description**

Type 09: Other

| Date Description | Date |
|---|---|
| Class IId CE Approved | 6/10/2021 |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| NEW START - ROLLING STOCK (131-00) | 13.14.10 | REHAB ARTICULATED TROLLEY BUS (0:100)(00) | 21 | $0.00 | $173,732.00 |
| UNALLOCATED CONTINGENCY (140-90) | 14.09.90 | UNALLOCATED CONTINGENCY (0:100)(00) | 0 | $0.00 | $13,310,957.00 |
| PROFESSIONAL SERVICES (140-80) | 14.08.80 | PROFESSIONAL SERVICES (52.1:47.9)(00) | 0 | $22,559,790.00 | $43,240,781.00 |

| | | | | | |
|---|---|---|---|---|---|
| ROW, LAND, EXISTING IMPROVEMENTS (140-60) | 14.06.60 | ROW, LAND, EXISTING IMPROVEMENTS (0:100)(00) | 0 | $0.00 | $12,644,539.00 |
| SYSTEMS (140-50) | 14.05.50 | SYSTEMS (80.0:20.0)(00) | 0 | $16,965,016.00 | $21,126,358.00 |
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (54.1:45.9)(00) | 0 | $10,558,563.00 | $19,504,760.00 |
| GUIDEWAY & TRACK ELEMENTS (140-10) | 14.01.10 | GUIDEWAY & TRACK ELEMENTS (80:20)(00) | 17 | $7,423,262.00 | $9,279,079.00 |
| STATIONS, STOPS, TERMINALS, INTERMODAL (140-20) | 14.02.20 | STATIONS, STOPS, TERMINALS, INTERMODAL (70.8:29.2)(00) | 41 | $9,214,266.00 | $13,017,833.00 |

## Project Title: FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-001-02-00 | 1731-2024-13-P2 | 9/21/2024 | 1/27/2025 | 6/30/2028 |

**Project Description**

The Project will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

**Project Benefits**

The RapidRide I Line will provide more frequent, convenient, and higher quality transit service to attract more riders and move more people than traditional bus service. Capital improvements in the Corridor that provide preferential treatments for transit are essential tools for reducing roadway congestion for transit in areas of the Corridor where buses experience the most delay. The improvements in passenger facilities such as upgraded stations, safe crossings, lighting, communications and technology investments, and an enhanced vehicle fleet respond to community needs and create a more seamless and desirable transit user experience. The transit treatments proposed as part of the RapidRide I Line

are strongly supported by local stakeholders and will bring high-quality transit to traditionally under-served communities of King County.

**Additional Information**
Total CIG Project Cost: $168,482,000
Total FTA 5309 CIG Small Starts Contribution: $79,691,985
Maximum Percentage of FTA 5309 CIG Small Starts Participation: 47.3%
$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost
$69,546,704 TOTAL NON-FEDERAL = 41.3% of Total Estimated CIG Project Cost

This project (Project 2) contains $1,161,142 in FY 2024 Section 5309 Small Starts Discretionary Funds under Discretionary ID# D2024-SMST-001 and $299,408 in local funds.

CONDITIONS OF AWARD

Documents Incorporated by Reference.
The following documents, which are attached in TrAMS, are incorporated by reference and made part of this agreement, except to the extent that any term or condition of such is specifically superseded by or in conflict with a term of this agreement. The provisions of this agreement take precedence over the provisions of all other agreements between the Recipient and the Government related to the Project unless specifically stated otherwise.

*Small Starts Template - dated 11/19/2024
*Small Starts SCC Workbook - dated 11/20/2024
*State Transportation Improvement Plan (STIP) MET-208 - approved 1/10/2017
*Locally Preferred Alternative (LPA) Selection - 07/24/2017
*Project Development Approval - signed 5/28/2019
*Locally Preferred Alternative included in the financially constrained long-range transportation plan - 05/08/2020
*State Transportation Improvement Plan (STIP) MET-240 - approved 1/8/2021
*NEPA Documented Categorical Exclusion (DCE) - signed 6/10/2021
*Metro Connects Long Range Plan - 11/17/2021
*NEPA Re-evaluation - signed 6/29/2023
*NEPA Re-evaluation - signed 9/18/2024
*State Transportation Improvement Plan (STIP) MET-260 - adoption 2/16/2024 and revised 10/17/2024

Small Starts Special Terms and Conditions

Limitations on Federal Funding Commitment

The portion of Net Project Costs reimbursable by the Government is limited to the lesser of either the Total FTA Amount or the maximum percentage of FTA participation permitted by Federal law and regulation.

The total Small Starts funds awarded by the Government, including Small Starts funds awarded by this agreement and all previous agreements in support of the Project, is stated as the Total FTA Small Starts Contribution. This is the maximum amount of Small Starts funding that may be contributed by the Federal Government for the Project. The portion of Project costs reimbursable with Small Starts funds is limited to the lesser of the Total FTA Small Starts Contribution or the stated Maximum Percentage of Small Starts Funding. Funds from Federal sources other than the Small Starts program are not included in the Small Starts maximums and, if such funds are available to the Project, shall be excluded from the calculation of the Maximum Percentage of Small Starts Contribution.

If the funds awarded under this Grant exceed the amount necessary to finance the Federal share, the excess funds are not available to the Recipient for payment of costs beyond the scope of this Project supported by this Grant.

The Government has no obligation to provide any financial assistance for the Project beyond the Total FTA Amount stated in this agreement. If the total Federal funding is insufficient to undertake revenue operation of the Project and the subsequent activities necessary to complete the Project, the Recipient agrees to complete the Project and accepts sole responsibility for the payment of any additional costs ( overruns). No amendments will be sought or approved to increase the amount of funds in the prior Grants listed above beyond the amounts described in this Agreement as available to the Project.

Recipients Financial Commitments: Capital Costs

The Recipient commits and certifies that it will provide matching funds in an amount sufficient to ensure full and timely payment of Project Costs as necessary to complete the Project, together with the Federal contributions described in this agreement. Estimated project costs and sources of Federal, State, local, and private funding are described in the SCC Workbook, which is incorporated by reference into this agreement.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the Project Costs necessary to complete the Project as set forth in the SCC Workbook. In its notification, the Recipient shall advise the Government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Recipients Financial Commitments: Operating and Maintenance Costs

As a condition precedent to the Governments Award of this Small Starts Grant, the Recipient has developed and adopted a financing plan for funding the future operation and maintenance of the Project that also takes into consideration the Recipients continuing financial responsibilities to operate, maintain and reinvest in its existing public transportation system.

The Recipient assures the Government that it has stable and dependable funding sources, sufficient in amount and degree of commitment, to operate and maintain its entire public transportation system at an adequate and efficient level of service, including the future operation and maintenance of the Project without additional Federal assistance beyond the amounts set forth in the Financing Plan. The foregoing assurance does not preclude the Recipient from altering service through contracts with private providers of public transportation services.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the operation and maintenance costs of the Project as set forth in the Financing Plan. In its notification, the Recipient shall advise the government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Baseline Cost Estimate

The Baseline Cost Estimate (BCE) is set forth in the Build Main worksheet of the SCC Workbook. The BCE is comprised of all activities necessary to complete the Project and reflects the total anticipated costs of the Project as of the Date of this Agreement. The BCE is derived from the most recent cost estimates of the individual third-party contracts and force account work and reflects appropriate escalation and contingencies, and the milestones set forth in the Schedule worksheet of the SCC Workbook. The BCE will not be amended or modified during the construction of the Project. The Government will use the BCE to monitor the Recipients construction of the Project and the Recipients compliance with certain terms and conditions of this Agreement. The Recipient will submit cost reports as required by this Agreement and in a format consistent with the units set forth in the BCE so that the Government can, with reasonable diligence, reconcile the Recipients reports with the BCE.

Baseline Schedule and Revenue Service Date

The Baseline Schedule described in the SCC Workbook demonstrates how the Recipient intends to complete the Project and meet the Revenue Service Date identified in the SCC Workbook. The Government will use the Baseline Schedule to monitor the Recipients construction of the Project and compare planned to actual Project implementation. Accordingly, the Baseline Schedule will not be amended or modified during the construction of the Project, although the actual schedule of the Project may be modified from time to time as necessary and appropriate. The Recipient agrees to notify the Government of any change in circumstances or commitments that may affect the Recipients ability to achieve the Revenue Service Date, and what actions the Recipient has taken or plans to take to minimize any further slippage in its construction of the Project.

The Recipient agrees to achieve revenue operations of the Project on or before the Revenue Service Date identified in the SCC Workbook, in accordance with the terms and conditions of this Agreement. Requests by the Recipient for waiver of a breach or anticipatory breach of this Agreement and extension of the Revenue Service Date shall be submitted promptly to the Government, in writing, with appropriate documentation. In the exercise of its sole discretion to waive the breach and extend the Revenue Service Date, the Government will take into consideration the actions and measures taken by the Recipient to meet its commitment to achieve the operational goals of the Project on or before the scheduled Revenue Service Date. The Governments consent to extend the Revenue Service Date does not constitute a basis for additional Federal financial assistance beyond the Total FTA Small Starts Contribution.

Levels of Service

The Recipient agrees to maintain the hours of service and headways described in the Project Description Template in the Small Starts Templates once the Project is opened to revenue service and for no less than five years thereafter. These specified Levels of Service are a significant term of this Agreement. The Recipients failure to achieve and maintain these Levels of Service at the Revenue Service Date and for five years thereafter will constitute a breach of this Agreement. Upon the Recipients request, the Government may determine at its sole discretion to waive a breach of the Recipients obligation to maintain these specified Levels of Service for events or circumstances beyond the control of the Recipient, or if the Government determines that a waiver is in the best interests of the United States. In the exercise of its discretion whether to waive a breach of the specified Levels of Service, the Government will take into consideration the actions and measures taken by the Recipient to achieve and maintain the operational goals of the Project and the Recipients entire public transportation system for at least five years beyond the opening of the Project to revenue service.

Environmental Protection

As a condition precedent to this Agreement, the Government and the Recipient have assessed the environmental impacts of the Project, as required by the National Environmental Policy Act and other applicable law. The results of this assessment and the mitigation measures adopted for this Project are set forth in Part 3 of this agreement, Project Environmental Findings. The Recipient acknowledges that it shall not withdraw or substantially change any of the mitigation measures set forth in any of the documents referenced in Part 3 or the Governments environmental record for the Project without express written approval from the Government. On a periodic basis, the Recipient will provide the Government a written report on the Recipients progress in carrying out these mitigation measures.

**Location Description**
The improvements will take place along the RapidRide (Bus Rapid Transit) I Line Corridor in the cities of Renton, Kent, and Auburn.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
| --- | --- |
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
| --- | --- |
| 9 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 10/17/2024
Description: Description: The RapidRide I Line is covered by three different Washington State STIP ID Numbers.
STIP ID# MET-208 was first entered into the Washington State STIP and federally approved on 1/10/2017.
STIP ID# MET-240 was first entered into the Washington State STIP and federally approved on 1/8/2021.
STIP ID# MET-260 was first entered into the Washington State STIP and federally approved on 2/16/2024 and revised 10/17/2024.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: 11/17/2021
Description: Starting on page 21

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
| --- | --- | --- | --- |
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $1,161,142 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$1,161,142** |

## Project Budget

| Project Number | | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|---|
| WA-2025-001-02-00 | 140-40 (140-A8) | SITEWORK & SPECIAL CONDITIONS | | $1,161,142.00 | $0.00 | $1,161,142.00 | 0 |
| WA-2025-001-02-00 | | 14.04.40 | Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00) | $1,161,142.00 | $0.00 | $1,161,142.00 | 0 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 14.04.40 - Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS | SITEWORK & SPECIAL CONDITIONS | 0 |

**Extended Budget Description**
This ALI applies $1,161,142 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $0 in local funding for all sitework including demolition; utility (wet and dry) relocations and installations; retaining walls; new curbs, sidewalks, curb ramps, landscaping, and signing improvements required as part of the roadway; and temporary erosion control. Additionally, general contractor indirects including job supervision, field office, yard and shops, staff support, contract administration support, project and field support, vehicle costs, mobilization; surveying, maintenance of traffic, taxes, bonds, insurance, third party costs, and quality control.

Total Federal 5309 Small Starts Funds for this ALI (100%): $1,161,142 (Project 1: $10,558,563; Project 2: $1,161,142; and Project 3: $11,809,946)
Total Local/State Match (0%): $0 (Project 1 only: $8,946,197)
Total Eligible Cost: $1,161,142

Total budget for this activity in the SCC Workbook is $44,730,983. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. $1,968,073 in WA-2024-047, FY 2019 and 2023 STBG and TAP Transferred to Section 5307 - RapidRide I Line Corridor Non-Motorized Improvements and local match of $307,156.
2. $10,287,062 in WA-2024-056, FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line and local match of $2,571,766.

USEFUL LIFE
Useful life of sitework and special conditions is expected to be 15 years.

MATCH RATIO
This ALI supports a match ratio of 100% federal, 0% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $1,161,142 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$1,161,142** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for construction |
| Contract Award | 3/31/2025 | Intent to award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

## Project Environmental Findings

**Finding: Class II(d) - Categorical Exclusions (D-List)**

**Class Level Description**
Class II(d) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. Class II(d) requires documentation.

**Categorical Exclusion Description**

Type 09: Other

| Date Description | Date |
|---|---|
| Class IId CE Approved | 6/10/2021 |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00) | 0 | $1,161,142.00 | $1,161,142.00 |

## Project Title: FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-001-03-00 | 1731-2024-13-P3 | 9/21/2024 | 1/27/2025 | 6/30/2028 |

**Project Description**
The Project will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

**Project Benefits**
The RapidRide I Line will provide more frequent, convenient, and higher quality transit service to attract more riders and move more people than traditional bus service. Capital improvements in the Corridor that provide preferential treatments for transit are essential tools for reducing roadway congestion for transit in areas of the Corridor where buses experience the most delay. The improvements in passenger facilities such as upgraded stations, safe crossings, lighting, communications and technology investments, and an enhanced vehicle fleet respond to community needs and create a more seamless and desirable transit user experience. The transit treatments proposed as part of the RapidRide I Line are strongly supported by local stakeholders and will bring high-quality transit to traditionally under-served communities of King County.

**Additional Information**
Total CIG Project Cost: $168,482,000
Total FTA 5309 CIG Small Starts Contribution: $79,691,985
Maximum Percentage of FTA 5309 CIG Small Starts Participation: 47.3%
$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost
$69,546,704 TOTAL NON-FEDERAL = 41.3% of Total Estimated CIG Project Cost

This project (Project 3) contains $11,809,946 in FY 2024 Section 5309 Small Starts Discretionary Funds under Discretionary ID# D2024-SSAD-007 and $3,045,272 in local funds.

CONDITIONS OF AWARD

Documents Incorporated by Reference.

The following documents, which are attached in TrAMS, are incorporated by reference and made part of this agreement, except to the extent that any term or condition of such is specifically superseded by or in conflict with a term of this agreement. The provisions of this agreement take precedence over the provisions of all other agreements between the Recipient and the Government related to the Project unless specifically stated otherwise.

*Small Starts Template - dated 11/19/2024
*Small Starts SCC Workbook - dated 11/20/2024
*State Transportation Improvement Plan (STIP) MET-208 - approved 1/10/2017
*Locally Preferred Alternative (LPA) Selection - 07/24/2017
*Project Development Approval - signed 5/28/2019
*Locally Preferred Alternative included in the financially constrained long-range transportation plan - 05/08/2020
*State Transportation Improvement Plan (STIP) MET-240 - approved 1/8/2021
*NEPA Documented Categorical Exclusion (DCE) - signed 6/10/2021
*Metro Connects Long Range Plan - 11/17/2021
*NEPA Re-evaluation - signed 6/29/2023
*NEPA Re-evaluation - signed 9/18/2024
*State Transportation Improvement Plan (STIP) MET-260 - adoption 2/16/2024 and revised 10/17/2024

Small Starts Special Terms and Conditions

Limitations on Federal Funding Commitment

The portion of Net Project Costs reimbursable by the Government is limited to the lesser of either the Total FTA Amount or the maximum percentage of FTA participation permitted by Federal law and regulation.

The total Small Starts funds awarded by the Government, including Small Starts funds awarded by this agreement and all previous agreements in support of the Project, is stated as the Total FTA Small Starts Contribution. This is the maximum amount of Small Starts funding that may be contributed by the Federal Government for the Project. The portion of Project costs reimbursable with Small Starts funds is limited to the lesser of the Total FTA Small Starts Contribution or the stated Maximum Percentage of Small Starts Funding. Funds from Federal sources other than the Small Starts program are not included in the Small Starts maximums and, if such funds are available to the Project, shall be excluded from the calculation of the Maximum Percentage of Small Starts Contribution.

If the funds awarded under this Grant exceed the amount necessary to finance the Federal share, the excess funds are not available to the Recipient for payment of costs beyond the scope of this Project supported by this Grant.

The Government has no obligation to provide any financial assistance for the Project beyond the Total FTA Amount stated in this agreement. If the total Federal funding is insufficient to undertake revenue operation of the Project and the subsequent activities necessary to complete the Project, the Recipient agrees to complete the Project and accepts sole responsibility for the payment of any additional costs ( overruns). No amendments will be sought or approved to increase the amount of funds in the prior Grants listed above beyond the amounts described in this Agreement as available to the Project.

Recipients Financial Commitments: Capital Costs

The Recipient commits and certifies that it will provide matching funds in an amount sufficient to ensure full and timely payment of Project Costs as necessary to complete the Project, together with the Federal contributions described in this agreement. Estimated project costs and sources of Federal, State, local, and private funding are described in the SCC Workbook, which is incorporated by reference into this agreement.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the Project Costs necessary to complete the Project as set forth in the SCC Workbook. In its notification, the Recipient shall advise the Government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Recipients Financial Commitments: Operating and Maintenance Costs

As a condition precedent to the Governments Award of this Small Starts Grant, the Recipient has developed and adopted a financing plan for funding the future operation and maintenance of the Project that also takes into consideration the Recipients continuing financial responsibilities to operate, maintain and reinvest in its existing public transportation system.

