The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**<br><br>Preliminary Injunction Hearing:<br>May 21, 2025, at 2:00 p.m. |

Defendants respectfully request leave to supplement the record with the attached declaration by Kevin Osborn, Grant Systems Division Chief for the Federal Transit Administration's (FTA) Office of Program Management. The declaration responds to an argument Plaintiffs made for the first time in their reply brief: that "FTA has unilaterally, retroactively, and without notice applied the new Master Agreement to previously executed grants." Dkt. 58 at 2. Mr. Osborn explains this is incorrect and details FTA's electronic grants system. Defendants submit the declaration will aid in the Court's consideration of the parties' arguments.

Counsel for Defendants contacted Plaintiffs' counsel regarding their position on this motion; Plaintiffs do not oppose this motion.

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO SUPPLEMENT THE RECORD
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated May 21, 2025.

                Respectfully submitted,

                TEAL LUTHY MILLER
                Acting United States Attorney

                *s/ Brian C. Kipnis*
                BRIAN C. KIPNIS

                *s/ Annalisa L. Cravens*
                ANNALISA L. CRAVENS

                *s/ Sarah L. Bishop*
                SARAH L. BISHOP
                Assistant United States Attorneys
                United States Attorney's Office
                Western District of Washington
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101
                Phone: 206-553-7970
                Fax:    206-553-4067
                Email: brian.kipnis@usdoj.gov
                           annalisa.cravens@usdoj.gov
                           sarah.bishop@usdoj.gov

                *Counsel for Defendants*

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO SUPPLEMENT THE RECORD
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970