The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>             Plaintiffs,<br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>             Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF KEVIN OSBORN** |

I, Kevin Osborn, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I have been employed by the U.S. Department of Transportation, Federal Transit Administration ("FTA"), since August 11, 2013. Currently, I am the Grant Systems Division Chief for FTA's Office of Program Management in Washington, DC. I make this declaration based upon personal knowledge and information made known to me in the course of my duties.

2. My duties and responsibilities include the overall facilitation and management of FTA's Transit Award Management System ("TrAMS") as the system product owner. To the best of my knowledge, TrAMS has operated in the way I describe below for several years.

3. TrAMS is a web-based application that allows recipients of FTA funds to apply for federal funds and manage their award agreements, and provides FTA with a method to review, approve, control, and oversee the distribution of funding. FTA and a recipient execute grant agreements and amendments electronically using TrAMS.

4. A grant in TrAMS is made up of various data elements, including the name of the grant, the recipient's name, the recipient's unique identity number, the recipient's address and points of contact, the start date and end date of the grant, the location code for the location where the grant will be carried out, the sources of funds awarded, budget information, and project descriptions, among many others.

5. A user can view and interact with a TrAMS grant in different ways. A user can view data about the grant directly in the TrAMS application. Or, a user can direct TrAMS to generate a "view-print" copy of the grant, which combines the grant data into a single

text file the user can then save or print. A user can ask TrAMS to generate a "historical" or a "current" view-print of a grant.

6. The *historical* view-print is generated and saved by TrAMS at the time a grant (or an amendment to a grant) is executed by the recipient. It is generated using the current electronic grant agreement template saved in TrAMS, which incorporates by reference the Master Agreement version number in effect at the time the grant (or amendment) was executed. The historical version is static and does not change.

7. If FTA and the recipient need to make a major change to the grant, they can do so by executing a formal amendment. When an amendment is executed, the execution will use the most recent grant agreement template, which incorporates by reference the most recent version of the Master Agreement. TrAMS will record the amendment execution as a new historical version.

8. Throughout the life of a grant, the recipient and FTA can make small changes that do not require the execution of a formal grant amendment. For example, the recipient might update its organizational details or make minor revisions.

9. The *current* view-print is dynamic. When a user asks TrAMS to generate a current view-print of the grant, TrAMS references the most current data about the grant, including minor changes that have occurred since the execution. In doing so, TrAMS also references the current version of the electronic grant agreement template, which, if there has been a Master Agreement update since the grant (or amendment) was executed, will state that it incorporates a different Master Agreement version number than the historical view-print.

10. If the *current* view-print displays a different Master Agreement version number than the *historical* view-print, it means FTA has updated the grant agreement template in TrAMS since the time the grant (or amendment) was executed. The behavior of the current view-print function referencing the latest grant agreement template in TrAMS is not intended to reflect a change in the version of the Master Agreement that applies to the grant.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of May, 2025.

**KEVIN SCOTT OSBORN**  Digitally signed by KEVIN SCOTT OSBORN
Date: 2025.05.21 13:16:17 -04'00'

Kevin Osborn
Chief, Grant Systems
Federal Transit Administration, Office of Program Management