The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT TURNER, *et al.,*<br><br>　　　　　　　　　　Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD** |

Before the Court is Defendants' unopposed motion for leave to supplement the record. For the reasons stated in the motion, IT IS ORDERED that the motion is GRANTED. The Clerk is directed to enter the Declaration of Kevin Osborn into the record as a separate docket entry.

Dated: May ___, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. BARBARA J. ROTHSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS

*s/ Annalisa L. Cravens*
ANNALISA L. CRAVENS

*s/ Sarah L. Bishop*
SARAH L. BISHOP
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:   206-553-4067
Email: brian.kipnis@usdoj.gov
         annalisa.cravens@usdoj.gov
         sarah.bishop@usdoj.gov

*Counsel for Defendants*

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970