THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF ELLEN SEMONOFF |

I, ELLEN SEMONOFF, declare as follows:

1. I am over the age of 18 years, am competent to testify as to matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2. I am the Assistant City Manager for Human Services for the City of Cambridge (the "City"). I have served in this position since 2004.

3. Among my duties as Assistant City Manager for Human Services, I am responsible for the leadership and daily management of the City's Department of Human Services Programs ("DHSP").

4. DHSP is responsible for the creation and coordination of services which enhance the quality of life for the City's residents. DHSP provides and manages a wide variety of services and programs to aid and benefit the City's residents, including the City's universal pre-K

DECLARATION OF ELLEN SEMONOFF - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

program for all four year olds, child care and family support programs, community and youth programs, services for homeless residents, workforce development programs, adult basic education programs, recreation programs, fuel assistance and summer nutrition programs, and services to and programs for seniors and disabled residents.

5. In providing these services, DHSP works in accordance with the City's Diversity, Equity, and Inclusion (DEI) policies and initiatives, which seek to further the creation of a just and equitable community through commitment to DEI principles. The City's DEI principles reflect its commitment, shared with DHSP and all departments, of fostering a community that champions social justice, provides services fairly and equitably to the community regardless of race, color, sex, religion, creed, age, national origin, disability, or other protected category, and ensures that underserved members of the community have equal access to the resources the City provides.

6. The City's departments, including DHSP, carry out their duties in accordance with the City's commitment to DEI policies and initiatives.

7. Since the mid-1990s, DHSP has convened and coordinated a group of organizations and individuals working to address homelessness in the community. This group, known as the Continuum of Care ("CoC"), works to address homelessness through a coordinated community-based process of identifying needs and building a system of housing and services to address those needs.

8. DHSP routinely applies for and receives various grants from HUD, including Continuum of Care Program ("CoC Program") grant funding, to fund and support these homelessness support programs. DHSP has been receiving grant funding through the CoC

DECLARATION OF ELLEN SEMONOFF - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

process since 1997[1].

9.  Cambridge relies on the CoC Program grant funds as one of its primary funding sources to address homelessness in the community through provision of Permanent Supportive Housing, which includes housing subsidies paired with stabilization case management.

10. There were 747 people experiencing homelessness in Cambridge on January 24, 2024, the most recent point-in-time count reported to the U.S. Department of Housing and Urban Development ("HUD"). In Federal Fiscal Year (FFY) 2024 (October 1, 2023 – September 30, 2024), 1,827 people were served by the Cambridge Continuum of Care in Emergency Shelter, Transitional Housing, Rapid Rehousing and Permanent Supportive Housing projects.

11. In 2024, DHSP applied for FFY 2024 CoC Program funds as the Collaborative Applicant for the Cambridge CoC, which consists of housing and service providers and other community partners working to address the needs of individuals and families experiencing or at risk of homelessness. DHSP submitted the application in response to HUD's FY 2024-25 Continuum of Care Notice of Funding Opportunity on October 30, 2024.

12. In the 2023 CoC awards, which were announced in January 2024, HUD awarded $6,404,386 to the Cambridge CoC. In the 2024 CoC awards, which were announced January 2025, HUD awarded $6,379,162 to the Cambridge CoC.[2]

13. As part of its CoC grant agreements, the City requires that awarded subrecipients provide project services to all CoC eligible participants regardless of race, color, sex, age,

---

[1] The HEARTH Act of 2009 consolidated the Supportive Housing Program (SHP) and Shelter plus Care (S+C) grant programs into the Continuum of Care grant program. The initial grants received through the CoC process were SHP and S+C grants; in 2012 these grant programs transitioned into the CoC Grant Program when the HEARTH Act Continuum of Care Interim rule went into effect.

[2] HUD's Fiscal Year 2024 CoC Competition Homeless Assistant Award Report for Massachusetts, which identifies the grants awarded to Cambridge and other Massachusetts municipalities, are listed on HUD's website at: https://www.hud.gov/sites/dfiles/CPD/documents/CoC/CoC-2024-MA_Press.pdf. The City's awarded CoC grants are listed in the report under MA-509 – Cambridge CoC, Pages 6-7.

DECLARATION OF ELLEN SEMONOFF - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

religious creed, disability, national origin or ancestry, sexual orientation, gender identity, marital status, family status, military status, or source of income.

14. The City further requires in its grant agreements with awarded sub-recipients that they shall not violate the City discrimination policy as detailed in Cambridge's Municipal Code § 2.76.160.

15. The City further requires in its grant agreements with awarded sub-recipients that they shall make any program participants aware of all rights and remedies available to them under Federal, State, and local civil rights and fair housing laws.

16. On March 13, 2025, DHSP staff learned through HUD Secretary Scott Turner's announcement on X (formerly Twitter) of the addition of new terms, restrictions, and conditions that were not included in prior grant agreements or in the related Notice of Funding Opportunity.

