THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF GRANT DAVIS |

I, GRANT DAVIS, declare as follows:

1. I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Director of Grants Management in Chicago's Department of Transportation ("CDOT"). I have held this position since June 2024. Before becoming Director of Grants Management, I served as a Coordinating Planner with CDOT for eleven years. In my role at CDOT, I am responsible for managing CDOT's federal, state, and local funded major capital program, including managing CDOT's federal, state, and county grant programs.

DECLARATION OF GRANT DAVIS - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3.     CDOT is responsible for the maintenance and improvement of Chicago's surface transportation network including roadways, bridges, sidewalks, multi-use trails, and various Chicago Transit Authority ("CTA") stations. As the third largest City in the United States, Chicago's transportation network is large and complex: CDOT is responsible for over 4,000 miles of streets, 2,000 miles of alleys, 300 bridges, and numerous other surface transportation infrastructure, many of which were originally built over 100 years ago and require constant investment to improve and maintain in a state of good repair.

4.     CDOT relies on funding from the U.S. Department of Transportation ("DOT"), through a mix of direct and indirect grants, to maintain the safety of its vast network of roads, highways, bridges, transit stations, and pedestrian walkways for Chicagoans and its visitors. These federal grants are an integral part of CDOT's financial planning and budget and provide critical funding for project implementation.

5.     For example, for Federal Fiscal Years 2020 through 2024, CDOT entered into project agreements obligating approximately $625M in federal transportation funds through both the Federal Highway Administration ("FHWA") and the Federal Transit Administration ("FTA") for critical transportation improvements throughout Chicago. The FHWA grants were used for improvements to bridges, viaducts, roadways, and signals. Additionally, CDOT's projects included: (1) resurfacing with critical safety improvements of over 100 miles of arterial streets; (2) rehabilitation of the approximately 100-year-old Canal Street Viaduct in downtown Chicago; (3) construction of a grade separation project on Columbus Avenue at the Belt Railway Company ("BRC") as part of the CREATE program, a public-private partnership to improve modernize the region's rail network, in order to eliminate the at-grade crossing to improve safety and decrease

DECLARATION OF GRANT DAVIS - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

congestion; and (4) the full reconstruction of Milwaukee Avenue, a major thoroughfare, between Logan Boulevard and Belmont Avenue.

6. The FTA funds were used for the design and construction phases of the State/Lake CTA station project to reconstruct a 100-year-old station to improve capacity and ADA accessibility.

### CDOT Expects Over $288 Million DOT Funds in 2025

7. For Federal Fiscal year 2025, CDOT anticipates entering into project agreements to obligate $288,966,830 in federal grant funding from DOT. These grants will fund critical surface transportation infrastructure improvements in Chicago. These grants include:

    a. $148,040,000 in Urbanized Area Formula Grants - 5307 funds added via an amendment or amendments to the State/Lake CTA Station project in order to reconstruct the approximately 100-year old El station;

    b. $18,800,000 in National Highway Freight Program funds for the rehabilitation of the Cicero Avenue Bridge over the Sanitary and Ship Canal;

    c. $2,000,000 in Community Project Funding funds for the rehabilitation of the Cicero Avenue Bridge over the Sanitary and Ship Canal;

    d. $44,000,000 in Surface Transportation Program funds for the rehabilitation of the LaSalle Street Bridge and Viaduct over the Chicago River;

    e. $1,000,000 in Bridge Investment Program funds for phase I engineering for the reconstruction of the 106th Street Bridge over the Calumet River;

