UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

                Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

                Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF DIRECTOR KELLY SCOCCO

I, KELLY SCOCCO declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I have a Bachelor of Arts Degree in Geography with a Certificate in Urban Studies and Regional Planning from Kent State University.

3. I currently serve as the Director of the Department of Public Service for the City of Columbus. I have over 25 years of planning experience in both the public and private sectors. I was named Director of the Department of Public Services in May of 2024 after serving as a Deputy Director for more than eight years. In that role, I was responsible for overseeing transportation planning, infrastructure design and construction and maintenance operations. During my time at Public Service, I have been instrumental in leading the city's participation in

DECLARATION OF KELLY SCOCCO - 1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

transformative regional mobility initiatives, including LinkUS and Vision Zero Columbus to support safe modes of transportation for all. Before joining Public Service, I served as Assistant Director at the city's Department of Building and Zoning Services, where I was responsible for managing private development projects through Columbus' building and zoning processes. Previously, I served as Transportation and Planning Manager with CHA Consulting, Inc., as Deputy Director of Transportation System Development at the Ohio Department of Transportation, and as a land use and transportation planner with two private consulting firms. I serve or have served on several state, regional and local transportation commissions and committees to advance safe and multimodal travel in Columbus and the region. These include the LinkUs Executive Committee, the Mid-Ohio Regional Planning Commission Board, MORPC Transit Supportive Infrastructure Committee, Central Ohio Greenways Board and Vice Chair of its Trail Development Working Group, and the Central Ohio Passenger Rail Committee. I am a member of the National Association of City Transportation Officials (NACTO).

4. The Columbus Department of Public Service has over 700 employees with operating and capital budgets of $275 million and an additional $270 million in grant funding. The Department of Public Service is responsible for the city's transportation system, traffic management, mobility and parking planning, right-of-way management and essential services such as trash, recycling and yard waste collection, snow plowing and street maintenance.

5. The Columbus Department of Public Service provides a variety of essential services that maintain and improve the traveling safety and quality of life for Columbus residents. It also serves an important role in supporting the growth and economic development of the City of Columbus and the Central Ohio region.

6. The Department of Public Service maintains more than 5,000 lane miles of

DECLARATION OF KELLY SCOCCO - 2

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

roadways, including 217 bridges, in the city of Columbus. It also designs and constructs roadway improvements and street resurfacing projects. The Department also designs and builds or installs, when and where feasible, facilities to make Columbus a more pedestrian and bike friendly city. The Department of Public Service also designs and constructs or installs traffic calming measures to make neighborhoods safer for pedestrians and bicycles. The Department of Public Service also installs and maintains street signs and traffic signals inside the city.

7. The Department of Public Service is responsible for coordinating the City of Columbus' Vision Zero Program. Vision Zero is Columbus' citywide commitment to achieving zero deaths and serious injuries on Columbus surface streets by 2035. Columbus adopted its first Vision Zero Action Plan in March 2021, and it adopted the current 2023-2028 Vision Zero Action Plan in June 2023. The Vision Zero Action Plan identifies Vulnerable Road Users as pedestrians, bicyclists, and motorcyclists – individuals inherently more at risk of injury when involved in any traffic crash. There were approximately 297 non-freeway fatal crashes from 2019 through 2023, of which more than half involved vulnerable road users: 145 fatal vehicle crashes not involving a vulnerable road user (46% of all fatal non-freeway crashes); 103 fatal pedestrian crashes (33% of all fatal non-freeway crashes); 55 fatal motorcycle crashes (18% of all fatal non-freeway crashes); and 10 fatal bicyclist crashes (3% of all fatal non-freeway crashes).

