THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., | No. 2:25-cv-00814-BJR |
| Plaintiffs, | DECLARATION OF JESSICA GOULD |
| v. | |
| SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., | |
| Defendants. | |

I, JESSICA GOULD, declare under penalty of perjury under the laws of the State of Washington as follows:

1.      I am over the age of majority. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters contained herein.

2.      I hold a Bachelor of Science (B.S.) in Education from Northern Arizona University (2000).

3.      I am presently employed as the Grants Program Manager in the Development Department of the Intercity Transit ("IT"). I have worked for IT for over 10 years.

4.      IT operates fixed-route bus, paratransit, vanpool and community van service, as well as a free program for people seeking employment called "Village Vans."

DECLARATION OF JESSICA GOULD - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

5.    IT also operates and maintains two transit centers; an administrative, operations and maintenance facility; 976 bus stops; the Amtrak Centennial Station; and 2 park and ride lots.

6.    IT employs over 540 people. IT has a fleet of 140 buses (85 coaches and 54 Dial-A-Lift vans) and 197 van and carpool vehicles. IT's fixed route service provides service to 976 bus stops, 2 park-and-ride lots, and two transit centers across the county which are all maintained by IT.[1]

7.    IT provides over 3.8 million annual rides each year and ridership has increased 19.55% between 2022 and 2023.[2]

8.    In my capacity as IT's Grants Program Manager, I manage and oversee federal and state grant applications and grant compliance for IT. Since IT began transit operations in 1980, IT has had a long partnership with the U.S. Department of Transportation, primarily through its Federal Transit Administration (FTA) division. IT utilizes federal grants to help improve our transit services, thereby driving economic growth, serving working families and vulnerable populations, and enhancing the safety and security of our system. These federal grants are an integral part of IT's financial planning and budget, and provide critical funding for project implementation. These grants help IT to maximize travel options for Thurston County residents while enhancing IT's capacity to maintain its assets in good repair.

9.    There are five (5) FTA grant programs through which IT receives most of its grant funding, each of which is codified in 49 U.S.C Chapter 53. Current funding authorization levels were established in 2015 by the Fix America's Surface Transportation (FAST) Act, Pub. L. No. 114-94 (2015); and again in 2021 by the Infrastructure, Investment, and Jobs (IIJA) Act, Pub. L.

---

[1] For IT Fact Sheet Spring 2025, see https://www.intercitytransit.com/sites/default/files/2025-05/Fact%20Sheet%20Spring%202025%20Final.pdf (last visited May 16, 2025.)
[2] For the statistics on annual rides, see https://www.wsdot.wa.gov/publications/manuals/fulltext/m3079/spt.pdf (last visited May 16, 2025).

DECLARATION OF JESSICA GOULD - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

No. 117-58 (2021), sometimes also called the Bipartisan Infrastructure Law (BPIL). The five grant programs set forth in 49 U.S.C. Chapter 53 are: Section 5307 (urbanized area formula grants); Section 5339 (bus and bus facilities grants); Section 5310 (transportation for older adults and disabled); Section 5340 (growing states and high-density states formula program) and the USDOT SMART grant program. These programs provide a mix of formula and discretionary grants to transit agencies. Formula grants are non-competitive and are distributed to every member in a group based on specific parameters set by Congress, such as state population. Discretionary grants are awarded pursuant to an application process, are often competitive, and are awarded at the discretion of the FTA.

10.    As of the date of this declaration, IT has received approval for five (5) existing, obligated FTA grant programs collectively worth more than $20,775,614. IT has drawn down approximately $10,886,034 leaving approximately $9,889,580 available for ongoing projects. For Federal Fiscal Year 2025, with the recently passed appropriations Act, IT's estimated allocation of formula funding is $7,146,399. IT has not yet developed applications for these funds as the apportionments have yet to be finalized. However, due to the uncertainty caused by the new Master Agreement language, none of the $27,187,583 currently appropriated to IT, obligated or not, is available for projects. Of the approximately $27,187,583 in awarded but not yet obligated FTA grants spanning federal fiscal years 2023 through 2025, $9,260,333 is competitively awarded funding and $17,927,249 is Formula or Directly Apportioned funding.

