THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

   Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

   Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF APRIL CALVIN (METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY)

## DECLARATION OF APRIL CALVIN

I, April Calvin, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. My name is April Calvin. This declaration is based on my knowledge, professional education and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of the Metropolitan Government of Nashville & Davidson County ("Nashville"), which is one of many grant recipients that has been affected by the newly added terms and conditions imposed on federal grant funding.

2. I am the director of the Office of Homeless Services for the Metropolitan Government of Nashville & Davidson County. In this role, I provide leadership in collaboration with the Mayor, Metro Council, Metropolitan Development Housing Agency, and the Homelessness Planning Council (CoC Governance Board entity). Vital responsibilities include overseeing OHS's role as Homeless Management Information System (HMIS) Lead,

DECLARATION OF APRIL CALVIN - 1
No. 2:25-cv-00814-BJR

{N0688369.1} PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Coordinated Entry (CE) Lead, and Collaborative Applicant along with strategic coordination of agencies providing services to the unhoused Nashville population.

3. Nashville's Continuum of Care (CoC) is made up of many community partners that are working together to end homelessness in Nashville and Davidson County. As of July 2024, this is the list of CoC Organizations:

- AGAPE – Morning Star Sanctuary
- AGB Real Estate
- Ancora TN
- Aphesis House
- Ascension Care Management
- Ascension Saint Thomas
- Before and After 615
- Behavioral Health Foundation
- Bridges for the Deaf and Hard of Hearing
- Broken Restored Redeemed Ministries
- Catholic Charities of Tennessee
- Centerstone
- Choosing Justice Initiative
- City Road Chapel United Methodist Church
- Colby's Army
- Community Bridges Inc.
- Community Care Fellowship (CCF)
- Community Homes 33
- Community Resource Center
- Corrine's Place of Love
- Crescent Community Health Services
- Crossroads Campus
- Dismas Inc.
- Edgehill Neighborhood Partnership
- Elijah's Heart
- Empower TN
- Faith Community Inc.
- Firefly @ Vanderbilt
- Freeman Webb
- Gideon's Army
- Goodwill Industries of Middle Tennessee, Inc
- Launch Pad
- Love From the Heart
- Luke 14:12
- Mary Parrish Center
- Matthew 25

DECLARATION OF APRIL CALVIN - 2
No. 2:25-cv-00814-BJR

{N0688369.1} PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

- McKendree United Methodist Church
- Mending Hearts
- Mental Health Cooperative
- Metro Council
- Metro Development & Housing Authority (MDHA)
- Metro Planning Department Housing Division
- Metro Public Health Department (MPHD)
- Metro Social Services (MSS)
- Monroe Harding
- MNPS – HERO Program
- Nashville CARES
- Nashville Downtown Partnership
- Nashville General Hospital
- Nashville Rescue Mission (NRM)
- Nashville Street Project
- National Health Care for the Homeless Council
- NeedLink Nashville
- Neighborhood Health
- Oasis Center
- Office of Homeless Services (OHS)
- Omni Family Foundation
- Open Table Nashville (OTN)
- Operation Stand Down TN (OSDTN)
- Park Center
- Pawster Nashville
- People Loving Nashville (PLN)
- Pinnacle Point Properties
- Project Return
- Rescue1 Global
- Renewal House
- Restoration Pointe
- Room in the Inn (RITI)
- Rose's House
- Safe Haven Family Shelter
- Shower the People
- Shower Up
- Southern Alliance for People and Animal Welfare
- Step Up on Second
- Streetworks
- Tennessee Department of Veteran Services
- The Branch of Nashville
- The Bridges Inc.
- The Contributor
- The Family Collective
- The Next Door/Freedom Recovery Community
- The Salvation Army (TSA)

DECLARATION OF APRIL CALVIN - 3
No. 2:25-cv-00814-BJR

{N0688369.1} PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

- The Village at Glencliff (TVAG)
- Truxton Trust Company
- United Way of Greater Nashville
- UpRise Nashville
- Urban Housing Solutions (UHS)
- VA Hospital
- Vision Heirs Inc.
- Vanderbilt School of Nursing
- Vanderbilt Street Medicine
- Wayspring
- We Are Building Lives
- Welcome Home Ministries
- YWCA of Nashville and Middle Tennessee

4. I am responsible for all grant applications in the department, including the grants with the federal government.

5. On March 11, 2025, our office received a notice of award for two federal grants, under the Department of Housing and Urban Development's (HUD) Notice of Funding Opportunity (NOFO) for Fiscal Year (FY) 2024 Continuum of Care Competition and Replacement of Youth Homeless Demonstration Program Grants, for a total of $289,354. This funding was part of a total award of $11,846,313 to the Nashville-Davidson CoC.

