UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF LETTICIA NEAL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

I, LETTICIA NEAL declare as follows:

1.     I am the Pierce County Engineer and a professional engineer licensed in the State of Washington. In my capacity as the County Engineer I am charged with primary responsibility for oversight of the administration of FHWA grant funds.  I have been in this position with Pierce County since November 2024, and have been with Pierce County for more than 10 years.

2.     Pierce County relies on FHWA grant funding for road and infrastructure improvement projects that serve County residents and members of the public who travel on County roads.

3.     Pierce County has received grant funding from the FHWA since at least 1990. Some of that funding has been direct and some has been indirect.

4.     Currently Pierce County has been awarded approximately $14,186,725 in FHWA

DECLARATION OF LETTICIA NEAL IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

direct grant funding. The projects funded by these grants include culvert replacements, road and bridge preservation and rehabilitation.

5. For fiscal year 2025 Pierce County Planning and Public Works (PPW) has budgeted for approximately $3,260,000 in FHWA direct funding which makes up approximately five percent of PPW's annual road construction budget. This does not include millions of dollars in additional indirect federal FHWA funding.

6. The Fairfax Forest Reserve Road and Tolmie Creek Bridge projects were combined into a single grant agreement and executed with FHWA – Western Federal Lands Division on June 25, 2020 and awarded $6,586,725 in anticipated federal funds with an estimated project completion date of December 31, 2027. Pierce County has not drawn down or received all of the funding awarded in this grant.

7. The Culvert AOP FY 2022 project on Harts Lake Road at Horn Creek was awarded on March 20, 2024 and granted $7,600,000 in federal funding to the County with an estimated project completion date of December 29, 2028. Pierce County has not drawn down or received all of the funding awarded in this grant.

8. In addition to the FHWA direct grant funding, Pierce County also receives pass-through indirect FHWA grant funding from the Washington Department of Transportation ("WSDOT"). Pierce County currently has several applications for 2025 WSDOT indirect federal grants, including grants from the Federal Local Bridge Program, the National Highway System Asset Management Program, and the County Safety Program.

9. The FHWA funds support a variety of projects and programs crucial to Pierce County residents and the County relies on these federal grant funds to complete critical transportation infrastructure projects.

DECLARATION OF LETTICIA NEAL IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

10. Pierce County also anticipates applying for additional FHWA grant funding in the future and receiving additional pass-through FHWA funding through WSDOT and regional entities such as the Puget Sound Regional Council.

11. It is my understanding that the FHWA has recently issued new terms and conditions for recipients of competitive grant funding.

12. If Pierce County refuses the new FHWA grant conditions and federal grant funding is lost there would be a significant impact on the ability of the County to complete critical road and bridge infrastructure projects. Further, the uncertainty about pending applications and future funding relative to the new grant recipient conditions directly impacts Pierce County's ability to budget and plan for future projects.

13. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  20th  day of May, 2025.

_____
LETTICIA NEAL, PE

DECLARATION OF LETTICIA NEAL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

                                                      */s/ Gabriela DeGregorio*
                                                      Gabriela DeGregorio
                                                      Litigation Assistant
                                                      Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750