THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF KEN WALKER |

I, <u>KEN WALKER</u>, declare as follows:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2. I am the Interim Director of Grants Management, and Innovation ("GMI") for Pima County, Arizona ("Pima County"). I have been in this position since April 30, 2025, but have worked in this department since November 2021. Before joining Pima County, I was at Pima Prevention Partnership performing grant management work for more than twenty-five years.

3. As Pima County's Interim GMI Director, I am charged with overseeing and understanding all aspects of Pima County's grants management operations, including but not limited to, grant applications, grant compliance monitoring and reporting, and

DECLARATION OF KEN WALKER - 1
No. 2:25-cv-00814-BJR

tracking grant expenditures and related issues.

## PIMA COUNTY

4. Located in the American Southwest, covering 9,189 square miles, Pima County has almost nine times the land area of the State of Rhode Island. With a population of approximately 1.1 million people, Pima County is the second most populous county in Arizona. While the western portion of Pima County is dominated by the Tohono O'odham Nation, an American Indian reservation, Pima County's five municipalities, the largest of which is the City of Tucson, are primarily located in the eastern portion of Pima County. Pima County is also home to a nationally recognized institution of higher education, the University of Arizona.

5. Access to Pima County is provided by interstate and state highways, airlines, and railroads. Roadways maintained by Pima County and municipalities within Pima County provide the intra-county transportation network for motor vehicles, along with bus services by the City of Tucson in the metropolitan Tucson area and Regional Transportation Authority funded transit services in many rural areas of the County.

6. Pima County government provides a full range of services – local and regional, urban and rural – across the County's diverse geography and communities, managing over 7,000 employees and an overall budget of approximately $1.9 billion dollars. The County operates a regional wastewater system, oversees Pima County voting in local, state, and federal elections, and provides emergency management services. The Pima County Sheriff provides direct law enforcement services for unincorporated Pima County as well as countywide services mandated by state law. The County Attorney's Office, Public Services Department, Justice Courts, and Superior Court manage

prosecution and adjudication of state felony and misdemeanor crimes committed within the Pima County's boundaries and coordination of crime prevention strategies and victim recovery services with Pima County cities, police departments, municipal courts, and community-based organizations. Pima County also provides extensive public health and mental health services to the Pima County community.

### Impacts of the Withholding of Federal Grant Awards

7. Pima County's 2025 special revenue fund and enterprise operating budgets include approximately $216 million in federal revenue. Some federal funding is received indirectly through the State of Arizona or through another federal grantee like the City of Tucson. Often, County departments receive federal funding through specific grants that are funded by Congress and awarded by a federal agency for a specific purpose. In 2025, federal revenue represents approximately 13.1% of the County's overall budget.

8. Pima County, as part of the Tucson Pima Collaboration to End Homelessness ("Tucson/Pima CoC"), receives funding from the U.S. Department of Housing and Urban Development's (HUD) Continuum of Care (CoC) program authorized by the McKinney-Vento Homeless Assistance Act. In January 2025, the Tucson/Pima CoC was awarded approximately $13.2 million in CoC funding. Pima County additionally receives approximately $2 million in direct CoC funding from HUD.

9. A large portion of CoC funding is for permanent supportive housing (PSH), which provides long-term, affordable housing combined with supportive services for individuals and families experiencing, or at risk of, chronic homelessness. CoC funds also go towards rapid rehousing programs, which help individuals and families in

Pima County exit homelessness and return quickly to permanent housing by providing temporary financial assistance and other supportive services like Safe Haven Programs, transitional housing (including for unhoused youth), housing search, and stability case management.

10. Loss of this CoC funding would cause immediate and cascading damage to Pima County.

11. Failure to receive awarded federal funding may also have a material adverse impact on other Pima County funding streams. If sufficient amounts of awarded federal funds were withheld, Pima County would have to take on unplanned debt at higher rates to support its contract, project, and program commitments. If federal revenues are interrupted or withheld, Pima County does not have other flexible revenues to backfill.

12. Pima County is experiencing severe affordable housing and homelessness crises. Thousands of people in Pima County are homeless on any given day, putting them at increased risk of disease, violence, and exposure to extreme heat (particularly as the summer is upon us). As a result, Pima County has a longstanding commitment with its partners to address homelessness.

### **CoC Grants Application Process**

13. Tucson/Pima CoC has annually applied for and been granted CoC funding as part of the Tucson/Pima CoC since 1994. The Tucson/Pima CoC represents a coalition of stakeholders that includes the City of Tucson, Pima County, and numerous nonprofit organizations. The City of Tucson submits the CoC application to HUD on behalf of the Tucson/Pima CoC.

DECLARATION OF KEN WALKER - 4
No. 2:25-cv-00814-BJR

14. The CoC application process begins when HUD posts a Notice of Funding Opportunity ("NOFO"). The NOFO includes information on eligibility, application scoring criteria, and award administration, including a section on "Administrative, National and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs" that lists various statutes and regulations with which grantees must comply. Pursuant to the NOFO, the continuum submits a system-wide application that describes the local homelessness landscape and the continuum's response along with individual project applications. HUD scores the system-wide application, giving points for responses that show progress and align with HUD's priorities. The NOFO indicates for how much funding a continuum is eligible to apply. The application score determines whether and how much money is awarded to the projects included in the continuum application, with a separate grant agreement for each project. The sum of the grants awarded to the individual projects equals the amount awarded to the continuum as a whole. The local CoC also does an application process and vets projects that are submitted in the competitive application to HUD.

