THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

               Plaintiffs,

v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

               Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF PATRICK
CORNELL

I, PATRICK CORNELL declare as follows:

1.     I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

**Personal Background**

2.     I am the Chief Financial Officer ("CFO") for the City of Pittsburgh.

3.     I began my career with the City of Pittsburgh in 2015 as a Budget Analyst after completing my Master of Public Administration from the University of Pittsburgh. As a Budget Analyst, I managed expenditures for several key departments, including Public Safety, Finance, and Human Resources. Since then, I have served as a Senior Budget Analyst, Assistant Director, and Deputy Director in the Office of Management and Budget. In my current role as the CFO, I oversee the City of Pittsburgh's Operating, Capital, and Community Development budgets.

DECLARATION OF PATRICK CORNELL - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

4.    I hold undergraduate degrees in Mathematics and Economics from the University of Pittsburgh. During undergraduate and graduate school, I deepened my understanding of government operations and the role that grant funding plays in the operation of cities like the City of Pittsburgh.

5.    Based on my background and experience with the City of Pittsburgh, I understand the critical role that grant funding plays in supporting the City of Pittsburgh's operations and long-term goals. Grant funding enables City of Pittsburgh departments to pursue projects and services that would otherwise be unattainable through the general fund alone. Grant funds are essential for addressing key priorities, especially in terms of connectivity to safety infrastructure including bridges, roadways and other traffic safety obstacles.

**The City of Pittsburgh and the Safe Streets and Roads for All Grant.**

6.    Currently the City of Pittsburgh is the recipient of many necessary Department of Transportation ("DOT") grants, and one specifically from the Federal Highway Administration ("FHWA") called the Safe Streets and Roads for All grant ("SS4A").

7.    The City of Pittsburgh is committed to achieving a future with zero traffic fatalities. The City of Pittsburgh has taken a significant step forward by adopting a "Vision Zero" resolution, demonstrating the City of Pittsburgh's unwavering dedication to safety on our streets. To move this vision from aspiration to reality, the City of Pittsburgh is relying on SS4A grant funds.

**City of Pittsburgh's award of a SS4A Grant.**

8.    As the CFO I am aware that in 2024 the City of Pittsburgh was awarded grant funds from pursuant to the SS4A grant program. The City of Pittsburgh planned to use those funds to conduct road safety audits of ten high injury corridors in the City. The grants funds would also develop a

DECLARATION OF PATRICK CORNELL - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

"Vision Zero" focus complete streets design. The City of Pittsburgh has plans to use the SS4A funds to deploy three demonstration projects, all of which will make the roads in the City of Pittsburgh safer.

9. The City of Pittsburgh, through its Department of Mobility and Infrastructure ("DOMI") intends to use the SS4A funds to conduct targeted studies within identified high injury traffic corridors. The studies will determine whether the specific streets or corridors are unsafe, why the traffic in the area is unsafe, and how to address those particular safety issues. The City of Pittsburgh further intends to use the findings of the SS4A funded studies to address any similar traffic issues throughout the City.

10. Based on the award of the funds in the SS4A grant, the City of Pittsburgh has already budgeted local funds to match the funds of the grant. The City of Pittsburgh has also planned to spend the SS4A grant money in approved budgets for the immediate fiscal years.

**SS4A Grant Application Process**

11. To get the funds described above, in 2024 the City of Pittsburgh responded to a NOFO announcing a competitive grant, the SS4A grant. The City of Pittsburgh developed and submitted an application in compliance with the FY 2024 SS4A NOFO's stated policy priorities, including equity and environmental justice.

12. The City of Pittsburgh was notified that it was awarded a SS4A grant via email September 9, 2024. The email notified the City of Pittsburgh that the parties to the SS4A would work diligently toward executing grant agreement in the matter.

**New terms and conditions of the SS4A Grant**

13. Initially, the City of Pittsburgh anticipated and was working with the Federal Highway Administration ("FHWA") to finalize a SS4A Grant Agreement in line the stated purposes and

DECLARATION OF PATRICK CORNELL - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    policies in the 2024 NOFO.

