THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>                     Plaintiffs,<br>   v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                     Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF MICHAEL JORDAN |

I, MICHAEL JORDAN, declare as follows:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on knowledge and my review of relevant records.

2. I am currently employed as the City of Portland's ("City" or "Portland") Chief Administrative Officer. I have held this position since 2022. In this role, I oversee day-to-day operations across two dozen bureaus and offices. Prior to my current role, I was the City's Environmental Services Director for seven years. Prior to working for the City, I was the Chief Operating Officer for the State of Oregon's executive branch from 2011 to 2015. From 2003 to 2011, I worked as the Chief Operating Officer for Metro, greater Portland's regional government.

3. I attended the graduate program for public administration at Lewis and Clark

DECLARATION OF MICHAEL JORDAN - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

College and hold a Bachelor of Science from Portland State University. I received my undergraduate degree from University of Oregon. In 2009, I completed a Certificate of Sustainability Leadership at the University of Oregon.

## City of Portland

4. Located in northwestern Oregon, the City of Portland comprises an area of approximately 133 square miles, with a population estimate of 630,498 as of July 1, 2023, making Portland the 27th largest city in the United States. The City is the largest city in Oregon, the seat of Multnomah County, and the second largest city in the Pacific Northwest. Portland cites astride the Willamette River, at its confluence with the Columbia River, and the City is the center of commerce, finance, industry, services and transportation for a metropolitan area of more than two million people. Portland is known for its land-use planning and investment in public transportation. The City has high walkability, a large community of bicyclists, an expansive network of public transportation options, and more than 11,000 acres of public parks.

5. The City of Portland operates with an annual budget of approximately $8 billion. It employs over 7,000 people and provides a multitude of services to local residents, including transportation infrastructure, housing, public safety, parks and recreation, water, and sewer. These services are essential to the day-to-day lives of the residents in Portland.

## City of Portland Core Values

6. The City of Portland has long recognized equity and anti-racism as foundational values, deeply embedded in its planning, policies, and governance. Through comprehensive plans, policy commitments, and the establishment of a dedicated office to lead this work, Portland has articulated a clear mandate to confront systemic inequities and advance justice for historically marginalized communities.

DECLARATION OF MICHAEL JORDAN - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

7. This commitment is reflected in the City's formal adoption of equity-focused goals, the creation of the Office of Equity and Human Rights, and the establishment of core values that serve as a lens of how the City makes decisions and serve the community. Together, these efforts demonstrate the City's resolve to address historic disparities, dismantle institutional racism, and foster a more inclusive and just city for all Portlanders.

8. The City of Portland's 2035 Comprehensive Plan identifies Equity as one of its five Guiding Principles. It commits the City to promoting equity and environmental justice by reducing disparities, extending community benefits, increasing affordable housing, affirmatively furthering fair housing, addressing displacement, and improving opportunities for underrepresented populations. The Plan emphasizes intentional engagement with underserved communities and the need to prevent repeated injustices, particularly toward communities of color.

9. In 2011, Portland established the Office of Equity and Human Rights to lead its equity efforts, with a focus on race, disability, and LGBTQIA2S+ equity through an intersectional lens. According to City Code, the Office's purpose is: to promote equity and reduce disparities within City government; and, to collaborate with communities and institutions to eliminate racial inequity in all areas of government, including education, criminal justice, environmental justice, health, housing, transportation, and economic success.

10. In 2020, the City Council unanimously adopted Resolution 37492, establishing Anti-Racism, Equity, Transparency, Communication, Collaboration, and Fiscal Responsibility as the City's Core Values. The values of Anti-Racism and Equity are defined as follows:

   a. Anti-Racism: The City commits to being an anti-racist institution. Addressing anti-Blackness is a priority, and dismantling systemic racism

DECLARATION OF MICHAEL JORDAN - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

       is the shared responsibility of all employees and residents. Discrimination, bias, and hate are condemned.

  b. Equity: The City values the diverse identities and experiences of its workforce and residents. Acknowledging Oregon's history of exclusion, Portland commits to reconciliation, restorative justice, and removing systemic barriers. The sense of belonging, ownership, support, and safety are vital for a diverse, equitable, and inclusive city and workforce

## Impacts of the Withholding of Federal Grant Awards

11. The City of Portland currently has approximately $384 million in active federal grants. Of these amounts, approximately $127 million has already been reimbursed to the City, with another approximately $257 million remaining outstanding on existing grants. The City depends on federal grant funding in all functional Service Areas, including significant funding for the Portland Housing Bureau ($148M), the Portland Bureau of Transportation ($198M), and public safety bureaus (Portland Police Bureau, Portland Bureau of Emergency Management, and Portland Fire and Rescue ($26.8M)).

