19UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | Case No. 2:25-cv-00814-BJR <br><br> **DECLARATION OF GREG WAGNER** |

I, Greg Wagner, declare as follows:

1.  I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2.  I am employed by the City and County of San Francisco (the "City") as Controller. The Controller is the chief financial officer and auditor for the City. I have held this position since February 2024. Prior to my appointment to this position, from 2011 to 2024, I served the San Francisco Department of Public Health ("SFPDH") as Chief Financial Officer where I managed a multibillion-dollar budget, and then as Chief Operating Officer of SFDPH. Prior to that position, I served in the Mayor's Budget Office, including as the Mayor's Budget Director, for Mayors Gavin Newsom and Ed Lee for the period from 2006 to 2011. I have worked in a variety of budget, financial planning, public finance, and general administrative positions during my 19 years of work for the City.

3.  The Controller's Office produces regular reports on the City's financial condition, economic condition and the performance of City government. We are also responsible for key aspects of the City's financial operations – from processing payroll for City employees to processing and monitoring the City's budget.

4.  The Budget and Analysis Division of the Controller's Office manages the technical development of the City's annual budget, including forecasting tax revenues, costing and budgeting labor and benefit costs, and assisting the Mayor and Board of Supervisors with costing and budgeting

of policy initiatives. The Division manages the City's adherence to voter-approved spending requirements and financial policies and produces a variety of reports, including quarterly budget status updates.

5. The City budgets for a fiscal year that runs from July 1 to June 30. The current fiscal year began July 1, 2024, and will end June 30, 2025 ("FY24-25"). The next fiscal year will run from July 1, 2025 to June 30, 2026 ("FY25-26").

6. The City's annual operating budget for FY24-25 includes just under $2.5 billion in federal funds. This is approximately 16% of the total annual operating budget of $15.9 billion.

7. In addition to the federal funds allocated in the annual operating budget, the City expects to receive an additional $1.2 billion in federal multi-year grants budgeted in prior years, largely for public infrastructure projects such as ground and air transportation investments, but also investments in programs to address homelessness and affordable housing.

8. San Francisco's economy is still recovering from the impacts of the COVID-19 pandemic. The persistence of remote work has significantly changed the City's local economy and tax base. The City faces a structural shortfall of over $800 million in its next budget, growing to over $1.3 billion by the fiscal year that will run from July 1, 2029 to June 30, 2030 ("FY29-30").

9. A significant portion of federal funds committed to the City come from the federal Department of Transportation ("DOT"). For example, the San Francisco Municipal Transportation Agency is the recipient of a total of $1.28 billion in awarded and anticipated Federal Transit Administration funding through October 2025. San Francisco International Airport expects to receive $803 million in Federal Aviation Administration grant funding to implement its current ten-year Capital Improvement Plan. Other City departments expect approximately $50 million in funding promised but not yet provided by the DOT. In total, the City expects to receive over $2.1 billion in DOT funds. The loss of DOT funding would be catastrophic to the City.

//
//
//
//

1  I declare under penalty of perjury that the foregoing is true and correct and that this declaration
2  was executed on May 20, 2025 at San Francisco, California.

_____
GREG WAGNER

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750