UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF MIKE NAKORNKHET** |

I, Mike Nakornkhet, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am currently the Airport Director of San Francisco International Airport ("SFO"). Prior to this role, I worked for over 13 years leading SFO's finance team, before becoming the Chief Financial Officer and Executive Vice President for the Denver International Airport.

3. SFO is one of the largest airports in the country, offering non-stop flights to 56 international cities on 44 international carriers. SFO serves over 50 million passengers per year and is designated as a large hub airport within the national airspace system.

4. In my capacity as the Airport Director, I oversee the development and implementation of policies and procedures that ensure safe, secure, and efficient airport operations spanning all aspects of the Airport including operations, budget and finance, infrastructure development and construction, regulatory compliance, and sustainability.

5. Federal Aviation Administration ("FAA") grant funding is an important source of funding for SFO. Federal funding helps the airport redirect funds to mission-critical areas rather than debt repayment, mitigating the burden of debt and fostering long-term economic stability. SFO's current ten-year Capital Improvement Plan ("CIP") approved through 2033 is $11 billion, of which FAA grant funding is expected to pay for $803 million.

6. SFO receives FAA funding through three primary grant programs: the Airport Improvement Program ("AIP"), the Airport Infrastructure Grant program ("AIG"), and the Airport Terminal Program ("ATP").

7. SFO submitted four grant applications to the FAA on May 1, 2025: (1) AIP - Taxiway Z Rehabilitation Project; (2) AIP Airport Zero Emission Vehicle ("ZEV") and Infrastructure Pilot Program; (3) AIP Noise Insulation Program EEI Pre-1993 Project; and (4) AIP Noise Insulation Program (SCI) Multi Unit Project.

8. SFO further intends to submit two additional grant applications to the FAA by an upcoming June 24, 2025 deadline: (1) AIG – The Rehabilitation of Runway 1R-19L and Construction of Taxiway W; and (2) AIG - Boarding Area G Gates Enhancement Project.

9. If these grants are awarded, SFO expects to receive these grant agreements beginning in July, at which point SFO needs to sign those agreements within approximately 14 days of award. These grant agreements are subject to the FAA Grant Assurances dated April 25, 2025, and will be or are anticipated to be subject to the FAA Grant Template dated April 28, 2025 and updated on May 6, 2025.

10. FAA funding enables SFO to avoid resorting to bond financing to pay for necessary operational expenses to maintain, rehabilitate, and expand SFO's facilities. If SFO lost its grant funding for the current CIP, SFO expects to increase its debt service by $47 million per year with a cumulative impact of $1.4 billion by 2059. If the anticipated funding for these grants were not to materialize and SFO had to resort to bond financing, SFO would need to expend staff time and resources to reorganize aspects of the projects including contracting with outside vendors and reevaluating the size and scope of bond financings, among other impacts, which could lead to planning disruptions and delays, the potential need to re-procure contracts, or the need to pause or terminate the project altogether until federal funding can be secured.

11. AIP - Taxiway Z Rehabilitation Project has a total project cost of $36,750,000 and a federal funding share of $19,828,795. The Taxiway Z Rehabilitation Project will rehabilitate 2,400 feet of end-around taxiway pavement between Taxiway Z2 and Taxiway C. The scope includes full-depth reconstruction, milling, and overlaying of the pavement, along with upgrades to airfield lighting,

electrical infrastructure, signage, pavement markings, and drainage systems to enhance safety and operational functionality. The project aims to address existing deficiencies, improve pavement durability, and ensure uninterrupted flight operations. By strengthening SFO's airfield infrastructure, the project supports the FAA's priorities of safety and operational resiliency.

12. Taxiway Z is a vital component of SFO's airfield operations, serving as a key link between the terminal and critical operational areas such as cargo and maintenance facilities. The project will involve full-depth reconstruction, milling, and overlaying of Taxiway Z's pavement to restore its structural integrity and extend its lifespan, ensuring its durability under high traffic conditions. In addition, the scope includes upgrades to airfield lighting, electrical infrastructure, signage, pavement markings, and drainage systems, which will enhance safety, visibility, and water management. And by minimizing the need for aircraft to cross active runways, the taxiway reduces the risk of runway incursions and enhances overall operational efficiency.

