THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>  Defendants. | No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF ERIK LOUIS SOLIVÁN** |

I, Erik Louis Soliván, declare:

1. I am the Director of the Housing Department of the City of San José. My duties include oversight of the Housing Department's programs, including programs funded by federal grants. I have personal knowledge of the matters stated in this declaration and would competently testify to them if called as a witness.

2. San José relies on HUD grants to serve the city's homeless population. At the time of the most recent point-in-time survey in 2023, there were 6,266 unhoused individuals residing in San José, 70% of whom were unsheltered.

3. Santa Clara County, cities within the County, and other agencies collaborate to address the needs of homeless individuals in the community. Along with other cities in Santa Clara County, San José is a partner in the 2020-2025 Community Plan to End Homelessness, which is a product of community engagement led by the Santa Clara County Continuum of Care.

DECLARATION OF ERIK LOUIS SOLIVÁN - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

The Community Plan serves as a roadmap for ending homelessness in Santa Clara County and is organized around three core strategies: (1) addressing the root causes of homelessness through system and policy change; (2) expanding homelessness prevention, shelter and housing programs to meet the need; and (3) improving quality of life for unsheltered individuals and creating healthy neighborhoods for all.

4. The County of Santa Clara Office of Supportive Housing serves as the lead agency and manages the HUD Continuum of Care (CoC) Program funding. San José's Housing Department participates in CoC governance through representation on the CoC Board, strategic planning efforts, and other collaborative initiatives, but it does not oversee or administer the CoC.

5. San José residents rely on systems funded with CoC grants to provide services, shelter and housing options. For example, CoC grants are used to fund the Coordinated Entry System, which provides for the assessment of homeless individuals to determine what services are needed. Approximately 70% of the program participants originate from San José.

6. CoC grants also fund the Homeless Management Information System, which is used by the Housing Department and other agencies throughout the county. This system allows for the logging and tracking of services provided to homeless individuals, and it ensures a holistic, consistent approach to the support provided to an individual. San José directly invests approximately $200,000 each year.

7. CoC grants also fund the Care Coordination Program, in which San José has directly invested $2 million over two years. This program provides for case managers to assist clients and connect them to services needed and government benefits.

8. San José is the largest city in Santa Clara County. Approximately 70% of the total clients served by the County are San José residents. However, loss of CoC funds would significantly impacts existing program participants residing in San José and supported through the Coordinated Entry System and other County-funded programs.

DECLARATION OF ERIK LOUIS SOLIVÁN - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __19__ day of May, 2025.

                                                              _____
                                                              Erik Louis Soliván

*Erik Solivan (May 19, 2025 20:01 PDT)*

DECLARATION OF ERIK LOUIS SOLIVÁN - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

          */s/ Gabriela DeGregorio*
          Gabriela DeGregorio
          Litigation Assistant
          Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750