THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                    Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF JOHN RISTOW |

I, John Ristow, declare as follows:

1. I am presently employed as the Director of the City of San José's Department of Transportation. I have served in this capacity since 2019. Prior to my appointment as Department Director, I served as the Deputy Director for Planning and Project Delivery from September 2016 to July 2018. I served as the Acting Director for the Department of Transportation from July 2018, until my appointment as Director in April 2019. Prior to my employment with the City of San José, I worked for the Santa Clara Valley Transportation Authority as its Director of Planning and Program Development for eight years, and before that, as its Deputy Director of Project Development for five years.

2. As the City of San José's Department of Transportation Director, I am responsible for overseeing the department's applications for and execution of grant agreements with the United States Department of Transportation, including the Federal Highway Administration

DECLARATION OF JOHN RISTOW - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(FHWA) and the Federal Railroad Administration (FRA).

**FHWA Grants**

3. The Safe Streets and Roads for All (SS4A) program is a discretionary program administered by the Federal Highway Administration (FHWA) with $5 billion in appropriated funds over five years for FYs 2022-2026 established by the Bipartisan Infrastructure Law. San José applied for SS4A grant funding for the following two projects:

   a. San Jose Safety Improvements at Key Intersections FY 22/23: This project will implement protected intersections, pedestrian refuge islands, add missing crosswalks, convert temporary improvements to permanent materials, lead pedestrian intervals, and signal backplates. On July 10, 2023, San José submitted a grant application for $12,901,089 with local match of $3,225,273. San José received a Notice of Award on April 17, 2024.

   b. San Jose Speed Safety Camera Demonstration Project FY 23/24 (Speed Safety Camera Project): This project will include speed camera pilot installation, operations, data collection, public outreach, data analysis, reporting, and Vision Zero action plan traffic calming location recommendations. San José submitted its grant application on April 3, 2024 and received a Notice of Award on May 20, 2024. The award was for $8,500,000 with local match of $2,125,000.

4. On December 3, 2024, the San José City Council authorized the execution of grant agreements and all documents necessary to effectuate the grant agreements. No grant agreements have been executed for these grants.

5. On March 17, 2025, USDOT revised the General Terms and Conditions Under SS4A Grant Program. The March 17, 2025 Terms and Conditions include:

24.2    Federal Law and Public Policy Requirements.

(a) The Recipient shall ensure that Federal funding is expended in full accordance with the United States Constitution, Federal law, and statutory

DECLARATION OF JOHN RISTOW - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

and public policy requirements: including but not limited to, those protecting free speech, religious liberty, public welfare, the environment, and prohibiting discrimination; and Recipient will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law.

(b) Pursuant to Executive Order 14173, Ending Illegal Discrimination And Restoring Merit-Based Opportunity, the Recipient agrees that its compliance in all respects with all 27 of 33 applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.

(c) Pursuant to Executive Order 14173, Ending Illegal Discrimination And Restoring Merit-Based Opportunity, by entering into this agreement, the Recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination law.

(d) The failure of this agreement to expressly identify Federal law applicable to the Recipient or activities under this agreement does not make that law inapplicable.

6. On April 8, 2025, FHWA notified San José, via email, that FHWA would be proceeding with the processing of the grant agreement for the Speed Safety Camera Project. FHWA's email included a link to the March 17, 2025 Terms and Conditions.

7. On May 6, 2025, FHWA notified San José, via email, that it had received approval to resume activity for the Key Intersections Project. The May 6 email included a copy of a grant agreement template, the March 17, 2025 Terms and Conditions, and Exhibits to the Terms and Conditions.

**8.** Currently, San José has suspended work on the projects identified above in Paragraph 3, due to the March 17, 2025 Terms and Conditions. Without the SS4A funding described above in Paragraph 3, the Key Intersections Project would be abandoned, as there is no alternative funding for the project. The Speed Safety Camera Project would be partially funded using limited alternate funding sources, including money San José intended to use as its local match to SS4a funding. The project would proceed at a smaller scale and with a phased implementation, depending on future funding availability.

DECLARATION OF JOHN RISTOW - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**FRA Grants**

9. The Consolidated Rail Infrastructure and Safety Improvements (CRISI) program is a discretionary program administered by the Federal Railroad Administration (FRA). San José applied for CRISI grant funding for the following two projects in FY 2021:

   a. Southern San Jose Grade Separations (Monterey Rd) FY2021: This project consists of preliminary engineering and environmental clearance for three grade separations at crossings on the Union Pacific Railroad-owned corridor and future California High Speed Rail route. On May 26, 2022, San José was awarded $7,500,000.

   b. Southern San Jose Grade Separations (Bascom Ave) FY2021 : This project consists of a queue cutter traffic signal at the Bascome Avenue crossing on the VTA-owned Vasona railroad subdivision shared between Light Rail Transit and Freight Rail. On May 26, 2022, San José was awarded $1,220,000.

10. On May 7, 2024, the San José City Council authorized the execution of grant agreements and all documents necessary to effectuate the grant agreements for the CRISI grants identified in Paragraph 9. No grant agreements have been executed for these grants.

11. CRISI Terms and Conditions were updated on April 23, 2025, and exhibits to the Terms and Conditions were updated on April 30, 2025. The updated CRISI Terms and Conditions include:

20.2 Federal Law and Public Policy Requirements

(a) The Recipient will ensure that Federal funding is expended in full accordance with the United States Constitution, Federal law, and statutory and public policy requirements: including but not limited to, those protecting free speech, religious liberty, public welfare, the environment, and prohibiting discrimination and the Recipient will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in and the enforcement of Federal immigration law.

(b) Pursuant to Section 3(b)(iv)(A) of Executive Order 14173, Ending Illegal Discrimination And Restoring Merit-Based Opportunity, the Recipient agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is

DECLARATION OF JOHN RISTOW - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.

(c) Pursuant to Section 3(b)(iv)(B) of Executive Order 14173, Ending Illegal Discrimination And Restoring Merit-Based Opportunity, by entering into this agreement, the Recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination laws.

(d) The failure of this Agreement to expressly identify Federal law applicable to the Recipient or activities under this Agreement does not make that law inapplicable.

12. Without the CRISI funding identified above in Paragraph 9, the Bascom Ave Project would likely proceed, due to San José's and other stakeholders' significant investment of time and resources in the project to date. San José has already invested $631,956 on reimbursements to Union Pacific Railroad and on the design and environmental review of this project. To complete the project, San José would have to divert funding from other programs. There are no alternative sources of funding for the Monterey Rd Grade Separation Project; no other funding sources have been identified for which the current phase of the project is eligible.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __20__ day of May, 2025.

*John Ristow*
John Ristow (May 20, 2025 09:42 PDT)
JOHN RISTOW

DECLARATION OF JOHN RISTOW - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750