THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                        Plaintiffs,

   v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                      Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF ANUJ GUPTA

I, ANUJ GUPTA declare as follows:

1.      I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2.      I am the Director of the Department of Transportation for the City of Santa Monica ("City"). I have been in this position since August 2023. I am a member of the City's leadership team. Before serving in this position, I was Deputy City Manager from September 2017 to August 2023.

3.      As the City's Director of the Department of Transportation ("DOT"), I am charged with overseeing a department that plans, builds, maintains, and operates a multi-modal transportation network that connects people with opportunity, improves lives, and protects the environment. DOT leads the City's vision for a non-auto-centric future, while ensuring safe,

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

reliable, equitable and sustainable access to streets, through innovative bus, bike, pedestrian, micromobility, and first-last mile options. DOT combines planning, operations, maintenance, design, and programming for fixed-route, paratransit, and multi-modal transportation services under one administration. DOT also oversees traffic engineering, shared mobility and micromobility regulation, transportation permitting, and parking operations in the City.

4.      Big Blue Bus ("BBB"), a division of DOT, is a transit agency responsible for providing and managing public transportation services.  BBB is a direct recipient of federal financial assistance under 49 U.S.C. 5307 ("Section 5307").  BBB operates 194 transit buses across 69 square miles of greater Los Angeles providing more than 800,000 rides each month.

5.      Beginning in 1997, BBB has regularly received Section 5307 transit agency grants funds from the Federal Transportation Administration (FTA). In recent years, BBB primarily uses Section 5307 to purchase zero-emission ("ZE") battery electric buses for systemwide use. The transition from natural gas ("NG") to ZE supports both state and local mandates to go zero-emission within certain timeframes. I estimate that Section 5307 formula funds make up no less than 75% of BBB's current capital budget funds supporting the bus conversion project. Additionally, FTA regulations establish that a bus reaches its useful life after 12 years or 500,000 miles. The average lifespan of BBB buses is 14 years in service.

6.      BBB estimates that it stands to receive approximately $13 million of Section 5307 formula grant and approximately $3 million of Section 5307 discretionary grant funds in the next federal fiscal year ("FFY 2026"), which represents a portion appropriated to the Los Angeles region.  A true and correct copy of the City's Section 5307 FTA Grant Award (CA-2024-067-00) is attached hereto as **Exhibit A**. This award is for over $28 million of Section 5307 funds for performance period June 3, 2024 through June 30, 2027. The amount the City receives each year

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

varies, but based on recent year allocations, I anticipate receiving approximately $16 million of this award in FFY 2026, approximately $3 million of which will be discretionary funds. Based on information and belief, the Los Angeles region sets aside approximately 15% of Section 5307 formula funds for discretionary projects. Public agencies may then apply for the set aside discretionary funds for eligible projects, including but not limited to, bus procurements and facilities improvements. Although not every public agency in the region applies for discretionary funds, and not every applicant is selected to receive discretionary funds, successful applicants are judged by peer public agencies and are awarded discretionary funds based on a competitive scoring criteria. Santa Monica has successfully applied for discretionary fund allocations in the past and I anticipate we will receive a similar allocation in FFY 26.

7.    BBB also receives from FTA the annual master agreement stating the terms and conditions for compliance by recipients of FTA-administered grants, the most recent of which was updated April 25, 2025. I anticipate BBB will need to sign new grants agreements per grant subject to the new master agreement, to receive awarded Section 5307 funds, in the next month or so.

8.    On April 28, 2025, BBB received a letter from US DOT Transportation Secretary Sean Duffy dated April 24, 2025 ("Duffy Letter"). The Duffy Letter states that recipients of federal funds must exclude the consideration of diversity, equity, and inclusion (DEI) in their personnel practices. Recipients are also precluded from allocating federal funds based on practices associated with DEI. The new master agreement also contains conditions requiring the City to certify that it does not operate any programs promoting DEI initiatives.

9.    There will be severe consequences if FTA terminates or withholds Section 5307 formula funds. BBB will be unable to replace buses that have reached their useful life.

