THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF ELAINE POLACHEK |

I, ELAINE POLACHEK declare as follows:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

1. I am the Interim City Manager for the City of Santa Monica. I was appointed Interim City Manager on January 21, 2025 while the City Council is in the process of recruiting a new permanent City Manager. I have worked for the City of Santa Monica for many years in many different capacities. I first joined Santa Monica in 2000 as Open Space Manager, then served as the Director of the Department of Community Maintenance, Deputy City Manager, Interim City Manager, and Assistant City Manager/Chief Operating Officer. In total, I have spent over 17 years with the City of Santa Monica.

2. The City of Santa Monica is a municipal corporation and charter city organized

DECLARATION OF ELAINE POLACHEK - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Docusign Envelope ID: 796270EF-165A-42E7-A335-D7203215E4A83

2. under the laws of the State of California. It has a Council-Manager form of government. Per the City Charter, the City Manager is the chief executive officer and head of the administrative branch of the City government. As the Interim City Manager, I am responsible to the City Council for the proper administration of all affairs of the City, including preparing a budget annually, submitting it to the City Council, and being responsible for its administration after adoption.

3. Santa Monica is a beachside city of 8.3 square miles on the westside of Los Angeles County, featuring three miles of Pacific beaches and the Santa Monica Pier. Santa Monica's residential population is approximately 93,000 and its day-time population increases to approximately 150,000 with large numbers of tourists, shoppers, and employees. Santa Monica is a prime vacation destination, attracting over 6 million tourists each year.

4. Santa Monica is a full-service city. Our city departments provide police, fire, regional transportation, water, refuse and recycling, parking, planning building, engineering, library, affordable housing, economic development, recreational, cultural, and educational services to the community. The Santa Monica Housing Authority ("SMHA") is a public housing authority created by resolution of the City Council and administers millions of dollars in federal housing programs to provide housing to low-income residents in the City.

5. While it is difficult to know exactly what the US Department of Transportation and HUD CoC grant agreements specifically require and prohibit with respect to not "operating any programs promoting diversity, equity, and inclusion (DEI) initiatives" or "cooperat[ing] with" or "not impeding" federal immigration enforcement, from what I can discern it would be very difficult if not impossible for the City to comply with those conditions.

6. Approximately 23% of Santa Monica's residents are foreign born immigrants and

DECLARATION OF ELAINE POLACHEK - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

approximately 32% are non-White. Like many cities in this country, Santa Monica's history of development is marked by inequities with effects that linger to this day. For instance, in the 1930s the federal government created redlining maps that systematically denied mortgage access to entire neighborhoods, disproportionately affecting Black residents, immigrants, and other marginalized groups. The development of the Civic Center in 1958, and the expansion of the I-10 Freeway in 1966, further displaced largely low-income communities of color who lived where the projects were situated. In many cases, residents were not only displaced from their homes but from the City altogether as they could not afford anywhere else in the City.

7. For many years now, the City has been committed to redressing these harms by grappling with this history and pursuing concrete initiatives to make the City more equitable and inclusive of persons of diverse backgrounds. On March 11, 2023, City Council identified Racial Justice, Equity and Social Diversity as one of five key priorities to guide the work of the City, adopting the following statement: "The City of Santa Monica acknowledges the effects of generational and institutional racism and discrimination, and its consequences that continue to impact our residents and businesses. These lessons of our history cannot be ignored. The City is committed to advancing racial equity and social diversity to improve the wellbeing of people who live, work, learn, play and do business in our City and create a community where differences in life outcomes cannot be predicted by race, class, gender, disability or other identities. Everyone in Santa Monica must have an opportunity to thrive."

2. The City understands the work to advance racial justice, diversity, equity, and inclusion to be entirely consistent with and even mandated by state and federal non-discrimination law, not a violation of those laws. This makes USDOT grant conditions purporting to prohibit "operating and promoting [DEI] initiatives that violate any applicable

DECLARATION OF ELAINE POLACHEK - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

federal antidiscrimination laws" confusing and vague. For instance, the City takes very seriously its legal obligation to affirmatively further fair housing, particularly under state law, Government Code 8899.50 *et seq.*. In 2022, the City was found by the state Department of Housing and Community Development to do an insufficient analysis of impediments to fair housing and to develop inadequate strategies to affirmatively further fair housing. This resulted in the City's Housing Element being decertified by the state which allowed developers to propose projects that ignored the City's zoning restrictions. The City was able to obtain certification of the Housing Element and regain local control of development only by consciously removing barriers to developing housing in high opportunity areas. Affirmatively furthering fair housing is a clear legal mandate for the City, and complying with that mandate requires the city to promote diversity, equity, inclusion initiatives.

8. The City has countless other initiatives to promote equity and inclusion for people of all races, religions, ethnicities, abilities, sexual orientations, gender identities, and abilities, including cultural celebrations, land acknowledgments, affordable housing programs, anti-discrimination laws, and task forces and commissions. This work is done in all departments throughout the City and cannot simply be turned off.

9. The City Council also adopted a resolution on February 28, 2017 that prohibits the use of City resources to enforce federal civil immigration laws. Later that year, the California legislature passed and the Governor signed the California Values Act which also prohibits local jurisdictions from using their resources to assist with federal immigration enforcement. Consistent with state law, the City's police department does not inquire into a person's immigration status. To the extent this is considered "impeding" or not "cooperating" with enforcement efforts of ICE as required by the vague Department of Transportation grant

DECLARATION OF ELAINE POLACHEK - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

conditions, it would be impossible to comply with both state law and those conditions.

10. As set forth in the declarations of other City staff, if the City or SMHA were to lose critical federal funding to operate our Big Blue Bus program, repair the Pier Bridge, or administer the CoC voucher program, the consequences would be devastating. Scores of households would become homeless exacerbating our already profound homelessness crisis, the City would not be able to continue its aggressive work to curb emissions, and the Pier Bridge would be prone to a catastrophic event which could imperil the lives of the hundreds of daily visitors and workers in the area. The City faces extremely challenging budget forecasts for the next several years and could not possibly absorb the loss of millions of dollars of federal funds if these funds are withheld or terminated.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of May, 2025.

Signed by:

_____
ELAINE POLACHEK

DECLARATION OF ELAINE POLACHEK - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750