UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF DOUGLAS W. MCCORMICK IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Douglas W. McCormick, declare as follows:

1. I am a resident of the State of Washington. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Deputy Director of the Department of Public Works (the "Department") and the County Engineer for Snohomish County (the "County"), a position I have held since July 1, 2017. I have been employed by the Department since July 9, 1990. As County Engineer, I oversee the construction, repair, improvement and maintenance of all County roads and bridges in the public right of way and solid waste facilities. I also oversee contract compliance, finance, operations and engineering.

DECLARATION OF DOUGLAS W. MCCORMICK IN SUPPORT OF SECOND MOTION FOR TEMPORARY RESTRAING ORDER AND PRELIMINARY INJUNCTION - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. The Department is responsible for the development and maintenance of the County transportation system and the disposal of solid waste generated within the County. The County transportation system includes approximately 1600 miles of road and 210 bridges. Maintenance and development of the County transportation system includes maintenance of the transportation infrastructure and management of all unincorporated roadways, bridges, traffic signals, and stormwater facilities; management of the road systems in order to facilitate optimal traffic flow, reliability and safety on County roads; timely identification of new transportation project needs; and delivery of capital projects.

4. In order to fund the development and maintenance of the County transportation system, the Department relies on two primary sources of funding: the County roads property tax levy and state and federal grants. In particular, the County relies upon FHWA grant funds to fund development and maintenance of the County transportation system.

5. For 2026, the County has applied for approximately $36 million in USDOT funding. These funds include FHWA grants issued through the Highway Safety Improvement Program and the Surface Transportation Block Grant Program. The 2026 FHWA funds will pay for a variety of crucial projects and programs. For example, the $34 million in FHWA funding that the County has applied for will be used for intersection improvements and rehabilitation of seismically deficient bridges. In particular, the County intends to use FHWA funding to design and construct a roundabout at the intersection of 67th Avenue NE and 152nd Street NE. Roundabouts improve traffic flow while lowering the potential points where traffic collisions occur as well as reducing the severity of traffic collisions when they do occur. The County also intends to use FHWA funds to design and construct improvements to the Gregory Road Bridge and the Lowell-Larimer Bridge. Due to structural deficiencies, the Lowell-Larimer Bridge has

DECLARATION OF DOUGLAS W. MCCORMICK IN
SUPPORT OF SECOND MOTION FOR TEMPORARY
RESTRAING ORDER AND PRELIMINARY INJUNCTION - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

weight restrictions in place for public safety and is prioritized for replacement given its location on a seismic lifeline route and increasing traffic from ongoing development.

6.  In order to fund solid waste operations, the County relies upon solid waste fees and state and federal grants. The County has also applied for $2 million in USDOT funding for 2026 through the Better Utilizing Investments to Leverage Development ("BUILD") grant program. These USDOT dollars will be used to help fund improvements to expand the solid waste rail shipping capability of the County-owned Everett Intermodal Yard and increase safety and reliability for freight and passenger trains.

7.  In 2025, the County budgeted for approximately $15,426,000 in FHWA funding, which accounts for 10.4% of the Department's annual budget for revenues. Together, these $36 million in USDOT grant dollars will account for 11.4% of revenues for our anticipated 2026 budget.

8.  I understand that USDOT and FHWA has recently issued new terms and conditions for funding.

9.  If the County refuses the new conditions and is denied federal funding, these public works projects would be cancelled, and the public would feel the immediate impacts of worsening traffic at intersections, increases in traffic collisions and collision severity, potential bridge restrictions and closures, and lack of rail capacity at County solid waste facilities. These types of projects often take years of planning. As a result, even if alternative funding were found or new federal funding became available, these projects would still be set back by years. This uncertainty around funding leaves the County unable to keep infrastructure regularly maintained or otherwise plan for anticipated population increases and the associated impacts to road, bridge and solid waste rail infrastructure.

DECLARATION OF DOUGLAS W. MCCORMICK IN
SUPPORT OF SECOND MOTION FOR TEMPORARY
RESTRAING ORDER AND PRELIMINARY INJUNCTION - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  20th  day of May, 2025 at Everett, Washington.

                                                   McCormick, Douglas
*Digitally signed by McCormick, Douglas*
*Date: 2025.05.20 16:31:16 -07'00'*

                                                   Douglas W. McCormick, PE

DECLARATION OF DOUGLAS W. MCCORMICK IN
SUPPORT OF SECOND MOTION FOR TEMPORARY
RESTRAING ORDER AND PRELIMINARY INJUNCTION - 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750