UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

          Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et aL,

          Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF NICKOLIS LANDGRAFF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, NICKOLIS LANDGRAFF declare as follows:

1. I am a resident of the State of Washington. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Airport Business Manager at Paine Field Airport at Snohomish County and have served in that role since 2016. As Airport Business Manager, I provide administrative, financial management, and program coordination for Paine Field Airport. Specifically, my job duties require me to coordinate and negotiate the rental and leasing of airport facilities to aeronautical, commercial, and industrial tenants. I also act a liaison between Paine Field Airport and the Federal Aviation Administration ("FAA") in areas such as planning, engineering, grants, and airport improvement projects. As part of my job duties, I am responsible for understanding

DECLARATION OF NICKOLIS LANDGRAFF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245-1700
FACSIMILE (206) 245-1750

and managing the Airport's financial operations, which requires me to develop an annual budget for Paine Field Airport and monitor revenues and expenditures on an ongoing basis.

3. Snohomish County ("County") owns and operates Paine Field Airport, also known as Seattle Paine Field International Airport. Paine Field Airport is a commercial aviation facility and industrial park serving the Puget Sound. Classified by the FAA as a FAR Part 139 commercial service airport, Paine Field serves commercial air passengers and business tenants every day.

4. Paine Field Airport's business tenants help drive the economy of Snohomish County. For example, Snohomish County and The Boeing Company ("Boeing") have a long-standing joint use agreement to allow Boeing to use Paine Field Airport's large runway in connection with Boeing's commercial air production facility, which is located just north of Paine Field Airport.

5. Federal Aviation Administration ("FAA") grants are vital to Paine Field Airport's infrastructure. For the County's 2024 fiscal year, FAA grants accounted for approximately thirty percent (30%) of Paine Field Airport's total capital program of $44.6 million dollars. Out of that total, $7.5 million consisted of bonds, $14.75 million were FAA grants; $300,000 were passenger facility charge (PFC) funds, and $22 million were local airport enterprise funds, which are funds that the Paine Field Airport generates from its business operations.

6. The County receives FAA entitlement funds each year and relies on FAA funds for large capital projects. While the amount of FAA grants the County receives varies each year, typically Snohomish County relies on up to $3 million dollars per year of Airport Improvement ("AIP") entitlement grants to fund airport improvements. AIP grants also include discretionary grants, which the County uses for larger capital projects. FAA grants cover ninety percent (90%) of the total costs for improvement projects, and the County must provide the other ten percent

DECLARATION OF NICKOLIS LANDGRAFF IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 2

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245-1700
FACSIMILE (206) 245-1750

(10%).

7. Since 2021, Snohomish County has relied on the Airport Infrastructure Grant ("AIG") program to fund additional major airport infrastructure at Paine Field Airport. Most recently, the County executed an $8.5 million AIG grant agreement with the FAA on February 20, 2025, to reconstruct 1600 feet of Taxilane E, a path for aircraft to access the main runway. This grant agreement contains the 2022 Grant Assurances.

8. Paine Field Airport is undertaking a large capital project to reconstruct the main runway and intends to apply for FAA funds, starting in 2026, to accomplish this multi-phase project. The reconstruction of the main runway is likely to cost approximately $180 million dollars. FAA grant money is absolutely essential for this project.

9. In addition to the above grant programs, Paine Field Airport frequently applies for other FAA funds. For example, in November of 2024, Snohomish County submitted a pre-application for an FAA AIP Zero Emission Vehicle ("ZEV") grant for up to $800,000. The final grant application is due in July 2025 with a potential award date of October 1, 2025.

10. In April of this year, I learned that the FAA had created new Grant Assurances and a new Grant Template. It is my understanding that future AIP and AIG grants will be subject to the FAA Grant Assurances dated as of April 25, 2025, and the FAA Grant Template dated as of April 28, 2025.

11. Without FAA funds, Paine Field Airport, its business tenants, and commercial air travelers will suffer significant harm because Paine Field Airport would financially be unable to improve the facilities necessary to stay open.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF NICKOLIS LANDGRAFF IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 3

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245-1700
FACSIMILE (206) 245-1750

EXECUTED this 20th day of May, 2025 at Everett, Washington.

_____
NICKOLIS LANDGRAFF

DECLARATION OF NICKOLIS LANDGRAFF IN
SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION - 4

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750