THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF JON STOUT, AIRPORT MANAGER |

I, JON STOUT declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I hold Bachelor of Business Administration in Airport Administration from the University of North Dakota (1990) and Masters of Business Administration from Northwest Missouri State University (1992).

3. I am presently employed as the Airport Manager of the Charles M. Schulz Sonoma County Airport. I have worked for the Sonoma County Airport for over 22 years.

4. The Sonoma County Airport is owned and operated by Sonoma County, CA. The Airport is a non-hub commercial service airport serving three commercial airlines, 12 destinations and serving 772,758 passengers in 2024. In addition, its role as a commercial service airport, the airport occupies approximately 1,250 acres of land, supports 30 businesses including general

DECLARATION OF JON STOUT - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

aviation, fixed base operators, pilot and flight training activities. In 2024, the Airport had 82,163 commercial and general aviation operations, and was home to approximately 385 based aircraft with two runways: 02/20 (5,202x100ft.) and 14/32 (6,000x150ft).

5.  In my capacity as Airport Manager, I manage and oversee all federal and state grant applications and grant compliance for the Sonoma County Airport. Since the Airport resumed operations in 1947 (after transfer back to the County from the Federal Government), the Sonoma County Airport has had a long history of partnering with the U.S. Department of Transportation, primarily through the Federal Aviation Administration (FAA), leveraging federal grants to improve our airport services and thereby drive economic growth, serve our population, and enhance the safety and security of our system. These federal grants are an integral part of the Sonoma County Airport's financial planning and budget, and provide critical funding for project implementation, helping the Sonoma County Airport to maximize travel options for the Sonoma County and North Bay residents it serves while enhancing the Sonoma County Airport's capacity to maintain its assets in a state of good repair.

6.  The Airport Improvement Program (AIP) is the primary federal funding mechanism for airport infrastructure in the United States. Administered by the Federal Aviation Administration (FAA) under authority granted by Title 49 U.S.C., Chapter 471, AIP provides grants to public-use airport for planning and development projects that enhance safety, capacity, security and environmental compatibility. There are three primary grant sources available to Airport under the AIP legislation:

A) AIP Entitlement Grants. These provide formula-based funding to eligible public-use airports in three categories; primary airports which funds based on annual passenger enplanements, cargo airports which receive funding based on cargo weight and nonprimary airports, which are general aviation type airports.

B) AIP Discretionary Grants. These grants fund high priority projects not fully funded by entitlement grants, and are awarded based on FAA priority ranking criteria.

DECLARATION OF JON STOUT - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

C) Supplemental Discretionary Grant Program. These grants provide additional AIP-like funds beyond normal entitlements and discretionary amounts to support critical airport projects, especially at small and rural airports. These grant funds are authorized through Congressional appropriations and are not allocated thorough the traditional AIP formula but may be influenced by geographic or Congressional priorities.

D) Bipartisan Infrastructure Law (BIL) – Airport Infrastructure Grants (AIG). These grants were authorized under Public Law 117-58 (Infrastructure Investment and Jobs Act of 2021) at $15 billion over five years (FY2022-2026). This grant program is split into three components, Formula (entitlement-like) grants distributed to all airports based on category and enplanement/cargo data; Discretionary grants awarded based on readiness, safety enhancements, sustainability, and equity considerations; Terminal grant program grants are dedicated to terminal upgrades.

7. As of the date of this declaration, the Sonoma County Airport has eight approved active and obligated FAA grants collectively worth more than $11,800,000 of which the Sonoma County Airport has drawn down more than $3,100,000 leaving more than $8,700,000 remaining for the ongoing projects. In addition, Sonoma County has six grant applications or grant amendments to add funds to existing grant project or for new projects pending obligation from the FAA for funding under the FY 24/25 fiscal year totaling $7,733,243 which include funds under AIP, AIG and discretionary programs. The requested grants cover projects for environmental mitigation, runway repairs, apron reconstruction and additional work scope related to terminal improvements.

8. Preliminary relief is urgently needed to avoid significant disruptions to the Sonoma County Airport's critical infrastructure projects. The FAA has released new grant agreement language for airport sponsors to review that will be included in the upcoming formal grant offers. However, as currently written, this language conflicts with California state law, particularly regarding the required attorney certification or affidavit of compliance with the grant terms and conditions, which cannot legally be signed under penalty of perjury as currently drafted in conflict

DECLARATION OF JON STOUT - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

with state law. We have been notified that grant offers will begin to be issued to airport sponsors starting in June. Once received, these grant agreements typically must be executed within two weeks to secure funding.

9. Of immediate concern are two anticipated grants totaling approximately $4 million that are essential for phase 2 of the airline apron reconstruction project. This project is being delivered in multiple phases, and timely issuance and acceptance of each grant is critical to ensure that there are no work stoppages. If the phase 2 grant is delayed due to the unresolved language issues in the grant conditions, the Airport may be forced to halt construction for over a year, leaving the project partially completed and impacting airline operations, construction contracts and overall airport functionality.

10. Therefore, prompt resolution of the grant condition conflicts or the provision of preliminary relief is necessary to avoid detrimental consequences to the Airport and the traveling public.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of May, 2025.

_____
JON STOUT

DECLARATION OF JON STOUT - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750