THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF MARIE OLSON |

I, Marie Olson, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I hold a Bachelor of Arts in Philosophy

3. I am presently employed as the Acting Deputy CEO – Chief Service Delivery Officer of the Central Puget Sound Regional Transit Authority ("Sound Transit"). I have worked for Sound Transit for 11 years as of June 2025.

4. My job duties include overseeing all Service Delivery divisions, which include Service Operations, Asset Management, and Passenger Experience, ensuring effective

DECLARATION OF MARIE OLSON - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  operational performance of all four business lines (Link, ST Express, BRT, and Commuter Rail). This includes overseeing agency operations, planning, and the management and maintenance of agency assets and maintaining a culture of excellence in external customer service and passenger experience.

5. Across its light rail, commuter rail, and ST Express bus systems, Sound Transit had approximately 1,715,000 weekday boardings from March 2024-March 2025[1]. This equates to approximately 625,975,000 total boardings during that period. In March 2025, Sound Transit's average daily ridership is broken down as follows: 96,000 on the Link light rail; 31,000 on the ST Express, 8,000 on the Sounder train, and 4,000 on the Tacoma link.

6. Sound Transit strives to provide the best customer experience possible to its passengers. To help accomplish this, Sound Transit employs fare ambassadors to check fare payment, answer questions about Sound Transit service, assist with wayfinding, and encourage income-eligible riders to sign up for fare assistance programs. The purpose of the ambassador program is to provide welcoming, respectful, and compassionate customer service to build stronger communities while ensuring fare compliance.

7. Fare ambassadors are the most customer-facing Sound Transit employees. As of May 2025, Sound Transit had a total of 42 fare ambassadors. Per Sound Transit Board direction, ambassadors have a goal of checking fare payment for 10% of the ridership. Fare ambassadors may issue warnings and citations for failure to pay the fare. However, fare ambassadors do not have any kind of law enforcement authority and are not trained to carry out law enforcement or security duties.

---

[1] Sound Transit ridership data can be found here: https://www.soundtransit.org/ride-with-us/system-performance-tracker/ridership (last visited May 9, 2025).

DECLARATION OF MARIE OLSON - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Docusign Envelope ID: 8A6EBF46-60C7-4C6C-BF86-5DC05F1497AA

8. To meet its security needs, Sound Transit contracts with local law enforcement and private security vendors. Private security vendors provide physical safety/security services and asset protection on Sound Transit property. This includes contacting individuals that are seemingly in distress, removing obstructions that may compromise passenger safety, and serving as witnesses in investigations. Similar to fare ambassadors, security vendors do not have law enforcement authority. If a situation calls for law enforcement intervention, such as criminal activity, security vendors and fare ambassadors are instructed to call 911.

9. Local law enforcement contractors, including the King County Sheriff's Office, serve as subject matter experts on security issues specific to Sound Transit's operations. They are not, however, primary responders when there's an emergency, but do provide supplemental law enforcement services. On average, there are five King County Sheriff's Officers on active duty at any given time.

10. Neither fare ambassadors, private security vendors, or local law enforcement contractors are contractually required to perform any work related to federal immigration enforcement, nor are they compensated by Sound Transit to do so. Sound Transit's contract with law enforcement does not include the right to require them to perform duties unrelated to addressing unlawful transit conduct or other functions as directed by the King County Sheriff.

11. FTA Master Agreement Version 33 recently added the following provision in section 12(m):

> …the Recipient will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law.

Morrison Decl. at 78. It is unclear what this provision means for Sound Transit staff. This condition fails to define what "cooperating", "impeding", and "enforcement" mean with respect

DECLARATION OF MARIE OLSON - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to Federal immigration law. Sound Transit staff and contractors are trained to provide a welcoming and secure environment for its passengers and are not trained or equipped to enforce Federal immigration laws.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of May, 2025, in Seattle, Washington.

*Marie Olson*

Marie Olson

DECLARATION OF MARIE OLSON - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750