The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.

                    Plaintiffs,

          v.

SCOTT TURNER, in his official capacity as
Secretary of the U.S. Department of Housing
and Development, et al.,

                    Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF KELSEY LEWIS
IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION

I, Kelsey Lewis, declare under penalty of perjury under the laws of the State of Washington as follows:

1.      I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

**Personal Background**

2.      I am presently employed as the Grants and Programs Manager ("Grants Manager") for South Metro Area Regional Transit ("SMART") for the City of Wilsonville, Oregon. I have worked for SMART for 3.5 years. As Grants Manager, I am responsible for managing the overall strategic direction of the Transit Department's grant funding program, grant administration, financial management, and regulatory oversight; and for ensuring the transportation demand management program is administered efficiently and effectively.

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. My role is part of the Transit Management Team and I exercise direct supervision of the Program Coordinator, Safe Routes to School Coordinator, and other staff depending on assignments. I also manage grant-funded capital projects, as appropriate.

4. Prior to my current position, I worked in city administration and transportation for several other cities in Oregon. I hold a Master's in Public Administration from Portland State University's Hatfield School of Government with a specialization in Local Government Administration.

5. As the Transit Department for the City of Wilsonville, SMART provides fixed-route services on four routes within the City and three routes of connecting service to Canby, Tualatin, and Salem. SMART also provides an extensive demand-response system with priority to ADA-qualified riders, transporting older adults and people with disabilities to out-of-town medical appointments in the Portland metro area. In addition to bus transit, SMART provides commute transportation options programs, including vanpools and Safe Routes to School programs. SMART operates a full array of services Monday through Friday from 5 am to 8:30 pm and 8 am to 5 pm on Saturdays.

## Wilsonville's Public Transit and SMART Transit Program

6. SMART's mission is to provide convenient, safe, and reliable transportation services in a fiscally responsible manner to meet the needs of Wilsonville, Oregon residents, employees, employers, and visitors of all ages, ethnicities, and income levels. SMART is dedicated to providing mobility for those who do not drive and creating viable, attractive transportation options for those who do.

7. SMART is a direct recipient of FTA funds as a member of the Portland Urbanized Area ("UZA"). SMART receives Section 5307 Urbanized Area Formula Funds, Section 5310 Enhanced Mobility of Seniors and Individuals with Disabilities funds, and Section 5339 Bus and Bus Facilities Formula Program funds. SMART uses these funds to purchase new buses, perform preventative maintenance on buses, purchase software and technology to enhance data collection

Page 2 – DECLARATION OF KELSEY LEWIS IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION – Page 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

and improve customer experience, and to provide preliminary engineering on bus maintenance facilities. SMART has also received competitive funds through the Bus and Bus Facilities and Low or No Emissions Bus Discretionary Programs to purchase battery electric buses. In addition to funds received directly from FTA, SMART also receives federal funds through Metro, the regional government entity in the Portland-metro area, for transportation options programming. Planning for and implementing the provision of transit in urban areas, like Wilsonville, is required under the State of Oregon's Transportation Planning Rules (OAR Chapter 660).

### FTA Grants Application Process

8.      The City of Wilsonville has applied annually for FTA funding through the State of Oregon's Department of Transportation since the 1990s and has applied directly to FTA since 2016. SMART Transit staff submits the Section 5307, 5310, and 5339 grant applications to FTA on behalf of the City of Wilsonville.

9.      FTA formula funding is apportioned on the basis of legislative formulas and suballocated by agreement within the Portland-Vancouver urbanized area between TriMet, C-Tran, and SMART; the three transit agencies that serve the Portland metropolitan area. Once formula funds are determined, SMART typically submits one to four funding applications to FTA each year. These applications are usually for bus purchases, preventative maintenance, and various software and technology to maintain a high level of transit service. Applications often bundle multiple years of funding to achieve goals. With the exception of special COVID-19 funding, per year, the City of Wilsonville is allocated roughly $500,000 to $750,00 in Federal Formula funds.

10.      In FY 2024, the City of Wilsonville obligated $1,004,443 in Section 5307 Federal Formula funds for bus preventative maintenance, software, security equipment and operator safety materials, for a total project amount of $1,255,554 with local match.

### New Conditions Imposed on Awarded Funds

11.      On or about April 24, 2025, the City of Wilsonville began to receive information

Page 3 – DECLARATION OF KELSEY LEWIS IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION – Page 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

from the U.S. Department of Transportation regarding anticipated changes to grant agreements from the Executive Orders and directives from the Secretary of Transportation. We anticipate receiving a draft master agreement for receipt of federal grant funds from the FTA that contains additional funding conditions that were not included in the prior, fully executed agreements, and that the City of Wilsonville/SMART Department were not aware of when it applied for funding. In previous years, the Department has normally received grant agreements in or around March. The FTA typically grants ninety days for review and returns with some variation. The SMART Department currently expects to receive the newly updated agreements any day, creating an extremely tight turnaround. Specifically, the new agreements purport to prohibit diversity, equity, and inclusion; and include requirements pertaining to immigration verification and enforcement, and abortion. None of these conditions appeared in prior FTA agreements.

12. These newly imposed conditions are nearly impossible to meet. For example, the City of Wilsonville, as a municipal corporation of the State of Oregon, is prohibited from assisting the federal government in immigration enforcement activities, pursuant to ORS 180.805. The City of Wilsonville/SMART Department, if it certifies the FTA master agreement, may face conflicts with the False Claims Act due to the provisions of Oregon law.

13. The FTA releases a Notice of Funding Opportunity on May 14, 2025 for the Low or No Emission Grant Program and the Grants for Buses and Bus Facilities Competitive Program, and the new conditions would also apply to that funding. SMART staff plan to apply for roughly $3 million in grant funding from these programs and have already adopted the local match into existing plans.

**Negative Impacts of Losing Funding**

14. Given the range and depth of the SMART transit operations that are funded by these FTA grant programs, it is clear that the grant funds are critical to SMART's existing and planned transit operations. Without federal funding, SMART would likely have to discontinue its Commuter and Safe Routes to School programs.

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

15.    Transit investments, especially buses and infrastructure, often require planning in advance and implementation over many years. Losing these federal funds would prevent SMART from keeping its bus fleet in a state of good repair.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of May 2025.

Kelsey Lewis, City of Wilsonville SMART
Grants and Programs Manager

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants Scott Turner, U.S. Dept. of Housing and Urban Development, Sean Duffy, U.S. Dept. of Transportation, Tariq Bokhari, the Federal Transit Administration, Gloria M. Shepherd, the Federal Highway Administration, Chris Rocheleau, the Federal Aviation Administration, Drew Feeley, the Federal Railroad Administration* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

DATED this 21st day of May, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE