THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>                Plaintiffs,<br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF EDMUND WITTER |

I, EDMUND WITTER, declare as follows under penalty of perjury that the below is true and correct:

1. I am General Counsel to the King County Regional Homelessness Authority (KCRHA), a Plaintiff to this action.

2. I am familiar with the facts and circumstances surrounding the Continuum of Care awards that are subject to this action.

3. On May 29, 2025, our office received an email from Defendant U.S. Department of Housing and Urban Development (HUD) that stated "HUD is working to comply with the court order and seeking clarity on how the TRO can be implemented in this circumstance. Currently, the FY2024 grants are still on hold." A fair and accurate copy of the email correspondence is attached as Exhibit A.

DECLARATION OF EDMUND WITTER - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245-1700
FACSIMILE (206) 245-1750

4.      We currently do not know when funds will be available for that grant, which is only one of twenty-seven we receive. We are also concerned that Defendant is withholding the remaining grants due to the litigation per the above with no intention of delivering funds, which amounts to close to $25 million in funding for homeless services in King County.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of May, 2025, in Seattle, WA:

*[signature]*

Edmund Witter WSBA #52339
General Counsel
King County Regional Homelessness Authority
400 Yesler Way Suite 600
Seattle, WA 98104
(206) 639-7013
edmund.witter@kcrha.org

DECLARATION OF EDMUND WITTER - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245-1700
FACSIMILE (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Washington via the CM/ECF system, which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

DATED this 29th day of May, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

# Outlook

## RE: Re: WA0392L0T002407

| | |
|---|---|
| **From** | Koebnick, Tara R <Tara.R.Koebnick@hud.gov> |
| **Date** | Thu 5/29/2025 12:51 PM |
| **To** | Kelsey Beckmeyer <kelsey.beckmeyer@kcrha.org> |
| **Cc** | Jeff Simms <jeff.simms@kcrha.org>; Simon P. Foster <simon.foster@kcrha.org>; Xochitl Maykovich <xochitl.maykovich@kcrha.org>; Edmund Witter <edmund.witter@kcrha.org>; Tiffany Brooks <tiffany.brooks@kcrha.org>; Sheth, Genie M <Genie.M.Sheth@hud.gov> |

Hi Kelsey,

I was informed this morning to update KCRHA that HUD is working to comply with the court order and seeking clarity on how the TRO can be implemented in this circumstance. Currently, the FY2024 grants are still on hold.

Thanks,

**Tara Koebnick, Regional CPD Financial Analyst – Region X**
Office of Community Planning & Development, *serving Alaska, Idaho, Oregon, and Washington*
tara.r.koebnick@hud.gov | Desk: 206.220.5258 | Mobile: 202.251.8556

---

**From:** Koebnick, Tara R
**Sent:** Wednesday, May 28, 2025 10:04 AM
**To:** Kelsey Beckmeyer <kelsey.beckmeyer@kcrha.org>
**Cc:** Jeff Simms <jeff.simms@kcrha.org>; Simon P. Foster <simon.foster@kcrha.org>; Xochitl Maykovich <xochitl.maykovich@kcrha.org>; Edmund Witter <edmund.witter@kcrha.org>; Tiffany Brooks <tiffany.brooks@kcrha.org>; Sheth, Genie M <Genie.M.Sheth@HUD.GOV>
**Subject:** RE: Re: WA0392L0T002407

Good Morning,

We have been instructed by HQ to place the FY2024 CoC grant agreements on hold for the WA-500 Continuum because of the pending litigation.

Sincerely,

**Tara Koebnick, Regional CPD Financial Analyst – Region X**
Office of Community Planning & Development, *serving Alaska, Idaho, Oregon, and Washington*
tara.r.koebnick@hud.gov | Desk: 206.220.5258 | Mobile: 202.251.8556

**From:** Kelsey Beckmeyer <kelsey.beckmeyer@kcrha.org>
**Sent:** Thursday, May 22, 2025 1:29 PM
**To:** Koebnick, Tara R <Tara.R.Koebnick@hud.gov>
**Cc:** Jeff Simms <jeff.simms@kcrha.org>; Simon P. Foster <simon.foster@kcrha.org>; Xochitl Maykovich <xochitl.maykovich@kcrha.org>; Edmund Witter <edmund.witter@kcrha.org>; Tiffany Brooks <tiffany.brooks@kcrha.org>
**Subject:** <External Message> Re: WA0392L0T002407

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Hello Tara,

As we are into the grant period, do you have any updates on when we may be able to access funds in eLOCCS?

Best,
Kelsey


--

**Kelsey Beckmeyer | She/Her**

**Manager, Continuum of Care**

**King County Regional Homelessness Authority**

Email: kelsey.beckmeyer@kcrha.org

Mobile: 206-735-9026

Twitter | Facebook | LinkedIn | Instagram

*Email communications with KCRHA employees are public records and may be subject to disclosure.*

Book time to meet with me

**From:** Kelsey Beckmeyer
**Sent:** Friday, May 9, 2025 1:44 PM
**To:** Koebnick, Tara R <Tara.R.Koebnick@hud.gov>
**Cc:** Jeff Simms <jeff.simms@kcrha.org>; Simon P. Foster <simon.foster@kcrha.org>; Xochitl Maykovich <xochitl.maykovich@kcrha.org>; Edmund Witter <edmund.witter@kcrha.org>; Tiffany Brooks <tiffany.brooks@kcrha.org>
**Subject:** WA0392L0T002407

Hi Tara,

Please see the attached letter and agreement for WA0392L0T002407, My Friend's Place TH/RRH.

Best,
Kelsey


--

**Kelsey Beckmeyer |** She/Her

**Manager, Continuum of Care**

**King County Regional Homelessness Authority**

Email: kelsey.beckmeyer@kcrha.org

Mobile: 206-735-9026

Twitter | Facebook | LinkedIn | Instagram


*Email communications with KCRHA employees are public records and may be subject to disclosure.*

☐ Book time to meet with me