Docusign Envelope ID: 4A3B2D36-3766-40F9-9689-BC169340E9E0

THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al. <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> SECOND SUPPLEMENTAL DECLARATION OF DAVID MORRISON |

I, David Morrison, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. My professional biographical information is recited in Paragraphs 2-4 of my first Declaration, Dkt. #6.

3. I have reviewed the May 21, 2025 Declaration of Kevin Osborn, Dkt. #69-1. Paragraphs 9 and 10 of Mr. Osborn's declaration are as follows:

SECOND SUPPLEMENTAL DECLARATION OF DAVID MORRISON - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

> 9. The *current* view-print is dynamic. When a user asks TrAMS to generate a current view-print of the grant, TrAMS references the most current data about the grant, including minor changes that have occurred since the execution. In doing so, TrAMS also references the current version of the electronic grant agreement template, which, if there has been a Master Agreement update since the grant (or amendment) was executed, will state that it incorporates a different Master Agreement version number than the historical view-print.
>
> 10. If the *current* view-print displays a different Master Agreement version number than the *historical* view-print, it means FTA has updated the grant agreement template in TrAMS since the time the grant (or amendment) was executed. The behavior of the current view-print function referencing the latest grant agreement template in TrAMS is not intended to reflect a change in the version of the Master Agreement that applies to the grant.

4. After briefly reviewing Mr. Osborn's declaration, I looked over a number of Metro's existing FTA grants in TrAMS.

5. The statements in Paragraphs 9 and 10 of Mr. Osborn's May 21 declaration do not align with what I see in TrAMS for Metro's existing FTA grants.

6. For grant agreements signed prior to 2025, the "current" view of the grant still shows the prior version of the Master Agreement that was in effect when the grant was executed. For example, I reviewed a 2024 grant executed under Master Agreement Version 31 (MA version 31). The "current" version of that grant still shows MA version 31 as the operative version of the Master Agreement. Here is a screen shot of the relevant information in TrAMS:



SECOND SUPPLEMENTAL DECLARATION OF DAVID
MORRISON - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

7. The "current" version of that grant does not incorporate Master Agreement Version 33 as stated in Paragraph 10 of Mr. Osborn's declaration.

8. In contrast, Master Agreement Version 33 *does* appear as the operative version of the Master Agreement in the "current" version of the two 2025 grants that King County executed before Master Agreements Versions 32 and 33 were adopted, and which were executed under Master Agreement Version 31, all as stated in my first supplemental declaration at Paragraphs 7 through 15, Dkt. #60.

9. What I see in TrAMS is that those two 2025 grants are documented in TrAMS differently than the other, older FTA grants that I examined after reviewing Mr. Osborn's May 21 declaration.

10. Taken together, the Metro FTA grants that I examined in TrAMS do not appear to support the statements made in Paragraphs 9 and 10 of Mr. Osborn's declaration, as of the date of this declaration. Only two 2025 grants appear to have been retroactively updated to Master Agreement Version 33 as explained in Paragraphs 7 through 15 of my first supplemental declaration. King County's other, older FTA grants still appear to show the prior versions of the Master Agreement as the operative version in the "current" view of those grants.

//

//

//

Signed under penalty of perjury under the laws of Washington on this 29th day of May, 2025, at Seattle, Washington.



DAVID MORRISON

SECOND SUPPLEMENTAL DECLARATION OF DAVID MORRISON - 3

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Washington via the CM/ECF system, which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

DATED this 29th day of May, 2025.

                                        */s/ Gabriela DeGregorio*
                                        Gabriela DeGregorio
                                        Litigation Assistant
                                        Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750