THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

        Plaintiffs,

  v.

SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

        Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF BEN K. KONG

I, BEN K. KONG, declare as follows:

1. I make this supplemental declaration in support of Plaintiffs' reply in support of Motion for a Preliminary Injunction. I am a resident of the State of California. I have personal knowledge of all facts stated in this declaration, and if called to do so, I could and would testify to them competently under oath.

2. I am employed in the Santa Clara County Office of Supportive Housing as a Senior Management Analyst, a position I have held for eight years. As part of this role, I support the County of Santa Clara by preparing applications for HUD Continuum of Care (CoC) grant funds, completing steps to satisfy conditions for the awards, and coordinating with the County's assigned HUD representative to finalize HUD's CoC grant agreements.

3. On Friday, May 9, 2025, I submitted two of the County's CoC grant agreements

DECL. OF BEN K. KONG        1

1 with HUD to SFCORenewals@hud.gov, with a copy to HUD employees working on these grant agreements. The submission included a note notifying HUD of the temporary restraining order issued on May 7, 2025, and crossed out the terms enjoined by the Court's order.

4. On Thursday, May 22, 2025, I emailed the HUD employees working on the grant agreements and asked for confirmation that HUD had received the two signed CoC grant agreements.

5. On Thursday, May 22, 2025, I received a response from a HUD employee confirming receipt of the grant agreements, but stating that "HUD Headquarters has directed the field offices not to process any altered grant agreement." I understood this sentence to refer to the County's grant agreements, which crossed out terms enjoined by the Court's order. Therefore, I understand HUD's direction to be that field offices are not permitted to process the County's grant agreements, even though the County has otherwise satisfied all conditions for the award and has executed the grant agreement.

EXECUTED at Milpitas, California this 28th day of May, 2025.

DocuSigned by:

Ben Kong

8AA4EF5E6A9B450...

Ben K. Kong

DECL. OF BEN K. KONG    2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Washington via the CM/ECF system, which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

DATED this 29th day of May, 2025.

>/s/ Gabriela DeGregorio
>Gabriela DeGregorio
>Litigation Assistant
>Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750