WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.<br><br>Plaintiff(s),<br>v.<br>SCOTT TURNER, et al.<br><br>Defendant(s). | CASE NO. 2:25-cv-00814-BJR<br><br>PRAECIPE |

To the Clerk of the above-entitled court:
You will please:

Replace the Proposed Order Granting Plaintiffs' First and Second Motions for Preliminary Injunction (Dkt. # 158-1) with the corrected Proposed Order Granting Plaintiffs' First and Second Motions for Preliminary Injunction accompanying this Praecipe.

5/29/2025                    s/ Paul Lawrence
  Dated                       Sign or use an "s/" and your name

Paul Lawrence, WSBA #13557
Pacifica Law Group LLP
401 Union Street, Suite 1600
206-245-1700
paul.lawrence@pacificalawgroup.com
            Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1