WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.<br><br>Plaintiff(s),<br>v.<br>SCOTT TURNER, et al.<br><br>Defendant(s). | CASE NO. 2:25-cv-00814-BJR<br><br>PRAECIPE |

To the Clerk of the above-entitled court:
You will please:

Replace page 2 of Dkt. No. 166 (Application for Leave for Appear Pro Hac Vice), which corrects attorney name in first fillable section to Chelsey Metcalf.

6/3/2025                     s/ Jamie L. Lisagor
   Dated                        Sign or use an "s/" and your name

Pacifica Law Group LLP
401 Union Street, Suite 1600
206-245-1700
jamie.lisagor@pacificalawgroup.com
   Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1