# ATTACHMENT



# United States District Court
# Western District of Washington

Martin Luther King, Jr. County, et al

Plaintiff(s)

V.

Scott Turner, et al.

Defendant(s)

Case Number: 2:25-cv-00814-BJR

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Chelsey Metcalf hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

The City of Chicago

The particular need for my appearance and participation is:
To represent the City as one of the plaintiffs in this matter

Chelsey Metcalf understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/3/25

Signature of Applicant: s/ Chelsey Metcalf

---

U.S. District Court – Pro Hac Vice Application
Revised October 29, 2024

Page 2 of 4