The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>SCOTT TURNER, *et al.*,<br><br>  Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**STATUS REPORT** |

At the Court's direction (Dkt. 169), Defendants submit this status report to inform the Court they have notified all their employees and contractors of the terms of the Court's preliminary injunction order, circulated a copy of the order, and instructed them to comply. *See* Declaration of Annalisa L. Cravens and Exhibits A and B thereto.

Dated June 5, 2025.

  Respectfully submitted,

  TEAL LUTHY MILLER
  Acting United States Attorney

  *s/ Brian C. Kipnis*
  BRIAN C. KIPNIS

STATUS REPORT
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

        *s/ Annalisa L. Cravens*
        ANNALISA L. CRAVENS

        *s/ Sarah L. Bishop*
        SARAH L. BISHOP
        Assistant United States Attorneys
        United States Attorney's Office
        Western District of Washington
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101
        Phone: 206-553-7970
        Fax:    206-553-4067
        Email: brian.kipnis@usdoj.gov
                annalisa.cravens@usdoj.gov
                sarah.bishop@usdoj.gov

        *Counsel for Defendants*

STATUS REPORT                                            UNITED STATES ATTORNEY
[Case No. 2:25-cv-00814-BJR] - 2                      700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
                                                            S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
                                                                       (206) 553-7970