The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>                       Plaintiffs,<br><br>    v.<br><br>SCOTT TURNER, *et al.,*<br><br>                       Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF<br>ANNALISA L. CRAVENS** |

Under 28 U.S.C. § 1746, I declare under penalty of perjury the following is true and correct to the best of my knowledge.

1. I am an Assistant United States Attorney for the Western District of Washington and represent Defendants in this case.

2. At the Court's direction, my colleagues and I prepared notices to be distributed to all employees and contractors of Defendants. True and correct copies of those notices are attached as Exhibits A and B.

3. On June 5, 2025, I instructed in-house counsel for Defendants to have the notices emailed to all their employees and contractors, along with a copy of the Court's preliminary

DECLARATION OF ANNALISA L. CRAVENS
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

injunction order (Dkt. 169). In-house counsel for Defendants have represented to me that the notices and order were sent to all employees and contractors today.

Executed in Seattle, Washington, on June 5, 2025.

*s/ Annalisa L. Cravens*
ANNALISA L. CRAVENS
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: annalisa.cravens@usdoj.gov

*Counsel for Defendants*

DECLARATION OF ANNALISA L. CRAVENS
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970