The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

Defendants Scott Turner, Secretary of Housing and Urban Development; Sean Duffy, Secretary of Transportation; Tariq Bokhari as Acting Administrator of the Federal Transit Administration (FTA); Gloria M. Shepherd as Executive Director of the Federal Highway Administration (FHWA); Chris Rocheleau as Acting Administrator of the Federal Aviation Administration (FAA); Drew Feeley as Acting Administrator of the Federal Railroad Administration (FRA); the U.S. Department of Housing and Urban Development; the U.S. Department of Transportation; FTA; FHWA; FAA; and FRA appeal to the United States Court of Appeals for the Ninth Circuit from the preliminary injunction entered in this action on June 3, 2025, Dkt. No. 169.

NOTICE OF APPEAL
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated June 9, 2025.

          Respectfully submitted,

          TEAL LUTHY MILLER
          Acting United States Attorney

          *s/ Brian C. Kipnis*
          BRIAN C. KIPNIS

          *s/ Annalisa L. Cravens*
          ANNALISA L. CRAVENS

          *s/ Sarah L. Bishop*
          SARAH L. BISHOP
          Assistant United States Attorneys
          United States Attorney's Office
          Western District of Washington
          700 Stewart Street, Suite 5220
          Seattle, Washington 98101
          Phone: 206-553-7970
          Fax:    206-553-4067
          Email: brian.kipnis@usdoj.gov
                 annalisa.cravens@usdoj.gov
                 sarah.bishop@usdoj.gov

          *Counsel for Defendants*

NOTICE OF APPEAL
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970