

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

JUN 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE**

Docket Number:            25-3664
Originating Case Number:  2:25-cv-00814-BJR

Short Title:              County of King, et al. v. Turner, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE**

Docket Number:              25-3664
Originating Case Number:    2:25-cv-00814-BJR

Case Title:                 County of King, et al. v. Turner, et al.

**Monday, June 16, 2025**

| | |
|---|---|
| Scott Turner | Mediation Questionnaire due |
| United States Department of Housing and Urban Development | Mediation Questionnaire due |
| Sean Duffy | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| Federal Transit Administration | Mediation Questionnaire due |
| Tariq Bokhari | Mediation Questionnaire due |
| Gloria M Shepherd | Mediation Questionnaire due |
| United States Federal Highway Administration | Mediation Questionnaire due |
| Chris Rocheleau | Mediation Questionnaire due |
| Federal Aviation Administration | Mediation Questionnaire due |
| Drew Feeley | Mediation Questionnaire due |
| Federal Railroad Administration | Mediation Questionnaire due |

**Tuesday, July 8, 2025**

| | |
|---|---|
| Scott Turner | Preliminary Injunction Opening Brief Due |
| United States Department of Housing and Urban Development | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Sean Duffy | Preliminary Injunction Opening Brief Due |
| United States Department of Transportation | Preliminary Injunction Opening Brief Due |
| Federal Transit Administration | Preliminary Injunction Opening Brief Due |
| Tariq Bokhari | Preliminary Injunction Opening Brief Due |
| Gloria M Shepherd | Preliminary Injunction Opening Brief Due |
| United States Federal Highway Administration | Preliminary Injunction Opening Brief Due |
| Chris Rocheleau | Preliminary Injunction Opening Brief Due |
| Federal Aviation Administration | Preliminary Injunction Opening Brief Due |
| Drew Feeley | Preliminary Injunction Opening Brief Due |
| Federal Railroad Administration | Preliminary Injunction Opening Brief Due |

**Tuesday, August 5, 2025**

| | |
|---|---|
| County of King | Preliminary Injunction Answering Brief Due |
| County of Pierce | Preliminary Injunction Answering Brief Due |
| County of Snohomish | Preliminary Injunction Answering Brief Due |
| City and County of San Francisco | Preliminary Injunction Answering Brief Due |
| County of Santa Clara | Preliminary Injunction Answering Brief Due |
| City of Boston | Preliminary Injunction Answering Brief Due |
| City of Columbus | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| City of New York | Preliminary Injunction Answering Brief Due |
| City of Tucson | Preliminary Injunction Answering Brief Due |
| City of Pasadena | Preliminary Injunction Answering Brief Due |
| County of Pima | Preliminary Injunction Answering Brief Due |
| City of Santa Monica | Preliminary Injunction Answering Brief Due |
| City of Nashville | Preliminary Injunction Answering Brief Due |
| County of Davidson | Preliminary Injunction Answering Brief Due |
| Port of Seattle | Preliminary Injunction Answering Brief Due |
| Intercity Transit | Preliminary Injunction Answering Brief Due |
| City of Pittsburgh | Preliminary Injunction Answering Brief Due |
| City of Cambridge | Preliminary Injunction Answering Brief Due |
| County of Sonoma | Preliminary Injunction Answering Brief Due |
| City of Minneapolis | Preliminary Injunction Answering Brief Due |
| City and County of Denver | Preliminary Injunction Answering Brief Due |
| Treasure Island Mobility Management Agency | Preliminary Injunction Answering Brief Due |
| City of Portland | Preliminary Injunction Answering Brief Due |
| City of Wilsonville | Preliminary Injunction Answering Brief Due |
| Santa Monica Housing Authority | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| San Francisco County Transportation Authority | Preliminary Injunction Answering Brief Due |
| Central Puget Sound Regional Transit Authority | Preliminary Injunction Answering Brief Due |
| King County Regional Homelessness Authority | Preliminary Injunction Answering Brief Due |
| City of Chicago | Preliminary Injunction Answering Brief Due |
| City of Bend | Preliminary Injunction Answering Brief Due |
| City of San Jose | Preliminary Injunction Answering Brief Due |
| City of Culver City | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**