THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al._<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF SERVICE OF COMPLAINT AND SUMMONSES |

## **DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS**

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. I filed summonses directed to defendants U.S. Department of Housing and Urban Development, Scott Turner, in his capacity as Secretary of the U.S. Department of Housing and Urban Development, U.S. Department of Transportation, Sean Duffy, in his capacity as Secretary of the U.S. Department of Transportation, Federal Transit Administration, and Matthew Welbes, in his capacity as acting Director of the Federal Transit Administration.

3. On May 5, 2025, I sent copies of the summonses described in the previous paragraph, along with copies of the Complaint (Dkt. No. 1 and attachment), via certified mail, to:

DECLARATION OF CERTIFIED MAIL SERVICE
ON DEFENDANTS - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| Summons Directed To: | Summons, Complaint, and TRO Papers Mailed To: |
|---|---|
| U.S. Department of Housing and Urban Development | U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 |
| Scott Turner, Secretary of the U.S. Department of Housing and Urban Development | Scott Turner<br>Secretary of Housing and Urban Development<br>U.S. Department of Housing and Urban Development<br>Office of the General Counsel<br>Robert C. Weaver Federal Building<br>451 7th Street SW<br>Washington, DC 20410 |
| U.S. Department of Transportation | U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Sean Duffy, Secretary of the U.S. Department of Transportation | Sean Duffy<br>Secretary of Transportation<br>U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Federal Transit Administration | Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Matthew Welbes, acting Director of the Federal Transit Administration | Matthew Welbes<br>Acting Administrator, Federal Transit Administration<br>Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |

DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

4. On May 5, 2025, I sent copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachment), via certified mail to:

| Attorney General of the United States | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
|---|---|

5. Additionally, on May 5, 2025, I sent copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachment), via messenger for hand delivery to:

| Office of the United States Attorney for the Western District of Washington | Office of the United States Attorney<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 |
|---|---|

6. In the Attachment, please find scanned copies of the certified mail receipts to all previously mentioned defendants and the Attorney General of the United States, dated May 5, 2025, as well as a receipt for the messenger service hand delivery to the Office of the United States Attorney for the Western District of Washington.

DATED this 3rd day of July, 2025.

PACIFICA LAW GROUP LLP

*s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
gabby.degregorio@pacificalawgroup.com

DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS - 3

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# ATTACHMENT







**WASHINGTON LEGAL MESSENGERS**

PROCESS SERVICE
SPECIAL MESSENGER
SKIP TRACE
PROCESS FORWARDING
LEGAL RESEARCH

last day and time for completion: date: 5 | 5 | 25  time: 4:30 PM

phone: 206.374.0100
fax: 206.374.0200

today's date: 5 | 5 | 25

address: Pacifica Law Group LLP
401 Union Street, Suite 1600, Seattle, WA 98101
contact: Gabby DeGregorio
phone: 206-245-1757

case: King County, et al. v. Scott Turner, et al.
cause no.: 2:25-cv-00814-BJR
client no.: 10100.211

Documents:

Complaint, Civil Cover Sheet, Summons to Scott Turner, Summons to HUD, Summons to Sean Duffy, Summons to DOT, Summons to Matthew Welbes, Summons to FTA

pp 14,75    pmp-69
of 15

Special Instructions:

### Messenger

- [ ] PICK UP
- [x] DELIVER ONLY
- [ ] RETURN COPY
- [ ] ROUND TRIP
- [ ] DO NOT FILE RETURN ORIG
- [x] SIGNATURE REQUIRED

Teal L. Miller, Acting United States Attorney
Rebecca S. Cohen, Civil Division Chief
United States Attorney's Office for the
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

x PA 2:33
5/5

### Process

- [ ] SERVE & POST
- [ ] SERVE
- [ ] POST
- [ ] FILE 1ST
- [ ] SERVE 1ST

Name:
Residence address:
city, zip:
phone:   Signature [signature]

Business address:
Print Name  Edel Galen
city, zip:
phone:
Title  Administrative Services
[signature]

### Filing:

COUNTY ................................ DISTRICT ................................

