THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.

                     Plaintiffs,

vs.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.

                   Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF SERVICE OF
AMENDED COMPLAINT AND
SUMMONSES

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. I filed summonses directed to newly named defendants Tariq Bokhari in his official capacity as Acting Administrator of the Federal Transit Administration, Gloria M. Shepherd in her official capacity as Acting Director of the Federal Highway Administration, Federal Highway Administration, Chris Rocheleau in his official capacity as Acting Administrator of the Federal Aviation Administration, Federal Aviation Administration, Drew Feeley in his official capacity as Acting Administrator of the Federal Railroad Administration, and Federal Railroad Administration.

DECLARATION OF CERTIFIED MAIL SERVICE
ON DEFENDANTS - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3.  On June 3, 2025, I sent copies of the summonses described in the previous paragraph, along with copies of the Amended Complaint (Dkt. No. 71), via certified mail, to:

| Summons Directed To: | Summons and Amended Complaint Mailed To: |
|---|---|
| Tariq Bokhari in his official capacity as Acting Administrator of the Federal Transit Administration | Tariq Bokhari, Acting Administrator<br>Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Gloria M. Shepherd in her official capacity as Acting Director of the Federal Highway Administration | Gloria M. Shepherd, Acting Director<br>Federal Highway Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Federal Highway Administration | Federal Highway Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Chris Rocheleau in his official capacity as Acting Administrator of the Federal Aviation Administration | Chris Rocheleau, Acting Administrator<br>Federal Aviation Administration<br>Office of the Chief Counsel<br>800 Independence Avenue SW<br>Washington, DC 20591 |
| Federal Aviation Administration | Federal Aviation Administration<br>Office of the Chief Counsel<br>800 Independence Avenue SW<br>Washington, DC 20591 |
| Drew Feeley in his official capacity as Acting Administrator of the Federal Railroad Administration | Drew Feeley, Acting Administrator<br>Federal Railroad Administration<br>Office of the Chief Counsel<br>U.S. Department of Transportation<br>1200 New Jersey Ave, SE W-32<br>Washington, DC 20590 |

DECLARATION OF CERTIFIED MAIL SERVICE
ON DEFENDANTS - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| Federal Railroad Administration | Federal Railroad Administration<br>Office of the Chief Counsel<br>U.S. Department of Transportation<br>1200 New Jersey Ave, SE W-32<br>Washington, DC 20590 |

4.  On June 3, 2025, I sent copies of the summonses for all parties described in paragraph

2, along with copies of the Complaint (Dkt. No. 71), via certified mail to:

| Attorney General of the United States | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Office of the United States Attorney for the<br>Western District of Washington | Office of the United States Attorney<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 |

5.  In the Attachment, please find photographs of each of the certified mail envelopes to

all previously mentioned defendants, the Attorney General of the United States, and

the Office of the United States Attorney for the Western District of Washington,

placed in the mail on June 3, 2025.


DATED this 3rd day of July, 2025.

                        PACIFICA LAW GROUP LLP

                        s/ Gabriela DeGregorio
                        Gabriela DeGregorio
                        Litigation Assistant
                        gabby.degregorio@pacificalawgroup.com


DECLARATION OF CERTIFIED MAIL SERVICE
ON DEFENDANTS - 3

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# ATTACHMENT

















