THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.<br><br>　　　　　　Defendant. | No. 2:25-cv-00814-BJR<br><br>NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL |

TO: THE CLERK OF COURT

AND TO: ALL PARTIES OF RECORD

Please take notice Galen Knowles of Pacifica Law Group LLP, hereby enters his appearance and associates with Paul J. Lawrence, Jamie Lisagor, Sarah S. Washburn, Meha Goyal, and Luther Reed-Caulkins of Pacifica Law Group LLP, as counsel of record on behalf of all Plaintiffs. You are hereby notified that service of all pleadings, notice, documents, or other papers may be completed upon Plaintiffs by serving the undersigned attorneys of record at the address listed below.

NOTICE OF APPEARANCE AND
ASSOCIATION OF COUNSEL - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

DATED this 3rd day of July, 2025.

        PACIFICA LAW GROUP LLP

*/s/ Galen Knowles*
Galen Knowles, WSBA #59644

Paul J. Lawrence, WSBA #13557
Jamie Lisagor, WSBA #39946
Sarah S. Washburn, WSBA #44418
Meha Goyal, WSBA #56058
Luther Reed-Caulkins, WSBA #62513

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101
T: 206-245-1700
F: 206-245-1750
Paul.Lawrence@PacificaLawGroup.com
Jamie.Lisagor@PacificaLawGroup.com
Sarah.Washburn@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com
Galen.Knowles@ PacificaLawGroup.com
Luther.Reed-Caulkins@PacificaLawGroup.com

*Attorneys for all Plaintiffs*

NOTICE OF APPEARANCE AND
ASSOCIATION OF COUNSEL - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, I served a true and correct copy of foregoing document on the parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for all Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 3rd day of July, 2025.

                                              */s/ Gabriela DeGregorio*
                                              Gabriela DeGregorio
                                              Litigation Assistant
                                              Pacifica Law Group LLP

NOTICE OF APPEARANCE AND
ASSOCIATION OF COUNSEL - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750