THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.<br><br>Defendant. | No. 2:25-cv-00814-BJR<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT |

This matter came before the Court on Plaintiffs' Unopposed Motion to Amend Complaint ("Motion"). For the reasons stated in the motion, IT IS ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs may file their proposed Second Amended Complaint.

Dated this 10th day of July, 2025.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO AMEND COMPLAINT
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  Presented by:

2  PACIFICA LAW GROUP LLP

3  */s/ Paul J. Lawrence*
   Paul J. Lawrence, WSBA #13557
4  Jamie Lisagor, WSBA #39946
   Sarah S. Washburn, WSBA #44418
5  Meha Goyal, WSBA #56058
6  Galen Knowles, WSBA #59644
   Luther Reed-Caulkins, WSBA #62513
7  *Attorneys for All Plaintiffs*

8

9  LEESA MANION
   King County Prosecuting Attorney

10 */s/ David J. Hackett*
11 David J. Hackett, WSBA #21234
   Alison Holcomb, WSBA #23303
12 Erin Overbey, WSBA #21907
   Cristy Craig, WSBA #27451
13 Donna Bond, WSBA #36177
14 *Attorneys for Plaintiff Martin Luther King, Jr. County*

15

16 JASON J. CUMMINGS
   Snohomish County Prosecuting Attorney
17

18 */s/ Bridget E. Casey*
   Bridget E. Casey, WSBA #30459
19 Rebecca J. Guadamud, WSBA #39718
   Rebecca E. Wendling, WSBA #35887
20 *Attorneys for Plaintiff Snohomish County*

21

22 DAVID CHIU
   San Francisco City Attorney

23
24 */s/ David Chiu*
   David Chiu (CA Bar No. 189542)
25 Yvonne R. Meré (CA Bar No. 175394)
   Mollie M. Lee (CA Bar No. 251404)
26 Sara J. Eisenberg (CA Bar No. 269303)
   Ronald H. Lee (CA Bar No. 238720)
27 Alexander J. Holtzman (CA Bar No. 311813)

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO AMEND COMPLAINT
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  *Attorneys for Plaintiffs City and County of San Francisco, San Francisco County Transportation Authority, and Treasure Island Mobility Management Agency*

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

 */s/ Tony LoPresti*
Tony LoPresti (CA Bar No. 289269)
Kavita Narayan (CA Bar No. 264191)
Meredith A. Johnson (CA Bar No. 291018)
Stefanie L. Wilson (CA Bar No. 314899)
Cara H. Sandberg (CA Bar No. 291058)
*Attorneys for Plaintiff County of Santa Clara*

ADAM CEDERBAUM
Corporation Counsel, City of Boston

*/s/ Samantha H. Fuchs*
Samantha H. Fuchs (MA BBO No. 708216)
Samuel B. Dinning (MA BBO No. 704304)
*Attorneys for Plaintiff City of Boston*

CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

*/s/ Richard N. Coglianese*
Richard N. Coglianese (OH Bar No. 0066830)
*Attorney for Plaintiff City of Columbus*

PUBLIC RIGHTS PROJECT

*/s/ Sharanya Mohan*
Sharanya (Sai) Mohan (CA Bar No. 350675)
Naomi Tsu (OR Bar No. 242511)
Toby Merrill (MA Bar No. 601071)

*Counsel for Plaintiffs City of Columbus, City & County of Denver, Metro Government of Nashville & Davidson County, Pima County, County of Sonoma, City of Bend, City of*

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO AMEND COMPLAINT
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

*Cambridge, City of Chicago, City of Culver City, City of Minneapolis, City of Pasadena, City of Pittsburgh, City of Portland, City of San José, City of Santa Monica, City of Tucson, City of Wilsonville, and Santa Monica Housing Authority*

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York

*/s/ Doris Bernhardt*
Doris Bernhardt (NY Bar No. 4449385)
Joshua P. Rubin (NY Bar No. 2734051)
Aatif Iqbal (NY Bar No. 5068515)
*Attorneys for Plaintiff City of New York*

