THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>    Defendants. | Case No.: 2:25-cv-00814-BJR<br><br>**DECLARATION OF ELENITA DE LEON** |

I, Elenita De Leon, declare as follows:

1. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would competently testify to them under oath.

2. I am employed by the County of Alameda as a Management Services Administrator in the Public Works Agency. In this position, I provide administrative support for agency activities related to Finance, Information Technology, Human Resources, and General Services Support. Before this role, I worked for over two years as the Accounting and Finance Manager in the Public Works Agency. In total, I have worked for the County for about 24 years.

3. The Public Works Agency's mission is to enhance the quality of life for the people of Alameda County by providing a safe, well-maintained, and lasting public works infrastructure through accessible, responsive, and effective services. The Agency is responsible

1    for, among other things, flood control, stormwater pollution control, road services, street lighting, and transportation planning throughout Alameda County.

4.    Through my work with the Public Works Agency, I am familiar with the Agency's budget and sources of revenue. The Agency budgets for millions of dollars annually from the U.S. Department of Transportation ("DOT"), which come to Alameda County through the State of California. For example, in Fiscal Year 2024-25, the Agency budgeted for approximately $26.5 million in DOT funds. For Fiscal Year 2025-26, the Agency has budgeted for approximately $12.3 million in DOT funds. Because some of the projects supported by DOT funds are sometimes delayed or progress over multiple years, some of the DOT funds in the Public Works Agency's budget may not be spent during a fiscal year in which they are budgeted, in which case those funds roll over and are budgeted for use in the next fiscal year.

5.    The Public Works Agency uses DOT funding to support major infrastructure development, improvement, and maintenance throughout Alameda County, including road, shoulder, and sidewalk repair, updating drainage inlets, and developing traffic and water pollution control plans. Losing DOT funding would delay or jeopardize a number of vital infrastructure projects.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed on July 7, 2025, in Oakland, California.



Elenita De Leon

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750