THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>     Defendants. | Case No.: 2:25-cv-00814-BJR<br><br>**DECLARATION OF JONATHAN RUSSELL** |

I, Jonathan Russell, declare as follows:

1. I state the facts in this declaration based on my personal knowledge and my review of relevant business records. If called as a witness, I could and would competently testify to them under oath.

2. I serve as Alameda County's Director of Housing and Homelessness Services (H&H). I have served in this role since March 2024. Before joining the County, I worked for approximately 4.5 years with Bay Area Community Services, a leading non-profit organization specializing in behavioral health, homelessness services, and housing development across five counties in the greater Bay Area. Over the course of my time with Bay Area Community Services, I served as the Director of Homelessness and Housing Programs, the Director of Housing Strategy, the Chief Strategy Officer, and the Chief Strategy and Impact Officer. Before joining Bay Area Community Services, from approximately June 2017 to October 2019, I worked as the Vice President of Programs for Bay Area Rescue Mission. From about March

2014 to April 2017, I served as a Chaplain and Program Development Manager for Union Rescue Mission in Los Angeles. In total, I have over 10 years of experience in the housing, homelessness, and community development field.

3. I hold a bachelor's degree in philosophy from Biola University, a Master of Arts in Theology from the Fuller Theological Seminary, and a Ph.D. (all but the dissertation) in Philosophy of Religion from Claremont Graduate University. I have also served as a Contributing Fellow at the University of Southern California's Center for Religion and Civic Culture, and as an Adjunct Professor at Chaffey College.

4. As Alameda County's Director of Housing and Homelessness Services, I manage and am familiar with H&H's funding sources, expenditures, programs, and services. I am also familiar with the need for programs and services addressing homelessness and housing in Alameda County.

5. Alameda County suffers from an acute housing and homelessness crisis. A point-in-time count conducted in January 2024 estimated that Alameda County has 9,450 homeless residents, approximately 67% of whom are also unsheltered. Over the course of a year, Alameda County's homelessness response system serves nearly 25,000 people.

6. H&H operates within the County's health agency, Alameda County Health. H&H provides and coordinates a variety of programs and services to prevent homelessness and to support people experiencing homelessness, including connecting residents experiencing homelessness to community resources and coordinating those resources; housing navigation services; emergency shelter, street, and shelter health services; medical respite programs; and rental assistance tenancy-sustaining services for formerly homeless households.

7. To provide and coordinate these programs and services, H&H relies on federal funding—HUD and HHS funding amount to more than 50% of the department's annual budget. We estimate that HUD grants allow us to serve more than 13,500 people and, with HHS grants, more than 10,200 people. For fiscal year 2025-26, H&H has budgeted for nearly $5.5 million in grants from HHS and $38.5 million from HUD.

8. For example, H&H receives a base grant of about $4.5 million from the federal Health Resources and Services Administration ("HRSA")—an agency of HHS. That base grant supports Alameda County Health Care for the Homeless, a program that—through direct services and partnerships with a number of community partners—provides comprehensive mobile and clinical health care services to homeless patients and interjurisdictional guidance and coordination. In calendar year 2025, we estimate that this program will provide approximately 80,000 health care visits for more than 10,500 of most vulnerable people in the County, many of whom suffer from chronic and complicated health conditions.

9. Funding through HUD's Continuum of Care ("CoC") program is particularly important to H&H programs. For fiscal year 2025-26, H&H has budgeted for approximately $36 million in CoC funds. Historically, our CoC funding has remained fairly consistent and often increased over time. For example, in fiscal year 2023-24, we received approximately $30 million in CoC funding, which increased to about $35 million in 2024-25.

10. H&H also receives significant HUD funding—both directly and indirectly—over the course of more than one fiscal year, as well as funds that H&H manages and distributes to cities, community based organizations, and other community partners that serve Alameda County residents experiencing, or who are in danger of experiencing, homelessness. For example, we anticipate receiving approximately $12.2 million in HUD Special Notice of Funding Opportunity funds (often referenced as SNOFO funds) over the next few years. We also anticipate receiving approximately $400,000 in HUD funds through the State of California's Emergency Solutions Grants Program, about 95% of which we will distribute to community partners providing rapid rehousing and emergency shelter services, with the remaining 5% going to administrative services and to manage the Homeless Management Information System ("HMIS")—a local information technology system required by HUD and used to collect client-level data and data on the provision of housing and services to people in and at risk of homelessness.

11. Losing or reducing federal funds to Alameda County would have devastating effects on the County and its most vulnerable residents. Losing all federal funding would likely

result in the elimination of approximately 60 full-time-equivalent positions in H&H. It would force H&H to shutter or significantly reduce nearly all of its programs and services.

12. For example, a significant portion of H&H's HUD funding supports ongoing rental assistance programs, which keep formerly homeless households housed in Permanent Supportive and Rapid Rehousing programs. If our HUD funding were significantly reduced or eliminated, we estimate that more than 2,500 people would fall back into homelessness within a year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on July 8, 2025, in Oakland, California.

Jonathan Russell

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750