THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | Case No.: 2:25-cv-00814-BJR<br><br>**DECLARATION OF MELANIE ATENDIDO** |

I, Melanie Atendido, declare as follows:

1. I am a Deputy County Administrator for the County of Alameda. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would competently testify to them under oath.

2. I have been employed by the County of Alameda since February 2013. Over the course of my employment with the County, I have held the positions of Assistant Administrative Analyst, Administrative Analyst, Principal Administrative Analyst, and Deputy County Administrator.

3. In my current role, I help develop and prepare the County's annual budget proposal, which is submitted to our Board of Supervisors for approval. The annual budget allocates projected funding and other resources to support mandated and essential services, meet debt service obligations, and maintain the County's critical infrastructure and capital projects.

The County's budget supports approximately 10,500 full-time equivalent positions to help to carry out the County's public service, public safety, and other safety net functions. Related to my involvement in the County's budget process, I am generally familiar with the sources of funds the County relies on to provide services.

## Alameda County's Budget Relies on Federal Funding

4. For fiscal year 2024-25, the County's total budget was approximately $4.6 billion. Of that, about $590 million, or approximately 13%, comes directly from the federal government. For fiscal year 2025-26, the County currently projects that its total budget and the amount of federal funding will increase to approximately $5.1 billion and $655 million, respectively. The County's anticipated federal funding for fiscal year 2025-26 includes an estimated $48 million in funds from Housing and Urban Development, $12.3 million in funds from the Department of Transportation, and $62.6 million from Health and Human Services.

5. Additionally, the nature of federal participation in various programs is complicated and involves more than just direct federal funding—for example, some programs involve federal funds passed to the County through the State of California. For fiscal year 2025-26, the County anticipates these indirect funds will exceed $200 million. Including such indirect federal funds, the County's annual federal funding is estimated to exceed 20% of total financing. In the County's General Fund, state and federal aid together drive nearly two-thirds of total financing.

6. The County of Alameda uses federal funding to support a variety of vital services, including, for example, public safety, public assistance, capital projects, and health administration. Additionally, many services provided by the County are interrelated with other state or federal programs. The County's Social Services Agency, Health Agency, Community Development Agency, Public Works Agency, and Sheriff's Office, among other County agencies and departments, budget for the use of millions of dollars in federal funding to support providing governmental services in Alameda County. The County also distributes millions of dollars annually to support efforts by local jurisdictions, law enforcement agencies, businesses, and community-based organizations to provide public health, public safety, food stability, in home

health services, housing support, and other important safety-net services throughout the County, including to its most vulnerable residents.

### The Loss of Federal Funding Would Cause Significant Harm in Alameda County

7. We recently finalized the County's budget for FY 2025-26. In finalizing this budget, we struggled to reconcile a shortfall of approximately $105 million. Closing this gap while continuing to operate vital community services, including federally funded programs, required difficult decisions and may still leave the County financially vulnerable if circumstances change. As we worked to finalize the budget, decisions were made under the assumption that the County will continue receiving federal funds.

8. If federal funding were cut off or substantially reduced, the County would have to rush to develop new budget proposals to try to backfill federal funding where possible. Moreover, losing a significant portion of the County's budgeted revenue would undermine the County's ability to provide services—and would likely necessitate drastic reductions in services. The impacts would not be limited to programs directly funded by federal aid. Losing federal funding would require the County to shift non-federal funds to other programs in an effort to fill some of the gaps—creating a ripple effect that would severely limit the County's ability to provide crucial safety-net programs, social services, public health, public safety, infrastructure, and other essential government services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on July 7, 2025, in Oakland, California.

Melanie Atendido

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750