THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF DONNA SANDOVAL |

I, DONNA SANDOVAL, declare as follows:

1. I am a resident of the State of New Mexico. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Director of Finance and Administrative Services for the City of Albuquerque. I joined the City of Albuquerque in July 2020 as the City Controller, having previously served as the Assistant Commissioner of Administrative Services for the New Mexico State Land Office. I was a CFO for three state agencies over my years in state government. I hold three active certifications: Certified Government Financial Manager (CGFM), Certified Information Systems Auditor (CISA) and Certified Information Security Manager (CISM).

DECLARATION OF DONNA SANDOVAL - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. I understand that the contested grant conditions may threaten Albuquerque with the loss of federal funds. As the Director of Finance and Administrative Services, I must decide how to handle this possible loss of funds in the budget for the new fiscal year beginning on July 1, 2025.

4. Albuquerque's budget for Fiscal Year 2026, beginning July 1, 2025, includes over $21 million in current year federal funds. The $21 million includes federal awards for police equipment and special police programs, Early Head Start, the AmeriCorps Senior Programs, Housing and Urban Development (HUD) grants, and Department of Transportation (DOT) grants. Albuquerque receives funds directly from the federal government as well as pass indirectly through the State of New Mexico and other pass-through entities. Albuquerque receives most federal funds—for both grants and entitlement programs— as reimbursements.

5. Albuquerque is currently providing services and benefits that the Federal government has agreed to reimburse under both HUD and DOT grant funding. The contested grant conditions call into question whether the Federal government will in fact reimburse Albuquerque for these funds.

6. Albuquerque receives more than $10.3 million in HUD grant funding, which includes $3.7 million in CoC grant funds, $4.4 million in the CDBG grant funds, $1.9 million in HOME grant funds, more than $370,000 in ESG grant funds, and more. It also receives more than $10 million in federal DOT grants from the Federal Transit Administration and Federal Highway Administration.

7. The funding Albuquerque receives from HUD grants provides services and benefits to both housed and unhoused residents of Albuquerque, including but not limited to permanent supportive housing, transitional housing, programs supporting victims of violence and domestic abuse, vouchers, emergency shelter services, rapid rehousing, mortgage and rental assistance, and meal and medical services for low-income individuals via Albuquerque's Department of Health, Housing, and Homelessness. These services and programs are an integral part in Albuquerque's work to address the housing crisis and support unhoused and low income residents.

DECLARATION OF DONNA SANDOVAL - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

8. Albuquerque receives DOT funding directly to support the Transit Department, including developing and constructing transportation hubs for public transit, bus stops, leases for busses and equipment, and bus maintenance and rehabilitation. The pass-through funding from the State of New Mexico supports construction, maintenance, and repairs of public highways and other roadways and bicycle grants that provide public bike lanes, trails, and safety education.

9. Every dollar of federal funding lost or at risk puts more pressure on limited General Fund resources which are needed to support core functions of the City. For example, there is a severe housing shortage in Albuquerque, and the City needs to build new affordable housing units annually to meets the housing needs of City residents. The housing shortage is the largest driver of increasing rates of homelessness in Albuquerque.

10. It would decimate Albuquerque to lose HUD and DOT grant funds. Thousands of Albuquerque's most vulnerable residents would lose access to meals, medical care and other lifesaving social safety net services. The City would have to cancel contracts that create hundreds of jobs and keep thousands of local residents sheltered. Roads, public transportation, and other infrastructure necessary to support the City and region's economy would fall into disrepair, causing longer-term damage beyond Albuquerque city limits.

11. Even a mid-year loss of a large portion of HUD or DOT funding would have a significant negative impact on the safety of our City and residents. A large cut would require the City to make significant reductions to critical government services and spending.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  8th  day of July, 2025.



DONNA SANDOVAL
DECLARATION OF DONNA SANDOVAL - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750