THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF GILBERT RAMIREZ |

I, GILBERT RAMIREZ, declare as follows:

1. I am over the age of eighteen and am a resident of the State of New Mexico. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Director of Health, Housing, and Homelessness (HHH) for the City of Albuquerque. I joined the City of Albuquerque in April 2018 as the Deputy Director for Behavioral Health and Wellness Programs. As Director, my duties include managing HHH's work to advance affordable housing developing, housing stability, and housing policy and planning. I have held the Director position since January 2024.

3. Prior to working with the City, I coauthored publications on effective gang intervention in school settings and worked for 16 years as an Adjunct Professor and Field Consultant at New Mexico Highlands University School of Social Work. I have spearheaded

DECLARATION OF GILBERT RAMIREZ - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

initiatives in Albuquerque including the Albuquerque Community Safety Department, the Violence Intervention Program, and the establishment of the state's first medical sobering facility. I have a Master of Social Work (MSW) degree.

4. The City of Albuquerque is experiencing a severe housing and homelessness crisis. The most recent Unsheltered Point-in-Time (PIT) Count in January 2024, which takes a snapshot of the number of people without housing on a specific date, indicated that over 2,740 individuals experienced homelessness. Between 2009 and 2024, this is the highest number of unsheltered individuals in the City of Albuquerque.

5. In order to house and provide necessary services to people experiencing homelessness, the City of Albuquerque receives more than $10.3 million in funding from the U.S. Department of Housing and Urban Development's (HUD) through multiple grants, including the Continuum of Care (CoC), Community Development Block Grant (CDBG), Home Investment Partnerships Grant (HOME), Health Emergency Shelter Grant (ESG), and other federal grants that are passed through the State of the New Mexico to the City of Albuquerque for housing infrastructure and support services.

6. This funding supports the City of Albuquerque's work with community partners to provide housing assistance programs, vouchers, eviction prevention, home purchasing assistance, mortgage reduction, affordable housing assistance, shelter support, violence prevention programs, support for victims of domestic violence, and other programs to support the community.

7. The City of Albuquerque intends to apply for this funding this year in order to continue to provide these critical services and programs to the community.

8. I have reviewed and am familiar with letter I received from HUD dated March 11, 2025, which allocated $3,713,416 in funding for the CoC grant, attached as **Exhibit A**. This letter allocated funding to the City of Albuquerque stated the grant agreements will be processed and executed once all conditions are satisfied. The grant agreement contains conditions that require the recipient to certify that, among other things, it will not operate any programs promoting diversity,

DECLARATION OF GILBERT RAMIREZ - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

equity, and inclusion and that it must use the SAVE system in order to verify the immigration status of grantees.

9. I have reviewed and am familiar with the letter sent to City of Albuquerque Mayor Tim Keller on May 14, 2025, regarding grant funding requirements for the $6,723,851.88 in funding for the HOME, CDBG, and ESG grants, attached as **Exhibit B**.

10. I have reviewed and am familiar with the letter issued June 5, 2025, from Claudette Fernandez, General Deputy Assistant Secretary of HUD, which provides clarification regarding CDBG submissions and the new requirements imposed by White House Executive Orders. I am aware of the new requirements regarding compliance with the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. § 1601-1646 (PRWORA) and that a grantee must use the SAVE system in order to provide any funding to a subrecipient.

11. Imposition of these conditions puts at risk key funding for important city programs. Every dollar of federal funding lost or at risk puts more pressure on the limited resources which are needed to support core functions of the City. There is a severe housing shortage in Albuquerque, and the City needs to build new affordable housing units annually to meets the housing needs of City residents. The housing shortage is the largest driver of increasing rates of homelessness in Albuquerque. Loss of this funding could result in the loss of housing for hundreds of Albuquerque families.

12. The funding for these grants, specifically CoC and ESG, provide both permanent supportive house and rapid rehousing. Both serve chronically unhoused individuals (having a disability and having been unhoused for one year), families with someone with a disability, as well as individuals who find themselves displaced suddenly. These grants also provide street outreach and emergency shelter services.

13. HOME and CDBG funding provides support for community housing partnerships, mortgage and rental assistance, medical care, affordable housing development, meal services, and other programs that support the unhoused and low-income residents of Albuquerque.

DECLARATION OF GILBERT RAMIREZ - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

14. It would decimate Albuquerque to lose HUD funds. Thousands of Albuquerque's most vulnerable residents would lose access to meals, medical care and other lifesaving social safety net services. Unhoused residents and low-income families would suffer the most, losing resources that provide integral support for housing and basic needs.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  8th  day of July, 2025.



