THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                  Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF ERIC MILLER |

I, ERIC MILLER, declare as follows:

1. I am over the age of 18 and am competent to testify. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. I am presently employed as the Implementation Planning Manager in the Transportation Department of the City of Bellevue ("Bellevue"). I have held this position for over 20 years. In my role as Implementation Planning Manager, I oversee our transportation grants program and our capital facilities planning program. I also oversee our transportation demand management program.

2. In overseeing the transportation grants program, I work with our grants program manager and other department staff to develop a grant-seeking strategy to align our priority transportation system improvement projects with the emphasis areas, criteria, guidelines and

DECLARATION OF ERIC MILLER - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

requirements of various federal and state grant programs. I review all transportation grant applications, both direct and indirect, that the city submits for federal funding. I also oversee awarded grant administration. This involves programming awarded or expected grant funds to the transportation budget as well as ensuring sufficient funds are available for a city match, when required.

3. The Transportation Department's capital budget for 2025-2030 was adopted by the Bellevue City Council in November of 2024. At the time the capital budget was set, the majority of transportation grants Bellevue was awarded through 2024 were factored into the budget. This includes grants for which formal funding authorization agreements have been executed with the grantor or authorized administering agency as well as grants for which Bellevue has not yet executed a funding authorization agreement but continues to advance the projects or project phases to meet the funding authorization requirements of the granting agency.

4. Bellevue's Transportation Department plans, designs, builds, operates and maintains the transportation system in Bellevue. There are significant capital transportation projects currently underway which rely on federal funding, either direct or in-direct.

5. Bellevue relies on pass-through and direct federal grants to support its complex and expansive transportation capital projects and programs. Capital transportation projects require dependable funding sources – including federal funds – over lengthy timelines required for design through construction phases and requires Bellevue to make extensive third-party contract commitments to fulfill the projects. The federal grants the City receives are an integral part of the department's financial planning and provide critical funding for project development and implementation.

**Bellevue's DOT and FHWA Grants.**

DECLARATION OF ERIC MILLER - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

6. In fiscal year (FY) 2023, Bellevue was awarded a Strengthening Mobility and Revolutionizing Transportation (SMART) grant in the amount of $1,426,531 through the U.S. Department of Transportation (DOT) to support its Real-Time Traffic Signal Safety Intervention project. This project is focused on improving safety at signalized intersections, with an emphasis on detecting safety risks for vulnerable road users. Bellevue signed the SMART grant agreement in September of 2024.

7. Also in FY 2023, Bellevue was awarded a Safe Streets for All (SS4A) grant through Federal Highway Administration (FHWA) in the amount of $2,787,894. The SS4A grant agreement was executed in two phases, first a Supplemental Planning element on December 5, 2024 ($1,603,058), and by amendment, a Construction/Demonstration Element on December 18, 2024 ($1,184,836). The SS4A grant supports the Bellevue Safe Access for Everyone (B-SAFE) project, which focuses on safe mobility for vulnerable road users. The project is focused on areas which comprise 12% of the city's land area but account for 45% of the city's fatal and serious injury crashes.

8. The FY 2023 SS4A grant agreement's "terms and conditions," found on page 2 of the agreement, refers to https://www.transportation.gov/grants/ss4a/grant-agreements. After Bellevue executed the grant agreement in 2024, DOT purports to have updated the "terms and conditions" which apply to FY 2023 grants, as seen at https://www.transportation.gov/grants/ss4a/grant-agreements.

9. Bellevue has started both projects supported by the SMART and SS4A grants and has submitted for reimbursement from the SMART grant source but to date has not received reimbursement. A submittal for initial reimbursement from the SS4A grant is currently in process.

DECLARATION OF ERIC MILLER - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

10.     On April 24, 2025, a representative of the FHWA sent Bellevue a copy of Sean Duffy's April 24, 2025 letter ("Duffy letter") via e-mail. The Duffy letter was addressed to "[a]ll recipients of U.S. Department of Transportation Funding." The letter, in part, informed Bellevue that it is "the policy of the Department to award and to continue to provide Federal financial assistance only to those recipients who comply with their legal obligations." The Duffy letter went on to assert that "so-called 'diversity, equity, and inclusion' or 'DEI' goals, presumptively violates Federal law …" This policy directive or "condition" that DOT seeks to broadly impose on all DOT grants, among other conditions identified in the Duffy letter, were not part of Bellevue's executed SMART or SS4A grant agreements.

