THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF SABRA SCHNEIDER |

I, SABRA SCHNEIDER, declare as follows:

1. I am over the age of 18 and am competent to testify. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. I am presently employed as the Chief Information Officer in the Information Technology (IT) Department of the City of Bellevue ("Bellevue"). I have held this position approximately nine years. In my role as Chief Information Officer, I developed the federal grant application which Bellevue submitted in support of the Digital Equity for Affordable Housing Project, discussed herein. I also have developed associated partnerships in support of Bellevue's digital equity goals, where Bellevue seeks to ensure that all residents have access to the internet and skills in the digital economy.

2. In 2024, Bellevue was awarded a $500,000 grant through Community Project

DECLARATION OF SABRA SCHNEIDER- 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Funding (CPF). CPF awards are administered through the U.S. Department of Housing and Urban Development ("HUD"). Attached as **Exhibit A** is a true and correct copy of Bellevue's Award Letter.

3. The grant will support the IT Department's Digital Equity for Affordable Housing Project ("Project"). The Project will further the City's goals of digital equity for low to moderate income residents and will provide wi-fi capabilities to members of affordable housing communities located in Bellevue's Eastgate area.

4. Bellevue is in the process of conducting the necessary environmental review which must be completed before Project documents can be submitted to HUD and the final grant agreement can be received and executed. Bellevue anticipates it will receive a grant agreement from HUD in the next year.

5. Bellevue is concerned about the continued availability of this funding based on directives issued by HUD, such as the General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs dated April 22, 2025.

6. The April 22, 2025 guidance outlines, in relevant part, that recipients of federal awards must comply with applicable and existing executive orders, including but not limited to a current executive order (EO 14173) which refers to "illegal DEI and DEIA policies." This EO does not distinguish between "illegal" or "non-illegal" DEI policies and programs and appears to presume any DEI policy is unlawful. The presumption in EO 14173 and related HUD grant requirement to follow the directives outlined in EO 14173, appears inconsistent with City policy. One of Bellevue's core values is Diversity, Equity and Inclusion, defined as: "We create an inclusive and equitable community where everyone feels valued, respected and empowered to thrive. We create an environment where everyone feels a sense of belonging, and experiences

DECLARATION OF SABRA SCHNEIDER- 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

equitable treatment. We value the unique perspectives, backgrounds and identities of all individuals, ensuring that everyone has an opportunity to thrive and contribute to our community. We promote inclusivity, respect and fairness in every aspect of our operations, services and interactions."

7. Without the $500,000 grant, the IT Department will have insufficient funds in its operating budget to fund the anticipated Project and Bellevue will be unable to provide wi-fi capabilities to Bellevue's low to moderate income residents in the Eastgate area as outlined in the grant application.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025 in Bellevue, Washington.

_____
SABRA SCHNEIDER

DECLARATION OF SABRA SCHNEIDER- 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, D.C. 20410-1000

OFFICE OF COMMUNITY PLANNING AND DEVELOPMENT

Wednesday, August 28, 2024

Genesee Adkins
Chief of External Affairs
City of Bellevue
450 110th Avenue NE
Bellevue, WA 98004
Email: gadkins@bellevuewa.gov

Dear Community Project Funding Grantee,

In the Consolidated Appropriations Act, 2024 (Public Law 118-42) (the FY2024 Act), and the Further Consolidated Appropriations Act, 2024 (Public Law 118-47) (the Further FY2024 Act) Congress made $3,290,054,336 in funding available for Community Project Funding (CPF). These CPF awards are administered by the Department of Housing and Urban Development (HUD). HUD received the information below about your project from Congress. A Grant Number has been added and will be the unique identifier for your project throughout the grant process.

