THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF REBECCA MERTZIG** |

I, REBECCA MERTZIG, declare as follows:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2. I am the Chief of Police for the City of Bellingham (Bellingham Police Department or BPD). I have been in this position since 2022. I am a member of Mayor Kim Lund's Department Head Team. Before being selected at the Chief of Bellingham, I served as the City of Stanwood Chief of Police and worked for the Snohomish County Sheriff's office for 18 years.

3. As the Chief of Police, I am responsible for providing leadership, direction, and general administrative oversight to the police department and employees responsible for police protection and law enforcement services within the jurisdictional boundaries of Bellingham; for

**DECLARATION OF REBECCA MERTZIG - 1**
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

the operation of the county-wide public safety emergency dispatch center; and for cooperative relationships and initiatives with regional law enforcement agencies. As a member of the City's senior management team, I collaborate with the Executive Department, City Council, and other City departments on strategy and policy to ensure that the City's mission and core values are incorporated into operational activities and services. I oversee all BPD operations and program development. I am responsible for emergency management, strategic planning, policy development and personnel management. I am also responsible for fiscal operations and specifically to projects and procure revenue and funding for the work of the department, including management of grants and accessing federal and state funding sources.

### Safe Streets for All Grant Proposal

4. On June 25, 2025, the City of Bellingham applied for $3,090,084 in federal funding through the U.S. Department of Transportation's Safe Streets and Roads for All (SS4A) grant program to reduce serious injury and fatal traffic crashes. If the City is awarded the grant, BPD plans to use the funds to target Bellingham's High Injury Network (HIN) corridors through a three-pronged approach: installing advanced traffic camera systems, establishing a Drone Field Response (DFR) program, and creating a dedicated traffic enforcement team. Rooted in the target zero initiative and SS4A's Safe System Framework, this proposal prioritizes vulnerable road users, especially in underserved communities, with a goal of reducing serious crashes by 20% in three years and reaching zero traffic deaths by 2030.

5. The plan is equity-focused, data-driven, and implementation-ready. It emphasizes safety for pedestrians and cyclists near parks and schools, prioritizes areas of high social vulnerability, and utilizes crash data to target resources. The approach integrates engineering, enforcement, and emergency response strategies to create a layered system of safety.

**DECLARATION OF REBECCA MERTZIG** - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

6. Crash rates in Bellingham have risen steadily since 2020. In response, the Whatcom Council of Governments (WCOG) developed the "Whatcom Regional Safety Action Plan" in partnership with local jurisdictions, including Bellingham. This data-informed plan—adopted in August 2023—identified speeding, impaired driving, and distracted driving as the leading causes of severe collisions. Between 2018–2022, Bellingham recorded 23 fatal crashes. In 2024 alone, the city experienced 1,143 crashes with 393 injuries and one fatality—marking a 30% injury increase since 2021. The fatality rate in Bellingham based on the 2020 census data is 5.03 (per 100,000).

### Grant Proposal Details: Advanced Camera Systems, Drone Field Response (DFR) Program, and Traffic Team

7. **Traffic Camera System:** The plan proposes replacing outdated cameras with high-resolution models equipped with Automated License Plate Reader (ALPR) technology and rapid search capabilities. These upgrades will enhance investigations, reduce search time, and support proactive enforcement. A total of 182 locations have been selected based on crash data and proximity to schools, parks, and commercial areas. The traffic system will cover downtown corridors, entrances/exits to the city, and underserved neighborhoods. These tools act as force multipliers for enforcement and traffic engineering alike.

**Performance measures:**

- Reduction in speed and distraction-related crashes
- Improved incident response through real-time footage
- Increased detection and identification in hit-and-run incidents

8. **Drone Field Response (DFR) Program:** The DFR system will position six drones across the City to provide near-instant incident assessment. By transmitting live footage

DECLARATION OF REBECCA MERTZIG - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to dispatchers, drones can guide first responders in real-time, reducing response times and saving lives. With 16 FAA-licensed drone pilots already active, the City can quickly implement the program. The system will also relieve overburdened patrol resources and enhance traffic data collection. Case studies from Chula Vista and Elizabeth, New Jersey, show that DFR programs reduce officer response times and improve deployment efficiency—outcomes Bellingham aims to replicate.

**Performance measures:**

- Number of DFR deployments and calls cleared
- Time-to-scene reductions for serious collisions
- Tracking of high-risk behavior trends via aerial surveillance

9. **Establishment of traffic enforcement team:** To further address speeding, distracted, and impaired driving, Bellingham will create a traffic enforcement team comprising four motorcycle units and two DUI vehicles. When patrol staffing allows, this team will focus on daytime enforcement in congested areas, nighttime DUI patrols, and community outreach. Motorcycle units offer agility in high-traffic conditions, while DUI patrols will address nighttime impairment trends. Officers will receive specialized training, and community engagement efforts will highlight enforcement goals and transparency.

**Performance measures:**

- Change in injury crash rates in HIN corridors
- Number of citations issued and community interactions
- Tracking DUI-related collisions and arrests

### Impacts of Withholding Federal Grant Funds

10. All three of the SS4A programs set forth in our grant application would be cost

**DECLARATION OF REBECCA MERTZIG - 4**
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

prohibitive without grant funding. The City is experiencing a budget deficit at approximately $4.5 million dollars and is projecting to fall below the emergency reserve target before the end of 2025. Without these three programs, I would expect to see an increase in traffic collisions in general, but specifically serious injury collision and those involving DUI driving. Our response times would increase and the resources needed to respond to serious injury and fatal traffic crashes would increase.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of July, 2025, in Bellingham, Washington.

REBECCA MERTZIG

DECLARATION OF REBECCA MERTZIG - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750