THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> **DECLARATION OF SAMYA LUTZ** |

I, SAMYA LUTZ, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

**PERSONAL BACKGROUND**

2. I am the Housing and Services Program manager in the City of Bellingham Planning and Community Development department. As manager, my duties include managing funding from the federal department of Housing and Urban Development (HUD) along with locally generated funds, advancing affordable housing development, housing stability, and housing policy and planning for low-income households. I have held this position since February

**DECLARATION OF SAMYA LUTZ** - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

18, 2016.

3. I have a master's degree in Urban and Regional Planning from the University of British Columbia and a bachelor's degree from Western Washington University.

4. I have over 20 years of experience in the housing, community development, and planning field, including as a nonprofit housing developer, long-range planner for Whatcom County, and staff of the National Pipeline Safety Trust.

## THE CITY OF BELLINGHAM'S HOUSING AND SERVICES PROGRAM

5. The City of Bellingham (the "City") is experiencing a severe housing crisis, with many residents struggling to meet basic needs and maintain housing stability. The City has responded to this crisis in a variety of ways, including through programs funded by HUD Community Planning and Development (CPD) dollars. Bellingham, through its Planning and Community Development Department, Housing and Services program, receives approximately $1,323,865 in HUD funds for its CDBG and HOME programs annually.

6. A Community Development Block Grant (CDBG) is the sole funding source available for responding to food security and other basic needs for the city's most vulnerable residents. Nearly 20% of Whatcom County's residents visit the Food Bank on a regular basis, reflecting over 30,000 unique annual visits; visits have grown nearly 200% since 2019. CDBG is also the sole funding source available to support the Home Rehabilitation Program that is critical to helping elderly and disabled residents remain in their homes. CDBG also supports community facilities and services that assist low-income households in everything from violence prevention and recovery to energy assistance.

DECLARATION OF SAMYA LUTZ - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

7. The Home Investment Partnership Program ("HOME") is a federal assistance program administered by HUD that also provides annual grants on a formula basis to states and localities to use – often in partnership with local nonprofit groups – to fund a wide range of activities, including building, buying, and rehabilitating affordable housing for rent or homeownership, as well as providing direct rental assistance to low-income people. It is the largest federal block grant to state and local governments designed exclusively to create affordable housing for low-income households. HOME provides annual grants on a formula basis to over 630 participating jurisdictions. HOME is also an important component of the City's affordable housing development initiatives, which support the development of dozens of new housing units each year. HOME also supports the city's homeownership programs, including downpayment assistance and new development.

## CDBG AND HOME GRANT PROCESS

8. The CDBG program provides annual grants on a formula basis to states, cities, and counties to develop viable urban communities by providing decent housing and a suitable living environment, and by expanding economic opportunities, principally for low- and moderate-income persons. Unlike discretionary grants that involve a competitive selection process, formula grants allocate funds based on specific formulas established by law. The CDBG program provides annual grants on a formula basis to over 1,200 units of general local government, insular areas and states.

9. The City of Bellingham is a CDBG entitlement community, and a participating jurisdiction with the HOME program. As a formula grantee, the City is listed in the formula grant announcements by HUD. As such, there are no grant applications required. The City has been a recipient of CDBG funds dating back to at least 1982, and a recipient of HOME funds dating back

DECLARATION OF SAMYA LUTZ - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to at least 1996.

10. To maintain the City's status as a formula grantee (CDBG) or participating jurisdiction (HOME), the City must submit a consolidated plan every five years and annual action plans consistent with the five-year consolidated plan, along with consolidated annual performance and evaluation reports. As part of the submission to HUD of consolidated and annual action plans, the City must sign certifications and assurances, as required by HUD. The action plan submission must be in accordance with 24 CFR 91.320, and provide specifics about how the City will use the funds. The City must submit a number of attachments with the action plan every year, some of which are the required certifications and assurances. Once the action plan is submitted and determined to be complete and in compliance with HUD's requirements, HUD sends a grant agreement to the city (one for CDBG and one for HOME) containing additional terms to which the city must agree in order to receive the funds. The City anticipates submitting its complete action plan to HUD by July 11. With the 2025 program year beginning July 1 (PY2025) and no grant agreement in place, the City has followed the guidance in HUD notice CPD-25-02, "guidance on submitting consolidated plans and annual action plans for fiscal year (FY) 2025" as documented in a pre-award cost memorandum.

11. While the City has not yet received a grant agreement from HUD, on or about June 16, 2025, it became aware of a letter sent by Claudette Fernandez, General Deputy Assistant Secretary of HUD, on behalf of HUD Secretary Scott Turner, to the executive directors of the Council of State Community Development Agencies and National Community Development Association dated June 5, 2025 regarding the implications of executive orders (EOs) on HUD CPD funding. The letter stated, in part, that "the FY2025 grant agreement will also emphasize conformity with applicable administrative priorities and executive orders." The letter goes on to

DECLARATION OF SAMYA LUTZ - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

specify what conformity will mean, listing out a prohibition of promoting "gender ideology", a requirement "to comply with PRWORA, Executive Order 14218, or other executive orders or immigration laws", a prohibition to use funding "in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation", and "unless excepted by PRWORA, the grantee must use SAVE, or an equivalent verification system approved by the federal government, to prevent any federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States."

12. Presuming the conditions specified in the letter will be included in the eventual grant agreement, these conditions will present significant challenges for the City. For example, the City has never been asked to verify immigration status in the past to administer CPD funding, nor to my knowledge does it have access to SAVE or an equivalent verification system.

13. The City's contracts with subrecipients include the requirement that they agree not to discriminate against individuals or households based on protected status. It is important to the City that its subrecipients carry out their obligations in a manner that is consistent with state law and local code provisions, as well as federal law, that prohibit discrimination based on protected status. For example, BMC Chapter 2.25, as enacted by Bellingham Ordinance 2017-02-08 in 2017, prohibits any city personnel from conditioning the provision of any city services or initiating any enforcement action based on a person's civil or administrative immigration status.

## NEGATIVE IMPACTS OF LOSING FUNDING

14. The loss of this funding would be devastating for the community. If funding is not available, existing grant agreements with subrecipients would be forfeited, interrupting services,

DECLARATION OF SAMYA LUTZ - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

disrupting the lives of vulnerable households, and undermining the sustainability of the subrecipient agencies, such as the Food Bank, a lifeline to some of Bellingham's most vulnerable residents. The loss of this funding also would eliminate the Home Rehabilitation Program, which allows elderly and disabled residents the dignity of living safely in their own homes. These newly imposed conditions, if included in the eventual grant agreement, would force the City to either agree to new conditions imposed on the grants already awarded, including conditions impossible to comply with and that violate city ordinances, or lose access to approximately $1.3 million in funding that is critical to the welfare of low- and moderate-income community members.

I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this ____ day of July, 2025, in Bellingham, Washington.

_____
SAMYA LUTZ

**DECLARATION OF SAMYA LUTZ** - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750