THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                              Plaintiffs,

        v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                              Defendants.

No. 2:25-cv-00814-BJR

**DECLARATION OF TIMOTHY HOHMANN**

I, TIMOTHY HOHMANN, declare as follows:

1.      I am over the age of 18 years, am competent to testify as to the matters in this Declaration, and make it based on personal knowledge and my review of relevant records.

2.      I am a professional engineer in the State of Washington registered and qualified in Civil Engineering, License No. 22038110.

3.      I am presently employed as the Engineering Manager in the Public Works Department of the City of Bellingham (the "City"). I have worked for the City since October 2023. I have worked in project delivery of local agency transportation projects with federal grant requirements for over ten years.

**DECLARATION OF TIMOTHY HOHMANN** - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

4.      In my capacity as the Engineering Manager for the City, my duties include overseeing delivery of projects included in the City's Transportation Improvement Program (TIP). These projects include multimodal transportation projects for the maintenance and improvement of facilities and systems for the movement for vehicles, freight, transit, bicycles and pedestrians. Many of the transportation projects completed by the City and under my supervision are funded with federal transportation grants from the U.S. Department of Transportation (USDOT), administered by Federal Highway Administration (FHWA) and pass through the Washington State Department of Transportation (WSDOT). My staff and I are responsible for utilizing the grant funds, tracking compliance with the terms and conditions of the grant agreement and monitoring that the projects are constructed according to engineering standards including guidance from USDOT, FHWA and WSDOT. The City leverages federal transportation grant funds to match with funds from other grant sources and local funds to implement projects that would be beyond the capacity of what could be achieved using local funding only. Many of the projects constructed using federal transportation grant funds are on or connect to Nation Highway System (NHS) routes.

5.      The City has received an average of approximately $4,300,000 per year of federal transportation grant funds over the last four years. Additionally, the City has been awarded approximately $43,000,000 of federal transportation grant funds for projects for projects currently in the planning and design phases and programed to be constructed in the next six years as identified in the City's 2026-2031 TIP.

6.      Federal Highway Planning and Construction Grant funding has been awarded and received by the City through multiple program sources including the WSDOT Local Bridge Program, the Surface Transportation Block Grant Program, the Carbon Reduction Program, the

**DECLARATION OF TIMOTHY HOHMANN - 2**
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

National Culvert Removal, Replacement, and Restoration Grant Program (Culvert AOP Program), and the Safe Routes to School Program.

7.    Projects constructed by the City utilizing federal transportation grant funds include railway crossing improvements, bridge repairs and reconstruction, fish passage barrier removal, improved traffic signal operation, roundabout construction, intersection safety improvements, implementation of compliance with the Americans with Disabilities Act (ADA), reduction of traffic congestion, and the maintenance and improvement of transportation facilities including roadways and sidewalks.

8.    The benefits of projects constructed by the City utilizing federal transportation grant funds include completion of projects that are beyond the scope of what is achievable using only local funds.  For example, these projects help to maintain existing infrastructure and construct new infrastructure including bridges, roads, and sidewalks. They allow for increase of facility Level of Service meeting concurrency provisions of the Washington State Growth Management Act and meeting the needs for additional transportation capacity required for projected population growth of the City. They also allow for implementation of safety improvements for the reduction of collisions resulting in death, injury and property damage, involving vehicles, pedestrians and bicycles. USDOT- funded projects allow the city to progress its obligations of upgrading its transportation facilities to meet the requirements of ADA.

9.    USDOT-funded projects also have significant environmental benefits and assist the City to comply with federal and state environmental law.  For example, they allow the City to reduce barriers to fish passage created by its transportation facilities and provide increase access to habitat for fish species listed in the U.S. Endangered Species Act and important to local Native American Tribal treaty rights. Projects allow the City to increase options to encourage

**DECLARATION OF TIMOTHY HOHMANN - 3**
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

transportation mode shift and to reduce vehicle idle times resulting from traffic congestion both of which reduce vehicle emissions and fuel consumption. Projects allow the City to implement improved stormwater treatment systems to manage and treat stormwater runoff from transportation facilities meeting the requirements of the Washington State Department of Ecology and the City's National Pollutant Discharge Elimination System (NPDES) Permit.

10.     Without USDOT grant funds, the City will be unable to maintain the transportation facilities in their current state. All local transportation funding will need to be utilized for maintenance purposes of existing infrastructure. Local resources are not sufficient to provide for improvement or increase in function or capacity to meet the needs for projected growth. Without federal funds, the City will not have the resources to maintain the more costly existing facilities such as bridges. The result will be that existing facilities will continue to degrade impacting the flow of traffic and the movement of goods and services. The City residents will be forced to suffer a reduced level of service of transportation facilities. The City will be unable to implement transportation safety improvements to reduce traffic collisions for vehicles, bicycles and pedestrians. The City will be unable to meet the obligations of upgrading its transportation facilities to meet the requirements of federal laws including the ADA. The City will not be able to meet the obligation of its responsibility to local Native American Tribes through the reduction of fish passage barriers created by transportation systems. The City will not be able to realize the benefits to the environment achieved through transportation projects including improved stormwater runoff treatment, reduction of emissions and fuel consumption resulting from decreased vehicle idle times and transportation mode shift. All of these unrealized effects would result if the City were to lose federal funding and will negatively impact the safety and welfare of City residents.

**DECLARATION OF TIMOTHY HOHMANN** - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this ___8___ day of July, 2025, in Bellingham, Washington.


TIMOTHY HOHMANN

**DECLARATION OF TIMOTHY HOHMANN - 5**
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1
2
3
4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750