Docusign Envelope ID: 3D841A41-D495-4CBC-A639-B1B5B5C49841

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al., | ) |
| Plaintiffs, | ) No. 2:25-cv-00814 |
| vs. | ) SECOND DECLARATION OF ERIC KING |
| SCOTT TURNER in his capacity as the Secretary of the U.S. Department of Housing and Urban Development, et al. | ) |
| Defendants. | ) |

I, ERIC KING, declare as follows:

1. I am a resident of the state of Oregon. I am over the age of eighteen. I make this declaration based on my personal knowledge and information provided to me in the performance of my job duties as City Manager of the City of Bend.

2. I have a Master's Degree in Urban and Regional Planning and a Graduate Certificate in Real Estate Development from Portland State University.

3. I am the City Manager of the City of Bend ("Bend"), a position I have held since 2008. As the City Manager, I am the administrative head of the city and am ultimately responsible for of all the City of Bend's departments and programs.

Page 1 – DECLARATION OF ERIC KING

City of Bend
PO Box 431
Bend, OR 97709
Phone: (541) 382-5505
Fax: (541) 385-6676

4.	In my capacity as City Manager, I manage and authorize, with approval from the Bend City Council as necessary under the city's governing documents, all federal and state grant applications for Bend.

5.	I have previously filed a declaration in this case. *See* ECF No. 74. My first declaration addressed funding that Bend receives from the U.S. Department of Transportation, including from the Federal Aviation Administration and the Federal Railroad Administration. This declaration addresses funding that Bend receives from the U.S. Department of Housing and Urban Development ("HUD"). This declaration specifically addresses two HUD programs that have previously awarded federal funding to Bend: the Pathways to Remove Obstacles to Housing ("PRO Housing") grant program and the Community Development Block Grant ("CDBG") program. Bend has applied for and was awarded $5 million from HUD through the PRO Housing grant, most of which is made available to applicants for various housing-related costs. Since 2004, when it became a jurisdiction entitled to CDBG funds under the CDBG statutes, Bend has used over $13.8 million in CDBG awards for critical city efforts related to domestic violence and homeless services. Bend anticipates receiving an additional $603,000 in CDBG funds upon approval of its 2025-26 CDBG Annual Action Plan.

**HUD PRO Housing Funds**

6.	Bend has a signed agreement for $5 million in PRO Housing grant funds.

7.	Of this $5 million, approximately $4 million has been set aside for the PRO Housing Fund, which makes loans available in a competitive process to applicants, which include both nonprofit and for-profit affordable housing developers. Funds are available to applicants for land acquisition, infrastructure, homebuyer assistance, and new housing construction, and other housing-related costs. Funds will be targeted to developments with high

Page 2 – DECLARATION OF ERIC KING

City of Bend
PO Box 431
Bend, OR 97709
Phone: (541) 382-5505
Fax: (541) 385-6676

feasibility of success, low risk, and near-term deadlines, who, without additional funding, will be unable to proceed in the near term.

8. Applications for PRO Housing funds have already been submitted to the City; the Bend City Council is scheduled to make final funding decisions on August 6, 2025.

9. Losing access to PRO Housing funding would imminently and irreparably harm Bend and its residents. Without the PRO Housing funding that has already been awarded by HUD, Bend will not be able to make the planned loans and will need to eliminate its new loan fund, jeopardizing progress on multiple affordable housing projects.

10. The PRO Housing grant is a reimbursement grant, meaning the awarded recipient first expends funds, then Bend reimburses them with local funds, and then Bend seeks reimbursement from HUD based on the signed grant agreement between the City and HUD. Given this funding structure, Bend also has a justifiable concern that HUD will not reimburse Bend for the $4 million in funds that will be obligated after the Bend City Council makes its final funding decisions on August 6, 2025. Staffing is also at risk of reduction as one employee's salary is 50% funded through PRO Housing funds.

**HUD CDBG Funds**

11. Bend also receives CDBG funds. Bend has been a CDBG entitlement jurisdiction since 2004. Combined with local funds and leveraged to obtain other funding, the City has used over $13.8 million in CDBG awards to fund over 1,260 affordable housing units and critical and life-saving housing service programs for low-income community members.

12. Pursuant to a formula adopted by Congress, Bend receives approximately $600,000 in HUD CDBG funding each year. Upon HUD's approval of Bend's Annual Action Plan in 2025, Bend is expected to receive approximately $603,000 in CDBG funds.

Page 3 – DECLARATION OF ERIC KING

City of Bend
PO Box 431
Bend, OR 97709
Phone: (541) 382-5505
Fax: (541) 385-6676

13. On May 7, 2025, the Bend City Council approved the 2025-26 CDBG Annual Action Plan, including allocation to four projects in the community: domestic violence prevention and survivor support, medical services for uninsured individuals, social services to prevent and end homelessness, and construction of sidewalks for pedestrian safety at and near affordable housing developments.

