THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KING COUNTY, et al., | No. 2:25-cv-00814 |
| Plaintiffs, | DECLARATION OF EMILY SHEA |
| vs. | |
| SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., | |
| Defendants. | |

**DECLARATION OF EMILY SHEA**

I, Emily Shea, declare as follows:

1. I am a resident of the State of Massachusetts. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have been employed as the Commissioner of the City of Boston's Age Strong Commission since April 2011. In this capacity, I oversee the City's Age Strong Commission, Boston's office that works with our older residents. Prior to my role as

DECLARATION OF EMILY SHEA - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Commissioner, I served as the Director of Elder Services at Action for Boston Community Development.

3. In my capacity as Commissioner, I am responsible for all aspects of aging services including direct constituent assistance; transportation; volunteer programs; planning and grantmaking; communications; events, programming, and senior centers; and elevating the needs of older adults as they age in our community.

4. The Age Strong Commission's mission is to enhance the lives of older Bostonians through support services, programs, and other resources and connections. In furtherance of this work, Age Strong is the recipient of various federal grants.

5. In Fiscal Year 2024, Age Strong received approximately $10,402,587 in federal funding from HHS through the Massachusetts Executive Office of Aging and Independence, as recurring grants through various federal programs.

6. The City has been designated by the Executive Office of Aging and Independence as the Area Agency on Aging ("AAA") for the City of Boston. As the AAA we are the recipients of the Older American Act and other related funds.

7. The funds Age Strong received through those programs support important services including, but not limited to:

   a. Services to older adults in the City of Boston, including legal services, information and referral, housing assistance, and recreation;

   b. Meals on Wheels and other nutrition programs;

   c. Training and support for caregivers and grandparents raising grandchildren; and

   d. Services for older adults and their loved ones in nursing homes.

DECLARATION OF EMILY SHEA - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

8. Without these funds, many older adults in Boston would have less access to necessary food, legal and benefit assistance, social connection and wellness, and housing stabilization. In addition caregivers and nursing home residents would lose access to important support services.

9. Most of the federal grants received by the City are done on a cost reimbursement basis, meaning that while awaiting reimbursement, the City is faced with the immediate choice of terminating programs funded by these grants or floating the costs of the programs on its own. Floating costs has an immediate impact on the City's ability to carry out other programs and services, and if the City floats these costs and ultimately does not receive reimbursement, there will be significant impacts to the City's budget and ability to carry out other City programs and services.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 2, 2025 in Boston, Massachusetts.

Emily Shea
Commissioner
Age Strong
City of Boston

DECLARATION OF EMILY SHEA - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

                                  */s/ Gabriela DeGregorio*
                                  Gabriela DeGregorio
                                  Litigation Assistant
                                  Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750