THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF SHEILA A. DILLON |

I, SHEILA A. DILLON declare as follows:

1. I am a resident of the State of Massachusetts and am over the age of 18. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have been employed as the Chief and Director of the Mayor's Office of Housing ("MOH") of the City of Boston since 2013. Prior to my current role I was the Director of the Massachusetts Bureau of Rental Assistance. I have spent more than 30 years of my career in affordable housing and community development programs, including the oversight of programs to address homelessness.

3. In my current role I oversee all aspects of MOH. MOH is responsible for

DECLARATION OF SHEILA A. DILLON - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

addressing homelessness, creating and preserving affordable housing, and ensuring that renters and homeowners can secure and maintain safe, stable housing. MOH also develops and implements the City of Boston's housing creation and homelessness prevention plans and collaborates with local and national partners to find new solutions and build more accessible housing, particularly for those with lower incomes.

4. In furtherance of this work, MOH routinely applies for and receives various grants from HUD, including Continuum of Care ("CoC") grant funding. MOH has been receiving CoC funding for more than twenty-five years.

5. In 2024, the City of Boston applied as the Collaborative Applicant for the Boston CoC, which consists of housing and service providers and other stakeholders for individuals and families experiencing homelessness.

6. With respect to CoC, I hereby incorporate by reference "Declaration of Sheila A. Dillon in Support of Motion for Temporary Restraining Order," (Docket No. 13) previously filed with this Court and dated May 2, 2025.

7. In addition to CoC funding, Boston has been awarded approximately $27 million in Federal Fiscal Year (FY) 2025 HUD Formula Grants, through the Community Development Block Grant ("CBDG") program, the HOME Investment Partnerships Program ("HOME"), the Housing Opportunities for Persons with AIDS Program ("HOPWA"), and the Emergency Solutions Grant Program ("ESG").

8. As detailed in our current HUD consolidated plan, Boston faces a severe housing crisis, with cost burden being the greatest challenge. Over 63% of renter households with incomes under 50% of Area Median Income spend more than 30% of their household income on rent. There are 28,850 renter households with HUD-defined "worst case needs," which means

DECLARATION OF SHEILA A. DILLON - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

they have an income under 30% of AMI and more than 50% of that income goes to rent. As of July 1, 2024, more than 33,000 families were on the waitlist for Boston Housing Authority housing.

9. Of the $27 million in FY25 HUD Formula Grant awards, approximately $16.9 million is from the CDBG program. CDBG supports a variety of housing, workforce development, and economic development programs serving low- to moderate-income Boston residents. For the FY25 program year, we anticipate that CDBG funds will help 105 first time homebuyers to purchase homes in Boston, rehabilitate 285 substandard rental housing units, support nearly 300 homeowners with critical home repairs and lead paint removal, provide job training and career development to 2,100 residents, and support over 600 small businesses to create and retain jobs.

10. The City has also been awarded approximately $4.9 million in FY25 HOME funds, which will be used to support the development of new affordable rental housing. There are over 1,000 units in the City's affordable housing pipeline that are counting on HOME funding.

11. The City was awarded approximately $3.6 million in FY25 HOPWA funds, which we anticipate will help up to 130 households avoid homelessness through housing assistance and will provide supportive services to 400 households.

12. The City's approximately $1.5 million in awarded FY 2025 ESG funds support homelessness prevention services for 900 households.

13. Together, these HUD programs ensure that thousands of low- and moderate-income Boston residents can access safe and affordable housing and employment opportunities. Crucially, they allow the City to support affordable housing production and preservation and

DECLARATION OF SHEILA A. DILLON - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1 prevent foreclosures, evictions, and homelessness.  They also provide critical support to small
2 businesses and provide job training opportunities.

3     14.    Without those funds, Boston would neither be able to preserve its existing stock of affordable housing nor create hundreds of new affordable rental units to help mitigate the city's housing crisis. Further, hundreds of existing dilapidated homes of senior residents would not receive needed repairs, and thousands of people would not receive help avoiding eviction and foreclosure. In addition, economic development initiatives creating hundreds of jobs and supporting small businesses would not occur.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 7/8/2025, 2025 in Boston, Massachusetts.

Signed by:

*Sheila Dillon*
—ECCEF321B23F4C3...
Sheila A. Dillon
Chief and Director
Mayor's Office of Housing
City of Boston

DECLARATION OF SHEILA A. DILLON - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750