THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

Plaintiffs,

v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF ANDREA L.
SPENCER

I, ANDREA SPENCER, declare as follows:

1.      I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

## PERSONAL INFORMATION

2.      I am the Director of Community Development for the City of Bremerton ("Bremerton"). As the Director, my duties include managing the administration of the Community Development Block Grant ("CDBG") funds and coordination with the Kitsap County HOME Consortium for the use of HOME Program funds. I have held this position since October 2006 and served as Interim Director from September 2006 through my appointment.

3.      Prior to being appointed the Director, I served as the Planning Manager for Bremerton for a year. During that time I also directly oversaw the administration of CDBG funds

DECLARATION OF ANDREA L. SPENCER - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

and HOME Program funds.

4.      In total I have over 27 years of experience in city planning and community development experience.

5.      I have a Masters in Regional Planning from Washington State University and have been certified by the American Institute of Certified Planners (AICP) since 2002.

## COMMUNITY DEVELOPMENT FUNDING

6.      Since beginning my employment with Bremerton in 2005, Bremerton has received a direct CDBG allocation and has been part of the Kitsap County HOME Consortium, receiving its share of HOME Investment Partnership (HOME) funds based on a percentage allocation determined by HUD. Throughout the years these funds have been used for a variety of different projects and programs including providing home weatherization to low income individuals, creation of housing, capital improvement projects for Bremerton infrastructure including upgrades for pedestrian use and compliance with the Americans with Disabilities Act, capital improvements for community centers and park facilities, small business training and support, and support for various capital improvements for Bremerton's non-profits.

7.      In order to provide these critical services to the low-income residents of Bremerton, Bremerton relies on the these CDBG and HOME funds that have been appropriated by Congress. Bremerton has been receiving CDBG funds for over 50 years, and has participated in the Kitsap County HOME consortium since the 1990's.

8.      Bremerton has requested an extension to August 16, 2025 to submit its CDBG and HOME Program Action Plan, Grantee SF-424, SF-424B, and Certification for Fiscal Year 2025.

## CDBG FUNDS

9.      The application process for Bremerton begins when U.S. Department of Housing

DECLARATION OF ANDREA L. SPENCER - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

and Urban Development ("HUD") notifies Bremerton that it is an entitlement community and identifies the amount of funds that Congress has allocated to Bremerton that year. The calculations for how much funding Bremerton will receive under CDBG is based on a prescribed formula and is not subject to the discretion of HUD.

10.    Bremerton works in partnership with Kitsap County to develop a 5-year Consolidated Plan, a prerequisite to receiving federal HUD funding.  Our most recently adopted Consolidated Plan covers plan years 2021 – 2025, and we are currently working on the 2026-2030 update. This guiding document establishes how Bremerton will appropriate our HUD funds during the established plan period.  The plan contains statistical information, vision statements, policies and strategies that guide each year's decision making for our annual entitlement.  During plan development there are many opportunities for public participation and engagement with community partners and Bremerton shares its HUD-funded project success stories.

11.    Annually Bremerton adopts a Policy Plan that implements the specific policies and strategies from the Consolidated Plan that have been prioritized by Bremerton City Council, and a notice of funding availability (NOFA) is issued consistent with those policies.  Bremerton then conducts a coordinated grant application process with Kitsap County.  The annual Policy Plan is widely advertised and public participation in the project prioritization is encouraged.

12.    The applications that are submitted during the Kitsap County coordinated grant process are reviewed, and the projects that are eligible for Bremerton's funding are reviewed by the Project Review Committee (PRC).  The PRC is comprised of community volunteers and City staff, who review the applications, conduct interviews with the applicants, and rank/score the submittals.  The PRC makes a funding recommendation for the Bremerton City Council's consideration for approval.  The funding recommendations are published and public comment

DECLARATION OF ANDREA L. SPENCER - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

regarding the project is invited. After conducting a public hearing and considering public comment the Bremerton City Council approves of the projects and funding contingencies, and this approval is demonstrated by the adoption of an official Resolution, and these approved projects are selected to appear in Bremerton's submittal for our annual Action Plan.

13.    Once Bremerton is notified by HUD of the annual allocation of funding, Bremerton submits its official Action Plan based on the City Council Resolution, signs a 424B form, and in coordination with Kitsap County submits both to HUD for review and compliance with program requirements.

14.    Once HUD approves the Action Plan, Bremerton notifies recipients of their funding amounts, executes grant agreements, and authorizes those recipients to proceed. The recipients can then submit for reimbursement of their eligible expenses and Bremerton pays those reimbursements from its CDBG funds.

15.    On May 14, 2025 Bremerton was notified of its CDBG entitlement amount for Fiscal Year ("FY") 2025. Bremerton was entitled to $381,073.00.

## HOME PROGRAM FUNDS

16.    The HOME Program was created by the National Affordable Housing Act of 1990 (NAHA). The Housing and Community Development Act of 1992 and the Multifamily Property Disposition Act of 1994 made important changes to the Program. The intent of the HOME Program is to:

- Expand the supply of decent, safe, sanitary, and affordable housing;

- Strengthen the abilities of state and local governments to provide housing;

- Expand the capacity of nonprofit community based housing development organizations; and,

DECLARATION OF ANDREA L. SPENCER - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

- Leverage private sector participation in financing affordable housing.

