THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF GUNNAR FRIDRIKSSON |

I, GUNNAR FRIDRIKSSON declare as follows:

1. I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

**PERSONAL INFORMATION**

2. I am employed by the City of Bremerton ("Bremerton"). My title is Managing Engineer – Transportation.

3. As the managing engineer for transportation, one of my job duties includes tracking and coordinating grant applications and funding that Bremerton receives for transportation capital projects.

4. Bremerton receives federal grant funding from the U.S. Department of Transportation ("DOT") through programs operated by the Federal Highway Administration

DECLARATION OF GUNNAR FRIDRIKSSON - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

("FHWA").

# FEDERAL DEPARTMENT OF TRANSPORTATION FUNDING

5. Bremerton relies on a variety of Federal Department of Transportation (DOT) grants to fund various roadway projects within Bremerton. This funding includes, but is not limited to FHWA formula funding and competitive FHWA discretionary grants. Bremerton is both a direct recipient of FHWA funds as well as a subrecipient of FHWA grant funds through various agencies including the Washington State Department of Transportation ("WSDOT") and the Puget Sound Regional Council ("PSRC").

6. The amounts of FHWA discretionary grant funding that Bremerton receives varies from year to year, but through Fiscal Year 2028, Bremerton currently has been awarded $3.3 million in discretionary FHWA grant funds.

7. This year, Bremerton has also applied for a Safe Streets for All Grant from DOT and anticipates a decision on that grant application in August 2025. This grant is for $250,000.00 including a 20 percent match from Bremerton.

8. Bremerton also receives FHWA formula funds. Bremerton has received an award of $2.3 million in FHWA formula funds through the PROTECT program for a culvert to bridge conversion over Parish Creek.. This project is currently in design and construction is anticipated in 2027.

9. One of the projects that Bremerton received funding from FHWA through PSRC is for approximately $1.2 million for design of Bremerton's 11th Street corridor improvements. This funding will allow Bremerton to design the corridor to address safety concerns and provide critical infrastructure upgrades to the region.

10. If the City is unable to receive awarded grant funds, the City would need to

DECLARATION OF GUNNAR FRIDRIKSSON - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1 immediately stop the projects. The City would also need to seek alternative sources of funding to

2 complete the projects.

3     11.    In addition to the harm caused by immediate loss of funding, there are long term

4 implications of any new DOT grant conditions.

5     12.    Bremerton must maintain a Transportation Improvement Plan ("TIP"). This TIP is

6 part of the process for regional planning through PSRC as well as state planning. A project must

7 be in Bremerton's TIP to be eligible to apply for DOT grant funding and for DOT grant funding

8 to be obligated to the project. This means that Bremerton must plan years in advance to ensure

9 projects may be eligible for federal funding.

10     13.    This long term planning highlights the importance of these funds and the significant

11 impacts new terms and conditions would have. If Bremerton cannot receive these funds, it would

12 need to forego federal grant opportunities and rely on only state and local funding. This would

13 delay and prevent Bremerton from pursing projects that enhance safety and provide critical

14 infrastructure to Bremerton residents and the larger region.

15     14.    FHWA has not yet provided Bremerton with the grant agreement for the 11th Street

16 Corridor project. The current FHWA Competitive Grant Program General Terms and Conditions,

17 April 22, 2025 contain new requirements, such as requirements requiring certification that the

18 recipient is not operating any "programs promoting diversity, equity, and inclusion (DEI)

19 initiatives that violate any applicable federal anti-discrimination law" and agree that this

20 certification is material under the False Claims Act. 2025 FHWA General Terms and Conditions

21 §18.4. This document also includes provisions that the recipient "will cooperate with Federal

22 officials in the enforcement of Federal law, including cooperating with and not impeding U.S.

23 Immigration and Customs Enforcement (ICE) and other Federal offices and components of the

DECLARATION OF GUNNAR FRIDRIKSSON - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  Department of Homeland Security in the enforcement of Federal immigration law." 2025 FHWA Competitive Grant Program General Terms and Conditions §18.2. At this time Bremerton does not know, but reasonably expects that, it will be required to agree to the same or similar terms to receive these funds.

15.  The current FHWA General Terms and Conditions are concerning because, for example, it is unclear what DEI initiatives would "violate applicable federal anti-discrimination law" and what policy may constitute that. It is also unclear what it would mean for Bremerton to "cooperate with and not impede U.S. Immigration and Customs Enforcement and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law." Bremerton is also required to comply with Washington State laws regarding immigration and these provisions could be in conflict.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.


Signed by: Gunnar Fridriksson
60EBC968501C4A4...

DECLARATION OF GUNNAR FRIDRIKSSON - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750