The Recipient assures the Government that it has stable and dependable funding sources, sufficient in amount and degree of commitment, to operate and maintain its entire public transportation system at an adequate and efficient level of service, including the future operation and maintenance of the Project without additional Federal assistance beyond the amounts set forth in the Financing Plan. The foregoing assurance does not preclude the Recipient from altering service through contracts with private providers of public transportation services.

The Recipient agrees to notify the Government of any change in circumstances or commitments that adversely affects the Recipients plan to fund the operation and maintenance costs of the Project as set forth in the Financing Plan. In its notification, the Recipient shall advise the government of what actions the Recipient has taken or plans to take to ensure adequate funding resources and reaffirm its commitment to the Government as set forth in this agreement.

Baseline Cost Estimate

The Baseline Cost Estimate (BCE) is set forth in the Build Main worksheet of the SCC Workbook. The BCE is comprised of all activities necessary to complete the Project and reflects the total anticipated costs of the Project as of the Date of this Agreement. The BCE is derived from the most recent cost estimates of the individual third-party contracts and force account work and reflects appropriate escalation and contingencies, and the milestones set forth in the Schedule worksheet of the SCC Workbook. The BCE will not be amended or modified during the construction of the Project. The Government will use the BCE to monitor the Recipients construction of the Project and the Recipients compliance with certain terms and conditions of this Agreement. The Recipient will submit cost reports as required by this Agreement and in a format consistent with the units set forth in the BCE so that the Government can, with reasonable diligence, reconcile the Recipients reports with the BCE.

Baseline Schedule and Revenue Service Date

The Baseline Schedule described in the SCC Workbook demonstrates how the Recipient intends to complete the Project and meet the Revenue Service Date identified in the SCC Workbook. The Government will use the Baseline Schedule to monitor the Recipients construction of the Project and compare planned to actual Project implementation. Accordingly, the Baseline Schedule will not be amended or modified during the construction of the Project, although the actual schedule of the Project may be modified from time to time as necessary and appropriate. The Recipient agrees to notify the Government of any change in circumstances or commitments that may affect the Recipients ability to achieve the Revenue Service Date, and what actions the Recipient has taken or plans to take to minimize any further slippage in its construction of the Project.

The Recipient agrees to achieve revenue operations of the Project on or before the Revenue Service Date identified in the SCC Workbook, in accordance with the terms and conditions of this Agreement. Requests by the Recipient for waiver of a breach or anticipatory breach of this Agreement and

extension of the Revenue Service Date shall be submitted promptly to the Government, in writing, with appropriate documentation. In the exercise of its sole discretion to waive the breach and extend the Revenue Service Date, the Government will take into consideration the actions and measures taken by the Recipient to meet its commitment to achieve the operational goals of the Project on or before the scheduled Revenue Service Date. The Governments consent to extend the Revenue Service Date does not constitute a basis for additional Federal financial assistance beyond the Total FTA Small Starts Contribution.

Levels of Service

The Recipient agrees to maintain the hours of service and headways described in the Project Description Template in the Small Starts Templates once the Project is opened to revenue service and for no less than five years thereafter. These specified Levels of Service are a significant term of this Agreement. The Recipients failure to achieve and maintain these Levels of Service at the Revenue Service Date and for five years thereafter will constitute a breach of this Agreement. Upon the Recipients request, the Government may determine at its sole discretion to waive a breach of the Recipients obligation to maintain these specified Levels of Service for events or circumstances beyond the control of the Recipient, or if the Government determines that a waiver is in the best interests of the United States. In the exercise of its discretion whether to waive a breach of the specified Levels of Service, the Government will take into consideration the actions and measures taken by the Recipient to achieve and maintain the operational goals of the Project and the Recipients entire public transportation system for at least five years beyond the opening of the Project to revenue service.

Environmental Protection

As a condition precedent to this Agreement, the Government and the Recipient have assessed the environmental impacts of the Project, as required by the National Environmental Policy Act and other applicable law. The results of this assessment and the mitigation measures adopted for this Project are set forth in Part 3 of this agreement, Project Environmental Findings. The Recipient acknowledges that it shall not withdraw or substantially change any of the mitigation measures set forth in any of the documents referenced in Part 3 or the Governments environmental record for the Project without express written approval from the Government. On a periodic basis, the Recipient will provide the Government a written report on the Recipients progress in carrying out these mitigation measures.

**Location Description**
The improvements will take place along the RapidRide (Bus Rapid Transit) I Line Corridor in the cities of Renton, Kent, and Auburn.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 9 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 10/17/2024
Description: Description: The RapidRide I Line is covered by three different Washington State STIP ID Numbers.
STIP ID# MET-208 was first entered into the Washington State STIP and federally approved on 1/10/2017.
STIP ID# MET-240 was first entered into the Washington State STIP and federally approved on 1/8/2021.
STIP ID# MET-260 was first entered into the Washington State STIP and federally approved on 2/16/2024 and revised 10/17/2024.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: 11/17/2021
Description: Starting on Page 21

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $11,809,946 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$11,809,946** |

## Project Budget

| Project Number | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025-001-03-00 | 140-40 (140-A9) | SITEWORK & SPECIAL CONDITIONS | $11,809,946.00 | $0.00 | $11,809,946.00 | 0 |
| WA-2025-001-03-00 | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (100:0)(00) | $11,809,946.00 | $0.00 | $11,809,946.00 | 0 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 14.04.40 - SITEWORK & SPECIAL CONDITIONS (100:0)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS | SITEWORK & SPECIAL CONDITIONS | 0 |

**Extended Budget Description**
This ALI applies $11,809,946 in FY2022 Section 5309 discretionary funds apportioned to King County Metro and $0 in state funding for all sitework including demolition; utility (wet and dry) relocations and installations; retaining walls; new curbs, sidewalks, curb ramps, landscaping, and signing improvements required as part of the roadway; and temporary erosion control. Additionally, general contractor indirects including job supervision, field office, yard and shops, staff support, contract administration support, project and field support, vehicle costs, mobilization; surveying, maintenance of traffic, taxes, bonds, insurance, third party costs, and quality control.

Total Federal 5309 Small Starts Funds for this ALI (100%): $11,809,946 (Project 1: $10,558,563; Project 2: $1,161,142; and Project 3: $11,809,946)
Total Local/State Match (0%): $0 (Project 1 only: $8,946,197)
Total Eligible Cost: $11,809,946

Total budget for this activity in the SCC Workbook is $44,730,983. This is consistent with the SCC Workbook. Total Federal Funding in other grants for this activity is as follows:

1. $1,968,073 in WA-2024-047, FY 2019 and 2023 STBG and TAP Transferred to Section 5307 - RapidRide I Line Corridor Non-motorized Improvements and local match of $307,156.
2. $10,287,062 in WA-2024-056, FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line and local match of $2,571,766.

USEFUL LIFE
Useful life of sitework and special conditions is expected to be 15 years.

MATCH RATIO
This ALI supports a match ratio of 100% federal 0% non-federal. This is consistent with the SCC Workbook.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $11,809,946 |
| Local | | | $0 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$11,809,946** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 1/27/2025 | Advertise for Construction |
| Contract Award | 3/31/2025 | Intent to award |
| Construction Start | 5/5/2025 | Issue Construction Notice to Proceed |
| Construction End | 7/27/2027 | Issue Notice of Physical Completion |
| Revenue Service Date | 8/28/2027 | When RapidRide I Line service will begin |
| Construction Complete | 6/30/2028 | Close Project |

## Project Environmental Findings

**Finding: Class II(d) - Categorical Exclusions (D-List)**

**Class Level Description**
Class II(d) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. Class II(d) requires documentation.

**Categorical Exclusion Description**

Type 09: Other

| Date Description | Date |
|---|---|
| Class IId CE Approved | 6/10/2021 |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| SITEWORK & SPECIAL CONDITIONS (140-40) | 14.04.40 | SITEWORK & SPECIAL CONDITIONS (100:0)(00) | 0 | $11,809,946.00 | $11,809,946.00 |

# Part 4: Fleet Details

**Fleet Type:** Fixed Route

**Fleet Comments**
This is our spare ratio as of fall 2024

| | | Current Value |
|---|---|---|
| I. | **Active Fleet** | |
| | A. Peak Requirement | 858 |
| | B. Spares | 436 |
| | C. Total (A+B) | 1294 |
| | D. Spare Ratio (B/A) | 50.82% |

| | | |
|---|---|---|
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 1294 |

**Fleet Type:** Waterbourne

**Fleet Comments**
The county has taken possession of two new vessels, the Doc Maynard and the Sally Fox, in addition to the previously owned Spirit of Kingston.
Updated 3/15/2020.

| | | Current Value |
|---|---|---|
| I. | **Active Fleet** | |
| | A. Peak Requirement | 2 |
| | B. Spares | 1 |
| | C. Total (A+B) | 3 |
| | D. Spare Ratio (B/A) | 50% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 3 |

# Part 5: FTA Review Comments

## Application Review Comments

| Comment By | Derek Oh |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 12/4/2024 |
| Comment | Returning application for edits. |

| Comment By | Derek Oh |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 12/5/2024 |
| Comment | Returning for removal of estimated indirect costs. |

## Application Review Comments

| Comment By | Karin Vosgueritchian |
|---|---|
| Comment Type | Application Details |
| Date | 12/4/2024 |
| Comment | KING COUNTY METRO TRANSIT must comply with all applicable Federal laws and regulations related to this project, including the ADA Standards for Transportation Facilities, based on the U.S. Access Boards ADA Accessibility Guidelines found here: http://www.access-board.gov/guidelines-and-standards/transportation/facilities/ada-standards-for-transportation-facilities. The following is a non-exhaustive list of ADA standards that KING COUNTY METRO TRANSIT must comply with. The information provided below is intended as technical assistance and applies only to the project as described. Should the project scope change or new information on the project be provided, FTA may require a re-evaluation of the project information as it relates to ADA and require additional information. This confirmation is not an express or implied promise of project compliance with the ADA.<br>- As required under DOT ADA Standard 206.4.1, KING COUNTY METRO TRANSIT must ensure that 60 percent of all public entrances to the facility will be accessible. If a station has only two entrances, then both must be accessible.<br>- As required under DOT ADA Standard 810.10, for rail projects, KING COUNTY METRO TRANSIT must ensure that no flange way gap can be greater than 2.5 where passenger circulation paths cross tracks at grade (i.e. a street-level pedestrian crossing over streetcar tracks).<br>- As required under DOT ADA Standard 206.3, KING COUNTY METRO TRANSIT must ensure that accessible routes coincide with or are located in the same area as general circulation paths, and elements such as ramps, elevators, and fare vending and collection areas are placed to minimize the distance that wheelchair users and other persons who cannot climb steps must travel in comparison to the general public.<br>- As required under DOT ADA Standard 406.8, KING COUNTY METRO TRANSIT must ensure that curb ramps will have detectable warnings.<br>- As required under DOT ADA Standard 810.2, KING COUNTY METRO TRANSIT must ensure that bus boarding and alighting areas are in compliance with the ADA-ABA Guidelines (Section 810.2), which address surfaces (sturdy); dimensions (96 long x 60 wide); connection to sidewalks, streets, and pedestrian paths; slope (not steeper than 1:48); signs; and public address systems.<br>- As required by DOT ADA Standard 810.5.3, KING COUNTY METRO TRANSIT must ensure that station platforms must be coordinated with the vehicle floor height.<br><br>For Bus Shelters: As required under DOT ADA Standard 810.3, KING COUNTY METRO TRANSIT must ensure bus shelters shall provide a minimum clear floor or ground space complying with Standard 305 entirely within the shelter. Bus shelters shall be connected by an accessible route complying with Standard 402 to a boarding and alighting area complying with 810.2. As required under DOT ADA Standard 810.2, new, altered, or relocated bus stops must have a firm, stable surface and must provide a clear length of 96 inches (2,440 mm), measured perpendicular to the curb or vehicle roadway edge, and a clear width of 60 inches (1,525 mm), measured parallel to the vehicle roadway. As required under DOT ADA Standard 810.2, the slope of the bus boarding and alighting area in the direction parallel to the roadway must be the same as that of the roadway to the maximum extent practicable. Perpendicular to the roadway, the slope must not exceed 1:48, that is, not more than 1 inch of rise over a horizontal distance of 48 inches.<br><br>Per the current Title VI Circular, Transit providers that have implemented or will |

implement a New Start, Small Start, or other new fixed guideway capital project shall conduct a service and fare equity analysis. The service and fare equity analysis will be conducted six months prior to the beginning of revenue operations, whether or not the proposed changes to existing service rise to the level of major service change as defined by the transit provider. All proposed changes to parallel or connecting service will be examined. If the entity that builds the project is different from the transit provider that will operate the project, the transit provider operating the project shall conduct the analysis. The service equity analysis shall include a comparative analysis of service levels pre-and post- the New Starts/Small Starts/new fixed guideway capital project. The analysis shall be depicted in tabular format and shall determine whether the service changes proposed (including both reductions and increases) due to the capital project will result in a disparate impact on minority populations. The transit provider shall also conduct a fare equity analysis for any and all fares that will change as a result of the capital project.

| **Comment By** | **Karin Vosgueritchian** |
|---|---|
| Comment Type | Application Details |
| Date | 12/4/2024 |
| Comment | Transit Vehicle Manufacturers (TVM) must have an approved FTA DBE Goal prior to bidding on contract. For a current listing, see https://www.transit.dot.gov/regulations-and-guidance/civil-rights-ada/eligible-tvms-list. KING COUNTY METRO TRANSIT must ensure that all vehicles purchased are accessible and purchased from an FTA approved TVM. |

# Part 6: Agreement

**UNITED STATES OF AMERICA**
**DEPARTMENT OF TRANSPORTATION**
**FEDERAL TRANSIT ADMINISTRATION**

**GRANT AGREEMENT**
**(FTA G-33)**

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(33), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

WHEN THE TERM "FTA AWARD" OR "AWARD" IS USED, EITHER IN THIS GRANT AGREEMENT OR THE APPLICABLE MASTER AGREEMENT, "AWARD" ALSO INCLUDES ALL TERMS AND CONDITIONS SET FORTH IN THIS GRANT AGREEMENT.

FTA OR THE FEDERAL GOVERNMENT MAY WITHDRAW ITS OBLIGATION TO PROVIDE FEDERAL ASSISTANCE IF THE RECIPIENT DOES NOT EXECUTE THIS GRANT AGREEMENT WITHIN 90 DAYS FOLLOWING FTA's AWARD DATE SET FORTH HEREIN.

**FTA AWARD**

Federal Transit Administration (FTA) hereby awards a Federal Grant as follows:

**Recipient Information**

Recipient Name: KING COUNTY METRO TRANSIT

Recipient ID: 1731

UEI: E1D1LQ5QENJ8

DUNS: 805622313

**Award Information**

Federal Award Identification Number: WA-2025-001-00

Award Name: FY 2022 and FY 2024 Section 5309 CIG Small Starts Grant - RapidRide I Line BRT

Award Start Date: 1/15/2025

Original Award End Date: 9/30/2028

Current Award End Date: 9/30/2028

Award Executive Summary: This application requests FY 2022 and 2024 Section 5309 CIG Small Starts Discretionary Funds apportioned to the King County Metro in the amount of $79,691,985. The $79,691,985 is comprised of $66,720,897 under Discretionary ID# D2022-SSAA-004; $1,161,142 under Discretionary ID# D2024-SMST-001; and $11,809,946 under Discretionary ID# D2024-SSAD-007.

Project Description
The RapidRide I Line Project (Project) will provide a high-quality bus rapid transit (BRT) service that will improve the connection for the cities of Renton, Kent, and Auburn, Washington to destinations across King County and the Puget Sound region. The Project will improve transit speed, reliability, and passenger capacity; and will enhance safe access to transit throughout the Corridor. The Project is a 17-mile route with 1.95 miles of exclusive transit lanes, 41 station pairs, transit signal priority (TSP) and other signal and traffic modifications. Other improvements will also include bicycle and pedestrian access improvements, including new, upgraded, or enhanced crosswalks and curb ramps, as well as station amenities such as real-time arrival information, lighting, and wayfinding Metro will operate the service using 21 diesel electric hybrid buses from their existing fleet, repurposed and branded for the Project.

Service will be provided for 20 hours a day on weekdays (from 4:45 AM to 12:30 AM), and for 19 hours a day on weekends from 5:00 AM to 12:00 AM. Service headways will be every ten minutes during weekday peak hours (between 6:00 AM and 9:00 AM and between 3:00 PM and 6:00 PM), every 15 minutes on weekday off-peak periods, and every 15-30 minutes on weekday evenings and weekends.

The revenue service date is August 28, 2027.