17. Secretary Turner's announcement stated that recipients of CoC Program grant funding, which includes the City, can no longer use grant funds to "promote 'gender ideology' as defined in E.O. 14168".

18. Secretary Turner's announcement stated that recipients of CoC Program grant funding must now certify that it "does not operate any programs promoting diversity, equity, and inclusion…"

19. Secretary Turner's announcement stated that recipients of CoC Program grant funding cannot use said funds in a manner that by "design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation."

20. The City of Boston has received their CoC grant agreements (Grant Number/FAIN: MA0037L1T002417; Unique Entity Identifier (UEI) Number:

DECLARATION OF ELLEN SEMONOFF - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

HGJRHMPB3318), which contains the new terms, restrictions and conditions referenced in Secretary Turner's March 13, 2025 announcement.

21. As Cambridge is a neighboring community to Boston served by the same HUD office, the City anticipates and expects that its CoC grant agreements shall contain the same new terms, restrictions and conditions referenced in Secretary Turner's March 13, 2025 announcement and contained in Boston's CoC grant agreements.

22. On May 16, 2025, HUD staff informed Cambridge that the sending of the first set of FFY 2024 CoC grant agreements was imminent and would be provided the week of May 19, 2025.

23. The first set of CoC grant agreements include grants that fund nonprofit subrecipients whose FFY 2023 CoC grants will expire on May 31, 2025 and June 30, 2025.

24. HUD's new CoC conditions and the resulting uncertainty with the City's imminent grant renewal deadlines has forced Cambridge the City to commit $93,200 of its own funds to two nonprofit subrecipients, whose funding depends on the HUD CoC grants expiring on May 31, 2025. The City's temporary allotment will enable the two nonprofit subrecipients to continue providing homeless assistance services through June 2025.

25. However, it is impossible for the City to supplant or compensate for the loss of HUD CoC funding, as monthly costs will increase significantly each month as various grants under the CoC program expire and come up for renewal. The City and its program subrecipients depends on the federal CoC grant funding to ensure there is no disruption in housing or services.

26. The CoC awards constitute a major portion of Cambridge's budget for Homelessness and Housing Stability, most of which is used to pay and support the nonprofit subrecipients vital to the City's programs. The 2024 CoC awards of $6,379,162 represent over

DECLARATION OF ELLEN SEMONOFF - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

40% of Cambridge's proposed FY26 $15.5 million budget for homelessness and housing stability programs.

27. Over 81% of Cambridge's CoC grant funds are used to support Permanent Supportive Housing (PSH) projects that provide housing and case management services to over two hundred (200) people with disabling conditions who have experienced chronic homelessness. 4.8% is used for a Rapid Rehousing (RRH) project serving survivors of domestic violence. Combined, more than 86% of Cambridge's CoC grant funds support Permanent Housing projects.

28. 8.4% of the remaining grant funds support the CoC's Coordinated Entry system, and the final 5.4% of the funds support the CoC's Homeless Management Information System (HMIS) and Planning grant.

29. CoC subrecipient agencies administer eleven programmatic grants (e.g., rental assistance, leasing and supportive services), which account for $5,498,442 of the $6,379,162 in FY 2024 CoC awards. These grants support 214 units of supportive housing and 14.5 Full Time Equivalent (FTE) staff positions. DHSP directly administers the HMIS and Planning grants, and operates the Coordinated Entry grant in partnership with multiple subrecipient agencies.

30. Loss of CoC Program grant funding would result in significant harm to Cambridge's housing crisis response system, causing severe impacts to current participants, subrecipient agencies, and the City's capacity to address the needs of people experiencing and at risk of homelessness.

31. Without grant funding to support the CoC projects, over 200 individuals currently enrolled in CoC PSH and RRH projects would potentially lose their housing and access to critical supportive services. The loss of supportive housing capacity would further strain the

DECLARATION OF ELLEN SEMONOFF - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

City's emergency shelter system, resulting in longer durations of homelessness and reduced exits to stable housing.

32. Loss of grant funding would result in service providers losing their staff and the loss of rental income by property owners involved in the City's CoC programs.

33. Failure to receive awarded federal funding would have material adverse impacts on the City's finances. If sufficient amounts of awarded federal funds were withheld, the City may be forced to cancel CoC projects due to the City's inability to make up the funding.

34. Loss of CoC grant funds for HMIS and Coordinated Entry would also disrupt and reverse the progress made by the Cambridge CoC over the last 10+ years to develop a coordinated, data-driven system that works toward improved system performance as required by the HEARTH Act.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of May, 2025.

*Ellen Semonoff*
Ellen Semonoff (May 19, 2025 16:32 EDT)

Ellen Semonoff
Assistant City Manager for Human Services
City of Cambridge

DECLARATION OF ELLEN SEMONOFF - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750