DECLARATION OF GRANT DAVIS - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

f. $10,000,000 in additional Surface Transportation Program funds for the grade separation of Columbus Avenue under the BRC railroad tracks at Maplewood Avenue;

g. $4,000,000 in Surface Transportation Program funds for Signal Controller Modernization #1 to upgrade signal equipment at various locations in Chicago;

h. $8,000,000 in Surface Transportation Program funds for Bridge Inspection Services to perform federally mandated condition rating inspections for various bridges and viaducts throughout Chicago;

i. $3,990,000 in Advanced Transportation and Congestion Management Technologies Deployment Program (ATCMTD) funding for the Chicago Centralized Transit Signal Priority project;

j. $19,173,780 in INFRA plus $7,850,000 on Surface Transportation Program funds for the grade separation of Archer Avenue under the BRC railroad at Kenton;

k. $3,226,583 of Congestion Mitigation and Air Quality (CMAQ) for system-wide signage improvements for the Chicago Pedway system;

l. $895,000 in National Priority Safety program funding for the 2025 Pedestrian and Bicycle Safety Initiative;

m. $400,000 in State Planning and Research funds for CREATE Program Planning and Support Services;

n. $400,000 in State Planning and Research funds for Railroad Related Support Services;

DECLARATION OF GRANT DAVIS - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

o. $891,467 in Uniform Work Program funding for staff and consultant support related to the management and implementation of the City's federal transportation program;

p. $15,000,000 in Charging and Fueling Infrastructure Grants for Charge Up Chicago! to install EV chargers at various locations in Chicago; and

q. $1490,000 in SMART Grant funds for the Chicago Accessible Intersection Navigation Application to develop an app to help individuals with low vision or blindness to navigate across signalized intersections.

**CDOT Has Over $200 Million Discretionary Awards From DOT for 2026 and Beyond**

8. CDOT has been awarded approximately $202,937,748 in competitive discretionary funding grants from DOT for project phases beginning after Federal Fiscal Year 2025. These grants include the following:

a. Safe Streets For All Program (FHWA): $20,927,748 for the Vision Zero West Side Communities (Ogden Avenue) project which will improve Ogden Avenue from Pulaski to Kedzie. This project will reconfigure Ogden Avenue by removing excess travel lanes, removing or limiting service drive access at intersections where feasible, adding new protected bike lanes, and improving ADA accessibility, traffic signals, and bus stops to improve safety, decrease crashes, improve transit, and help revitalize this distressed commercial corridor;

b. Safe Streets for All Program (FHWA): $20,010,000 for the North Avenue Corridor Improvement Project which will improve North Avenue between

DECLARATION OF GRANT DAVIS - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Kedzie and Kostner by installing safety treatments with the goal of reducing crash rates along this high crash corridor;

    c. Reconnecting Communities Pilot Program grant (FHWA): $10,000,000 for the Reconnecting Independence Boulevard: I-290 Land Cap Project to reconnect disinvested communities on either side of I-290 by filling the gap between northbound and southbound Independence Boulevard with a more inviting, safe, and accessible bicycle and pedestrian facility; and

    d. Bridge Investment Program (FHWA): $143,000,000 (Calumet River Bridges). These funds will be pass-through IDOT from FHWA to CDOT. This project will reconstruct the bridges over the Calumet River at 92nd/Ewing, 95th, 100th, and 106th Streets. These bridges are each approximately 100 years old and well past their service life and, therefore, in need of full reconstruction. It is anticipated the existing award agreement between FHWA and IDOT will need to be amended prior to the pass-through agreement between IDOT and CDOT being executed.

### DOT's New Funding Conditions

9. On May 13, 2024, DOT posted a Notice of Funding Opportunity (NOFO) for Stage 1 of the SMART Program to solicit applications for projects focused on advanced smart city or community technologies and systems to improve transportation efficiency and safety.

10. Pursuant to the terms of the NOFO, Chicago applied for the SMART Program – Stage 1 grant in the amount of $1.49 million on July 10, 2024. As part of this award application, Chicago submitted all of the required forms, which included a proposal for its Chicago Accessible

DECLARATION OF GRANT DAVIS - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Intersection Navigation App, SF-424 forms, a certification regarding lobbying, and a disclosure of lobbying activities.

11. On December 16, 2024, I received an email from DOT stating that Chicago's project had been selected for funding through the SMART Grants Program. *See* December 16, 2024 email, attached as Ex. A. From December 2024 to March 2025, Chicago worked with DOT to submit all of the requisite pre-award documents for Chicago's pending SMART grant, which included Chicago's budget documents, a pre-award compliance form, a civil rights checklist, lobbying certifications, and Chicago's single audit from 2023.