8. Since 2020, the Department of Public Service has been awarded over $200 million in funding from the United States Department of Transportation (USDOT) Federal Highway Administration (FHWA) through formula funding grants and discretionary grants for various projects across Columbus. USDOT directly awarded the discretionary grant funds, and the Ohio Department of Transportation (ODOT) and the Mid-Ohio Regional Planning

DECLARATION OF KELLY SCOCCO - 3

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Commission (MORPC) awarded the formula funds. The City of Columbus itself on average since 2020 contributes local funds in the amount of $38.3 million per fiscal year or over $229 million to augment and supplement the federal funding. This allows Columbus to design, build, and maintain its roadways while also making sure that those same roadways are safe for roadway users, including pedestrian and bicycle traffic.

9.  The Department of Public Service has a Grants Coordinator who applies for formula funding grants and discretionary grants from the USDOT as well as ODOT and MORPC.

10. On or about August 29, 2024, Grants Coordinator Timothy Nittle filed an application that included Federal Assistance, SF-424, asking for $1,320,000.00 for supplemental planning to improve vulnerable road user safety in Columbus. The City had promised to use $330,000.00 of its own funds for this project. The project would allow Columbus to develop two different supplemental safety plans. Those plans are the Comprehensive Vulnerable Road User Safety Plan and the Safe Routes to School District Wide School Travel Plan. Under the Comprehensive Vulnerable Road User Safety Plan, Columbus would develop a pedestrian priority network and an implementation toolbox. Columbus does not currently have a pedestrian priority network. The second safety plan would update existing policies for determining when and where to install new street lighting in order to better define safety needs in the prioritization of installing new street lighting.

11. On November 15, 2024, Columbus was notified by email that FY24 SS4A funds had been awarded for this plan. Columbus received an updated draft agreement for this project from FHWA, with a request that the grant agreement be signed by May 13, 2025. This grant agreement would incorporate FHWA's revised Terms and Conditions. The terms and conditions

DECLARATION OF KELLY SCOCCO - 4

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

concerning DEI, Immigration, Gender Ideology, and Discrimination are vague and confusing. While Columbus does not discriminate against individuals in violation of the Fourteenth Amendment, these conditions appear to go beyond that requirement. Furthermore, these conditions appear to violate other grant agreements we have received from US DOT, ODOT, or MORPC for other projects under which we have received federal funds. In addition, while Columbus does not harbor undocumented individuals, these Orders appear to affirmatively require cooperation without defining what that cooperation entails. This may violate city code. Columbus has asked for an extension until May 27, 2025 to sign this grant agreement. US DOT has not yet responded to that request and Columbus does not know whether US DOT would grant any further extensions.

12. On September 15, 2022, Columbus also applied for another grant under the SS4A program. In this application, Columbus asked for $12,000,000 in federal funds from the FHWA and the city promised to commit $14,100,000 of its own funds for a project known as the Livingston Avenue West. This project will allow Columbus to modify one of the most dangerous corridors in the city by reconfiguring traffic patterns in order to reduce fatal and serious injury crashes, lower vehicular operating speeds, and reduce pedestrian crashes. Columbus was notified by email on January 31, 2023 that FY22SS4A funds had been awarded to this project. Columbus submitted a draft agreement to FHWA staff for this project prior to January 20, 2025. It has not yet received a finalized agreement on this project.

13. On or about February 28, 2024, Columbus applied for a FY24 RAISE award for the Linden Green Line. Columbus asked for $12,000,000 in funds from USDOT. The city promised to commit $8,658,100 of its own funds to this project. This project would allow Columbus to convert an abandoned 7 mile rail corridor into an urban active transportation

DECLARATION OF KELLY SCOCCO - 5

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

corridor and linear park. The project runs in close proximity to Cleveland Avenue and Westerville Road and will help address significant roadway safety concerns for pedestrians and bicyclists by providing a parallel transportation facility. Although USDOT did not fund this project during the FY24 RAISE funding cycle, USDOT identified the project as a Project of Merit and invited Columbus to resubmit the proposal for consideration during Round 1 of the FY25 RAISE cycle. Columbus did resubmit the project and on January 10, 2025, the city was notified by email that FY25 RAISE funds had been awarded. Columbus has not yet received a draft agreement for this project from FHWA, and FHWA cancelled the initial kickoff meeting for FY25 RAISE recipients and that meeting has not been rescheduled.