11.    In order to satisfy federal capital project planning requirements, and based on past experience and prior funding, IT has conservatively estimated that under existing Congressional formula and discretionary grant funding allocations, IT would likely receive $39,059,098 in federal funding for the 2026-2028 biennium. The grand total of IT's remaining balance of obligated grants,

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Docusign Envelope ID: B5341D65-7E94-4B08-8273-F89C7C6F10A1

awarded but unobligated funds, and predicted FTA funding for the period 2023-2028 thus totals $66,246,681.

12.     Given the amount of money at stake,  these FTA grant programs are critical to IT's ongoing transit operations. IT relies on the funds provided by these grant programs to develop, construct, maintain, repair, and replace a wide range of transit vehicles and facilities across its system. For example, IT uses Section 5307 (urbanized area formula grants) funds to pay for capital expenditures,   to acquire replacement buses, or additional buses to maintain and expand service. At times, IT uses Section 5307 grant funding to pay for bus maintenance (which FTA defines as a capital expenditure). IT has also used Section 5307 funding to pay for other large capital projects, such as the Pattison Maintenance Operations and Administration Rehab & Modernization  ("The Pattison Project"). As such, Section 5307 grant funds have been or will be employed in The Pattison Project and other future capital projects. For the period of 2024-2025, IT has a total of $22,794,448 in awarded but not yet obligated Section 5307 grant funds; and for the period 2026-2028 IT has conservatively assumed (for federal capital project planning purposes) that it will receive an additional $24,984,503 in Section 5307 grant funds. The sum of IT's obligated, awarded, and anticipated Section 5307 grant funds for the period 2021-2028 is thus $47,778,951. Application WA-2025-027-00 includes $5,863,599 of Section 5307 funds in FY 2024 for The Pattison Project . These funds will be used to complete improvements and modernization of the Pattison Fleet Maintenance building, including pavement replacement, new stormwater system, and propane fueling station along with all remaining South parcel site improvements as required for re-development. This project is underway and is critical to Intercity Transit's operations.

13.     Similarly, IT is relying on $1,484,633 of 5339 (bus and bus facilities grants) awarded funds to pay for the paratransit vehicle replacements project. IT intends to prepare

DECLARATION OF JESSICA GOULD - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

information for its pending Replacement Coach Project application to FTA's Low or No Emission Grant Program - 5339(c) grant process, which IT presently intends to submit in FY 2025 with the hope of receiving a grant award in FY 2026. Depending on the ultimate proposal, IT may seek between $12M and $25M in additional Low or No Emission Grant Program - 5339(c) and/or Bus and Bus Facilities competitive funding for necessary replacement coaches or a capitol construction project to rehabilitate an existing building at the Olympia Transit Center.

14.    IT relies on FTA's Section 5310 (transportation for older adults and disabled formula) funds, which are used for paratransit vehicle replacements. Over time, IT has relied on Section 5310 funding to pay for necessary paratransit vehicle replacements. At present, IT has $638,207 in awarded but not yet obligated Section 5310 funding for the 2024-2025 period, to purchase paratransit vehicle replacements. IT has conservatively estimated that based on past funding levels, IT could anticipate an additional $1,035,334 for the years 2026-2028 inclusive, leading to a grand total of $1,673,541 in awarded, and anticipated Section 5310 funding for the years 2024-2028.

15.    IT relies on FTA's Section 5340 (growing states and high-density states formula) funds. These funds are typically used for eligible capital vehicle projects. As such, IT currently has $270,294 in awarded but not yet obligated Section 5340 grant funds for the FY 2025. IT conservatively estimates that it would likely be awarded an additional $860,515 for the 2026-2028 time period, for a grand total of $1,130,809 in awarded but not yet obligated, and anticipated Section 5340 grant funds.