6. Here is the breakdown given to our office:

TN0060L4J042417
HMIS Renewal 2024
$152,036

TN0269L4J042408
CE Renewal 2024
$137,318

7. On April 7, 2025, HUD Secretary Scott Turner announced that "going forward, grant agreements will include language that will require compliance with Executive Order 14218, Ending Taxpayer Subsidization of Open Borders, and the Department will take steps to ensure that Federal resources are not used to support "sanctuary" policies of State and local jurisdictions that

DECLARATION OF APRIL CALVIN - 4
No. 2:25-cv-00814-BJR

{N0688369.1} PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

actively prevent federal authorities from deporting illegal aliens."
https://www.hud.gov/news/hud-no-25-051

8. Our office has not yet received the grant agreements to sign, but based on past grant experience and timelines, we expect to receive the agreements within the next 4-8 weeks.

9. These federal grants will provide the essential infrastructure for the Nashville-Davidson County CoC. The HMIS Renewal Grant will fund the HMIS shared database which collects data on the number of individuals and families experiencing homelessness in Davidson County. Additionally, the CE Renewal Grant will fund the operation of a CE process that ensures that individuals and families experiencing homelessness or at risk of homelessness are assessed and referred to a variety of supportive services such as permanent supportive housing, including permanently housing people with disabilities, transitional housing for survivors of domestic violence, helping youth with rental assistance, and rapid rehousing services providing short to medium term rental assistance and supportive services.

10. The Metropolitan Government of Nashville and Davidson County has received these grants over the last five years. In 2024, 10,874 people were counted to be experiencing homelessness in Nashville Davidson County, according to the HMIS shared database. Of those 10,874 people experiencing homelessness, 1,947 people across 1,065 households, including 488 people experiencing chronic homelessness, 866 people with disabilities, 846 children, and 489 survivors of domestic violence were served by CoC funding. Additionally, in 2024, 1,367 people across 666 households in Nashville Davidson County were housed by CoC funding. In February 2024 alone, CoC funding helped provide $360,868.65 in rental assistance. CoC funding is actively supporting those that have exited homelessness maintaining 457 leases with 164 landlords.

DECLARATION OF APRIL CALVIN - 5
No. 2:25-cv-00814-BJR

{N0688369.1} PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

11. If Nashville refuses the grant agreement conditions announced by HUD Secretary Turner and is denied the federal funding, Nashville will suffer significant impacts on its ability to serve the homeless community. These are likely to include impacts on the Office of Homeless Services budget, including the inability to fund the web-based HMIS platform for the entire community. The HEARTH Act of 2009 requires all communities to have an HMIS with the capacity to collect unduplicated counts of individuals and families experiencing homelessness. Additionally, HMIS participation is a statutory requirement for recipients and subrecipients of CoC funding. The denial of federal funding would hinder the ability of Nashville to collect the necessary data to ensure that individuals and families experiencing homelessness are properly accounted for, to inform policy and decision making, and to perform needs analyses and establish funding priorities.

12. Partner organizations would also be significantly impacted by a denial of federal funding. The grant recipients of CoC funding would have to purchase their own license to access the HMIS database at significant cost to the grant recipients. Furthermore, without funding for the HMIS shared database and CE, the ability of recipient organizations to utilize CoC funding would be significantly hampered. Federal law requires the CE Lead to make referrals for supportive services. Funding for the HMIS shared database and CE are essential for CoC infrastructure and to ensure that individuals and families experiencing homelessness or at risk of homelessness receive referrals for the supportive services they need.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19TH day of May, 2025.

April Calvin

DECLARATION OF APRIL CALVIN - 6
No. 2:25-cv-00814-BJR

{N0688369.1} PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750