### New Conditions Imposed on Awarded CoC Funds

15. On or about April 4, 2025, HUD posted a letter to HUD's website to "HUD Grantees and Stakeholders" from Scott Turner, the Secretary of HUD, (the "Turner Letter")[1] directing that HUD funds be used for the benefit of American citizens and other qualified recipients, and not undocumented immigrants and that the conditions pertaining to immigration enforcement and verification comply with President Trump's Executive Order 14218. This requires that Pima County use the Systematic

---

[1] "Turner Letter" available here: 2025-04-04-HUD-Grantee-and-Stakeholder-Letter.pdf

DECLARATION OF KEN WALKER - 5
No. 2:25-cv-00814-BJR

Alien Verification for Entitlements (SAVE) system or an equivalent verification system approved by the federal government. Pima County's Community & Workforce Development (CWD) department administers the CoC programs. CWD has never been asked to verify immigration status in the past to administer CoC funds and thus does not have access to SAVE or an equivalent verification system from the federal government. Therefore, CWD lacks the ability to meet this additional condition required to obtain CoC funding from HUD. Our contracts with service providers include the requirement that providers agree not to discriminate against applicants based on protected status.

16. Pima County learned from other jurisdictions about anticipated individual grant agreements (CoC Agreements) from HUD for some CoC funds granted in FY 2024. On information and belief, Pima County anticipates receiving amendments to existing grants and agreements and terms for new grants similar to those received around the nation for HUD and DOT grant funds, with additional funding conditions that were not included in the NOFO and that Pima County was not aware of these additional funding conditions when Pima County applied for funding.

17. Specifically, the CoC Agreements require grantees to agree to conditions related to, among other things, prohibiting "gender ideology;" diversity, equity, and inclusion; and include requirements pertaining to immigration verification and enforcement, as well as abortion. None of these conditions appeared in prior CoC agreements.

### Negative Impacts of Losing Funding

18. The anticipated newly imposed conditions would force Pima County to either agree to new conditions on the grants **already awarded** to Pima County, including conditions

impossible to comply with, or lose access to funding that is critical to the welfare of program participants and to the community in Pima County.

19. Next, the loss of funding would negatively impact Pima County because Pima County has contracted with service providers in reliance on receiving the CoC funds. Providers continue to incur costs and expect the County to reimburse them.

### The Federal Transit Administration Grant

20. Pima County, through its Pima County Department of Transportation ("PCDOT"), is in charge of all highways, other engineering construction and improvements, alterations, and repairs to Pima County property, consistent with Pima County Board of Supervisors direction pursuant to A.R.S. §§ 11-562 and 48-3603, and Pima County Code Section 16.08.110. Specifically, PCDOT, with just under 200 employees, manages over 2,200 miles of roadways, bicycle and pedestrian facilities, transit services and infrastructure in unincorporated Pima County.

21. PCDOT has a long history of partnering with the U.S. Department of Transportation ("USDOT"), including through its Federal Transit Administration ("FTA") division, leveraging federal grant funds to improve Pima County's transit services and thereby drive economic growth, serve working families and vulnerable populations, and enhance the safety and security of Pima County's system. These federal grants are a part of PCDOT's financial planning and budget, provide funding for project implementation, and help PCDOT maximize travel options for Pima County residents it serves while enhancing PCDOT's capacity to maintain its assets in a state of good repair.

22. PCDOT is receiving pass-through funding from the City of Tucson through two FTA

grants, AZ-2019-002 and AZ-2020-004. $200,000 of that grant award was passed through the City of Tucson to Pima County to purchase and construct bus stop improvements (shelters, ramps, pads, and sidewalk connections to bus stops) within Pima County consistent with ADA Transit Enhancements, federal laws, and federal regulations, including but not limited to 49 U.S.C. Chapter 53.

23. As a subrecipient, Pima County has expended $133,457.07 relating to the FTA grants awarded to the City of Tucson.

24. In total, Pima County relies on federal transportation grants valued at more than $75 million (approx. $60.1 million, federal; approx. $15.6 local matching funds)—including over $240k in appropriated FTA grants, over $2.6 million in FAA grants, over $30.6 million in FHWA grants (programmed by Pima Association of Governments (PAG) and administered through a Certified Accepted Agency Agreement with Arizona Department of Transportation (ADOT)), over $35.7 million in FHWA grants (direct), and over $6.5 million through FHWA's Federal Lands Access Program to provide critical transit services and transportation improvements for the benefit of Pima County residents. The funding at risk includes both the federal grant amount and the required local match, $60.1 million and $15.6 million respectively.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of May, 2025.

KEN WALKER

DECLARATION OF KEN WALKER - 8
No. 2:25-cv-00814-BJR

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750