2        14. However, on or about May 9, 2025, the City of Pittsburgh received an updated SS4A grant

3    agreement ("SS4A Agreement") from the FHWA for the SS4A funds granted in FY 2024. The

4    *City of Pittsburgh generally signs and returns such agreements within approximately sixty (60)*

5    *days.* The SS4A Agreement contained additional conditions not previously included in the NOFO

6    and that the City of Pittsburgh was not aware of when it applied for funding. Specifically, the

7    SS4A Agreement requires the City of Pittsburgh to agree to conditions that appear to prohibit

8    diversity, equity, and inclusion. The conditions that prohibit diversity, equity, and inclusion

9    conflict with the City of Pittsburgh's home rule charter and ordinances. The City of Pittsburgh has

10   formally established the Equal Opportunity Review Commission ("EORC") to promote and

11   enforce equal employment opportunity practices in City of Pittsburgh contracts. Ordinances

12   governing the EORC include specific goals to make room for minority and women participation

13   in contracts. Eliminating DEI efforts would undermine these legally adopted policies and obstruct

14   the City of Pittsburgh's commitment to equitable contracting and inclusion. The new SS4A Grant

15   Agreement removed language encouraging the City of Pittsburgh to contract with small

16   businesses, minority businesses, women's business enterprises and even veteran owned

17   businesses. The City of Pittsburgh is unwilling and unable, as explained above, to sign the new

18   SS4A Grant Agreement due to its conflict with the City of Pittsburgh's commitment to equitable

19   contracting and inclusion . Attached to this Declaration as Exhibit A is a true and correct copy of

20   SS4A FY24 Grant Agreement Pittsburgh_ NEW TEMPLATE JME 05092025.

21   **Negative Impacts of Losing the SS4A Grant Funding**

22       15. The loss of the SS4A grant funding would significantly hinder the City of Pittsburgh's

23   ability to implement critical safety measures, putting citizens at risk. Loss of the SS4A grant funds

DECLARATION OF PATRICK CORNELL - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1

2

3

4

5

6

would negatively affect City -wide traffic calming efforts. Without the SS4A funding efforts Pittsburgh would be unable to do the targeted work to determine if a street or corridor is unsafe and plan to address the issue and would further lose the ability to use the knowledge and information gained in that project in application to all city traffic calming and traffic safety projects.

7

8

9

16. Furthermore, loss of the SS4A grant funding would negatively impact immediate future budgets within the City of Pittsburgh because the SS4A funds are already allocated to important traffic studies needed within the City of Pittsburgh.

10

11

17. I declare under penalty of perjury that the foregoing is true and correct.

12

13

14

15

EXECUTED this __19__ day of May, 2025.

PATRICK CORNELL

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF PATRICK CORNELL - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21ˢᵗ day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

# EXHIBIT A

1. **Federal Award No.**
   [insert No.]

2. **Effective Date**
   See No. 16 Below

3. **Assistance Listings No.**
   20.939

4. **Award To**
   City of Pittsburgh
   414 Grant Street
   Pittsburgh, PA 15219-2404

   Unique Entity Id.: MNM2NPJ8GVF3
   TIN No.: 25-6000879

5. **Sponsoring Office**
   U.S. Department of Transportation
   Federal Highway Administration
   Office of Safety
   1200 New Jersey Avenue, SE
   HSSA-1, Mail Drop E71-117
   Washington, DC 20590

6. **Period of Performance**
   Effective Date of Award – December 31, 2028

7. **Total Amount**
   | | |
   |---|---|
   | Federal Share: | $1,320,000 |
   | Recipient Share: | $330,000 |
   | Other Federal Funds: | $0 |
   | Other Funds: | $ |
   | Total: | $1,650,000 |

8. **Type of Agreement**
   Grant

9. **Authority**
   Section 24112 of the Infrastructure Investment and Jobs Act (IIJA, Pub. L. 117–58, November 15, 2021

10. **Procurement Request No.**
    HSA250180PR

11. **Federal Funds Obligated**
    Base Phase: Pre-NEPA $1,040,000

12. **Submit Payment Requests To**
    See Article 5.

13. **Accounting and Appropriations Data**
    [insert Data]

14. **Description of the Project**
    This phased agreement includes two supplemental planning activities (conducting road safety audits and developing a Complete Streets Design Manual) and two demonstration activities (initiating a Community Ambassador Program and quick build safety improvement installations in two areas). Preliminary engineering and final design of the quick build installations will be completed by city staff and will not utilize SS4A grant or matching funds.

Cornell Ex. A

**RECIPIENT**

**15.  Signature of Person Authorized to Sign**

_____
Signature                                          Date

Name: Ed Gainey

Title:  Mayor, City of Pittsburgh


Reviewed By:


_____
Signature                                          Date

Name: Jake Pawlak

Title: Director, Office of Management & Budget

**FEDERAL HIGHWAY ADMINISTRATION**

**16.  Signature of Agreement Officer**

_____
Signature                                          Date

Name:

Title: Agreement Officer

Cornell Ex. A

# U.S. DEPARTMENT OF TRANSPORTATION

## GRANT AGREEMENT UNDER THE
## FISCAL YEAR 2024 SAFE STREETS AND ROADS FOR ALL GRANT PROGRAM

This agreement is between the United States Department of Transportation's (the "**USDOT**") Federal Highway Administration (the "**FHWA**") and the City of Pittsburgh (the "**Recipient**").