12. The City secures vital funding through grants allocated by Congress—whether through formula funding, direct appropriations, or competitive awards from federal agencies. These grants serve targeted purposes and include programs such as Community Development Block Grants, HOME Investment Partnerships, Urban Area Security Initiatives, and Safe Streets for All. This funding delivers essential resources that support safer transportation infrastructure, housing initiatives for low-income Portlanders, and programs that help small businesses launch and grow.

13. Without the anticipated funding reimbursement and no established contingency

DECLARATION OF MICHAEL JORDAN - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

resource for these services, the City would need to scale back the federally funded projects, programs, and services or cancel them altogether. Critical transportation safety improvements could be delayed or canceled, leaving pedestrians and road users at risk. Affordable housing efforts would face major setbacks, further straining resources for those already struggling to find or maintain stable housing. Long-range disaster preparedness planning and mitigation efforts will be compromised.

14. The City of Portland currently manages $193.4 million in grant awards funded by the U.S. Department of Transportation (USDOT). While most of these grants are administered through the Oregon Department of Transportation, others are awarded directly to the City.

15. This includes funds from the following subagencies:

   a. Federal Highway Administration ("FHWA") - $168.3 million
   b. Office of the Secretary - $22.8M
   c. Federal Transit Administration ("FTA") - $1.87M
   d. National Highway Traffic Safety Division - $365K

16. These funds support a broad range of projects that are essential to making Portland a safer, healthier, and more accessible place to live. From critical upgrades to aging infrastructure to street improvements that enhance pedestrian visibility, the Portland Bureau of Transportation and Portland Police Bureau are putting these federal dollars to work. Without this funding, the City could not sustain vital initiatives like Safe Routes to School, which promotes safe walking, biking, and transit options for students. Nor could it pursue the safety upgrades urgently needed along high-crash corridors that put Portlanders at risk every day.

17. In addition to the active grants, the City has secured more than $10 million in awarded funds that are awaiting full execution of the grant agreement. This includes:

DECLARATION OF MICHAEL JORDAN - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

a. A $500,000 grant from the Federal Railroad Administration ("FRA") to conduct the Central Eastside Railroad Crossing Study. This study will evaluate 15 at-grade railroad crossings in Portland's Central Eastside to determine whether these crossings should be closed, upgraded, or replaced with grade-separated alternatives to improve safety and efficiency.

b. A $9.6 million Safe Streets for All ("SS4A") grant from the Federal Highway Administration ("FHWA") to implement critical safety improvements along East 82nd Avenue. This major north-south arterial in East Portland—a historically underserved, lower-income area that is home to 25% of Portland's population but experiences over half of the city's traffic fatalities.

18. The outcome of the Central Eastside Railroad Crossing Study—which focuses on at-grade crossings located along the Union Pacific Railroad main line—will be a well-defined list of safety improvement projects and operational strategies that are ready for future funding opportunities. In recent years, these crossings have experienced increasing blockages caused by freight trains up to three miles long, which can obstruct roads for several hours each day. These prolonged blockages create serious delays and pose safety risks for pedestrians, bicyclists, drivers, and public transit users alike.

19. The SS4A implementation project applies six context-sensitive street design elements to provide multiple layers of protection for travelers on 82nd Avenue, one of the most dangerous thoroughfares in East Portland. Each element targets specific risks commonly faced by road users in this corridor, such as excessive vehicle speeds, hazardous turning movements, and inadequate pedestrian crossings. These dangers are especially severe for people traveling

DECLARATION OF MICHAEL JORDAN - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

outside of vehicles, who remain most vulnerable to the physical impacts of crashes. These improvements will save lives.

20. Together, these federal grants represent more than just infrastructure investments—they are essential commitments to public safety, mobility, and equity. Losing access to this funding would lead to one or more of the following consequences:

a. A reduction in the project's scope

b. The diversion of funds and resources away from other critical infrastructure projects and programs

c. The inability to proceed with the project entirely

21. Depending on the fiscal year and the availability of other federal funding, the City would be forced to reassess priorities—potentially scaling back or delaying essential safety improvements that Portland communities urgently need.

22. The City has received FRA's General Terms and Conditions, revision date April 16, 2025, which provides Federal Law and Public Policy Requirements in Section 20.2. Specifically that subsection (a) of that Section requires the City to *inter alia* cooperate with U.S. Immigration and Customs Enforcement (ICE). Oregon's Sanctuary Promise Laws prevent the City from complying with subsection (a). Subsections (b) and (c) of that Section require agreement and certification pursuant to Executive Order 14173. These subsections are in direct conflict with the City's Core Values as described above.

23. If federal grant Terms and Conditions continue to include provisions that the City of Portland cannot meet, the City's ability to deliver critical public safety, infrastructure, and housing programs will remain at risk. This ongoing barrier threatens to undermine long-term progress and limit the City's capacity to effectively serve its residents.

DECLARATION OF MICHAEL JORDAN - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

24. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 16th day of May, 2025.

                                                    Michael Jordan

DECLARATION OF MICHAEL JORDAN - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750