13. These upgrades will significantly improve the safety, reliability, and capacity of the airfield, contributing to the continued smooth functioning of airport operations and reducing delays at SFO, and ensure compliance with FAA standards. As a large hub airport, increasing efficiencies at SFO has ripple effects throughout the airport system, and, inversely, delays at SFO can cause attendant delays elsewhere around the region and the country.

14. The AIP ZEV and Infrastructure Pilot Program to purchase 10 electric buses has a total project cost of $11,822,710 and a federal funding share of $8,867,032. This project will replace 10 shuttle buses beyond the end of their useful life (19+ years) with a lifetime mileage of 1.7 million to 2 million

15. The vehicles are operating on their second engine and transmission. Six buses in the fleet have been awaiting parts since December 2023 and are all currently out of service. These new buses are necessary to provide employee shuttling services and provide service to airport passengers in the event of an AirTrain outage.

16. The two applications for AIP Noise Insulation Program have a total project cost of $16,000,000 and a federal funding share of $12,800,000. Since the 1980s, SFO has made significant efforts to minimize the impact of aircraft noise in neighboring cities and San Mateo County. This

project involves minimizing the impact of aircraft noise through re-insulation of homes. These applications would fund noise minimization work at a variety of eligible homes and an apartment building.

17. Without this funding, SFO will have to defer this project and would likely be unable to support residents in the area with noise mitigation efforts that would improve their quality of life.

18. AIG – Rehabilitation of Runway 1R-19L and Construction of Taxiway W with a total project cost of $215,000,000 and a federal funding share of $92,100,067. The project will rehabilitate Runway 1R-19L and construct Taxiway W. The existing asphalt pavement, last overlaid in 2010, has exceeded its designed service life and now requires extensive improvement to restore structural integrity and surface performance. The project scope involves milling and overlaying a new asphalt pavement layer and extending the operational lifespan by a minimum of 10 years. Additional work includes installing updated signage and pavement markings for improved navigational clarity and making necessary repairs to the Engineered Material Arrest System (EMAS) to ensure compatibility with current operational and safety requirements.

19. This project will deliver significant long-term benefits by enhancing the SFO's infrastructure and ensuring continued operational integrity. The planned mill-and-overlay process will extend the runway's lifespan for at least another decade, maintaining safe and efficient operations on one of the airport's primary departure runways, and ensuring compliance with FAA standards.

20. By addressing these needs now, the project will prevent costly disruptions such as unplanned runway closures and accelerated degradation of vital safety components. The mill-and-overlay approach will preserve the structural integrity of the pavement, avoiding the need for more expensive full-depth reconstruction that would arise from deferred maintenance.

21. AIG - Boarding Area G has a total project cost of $143,000,000 and a federal funding share of $66,294,812. This project will program, design, construct, and activate 25 Passenger Boarding Bridges ("PBB") at Boarding Area G, including new foundation, Advanced Visual Docking Guidance System, and other necessary ancillary infrastructure to support the PBBs.

22. The current PBBs were constructed over 25 years ago and are beyond the end-of-useful life, and the PBBs are frequently removed from service for maintenance and repair. During

1  maintenance and repair, the boarding area operates at a diminished capacity due to gate closures
2  impacting flight schedules with potential delays. The replacement of the current PBBs is essential to
3  minimize service disruptions and passenger delays, which can create cascading impacts on airport
4  operations.

5      23.    In addition to these applications for grant funding, SFO anticipates it will apply for
6  $353 million in FAA grant funding through fiscal year 2030 for a variety of critical safety and
7  infrastructure projects, including additional taxiway reconstruction projects, roadway resurfacing, and
8  runway rehabilitation projects.

10     I declare under penalty of perjury that the foregoing is true and correct and that this declaration
11 was executed on May 19, 2025 at San Francisco, California.

MIKE NAKORNKHET

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750