DECLARATION OF ANUJ GUPTA - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Accordingly, older buses will need additional maintenance, which would have a significant impact on DOT's operating budget. In addition, and as stated above, delays in the transition of NG buses to ZE buses will curtail BBB's ability to meet mandated state and local zero emission mandates. Moreover, DOT will be unable to provide federal financial projections needed to plan bus replacement efforts. There are no other alternative funding options, as federal funding through Section 5307 is the largest funding source for bus replacement. DOT, and by extension the City, cannot absorb the cost of bus purchases within the City's enterprise fund operating budget. Without FTA funds, BBB's service network would likely need to be cut back, significantly impacting riders who rely on BBB to attend school, go to work, visit the doctor, and live their lives and increasing traffic congestion in the region.

10.     Environmentally, FTA terminating or withholding Section 5307 funds would affect BBB's approximately 10 million annual riders as our air quality would continue to degrade without the transition to zero-emission buses. BBB would also suffer financial losses from decreased fare revenue collection from the nonuse of old and inoperable buses.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of May, 2025.

DocuSigned by:

50BD8DA011724FE

ANUJ GUPTA

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing

4

document on the following parties by the method(s) indicated below:

5

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S.*<br>*Dept. of Housing and Urban Development,*<br>*Sean Duffy, U.S. Dept. of Transportation,*<br>*Tariq Bokhari, the Federal Transit*<br>*Administration, Gloria M. Shepherd, the*<br>*Federal Highway Administration, Chris*<br>*Rocheleau, the Federal Aviation*<br>*Administration, Drew Feeley, the Federal*<br>*Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

I declare under penalty of perjury under the laws of the United States and the State of

20

Washington that the foregoing is true and correct.

21

22

DATED this 21st day of May, 2025.

23

/s/ Gabriela DeGregorio
_____

24

Gabriela DeGregorio

25

Litigation Assistant
Pacifica Law Group LLP

26

27

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

# DOT

**U.S. Department of Transportation**

# FTA

**Federal Transit Administration**

# Award

| | |
|---|---|
| **Federal Award Identification Number (FAIN)** | CA-2024-067-00 |
| **Temporary Application Number** | 1664-2024-1 |
| **Award Name** | FY19, FY20, and FY21 5307 Bus Replacement with 40-foot Battery-Electric Buses |
| **Award Status** | Active (Executed) |
| **Award Budget Number** | 0 |

| | | | |
|---|---|---|---|
| **Period of Performance Start Date** | 6/3/2024 | | |
| **Original Period of Performance End Date** | 6/30/2027 | | |
| **Current Period of Performance End Date** | 6/30/2027 | Revision #: 0 | Approved?: Yes |

| | |
|---|---|
| **Budget Period Start Date** | 6/3/2024 |
| **Budget Period End Date** | 6/30/2027 |

## Part 1: Recipient Information

### Name: CITY OF SANTA MONICA

| Recipient ID | Recipient OST Type | Recipient Alias | UEI | DUNS |
|---|---|---|---|---|
| 1664 | City | Big Blue Bus | DEDCLBH5GBC3 | 833665896 |

| Location Type | Address | City | State | Zip |
|---|---|---|---|---|
| Headquarters | 1685 MAIN ST | SANTA MONICA | CA | 90401 |
| Physical Address | 1685 MAIN ST | SANTA MONICA | CA | 90401 |
| Mailing Address | 1660 SEVENTH STREET | SANTA MONICA | CA | 90401 |

## Union Information

| Union Name | SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS |
|---|---|

| | |
|---|---|
| Address 1 | 1660 7th Street |
| Address 2 | |
| City | Santa Monica |
| State | CA |
| Zipcode | 90401 |
| Contact Name | Markeisha Haynes |
| Telephone | (424) 332-9447 |
| Fax | |
| E-mail | markeisha.haynes@santamonica.gov |
| Website | Not Available |
| **Union Name** | **Culver City Employees Association (CCEA)** |
| Address 1 | 4343 Duquesne Ave |
| Address 2 | |
| City | Culver City |
| State | CA |
| Zipcode | 90232 |
| Contact Name | Scott Newton |
| Telephone | (310) 253-6533 |
| Fax | |
| E-mail | scott.newton@culvercity.org |
| Website | |
| **Union Name** | **Amalgamated Transit Union (ATU)** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Arturo Aguilar |
| Telephone | (323) 222-1277 |
| Fax | |
| E-mail | aaguilar@atu1277.com |
| Website | Amalgamated Transit Union |
| **Union Name** | **Amalgamated Transit Union (ATU)** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Chester Mordasini |