SUPERIOR ☐    AUDITOR ☐    APPEALS COURT ☐ I  ☐ II    FEDERAL COURT ☐ Civil ☐ Bankruptcy ☐ SEA ☐ TAC    SUPREME COURT ☐



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY; PIERCE COUNTY; SNOHOMISH COUNTY; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; CITY OF BOSTON; CITY OF COLUMBUS; and CITY OF NEW YORK,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SEAN DUFFY in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. DEPARTMENT OF TRANSPORTATION; MATTHEW WELBES in his official capacity as acting Director of the Federal Transit Administration; and the FEDERAL TRANSIT ADMINISTRATION,<br><br>Defendants. | No.<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 1

PACIFICA LAW GROUP LLP
401 UNION STREET, SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CIVIL COVER SHEET

(Rev. 03/24)

IS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except ded by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the se of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### a) PLAINTIFFS
Martin Luther King, Jr. County; Pierce County; Snohomish County; City and County of San Francisco; County of

### DEFENDANTS
Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S.

b) County of Residence of First Listed Plaintiff **King County, Washington**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Washington, D.C.**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

c) Attorneys *(Firm Name, Address, and Telephone Number)*
Paul J. Lawrence, Pacifica Law Group LLP, 401 Union Street, Suite 1600, Seattle, WA 98101-2668
(206-245-1700)

Attorneys *(If Known)*

## BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] |

## NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 0 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 0 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 0 Miller Act | 315 Airplane Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 0 Negotiable Instrument | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | 820 Copyrights | 410 Antitrust |
| 0 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander | | 830 Patent | 430 Banks and Banking |
| 1 Medicare Act | 330 Federal Employers' Liability | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 2 Recovery of Defaulted Student Loans (Excludes Veterans) | 340 Marine / 368 Asbestos Personal Injury Product Liability | | 840 Trademark | 460 Deportation |
| | 345 Marine Product Liability | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 3 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** 370 Other Fraud | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 16...) |
| 0 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 0 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 5 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities Exchange |
| 6 Franchise | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| | | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | 865 RSI (405(g)) | 893 Environmental Matters |
| 10 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 20 Foreclosure | 441 Voting / 463 Alien Detainee | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 30 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | 871 IRS—Third Party 26 USC 7609 | [x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 40 Torts to Land | 443 Housing/ Accommodations / 530 General | **IMMIGRATION** | | |
| 45 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| 90 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | 448 Education / 550 Civil Rights | | | |
| | / 555 Prison Condition | | | |
| | / 560 Civil Detainee - Conditions of Confinement | | | |

## ORIGIN *(Place an "X" in One Box Only)*

- [ ] Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Const. (Separation of Powers); U.S. Const. art. I, sec. 8 (Spending Clause); U.S. Const. Amend. X; U.S. Const. Amend. V (Due Process)

Brief description of cause:
Imposition of unlawful grant conditions in violation of constitutional separation of powers, the Spending Clause, the Fifth Amendment, and Tenth...

## I. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## II. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

TE _____ SIGNATURE OF ATTORNEY OF RECORD
/ 2, 2025                    /s/ Paul J. Lawrence

R OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

Martin Luther King, Jr. County; Pierce County; Snohomish County; City and County of San Francisco; County of Santa Clara; City of Boston; City of Columbus; and City of New York

*Plaintiff(s)*

v.

Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. Department Of Housing And Urban Development; Sean Duffy in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. Department Of Transportation; Matthew Welbes in his official capacity as acting Director of the Federal Transit Administration; and the Federal Transit Administration

*Defendant(s)*

Civil Action No. 2:25-00814-BJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development
The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lawrence, Jamie Lisagor, Sarah Washburn, Meha Goyal, Luther Reed-Caulkins
Pacifica Law Group LLP, 401 Union Street, Suite 1600, Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com; jamie.lisagor@pacificalawgroup.com;
sarah.washburn@pacificalawgroup.com; meha.goyal@pacificalawgroup.com;
luther.reed-caulkins@pacificalawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/02/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▼

Martin Luther King, Jr. County; Pierce County; Snohomish County; City and County of San Francisco; County of Santa Clara; City of Boston; City of Columbus; City of New York

*Plaintiff(s)*

v.

Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. Department of Housing And Urban Development; Sean Duffy in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. Department of Transportation; Matthew Welbes in his official capacity as acting Director of the Federal Transit Administration; and the Federal Transit Administration

*Defendant(s)*

Civil Action No. 2:25-00814-BJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Housing and Urban Development
The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lawrence, Jamie Lisagor, Sarah Washburn, Meha Goyal, Luther Reed-Caulkins
Pacifica Law Group LLP, 401 Union Street, Suite 1600, Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com; jamie.lisagor@pacificalawgroup.com;
sarah.washburn@pacificalawgroup.com; meha.goyal@pacificalawgroup.com;
luther.reed-caulkins@pacificalawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/02/2025