ASHLEY M. KELLIHER
DAVID P. STEINBERGER
Assistant City Attorneys

*/s/ Ashley M. Kelliher*
Ashley M. Kelliher (CO Bar No. 40220)
David P. Steinberger (CO Bar No. 48530)
*Attorneys for Plaintiff City and County of Denver*

LAURA CONOVER
Pima County Attorney

*/s/ Samuel E. Brown*
Samuel E. Brown (AZ Bar No. 027474)
Bobby Yu (AZ Bar No. 031237)
Kyle Johnson (AZ Bar No. 032908)
*Attorneys for Plaintiff Pima County*

ROBERT H. PITTMAN, County Counsel

*/s/ Joshua A. Myers*
Joshua A. Myers (CA Bar No. 250988)
*Attorneys for Plaintiff County of Sonoma*

OFFICE OF THE CITY ATTORNEY

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO AMEND COMPLAINT
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

FOR THE CITY OF BEND

*/s/ Ian M. Leitheiser*
Ian M. Leitheiser (OSB #993106)
Elizabeth Oshel (OSB #104705)
Michael J. Gaffney (OSB #251680)
*Attorneys for Plaintiff City of Bend*


CITY OF CAMBRIDGE, LAW DEPARTMENT
MEGAN B. BAYER, CITY SOLICITOR

*/s/ Megan B. Bayer*
Megan B. Bayer (MA BBO No. 669494)
Elliott J. Veloso (MA BBO No. 677292)
Diane Pires (MA BBO No. 681713)
*Attorneys for Plaintiff City of Cambridge*


MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

*/s/ Rebecca Hirsch*
Rebecca Hirsch (IL Bar No. 6279592)
Chelsey Metcalf (IL Bar No. 6337233)
*Attorneys for Plaintiff City of Chicago*


KRISTYN ANDERSON
City Attorney

*/s/ Kristyn Anderson*
Kristyn Anderson (MN Lic. 0267752)
Sara J. Lathrop (MN Lic. 0310232)
Munazza Humayun (MN Lic. 0390788)
*Attorneys for Plaintiff City of Minneapolis*


KRYSIA KUBIAK, Esq.
City Solicitor

*/s/ Julie E. Koren*
Julie E. Koren (PA Bar No. 309642)
*Counsel for Plaintiff City of Pittsburgh*

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO AMEND COMPLAINT
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

ROBERT TAYLOR
Portland City Attorney

*/s/ Caroline Turco*
Caroline Turco (OR Bar No. 083813)
*Attorney for Plaintiff City of Portland*


NORA FRIMANN
City Attorney

*/s/ Nora Frimann*
Nora Frimann (CA Bar No. 93249)
Elisa Tolentino (CA Bar No. 245962)
*Attorneys for Plaintiff City of San José*


CITY OF WILSONVILLE

*/s/ Amanda R. Guile-Hinman*
Amanda R. Guile-Hinman, WSBA #46282
*Attorneys for the City of Wilsonville*


CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY

*/s/ Andrés Muñoz*
Andrés Muñoz, WSBA #50224
Desmond Brown, WSBA #16232
*Attorneys for the Central Puget Sound Regional Transit Authority*


LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

*/s/ Jeffrey S. Myers*
Jeffrey S. Myers, WSBA #16390
Erin L. Hillier, WSBA #42883
Jakub Kocztorz, WSBA #61393
*Attorneys for Plaintiff Intercity Transit*


PORT OF SEATTLE
Anderson & Kreiger LLP

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO AMEND COMPLAINT
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

*/s/ Melissa C. Allison*
Melissa C. Allison (MA Bar No. 657470)
David S. Mackey (MA Bar No. 542277)
Christina S. Marshall (MA Bar No. 688348)
*Attorneys for Plaintiff Port of Seattle*

KING COUNTY REGIONAL
HOMELESSNESS AUTHORITY

*/s/ Edmund Witter*
Edmund Witter, WSBA #52339
*Attorneys for Plaintiff King County Regional Homelessness Authority*

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO AMEND COMPLAINT
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750