GILBERT RAMIREZ

DECLARATION OF GILBERT RAMIREZ - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC  20410-7000

PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR
COMMUNITY PLANNING AND DEVELOPMENT

March 11, 2025

Mr. Gilbert Ramirez, LCSW
Director, Department of Health, Housing and Homelessness
City of Albuquerque
P.O. Box 1293
Room 504
Albuquerque, NM  87103

Dear Mr. Ramirez:

    Congratulations!  I am delighted to inform you of the funding for your project(s) under the Department of Housing and Urban Development's (HUD) Notice of Funding Opportunity (NOFO) for Fiscal Year (FY) 2024 Continuum of Care (CoC) Competition and Renewal or Replacement of Youth Homeless Demonstration Program Grants for a total of $3,713,416.

    The CoC Program is an important part of HUD's mission. CoCs around the country will continue to improve the lives of people experiencing homelessness through their local planning efforts and through the direct housing and service programs funded under the FY 2024 CoC Program Competition.  Projects like those of your organization, funded through the CoC program, continue to demonstrate their value by improving accountability and performance every year.

    The enclosure provides details about your organization's award(s) including: the name(s) of the individual project(s); the project number(s); and the specific amount(s) for each project.  The Department's field office staff will notify you when they are available to process grant agreements; once all conditions are satisfied and the grant agreement is executed, your organization can expend the funds.

    HUD commends your organization's work and encourages it to continue to strive for excellence in the fight to end homelessness.

                              Sincerely,

                              David C. Woll Jr.
                              Principal Deputy Assistant Secretary

Enclosure

NM0014L6B002417

FY2024 Rental Assistance AHCH/HW CABQ

$1,259,204

NM0015L6B002417

FY2024 Rental Assistance TLS CABQ

$570,643

NM0017L6B002417

FY2024 Transitional Housing CABQ

$138,982

NM0101L6B002409

FY2024 Consolidated RRH CABQ

$1,444,108

NM0177L6B002400

FY2024 Albuquerque CoC Planning Project

$300,479

                                          Total Amount:      $3,713,416

# EXHIBIT B



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

OFFICE OF COMMUNITY PLANNING
AND DEVELOPMENT

May 14, 2025

The Honorable Tim Keller
Mayor of Albuquerque
PO Box 1293
Office of the Mayor
Albuquerque, NM 87103

Dear Mayor Keller,

    Secretary Scott Turner is committed to improving housing opportunities, reducing regulations to lower housing cost, and expanding housing supply for hardworking Americans. The nationwide shortage of rental and owner-occupied properties and the current rate of construction has not kept pace with the demand.  This lack of adequate housing supply leads to higher prices for renters and homebuyers alike, forcing some into homelessness and preventing countless Americans from becoming homeowners.  Across the country, partnerships between public and private sectors are providing millions of Americans an opportunity to get ahead.  HUD is determined to continue its collaboration with you so programs are responsibly utilized and can spark additional leveraging and partnerships to address the nation's housing crisis.

    As authorized by the Consolidated Appropriations Act (Public Law 119-4) on March 15, 2025, I am honored and excited to announce that your jurisdiction is receiving the following Fiscal Year 2025 allocations for the identified programs:

        Community Development Block Grant (CDBG) - $4,395,720.00

        HOME Investment Partnerships (HOME) - $1,957,084.88

        Emergency Solutions Grants (ESG) - $371,047.00

        Housing Opportunities for Persons W/ HIV/AIDS (HOPWA) - $0.00

        Housing Trust Fund (HTF) - $0.00

        Recovery Housing Program (RHP) - $0.00

    In addition, your jurisdiction's CDBG allocation for this year provides you with $21,978,600.00 in available Section 108 loan guarantee borrowing authority.  Section 108 permits you to borrow up to five times of your current CDBG allocation.  This loan allows jurisdictions to maximize access to low-interest capital, and provide long-term financing to invest in Opportunity Zones, or further address gap financing for big projects that you envision for your community.

      As you are finalizing your Annual Action Plans or Consolidated Plans that are due for submission to our office by August 16, 2025, please be reminded that it is important to align with executive orders and applicable laws.  If you or any member of your staff have questions, please do not hesitate to contact your local HUD Field Office in Albuquerque or CPDGDAS@hud.gov.

      Thank you for your interest in CPD programs and for ensuring that these dollars are responsibly achieving outcomes as intended by law.  When people have a safe and stable place to call home, they can focus on contributing to the economy and be productive members of their respective communities.

Sincerely,

Claudette Fernandez
General Deputy Assistant Secretary
   for Community Planning and Development

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1
PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750