11.     One of Bellevue's core values is Diversity, Equity and Inclusion, defined as: "We create an inclusive and equitable community where everyone feels valued, respected and empowered to thrive. We create an environment where everyone feels a sense of belonging, and experiences equitable treatment. We value the unique perspectives, backgrounds and identities of all individuals, ensuring that everyone has an opportunity to thrive and contribute to our community. We promote inclusivity, respect and fairness in every aspect of our operations, services and interactions." Given the Duffy letter and federal policy directives outlined in that letter, as well as new conditions that DOT seeks to impose on FY 2023 SS4A grants , the Transportation Department is concerned about the continued availability of the SMART and SS4A funding. If Bellevue loses its SMART and/or SS4A funding, it will not have available funds in its 2025-2030 budget to support the projects.

12.     Because Bellevue is required to comply with all grant terms and conditions as pass-through recipient of federal funds, Bellevue is also concerned about the continued availability of its pass-through funding.

DECLARATION OF ERIC MILLER - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Bellevue Expects Approximately $34 Million in Pass-Through FHWA Funds in 2025-2027.**

13.	For FYs 2025-2027, Bellevue has either entered, or anticipates entering into, local agency agreements with the Washington State Department of Transportation (WSDOT) for 12 grants awarded to capital transportation projects. These agreements will obligate close to $34 million in FHWA grant funding awarded to Bellevue. These grants are planned to fund critical road and other transportation improvements in Bellevue. These grants include but are not limited to:

   a. $8,090,120 in FHWA funds to construct a significant extension of the Mountains to Sound Greenway Trail (142nd Place to 150th Avenue NE), a regional trail used for recreation and non-motorized commuting;

   b. $4,395,000 in FHWA funds to support seismic upgrades to two local bridges to bring the bridges within current standards;

   c. $790,000 in FHWA funds for a Safe Routes to School Project supporting sidewalks near a handful of public and private schools;

   d. $4,900,000 in FHWA funds for the construction phase of the Eastrail to Spring Boulevard Trail Link, connecting a local east-west trail to a large regional north-south trail;

   e. $5,835,000 in FHWA funds for the design phase of NE Spring Blvd Zone 3, to support arterial/multimodal network completion, increasing accessibility for cars and non-motorized transportation in Bellevue's urban core.

14.	Bellevue's budget includes and relies on the availability of these funds, and based on this expectation, Bellevue has entered into contracts with third-parties to support delivery of

DECLARATION OF ERIC MILLER - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

these projects.

**Bellevue is Drawing Down on Pass-Through Grant Agreements from 2024 or Earlier.**

15.  Bellevue also has transportation projects supported by over $26 million in pass-through FHWA and FTA funding from local agency agreements with WSDOT executed in FY 2024 or earlier. These projects are in various stages of completion. For those that are completed, Bellevue is seeking final reimbursement or grant closeout. These grants include:

   a. $1,455,000 in FHWA funds for the design phase of the 120th Avenue NE Stage 4 project;

   b. $3,820,000 in FHWA funds for the right of way phase of the 120th Avenue NE Stage 4 project;

   c. $1,010,050 in FHWA funds for the design and construction phases of a Rectangular Rapid Flashing Beacons Crosswalks project;

   d. $2,289,992 in FHWA funds for the design and construction of an Emergency Relief project;

   e. $2,125,000 in FHWA funds for the design phase of the Bellevue College Multimodal Connection project;

   f. $4,314,700 in FHWA funds for the design and construction phases of the Bellevue Way and NE 4th Street Pavement Preservation project;

   g. $2,752,025 in FHWA funds for the design and construction phases of the NE 8th Street Pavement Preservation project;

   h. $6,160,000 in FHWA funds for the construction phase of the Mountains to Sound Greenway Trail (132nd to 142nd Avenues SE) project;

   i. $1,240,000 in FHWA funds for the design and construction phases of the

DECLARATION OF ERIC MILLER - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Coal Creek Parkway Corridor Safety Improvements project; and

j. $1,282,600 in FHWA funds for the design phase of the Eastrail to Spring Blvd NE Trail Link project.

k. $500,000 in Federal Transportation Authority (FTA) funds for the transportation demand management program (Bellevue is a subrecipient of these funds through King County Metro).

16. Bellevue relies on both indirect and direct federal funding to support local capital transportation projects. Without the continued availability of this funding, Bellevue will not be able to carry out these vital projects and its vision to improve mobility for all modes of travel while reducing traffic fatalities and serious injuries, to the detriment to its residents and visitors.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of July, 2025 in Bellevue, Washington.

_____
Eric Miller, Implementation Planning Manager for City of Bellevue

DECLARATION OF ERIC MILLER - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1
PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750