| | |
|---|---|
| **Grant Number:** | B-24-CP-WA-2298 |
| **Project:** | Digital Equity for Affordable Housing |
| **Grantee/Recipeint:** | City of Bellevue |
| **Amount:** | $500,000 |
| **HUD Grant Officer** | Rommel Calderwood / Rommel.Calderwood@hud.gov |
| **HUD System Officer:** | Connor X. Lareau / Connor.X.Lareau@hud.gov |
| **HUD Regional Environmental Officer:** | Brian Sturdivant / Brian.Sturdivant@hud.gov |

This letter outlines initial grant award requirements and information needed from you to get started. This Grant Award Package also includes: The "FY2024 Community Project Funding Grant Guide" (FY2024 CPF Grant Guide), the template for your FY2024 Community Project Funding Grant Agreement, and the forms required to complete and submit information online to populate before we sign your FY2024 CPF Grant Agreement. A brief overview of these documents is below:

1) **FY2024 CPF Grant Guide**: The FY2024 CPF Grant Guide provides instructions for completing the requested information and filling out the required administrative forms to initiate your FY2024 CPF Grant Agreement. Please refer to this document as it includes important information and forms for accessing the online system (DRGR), as well as other information concerning reporting requirements.

**2) FY2024 CPF Grant Agreement for this Award**: The FY2024 CPF Grant Agreement specifies the applicable statutory provisions, regulations, and administrative requirements for this award. Please make sure all grantee information and award-specific information is entered completely and accurately before signing this Agreement. When you submit your grant materials on our DRGR Grant Processing Module it will create your customized FY2024 CPF Grant Agreement.

**3) Standard Forms and Required Materials:** The following forms will be needed:
   a. Form HUD-1044, Assistance Award/Amendment Form (Attached)
   b. Standard Form–424 Application for Federal Assistance (in the online system)
   c. SF-424-B, Assurances for Non construction Programs, and/or SF-424-D, Assurances for Construction Programs (in the online system)
   d. SF-LLL Disclosure of Lobbying Activities (as applicable in the online system): https://www.grants.gov/forms/forms-repository/sf-424-family
   e. SF-1199A - Direct Deposit Sign-Up Form: https://www.gsa.gov/system/files/SF1199A-20.pdf  The form is to be completed by the grantee and grantee's financial institution. Grantees will need to submit the completed form and upload to DRGR.

**Grant Award Process Overview**

Below is a step-by-step walk-through of the process and necessary documents and forms to execute your FY2024 CPF Grant Agreement. This process and the forms are also available in the FY2024 CPF Grant Guide, which can also be found on the program's webpage at: https://www.hud.gov/program_offices/comm_planning/edi-grants/FY_2024 on HUD.gov and on this webpage https://www.hudexchange.info/programs/cpf/ on the HUD Exchange.

1. Grantees should review the Grant Award Package documents.
2. Grantees should initiate or complete the HUD environmental review.
3. Grantees gather all required information and submit to HUD using the online system DRGR.
4. HUD provides access to DRGR system to access the Grant Processing Module to submit required information, answer questions, and upload documents. Once all required information is submitted online HUD will review the completed grant materials submitted.
5. HUD staff will review the information and documents for completeness. If there are any deficiencies the corrections and/or clarifying questions will be shared with the grantee for correcting or answering the clarifying questions. If not, HUD staff will submit the package internally for a second level review. Then, the Acting Director for the Congressional Grants Division will review the grant package. Finally, your Grant Agreement will be executed.
6. HUD will notify the grantee that their FY2024 Grant Agreement has been fully executed and will share additional materials with the grantee to complete to begin the payment processing activities to receive your funds.

**Training and Tools**

**FY2024 CPF Onboarding Event:** This event will take place in September. We will review this letter and grant award package materials along with sharing next steps and how to sign up for a cohort. The event will be recorded and shared online after the event.

**FY2024 CPF Grantee Cohorts:** This provides you and your staff the opportunity to register for a four-part training for how to prepare your grant materials and submit them online. Information about the registration will be shared via email and during the FY2024 CPF Onboarding Event.

**FY2024 CPF Grantee Webinar Series:** This provides you and your staff with information about the regulations, requirements, and processes for your grant. Information about the registration for the webinar series will be shared via email and during the FY2024 CPF Onboarding Event.