14. Applications for an additional $200,000 in CDBG funds available based on repayment of prior disbursements have already been submitted and the Bend City Council is scheduled to make final funding decisions on August 20, 2025. Award of these funds will be contingent on HUD approving an amendment to Bend's 2024 annual action plan and, we anticipate, an amendment to the 2024 grant agreement.

15. Losing access to CDBG funding would imminently and irreparably harm Bend and its residents. Without CDBG funding, Bend would not be able to fund the projects proposed in the 2025-26 Annual Action Plan and these services would not occur, threatening public safety, the provision of medical services in the community, the safety of women and other survivors and victims of domestic violence, and people and families who are homeless or at risk of homelessness.

16. As with the PRO Housing grant, CDBG grants are disbursed through reimbursements: grantees expend funds on permitted purposes, Bend reimburses them with its own local funds, and then seeks reimbursement from HUD. Bend has a justifiable concern that HUD will not reimburse Bend for the $200,000 in funds that will be distributed after City Council makes its final funding decisions on August 20, 2025. There is a further risk that the additional $600,000 expected to be awarded to Bend in summer 2025 will not be able to be distributed or, after having been distributed to applicants, will not be reimbursed by HUD. If

Page 4 – DECLARATION OF ERIC KING

City of Bend
PO Box 431
Bend, OR 97709
Phone: (541) 382-5505
Fax: (541) 385-6676

any of these CDBG funds are not received, staffing is also at risk of reduction as two City employees' salaries are funded at 50% though CDBG funds.

### Risks of Losing HUD Funding

17. The risk that Bend will lose access to PRO Housing and CDBG funds flows from conditions that HUD seeks to impose on grant recipients. On or about April 30, 2025, Bend received a document titled "General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs" that outlines "various laws and policies that may apply to recipients of HUD's financial assistance programs." "Compliance with Immigration Requirements" is one of the many requirements included in this document. These immigration-related requirements state, among other things, that HUD funding may not be used in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation. This HUD document also contains requirements regarding compliance with various Executive Orders.

18. Bend is justifiably concerned that it would be made to choose between accepting these conditions to receive PRO Housing reimbursements or CDBG funding and losing access to these important funding sources, which have already been obligated in a signed grant agreement for PRO Housing and allocated through the Congressionally-required statutory formula following the Congressionally-approved budget for this round of CDBG funding.

19. Bend anticipates having to sign grant agreements for CDBG funds in the next 60-90 days. In 2023, Bend received from HUD the CDBG grant agreement on or about July 17, 2023. In 2024, Bend received the CDBG grant agreement on or about August 27, 2024.

Page 5 – DECLARATION OF ERIC KING

City of Bend
PO Box 431
Bend, OR 97709
Phone: (541) 382-5505
Fax: (541) 385-6676

20. The PRO Housing grant is already signed; as set forth above, Bend is concerned that HUD will attempt to retroactively impose the conditions set forth in the document described in Paragraph 18.

## Budgetary Impacts of HUD Funding Uncertainty

21. To the extent the federal government withholds any of this federal funding, Bend will confront significant budgetary uncertainty and/or unreimbursed expenditures, putting at risk public health and safety.

22. Bend has relied on this federal funding in crafting its budget for the upcoming two years. Bend began its seven-month long budget preparation process in November 2024. The 2025-2027 budget was adopted by the Bend City Council on June 18, 2025. The biennial budget process reasonably relied on existing and anticipated future federal funding.

23. Even absent any loss of federal funding, revenue and expense pressures will challenge Bend through this biennium and beyond. Annual operating revenues are projected to increase by 12% ($63 million), while expenses are forecast to rise by 19% ($181 million), creating a $118 million gap. Reserves and one-time revenues, such as grants and asset sales, will close most of this gap. Bend does not have additional reserves or one-time revenues to fill gaps that would be created by the loss of federal funding. Further, the ability of cities in Oregon to raise needed revenue through property taxes is constrained by the Oregon constitution, which caps the rates of taxation cities and local governments can impose based on the total levy in effect in 1997, limits taxable assessed value growth, and limits total property tax levies to $5 per $1,000 of taxable assessed value for schools and $10 per $1,000 of taxable assessed value for general government.

Page 6 – DECLARATION OF ERIC KING

City of Bend
PO Box 431
Bend, OR 97709
Phone: (541) 382-5505
Fax: (541) 385-6676

1    24.    Thus, if federal agencies prevent Bend from accessing some or all of the federal
2  funding described above, Bend likely will be forced to eliminate or curtail important housing
3  programs as well as evaluate alternatives for paying those employee salaries and/or loan
4  disbursements that are currently funded, at least in part, by federal grants.
5        I declare under penalty of perjury that the foregoing is true and correct.
6        Dated: _7/7/2025_



ERIC KING, CITY MANAGER

Page 7 – DECLARATION OF ERIC KING

City of Bend
PO Box 431
Bend, OR 97709
Phone: (541) 382-5505
Fax: (541) 385-6676

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750