Beneficiaries of HOME funds – homebuyers, homeowners, or tenants – must have incomes below 80% of the area median income. The HOME program also requires a match of 25% or greater in other non-federal funds for projects.

17.    HOME program funds are awarded to Kitsap County who is the administrator for the HOME Consortium, and Bremerton receives a percentage HOME funding on a HUD determined allocation. Although Kitsap County administers the program, the Bremerton City Council has the authority to determine how Bremerton's allocation is awarded to grantees.

18.    Bremerton follows the same process for allocating funds for HOME as is utilized for CDBG (outlined above and summarized again here): The priorities are established in the 5-year Consolidated Plan, prioritized in the annual Policy Plan, an annual NOFA is published, and a grant review committee makes a recommendation regarding which applications should be funded with the entitlement. Bremerton City Council passes a Resolution establishing the official awards and contingencies as necessary. Once HUD notifies Bremerton of the annual award, our Action Plan is submitted in conjunction with Kitsap County.

19.    Bremerton contracts with Kitsap County to officially administer Bremerton's allocation of HOME funds, they execute grantee agreements, notify recipients for the notice to proceed, and reimburse grantees for eligible expenses from the HOME funds, and annually signs the appropriate 424B form. The County performs these duties in close collaboration with Bremerton staff to ensure that Federal requirements are met.

20.    On May 14, 2025 Kitsap County was notified of its Fiscal Year ("FY") 2025 HOME Consortium (Consortium) entitlement award in the amount of $668,553.08. The Consortium covers all Kitsap County jurisdictions, and pursuant to HUD formula and the

DECLARATION OF ANDREA L. SPENCER - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

conditions of the Consortium agreement Bremerton receives 31.7% of this award, and therefore is entitled to receive nearly $212,000 for FY 2025.

## NEW CONDITIONS AND "CONFORMITY" REQUIREMENTS

21.     On June 17, 2025, Bremerton was informed by HUD that an updated 424B form is required to be submitted in conjunction with Bremerton's Action Plan. This updated 424B form requires Bremerton to certify among other things that it "[w]ill not use Federal funding to promote diversity, equity, and inclusion (DEI) mandates, policies, programs, or activities that violate any applicable Federal anti-discrimination laws." This provision was not in the 424B form when Bremerton was notified of its entitlement for FY 2025.

22.     Bremerton was also provided by HUD a copy of a letter from HUD General Deputy Assistant Secretary Claudette Fernandez. Page 2 and 3 of this letter identify that the grant agreement will "emphasize conformity with applicable Administration priorities and executive orders." In the letter, conformity means restrictions on funding related to "gender ideology," DEI, immigration verification and enforcement, and not using funding "in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation."

23.     These new requirements present significant challenges for Bremerton. For example, the immigration verification condition would require Bremerton to use the Systematic Alien Verification for Entitlements system or an equivalent approved system. Bremerton's Department of Community Development has not been asked to verify immigration in previously administering the CDBG program and does not have access to such a verification system at this time. Bremerton would be unable to meet this additional condition at this time.

24.     The phrase "in a manner that by design or effect facilitates the subsidization or

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation," is both broad and vague. I have concerns, for example, that activities such as small business education programs conducted in the Spanish language would be interpreted as having the effect of facilitating the subsidization or promotion of illegal immigration. I also have concerns that funding to support microenterprise childcare providers for affordable childcare could be viewed as having the effect of facilitating the subsidization or promotion of illegal immigration if those childcare providers provide care to undocumented children.

25.    Bremerton has identified its FY 2025 HOME Program Funds for the purchase of affordable housing and home weatherization. I have concerns that activities such as these could be viewed as facilitating the subsidization or promotion of illegal immigration if those funds are used for weatherization of a home where an undocumented individual lives or the rental of that affordable housing to an undocumented individual.

26.    Finally, Bremerton's contracts with its recipients and subrecipients requires that they do not discriminate based on any protected status. It is important to Bremerton that its recipients and subrecipients comply with state law that prohibits discrimination based on any protected status.

### IMPACTS OF LOST FUNDS

27.    These "conformity" requirements require Bremerton to either agree to these new requirements or risk losing access to $381.073.00. Losing access to CDBG funds would have the following negative impacts on Bremerton:  Vital Americans with Disability Act (ADA) curb ramps would not be constructed for City sidewalks in an area that serves park and school facilities, capital improvements to an essential community facility would not be made, weatherization and minor home repairs that often help control costs for fixed income families would not be accomplished,

DECLARATION OF ANDREA L. SPENCER - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

and important microenterprise job training programs for business development and child care programs would not occur.

28.    Losing access to HOME Program funds would have the following negative impacts on Bremerton: Bremerton has awarded this year's allocation to Bremerton Housing Authority for them to acquire 23 new units of affordable housing for low-income families.  In Washington State we are in an affordable housing crisis and it is imperative that more housing is created at an affordable level to support low-income individuals and families; and without projects like these it has the potential to make the crisis worse.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.

ANDREA L. SPENCER, AICP
DIRECTOR OF COMMUNITY DEVELOPMENT
CITY OF BREMERTON

DECLARATION OF ANDREA L. SPENCER - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750