Total CIG Project Cost is $168,482,000

Total Federal Funding of $98,935,296 for the RapidRide I Line Capital Investment Grants (CIG) Project is included in five separate grants:
1. $79,691,985 in FY 2022 and 2024 FTA Section 5309 CIG Small Starts funds (this grant application)
2. $10,287,062 in FY 2019, FY 2020 and FY 2023 Section 5307 Large Urban Formula - RapidRide I Line (Grant # WA-2024-056) ($8,904,798 has been awarded in the grant, which will be amended to add $1,382,264 concurrently or shortly after execution of this Section 5309 CIG grant)
3. $6,000,000 in FY 2023 Federal Highway Administration (FHWA) Congestion Mitigation & Air Quality (CMAQ) funds flexed to FTA for I-Line Speed and Reliability Improvements (Grant # WA-2024-065) ($5,879,754 has been awarded in the grant, which will be amended to add $120,246 concurrently or shortly after execution of this Section 5309 CIG grant)
4. $1,968,073 in FY 2019/2023 FHWA Surface Transportation Block Program (STBG) funds flexed to FTA for RapidRide I Line Corridor Non-Motorized Improvements (Grant # WA-2024-047) ($1,040,424 has been awarded in the grant, which will be amended to add $927,649 concurrently or shortly after execution of this Section 5309 CIG grant)
5. $988,176 in FY 2018 FHWA Surface Transportation Program (STP) funds flexed to FTA for White Center Non-Motorized Improvements and Renton to Auburn Speed & Reliability Improvements (Grant # WA-2020-104)

$98,935,296 TOTAL FEDERAL = 58.7% of Total Estimated CIG Project Cost

State Funds
1. $10,000,000 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds
2. $8,000,000 in Washington State Department of Transportation (WSDOT) Move Ahead Washington
3. $8,000,000 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds
4. $1,481,200 in Washington State Department of Transportation (WSDOT) Regional Mobility Grant funds

$27,481,200 TOTAL STATE = 16.3% of Total Estimate CIG Project Cost

Local Funds
$42,065,504 in sales tax revenue

$42,065,504 TOTAL LOCAL = 25.0% of Total Estimate CIG Project Cost

$69,546,704 TOTAL LOCAL AND STATE = 41.3% of Total Estimated CIG Project Cost

The total capital cost of the portion of project work to be funded with this grant application is $145,269,127, including $79,691,985 (54.9% of this grant) in FTA Section 5309 Small Starts funds. Matching funds for this specific grant application in the amount of $65,577,142 (45.1% of this grant) will come from local and state funding, including: $19,481,200 in WSDOT Regional Mobility Grant funds; $8,000,000 in Move Ahead Washington funds; and $38,095,942 in local funds.

Agency indirect costs and/or fringe benefits are not eligible for reimbursement under this grant agreement.

In addition to FTA's Buy America Act, which requires that the steel, iron, and manufactured goods used in an FTA-funded project are produced in the United States (49 U.S.C. 5323(j)(1)), the Build America, Buy America Act (BABA) (Public Law 117-58, div. G 70914(a)) now requires that construction materials used in infrastructure projects are also produced in the United States. Refer to terms and conditions in FTA's Master Agreement Section 15. The BABA requirement applies to this grant, in addition to the Buy America Act, except to the extent a waiver of either requirements may apply.

Research and Development:  This award does not include research and development activities.

Indirect Costs:  This award does not include an indirect cost rate.

Suballocation Funds:  Recipient organization is the Designated Recipient and can apply for and receive these apportioned funds.

Pre-Award Authority:  This award is using Pre-Award Authority.

**Award Budget**

Total Award Budget:  $145,269,127.00

Amount of Federal Assistance Obligated for This FTA Action (in U.S. Dollars):  $79,691,985.00

Amount of Non-Federal Funds Committed to This FTA Action (in U.S. Dollars):  $65,577,142.00

Total FTA Amount Awarded and Obligated (in U.S. Dollars):  $79,691,985.00

Total Non-Federal Funds Committed to the Overall Award (in U.S. Dollars):  $65,577,142.00

**Award Budget Control Totals**

(The Budget includes the individual Project Budgets (Scopes and Activity Line Items) or as attached)

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5309 - Capital Investment Grants (CIG) | 5309-9 | 20500 | $79,691,985 |
| Local | | | $38,095,942 |
| Local/In-Kind | | | $0 |
| State | | | $27,481,200 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$145,269,127** |

(The Transportation Development Credits are not added to the amount of the Total Award Budget.)

**U.S. Department of Labor Certification of Public Transportation Employee Protective Arrangements:**

DOL Decision:  DOL Concurs - Certified
DOL Review Date:  12/27/2024
DOL Certification Date:  12/27/2024

**Special Conditions**

There are no special conditions.

**FINDINGS AND DETERMINATIONS**

By signing this Award on behalf of FTA, I am making all the determinations and findings required by federal law and regulations before this Award may be made.

**FTA AWARD OF THE GRANT AGREEMENT**

Awarded By:
Susan Fletcher
Regional Administrator
FEDERAL TRANSIT ADMINISTRATION
U.S. DEPARTMENT OF TRANSPORTATION
Contact Info: susan.fletcher@dot.gov
Award Date: 1/15/2025

**EXECUTION OF THE GRANT AGREEMENT**

Upon full execution of this Grant Agreement by the Recipient, the Effective Date will be the date FTA or the Federal Government awarded Federal assistance for this Grant Agreement.

By executing this Grant Agreement, the Recipient intends to enter into a legally binding agreement in which the Recipient:
(1)  Affirms this FTA Award,
(2)  Adopts and ratifies all of the following information it has submitted to FTA:
    (a)  Statements,
    (b)  Representations,
    (c)  Warranties,
    (d)  Covenants, and
    (e)  Materials,
(3)  Consents to comply with the requirements of this FTA Award, and
(4)  Agrees to all terms and conditions set forth in this Grant Agreement.

Executed By:
*David Morrison*
*Grants Administrator*
*KING COUNTY METRO TRANSIT*
*1/15/2025*

# EXHIBIT B-1

DOT | FTA

**U.S. Department of Transportation** | **Federal Transit Administration**

# Award

| | |
|---|---|
| **Federal Award Identification Number (FAIN)** | WA-2025-011-00 |
| **Temporary Application Number** | 1731-2023-5 |
| **Award Name** | FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses |
| **Award Status** | Active (Executed) |
| **Award Budget Number** | 0 |

| | | | |
|---|---|---|---|
| **Period of Performance Start Date** | 3/24/2025 | | |
| **Original Period of Performance End Date** | 6/30/2025 | | |
| **Current Period of Performance End Date** | 6/30/2025 | Revision #: 0 | Approved?: Yes |

| | |
|---|---|
| **Budget Period Start Date** | 3/24/2025 |
| **Budget Period End Date** | 6/30/2025 |

## Part 1: Recipient Information

### Name: KING COUNTY TRANSPORTATION DEPARTMENT

| Recipient ID | Recipient OST Type | Recipient Alias | UEI | DUNS |
|---|---|---|---|---|
| 1731 | County Agency | KING COUNTY DEPARTMENT OF TRANSPORTATION | E1D1LQ5QENJ8 | 805622313 |

| Location Type | Address | City | State | Zip |
|---|---|---|---|---|
| Physical Address | 201 S JACKSON ST | SEATTLE | WA | 98104 |
| Mailing Address | 201 S JACKSON ST MS KSC-TR-0814 | SEATTLE | WA | 98104 |

## Union Information

| Union Name | INLANDBOATMEN`S UNION OF THE PACIFIC |
|---|---|
| Address 1 | 1711 WEST NICKERSON ST |
| Address 2 | SUITE D |
| City | SEATTLE |
| State | WA |
| Zipcode | 98119 |
| Contact Name | Marina Secchitano |
| Telephone | (415) 420-1962 |
| Fax | 2062845043 |
| E-mail | ibusf@pacbell.net |
| Website | WWW.IBU.ORG |

| Union Name | LOCAL 17 IFPTE |
|---|---|
| Address 1 | 2900 EASTLAKE AVENUE |
| Address 2 | SUITE 300 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98102 |
| Contact Name | WHITNEY ABRAMS |
| Telephone | 2063287321 |
| Fax | 2063287402 |
| E-mail | abrams@ifpte17.org |
| Website | www.ifpte17.org |

| Union Name | LOCAL 587- ATU |
|---|---|
| Address 1 | 2700 FIRST AVENUE |
| Address 2 | SUITE 230 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98121 |
| Contact Name | PAUL BACHTEL |
| Telephone | 2064488588 |
| Fax | 2064484482 |
| E-mail | pbachtelpres@atu587.com |
| Website | www.atu587.com |

| Union Name | LOCAL 77 IBEW |
|---|---|
| Address 1 | 1125 15TH STREET NW |
| Address 2 | |
| City | WASHINGTON |

| | |
|---|---|
| State | District of Columbia |
| Zipcode | 20005 |
| Contact Name | JOHN CUNNINGHAM |
| Telephone | 2063234505 |
| Fax | 2063230186 |
| E-mail | ibew77@ibew77.com |
| Website | www.ibew77.com |
| **Union Name** | **MARINE ENGINEERS BENEFICIAL** |
| Address 1 | 444 NORTH CAPITOL STREET |
| Address 2 | SUITE 800 |
| City | WASHINGTON |
| State | District of Columbia |
| Zipcode | 20001 |
| Contact Name | MIKE JEWELL |
| Telephone | 2026385355 |
| Fax | 2026385369 |
| E-mail | MJEWELL@D1MEBA.ORG |
| Website | WWW.MEBAUNION.ORG |
| **Union Name** | **MASTERS MATES AND PILOTS (MM&P)** |
| Address 1 | 700 MARITIME BOULEVARD |
| Address 2 | SUITE B |
| City | LINTHICUM HEIGHTS |
| State | Maryland |
| Zipcode | 21090 |
| Contact Name | TIMOTHY BROWN |
| Telephone | 4108508700 |
| Fax | |
| E-mail | PRESIDENT@BRIDGEDECK.ORG |
| Website | WWW.BRIDGEDECK.ORG |
| **Union Name** | **TEAMSTER 117** |
| Address 1 | |
| Address 2 | 14675 INTERUBAN AVE SOUTH |
| City | TUKWILIA |
| State | Washington |
| Zipcode | 98168 |
| Contact Name | JOHN SCEARCY |
| Telephone | 2064414860 |
| Fax | 2064413153 |
| E-mail | john.scearcy@teamsters117.org |

| Website | |
|---|---|
| **Union Name** | **TECHNICAL EMPLOYEES ASSOC (TEA)** |
| Address 1 | P O BOX 4353 |
| Address 2 | |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98194 |
| Contact Name | ADE FRANKLIN |
| Telephone | 2066841293 |
| Fax | 2066841710 |
| E-mail | ade.franklin@metrokc.gov |
| Website | www.metrokc.gov |

# Part 2: Award Information

## Title: FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339( a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| FAIN | Award Status | Award Type | Application Cost Center | Date Created | Last Updated Date | From TEAM? |
|---|---|---|---|---|---|---|
| WA-2025-011-00 | Active (Executed) | Grant | Region 10 | 2/9/2023 | 2/9/2023 | No |

**Award Executive Summary**
This grant includes $1,455,348 in FY2021 and $1,829,991 in FY2022 Section 5307 formula funds and $ 2,142,893 in FY 2022 Section 5339(a) formula funds to purchase approximately five (5) 60 ft. replacement diesel-electric hybrid buses.

A bus replacement document, indicating which buses will be replaced with the buses being purchased in this grant, has been uploaded to this application.

1% Security Requirement:
Metro Transit's payments for transit security and police are more than equal to the 1% Security requirement and are paid for by other sources including local operating funds.

.75% Safety Requirement:
King County Metro's 0.75 percent requirement for recipients of Urbanized Area Formula Program ( Section 5307) funds that serve urbanized areas with populations of 200,000 or more to allocate not less than 0.75 percent of their Urbanized Area Formula Program funds to safety related projects (Bipartisan Infrastructure Law, as enacted in the Infrastructure Investment and Jobs Act) is met through Section 5307 funding for vehicle preventive maintenance activities in other grant applications.

**Frequency of Milestone Progress Reports (MPR)**
Quarterly

**Frequency of Federal Financial Reports (FFR)**

Quarterly

**Does this application include funds for research and/or development activities?**
This award does not include research and development activities.

**Pre-Award Authority**
This award is using Pre-Award Authority.

**Does this application include suballocation funds?**
Recipient organization is directly allocated these funds and is eligible to apply for and receive these funds directly.

**Will this Grant be using Lapsing Funds?**
Yes, this Grant will use Lapsing Funds.

**Will indirect costs be applied to this application?**
This award does not include an indirect cost rate.

*Indirect Rate Details*: N/A

**Requires E.O. 12372 Review**
No, this application does not require E.O. 12372 Review.

**Delinquent Federal Debt**
No, my organization does not have delinquent federal debt.

# Award Description

**Purpose**
The purpose of this grant is to purchase of approximately five (5) diesel-electric hybrid buses to replace buses that are at or beyond their useful life.

**Activities to be performed:**
Activities to be performed are the purchase of approximately five (5) diesel-electric hybrid buses to replace buses that are at or beyond their useful life.

**Expected outcomes:**
Expected outcomes are to maintain safe and reliable transit service for Metro Transit customers.

**Intended beneficiaries:**
Intended beneficiaries are Metro Transit customers.

**Subrecipient Activities:**
n/a

## Award Point of Contact Information

| First Name | Last Name | Title | E-mail Address | Phone |
|---|---|---|---|---|
| Ryan | Hammon | Transportation Specialist | Ryan.Hammon@dot.gov | (206) 220-7961 |

| | | | | |
|---|---|---|---|---|
| Gavin | Fortenberry | Transportation Program Specialist | Gavin.Fortenberry@dot.gov | (206) 220-7525 |
| Eric | Irelan | Grants Administrator | eric.irelan@kingcounty.gov | 206-477-3862 |

## Award Budget Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $3,285,339 |
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $957,924 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$6,386,156** |

## Award Budget

| Project Number | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025-011-01-00 | 111-00 (111-A1) | BUS - ROLLING STOCK | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-01-00 | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-02-00 | 111-00 (111-A2) | BUS - ROLLING STOCK | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |
| WA-2025-011-02-00 | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Section 5339(a))(85:15)(00) | | | | |
| WA-2025-011-03-00 | 111-00 (111-A3) | BUS - ROLLING STOCK | | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |
| WA-2025-011-03-00 | | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |

## Discretionary Allocations

This application does not contain discretionary allocations.

## Sources of Federal Financial Assistance

| PO Number | Project Number | Scope Name | Scope Number | Scope Suffix | UZA Code | Area Name | Account Class Code | FPC | Description | Amendment Amount | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WA-90-0136 | WA-2025-011-01-00 | BUS - ROLLING STOCK | 111-00 (111) | A1 | 530170 | Seattle-Tacoma, WA | 2021.25.90.91.2 | 00 | Urbanized Area Formula Grants | $1,455,348 | $1,455,348 |
| WA-34-0139 | WA-2025-011-02-00 | BUS - ROLLING STOCK | 111-00 (111) | A2 | 530170 | Seattle-Tacoma, WA | 2022.2J.34.BF.2 | 00 | Bus Form - Formula Alloc | $2,142,893 | $2,142,893 |
| WA-90-0136 | WA-2025-011-03-00 | BUS - ROLLING STOCK | 111-00 (111) | A3 | 530170 | Seattle-Tacoma, WA | 2022.2J.90.91.2 | 00 | Urbanized Area Formula Grants | $1,829,991 | $1,829,991 |

# Part 3: Project Information

## Project Title: FY2021 Section 5307 Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-01-00 | 1731-2023-5-P1 | 2/9/2023 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $1,455,348 in FY 2021 Section 5307 formula funding to purchase approximately one (1) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life. All of the buses being purchased in this grant are from the same procurement.

**Project Benefits**
Project benefits are to maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

### STIP/TIP
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

### UPWP
Date: N/A
Description: N/A

### Long Range Plan
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,455,348 |
| Local | | | $256,826 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |

| Adjustment | | | $0 |
|---|---|---|---|
| **Total Eligible Cost** | | | **$1,712,174** |

## Project Budget

| Project Number | | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|---|
| WA-2025-011-01-00 | 111-00 (111-A1) | BUS - ROLLING STOCK | | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-01-00 | | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 1 |

**Extended Budget Description**
This activity includes $1,455,348 in FY 2021 Section 5307 formula funding to purchase approximately one (1) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid bus(es). All of the buses being purchased in this grant are from the same procurement.

Match
The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP
This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life
The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,455,348 |
| Local | | | $256,826 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$1,712,174** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract amendment executed | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**
Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | 1 | $1,455,348.00 | $1,712,174.00 |

## Project Title: FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-02-00 | 1731-2023-5-P2 | 2/9/2023 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $2,142,893 in FY 2022 Section 5339(a) formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life. All of the buses being purchased in this grant are from the same procurement.

**Project Benefits**
To maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|

| | |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $378,158 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,521,051** |

## Project Budget

| Project Number | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WA-2025-011-02-00 | 111-00 (111-A2) | BUS - ROLLING STOCK | | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |
| WA-2025-011-02-00 | | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00) | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 2 |

**Extended Budget Description**
This activity includes $2,142,893 in FY 2021 Section 5339(a) formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses. All of the buses being purchased in this grant are from the same procurement.

Match
The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP
This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life
The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $378,158 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,521,051** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract amendment executed | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**

Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00) | 2 | $2,142,893.00 | $2,521,051.00 |

## Project Title: FY 2022 Section 5307 Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-03-00 | 1731-2023-5-P3 | 6/29/2023 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $1,829,991 in FY 2022 Section 5307 formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life.

**Project Benefits**
To maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation

Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,829,991 |
| Local | | | $322,940 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,152,931** |

## Project Budget

| Project Number | | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|---|
| WA-2025-011-03-00 | 111-00 (111-A3) | BUS - ROLLING STOCK | | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |
| WA-2025-011-03-00 | | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 2 |

**Extended Budget Description**
This activity includes $1,829,991 in FY 2022 Section 5307 formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses. All of the buses being purchased in this grant are from the same procurement.