12. On May 5, 2025, I received an email notification from Raine Pike, a Grants Management Specialist for the SMART Program at DOT, Office of the Assistant Secretary for Research and Technology, informing me that CDOT's FY24 SMART Stage 1 project "received the final approval." *See* May 5 email, attached as Ex. B. Pike explained that DOT was preparing the award agreement and other relevant documents and would be sending them to me for review and signature soon. *Id.*

13. On May 14, 2025, I received an email from Pike, enclosing a copy of the Assistance Agreement for the SMART Program, in the amount of $1.49 million. The Assistance Agreement states that "[t]he Recipient [ ] agrees to all applicable Federal Financial Assistance law and regulations, and award TERMS & CONDITIONS, as provided in the [ ] attachments[.]" *See* Assistance Award, attached as Ex. C.

14. The attached documents contain additional funding conditions that were not included in the NOFO for the award, and that CDOT was not aware of when it applied for funding, including the following:

   a. Requiring Chicago to cooperate with Federal officials in the enforcement of

DECLARATION OF GRANT DAVIS - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

      Federal immigration law;

  b. Requiring Chicago to comply with Executive Order 14173; and

  c. Requiring Chicago to certify that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives "that violate any applicable Federal anti-discrimination laws."

15. The attachments also provided that "[b]y entering into this agreement for a SMART Grant, the Recipient assures and certifies, with respect to this Grant, that it will comply with all applicable Federal laws, regulations, executive orders, policies, guidelines, and requirements as they relate to the application, acceptance, and use of Federal funds for this Project." The so-called "applicable provisions" to the Agreement included, Executive Order 14168 "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government";8 U.S.C. § 1327 "Aiding or assisting certain aliens to enter;" and 8 U.S.C. § 1324 " Bringing in and harboring certain aliens."

16. None of these conditions appeared in prior DOT Agreements.

17. DOT, moreover, requested that Chicago "[p]lease try and have it signed and back to me by tomorrow if at all possible." *See* May 14, 2025 Email, attached as Ex. D.

18. Also attached to the May 14, 2025 email was Sean Duffy's April 24, 2025 letter which purports to require all DOT grant recipients to comply with the same conditions discussed above.

19. Given the changes to the agreement, CDOT was not able to sign and return the agreement by May 15, 2025; I am, furthermore, concerned about the continued availability of this funding.

DECLARATION OF GRANT DAVIS - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

20. If Chicago loses the SMART Grant funds, it would no longer be able to develop its Chicago Accessible Intersection Navigation App, which will empower people with low vision or blindness to navigate across signalized intersections safely using a state-of-the-art smartphone application.

21. The City expects, based on the Duffy letter and the May 9, 2025, general DOT terms and conditions, that DOT will now be imposing these conditions and requiring certifications for all grants to be fully executed and pending or for new awards to be approved.

22. The loss of the pending and expected DOT grant funds will cause severe hardship for CDOT and its ability to maintain Chicago's roadways and transportation systems safely. CDOT relies on DOT for a large portion of its budget and Chicago uses the funds to repair and expand bridges and roadways to prevent accidents, to make pedestrian walkways safer and more accessible, and to update outdated transit stations. These funds are critical to Chicago's ability to implement and maintain safe and effective means of transportation for millions of Chicagoans and its annual visitors.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of May, 2025.

_____
GRANT DAVIS

DECLARATION OF GRANT DAVIS - 9
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

| | |
|---|---|
| **From:** | Zhu, Madeline (OST) |
| **To:** | Steve Pautsch; Grant Davis; Tom Carney |
| **Cc:** | Caldwell, Stanley (OST); Johnson, Alfreda (OST); Pike, Raine (OST) |
| **Subject:** | SMART Stage 1 Application |
| **Date:** | Monday, December 16, 2024 9:23:59 AM |
| **Attachments:** | 2024 Stage 1 SMART Amplification Toolkit.docx |

[Warning: External email]

Hello,

We are pleased to notify you that your project entitled *Chicago Accessible Intersection Navigation Application* has been selected for funding through the Strengthening Mobility and Revolutionizing Transportation (SMART) Grants Program. Congratulations!