14. If Columbus was to fund these projects with local money from the Capital Improvement Budget, the City would need to remove funds that it has currently dedicated to road resurfacing work. The current funded road resurfacing project budget is approximately $51 million. The Department of Public Service maintains more than 5,000 lane miles of City roadways. Approximately 96% of this network consists of an asphalt surface with concrete (3%) and brick (1%) making up the difference. Road resurfacing refers to the preventative maintenance and minor rehabilitation process of renewing the top layer of a road to enhance durability and prolong its lifespan. It is a crucial maintenance activity to prevent potholes, cracks, and other forms of deterioration, ensuring the safe and efficient travel of freight, commuters, and residents through Columbus and Central Ohio. Preventive maintenance activities include crack sealing, slurry sealing, chip sealing, and micro-surfacing. Minor rehabilitation includes milling/resurfacing, partial/full-depth pavement repairs, ADA ramp upgrades, curb repair, and pavement marking and loop detector replacement. It is in the City's best interest to maintain its streets through a viable resurfacing program. Without such a

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

program, streets will deteriorate more rapidly, and in the long run, rehabilitation costs will be greater.

15. All three projects address significant safety concerns within Columbus and its communities. The FY23 SS4A Vulnerable Road User Project is necessary to help the city develop plans to address significant, citywide safety concerns: more than half of all fatal traffic crashes on Columbus surface streets involve a vulnerable road user; and approximately 30%-40% of streets in Columbus do not have street lighting. Losing federal funding for this supplemental planning project would delay the project until replacement funding could be secured. The FY22 SS4A Livingston Avenue addresses significant city and regional safety concerns. When the application was submitted, MORPC compared the corridor's crash data to the general Metropolitan Planning Organization (MPO) area, and it found the project corridor segment exhibited a significantly higher fatality rate (6x) and serious injury rate (5x) than the general MPO area. The community depends on the corridor to access bus routes and bus stops, as well as small businesses. If the project was delayed or scaled back due to losing federal funds, the roadway will continue to be a significant safety concern. In between the time Columbus submitted its initial FY22 SS4A application and the FY22 awards being announced, a vehicle departed the roadway and struck a small business within the project corridor. The FY25 RAISE Linden Green Line helps address similar safety concerns for pedestrians and bicyclists within the project corridor and surrounding communities. Cleveland Avenue is a busy corridor with numerous small businesses, transit stops, and bus-rapid transit stops. A significant number of residents rely on walking, biking, and transit for their transportation needs. Delaying this project would delay the City's ability to provide a safer corridor for pedestrians and bicyclists.

16. Livingston Avenue has a number of small commercial businesses along the

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

corridor. There is currently not a large setback in a big portion of this corridor. The project will reduce the risk of roadway departures and vehicles striking buildings and pedestrians by increasing the distance between the curb line and existing buildings and by decreasing excessive operating speeds in order to lower risks of cars striking buildings or pedestrians.

17. If Columbus needed to move money out of its road resurfacing budget, the city would need to reduce money available to those contractors and subcontractors who do this work causing them to lose their own funding streams and work. Further, the City would need to defer maintenance for road resurfacing and that would result in increased future expenses because of a negative impact on roadway life cycles.

18. Delays starting a project may result in a delay to finish. Further, when projects are delayed, completion costs for those projects tend to increase. Those increases make certain projects ultimately too expensive to complete or force the City to move money out of future projects to complete these projects. The City will usually pay design costs for many roadway projects. For projects it identifies where federal funding will be necessary to construct the project or make acquisitions, the City will not be able to start design work since the project will not be something the City can afford to undertake on its own. By delaying design, the ultimate end of the project is delayed.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of May, 2025.

_Kelly Scocco_
KELLY SCOCCO

DECLARATION OF KELLY SCOCCO - 8

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

                          */s/ Gabriela DeGregorio*
                          Gabriela DeGregorio
                          Litigation Assistant
                          Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750