16.    Lastly, IT has been awarded a new competitive grant through the USDOT SMART grant. These funds are for projects that incorporate AI-Powered Smart Sensors & Integrated Data Management Dashboard. As such, IT currently has $2,000,000 in awarded but not yet obligated

DECLARATION OF JESSICA GOULD - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

USDOT SMART funds awarded for use in FY 2025. IT conservatively estimates that it would likely be awarded an additional $5,000,000 for Phase 2 of this project for the 2026- 2028 time period, for a grand total of $7,000,000 in awarded but not yet obligated, and anticipated USDOT SMART funds.

17.    Given the range of IT transit operations that are funded by these five FTA grant programs, FTA grant funds are critical to IT's existing and planned transit operations. The scope and scale of IT's existing and near-future planned transit operations would have to be substantially curtailed, and some elements abandoned, if any substantial portion of this FTA grant funding were to be withheld or eliminated. Loss of grant funding would impact Intercity Transit and the community we serve in many ways. Vehicles that are not replaced due to a delay in ordering vehicles  cause transit delays and service issues. The delays of innovative technological projects cause transit and other traffic inefficiencies. Bus stops without rear door landing pads, lighting, seating, and shelters create a low-quality user experience. Finally, loss of grant funding for programs that educate and encourage youth and families to use transit, walk, and bike can harm successful programs and those who can benefit most from our services. Loss of FTA and USDOT Grant funds would negatively affect Intercity Transit's ability to provide necessary transit and transportation service to the Thurston County Region within the Public Transportation Benefit Area.  This loss of funding would curtail Intercity Transit's ability to complete improvements to its maintenance facility which is in the midst of construction and re development. As of the date of this declaration, I know of no other existing or proposed funding source that could replace FTA's grant funds.

18.    Further, any material disruption in the FTA grant funding process or expected flow of funds may have consequences to IT extending far into the future. Under the IIJA and previous

DECLARATION OF JESSICA GOULD - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

transportation acts, states are required to maintain a statewide transportation improvement program (STIP). This document identifies all transportation projects with awarded federal funding for four years, starting with the current year. Projects in the STIP can be programmed with funds appropriated by Congress, or assumed future funds based on the funding targets for those years authorized in transportation acts such as the current IIJA. A project must be in the STIP for FTA to obligate funds to an agency such as IT. Adding federally funded projects to the STIP, which requires project submissions from IT, can require up to five years of advance planning. As a result, IT is in the middle of substantive project planning now, in 2025, for 2027, 2028 and beyond—even though there are no guarantees of federal funding.

19.    The interrelationship between IT's extended planning horizons and the multiyear FTA grant funding processes highlights the importance of these FTA grant funds to IT's existing and future transit operations and facilities, and the difficulty in replacing them. IT would have to fundamentally rework its longstanding financial plans and procedures, capital project delivery process, and service delivery models in ways that could impact IT's mission, its employees, and its riders. Without FTA grant funds, IT's service network would have to be cut back in ways that could reduce mobility options for Thurston County's population while increasing traffic congestion and slowing the movement of goods across our region.

20.    Under the four primary FTA grant programs under 49 U.S.C. Sections 5307, 5339, 5310 and 5340, as well as the USDOT SMART grant, each of IT's additional awarded (but not yet obligated) grants, will require IT to execute a grant document that incorporates by reference FTA's updated 2025 Master Agreement Version 33. See ECF 6 Ex. A. Typically, FTA annually updates its Master Agreement, and until now IT has been able to execute each version of the Master Agreement without difficulty or concern.

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

21.     The 2025 Master Agreement is different from prior agreements. It was not delivered to IT, but only made available on FTA's website. In addition to being updated twice in the space of five weeks—itself highly unusual—the updated Master Agreement contains a number of revisions imposing new, different terms and conditions.[3] Redline versions of the two 2025 Master Agreement updates, showing the revisions as redlines against the prior versions of the Master Agreement, are available at ECF No. 6 Exs. B-1 and B-2.