This agreement reflects the selection of the Recipient to receive a Safe Streets and Roads for All ("**SS4A**") Grant for the Dignity in Human Mobility: City of Pittsburgh's Vision Zero Journey Towards Safer Communities.

The parties therefore agree to the following:

## ARTICLE 1
## GENERAL TERMS AND CONDITIONS

**1.1     General Terms and Conditions.**

(a) In this agreement, "**General Terms and Conditions**" means the content of the document titled "General Terms and Conditions Under the Fiscal Year 2024 Safe Streets and Roads for All ("SS4A") Grant Program,", which is available at https://www.transportation.gov/grants/ss4a/grant-agreements under "Fiscal Year 2024." Articles 7–30 are in the General Terms and Conditions. The General Terms and Conditions are part of this agreement.

(b) The Recipient acknowledges that it has knowledge of the General Terms and Conditions. Recipient also states that it is required to comply with all applicable Federal laws and regulations including, but not limited to, the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 CFR part 200); National Environmental Policy Act (NEPA) (42 U.S.C. § 4321 et seq.); and Build America, Buy America Act (IIJA, div. G §§ 70901-27).

(c) The Recipient acknowledges that the General Terms and Conditions impose obligations on the Recipient and that the Recipient's non-compliance with the General Terms and Conditions may result in remedial action, termination of the SS4A Grant, disallowing costs incurred for the Project, requiring the Recipient to refund to the FHWA the SS4A Grant, and reporting the non-compliance in the Federal-government-wide integrity and performance system.

Cornell Ex. A

# ARTICLE 2
# APPLICATION, PROJECT, AND AWARD

**2.1    Application.**

Application Title:    Dignity in Human Mobility: City of Pittsburgh's Vision Zero Journey Towards
Safer Communities

Application Date:    May 14, 2024

**2.2    Award Amount.**

SS4A Grant Amount: $1,320,000

**2.3    Federal Obligation Information.**

Federal Obligation Type:    Multiple

| Obligation Condition Table | | | |
|---|---|---|---|
| **Phase the Project** | | **Allocation of the SS4A Grant** | **Obligation Condition** |
| **Base Phase: Pre-NEPA** | Supplemental Planning Activity 01 | $650,000 | |
| | Supplemental Planning Activity 02 | $150,000 | |
| | Demonstration Activity 01 | $240,000 | |
| | Demonstration Activity 02 - Preliminary Engineering | $0 | |
| | **Base Phase Total** | **$1,040,000** | |

Cornell Ex. A

| Obligation Condition Table | | | |
|---|---|---|---|
| **Phase the Project** | | **Allocation of the SS4A Grant** | **Obligation Condition** |
| **Option Phase 1: Final Design** | Demonstration Activity 02 | $0 | The Recipient shall not expend any funds (Federal or non-Federal) for, seek reimbursement of eligible costs, or otherwise begin any part of the final design and construction of an Implementation Project unless and until: |
| | | | (1) The requirements of the National Environmental Policy Act (42 U.S.C. § 4321 et seq.) ("NEPA"), Section 106 of the National Historic Preservation Act (16 U.S.C. § 470f) ("NHPA"), and any other applicable environmental laws and regulations have been met; and |
| | | | (2) FHWA, or a State with applicable NEPA Assignment authority, has approved the NEPA document for the Project |

Cornell Ex. A

| Obligation Condition Table | | | |
|---|---|---|---|
| **Phase the Project** | | **Allocation of the SS4A Grant** | **Obligation Condition** |
| | | | and provided the Recipient with a written notice that the environmental review process is complete; and |
| | | | (3) FHWA has obligated additional funds for this phase and notified the Recipient in writing that the Recipient may proceed to the next activity after NEPA approval, and the Recipient has acknowledged receipt in writing of FHWA's notification. Recipient shall not proceed with any such activities until (2) and (3) as described in this section are met. Costs that are incurred before (2) and (3) as described in this section are met are not allowable costs under this agreement. |
| | | | Extent of activities that are permissible before NEPA is complete are those activities constituting "preliminary design" as specified in FHWA Order 6640.1A. |