| | |
|---|---|
| Telephone | (562) 595-4518 |
| Fax | |
| E-mail | cmordasini@teamsters911.com |
| Website | |
| **Union Name** | **AFSCME** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Timothy Del Cambre |
| Telephone | (213) 487-9887 |
| Fax | |
| E-mail | 13634f@afscme36.org |
| Website | |
| **Union Name** | **Sheet Metal, Air, Rail and Transportation** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Gilbert Camacho |
| Telephone | (626) 962-9980 |
| Fax | |
| E-mail | camacho1607@yahoo.com |
| Website | |
| **Union Name** | **Sheet Metal, Air, Rail and Transportation** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | John Ellis |
| Telephone | (626) 962-9980 |
| Fax | |
| E-mail | smartguidino@earthlink.net |
| Website | |
| **Union Name** | **Sheet Metal, Air, Rail and Transportation** |
| Address 1 | 1 Gateway Plaza |

| | |
|---|---|
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Olivia Nelson-Richard |
| Telephone | (213) 922-5930 |
| Fax | |
| E-mail | nelson-richardo@metro.net |
| Website | |
| **Union Name** | **Sheet Metal, Air, Rail and Transportation** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Miguel Cortez |
| Telephone | (213) 922-5930 |
| Fax | |
| E-mail | cortezmi@metro.net |
| Website | |
| **Union Name** | **Sheet Metal, Air, Rail and Transportation** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Michelle Cardenas |
| Telephone | (213) 922-5930 |
| Fax | |
| E-mail | cardenasm@metro.net |
| Website | |
| **Union Name** | **Sheet Metal, Air, Rail and Transportation** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Michael Winston |
| Telephone | (213) 922-5930 |

| | |
|---|---|
| Fax | |
| E-mail | winstonm@metro.net |
| Website | |
| **Union Name** | **Teamsters** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Michael Duenas |
| Telephone | (562) 595-4518 |
| Fax | |
| E-mail | mduenas@teamsters911.com |
| Website | |
| **Union Name** | **Teamsters** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Shelitha Kimble |
| Telephone | (213) 922-5930 |
| Fax | |
| E-mail | kimbles@metro.net |
| Website | |
| **Union Name** | **Amalgamated Transit Union (ATU)** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Doug Kurowski |
| Telephone | (323) 222-1277 |
| Fax | |
| E-mail | dkurowski@atu1277.com |
| Website | |
| **Union Name** | **Sheet Metal, Air, Rail and Transportation (SMART)** |
| Address 1 | 1 Gateway Plaza |
| Address 2 | |

| City | Los Angeles |
|---|---|
| State | CA |
| Zipcode | 90012 |
| Contact Name | Marco Gudino |
| Telephone | (626) 962-9980 |
| Fax | |
| E-mail | smartgudino@earthlink.net |
| Website | |

| Union Name | Amalgamated Transit Union (ATU) |
|---|---|
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | Errol Frazier |
| Telephone | (323) 222-1277 |
| Fax | |
| E-mail | efrazier@atu1277.com |
| Website | |

| Union Name | AFSCME |
|---|---|
| Address 1 | 1 Gateway Plaza |
| Address 2 | |
| City | Los Angeles |
| State | CA |
| Zipcode | 90012 |
| Contact Name | John Hale |
| Telephone | (213) 487-9887 |
| Fax | |
| E-mail | 13634@afscme36.org |
| Website | |

# Part 2: Award Information

### Title: FY19, FY20, and FY21 5307 Bus Replacement with 40-foot Battery-Electric Buses

| FAIN | Award Status | Award Type | Application Cost Center | Date Created | Last Updated Date | From TEAM? |
|---|---|---|---|---|---|---|
| CA-2024-067-00 | Active (Executed) | Grant | Region 9 | 1/29/2024 | 1/29/2024 | No |