*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▼

| | |
|---|---|
| Martin Luther King, Jr. County; Pierce County; Snohomish County; City and County of San Francisco; County of Santa Clara; City of Boston; City of Columbus; and City of New York<br><br>*Plaintiff(s)*<br>v.<br>Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. Department Of Housing And Urban Development; Sean Duffy in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. Department Of Transportation; Matthew Welbes in his official capacity as acting Director of the Federal Transit Administration; and the Federal Transit Administration<br>*Defendant(s)* | Civil Action No. 2:25-00814-BJR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sean Duffy in his official capacity as Secretary of the U.S. Department of Transportation
U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, DC 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Lawrence, Jamie Lisagor, Sarah Washburn, Meha Goyal, Luther Reed-Caulkins
Pacifica Law Group LLP, 401 Union Street, Suite 1600, Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com; jamie.lisagor@pacificalawgroup.com;
sarah.washburn@pacificalawgroup.com; meha.goyal@pacificalawgroup.com;
luther.reed-caulkins@pacificalawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/02/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

Martin Luther King, Jr. County; Pierce County; Snohomish County; City and County of San Francisco; County of Santa Clara; City of Boston; City of Columbus; and City of New York

*Plaintiff(s)*

v.

Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. Department Of Housing And Urban Development; Sean Duffy in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. Department Of Transportation; Matthew Welbes in his official capacity as acting Director of the Federal Transit Administration; and the Federal Transit Administration

*Defendant(s)*

Civil Action No. 2:25-00814-BJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, DC 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lawrence, Jamie Lisagor, Sarah Washburn, Meha Goyal, Luther Reed-Caulkins
Pacifica Law Group LLP, 401 Union Street, Suite 1600, Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com; jamie.lisagor@pacificalawgroup.com;
sarah.washburn@pacificalawgroup.com; meha.goyal@pacificalawgroup.com;
luther.reed-caulkins@pacificalawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/02/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▼

| | |
|---|---|
| Martin Luther King, Jr. County; Pierce County; Snohomish County; City and County of San Francisco; County of Santa Clara; City of Boston; City of Columbus; and City of New York<br><br>*Plaintiff(s)*<br>v.<br>Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. Department Of Housing And Urban Development; Sean Duffy in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. Department Of Transportation; Matthew Welbes in his official capacity as acting Director of the Federal Transit Administration; and the Federal Transit Administration<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Welbes in his official capacity as Executive Director of the Federal Transit Administration
Federal Transit Administration
Office of the General Counsel
U.S. Department of Transportation, East Building
1200 New Jersey Avenue, SE
Washington, DC 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Lawrence, Jamie Lisagor, Sarah Washburn, Meha Goyal, Luther Reed-Caulkins
Pacifica Law Group LLP, 401 Union Street, Suite 1600, Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com; jamie.lisagor@pacificalawgroup.com;
sarah.washburn@pacificalawgroup.com; meha.goyal@pacificalawgroup.com;
luther.reed-caulkins@pacificalawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/02/2025

*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▼

Martin Luther King, Jr. County; Pierce County; Snohomish County; City and County of San Francisco; County of Santa Clara; City of Boston; City of Columbus; and City of New York

*Plaintiff(s)*

v.

Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. Department Of Housing And Urban Development; Sean Duffy in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. Department Of Transportation; Matthew Welbes in his official capacity as acting Director of the Federal Transit Administration; and the Federal Transit Administration

*Defendant(s)*

Civil Action No. 2:25-00814-BJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Transit Administration
Office of the General Counsel
U.S. Department of Transportation, East Building
1200 New Jersey Avenue, SE
Washington, DC 20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lawrence, Jamie Lisagor, Sarah Washburn, Meha Goyal, Luther Reed-Caulkins
Pacifica Law Group LLP, 401 Union Street, Suite 1600, Seattle, WA 98101-2668
(206) 245-1700
paul.lawrence@pacificalawgroup.com; jamie.lisagor@pacificalawgroup.com;
sarah.washburn@pacificalawgroup.com; meha.goyal@pacificalawgroup.com;
luther.reed-caulkins@pacificalawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/02/2025

*Signature of Clerk or Deputy*

# Washington Legal Messengers, Inc.
2225 Fourth Ave Suite B
Seattle, WA 98121

| DATE | INVOICE # |
|---|---|
| 5/5/2025 | 385039 |

BILL TO:

Pacifica Law Group
401 Union St, Ste 1600
Seattle, WA 98101

| Requested By: | Case | Job # | Client Number |
|---|---|---|---|
| Gabby DeGregorio | King County v. Turner | | 10100.211 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prep Charge 69 Pages | | 14.75 | 14.75 |
| | | 15.00 | 15.00 |

Delivery To:
Teal L. Miller, Acting United States Attorney
Rebecca S. Cohen, Civil Division Chief
United States Attorney's Office
Seattle, Washington

**TOTAL**   $29.75