**FY2024 CPF Grantee Online HUD Exchange Resources:** This website page includes general information and your specific Fiscal Year information along with links to past and future technical assistance opportunities. The site is also used for you to register for our listserv and for communicating updates to you and those on the listserv.

**Overview of Requirements**

CPF grants are subject to several Federal requirements. HUD will provide additional information and further clarification regarding applicable requirements and the grant award process in upcoming webinars and additional technical assistance. The most essential requirements include:

1) **Administrative Requirements:** CPF grants are subject to the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 CFR Part 200).

2) **HUD Environmental Review Requirements:** EDI/CPF grants, like all projects funded by HUD, are subject to requirements under the National Environmental Policy Act (NEPA), HUD's NEPA-implementing regulations at 24 CFR Part 50 or 24 CFR Part 58, and appropriate federal environmental and historic preservation laws, regulations, and Executive Orders.

   - To be eligible, activities and expenses must comply with applicable Federal requirements. This includes administrative requirements under 2 CFR Part 200, environmental laws, statutes and Executive Orders, and other "cross-cutting" federal requirements adhered to by HUD.
   - If the environmental review is being conducted by a local government responsible entity under Part 58, a Request for Release of Funds and Certification must be approved by HUD, as applicable. If the environmental review is being completed by HUD under Part 50, the environmental review must be approved and certified by HUD.

- HUD defines the "Federal Nexus" for a program or project as the event that triggers the requirements for federal environmental review under a host of laws, regulations, and Executive Orders, including the prohibition on choice limiting actions.
- For FY2024 grants, the date of the Act's enactment (March 9, 2024) is the federal nexus for compliance with all environmental laws. Once a project is federalized, in keeping with the National Environmental Policy Act (NEPA) and HUD's NEPA-implementing regulations at 24 CFR Part 50 or 24 CFR Part 58, environmental reviews must be completed, and all necessary HUD approvals must be obtained prior to taking any choice limiting actions, such as acquisition, construction, ground disturbance, and entering into contracts.
- Further explanation and guidance on choice limiting actions and the environmental review process, including historic preservation review, is included within the CPF Grant Guide and on the program's webpage at: https://www.hudexchange.info/programs/cpf/.
- Some projects may already be underway at the time of federal nexus and while it is still best practice to stop all work after the federal nexus before the environmental review is complete for EDI/CPF projects that are already underway at time of federal nexus, grantees are allowed to perform activities after the federal nexus, but only for activities which are part of a pre-nexus contract that obligates them to do so. However, grantees would be doing so at their own risk, as any activity performed, or proposed to be performed, after the federal nexus must be included in the project scope of a satisfactory environmental review to be reimbursable.
- A satisfactory review must show that the project activities will not result in unmitigable environmental harm and must not preclude consultation with the appropriate environmental authorities such as the State Historic Preservation Office (SHPO). Environmental authorities may refuse to consult if physical impacts are made to a site before consultation.
- HUD conducted a nationwide environmental review for FY24 EDI/CPF soft costs to clear activities such as administrative, planning, and operations and maintenance costs (including costs to prepare an environmental review). After execution of the Grant Agreement, eligible soft costs can be incurred after March 9, 2024 (see 2 CFR 200.403). Eligible hard costs can be reimbursed if incurred after a full environmental review is completed (see 2 CFR 200.403).
- HUD Environmental Officers: https://www.hud.gov/sites/dfiles/CPD/documents/Community-Project-Funding-Portfolio-Assignments.pdf.

    If you, or your staff, have any questions regarding how to complete or submit the requires documents, please feel free to contact your Grant Officer or System Officer. Please note while your Grant Officer may change over time, we have a team approach to managing your project. Please include your grant number and project in all email correspondence. We look forward to working with you on this important project!

    Sincerely,

    *Nadab Bynum*

    Nadab Bynum
    Acting Deputy Assistant Secretary
      for Economic Development

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750