Match
The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP
This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life
The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,829,991 |
| Local | | | $322,940 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,152,931** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract Award Date | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**
Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | 2 | $1,829,991.00 | $2,152,931.00 |

# Part 4: Fleet Details

**Fleet Type:** Fixed Route

**Fleet Comments**
This is our spare ratio as of fall 2024

| | | Current Value |
|---|---|---|
| I. | **Active Fleet** | |
| | A. Peak Requirement | 858 |
| | B. Spares | 436 |
| | C. Total (A+B) | 1294 |
| | D. Spare Ratio (B/A) | 50.82% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 1294 |

**Fleet Type:** Waterbourne

**Fleet Comments**
The county has taken possession of two new vessels, the Doc Maynard and the Sally Fox, in addition to the previously owned Spirit of Kingston.
Updated 3/15/2020.

| | | Current Value |
|---|---|---|
| I. | **Active Fleet** | |
| | A. Peak Requirement | 2 |
| | B. Spares | 1 |
| | C. Total (A+B) | 3 |
| | D. Spare Ratio (B/A) | 50% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 3 |

# Part 5: FTA Review Comments

## Application Review Comments

| Comment By | Mark Stojak |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 3/9/2023 |
| Comment | Returning to recipient for edits and revisions. |

| Comment By | Mark Stojak |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 6/29/2023 |
| Comment | Returning to recipient for edits and revisions. |

| Comment By | Mark Stojak |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 7/24/2024 |
| Comment | Returning to recipient for potential indirect cost considerations. |

# Part 6: Agreement

**UNITED STATES OF AMERICA**
**DEPARTMENT OF TRANSPORTATION**
**FEDERAL TRANSIT ADMINISTRATION**

**GRANT AGREEMENT**
**(FTA G-31)**

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(31), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

WHEN THE TERM "FTA AWARD" OR "AWARD" IS USED, EITHER IN THIS GRANT AGREEMENT OR THE APPLICABLE MASTER AGREEMENT, "AWARD" ALSO INCLUDES ALL TERMS AND CONDITIONS SET FORTH IN THIS GRANT AGREEMENT.

FTA OR THE FEDERAL GOVERNMENT MAY WITHDRAW ITS OBLIGATION TO PROVIDE FEDERAL ASSISTANCE IF THE RECIPIENT DOES NOT EXECUTE THIS GRANT AGREEMENT WITHIN 90 DAYS FOLLOWING FTA's AWARD DATE SET FORTH HEREIN.

**FTA AWARD**

Federal Transit Administration (FTA) hereby awards a Federal Grant as follows:

**Recipient Information**

Recipient Name:  KING COUNTY TRANSPORTATION DEPARTMENT

Recipient ID: 1731

UEI: E1D1LQ5QENJ8

DUNS: 805622313

**Award Information**

Federal Award Identification Number: WA-2025-011-00

Award Name: FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

Award Start Date: 3/24/2025

Original Award End Date: 6/30/2025

Current Award End Date: 6/30/2025

Award Executive Summary: This grant includes $1,455,348 in FY2021 and $1,829,991 in FY2022 Section 5307 formula funds and $2,142,893 in FY 2022 Section 5339(a) formula funds to purchase approximately five (5) 60 ft. replacement diesel-electric hybrid buses.

A bus replacement document, indicating which buses will be replaced with the buses being purchased in this grant, has been uploaded to this application.

1% Security Requirement:
Metro Transit's payments for transit security and police are more than equal to the 1% Security requirement and are paid for by other sources including local operating funds.

.75% Safety Requirement:
King County Metro's 0.75 percent requirement for recipients of Urbanized Area Formula Program (Section 5307) funds that serve urbanized areas with populations of 200,000 or more to allocate not less than 0.75 percent of their Urbanized Area Formula Program funds to safety related projects (Bipartisan Infrastructure Law, as enacted in the Infrastructure Investment and Jobs Act) is met through Section 5307 funding for vehicle preventive maintenance activities in other grant applications.

Research and Development: This award does not include research and development activities.

Indirect Costs: This award does not include an indirect cost rate.

Suballocation Funds: Recipient organization is directly allocated these funds and is eligible to apply for and receive these funds directly.

Pre-Award Authority: This award is using Pre-Award Authority.

**Award Budget**

Total Award Budget: $6,386,156.00

Amount of Federal Assistance Obligated for This FTA Action (in U.S. Dollars): $5,428,232.00

Amount of Non-Federal Funds Committed to This FTA Action (in U.S. Dollars):  $957,924.00

Total FTA Amount Awarded and Obligated (in U.S. Dollars):  $5,428,232.00

Total Non-Federal Funds Committed to the Overall Award (in U.S. Dollars):  $957,924.00

**Award Budget Control Totals**

(The Budget includes the individual Project Budgets (Scopes and Activity Line Items) or as attached)

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $3,285,339 |
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $957,924 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$6,386,156** |

(The Transportation Development Credits are not added to the amount of the Total Award Budget.)

**U.S. Department of Labor Certification of Public Transportation Employee Protective Arrangements:**

DOL Decision:   DOL Concurs - Certified
DOL Review Date:   3/19/2025
DOL Certification Date:   3/19/2025

**Special Conditions**

There are no special conditions.

**FINDINGS AND DETERMINATIONS**

By signing this Award on behalf of FTA, I am making all the determinations and findings required by federal law and regulations before this Award may be made.

**FTA AWARD OF THE GRANT AGREEMENT**

Awarded By:
Susan Fletcher
Regional Administrator

FEDERAL TRANSIT ADMINISTRATION
U.S. DEPARTMENT OF TRANSPORTATION
Contact Info: susan.fletcher@dot.gov
Award Date: 3/24/2025

**EXECUTION OF THE GRANT AGREEMENT**

Upon full execution of this Grant Agreement by the Recipient, the Effective Date will be the date FTA or the Federal Government awarded Federal assistance for this Grant Agreement.

By executing this Grant Agreement, the Recipient intends to enter into a legally binding agreement in which the Recipient:
(1) Affirms this FTA Award,
(2) Adopts and ratifies all of the following information it has submitted to FTA:
    (a) Statements,
    (b) Representations,
    (c) Warranties,
    (d) Covenants, and
    (e) Materials,
(3) Consents to comply with the requirements of this FTA Award, and
(4) Agrees to all terms and conditions set forth in this Grant Agreement.

Executed By:
*David Morrison*
*Grants Administrator*
*KING COUNTY TRANSPORTATION DEPARTMENT*
*3/24/2025*

# EXHIBIT B-2

DOT FTA

U.S. Department of Transportation Federal Transit Administration

# Award

| | |
|---|---|
| **Federal Award Identification Number (FAIN)** | WA-2025-011-00 |
| **Temporary Application Number** | 1731-2023-5 |
| **Award Name** | FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses |
| **Award Status** | Closed |
| **Award Budget Number** | 0 |

| | | | |
|---|---|---|---|
| **Period of Performance Start Date** | 3/24/2025 | | |
| **Original Period of Performance End Date** | 6/30/2025 | | |
| **Current Period of Performance End Date** | 6/30/2025 | Revision #: 0 | Approved?: Yes |

| | |
|---|---|
| **Budget Period Start Date** | 3/24/2025 |
| **Budget Period End Date** | 6/30/2025 |

## Part 1: Recipient Information

### Name: KING COUNTY TRANSPORTATION DEPARTMENT

| Recipient ID | Recipient OST Type | Recipient Alias | UEI | DUNS |
|---|---|---|---|---|
| 1731 | County Agency | KING COUNTY DEPARTMENT OF TRANSPORTATION | E1D1LQ5QENJ8 | 805622313 |

| Location Type | Address | City | State | Zip |
|---|---|---|---|---|
| Physical Address | 201 S JACKSON ST | SEATTLE | WA | 98104 |
| Mailing Address | 201 S JACKSON ST MS KSC-TR-0814 | SEATTLE | WA | 98104 |

## Union Information

| Union Name | INLANDBOATMEN`S UNION OF THE PACIFIC |
|---|---|
| Address 1 | 1711 WEST NICKERSON ST |
| Address 2 | SUITE D |
| City | SEATTLE |
| State | WA |
| Zipcode | 98119 |
| Contact Name | Marina Secchitano |
| Telephone | (415) 420-1962 |
| Fax | 2062845043 |
| E-mail | ibusf@pacbell.net |
| Website | WWW.IBU.ORG |

| Union Name | LOCAL 17 IFPTE |
|---|---|
| Address 1 | 2900 EASTLAKE AVENUE |
| Address 2 | SUITE 300 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98102 |
| Contact Name | WHITNEY ABRAMS |
| Telephone | 2063287321 |
| Fax | 2063287402 |
| E-mail | abrams@ifpte17.org |
| Website | www.ifpte17.org |

| Union Name | LOCAL 587- ATU |
|---|---|
| Address 1 | 2700 FIRST AVENUE |
| Address 2 | SUITE 230 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98121 |
| Contact Name | PAUL BACHTEL |
| Telephone | 2064488588 |
| Fax | 2064484482 |
| E-mail | pbachtelpres@atu587.com |
| Website | www.atu587.com |

| Union Name | LOCAL 77 IBEW |
|---|---|
| Address 1 | 1125 15TH STREET NW |
| Address 2 | |
| City | WASHINGTON |

| State | District of Columbia |
|---|---|
| Zipcode | 20005 |
| Contact Name | JOHN CUNNINGHAM |
| Telephone | 2063234505 |
| Fax | 2063230186 |
| E-mail | ibew77@ibew77.com |
| Website | www.ibew77.com |
| **Union Name** | **MARINE ENGINEERS BENEFICIAL** |
| Address 1 | 444 NORTH CAPITOL STREET |
| Address 2 | SUITE 800 |
| City | WASHINGTON |
| State | District of Columbia |
| Zipcode | 20001 |
| Contact Name | MIKE JEWELL |
| Telephone | 2026385355 |
| Fax | 2026385369 |
| E-mail | MJEWELL@D1MEBA.ORG |
| Website | WWW.MEBAUNION.ORG |
| **Union Name** | **MASTERS MATES AND PILOTS (MM&P)** |
| Address 1 | 700 MARITIME BOULEVARD |
| Address 2 | SUITE B |
| City | LINTHICUM HEIGHTS |
| State | Maryland |
| Zipcode | 21090 |
| Contact Name | TIMOTHY BROWN |
| Telephone | 4108508700 |
| Fax | |
| E-mail | PRESIDENT@BRIDGEDECK.ORG |
| Website | WWW.BRIDGEDECK.ORG |
| **Union Name** | **TEAMSTER 117** |
| Address 1 | |
| Address 2 | 14675 INTERUBAN AVE SOUTH |
| City | TUKWILIA |
| State | Washington |
| Zipcode | 98168 |
| Contact Name | JOHN SCEARCY |
| Telephone | 2064414860 |
| Fax | 2064413153 |
| E-mail | john.scearcy@teamsters117.org |

| Website | |
|---|---|
| **Union Name** | **TECHNICAL EMPLOYEES ASSOC (TEA)** |
| Address 1 | P O BOX 4353 |
| Address 2 | |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98194 |
| Contact Name | ADE FRANKLIN |
| Telephone | 2066841293 |
| Fax | 2066841710 |
| E-mail | ade.franklin@metrokc.gov |
| Website | www.metrokc.gov |

# Part 2: Award Information

## Title: FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339( a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| FAIN | Award Status | Award Type | Application Cost Center | Date Created | Last Updated Date | From TEAM? |
|---|---|---|---|---|---|---|
| WA-2025-011-00 | Closed | Grant | Region 10 | 2/9/2023 | 2/9/2023 | No |

**Award Executive Summary**
This grant includes $1,455,348 in FY2021 and $1,829,991 in FY2022 Section 5307 formula funds and $ 2,142,893 in FY 2022 Section 5339(a) formula funds to purchase approximately five (5) 60 ft. replacement diesel-electric hybrid buses.

A bus replacement document, indicating which buses will be replaced with the buses being purchased in this grant, has been uploaded to this application.

1% Security Requirement:
Metro Transit's payments for transit security and police are more than equal to the 1% Security requirement and are paid for by other sources including local operating funds.

.75% Safety Requirement:
King County Metro's 0.75 percent requirement for recipients of Urbanized Area Formula Program ( Section 5307) funds that serve urbanized areas with populations of 200,000 or more to allocate not less than 0.75 percent of their Urbanized Area Formula Program funds to safety related projects (Bipartisan Infrastructure Law, as enacted in the Infrastructure Investment and Jobs Act) is met through Section 5307 funding for vehicle preventive maintenance activities in other grant applications.

**Frequency of Milestone Progress Reports (MPR)**
Quarterly

**Frequency of Federal Financial Reports (FFR)**

Quarterly

**Does this application include funds for research and/or development activities?**
This award does not include research and development activities.

**Pre-Award Authority**
This award is using Pre-Award Authority.

**Does this application include suballocation funds?**
Recipient organization is directly allocated these funds and is eligible to apply for and receive these funds directly.

**Will this Grant be using Lapsing Funds?**
Yes, this Grant will use Lapsing Funds.

**Will indirect costs be applied to this application?**
This award does not include an indirect cost rate.

*Indirect Rate Details*: N/A

**Requires E.O. 12372 Review**
No, this application does not require E.O. 12372 Review.

**Delinquent Federal Debt**
No, my organization does not have delinquent federal debt.

# Award Description

**Purpose**
The purpose of this grant is to purchase of approximately five (5) diesel-electric hybrid buses to replace buses that are at or beyond their useful life.

**Activities to be performed:**
Activities to be performed are the purchase of approximately five (5) diesel-electric hybrid buses to replace buses that are at or beyond their useful life.

**Expected outcomes:**
Expected outcomes are to maintain safe and reliable transit service for Metro Transit customers.

**Intended beneficiaries:**
Intended beneficiaries are Metro Transit customers.

**Subrecipient Activities:**
n/a

## Award Point of Contact Information

| First Name | Last Name | Title | E-mail Address | Phone |
|---|---|---|---|---|
| | ryan.hammon@dot.gov | Transportation Specialist | | |

| | | | | |
|---|---|---|---|---|
| | gavin.fortenberry@dot.gov | Transportation Program Specialist | | |
| Eric | Irelan | Grants Administrator | eric.irelan@kingcounty.gov | 206-477-3862 |

## Award Budget Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $3,285,339 |
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $957,924 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$6,386,156** |

## Award Budget

| Project Number | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025-011-01-00 | 111-00 (111-A1) | BUS - ROLLING STOCK | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-01-00 | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-02-00 | 111-00 (111-A2) | BUS - ROLLING STOCK | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |
| WA-2025-011-02-00 | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Section 5339(a))(85:15)(00) | | | | |
| WA-2025-011-03-00 | 111-00 (111-A3) | BUS - ROLLING STOCK | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |
| WA-2025-011-03-00 | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |

## Discretionary Allocations

This application does not contain discretionary allocations.

## Sources of Federal Financial Assistance

| PO Number | Project Number | Scope Name | Scope Number | Scope Suffix | UZA Code | Area Name | Account Class Code | FPC | Description | Amendment Amount | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WA-90-0136 | WA-2025-011-01-00 | BUS - ROLLING STOCK | 111-00 (111) | A1 | 530170 | Seattle-Tacoma, WA | 2021.25.90.91.2 | 00 | Urbanized Area Formula Grants | $1,455,348 | $1,455,348 |
| WA-34-0139 | WA-2025-011-02-00 | BUS - ROLLING STOCK | 111-00 (111) | A2 | 530170 | Seattle-Tacoma, WA | 2022.2J.34.BF.2 | 00 | Bus Form - Formula Alloc | $2,142,893 | $2,142,893 |
| WA-90-0136 | WA-2025-011-03-00 | BUS - ROLLING STOCK | 111-00 (111) | A3 | 530170 | Seattle-Tacoma, WA | 2022.2J.90.91.2 | 00 | Urbanized Area Formula Grants | $1,829,991 | $1,829,991 |

# Part 3: Project Information

## Project Title: FY2021 Section 5307 Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-01-00 | 1731-2023-5-P1 | 2/9/2023 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $1,455,348 in FY 2021 Section 5307 formula funding to purchase approximately one (1) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life. All of the buses being purchased in this grant are from the same procurement.

**Project Benefits**
Project benefits are to maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

### STIP/TIP
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

### UPWP
Date: N/A
Description: N/A

### Long Range Plan
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,455,348 |
| Local | | | $256,826 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |

| Adjustment | | | $0 |
|---|---|---|---|
| **Total Eligible Cost** | | | **$1,712,174** |

## Project Budget

| Project Number | | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|---|
| WA-2025-011-01-00 | 111-00 (111-A1) | BUS - ROLLING STOCK | | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-01-00 | | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 1 |

**Extended Budget Description**
This activity includes $1,455,348 in FY 2021 Section 5307 formula funding to purchase approximately one (1) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid bus(es). All of the buses being purchased in this grant are from the same procurement.

Match
The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP
This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life
The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,455,348 |
| Local | | | $256,826 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$1,712,174** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract amendment executed | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**
Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | 1 | $1,455,348.00 | $1,712,174.00 |

## Project Title: FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-02-00 | 1731-2023-5-P2 | 2/9/2023 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $2,142,893 in FY 2022 Section 5339(a) formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life. All of the buses being purchased in this grant are from the same procurement.

**Project Benefits**
To maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|

| | |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $378,158 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,521,051** |

## Project Budget

| Project Number | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WA-2025-011-02-00 | 111-00 (111-A2) | BUS - ROLLING STOCK | | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |
| WA-2025-011-02-00 | | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00) | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 2 |

**Extended Budget Description**
This activity includes $2,142,893 in FY 2021 Section 5339(a) formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses. All of the buses being purchased in this grant are from the same procurement.

Match
The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP
This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life
The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $378,158 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,521,051** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract amendment executed | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**
Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00) | 2 | $2,142,893.00 | $2,521,051.00 |

## Project Title: FY 2022 Section 5307 Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-03-00 | 1731-2023-5-P3 | 6/29/2023 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $1,829,991 in FY 2022 Section 5307 formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life.

**Project Benefits**
To maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation

Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,829,991 |
| Local | | | $322,940 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,152,931** |

## Project Budget

| Project Number | | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| WA-2025-011-03-00 | 111-00 (111-A3) | BUS - ROLLING STOCK | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |
| WA-2025-011-03-00 | | 11.12.06 BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 2 |

**Extended Budget Description**
This activity includes $1,829,991 in FY 2022 Section 5307 formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses. All of the buses being purchased in this grant are from the same procurement.