This news is now public and may be shared with your networks. Attached you will find a SMART Amplification Toolkit with resources and references to help you drive awareness.

Many awardees may choose to hold an event to officially announce or kick-off their SMART Grant awards. If you are holding an announcement event or convening with local stakeholders and media, and would like a representative of the SMART Grants team to join, please let us know and we will be happy to get someone from DOT to attend if schedules permit.

Please note that this email is not an authorization to begin work, and it does not guarantee Federal funding. USDOT and Applicant Organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

A grants management specialist will reach out to you in the next few days. Coordination with your grants management specialist and prompt return of requested information will expedite the process of establishing and executing your grant agreement.

You have also received an email from Valid Eval that provides feedback on your proposal.

We are delighted to be your partner in making transportation in your community safer, more equitable, greener, and more competitive. Thank you for your application, and we look forward to working with you.

Sincerely,

Madeline


**Madeline Zhu (she/her)**
Policy Advisor
SMART Grants Program
Office of the Assistant Secretary for Research and Technology
U.S. Department of Transportation
(202) 961-9598
https://www.transportation.gov/grants/SMART

# EXHIBIT B

| | |
|---|---|
| **From:** | Pike, Raine (OST) |
| **To:** | Grant Davis |
| **Cc:** | Caldwell, Stanley (OST); Nguyen, Thy (OST) |
| **Subject:** | FY24 SMART Grants/Projects Final Determination |
| **Date:** | Monday, May 5, 2025 1:21:30 PM |

[Warning: External email]

Dear Grant & Chicago DOT,

I'd like to formally inform you that the FY24 SMART Stage 1 project, entitled "Chicago Accessible Intersection Navigation Application" has received the final approval.

The SMART team has started preparing the Agreement, and all other relevant award documents, and will be sending them to you for review and to sign. We are hoping to have the documents sent out sometime this week. Please be prepared to sign as quickly as possible.
We will still need to go through another review of your budget & justification sometime next week.

Please let me know if you have any questions.

Best,
Raine


*Raine Pike*
Grants Management Specialist
SMART Grants Program
Office of the Assistant Secretary for Research and Technology
U.S. Department of Transportation
202.849.0006
https://www.transportation.gov/grants/SMART

# EXHIBIT C

**ASSISTANCE AGREEMENT**

| 1. Award No.<br>69A3552541023 | 2. Modification No. | 3. Effective Date<br>05/15/2025 | 4. CFDA No.<br>20.941 |
|---|---|---|---|
| 5. Awarded To<br>CHICAGO DEPARTMENT OF TRANSPORTATION<br>Attn: KAORI FUJISAWA<br>2 N. LASALLE STREET SUITE 1110<br>CHICAGO IL 606023800 | 6. Sponsoring Office<br>OFFICE OF THE SECRETARY<br>Off of Asst Sec for Research & Tech<br>1200 New Jersey Avenue, East Building, 3rd<br>Washington DC 20590 | | 7. Period of Performance<br>05/15/2025<br>through<br>11/14/2026 |

| 8. Type of Agreement<br>[X] Grant<br>[ ] Cooperative Agreement<br>[ ] Other | 9. Authority<br>Pub. L. 117-58, November 15, 2021<br>IIJA Section 25005 | 10. Purchase Request or Funding Document No.<br>OS2025R1SMG047 |
|---|---|---|

| 11. Remittance Address<br>CHICAGO DEPARTMENT OF TRANSPORTATION<br>Attn: EMILE YOUNG<br>CITY OF CHICAGO DEPARTMENT OF FINANCE<br>121 N LASALLE ST, SUITE 700<br>CHICAGO IL 60602 | 12. Total Amount<br>Govt. Share: $1,490,000.00<br>Cost Share : $0.00<br>Total      : $1,490,000.00 | 13. Funds Obligated<br>This action: $1,490,000.00<br>Total      : $1,490,000.00 |
|---|---|---|

| 14. Principal Investigator<br>Thomas Carney<br>Phone: 312-744-3600 | 15. Program Manager<br>THY H. NGUYEN<br>Phone: 202-875-0520 | 16. Administrator<br>OFFICE OF THE SECRETARY<br>Off of Asst Sec for Research & Tech<br>1200 New Jersey Avenue, East Building, 3<br>Washington DC 20590 |
|---|---|---|

| 17. Submit Payment Requests To<br>OST Delphi eInvoicing System<br>https://einvoice.esc.gov | 18. Paying Office<br>OST Delphi eInvoicing System<br>https://einvoice.esc.gov | 19. Submit Reports To<br>See Reporting Requirements Checklist attachment |
|---|---|---|