22.     The revisions of concern to IT include the revisions in section 12(n) on page 58 of the revised Master Agreement, common to both Version 32 and Version 33, which read as follows:

(n)     *Federal Anti-Discrimination.*

(1)     Pursuant to section (3)(b)(iv)(A), Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, the Recipient agrees that its compliance in all respects with all applicable Federal anti discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.

(2)     Pursuant to section (3)(b)(iv)(B), Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, by entering into this Agreement, the Recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination laws.

23.     New provision 12(n) is concerning. See Declaration of Morrison and Exs. C, D, and E thereto.

24.     Given the lack of clarity and open-endedness of the certification demanded by Section 12(n)(2), I am concerned that if IT were to execute grant agreements incorporating the 2025 Master Agreement by reference and make that certification, which is deemed "material" to FTA's payment decisions under Section 12(n)(1) of that Agreement, then IT would potentially be

---

[3] FTA has released two updates to its Master Agreement in 2025: Version 32, released March 26, 2025; and Version 33, released April 29, 2025. See https://www.transit.dot.gov/funding/grantee-resources/sample-fta-agreements/fta-grant-agreements (visited May 15, 2025). In my experience, it is highly unusual for FTA to update its Master Agreement twice in one calendar year, let alone twice in five weeks.

DECLARATION OF JESSICA GOULD - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

at risk of exposure to a lawsuit under the False Claims Act, 31 U.S.C. 3729, and the treble damages and attorney's fees that could accompany an adverse ruling under that act per 31 U.S.C. 3729(a)(1) and 3729(a)(3). This is so because it is possible that IT could make the certification having unintentionally overlooked some piece of agency guidance, an "administrative practice," or a "similar document" later deemed authoritative and binding on IT per Master Agreement Section 2(14). In addition to anti-DEI conditions on discrimination, IT's letter from Secretary Duffy (Dkt 6, Ex. D) imposes conditions that grantees comply with Federal immigration enforcement. *Id*. at 2. This condition is unrelated to the FTA funding awarded to IT, and similarly gives rise to potential violation of the False Claims Act as discussed above.

25.    IT received notice on April 21, 2025 of the first grant (WA-2025-027)—a $5,863,599  dollar grant that IT could draw from immediately if the grant agreement were executed. IT understands it has a 90-day window to sign for this first grant, with an estimated deadline in July. IT received notice that the USDOT SMART grant was ready to be executed on May 13, 2025, with a signature due date of May 15, 2025. The total amount of funds involved with that USDOT SMART grant agreement is $2,000,000. IT has not signed either agreement, but needs to sign the grant agreements it received on April 21, 2025 and May 13, 2025 immediately so that it would have access to draw down against those grants to pay for current projects. The deadline for the SMART grant has come and gone, without indication whether the award would remain available to IT for important projects incorporating AI-Powered Smart Sensors & Integrated Data Management Dashboard—thereby placing projects on hold until funds are made available and can be drawn down. IT is unable to sign for these funds while untenable risks of compliance and confusion halt further progress. Moreover, IT must understand now whether or not it will be able to accept this grant funding and future funding in order to know whether its projected funding and

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Docusign Envelope ID: B5341D65-7594-4B08-8233-589C7C6F10A1

projects need adjustment. Further, it is not clear to IT whether the FTA will assert that any new draws are subject to the new Master Grant Agreements or the Agreements in place at the time of obligation.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _____ day of May, 2025.
5/19/2025

DocuSigned by:

*Jessica Gould*

AFBAA67B8B8B465

JESSICA GOULD

DECLARATION OF JESSICA GOULD - 10
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1
2
3
4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

5
6
7
8
9
10
11
12

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

13
14
15
16
17
18

19
20

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

21
22

DATED this 21st day of May, 2025.

23
24
25

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

26
27

CERTIFICATE OF SERVICE