Cornell Ex. A

| Option Phase 2: Construction | Demonstration Activity 02 | $280,000 | The Recipient shall not expend any funds (Federal or non-Federal) for, seek reimbursement of eligible costs, or otherwise begin any part of the construction or final design and construction of an Implementation Project unless and until: |
|---|---|---|---|
| | | | (1)      The requirements of the National Environmental Policy Act (42 U.S.C. § 4321 et seq.) ("NEPA"), Section 106 of the National Historic Preservation Act (16 U.S.C. § 470f) ("NHPA"), and any other applicable environmental laws and regulations have been met; and |
| | | | (2) FHWA, or a State with applicable NEPA Assignment authority, has approved the NEPA document for the Project and provided the Recipient with a written notice that the environmental review process is complete; and |
| | | | (3) FHWA has obligated additional funds for this phase and notified the Recipient in writing that the Recipient may proceed to the next activity after NEPA approval, and the Recipient has acknowledged receipt in writing of FHWA's notification. Recipient shall not proceed with any such activities until (2) and (3) as described in this section are met. Costs that are incurred before (2) and (3) as described in this section |

Cornell Ex. A

| Obligation Condition Table | | | |
|---|---|---|---|
| **Phase the Project** | | **Allocation of the SS4A Grant** | **Obligation Condition** |
| | | | are met are not allowable costs under this agreement.<br><br>Extent of activities that are permissible before NEPA is complete are those activities constituting "preliminary design" as specified in FHWA Order 6640.1A. |

### 2.4    Budget Period.

Base Phase Budget Period:  January 31, 2025 to March 31, 2028

Option Phase 1 Budget Period:  Reserved

Option Phase 2 Budget Period:  Reserved

### 2.5    Grant Designation.

Designation:   Planning and Demonstration

Cornell Ex. A

## ARTICLE 3
## SUMMARY PROJECT INFORMATION

### 3.1    Summary of Project's Statement of Work.

The City of Pittsburgh will utilize grant funds to help achieve a future with zero traffic fatalities and serious injuries. The grant funded efforts are consistent with the City's adoption of a Vision Zero resolution and include two Supplemental Planning Activities and two Demonstration Activities.

The project will be completed in three phases.

**Base Phase: Pre-NEPA**

Supplemental Planning Activity 01: Road Safety Audit & Proactive Novel Safety Research
- Conduct a Road Safety Audit of up to ten high injury corridors to be identified by the city in collaboration with the recommendations from the *Comprehensive Safety Action Plan for Allegheny County*.
- Identify and conduct research and modeling of the riskiest intersections in the city to inform planning and design of safety treatments and traffic safety design policies for these intersections. This work will be complete in partnership with Carnegie Mellon University's (CMU) College of Engineering.
- Produce a draft and final report that summarizes the findings and recommendations of the road safety audits and intersection research.

Supplemental Planning Activity 02: Vision Zero focused Complete Streets Design Manual
- Develop complete streets design guidelines for the right-of-way, focusing on fundamental principles of a safe and equitable transportation system. The document will establish a functional classification and mode-emphasis hierarchy for the city's streets and minimum standards for right-of-way design that prioritizes the needs of vulnerable road users. The manual will outline process to incorporate a data driven safety analysis in the traffic impact analysis in the city's existing development review system.
- Produce a draft and final report for the Complete Streets Design Manual.

Demonstration Activity 01: The Vision Zero Activity - Community Ambassador Program
- Develop marketing and educational campaign materials that can be used by community ambassadors to promote road safety, as well as the principles of vision zero and a safe system approach within their communities.
- Facilitate educational trainings with community ambassadors and community members on the idea of Vision Zero and road safety.
- Produce a draft and final report that provides an overview of the community ambassador program, before-and-after study of the effectiveness of the program through a participant surveys, recommendations and lessons learned.

Demonstration Activity 02: Enhancing Safety via Roadway Reconfiguration – Preliminary Engineering
- Preliminary engineering and NEPA approval for the all-mode safety improvements along Highland Avenue generally between Baum Boulevard and Stanton Avenue in the East Liberty neighborhood and Downtown Pittsburgh's Central Business District.  Preliminary engineering and identification of temporary materials for the quick-build installation will

Cornell Ex. A

be performed by City employees and will not be funded by SS4A grant or matching funds.
- o Highland Avenue potential improvements include pavement markings for a road diet, pavement markings and signage for dedicated bike facility, paint and bollard curb extensions, and high visibility crosswalks with appropriate signage.
- o Downtown Pittsburgh Central Business District potential improvements include paint and bollard daylighting, planters, and other temporary installations aimed at safeguarding spaces for bicyclists and pedestrians.