**Award Executive Summary**
Funding in this grant is provided by the following apportionment years and urbanized areas (UZAs):
Section 5307, FFY 2019 Los Angeles (UZA #60020): $3,361,973
Section 5307, FFY 2020 Los Angeles (UZA #60020): $15,087,196
Section 5307, FFY 2021 Los Angeles (UZA #60020): 10,350,831
Total Section 5307 Funds: $28,800,000

Local Match Funds:
Local Match Funds: $4,457,201 (AHSC)
Local Match Funds: $2,742,799 (HVIP)
Total Local Match Funds: $7,200,000

Overall Grant Funding:
Total Federal Funds: $28,800,000
Total Local Match Funds: $7,200,000
Total Eligible Cost: $36,000,000

The City of Santa Monica's Big Blue Bus (BBB) is hereby submitting this grant application in support of the following capital projects:

1) 40-Foot Bus Replacements (30)
This grant applies $28,800,000 in FFY2019, FFY2020, and FFY2021 Section 5307 funds to bus replacements. These funds will purchase thirty (30) Gillig 40-foot Battery Electric Buses to replace (30) 40-foot and 60-foot CNG buses. The new buses will have an expected useful life of 12 years and/or 500,000 miles. The vehicles being replaced will have exceeded their useful life in age of 12 years and/ or 500,000 miles. These buses will meet Clean Air Act standards (CAA) and the American with Disabilities Act (ADA) requirements.

Bus Replacement ensures the City of Santa Monica's fleet is safe and in a state of good repair, thus meeting the requirement to allocate less than 0.75 percent of Section 5307 funds to safety-related projects.

**Frequency of Milestone Progress Reports (MPR)**
Quarterly

**Frequency of Federal Financial Reports (FFR)**
Quarterly

**Does this application include funds for research and/or development activities?**
This award does not include research and development activities.

**Pre-Award Authority**
This award is using Pre-Award Authority.

**Does this application include suballocation funds?**
Recipient organization is suballocated these apportioned funds and can apply for and receive these funds directly.

**Will this Grant be using Lapsing Funds?**
Yes, this Grant will use Lapsing Funds.

**Will indirect costs be applied to this application?**
This award does not include an indirect cost rate.

*Indirect Rate Details*: N/A

**Requires E.O. 12372 Review**
No, this application does not require E.O. 12372 Review.

**Delinquent Federal Debt**
No, my organization does not have delinquent federal debt.

# Award Description

**Purpose**
To purchase battery-electric buses to replace aging buses that have met their useful life in age at the time of delivery.

**Activities to be performed:**
Staff will purchase battery-electric buses through the State of Washington cooperative purchasing agreement.

**Expected outcomes:**
Expected outcomes include reducing congestion, improve efficiency with newer buses, compliance with zero-emission mandate will be achieved through this award.

**Intended beneficiaries:**
Intended beneficiaries include commuters, residents, and employees would receive benefits.

**Subrecipient Activities:**
The City of Santa Monica does not intend to subaward funds.

# Award Point of Contact Information

| First Name | Last Name | Title | E-mail Address | Phone |
|---|---|---|---|---|
| Stacy | Alameida | Transportation Program Specialist | stacy.alameida@dot.gov | (213) 202-3953 |
| Enny | Chung | Senior Administrative Analyst | enny.chung@smgov.net | 310-458-2296 |

# Award Budget Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $28,800,000 |
| Local | | | $7,200,000 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$36,000,000** |

# Award Budget

| Project Number | | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| CA-2024-067-01-00 | 111-00 (111-A1) | BUS - ROLLING STOCK | $28,800,000.00 | $7,200,000.00 | $36,000,000.00 | 30 |

| CA-2024-067-01-00 | 11.12.01 | BUY REPLACEMENT 40-FT BUS LA9919267 | $28,800,000.00 | $7,200,000.00 | $36,000,000.00 | 30 |

## Discretionary Allocations

This application does not contain discretionary allocations.