Match
The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP
This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life
The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,829,991 |
| Local | | | $322,940 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,152,931** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract Award Date | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**
Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | 2 | $1,829,991.00 | $2,152,931.00 |

# Part 4: Fleet Details

**Fleet Type:** Fixed Route

**Fleet Comments**
This is our spare ratio as of fall 2024

| | | Current Value |
|---|---|---|
| I. | **Active Fleet** | |
| | A. Peak Requirement | 858 |
| | B. Spares | 436 |
| | C. Total (A+B) | 1294 |
| | D. Spare Ratio (B/A) | 50.82% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 1294 |

**Fleet Type:** Waterbourne

**Fleet Comments**
The county has taken possession of two new vessels, the Doc Maynard and the Sally Fox, in addition to the previously owned Spirit of Kingston.
Updated 3/15/2020.

| | | Current Value |
|---|---|---|
| I. | **Active Fleet** | |
| | A. Peak Requirement | 2 |
| | B. Spares | 1 |
| | C. Total (A+B) | 3 |
| | D. Spare Ratio (B/A) | 50% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 3 |

# Part 5: FTA Review Comments

## Application Review Comments

| Comment By | Mark Stojak |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 3/9/2023 |
| Comment | Returning to recipient for edits and revisions. |

| Comment By | Mark Stojak |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 6/29/2023 |
| Comment | Returning to recipient for edits and revisions. |

| Comment By | Mark Stojak |
|---|---|
| Comment Type | Pre-Award Manager Returns Application |
| Date | 7/24/2024 |
| Comment | Returning to recipient for potential indirect cost considerations. |

# Part 6: Agreement

**UNITED STATES OF AMERICA**
**DEPARTMENT OF TRANSPORTATION**
**FEDERAL TRANSIT ADMINISTRATION**

**GRANT AGREEMENT**
**(FTA G-33)**

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(33), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

WHEN THE TERM "FTA AWARD" OR "AWARD" IS USED, EITHER IN THIS GRANT AGREEMENT OR THE APPLICABLE MASTER AGREEMENT, "AWARD" ALSO INCLUDES ALL TERMS AND CONDITIONS SET FORTH IN THIS GRANT AGREEMENT.

FTA OR THE FEDERAL GOVERNMENT MAY WITHDRAW ITS OBLIGATION TO PROVIDE FEDERAL ASSISTANCE IF THE RECIPIENT DOES NOT EXECUTE THIS GRANT AGREEMENT WITHIN 90 DAYS FOLLOWING FTA's AWARD DATE SET FORTH HEREIN.

**FTA AWARD**

Federal Transit Administration (FTA) hereby awards a Federal Grant as follows:

**Recipient Information**

Recipient Name: KING COUNTY TRANSPORTATION DEPARTMENT

Recipient ID:  1731

UEI:  E1D1LQ5QENJ8

DUNS:  805622313

**Award Information**

Federal Award Identification Number:  WA-2025-011-00

Award Name:  FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

Award Start Date:  3/24/2025

Original Award End Date:  6/30/2025

Current Award End Date:  6/30/2025

Award Executive Summary:  This grant includes $1,455,348 in FY2021 and $1,829,991 in FY2022 Section 5307 formula funds and $2,142,893 in FY 2022 Section 5339(a) formula funds to purchase approximately five (5) 60 ft. replacement diesel-electric hybrid buses.

A bus replacement document, indicating which buses will be replaced with the buses being purchased in this grant, has been uploaded to this application.

1% Security Requirement:
Metro Transit's payments for transit security and police are more than equal to the 1% Security requirement and are paid for by other sources including local operating funds.

.75% Safety Requirement:
King County Metro's 0.75 percent requirement for recipients of Urbanized Area Formula Program (Section 5307) funds that serve urbanized areas with populations of 200,000 or more to allocate not less than 0.75 percent of their Urbanized Area Formula Program funds to safety related projects (Bipartisan Infrastructure Law, as enacted in the Infrastructure Investment and Jobs Act) is met through Section 5307 funding for vehicle preventive maintenance activities in other grant applications.

Research and Development:  This award does not include research and development activities.

Indirect Costs:  This award does not include an indirect cost rate.

Suballocation Funds:  Recipient organization is directly allocated these funds and is eligible to apply for and receive these funds directly.

Pre-Award Authority:  This award is using Pre-Award Authority.

**Award Budget**

Total Award Budget: $6,386,156.00

Amount of Federal Assistance Obligated for This FTA Action (in U.S. Dollars):  $5,428,232.00

Amount of Non-Federal Funds Committed to This FTA Action (in U.S. Dollars):  $957,924.00

Total FTA Amount Awarded and Obligated (in U.S. Dollars):  $5,428,232.00

Total Non-Federal Funds Committed to the Overall Award (in U.S. Dollars):  $957,924.00

**Award Budget Control Totals**

(The Budget includes the individual Project Budgets (Scopes and Activity Line Items) or as attached)

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $3,285,339 |
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $957,924 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$6,386,156** |

(The Transportation Development Credits are not added to the amount of the Total Award Budget.)

**U.S. Department of Labor Certification of Public Transportation Employee Protective Arrangements:**

DOL Decision:   DOL Concurs - Certified
DOL Review Date:   3/19/2025
DOL Certification Date:   3/19/2025

**Special Conditions**

There are no special conditions.

**FINDINGS AND DETERMINATIONS**

By signing this Award on behalf of FTA, I am making all the determinations and findings required by federal law and regulations before this Award may be made.

**FTA AWARD OF THE GRANT AGREEMENT**

Awarded By:
Susan Fletcher
Regional Administrator

FEDERAL TRANSIT ADMINISTRATION
U.S. DEPARTMENT OF TRANSPORTATION
Contact Info: susan.fletcher@dot.gov
Award Date: 3/24/2025

**EXECUTION OF THE GRANT AGREEMENT**

Upon full execution of this Grant Agreement by the Recipient, the Effective Date will be the date FTA or the Federal Government awarded Federal assistance for this Grant Agreement.

By executing this Grant Agreement, the Recipient intends to enter into a legally binding agreement in which the Recipient:
(1) Affirms this FTA Award,
(2) Adopts and ratifies all of the following information it has submitted to FTA:
    (a) Statements,
    (b) Representations,
    (c) Warranties,
    (d) Covenants, and
    (e) Materials,
(3) Consents to comply with the requirements of this FTA Award, and
(4) Agrees to all terms and conditions set forth in this Grant Agreement.

Executed By:
*David Morrison*
*Grants Administrator*
*KING COUNTY TRANSPORTATION DEPARTMENT*
*3/24/2025*

# EXHIBIT B-3

DOT FTA

U.S. Department of Transportation Federal Transit Administration

# Award

| | |
|---|---|
| **Federal Award Identification Number (FAIN)** | WA-2025-011-01 |
| **Temporary Application Number** | 1731-2023-5 |
| **Award Name** | FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses |
| **Award Status** | Closed |
| **Award Budget Number** | 0 |

| | | | |
|---|---|---|---|
| **Period of Performance Start Date** | 3/24/2025 | | |
| **Original Period of Performance End Date** | 6/30/2025 | | |
| **Current Period of Performance End Date** | 3/30/2025 | Revision #: 1 | Approved?: Yes |

| | |
|---|---|
| **Budget Period Start Date** | 3/24/2025 |
| **Budget Period End Date** | 6/30/2025 |

## Part 1: Recipient Information

### Name: KING COUNTY TRANSPORTATION DEPARTMENT

| Recipient ID | Recipient OST Type | Recipient Alias | UEI | DUNS |
|---|---|---|---|---|
| 1731 | County Agency | KING COUNTY DEPARTMENT OF TRANSPORTATION | E1D1LQ5QENJ8 | 805622313 |

| Location Type | Address | City | State | Zip |
|---|---|---|---|---|
| Physical Address | 201 S JACKSON ST | SEATTLE | WA | 98104 |
| Mailing Address | 201 S JACKSON ST MS KSC-TR-0814 | SEATTLE | WA | 98104 |

## Union Information

| Union Name | INLANDBOATMEN`S UNION OF THE PACIFIC |
|---|---|
| Address 1 | 1711 WEST NICKERSON ST |
| Address 2 | SUITE D |
| City | SEATTLE |
| State | WA |
| Zipcode | 98119 |
| Contact Name | Marina Secchitano |
| Telephone | (415) 420-1962 |
| Fax | 2062845043 |
| E-mail | ibusf@pacbell.net |
| Website | WWW.IBU.ORG |
| **Union Name** | **LOCAL 17 IFPTE** |
| Address 1 | 2900 EASTLAKE AVENUE |
| Address 2 | SUITE 300 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98102 |
| Contact Name | WHITNEY ABRAMS |
| Telephone | 2063287321 |
| Fax | 2063287402 |
| E-mail | abrams@ifpte17.org |
| Website | www.ifpte17.org |
| **Union Name** | **LOCAL 587- ATU** |
| Address 1 | 2700 FIRST AVENUE |
| Address 2 | SUITE 230 |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98121 |
| Contact Name | PAUL BACHTEL |
| Telephone | 2064488588 |
| Fax | 2064484482 |
| E-mail | pbachtelpres@atu587.com |
| Website | www.atu587.com |
| **Union Name** | **LOCAL 77 IBEW** |
| Address 1 | 1125 15TH STREET NW |
| Address 2 | |
| City | WASHINGTON |

| | |
|---|---|
| State | District of Columbia |
| Zipcode | 20005 |
| Contact Name | JOHN CUNNINGHAM |
| Telephone | 2063234505 |
| Fax | 2063230186 |
| E-mail | ibew77@ibew77.com |
| Website | www.ibew77.com |
| **Union Name** | **MARINE ENGINEERS BENEFICIAL** |
| Address 1 | 444 NORTH CAPITOL STREET |
| Address 2 | SUITE 800 |
| City | WASHINGTON |
| State | District of Columbia |
| Zipcode | 20001 |
| Contact Name | MIKE JEWELL |
| Telephone | 2026385355 |
| Fax | 2026385369 |
| E-mail | MJEWELL@D1MEBA.ORG |
| Website | WWW.MEBAUNION.ORG |
| **Union Name** | **MASTERS MATES AND PILOTS (MM&P)** |
| Address 1 | 700 MARITIME BOULEVARD |
| Address 2 | SUITE B |
| City | LINTHICUM HEIGHTS |
| State | Maryland |
| Zipcode | 21090 |
| Contact Name | TIMOTHY BROWN |
| Telephone | 4108508700 |
| Fax | |
| E-mail | PRESIDENT@BRIDGEDECK.ORG |
| Website | WWW.BRIDGEDECK.ORG |
| **Union Name** | **TEAMSTER 117** |
| Address 1 | |
| Address 2 | 14675 INTERUBAN AVE SOUTH |
| City | TUKWILIA |
| State | Washington |
| Zipcode | 98168 |
| Contact Name | JOHN SCEARCY |
| Telephone | 2064414860 |
| Fax | 2064413153 |
| E-mail | john.scearcy@teamsters117.org |

| Website | |
|---|---|
| **Union Name** | **TECHNICAL EMPLOYEES ASSOC (TEA)** |
| Address 1 | P O BOX 4353 |
| Address 2 | |
| City | SEATTLE |
| State | Washington |
| Zipcode | 98194 |
| Contact Name | ADE FRANKLIN |
| Telephone | 2066841293 |
| Fax | 2066841710 |
| E-mail | ade.franklin@metrokc.gov |
| Website | www.metrokc.gov |

# Part 2: Award Information

## Title: FY 2021 and FY 2022 Section 5307 and FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| FAIN | Award Status | Award Type | Application Cost Center | Date Created | Last Updated Date | From TEAM? |
|---|---|---|---|---|---|---|
| WA-2025-011-01 | Closed | Grant | Region 10 | 4/5/2025 | 4/5/2025 | No |

**Award Executive Summary**
This grant includes $1,455,348 in FY2021 and $1,829,991 in FY2022 Section 5307 formula funds and $2,142,893 in FY 2022 Section 5339(a) formula funds to purchase approximately five (5) 60 ft. replacement diesel-electric hybrid buses.

A bus replacement document, indicating which buses will be replaced with the buses being purchased in this grant, has been uploaded to this application.

1% Security Requirement:
Metro Transit's payments for transit security and police are more than equal to the 1% Security requirement and are paid for by other sources including local operating funds.

.75% Safety Requirement:
King County Metro's 0.75 percent requirement for recipients of Urbanized Area Formula Program (Section 5307) funds that serve urbanized areas with populations of 200,000 or more to allocate not less than 0.75 percent of their Urbanized Area Formula Program funds to safety related projects (Bipartisan Infrastructure Law, as enacted in the Infrastructure Investment and Jobs Act) is met through Section 5307 funding for vehicle preventive maintenance activities in other grant applications.

**Frequency of Milestone Progress Reports (MPR)**
Quarterly

**Frequency of Federal Financial Reports (FFR)**

Quarterly

**Does this application include funds for research and/or development activities?**
This award does not include research and development activities.

**Pre-Award Authority**
This award is using Pre-Award Authority.

**Does this application include suballocation funds?**
Recipient organization is directly allocated these funds and is eligible to apply for and receive these funds directly.

**Will this Grant be using Lapsing Funds?**
Yes, this Grant will use Lapsing Funds.

**Will indirect costs be applied to this application?**
This award does not include an indirect cost rate.

*Indirect Rate Details*: N/A

**Requires E.O. 12372 Review**
No, this application does not require E.O. 12372 Review.

**Delinquent Federal Debt**
No, my organization does not have delinquent federal debt.

# Award Description

**Purpose**
The purpose of this grant is to purchase of approximately five (5) diesel-electric hybrid buses to replace buses that are at or beyond their useful life.

**Activities to be performed:**
Activities to be performed are the purchase of approximately five (5) diesel-electric hybrid buses to replace buses that are at or beyond their useful life.

**Expected outcomes:**
Expected outcomes are to maintain safe and reliable transit service for Metro Transit customers.

**Intended beneficiaries:**
Intended beneficiaries are Metro Transit customers.

**Subrecipient Activities:**
n/a

## Award Point of Contact Information

| First Name | Last Name | Title | E-mail Address | Phone |
|---|---|---|---|---|
| | ryan.hammon@dot.gov | Transportation Specialist | | |

| | | | | |
|---|---|---|---|---|
| | gavin.fortenberry@dot.gov | Transportation Program Specialist | | |
| Eric | Irelan | Grants Administrator | eric.irelan@kingcounty.gov | 206-477-3862 |

## Award Budget Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $3,285,339 |
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $957,924 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$6,386,156** |

## Award Budget

| Project Number | Budget Item | | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|---|
| WA-2025-011-01-01 | 111-00 (111-A1) | BUS - ROLLING STOCK | | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-01-01 | | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-02-01 | 111-00 (111-A2) | BUS - ROLLING STOCK | | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |
| WA-2025-011-02-01 | | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Section 5339(a))(85:15)(00) | | | | |
| WA-2025-011-03-01 | 111-00 (111-A3) | BUS - ROLLING STOCK | | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |
| WA-2025-011-03-01 | | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |

## Discretionary Allocations

This application does not contain discretionary allocations.

## Sources of Federal Financial Assistance

| PO Number | Project Number | Scope Name | Scope Number | Scope Suffix | UZA Code | Area Name | Account Class Code | FPC | Description | Amendment Amount | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WA-90-0136 | WA-2025-011-01-01 | BUS - ROLLING STOCK | 111-00 (111) | A1 | 530170 | Seattle-Tacoma, WA | 2021.25.90.91.2 | 00 | Urbanized Area Formula Grants | $0 | $1,455,348 |
| WA-34-0139 | WA-2025-011-02-01 | BUS - ROLLING STOCK | 111-00 (111) | A2 | 530170 | Seattle-Tacoma, WA | 2022.2J.34.BF.2 | 00 | Bus Form - Formula Alloc | $0 | $2,142,893 |
| WA-90-0136 | WA-2025-011-03-01 | BUS - ROLLING STOCK | 111-00 (111) | A3 | 530170 | Seattle-Tacoma, WA | 2022.2J.90.91.2 | 00 | Urbanized Area Formula Grants | $0 | $1,829,991 |

# Part 3: Project Information

## Project Title: FY2021 Section 5307 Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-01-01 | 1731-2023-5-P1 | 4/5/2025 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $1,455,348 in FY 2021 Section 5307 formula funding to purchase approximately one (1) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life. All of the buses being purchased in this grant are from the same procurement.

**Project Benefits**
Project benefits are to maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

### STIP/TIP
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

### UPWP
Date: N/A
Description: N/A

### Long Range Plan
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,455,348 |
| Local | | | $256,826 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |

| Adjustment | | | $0 |
|---|---|---|---|
| **Total Eligible Cost** | | | **$1,712,174** |

## Project Budget

| Project Number | | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|---|
| WA-2025-011-01-01 | 111-00 (111-A1) | BUS - ROLLING STOCK | | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |
| WA-2025-011-01-01 | | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | $1,455,348.00 | $256,826.00 | $1,712,174.00 | 1 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 1 |

**Extended Budget Description**
This activity includes $1,455,348 in FY 2021 Section 5307 formula funding to purchase approximately one (1) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid bus(es). All of the buses being purchased in this grant are from the same procurement.

Match
The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP
This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life
The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,455,348 |
| Local | | | $256,826 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$1,712,174** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract amendment executed | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**
Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 1 REPLACEMENT 60-FT BATTERY ELECTRIC ARTICULATED BUS (FY2021 Section 5307)(85:15)(00) | 1 | $1,455,348.00 | $1,712,174.00 |

## Project Title: FY 2022 Section 5339(a) Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-02-01 | 1731-2023-5-P2 | 4/5/2025 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $2,142,893 in FY 2022 Section 5339(a) formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life. All of the buses being purchased in this grant are from the same procurement.

**Project Benefits**
To maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|

| | |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $378,158 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,521,051** |

## Project Budget

| Project Number | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WA-2025-011-02-01 | 111-00 (111-A2) | BUS - ROLLING STOCK | | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |
| WA-2025-011-02-01 | | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00) | $2,142,893.00 | $378,158.00 | $2,521,051.00 | 2 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 2 |

**Extended Budget Description**
This activity includes $2,142,893 in FY 2021 Section 5339(a) formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses. All of the buses being purchased in this grant are from the same procurement.