20. Accounting and Appropriation Data
1734X2400B.2025.POLX000GRT.54000SMART.41000.61006600.0000000000.0000000000.0000000000.0000000000

21. Research Title and/or Description of Project
Chicago Accessible Intersection Navigation Application

| For the Recipient | For the United States of America |
|---|---|
| 22. Signature of Person Authorized to Sign | 25. Signature of Grants/Agreements Officer |
| 23. Name and Title | 24. Date Signed | 26. Name of Officer<br>THY H. NGUYEN | 27. Date Signed |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>69A3552541023 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR<br>CHICAGO DEPARTMENT OF TRANSPORTATION | | | | | | |
| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) | |
| | UEI:   NFECXMGA3MJ4<br>GRANT AGREEMENT UNDER THE FISCAL YEAR 2024 STRENGTHENING MOBILITY AND REVOLUTIONIZING TRANSPORTATION (SMART) GRANTS PROGRAM<br><br>This agreement between the United States Department of Transportation (the USDOT) and the City of Chicago reflects the selection of the Recipient to receive a Strengthening Mobility and Revolutionizing Transportation (SMART) Stage 1 Grant for the project entitled "Chicago Accessible Intersection Navigation Application".<br><br>The Recipient therefore agrees to all applicable Federal Financial Assistance law and regulations, and award TERMS & CONDITIONS, as provided in the following attachments:<br><br>1. DOT OST-R SMART Reporting Requirements Checklist Version May092025<br>2. DOT OST-R SMART Specific T&Cs- Articles 1-6 Version May092025<br>3. DOT OST-R SMART General T&Cs- Article 7-30 Version May092025<br>4. DOT OST-R SMART Program Exhibits Version May092025<br>5. Letter to USDOT Financial Assistance Recipients<br><br>Prepay Indicate: NO | | | | | |
| 00007 | IL Chicago Department of Transportation<br>Obligated Amount: $1,490,000.00<br><br>The total amount of award: $1,490,000.00. The obligation for this award is $1,490,000.00. | | | | 1,490,000.00 | |

JULY 2004

# EXHIBIT D

|               |                                                                          |
|---------------|--------------------------------------------------------------------------|
| **From:**     | Pike, Raine (OST)                                                        |
| **To:**       | Grant Davis                                                              |
| **Cc:**       | Nguyen, Thy (OST)                                                        |
| **Subject:**  | SMART Grant Award#69A3552541023                                          |
| **Date:**     | Wednesday, May 14, 2025 1:33:35 PM                                       |
| **Attachments:** | 69A3552541023 AA TN.pdf                                               |
|               | DOT OST-R SMART Articles 7-30 May092025.docx                             |
|               | DOT OST-R SMART Exhibits May092025.docx                                  |
|               | DOT OST-R SMART Reporting Requirements Checklist May092025.docx          |
|               | DOT OST-R SMART Specific TCs Article 1-6 May092025.docx                  |
|               | Letter to All Recipients of USDOT April 24, 2025.pdf                     |
| **Importance:** | High                                                                   |

[Warning: External email]

Good afternoon, Grant,

Thank you for your patience waiting for the Assistance Agreement. Please try and have it signed and back to me by tomorrow if at all possible.
Feel free to reach out with any questions you may have.

Best,
Raine

### *Raine Pike*

Grants Management Specialist
SMART Grants Program
Office of the Assistant Secretary for Research and Technology
U.S. Department of Transportation
202.849.0006
https://www.transportation.gov/grants/SMART