**Option Phase 1: Final Design, Right-of-Way, and Utility Relocation**

Demonstration Activity 02: Enhancing Safety via Roadway Reconfiguration – Final Design
- Prepare final construction plans, detailed construction specifications, and detailed cost estimate for safety improvements along Highland Avenue in the East Liberty neighborhood and Downtown Pittsburgh's Central Business District. Final design will be performed by City employees and will not be funded by SS4A grant or matching funds. The improvements will be built within the public right-of-way and will not require utility relocations.
- Collect pre-construction data.

**Option Phase 2: Construction**

Demonstration Activity 02: Enhancing Safety via Roadway Reconfiguration – Construction
- Construct temporary safety improvements along Highland Avenue and within the Downtown Pittsburgh Central Business District.
- Collect post construction data.
- Produce a draft and final report that includes an overview of the implemented improvements, before-and-after study of the effectiveness of the demonstration activities, and recommendations and lessons learned.

### 3.2    Project's Estimated Schedule.

**Supplemental Planning 01 Schedule**

| Milestone | Schedule Date |
|---|---|
| Planned Final Plan Publicly Available Date: | April 30, 2027 |
| Planned SS4A Final Report Date: | August 31, 2027 |

**Supplemental Planning 02 Schedule**

| Milestone | Schedule Date |
|---|---|
| Planned Final Plan Publicly Available Date: | January 31, 2027 |
| Planned SS4A Final Report Date: | May 31, 2027 |

**Demonstration Activity 01 Schedule**

| Milestone | Schedule Date |
|---|---|

Cornell Ex. A

| | |
|---|---|
| Planned SS4A Final Report Date: | March 31, 2028 |

**Demonstration Activity 02 Schedule**

| Milestone | Schedule Date |
|---|---|
| Planned NEPA Completion Date: | December 31, 2025 |
| Planned Construction Substantial Completion and Open to Public Use Date: | October 31, 2028 |
| Planned SS4A Final Report Date: | December 31, 2028 |

### 3.3    Project's Estimated Costs.

(a)  Eligible Project Costs

| Eligible Project Costs | |
|---|---|
| SS4A Grant Amount: | $1,320,000 |
| Other Federal Funds: | $0 |
| State Funds: | $0 |
| Local Funds: | $130,000 |
| In-Kind Match:[1] | $200,000 |
| Other Funds: | $0 |
| Total Eligible Project Cost: | $1,650,000 |

[1]Carnegie Mellon University (CMU) will provide in-kind services in support of Supplemental Planning Activity 01.

(b) Cost Classification Table – For Planning and Demonstration Grants with demonstration activities and Implementation Grants Only

| Cost Classification | Total Costs | Non-SS4A Previously Incurred Costs | Eligible Costs |
|---|---|---|---|
| Architectural and engineering fees | $1,300,000 | | $1,300,000 |
| Construction | $350,000 | | $350,000 |
| **Project Total** | **$1,650,000** | | **$1,650,000** |

(c) Indirect Costs

Indirect costs are allowable under this Agreement in accordance with 2 CFR part 200 and the Recipient's approved Budget Application.  In the event the Recipient's indirect cost rate changes, the Recipient will notify FHWA of the planned adjustment and provide supporting documentation for such adjustment. This Indirect Cost provision does not operate to waive the limitations on Federal funding

Cornell Ex. A

provided in this document. The Recipient's indirect costs are allowable only insofar as they do not cause the Recipient to exceed the total obligated funding.

Cornell Ex. A

## ARTICLE 4

## CONTACT INFORMATION

**4.1    Recipient Contact(s).**

Andrew Shull
Grants Officer, OMB
City of Pittsburgh
414 Grant St.
Phone: 412-255-8924
Email: andrew.shull@pittsburghpa.gov

**4.2    Recipient Key Personnel.**

| Name | Title or Position |
|------|-------------------|
| Panini A. Chowdhury, AICP, RSP | Senior Planning Manager (Transportation) |
| Angie Martinez | Assistant Director, Planning, Policy & Permitting |