## Sources of Federal Financial Assistance

| PO Number | Project Number | Scope Name | Scope Number | Scope Suffix | UZA Code | Area Name | Account Class Code | FPC | Description | Amendment Amount | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CA-90-0539 | CA-2024-067-01-00 | BUS - ROLLING STOCK | 111-00 (111) | A1 | 060020 | Los Angeles-Long Beach-Anaheim, CA | 2019.25.90.91.2 | 00 | Urbanized Area Formula Grants | $3,361,973 | $3,361,973 |
| CA-90-0539 | CA-2024-067-01-00 | BUS - ROLLING STOCK | 111-00 (111) | A1 | 060020 | Los Angeles-Long Beach-Anaheim, CA | 2020.25.90.91.2 | 00 | Urbanized Area Formula Grants | $15,087,196 | $15,087,196 |
| CA-90-0539 | CA-2024-067-01-00 | BUS - ROLLING STOCK | 111-00 (111) | A1 | 060020 | Los Angeles-Long Beach-Anaheim, CA | 2021.25.90.91.2 | 00 | Urbanized Area Formula Grants | $10,350,831 | $10,350,831 |

# Part 3: Project Information

## Project Title: Bus Replacements (30) - LA9919267

| Project Number | Temporary Project Number | Date Created | Start Date | End Date |
|---|---|---|---|---|
| CA-2024-067-01-00 | 1664-2024-1-P1 | 1/29/2024 | 10/1/2024 | 6/30/2027 |

**Project Description**
Project Funding:
5307, FFY2019 Los Angeles (UZA #60020): $3,361,973
5307, FFY2020 Los Angeles (UZA #60020): $15,087,196
5307, FFY2021 Los Angeles (UZA #60020): $10,350,831
Total Federal Funds: $28,800,000

Local Match Funds:
Local Match Funds: $4,457,201 (AHSC)
Local Match Funds: $2,742,799 (HVIP)
Total Local Match Funds: $7,200,000

Total Project Cost: $36,000,000

This grant applies $28,800,000 in FFY2019, FFY2020, and FFY2021 Section 5307 funds to bus

replacements. These funds will purchase thirty (30) Gillig 40-foot Battery-Electric Buses that will have an expected useful life of 12 years and/or 500,000 miles. The 40-foot and 60-foot CNG vehicles being replaced have exceeded their useful life in age of 12 years and/or 500,000 miles. These buses will meet Clean Air Act standards (CAA) and the American with Disabilities Act (ADA) requirements. Information for the vehicles being replaced has been uploaded to TrAMS under application documents.

**Project Benefits**
The benefits of this project includes continued reduction in greenhouse gas emissions. 2026 buses will come equipped with zero-emission engines to replace 2011 CNG 40-foot and 60-foot buses.

**Additional Information**
N/A

**Location Description**
BBB provides 20 routes to an urban service area of 59 square miles, located on the Westside of Los Angeles. BBB serves the communities of Pacific Palisades, West Los Angeles, Brentwood, Westwood, University of California Los Angeles (UCLA), Cheviot Hills, South Robertson, Mid-City Wilshire, Westchester, Marina del Rey, Koreatown, Downtown LA, Venice and Playa Vista.

## Project Location (Urbanized Areas)

| UZA Code | Area Name |
|----------|-----------|
| 060000 | California |
| 060020 | Los Angeles-Long Beach-Anaheim, CA |

## Congressional District Information

| District | State |
|----------|-------|
| 34 | California |
| 37 | California |
| 43 | California |
| 36 | California |

## Program Plan Information

**STIP/TIP**
Date: 12/16/2022
Description: Project can be found on page 62 of the 2023 Approved FTIP. Attached is the project. These projects are programmed in the 2023 FTIP which received federal approval on December 16, 2022. The FTIP underwent a public comment period and no comments were received regarding the projects.