Match
The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP
This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life
The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5339 – Buses and Bus Facilities Formula | 5339-1 | 20526 | $2,142,893 |
| Local | | | $378,158 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,521,051** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract amendment executed | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**

Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED BUSES (FY 2022 Section 5339(a))(85:15)(00) | 2 | $2,142,893.00 | $2,521,051.00 |

## Project Title: FY 2022 Section 5307 Formula - Replacement 60 ft. Diesel-Electric Hybrid Buses

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| WA-2025-011-03-01 | 1731-2023-5-P3 | 4/5/2025 | 4/1/2022 | 3/31/2025 |

**Project Description**
This project includes $1,829,991 in FY 2022 Section 5307 formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses, to replace buses that are at or beyond their useful life.

**Project Benefits**
To maintain safe and reliable transit service for Metro Transit customers.

**Additional Information**
This project is also included in TrAMS awards WA-2023-068 and WA-2024-064.

**Location Description**
Buses will service Madison RapidRide in Seattle, also known as the G-Line.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|---|---|
| 530000 | Washington |
| 530170 | Seattle-Tacoma, WA |

## Congressional District Information

| District | State |
|---|---|
| 7 | Washington |

## Program Plan Information

**STIP/TIP**
Date: 1/17/2025
Description: This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation

Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,829,991 |
| Local | | | $322,940 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,152,931** |

## Project Budget

| Project Number | | Budget Item | | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|---|
| WA-2025-011-03-01 | 111-00 (111-A3) | BUS - ROLLING STOCK | | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |
| WA-2025-011-03-01 | | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | $1,829,991.00 | $322,940.00 | $2,152,931.00 | 2 |

## Project Budget Activity Line Items

**Budget Activity Line Item: 11.12.06 - BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00)**

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY REPL ARTICULATED BUS | BUY REPLACEMENTS - CAPITAL BUS | 2 |

**Extended Budget Description**

This activity includes $1,829,991 in FY 2022 Section 5307 formula funding to purchase approximately two (2) replacement ADA accessible, low-floor, CAA compliant, 60 ft. diesel-electric hybrid buses. All of the buses being purchased in this grant are from the same procurement.

Match

The match ratio is at a federal / non-federal level of 85:15. This project exceeds 80% funding because the vehicles are being purchased for the purpose of complying with the Americans with Disabilities Act and the Clean Air Act. The source of local match is sales tax revenue.

STIP

This project was originally included in the WSDOT 2019-2022 Statewide Transportation Improvement Program (STIP) under ID no. MET-222, federally approved on 1/8/2019. The project has been included in subsequent STIPs, including the 2024-2027 WSDOT Statewide Transportation Improvement Program, Amendment 24-01, project ID No. MET-222, federally approved on 2/16/24 and the 2025-2028 WSDOT STIP, Project ID #MET-222, Federally approved on 1/17/2025.

Useful Life

The expected useful life is approximately 12 years or an accumulation of at least 500,000 miles consistent with FTA useful life guidelines for heavy duty buses published in FTA Circular 5010.1F (IV-35(l)).

This activity is also in TrAMS awards WA-2023-068 and WA-2024-064.

**Will 3rd Party contractors be used to fulfill this activity line item?**

Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Hybrid Electric | New | 60' |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $1,829,991 |
| Local | | | $322,940 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$2,152,931** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP/IFB Issue Date | 4/1/2022 | |
| Contract Award Date | 8/11/2022 | |
| Initial Delivery Date | 9/30/2023 | |
| Final Delivery Date | 9/30/2024 | |
| Contract Completion Date | 3/31/2025 | |

## Project Environmental Findings

**Finding: Class II(c) - Categorical Exclusions (C-List)**

**Class Level Description**

Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
|---|---|
| Class IIc CE Approved | |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
|---|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.06 | BUY APPROX. 2 REPLACEMENT 60-FT ARTICULATED HYBRID BUSES (FY 2022 Section 5307) (85:15)(00) | 2 | $1,829,991.00 | $2,152,931.00 |

# Part 4: Fleet Details

**Fleet Type:** Fixed Route

**Fleet Comments**
This is our spare ratio as of fall 2024

| | | Current Value |
|---|---|---|
| I. | **Active Fleet** | |
| | A. Peak Requirement | 858 |
| | B. Spares | 436 |
| | C. Total (A+B) | 1294 |
| | D. Spare Ratio (B/A) | 50.82% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 1294 |

**Fleet Type:** Waterbourne

**Fleet Comments**
The county has taken possession of two new vessels, the Doc Maynard and the Sally Fox, in addition to the previously owned Spirit of Kingston.
Updated 3/15/2020.

| | | Current Value |
|---|---|---|
| I. | **Active Fleet** | |
| | A. Peak Requirement | 2 |
| | B. Spares | 1 |
| | C. Total (A+B) | 3 |
| | D. Spare Ratio (B/A) | 50% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 0 |
| | C. Total (A+B) | 0 |
| III. | **Total (I.C and II.C)** | 3 |

# Part 5: FTA Review Comments

## Application Review Comments

| Comment By | Gavin Fortenberry |
|---|---|
| Comment Type | FTA Close Out Review |
| Date | 4/7/2025 |
| Comment | Closeout approved by FTA |

# EXHIBIT C

**From:** Marcuse, Andrew
**To:** Hackett, David; Holcomb, Alison
**Cc:** Eldred, David; Morrison, David; Heffernan, Peter
**Subject:** FW: King County TRO - FTA Grant Funding Conditions
**Date:** Monday, May 12, 2025 2:58:50 PM
**Attachments:** image001.png

Hi all,

*ATTORNEY-CLIENT PRIVILEGED COMMUNICATION REDACTED*.

--Andy M

**Andrew Marcuse** | He/him | Senior Deputy Prosecuting Attorney | King County Prosecuting Attorney's Office | Civil Division | 701 5th Avenue, Suite 600, Seattle, Washington 98104 | (206) 477-1120

**From:** Cravens, Annalisa (USAWAW) <Annalisa.Cravens@usdoj.gov>
**Sent:** Monday, May 12, 2025 12:52 PM
**To:** Marcuse, Andrew <Andrew.Marcuse@kingcounty.gov>
**Cc:** Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>; Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>; Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Subject:** RE: King County TRO - FTA Grant Funding Conditions

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Hi Andrew,

As counsel for DOT/FTA in *King County v. Turner*, we are responding to your email below. Please direct any future correspondence about the litigation to us at the U.S. Attorney's Office rather than FTA staff directly.

You're correct that FTA won't be removing the text of the Restrained Conditions from the agreements or any other documents and won't change its interfaces requiring certifications, though the Restrained Conditions are not in effect so long as the TRO or any subsequent injunction is in place.

However, we disagree with your sentence below stating, "Further, in the event that the TRO expires, the Restrained Conditions will not be imposed or enforced against King County as to any grant or other instrument, document, or record, that may be obligated, executed, or submitted by King County Metro during the period that the TRO was in effect." The TRO is, by definition, temporary. Thus, when the TRO (or any subsequent injunctive order) expires, FTA may treat the Restrained Conditions like any other part of an agreement, regardless of whether the agreement

was signed while the TRO was in effect.

Thanks,

**Annalisa Cravens**
Assistant United States Attorney
U.S. Attorney's Office | Western District of Washington
206-553-2257 | annalisa.cravens@usdoj.gov

---

**From:** Marcuse, Andrew <Andrew.Marcuse@kingcounty.gov>
**Sent:** Thursday, May 8, 2025 3:38 PM
**To:** FTARegion10 <FTARegion10@dot.gov>
**Cc:** Fletcher, Susan (FTA) <susan.fletcher@dot.gov>
**Subject:** Judge Rothstein's TRO and King County's FTA grant funds

Some people who received this message don't often get email from andrew.marcuse@kingcounty.gov. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear FTA Region X colleagues and Regional Administrator Fletcher,

As you probably know, yesterday Judge Barbara Rothstein issued a temporary restraining order (TRO – PDF copy attached for ease of reference) prohibiting FTA from imposing or enforcing certain grant conditions in the FTA Master Agreements issued March 26 (Version 32) and April 25 (Version 33), specifically:

A. The Executive Order condition purporting to require King County to comply with "[a]n applicable federal ... executive order" (See Section 2(15)(i) and Section 3(g) in both FTA Master Agreement Version 32 and Version 33);

B. The immigration enforcement condition at Section 12(m) in FTA Master Agreement Version 33; and

C. The DEI condition at Section 12(n)(1) and (2), inclusive, in both FTA Master Agreement Version 32 and Version 33.

Here is the relevant paragraph from Judge Rothstein's order:

2. Defendants Department of Transportation, the Federal Transportation Authority, Sean Duffy and Matthew Welbes, and their officers, agents, and any other persons who are in active participation with them, are hereby enjoined from (1) imposing or enforcing the FTA Grant Conditions, as defined in Plaintiffs' Motion, with respect to any FTA funds awarded to Plaintiff King County; (2) rescinding or cancelling the FTA grant awards, or pausing, freezing, impeding, blocking, canceling, terminating, delaying, withholding, or conditioning FTA funds, based on such FTA Grant Conditions; (3) requiring King County to make any "certification" or other representation related to compliance with the FTA Grant Conditions; or (4).

Beginning today, and in the coming days for so long as the TRO or a subsequent order remains in effect, King County Metro will execute certain pending FTA grant agreements, and pending amendments to FTA grant agreements, and Metro will submit draw-down requests and other FTA funding-related paperwork, all in reliance on the TRO and its prohibition on imposing or enforcing the Restrained Conditions.

King County recognizes that FTA might not remove the text of the Restrained Conditions from the relevant grant agreements or other digital documents, and that FTA might not revise its several interfaces to remove the facial requirement to "certify" compliance with the Restrained Conditions. By virtue of the TRO and for so long as the TRO or a subsequent order remains in effect, any such nominal reference to the Restrained Conditions shall not result in those conditions being imposed or enforced against King County even if the text of those inoperative conditions remains in the documents executed by King County, or incorporated by reference via any digital signature platform, or via any submittal portal, of any kind whatsoever, that may be operated or utilized by FTA. Further, in the event that the TRO expires, the Restrained Conditions will not be imposed or enforced against King County as to any grant or other instrument, document, or record, that may be obligated, executed, or submitted by King County Metro during the period that the TRO was in effect.

Thank you for all the work that you and your colleagues at FTA Region X do on behalf of transit, transportation, and local government agencies in the Puget Sound region. King County Metro deeply appreciates its longstanding, constructive relationship with FTA Region X and we look forward to continuing to work together on behalf of the communities that we jointly serve, even as we navigate this legal dispute.

Sincerely,

--Andrew

**Andrew Marcuse** | He/him | Senior Deputy Prosecuting Attorney | King County Prosecuting Attorney's Office | Civil Division | 701 5th Avenue, Suite 600, Seattle, Washington 98104 | (206) 477-1120

# EXHIBIT D

*Not every provision of every certification will apply to every applicant or award. If a provision of a certification does not apply to the applicant or its award, FTA will not enforce that provision.*

*Text in italic is guidance to the public. It does not have the force and effect of law, and is not meant to bind the public in any way. It is intended only to provide clarity to the public regarding existing requirements under the law or agency policies.*

## CATEGORY 1. CERTIFICATIONS AND ASSURANCES REQUIRED OF EVERY APPLICANT.

*All applicants must make the certifications in this category.*

### 1.1. Standard Assurances.

*The certifications in this subcategory appear as part of the applicant's registration or annual registration renewal in the System for Award Management (SAM.gov) and on the Office of Management and Budget's standard form 424B "Assurances—Non-Construction Programs". This certification has been modified in places to include analogous certifications required by U.S. DOT statutes or regulations.*

As the duly authorized representative of the applicant, you certify that the applicant:

(a) Has the legal authority to apply for Federal assistance and the institutional, managerial and financial capability (including funds sufficient to pay the non-Federal share of project cost) to ensure proper planning, management and completion of the project described in this application.

(b) Will give the awarding agency, the Comptroller General of the United States and, if appropriate, the State, through any authorized representative, access to and the right to examine all records, books, papers, or documents related to the award; and will establish a proper accounting system in accordance with generally accepted accounting standards or agency directives.

(c) Will establish safeguards to prohibit employees from using their positions for a purpose that constitutes or presents the appearance of personal or organizational conflict of interest, or personal gain.

(d) Will initiate and complete the work within the applicable time frame after receipt of approval of the awarding agency.

(e) Will comply with the Intergovernmental Personnel Act of 1970 (42 U.S.C. §§ 4728–4763) relating to prescribed standards for merit systems for programs funded under one of the 19 statutes or regulations specified in Appendix A of OPM's Standards for a Merit System of Personnel Administration (5 CFR 900, Subpart F).

(f) Will comply with all Federal statutes relating to nondiscrimination. These include but are not limited to:

(1) Title VI of the Civil Rights Act of 1964 (P.L. 88-352) which prohibits discrimination on the basis of race, color or national origin, as effectuated by U.S. DOT regulation 49 CFR Part 21;

(2) Title IX of the Education Amendments of 1972, as amended (20 U.S.C. §§ 1681–1683, and 1685–1686), which prohibits discrimination on the basis of sex, as effectuated by U.S. DOT regulation 49 CFR Part 25;

(3) Section 5332 of the Federal Transit Law (49 U.S.C. § 5332), which prohibits any person being excluded from participating in, denied a benefit of, or discriminated against under, a project, program, or activity receiving financial assistance from FTA because of race, color, religion, national origin, sex, disability, or age.

(4) Section 504 of the Rehabilitation Act of 1973, as amended (29 U.S.C. § 794), which prohibits discrimination on the basis of handicaps, as effectuated by U.S. DOT regulation 49 CFR Part 27;

(5) The Age Discrimination Act of 1975, as amended (42 U.S.C. §§ 6101–6107), which prohibits discrimination on the basis of age;

(6) The Drug Abuse Office and Treatment Act of 1972 (P.L. 92-255), as amended, relating to nondiscrimination on the basis of drug abuse;

(7) The comprehensive Alcohol Abuse and Alcoholism Prevention, Treatment and Rehabilitation Act of 1970 (P.L. 91–616), as amended, relating to nondiscrimination on the basis of alcohol abuse or alcoholism;

(8) Sections 523 and 527 of the Public Health Service Act of 1912 (42 U.S.C. §§ 290 dd-3 and 290 ee-3), as amended, relating to confidentiality of alcohol and drug abuse patient records;

(9) Title VIII of the Civil Rights Act of 1968 (42 U.S.C. §§ 3601 et seq.), as amended, relating to nondiscrimination in the sale, rental, or financing of housing;

(10) Any other nondiscrimination provisions in the specific statute(s) under which application for Federal assistance is being made; and,

(11) the requirements of any other nondiscrimination statute(s) which may apply to the application.

(g) Will comply, or has already complied, with the requirements of Titles II and III of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 ("Uniform Act") (P.L. 91-646) which provide for fair and equitable treatment of persons displaced or whose property is acquired as a result of Federal or federally-assisted programs. These requirements apply to all interests in real property acquired for project purposes regardless of Federal participation in purchases. The requirements of the Uniform Act are effectuated by U.S. DOT regulation 49 CFR Part 24.

(h)     Will comply, as applicable, with provisions of the Hatch Act (5 U.S.C. §§ 1501–1508 and 7324–7328) which limit the political activities of employees whose principal employment activities are funded in whole or in part with Federal funds.

(i)     Will comply, as applicable, with the provisions of the Davis–Bacon Act (40 U.S.C. §§ 276a to 276a-7), the Copeland Act (40 U.S.C. § 276c and 18 U.S.C. § 874), and the Contract Work Hours and Safety Standards Act (40 U.S.C. §§ 327–333), regarding labor standards for federally assisted construction subagreements.

(j)     Will comply, if applicable, with flood insurance purchase requirements of Section 102(a) of the Flood Disaster Protection Act of 1973 (P.L. 93-234) which requires recipients in a special flood hazard area to participate in the program and to purchase flood insurance if the total cost of insurable construction and acquisition is $10,000 or more.

(k)     Will comply with environmental standards which may be prescribed pursuant to the following:

    (1)     Institution of environmental quality control measures under the National Environmental Policy Act of 1969 (P.L. 91-190) and Executive Order (EO) 11514;

    (2)     Notification of violating facilities pursuant to EO 11738;

    (3)     Protection of wetlands pursuant to EO 11990;

    (4)     Evaluation of flood hazards in floodplains in accordance with EO 11988;

    (5)     Assurance of project consistency with the approved State management program developed under the Coastal Zone Management Act of 1972 (16 U.S.C. §§ 1451 et seq.);

    (6)     Conformity of Federal actions to State (Clean Air) Implementation Plans under Section 176(c) of the Clean Air Act of 1955, as amended (42 U.S.C. §§ 7401 et seq.);

    (7)     Protection of underground sources of drinking water under the Safe Drinking Water Act of 1974, as amended (P.L. 93-523); and

    (8)     Protection of endangered species under the Endangered Species Act of 1973, as amended (P.L. 93–205).

(l)     Will comply with the Wild and Scenic Rivers Act of 1968 (16 U.S.C. §§ 1271 et seq.) related to protecting components or potential components of the national wild and scenic rivers system.

(m)    Will assist the awarding agency in assuring compliance with Section 106 of the National Historic Preservation Act of 1966, as amended (16 U.S.C. § 470), EO 11593 (identification and protection of historic properties), and the Archaeological and Historic Preservation Act of 1974 (16 U.S.C. §§ 469a-1 et seq.).

(n)     Will comply with P.L. 93-348 regarding the protection of human subjects involved in research, development, and related activities supported by this award of assistance.

(o)     Will comply with the Laboratory Animal Welfare Act of 1966 (P.L. 89-544, as amended, 7 U.S.C. §§ 2131 et seq.) pertaining to the care, handling, and treatment of warm blooded

animals held for research, teaching, or other activities supported by this award of assistance.

(p) Will comply with the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. §§ 4801 et seq.) which prohibits the use of lead-based paint in construction or rehabilitation of residence structures.

(q) Will cause to be performed the required financial and compliance audits in accordance with the Single Audit Act Amendments of 1996 and 2 CFR Part 200, Subpart F, "Audit Requirements", as adopted and implemented by U.S. DOT at 2 CFR Part 1201.