**4.3    USDOT Project Contact(s).**

Safe Streets and Roads for All Program Manager
Federal Highway Administration
Office of Safety
HSSA-1, Mail Stop:  E71-117
1200 New Jersey Avenue, S.E.
Washington, DC 20590
202-366-2822
SS4A.FHWA@dot.gov

and

Agreement Officer (AO)
Federal Highway Administration
Office of Acquisition and Grants Management
HCFA-42, Mail Stop E62-310
1200 New Jersey Avenue, S.E.
Washington, DC 20590
202-493-2402
HCFASS4A@dot.gov

and

Division Administrator – Pennsylvania
Agreement Officer's Representative (AOR)
30 North Third Street, Suite 700
Harrisburg, PA 17101
717-221-3461
pennsylvania.fhwa@dot.gov

Cornell Ex. A

and

Jeffrey M Engle
Pennsylvania Division Office Lead Point of Contact
Operations-Safety Engineer
30 North Third Street, Suite 700
Harrisburg, PA 17101
717-221-4423
jeff.engle@dot.gov

Cornell Ex. A

**ARTICLE 5**
**USDOT ADMINISTRATIVE INFORMATION**

**5.1    Office for Subaward and Contract Authorization.**

USDOT Office for Subaward and Contract Authorization:   FHWA Office of Acquisition and Grants Management

SUBAWARDS AND CONTRACTS APPROVAL

Note: See 2 CFR § 200.331, Subrecipient and contractor determinations, for definitions of subrecipient (who is awarded a subaward) versus contractor (who is awarded a contract).

Note: Recipients with a procurement system deemed approved and accepted by the Government or by the Agreement Officer (the "AO") are exempt from the requirements of this clause. See 2 CFR 200.317 through 200.327.

In accordance with 2 CFR 200.308(f)(6), the recipient or subrecipient shall obtain prior written approval from the USDOT agreement officer for the subaward, if the subaward activities were not proposed in the application or approved in the Federal award. This provision is in accordance with 2 CFR 200.308 (f) (6) and does not apply to procurement transactions for goods and services. Approval will be issued through written notification from the AO or a formal amendment to the Agreement.

The following subawards and contracts are currently approved under the Agreement by the AO. This list does not include supplies, material, equipment, or general support services which are exempt from the pre-approval requirements of this clause.

**5.2    Reimbursement Requests.**

(a)  The Recipient may request reimbursement of costs incurred within the budget period of this agreement if those costs do not exceed the amount of funds obligated and are allowable under the applicable cost provisions of 2 C.F.R. Part 200, Subpart E. The Recipient shall not request reimbursement more frequently than monthly.

(b)  The Recipient shall use the DELPHI iSupplier System to submit requests for reimbursement to the payment office. When requesting reimbursement of costs incurred or credit for cost share incurred, the Recipient shall electronically submit supporting cost detail with the SF-270 (Request for Advance or Reimbursement) or SF-271 (Outlay Report and Request for Reimbursement for Construction Programs) to clearly document all costs incurred.

(c)  The Recipient's supporting cost detail shall include a detailed breakout of all costs incurred, including direct labor, indirect costs, other direct costs, travel, etc., and the Recipient shall identify the Federal share and the Recipient's share of costs. If the Recipient does not provide sufficient detail in a request for reimbursement, the Agreement Officer's Representative (the "**AOR**") may withhold processing that request until the Recipient provides sufficient detail.

(d)  The USDOT shall not reimburse costs unless the AOR reviews and approves the costs to ensure that progress on this agreement is sufficient to substantiate payment.

(e)  In the rare instance the Recipient is unable to receive electronic funds transfers (EFT), payment by EFT would impose a hardship on the Recipient because of their inability to manage an account at a financial institution, and/or the Recipient is unable to use the DELPHI iSupplier System to submit their requests for disbursement, the FHWA may waive the requirement that the Recipient use the

Cornell Ex. A

DELPHI iSupplier System. The Recipient shall contact the Division Office Lead Point of Contact for instructions on and requirements related to pursuing a waiver.

(f) The requirements set forth in these terms and conditions supersede previous financial invoicing requirements for Recipients.

Cornell Ex. A

**ARTICLE 6**
**SPECIAL GRANT TERMS**

**6.1**   SS4A funds must be expended within five years after the grant agreement is executed and DOT obligates the funds, which is the budget period end date in section 10.3 of the Terms and Conditions and section 2.4 in this agreement.

**6.2**   The Recipient demonstrates compliance with civil rights obligations and nondiscrimination laws, including Titles VI of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), and Section 504 of the Rehabilitation Act, and accompanying regulations. Recipients of Federal transportation funding will also be required to comply fully with regulations and guidance for the ADA, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and all other civil rights requirements.

**6.3**   SS4A Funds will be allocated to the Recipient and made available to the Recipient in accordance with FHWA procedures.