**UPWP**
Date: N/A
Description: N/A

**Long Range Plan**
Date: N/A
Description: N/A

## Project Control Totals

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $28,800,000 |
| Local | | | $7,200,000 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$36,000,000** |

## Project Budget

| Project Number | | Budget Item | FTA Amount | Non-FTA Amount | Total Eligible Amount | Quantity |
|---|---|---|---|---|---|---|
| CA-2024-067-01-00 | 111-00 (111-A1) | BUS - ROLLING STOCK | $28,800,000.00 | $7,200,000.00 | $36,000,000.00 | 30 |
| CA-2024-067-01-00 | 11.12.01 | BUY REPLACEMENT 40-FT BUS LA9919267 | $28,800,000.00 | $7,200,000.00 | $36,000,000.00 | 30 |

## Project Budget Activity Line Items

| Budget Activity Line Item: 11.12.01 - BUY REPLACEMENT 40-FT BUS LA9919267 |
|---|

| Scope Name / Code | Line Item # | Line Item Name | Activity | Quantity |
|---|---|---|---|---|
| BUS - ROLLING STOCK (111-00) | 11.12.01 | BUY REPLACEMENT 40-FT BUS | BUY REPLACEMENTS - CAPITAL BUS | 30 |

**Extended Budget Description**
Project Funding:
Section 5307, FFY2019 Los Angeles (UZA #60020): $3,361,973
Section 5307, FFY2020 Los Angeles (UZA #60020): $15,087,196
Section 5307, FFY2021 Los Angeles (UZA #60020): $10,350,831
Total Federal Funds: $28,800,000

Local Match Funds:
Local Match Funds: $4,457,201 (AHSC)
Local Match Funds: $2,742,799 (HVIP)
Total Local Match Funds: $7,200,000

1) Bus Replacement (30)
This grant applies $28,800,000 in FFY2019, FFY2020, and FFY2021 Section 5307 funds to bus replacements.
These funds will purchase thirty (30) Gillig 40-foot Battery-Electric Buses that will have an expected useful life of 12 years and/or 500,000 miles. The 40-foot and 60-foot CNG vehicles being replaced have exceeded
their useful life in age of 12 years and/or 500,000 miles. These buses will meet Clean Air Act standards (CAA) and the American with Disabilities Act (ADA) requirements.

Santa Monica is purchasing the battery electric buses from State of Washington's Cooperative Purchasing Agreement, as allowed per the FAST Act.

Information for the 30 vehicles being replaced has been uploaded to TrAMS under application documents.

These projects are programmed in the 2023 FTIP which received federal approval on December 16, 2022. The FTIP underwent a public comment period and no comments were received regarding the projects.

**Will 3rd Party contractors be used to fulfill this activity line item?**
Yes, 3rd Party Contractors will be used for this line item.

| Propulsion | Fuel Type | Vehicle Condition | Vehicle Size (ft.) |
|---|---|---|---|
| N/A | Battery Power | New | 40-foot |

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $28,800,000 |
| Local | | | $7,200,000 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$36,000,000** |

| Milestone Name | Est. Completion Date | Description |
|---|---|---|
| RFP Issued | 10/1/2024 | |
| Contract Award Date | 10/31/2024 | Staff will purchase off the State of Washington's cooperative purchasing agreement. |
| 1st Vehicle Delivery Date | 1/31/2026 | |
| Final Delivery Date | 10/31/2026 | |
| Contract Completion Date | 6/30/2027 | |

## Project Environmental Findings

| Finding: Class II(c) - Categorical Exclusions (C-List) |
| --- |

**Class Level Description**

Class II(c) consists of projects that do not have a significant environmental impact on the human or natural environment and are therefore categorically excluded from the requirement to prepare an environmental assessment or an environmental impact statement. FTA requires a sufficient project description to support a CE determination. The project may require additional documentation to comply with other environmental laws.