(r) Will comply with all applicable requirements of all other Federal laws, executive orders, regulations, and policies governing the program under which it is applying for assistance.

(s) Will comply with the requirements of Section 106(g) of the Trafficking Victims Protection Act (TVPA) of 2000, as amended (22 U.S.C. § 7104) which prohibits grant award recipients or a subrecipient from:

    (1) Engaging in severe forms of trafficking in persons during the period of time that the award is in effect;

    (2) Procuring a commercial sex act during the period of time that the award is in effect; or

    (3) Using forced labor in the performance of the award or subawards under the award.

### 1.2. Standard Assurances: Additional Assurances for Construction Projects.

*This certification appears on the Office of Management and Budget's standard form 424D "Assurances—Construction Programs" and applies specifically to federally assisted projects for construction. This certification has been modified in places to include analogous certifications required by U.S. DOT statutes or regulations.*

As the duly authorized representative of the applicant, you certify that the applicant:

(a) Will not dispose of, modify the use of, or change the terms of the real property title or other interest in the site and facilities without permission and instructions from the awarding agency; will record the Federal awarding agency directives; and will include a covenant in the title of real property acquired in whole or in part with Federal assistance funds to assure nondiscrimination during the useful life of the project.

(b) Will comply with the requirements of the assistance awarding agency with regard to the drafting, review, and approval of construction plans and specifications.

(c) Will provide and maintain competent and adequate engineering supervision at the construction site to ensure that the complete work confirms with the approved plans and specifications, and will furnish progressive reports and such other information as may be required by the assistance awarding agency or State.

**1.3. Procurement.**

*The Uniform Administrative Requirements, 2 CFR § 200.325, allow a recipient to self-certify that its procurement system complies with Federal requirements, in lieu of submitting to certain pre-procurement reviews.*

The applicant certifies that its procurement system complies with:

(a) U.S. DOT regulations, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," 2 CFR Part 1201, which incorporates by reference U.S. OMB regulatory guidance, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," 2 CFR Part 200, particularly 2 CFR §§ 200.317–200.327 "Procurement Standards;

(b) Federal laws, regulations, and requirements applicable to FTA procurements; and

(c) The latest edition of FTA Circular 4220.1 and other applicable Federal guidance.

**1.4. Suspension and Debarment.**

*Pursuant to Executive Order 12549, as implemented at 2 CFR Parts 180 and 1200, prior to entering into a covered transaction with an applicant, FTA must determine whether the applicant is excluded from participating in covered non-procurement transactions. For this purpose, FTA is authorized to collect a certification from each applicant regarding the applicant's exclusion status. 2 CFR § 180.300. Additionally, each applicant must disclose any information required by 2 CFR § 180.335 about the applicant and the applicant's principals prior to entering into an award agreement with FTA. This certification serves both purposes.*

The applicant certifies, to the best of its knowledge and belief, that the applicant and each of its principals:

(a) Is not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily or involuntarily excluded from covered transactions by any Federal department or agency;

(b) Has not, within the preceding three years, been convicted of or had a civil judgment rendered against him or her for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public or private agreement or transaction; violation of Federal or State antitrust statutes, including those proscribing price fixing between competitors, allocation of customers between competitors, and bid rigging; commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, receiving stolen property, making false claims, or obstruction of justice; or commission of any other offense indicating a lack of business integrity or business honesty;

(c) Is not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, or local) with commission of any offense described in paragraph (b) of this certification;

(d) Has not, within the preceding three years, had one or more public transactions (Federal, State, or local) terminated for cause or default.

### 1.5. Coronavirus Response and Relief Supplemental Appropriations Act, 2021, and CARES Act Funding.

The applicant certifies:

(a) To the maximum extent possible, funds made available under title IV of division M of the Consolidated Appropriations Act, 2021 (Public Law 116–260), and in title XII of division B of the CARES Act (Public Law 116–136; 134 Stat. 599) shall be directed to payroll and operations of public transit (including payroll and expenses of private providers of public transportation); or

(b) The applicant certifies that the applicant has not furloughed any employees.

### 1.6. American Rescue Plan Act Funding.

The applicant certifies:

(a) Funds made available by Section 3401(a)(2)(A) of the American Rescue Plan Act of 2021 (Public Law 117-2) shall be directed to payroll and operations of public transportation (including payroll and expenses of private providers of public transportation); or

(b) The applicant certifies that the applicant has not furloughed any employees.

## CATEGORY 2. PUBLIC TRANSPORTATION AGENCY SAFETY PLANS

*This certification is required of each applicant under the Urbanized Area Formula Grants Program (49 U.S.C. § 5307), each rail operator that is subject to FTA's state safety oversight programs, and each State that is required to draft and certify a Public Transportation Agency Safety Plan on behalf of a Small Public Transportation Provider (as that term is defined at 49 CFR § 673.5) pursuant to 49 CFR § 673.11(d).*

*This certification is required by 49 U.S.C. § 5307(c)(1)(L), 49 U.S.C. § 5329(d)(1), and 49 CFR § 673.13. This certification is a condition of receipt of Urbanized Area Formula Grants Program (49 U.S.C. § 5307) funding.*

*This certification does not apply to any applicant that only receives financial assistance from FTA under the Formula Grants for the Enhanced Mobility of Seniors Program (49 U.S.C.*

*§ 5310), the Formula Grants for Rural Areas Program (49 U.S.C. § 5311), or combination of these two programs, unless it operates a rail fixed guideway public transportation system.*

If the applicant is an operator, the applicant certifies that it has established a Public Transportation Agency Safety Plan meeting the requirements of 49 U.S.C. § 5329(d)(1) and 49 CFR Part 673; including, specifically, that the board of directors (or equivalent entity) of the applicant has approved, or, in the case of an applicant that will apply for assistance under 49 U.S.C. § 5307 that is serving an urbanized area with a population of 200,000 or more, the safety committee of the entity established under 49 U.S.C. § 5329(d)(5), followed by the board of directors (or equivalent entity) of the applicant has approved, the Public Transportation Agency Safety Plan or any updates thereto; and, for each recipient serving an urbanized area with a population of fewer than 200,000, that the Public Transportation Agency Safety Plan has been developed in cooperation with frontline employee representatives.

If the applicant is a State that drafts and certifies a Public Transportation Agency Safety Plan on behalf of a public transportation operator, the applicant certifies that:

(a) It has drafted and certified a Public Transportation Agency Safety Plan meeting the requirements of 49 U.S.C. § 5329(d)(1) and 49 CFR Part 673 for each Small Public Transportation Provider (as that term is defined at 49 CFR § 673.5) in the State, unless the Small Public Transportation Provider provided notification to the State that it was opting out of the State-drafted plan and drafting its own Public Transportation Agency Safety Plan; and

(b) Each Small Public Transportation Provider within the State that opts to use a State-drafted Public Transportation Agency Safety Plan has a plan that has been approved by the provider's Accountable Executive (as that term is defined at 49 CFR § 673.5), Board of Directors or Equivalent Authority (as that term is defined at 49 CFR § 673.5), and, if the Small Public Transportation Provider serves an urbanized area with a population of 200,000 or more, the safety committee of the Small Public Transportation Provider established under 49 U.S.C. § 5329(d)(5).

## CATEGORY 3. TAX LIABILITY AND FELONY CONVICTIONS.

*If the applicant is a business association (regardless of for-profit, not for-profit, or tax exempt status), it must make this certification. Federal appropriations acts since at least 2014 have prohibited FTA from using funds to enter into an agreement with any corporation that has unpaid Federal tax liabilities or recent felony convictions without first considering the corporation for debarment. E.g., Consolidated Appropriations Act, 2023, Pub. L. 117-328, div. E, tit. VII, §§ 744–745. U.S. DOT Order 4200.6 defines a "corporation" as "any private corporation, partnership, trust, joint-stock company, sole proprietorship, or other business association", and applies the restriction to all tiers of subawards. As prescribed by U.S. DOT*

*Order 4200.6, FTA requires each business association applicant to certify as to its tax and felony status.*

If the applicant is a private corporation, partnership, trust, joint-stock company, sole proprietorship, or other business association, the applicant certifies that:

(a) It has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and
(b) It has not been convicted of a felony criminal violation under any Federal law within the preceding 24 months.

**CATEGORY 4. LOBBYING.**

*If the applicant will apply for a grant or cooperative agreement exceeding $100,000, or a loan, line of credit, loan guarantee, or loan insurance exceeding $150,000, it must make the following certification and, if applicable, make a disclosure regarding the applicant's lobbying activities. This certification is required by 49 CFR § 20.110 and app. A to that part.*

*This certification does not apply to an applicant that is an Indian Tribe, Indian organization, or an Indian tribal organization exempt from the requirements of 49 CFR Part 20.*

**4.1. Certification for Contracts, Grants, Loans, and Cooperative Agreements.**

The undersigned certifies, to the best of his or her knowledge and belief, that:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.
(b) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.
(c) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and

contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

### 4.2. Statement for Loan Guarantees and Loan Insurance.

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, “Disclosure Form to Report Lobbying,” in accordance with its instructions.

Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

## CATEGORY 5. PRIVATE SECTOR PROTECTIONS.

*If the applicant will apply for funds that it will use to acquire or operate public transportation facilities or equipment, the applicant must make the following certification regarding protections for the private sector.*

### 5.1. Charter Service Agreement.

*To enforce the provisions of 49 U.S.C. § 5323(d), FTA’s charter service regulation requires each applicant seeking assistance from FTA for the purpose of acquiring or operating any public transportation equipment or facilities to make the following Charter Service Agreement. 49 CFR § 604.4.*

The applicant agrees that it, and each of its subrecipients, and third party contractors at any level who use FTA-funded vehicles, may provide charter service using equipment or facilities acquired with Federal assistance authorized under the Federal Transit Laws only in compliance with the regulations set out in 49 CFR Part 604, the terms and conditions of which are incorporated herein by reference.

### 5.2. School Bus Agreement.

*To enforce the provisions of 49 U.S.C. § 5323(f), FTA's school bus regulation requires each applicant seeking assistance from FTA for the purpose of acquiring or operating any public transportation equipment or facilities to make the following agreement regarding the provision of school bus services. 49 CFR § 605.15.*

(a) If the applicant is not authorized by the FTA Administrator under 49 CFR § 605.11 to engage in school bus operations, the applicant agrees and certifies as follows:
   (1) The applicant and any operator of project equipment agrees that it will not engage in school bus operations in competition with private school bus operators.
   (2) The applicant agrees that it will not engage in any practice which constitutes a means of avoiding the requirements of this agreement, part 605 of the Federal Mass Transit Regulations, or section 164(b) of the Federal-Aid Highway Act of 1973 (49 U.S.C. 1602a(b)).

(b) If the applicant is authorized or obtains authorization from the FTA Administrator to engage in school bus operations under 49 CFR § 605.11, the applicant agrees as follows:
   (1) The applicant agrees that neither it nor any operator of project equipment will engage in school bus operations in competition with private school bus operators except as provided herein.
   (2) The applicant, or any operator of project equipment, agrees to promptly notify the FTA Administrator of any changes in its operations which might jeopardize the continuation of an exemption under § 605.11.
   (3) The applicant agrees that it will not engage in any practice which constitutes a means of avoiding the requirements of this agreement, part 605 of the Federal Transit Administration regulations or section 164(b) of the Federal-Aid Highway Act of 1973 (49 U.S.C. 1602a(b)).
   (4) The applicant agrees that the project facilities and equipment shall be used for the provision of mass transportation services within its urban area and that any other use of project facilities and equipment will be incidental to and shall not interfere with the use of such facilities and equipment in mass transportation service to the public.

## CATEGORY 6. TRANSIT ASSET MANAGEMENT PLAN.

*If the applicant owns, operates, or manages capital assets used to provide public transportation, the following certification is required by 49 U.S.C. § 5326(a).*

The applicant certifies that it is in compliance with 49 CFR Part 625.

## CATEGORY 7. ROLLING STOCK BUY AMERICA REVIEWS AND BUS TESTING.

### 7.1. Rolling Stock Buy America Reviews.

*If the applicant will apply for an award to acquire rolling stock for use in revenue service, it must make this certification. This certification is required by 49 CFR § 663.7.*

The applicant certifies that it will conduct or cause to be conducted the pre-award and post-delivery audits prescribed by 49 CFR Part 663 and will maintain on file the certifications required by Subparts B, C, and D of 49 CFR Part 663.

### 7.2. Bus Testing.

*If the applicant will apply for funds for the purchase or lease of any new bus model, or any bus model with a major change in configuration or components, the applicant must make this certification. This certification is required by 49 CFR § 665.7.*

The applicant certifies that the bus was tested at the Bus Testing Facility and that the bus received a passing test score as required by 49 CFR Part 665. The applicant has received or will receive the appropriate full Bus Testing Report and any applicable partial testing reports before final acceptance of the first vehicle.

## CATEGORY 8. URBANIZED AREA FORMULA GRANTS PROGRAM.

*If the applicant will apply for an award under the Urbanized Area Formula Grants Program (49 U.S.C. § 5307), or any other program or award that is subject to the requirements of 49 U.S.C. § 5307, including the Formula Grants for the Enhanced Mobility of Seniors Program (49 U.S.C. § 5310); "flex funds" from infrastructure programs administered by the Federal Highways Administration (see 49 U.S.C. § 5334(i)); projects that will receive an award authorized by the Transportation Infrastructure Finance and Innovation Act ("TIFIA") (23 U.S.C. §§ 601–609) or State Infrastructure Bank Program (23 U.S.C. § 610) (see 49 U.S.C. § 5323(o)); formula awards or competitive awards to urbanized areas under the Grants for Buses and Bus Facilities Program (49 U.S.C. § 5339(a) and (b)); or low or no emission awards to any area under the Grants for Buses and Bus Facilities Program (49 U.S.C. § 5339(c)), the applicant must make the following certification. This certification is required by 49 U.S.C. § 5307(c)(1).*

The applicant certifies that it:

(a) Has or will have the legal, financial, and technical capacity to carry out the program of projects (developed pursuant 49 U.S.C. § 5307(b)), including safety and security aspects of the program;

(b) Has or will have satisfactory continuing control over the use of equipment and facilities;

(c)     Will maintain equipment and facilities in accordance with the applicant's transit asset management plan;

(d)     Will ensure that, during non-peak hours for transportation using or involving a facility or equipment of a project financed under this section, a fare that is not more than 50 percent of the peak hour fare will be charged for any—

   (1)     Senior;

   (2)     Individual who, because of illness, injury, age, congenital malfunction, or any other incapacity or temporary or permanent disability (including an individual who is a wheelchair user or has semi-ambulatory capability), cannot use a public transportation service or a public transportation facility effectively without special facilities, planning, or design; and

   (3)     Individual presenting a Medicare card issued to that individual under title II or XVIII of the Social Security Act (42 U.S.C. §§ 401 et seq., and 1395 et seq.);

(e)     In carrying out a procurement under 49 U.S.C. § 5307, will comply with 49 U.S.C. §§ 5323 (general provisions) and 5325 (contract requirements);

(f)     Has complied with 49 U.S.C. § 5307(b) (program of projects requirements);

(g)     Has available and will provide the required amounts as provided by 49 U.S.C. § 5307(d) (cost sharing);

(h)     Will comply with 49 U.S.C. §§ 5303 (metropolitan transportation planning) and 5304 (statewide and nonmetropolitan transportation planning);

(i)     Has a locally developed process to solicit and consider public comment before raising a fare or carrying out a major reduction of transportation;

(j)     Either—

   (1)     Will expend for each fiscal year for public transportation security projects, including increased lighting in or adjacent to a public transportation system (including bus stops, subway stations, parking lots, and garages), increased camera surveillance of an area in or adjacent to that system, providing an emergency telephone line to contact law enforcement or security personnel in an area in or adjacent to that system, and any other project intended to increase the security and safety of an existing or planned public transportation system, at least 1 percent of the amount the recipient receives for each fiscal year under 49 U.S.C. § 5336; or

   (2)     Has decided that the expenditure for security projects is not necessary;

(k)     In the case of an applicant for an urbanized area with a population of not fewer than 200,000 individuals, as determined by the Bureau of the Census, will submit an annual report listing projects carried out in the preceding fiscal year under 49 U.S.C. § 5307 for associated transit improvements as defined in 49 U.S.C. § 5302; and

(l)     Will comply with 49 U.S.C. § 5329(d) (public transportation agency safety plan).

## CATEGORY 9. FORMULA GRANTS FOR RURAL AREAS.

*If the applicant will apply for funds made available to it under the Formula Grants for Rural Areas Program (49 U.S.C. § 5311), it must make this certification. Paragraph (a) of this certification helps FTA make the determinations required by 49 U.S.C. § 5310(b)(2)(C). Paragraph (b) of this certification is required by 49 U.S.C. § 5311(f)(2). Paragraph (c) of this certification, which applies to funds apportioned for the Appalachian Development Public Transportation Assistance Program, is necessary to enforce the conditions of 49 U.S.C. § 5311(c)(2)(D).*

(a)     The applicant certifies that its State program for public transportation service projects, including agreements with private providers for public transportation service—

    (1)     Provides a fair distribution of amounts in the State, including Indian reservations; and

    (2)     Provides the maximum feasible coordination of public transportation service assisted under 49 U.S.C. § 5311 with transportation service assisted by other Federal sources; and

(b)     If the applicant will in any fiscal year expend less than 15% of the total amount made available to it under 49 U.S.C. § 5311 to carry out a program to develop and support intercity bus transportation, the applicant certifies that it has consulted with affected intercity bus service providers, and the intercity bus service needs of the State are being met adequately.

(c)     If the applicant will use for a highway project amounts that cannot be used for operating expenses authorized under 49 U.S.C. § 5311(c)(2) (Appalachian Development Public Transportation Assistance Program), the applicant certifies that—

    (1)     It has approved the use in writing only after providing appropriate notice and an opportunity for comment and appeal to affected public transportation providers; and

    (2)     It has determined that otherwise eligible local transit needs are being addressed.