**6.4**   The Recipient of a Planning and Demonstration Grant acknowledges that the Supplemental Action Plans will be made publicly available and agrees that it will publish the final Supplemental Action Plans on a publicly available website.

**6.5**   The Recipient of a Planning and Demonstration Grant that involves a demonstration activity agrees to provide an assessment of each demonstration activity and update the existing Action Plan, which will incorporate the information gathered in the Action Plan's list of projects or strategies and/or inform another part of the existing Action Plan.  The Recipient also agrees that demonstration activities are temporary in nature and must be removed and/or ended following the conclusion of the project if the assessment of the demonstration activities does not affirm that the activities provide safety benefits.

**6.6**   The Recipient acknowledges that it is required to conduct certain environmental analyses and to prepare and submit to FHWA, or State with applicable NEPA Assignment authority, documents required under NEPA, and other applicable environmental statutes and regulations before the Government will obligate funds for Option Phase 1 under this agreement and provide the Recipient with a written notice to proceed with Option Phase 1.

**6.7**   The Government's execution of this agreement does not in any way constitute pre-approval or waiver of any of the regulations imposed upon Recipient under the applicable Federal rules, regulations and laws regarding SS4A projects undertaken in accordance with the terms and conditions of this agreement. The Recipient shall comply with all applicable Federal requirements before incurring any costs under this agreement.

**6.8**   The Recipient must coordinate its supplemental planning and/or demonstration activities with the jurisdiction that has an existing Action Plan in place that was used to apply for the supplemental planning and/or demonstration activities.

**6.9**   There are no other special grant requirements.

Cornell Ex. A

Cornell Ex. A

**ATTACHMENT A**
**PERFORMANCE MEASUREMENT INFORMATION**

**Study Area:** Downtown Pittsburgh Central Business District and Highland Avenue between Baum Boulevard and Stanton Avenue in the East Liberty neighborhood

**Baseline Measurement Date:** June 30, 2027

**Baseline Report Date:** August 31, 2027

**Table 1: Performance Measure Table**

| Measure | Category and Description | Measurement Frequency and Reporting Deadline |
|---|---|---|
| Safety Performance [for Implementation Grants and Planning and Demonstration Grants with demonstration activities] | Fatalities:  Total annual fatalities in the project location(s) | Annually and within 120 days after the end of the period of performance |
| Safety Performance [for Implementation Grants and Planning and Demonstration Grants with demonstration activities] | Serious Injuries:  Total annual serious injuries in the project location(s) [if available] | Annually and within 120 days after the end of the period of performance |
| Safety Performance [for Implementation Grants and Planning and Demonstration Grants with demonstration activities] | Crashes by Road User Category:  Total annual crashes in the project location(s) broken out by types of roadway users involved (e.g., pedestrians, bicyclists, motorcyclist, passenger vehicle occupant, commercial vehicle occupant) | Annually and within 120 days after the end of the period of performance |
| Costs [for all Grants] | Project Costs:  Quantification of the cost of each eligible project carried out using the grant | Within 120 days after the end of the period of performance |
| Outcomes and Benefits [for Implementation Grants and Planning and | Quantitative Project Benefits: Quantification of evidence-based projects or strategies implemented (e.g., miles of | Within 120 days after the end of the |

Cornell Ex. A

| Measure | Category and Description | Measurement Frequency and Reporting Deadline |
|---|---|---|
| Demonstration Grants with demonstration activities] | sidewalks installed, number of pedestrian crossings upgraded, etc.) | period of performance |
| Outcomes and Benefits<br><br>[for Implementation Grants and Planning and Demonstration Grants with demonstration activities] | Qualitative Project Benefits:  Qualitative description of evidence-based projects or strategies implemented (e.g., narrative descriptions, testimonials, high-quality before and after photos, etc.) | Within 120 days after the end of the period of performance |
| Outcomes and Benefits<br><br>[for Implementation Grants and Planning and Demonstration Grants with demonstration activities] | Project Location(s):  GIS/geo coordinate information identifying specific project location(s) | Within 120 days after the end of the period of performance |
| Lessons Learned and Recommendations<br><br>[for all Grants] | Lessons Learned and Recommendations:  Description of lessons learned and any recommendations relating to future projects or strategies to prevent death and serious injury on roads and streets. | Within 120 days after the end of the period of performance |

Cornell Ex. A

**ATTACHMENT B**
**CHANGES FROM APPLICATION**

Describe all material differences between the scope, schedule, and budget described in the application and the scope, schedule, and budget described in Article 3. The purpose of Attachment B is to clearly and accurately document any differences in scope, schedule, and budget to establish the parties' knowledge and acceptance of those differences. See Article 11 for the Statement of Work, Schedule, and Budget Changes.  If there are no changes, please insert "N/A" after "Scope," "Schedule," or "Budget." If there are changes to the budget, please complete the table below. Otherwise, leave the table below blank.