**Categorical Exclusion Description**

Type 07: Acquisition, installation, rehabilitation, replacement, and maintenance of vehicles or equipment, within or accommodated by existing facilities, that does not result in a change in functional use of the facilities, such as: equipment to be located within existing facilities and with no substantial off-site impacts; and vehicles, including buses, rail cars, trolley cars, ferry boats and people movers that can be accommodated by existing facilities or by new facilities that qualify for a categorical exclusion.

| Date Description | Date |
| --- | --- |
| Class IIc CE Approved | 1/29/2024 |

| Scope Name / Code | Line Item Number | Line Item Name | Quantity | FTA Amount | Total Eligible Cost |
| --- | --- | --- | --- | --- | --- |
| BUS - ROLLING STOCK (111-00) | 11.12.01 | BUY REPLACEMENT 40-FT BUS LA9919267 | 30 | $28,800,000.00 | $36,000,000.00 |

# Part 4: Fleet Details

**Fleet Type:** Fixed Route

**Fleet Comments**

DISPOSAL VEHICLES
Where applicable, vehicles will be disposed in accordance with Federal regulations.

ACCESSIBILITY STATUS
All buses in Santa Monica's Big Blue Bus fleet are accessible.

CONTIGENCY FLEET PLAN
N/A

Attached is BBB's Fleet Status

|  |  | Current Value |
| --- | --- | --- |
| I. | **Active Fleet** |  |
|  | A. Peak Requirement | 163 |
|  | B. Spares | 32 |

| | | |
|---|---|---|
| | C. Total (A+B) | 195 |
| | D. Spare Ratio (B/A) | 19.63% |
| II. | **Inactive Fleet** | |
| | A. Other | 0 |
| | B. Pending Disposal | 30 |
| | C. Total (A+B) | 30 |
| III. | **Total (I.C and II.C)** | 225 |

# Part 5: FTA Review Comments

There are no review comments to display at this time.

# Part 6: Agreement

**UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL TRANSIT ADMINISTRATION**

**GRANT AGREEMENT
(FTA G-31)**

On the date the authorized U.S. Department of Transportation, Federal Transit Administration (FTA) official signs this Grant Agreement, FTA has obligated and awarded federal assistance as provided below. Upon execution of this Grant Agreement by the Recipient named below, the Recipient affirms this FTA Award, enters into this Grant Agreement with FTA, and binds its compliance with the terms of this Grant Agreement.

The following documents are incorporated by reference and made part of this Grant Agreement:
(1) "Federal Transit Administration Master Agreement," FTA MA(31), http://www.transit.dot.gov,
(2) The Certifications and Assurances applicable to the FTA Award that the Recipient has selected and provided to FTA, and
(3) Any Award notification containing special conditions or requirements, if issued.

WHEN THE TERM "FTA AWARD" OR "AWARD" IS USED, EITHER IN THIS GRANT AGREEMENT OR THE APPLICABLE MASTER AGREEMENT, "AWARD" ALSO INCLUDES ALL TERMS AND CONDITIONS SET FORTH IN THIS GRANT AGREEMENT.

FTA OR THE FEDERAL GOVERNMENT MAY WITHDRAW ITS OBLIGATION TO PROVIDE FEDERAL ASSISTANCE IF THE RECIPIENT DOES NOT EXECUTE THIS GRANT AGREEMENT WITHIN 90 DAYS FOLLOWING FTA's AWARD DATE SET FORTH HEREIN.

**FTA AWARD**

Federal Transit Administration (FTA) hereby awards a Federal Grant as follows:

**Recipient Information**

Recipient Name:  CITY OF SANTA MONICA

Recipient ID:  1664

UEI:  DEDCLBH5GBC3

DUNS:  833665896

**Award Information**

Federal Award Identification Number:  CA-2024-067-00

Award Name:  FY19, FY20, and FY21 5307 Bus Replacement with 40-foot Battery-Electric Buses

Award Start Date:  6/3/2024

Original Award End Date:  6/30/2027

Current Award End Date:  6/30/2027

Award Executive Summary:  Funding in this grant is provided by the following apportionment years and urbanized areas (UZAs):
Section 5307, FFY 2019 Los Angeles (UZA #60020): $3,361,973
Section 5307, FFY 2020 Los Angeles (UZA #60020): $15,087,196
Section 5307, FFY 2021 Los Angeles (UZA #60020): 10,350,831
Total Section 5307 Funds: $28,800,000

Local Match Funds:
Local Match Funds: $4,457,201 (AHSC)
Local Match Funds: $2,742,799 (HVIP)
Total Local Match Funds: $7,200,000