## CATEGORY 10. FIXED GUIDEWAY CAPITAL INVESTMENT GRANTS AND THE EXPEDITED PROJECT DELIVERY FOR CAPITAL INVESTMENT GRANTS PILOT PROGRAM.

*If the applicant will apply for an award under any subsection of the Fixed Guideway Capital Investment Program (49 U.S.C. § 5309), including an award made pursuant to the FAST Act's Expedited Project Delivery for Capital Investment Grants Pilot Program (Pub. L. 114-94, div. A, title III, § 3005(b)), the applicant must make the following certification. This certification is required by 49 U.S.C. § 5309(c)(2) and Pub. L. 114-94, div. A, title III, § 3005(b)(3)(B).*

The applicant certifies that it:

(a) Has or will have the legal, financial, and technical capacity to carry out its Award, including the safety and security aspects of that Award,

(b) Has or will have satisfactory continuing control over the use of equipment and facilities acquired or improved under its Award.

(c) Will maintain equipment and facilities acquired or improved under its Award in accordance with its transit asset management plan; and

(d) Will comply with 49 U.S.C. §§ 5303 (metropolitan transportation planning) and 5304 (statewide and nonmetropolitan transportation planning).

**CATEGORY 11. GRANTS FOR BUSES AND BUS FACILITIES AND LOW OR NO EMISSION VEHICLE DEPLOYMENT GRANT PROGRAMS.**

*If the applicant is in an urbanized area and will apply for an award under subsection (a) (formula grants), subsection (b) (buses and bus facilities competitive grants), or subsection (c) (low or no emissions grants) of the Grants for Buses and Bus Facilities Program (49 U.S.C. § 5339), the applicant must make the certification in Category 8 for Urbanized Area Formula Grants (49 U.S.C. § 5307). This certification is required by 49 U.S.C. § 5339(a)(3), (b)(6), and (c)(3), respectively.*

*If the applicant is in a rural area and will apply for an award under subsection (a) (formula grants), subsection (b) (bus and bus facilities competitive grants), or subsection (c) (low or no emissions grants) of the Grants for Buses and Bus Facilities Program (49 U.S.C. § 5339), the applicant must make the certification in Category 9 for Formula Grants for Rural Areas (49 U.S.C. § 5311). This certification is required by 49 U.S.C. § 5339(a)(3), (b)(6), and (c)(3), respectively.*

*Making this certification will incorporate by reference the applicable certifications in Category 8 or Category 9.*

*If the applicant will receive a competitive award under subsection (b) (buses and bus facilities competitive grants), or subsection (c) (low or no emissions grants) of the Grants for Buses and Bus Facilities Program (49 U.S.C. § 5339) related to zero emissions vehicles or related infrastructure, it must make the following certification. This certification is required by 49 U.S.C. § 5339(d).*

The applicant will use 5 percent of grants related to zero emissions vehicles (as defined in subsection (c)(1)) or related infrastructure under subsection (b) or (c) to fund workforce development training as described in section 49 U.S.C. § 5314(b)(2) (including registered apprenticeships and other labor-management training programs) under the recipient's plan to address the impact of the transition to zero emission vehicles on the applicant's current workforce; or the applicant certifies a smaller percentage is necessary to carry out that plan.

## CATEGORY 12. ENHANCED MOBILITY OF SENIORS AND INDIVIDUALS WITH DISABILITIES PROGRAMS.

*If the applicant will apply for an award under the Formula Grants for the Enhanced Mobility of Seniors and Individuals with Disabilities Program (49 U.S.C. § 5310), it must make the certification in Category 8 for Urbanized Area Formula Grants (49 U.S.C. § 5307). This certification is required by 49 U.S.C. § 5310(e)(1). Making this certification will incorporate by reference the certification in Category 8, except that FTA has determined that (d), (f), (i), (j), and (k) of Category 8 do not apply to awards made under 49 U.S.C. § 5310 and will not be enforced.*

*In addition to the certification in Category 8, the applicant must make the following certification that is specific to the Formula Grants for the Enhanced Mobility of Seniors and Individuals with Disabilities Program. This certification is required by 49 U.S.C. § 5310(e)(2).*

The applicant certifies that:

(a)     The projects selected by the applicant are included in a locally developed, coordinated public transit-human services transportation plan;

(b)     The plan described in clause (a) was developed and approved through a process that included participation by seniors, individuals with disabilities, representatives of public, private, and nonprofit transportation and human services providers, and other members of the public;

(c)     To the maximum extent feasible, the services funded under 49 U.S.C. § 5310 will be coordinated with transportation services assisted by other Federal departments and agencies, including any transportation activities carried out by a recipient of a grant from the Department of Health and Human Services; and

(d)     If the applicant will allocate funds received under 49 U.S.C. § 5310 to subrecipients, it will do so on a fair and equitable basis.

## CATEGORY 13. STATE OF GOOD REPAIR GRANTS.

*If the applicant will apply for an award under FTA's State of Good Repair Grants Program (49 U.S.C. § 5337), it must make the following certification. Because FTA generally does not review the transit asset management plans of public transportation providers, the asset management certification is necessary to enforce the provisions of 49 U.S.C. § 5337(a)(4). The certification with regard to acquiring restricted rail rolling stock is required by 49 U.S.C. § 5323(u)(4). Note that this certification is not limited to the use of Federal funds.*

The applicant certifies that the projects it will carry out using assistance authorized by the State of Good Repair Grants Program, 49 U.S.C. § 5337, are aligned with the applicant's most recent transit asset management plan and are identified in the investment and prioritization section of such plan, consistent with the requirements of 49 CFR Part 625.

If the applicant operates a rail fixed guideway service, the applicant certifies that, in the fiscal year for which an award is available to the applicant under the State of Good Repair Grants Program, 49 U.S.C. § 5337, the applicant will not award any contract or subcontract for the procurement of rail rolling stock for use in public transportation with a rail rolling stock manufacturer described in 49 U.S.C. § 5323(u)(1).

## CATEGORY 14. INFRASTRUCTURE FINANCE PROGRAMS.

*If the applicant will apply for an award for a project that will include assistance under the Transportation Infrastructure Finance and Innovation Act ("TIFIA") Program (23 U.S.C. §§ 601–609) or the State Infrastructure Banks ("SIB") Program (23 U.S.C. § 610), it must make the certifications in Category 8 for the Urbanized Area Formula Grants Program, Category 10 for the Fixed Guideway Capital Investment Grants program, and Category 13 for the State of Good Repair Grants program. These certifications are required by 49 U.S.C. § 5323(o).*

*Making this certification will incorporate the certifications in Categories 8, 10, and 13 by reference.*

## CATEGORY 15. ALCOHOL AND CONTROLLED SUBSTANCES TESTING.

*If the applicant will apply for an award under FTA's Urbanized Area Formula Grants Program (49 U.S.C. § 5307), Fixed Guideway Capital Investment Program (49 U.S.C. § 5309), Formula Grants for Rural Areas Program (49 U.S.C. § 5311), or Grants for Buses and Bus Facilities Program (49 U.S.C. § 5339) programs, the applicant must make the following certification. The applicant must make this certification on its own behalf and on behalf of its subrecipients and contractors. This certification is required by 49 CFR § 655.83.*

The applicant certifies that it, its subrecipients, and its contractors are compliant with FTA's regulation for the Prevention of Alcohol Misuse and Prohibited Drug Use in Transit Operations, 49 CFR Part 655.

## CATEGORY 16. RAIL SAFETY TRAINING AND OVERSIGHT.

*If the applicant is a State with at least one rail fixed guideway system, or is a State Safety Oversight Agency, or operates a rail fixed guideway system, it must make the following certification. The elements of this certification are required by 49 CFR §§ 672.31 and 674.39.*

The applicant certifies that the rail fixed guideway public transportation system and the State Safety Oversight Agency for the State are:

(a) Compliant with the requirements of 49 CFR Part 672, "Public Transportation Safety Certification Training Program"; and

(b) Compliant with the requirements of 49 CFR Part 674, "Sate Safety Oversight".

## CATEGORY 17. DEMAND RESPONSIVE SERVICE.

*If the applicant operates demand responsive service and will apply for an award to purchase a non-rail vehicle that is not accessible within the meaning of 49 CFR Part 37, it must make the following certification. This certification is required by 49 CFR § 37.77.*

The applicant certifies that the service it provides to individuals with disabilities is equivalent to that provided to other persons. A demand responsive system, when viewed in its entirety, is deemed to provide equivalent service if the service available to individuals with disabilities, including individuals who use wheelchairs, is provided in the most integrated setting appropriate to the needs of the individual and is equivalent to the service provided other individuals with respect to the following service characteristics:

(a) Response time;
(b) Fares;
(c) Geographic area of service;
(d) Hours and days of service;
(e) Restrictions or priorities based on trip purpose;
(f) Availability of information and reservation capability; and
(g) Any constraints on capacity or service availability.

## CATEGORY 18. INTEREST AND FINANCING COSTS.

*If the applicant will pay for interest or other financing costs of a project using assistance awarded under the Urbanized Area Formula Grants Program (49 U.S.C. § 5307), the Fixed Guideway Capital Investment Grants Program (49 U.S.C. § 5309), or any program that must comply with the requirements of 49 U.S.C. § 5307, including the Formula Grants for the Enhanced Mobility of Seniors Program (49 U.S.C. § 5310), "flex funds" from infrastructure programs administered by the Federal Highways Administration (*see *49 U.S.C. § 5334(i)), or awards to urbanized areas under the Grants for Buses and Bus Facilities Program (49 U.S.C. § 5339), the applicant must make the following certification. This certification is required by 49 U.S.C. §§ 5307(e)(3) and 5309(k)(2)(D).*

The applicant certifies that:

(a) Its application includes the cost of interest earned and payable on bonds issued by the applicant only to the extent proceeds of the bonds were or will be expended in carrying out the project identified in its application; and
(b) The applicant has shown or will show reasonable diligence in seeking the most favorable financing terms available to the project at the time of borrowing.

## CATEGORY 19. CYBERSECURITY CERTIFICATION FOR RAIL ROLLING STOCK AND OPERATIONS.

*If the applicant operates a rail fixed guideway public transportation system, it must make this certification. This certification is required by 49 U.S.C. § 5323(v). For information about standards or practices that may apply to a rail fixed guideway public transportation system, visit* https://www.nist.gov/cyberframework *and* https://www.cisa.gov/.

The applicant certifies that it has established a process to develop, maintain, and execute a written plan for identifying and reducing cybersecurity risks that complies with the requirements of 49 U.S.C. § 5323(v)(2).

## CATEGORY 20. PUBLIC TRANSPORTATION ON INDIAN RESERVATIONS FORMULA AND DISCRETIONARY PROGRAM (TRIBAL TRANSIT PROGRAMS).

*Before FTA may provide Federal assistance for an Award financed under either the Public Transportation on Indian Reservations Formula or Discretionary Program authorized under 49 U.S.C. § 5311(c)(1), as amended by the FAST Act, (Tribal Transit Programs), the applicant must select the Certifications in Category 21, except as FTA determines otherwise in writing. Tribal Transit Program applicants may certify to this Category and Category 1 (Certifications and Assurances Required of Every Applicant) and need not make any other certification, to meet Tribal Transit Program certification requirements. If an applicant will apply for any program in addition to the Tribal Transit Program, additional certifications may be required.*

FTA has established terms and conditions for Tribal Transit Program grants financed with Federal assistance appropriated or made available under 49 U.S.C. § 5311(c)(1). The applicant certifies that:

(a)    It has or will have the legal, financial, and technical capacity to carry out its Award, including the safety and security aspects of that Award.

(b)    It has or will have satisfactory continuing control over the use of its equipment and facilities acquired or improved under its Award.

(c)    It will maintain its equipment and facilities acquired or improved under its Award, in accordance with its transit asset management plan and consistent with FTA regulations, "Transit Asset Management," 49 CFR Part 625. Its Award will achieve maximum feasible coordination with transportation service financed by other federal sources.

(d)    With respect to its procurement system:

(1)    It will have a procurement system that complies with U.S. DOT regulations, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," 2 CFR Part 1201, which incorporates by reference U.S. OMB regulatory guidance, "Uniform Administrative Requirements, Cost

Principles, and Audit Requirements for Federal Awards," 2 CFR Part 200, for Awards made on or after December 26, 2014,

    (2)    It will have a procurement system that complies with U.S. DOT regulations, "Uniform Administrative Requirements for Grants and Cooperative Agreements to State and Local Governments," 49 CFR Part 18, specifically former 49 CFR § 18.36, for Awards made before December 26, 2014, or

    (3)    It will inform FTA promptly if its procurement system does not comply with either of those U.S. DOT regulations.

(e)    It will comply with the Certifications, Assurances, and Agreements in:

    (1)    Category 05.1 and 05.2 (Charter Service Agreement and School Bus Agreement),

    (2)    Category 06 (Transit Asset Management Plan),

    (3)    Category 07.1 and 07.2 (Rolling Stock Buy America Reviews and Bus Testing),

    (4)    Category 09 (Formula Grants for Rural Areas),

    (5)    Category 15 (Alcohol and Controlled Substances Testing), and

    (6)    Category 17 (Demand Responsive Service).

## CATEGORY 21. EMERGENCY RELIEF PROGRAM.

*An applicant to the Public Transportation Emergency Relief Program, 49 U.S.C. § 5324, must make the following certification. The certification is required by 49 U.S.C. § 5324(f) and must be made before the applicant can receive a grant under the Emergency Relief program.*

The applicant certifies that the applicant has insurance required under State law for all structures related to the emergency relief program grant application.

**FEDERAL FISCAL YEAR 2024 CERTIFICATIONS AND ASSURANCES FOR FTA ASSISTANCE PROGRAMS**

(Signature pages alternate to providing Certifications and Assurances in TrAMS.)

Name of Applicant:______________________________________________

The Applicant certifies to the applicable provisions of all categories: (*check here*) _______.

*Or*,

The Applicant certifies to the applicable provisions of the categories it has selected:

| Category | | Certification |
|---|---|---|
| 01 | Certifications and Assurances Required of Every Applicant | _____________ |
| 02 | Public Transportation Agency Safety Plans | _____________ |
| 03 | Tax Liability and Felony Convictions | _____________ |
| 04 | Lobbying | _____________ |
| 05 | Private Sector Protections | _____________ |
| 06 | Transit Asset Management Plan | _____________ |
| 07 | Rolling Stock Buy America Reviews and Bus Testing | _____________ |
| 08 | Urbanized Area Formula Grants Program | _____________ |
| 09 | Formula Grants for Rural Areas | _____________ |
| 10 | Fixed Guideway Capital Investment Grants and the Expedited Project Delivery for Capital Investment Grants Pilot Program | _____________ |
| 11 | Grants for Buses and Bus Facilities and Low or No Emission Vehicle Deployment Grant Programs | _____________ |

12 Enhanced Mobility of Seniors and Individuals with Disabilities Programs ______________

13 State of Good Repair Grants ______________

14 Infrastructure Finance Programs ______________

15 Alcohol and Controlled Substances Testing ______________

16 Rail Safety Training and Oversight ______________

17 Demand Responsive Service ______________

18 Interest and Financing Costs ______________

19 Cybersecurity Certification for Rail Rolling Stock and Operations ______________

20 Tribal Transit Programs ______________

21 Emergency Relief Program ______________

**CERTIFICATIONS AND ASSURANCES SIGNATURE PAGE**

**AFFIRMATION OF APPLICANT**

Name of the Applicant: ____________________________________________

BY SIGNING BELOW, on behalf of the Applicant, I declare that it has duly authorized me to make these Certifications and Assurances and bind its compliance. Thus, it agrees to comply with all federal laws, regulations, and requirements, follow applicable federal guidance, and comply with the Certifications and Assurances as indicated on the foregoing page applicable to each application its Authorized Representative makes to the Federal Transit Administration (FTA) in the federal fiscal year, irrespective of whether the individual that acted on his or her Applicant's behalf continues to represent it.

The Certifications and Assurances the Applicant selects apply to each Award for which it now seeks, or may later seek federal assistance to be awarded by FTA during the federal fiscal year.

The Applicant affirms the truthfulness and accuracy of the Certifications and Assurances it has selected in the statements submitted with this document and any other submission made to FTA, and acknowledges that the Program Fraud Civil Remedies Act of 1986, 31 U.S.C. § 3801 *et seq*., and implementing U.S. DOT regulations, "Program Fraud Civil Remedies," 49 CFR part 31, apply to any certification, assurance or submission made to FTA. The criminal provisions of 18 U.S.C. § 1001 apply to any certification, assurance, or submission made in connection with a federal public transportation program authorized by 49 U.S.C. chapter 53 or any other statute

In signing this document, I declare under penalties of perjury that the foregoing Certifications and Assurances, and any other statements made by me on behalf of the Applicant are true and accurate.

Signature______________________________________________ Date: _____________

Name______________________________________________ Authorized Representative of Applicant

**AFFIRMATION OF APPLICANT'S ATTORNEY**

For (Name of Applicant): _______________________________________________________

As the undersigned Attorney for the above-named Applicant, I hereby affirm to the Applicant that it has authority under state, local, or tribal government law, as applicable, to make and comply with the Certifications and Assurances as indicated on the foregoing pages. I further affirm that, in my opinion, the Certifications and Assurances have been legally made and constitute legal and binding obligations on it.

I further affirm that, to the best of my knowledge, there is no legislation or litigation pending or imminent that might adversely affect the validity of these Certifications and Assurances, or of the performance of its FTA assisted Award.

Signature______________________________________________ Date: _____________

Name______________________________________________ Attorney for Applicant

*Each Applicant for federal assistance to be awarded by FTA must provide an Affirmation of Applicant's Attorney pertaining to the Applicant's legal capacity. The Applicant may enter its electronic signature in lieu of the Attorney's signature within TrAMS, provided the Applicant has on file and uploaded to TrAMS this hard-copy Affirmation, signed by the attorney and dated this federal fiscal year.*