**Scope**: The application included Demonstration Activity 02 and Demonstration Activity 03.  Both activities are pilot safety demonstrations.  Due to the similar scope and schedule of the activities, they were combined as Demonstration Activity 02 in the grant agreement.

**Schedule**: N/A

**Budget**: N/A

The table below provides a summary comparison of the project budget.

| Fund Source | Application | | Section 3.3 | |
|---|---|---|---|---|
| | $ | % | $ | % |
| **Previously Incurred Costs (Non-Eligible Project Costs)** | | | | |
| Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Previously Incurred Costs | | | | |
| **Future Eligible Project Costs** | | | | |
| SS4AFunds | $1,320,000 | 80% | | |
| Other Federal Funds | | | | |
| Non-Federal Funds | $330,000 | 20% | | |
| Total Future Eligible Project Costs | | | | |
| Total Project Costs | $1,650,000 | | | |

Cornell Ex. A

**ATTACHMENT C**

**[RESERVED]**

Cornell Ex. A

**ATTACHMENT D**

**[RESERVED]**

Cornell Ex. A

Cornell Ex. A

**ATTACHMENT E**
**LABOR AND WORK**

1. **Efforts to Support Good-Paying Jobs and Strong Labor Standards**

The Recipient states that rows marked with "X" in the following table are accurate:

| | |
|---|---|
| | The Recipient or a project partner promotes robust job creation by supporting good-paying jobs directly related to the project with free and fair choice to join a union. *(Describe robust job creation and identify the good-paying jobs in the supporting narrative below.)* |
| | The Recipient or a project partner will invest in high-quality workforce training programs such as registered apprenticeship programs to recruit, train, and retain skilled workers, and implement policies such as targeted hiring preferences. *(Describe the training programs in the supporting narrative below.)* |
| | The Recipient or a project partner will partner with high-quality workforce development programs with supportive services to help train, place, and retain workers in good-paying jobs or registered apprenticeships including through the use of local and economic hiring preferences, linkage agreements with workforce programs, and proactive plans to prevent harassment. *(Describe the supportive services provided to trainees and employees, preferences, and policies in the supporting narrative below.)* |
| | The Recipient or a project partner will partner and engage with local unions or other worker-based organizations in the development and lifecycle of the project, including through evidence of project labor agreements and/or community benefit agreements. *(Describe the partnership or engagement with unions and/or other worker-based organizations and agreements in the supporting narrative below.)* |
| | The Recipient or a project partner will partner with communities or community groups to develop workforce strategies. *(Describe the partnership and workforce strategies in the supporting narrative below.)* |
| | The Recipient or a project partner has taken other actions related to the Project to create good-paying jobs with the free and fair choice to join a union and incorporate strong labor standards. *(Describe those actions in the supporting narrative below.)* |
| | The Recipient or a project partner has not yet taken actions related to the Project to create good-paying jobs with the free and fair choice to join a union and incorporate strong labor standards but, before beginning construction of the Project, will take relevant actions described in Attachment B. *(Identify the relevant actions from Attachment B in the supporting narrative below.)* |
| | The Recipient or a project partner has not taken actions related to the Project to improve good-paying jobs and strong labor standards and will not take those actions under this award. |

2. Supporting Narrative.

[ Insert supporting text, as described in the table above. ]

Cornell Ex. A

Cornell Ex. A

**ATTACHMENT F**
**CRITICAL SECURITY INFRASTRUCTURE AND RESILIENCE**

1.     **Efforts to strengthen the Security and Resilience of Critical Infrastructure against both Physical and Cyber Threats.**

        The Recipient states that rows marked with "X" in the following table are accurate:

| | |
|---|---|
| | The Recipient demonstrates, prior to the signing of this agreement, effort to consider and address physical and cyber security risks relevant to the transportation mode and type and scale of the activities. |
| | The Recipient appropriately considered and addressed physical and cyber security and resilience in the planning, design and oversight of the project, as determined by the Department and the Department of Homeland Security. |
| | The Recipient complies with 2 CFR 200.216 and the prohibition on certain telecommunications and video surveillance services or equipment. |

2.     **Supporting Narrative.**

Cornell Ex. A

**ATTACHMENT G**

**[RESERVED]**

Cornell Ex. A

Cornell Ex. A