Overall Grant Funding:
Total Federal Funds: $28,800,000
Total Local Match Funds: $7,200,000
Total Eligible Cost: $36,000,000

The City of Santa Monica's Big Blue Bus (BBB) is hereby submitting this grant application in support of the following capital projects:

1) 40-Foot Bus Replacements (30)
This grant applies $28,800,000 in FFY2019, FFY2020, and FFY2021 Section 5307 funds to bus replacements. These funds will purchase thirty (30) Gillig 40-foot Battery Electric Buses to replace (30) 40-foot and 60-foot CNG buses. The new buses will have an expected useful life of 12 years and/or 500,000 miles. The vehicles being replaced will have exceeded their useful life in age of 12 years and/or 500,000 miles. These buses will meet Clean Air Act standards (CAA) and the American with Disabilities Act (ADA) requirements.

Bus Replacement ensures the City of Santa Monica's fleet is safe and in a state of good repair, thus meeting the requirement to allocate less than 0.75 percent of Section 5307 funds to safety-related projects.

Research and Development:  This award does not include research and development activities.

Indirect Costs:  This award does not include an indirect cost rate.

Suballocation Funds:  Recipient organization is suballocated these apportioned funds and can apply for and receive these funds directly.

Pre-Award Authority:  This award is using Pre-Award Authority.

**Award Budget**

Total Award Budget:  $36,000,000.00

Amount of Federal Assistance Obligated for This FTA Action (in U.S. Dollars):  $28,800,000.00

Amount of Non-Federal Funds Committed to This FTA Action (in U.S. Dollars):  $7,200,000.00

Total FTA Amount Awarded and Obligated (in U.S. Dollars):  $28,800,000.00

Total Non-Federal Funds Committed to the Overall Award (in U.S. Dollars):  $7,200,000.00


**Award Budget Control Totals**

(The Budget includes the individual Project Budgets (Scopes and Activity Line Items) or as attached)

| Funding Source | Section of Statute | CFDA Number | Amount |
|---|---|---|---|
| 5307 - Urbanized Area Formula Grants (2013 and forward) | 5307-2A | 20507 | $28,800,000 |
| Local | | | $7,200,000 |
| Local/In-Kind | | | $0 |
| State | | | $0 |
| State/In-Kind | | | $0 |
| Other Federal | | | $0 |
| Transportation Development Credit | | | $0 |
| Adjustment | | | $0 |
| **Total Eligible Cost** | | | **$36,000,000** |

(The Transportation Development Credits are not added to the amount of the Total Award Budget.)


**U.S. Department of Labor Certification of Public Transportation Employee Protective Arrangements:**

DOL Decision:  DOL Concurs - Certified
DOL Review Date:  5/29/2024
DOL Certification Date:  5/29/2024

**Special Conditions**

There are no special conditions.

**FINDINGS AND DETERMINATIONS**

By signing this Award on behalf of FTA, I am making all the determinations and findings required by federal law and regulations before this Award may be made.

**FTA AWARD OF THE GRANT AGREEMENT**

Awarded By:
Amy Changchien
Deputy Regional Administrator
FEDERAL TRANSIT ADMINISTRATION
U.S. DEPARTMENT OF TRANSPORTATION
Contact Info: amy.changchien@dot.gov
Award Date: 6/3/2024

**EXECUTION OF THE GRANT AGREEMENT**

Upon full execution of this Grant Agreement by the Recipient, the Effective Date will be the date FTA or the Federal Government awarded Federal assistance for this Grant Agreement.

By executing this Grant Agreement, the Recipient intends to enter into a legally binding agreement in which the Recipient:
(1) Affirms this FTA Award,
(2) Adopts and ratifies all of the following information it has submitted to FTA:
    (a) Statements,
    (b) Representations,
    (c) Warranties,
    (d) Covenants, and
    (e) Materials,
(3) Consents to comply with the requirements of this FTA Award, and
(4) Agrees to all terms and conditions set forth in this Grant Agreement.


Executed By:
*Anuj Gupta*
*Director of Department of Transportation*
*CITY OF SANTA MONICA*
*6/3/2024*