THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF BROOKE MCKENNA |

I, BROOKE MCKENNA, declare as follows:

1. I am over the age of 18 years, am competent to testify as to matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2. I am the Commissioner for the City of Cambridge's (the "City") Department of Transportation.

3. Among my duties as Commissioner, I am responsible for the leadership and daily management of the City's Department of Transportation.

4. In addition to the CoC grants, Cambridge receives significant funding from other federal agencies, which support projects that directly benefit the City and its residents.

5. For example, Cambridge receives federal funding from the United States Department of Transportation (DOT), which supports a variety of public infrastructure projects.

DECLARATION
OF BROOKE MCKENNA - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

6. Cambridge recently received, through DOT, a Reconnecting Communities & Neighborhoods (RCN) grant to design a pedestrian and bicycle bridge over the Fitchburg MZBTA Commuter Rail tracks in North Cambridge.

7. The DOT grant award to the City is $2,400,000.

8. The RCN grant program funding supports communities in the planning and construction of transportation projects that improve access to family needs, foster equitable development, reconnect communities by removing or retrofitting transportation facilities that create barriers to community connectivity, and that prioritize disadvantaged communities.

9. The study area for the planned pedestrian and bicycle bridge in question is bounded by Alewife Brook Parkway, Rindge Avenue, Sherman Street, and the Danehy Park/Fresh Pond Mall. The residential neighborhoods along Rindge Avenue on the north side of the commuter tracks are currently separated from important community destinations along the south side of the tracks like Danehy Park, Fresh Pond, and the shopping center due to adjacent roadways and the MBTA Fitchburg Rail Line.

10. This lack of pedestrian access makes access to goods and services difficult for the residents who live in the area, which includes minority communities that cannot afford cars or other similar transportation.

11. The lack of safe and direct options for crossing the rail line has also resulted in frequent unsafe crossings made over the rail tracks through the cutting of fences. Crossing the tracks at-grade here is illegal and dangerous and has resulted in injury and death from incidents where trains have struck trespassers. Between 1974 and 1999, six fatalities were reported along this stretch of train tracks.

12. The construction of a crossing of the Fitchburg Rail line will help to minimize this

DECLARATION
OF BROOKE MCKENNA - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

barrier and create new connections between the neighborhoods along Rindge Avenue to Danehy Park, Fresh Pond Mall, Fresh Pond Reservation, as well as improving access to the Alewife MBTA station.

13. Improving access will make it easier to travel between destinations and improve mobility without relying on additional motor vehicle trips.

14. Creating a safe and grade separated crossing in this area is also a critical safety improvement for mobility in the area.

15. Cambridge is aware that DOT and its operating administrations have attached funding conditions to other DOT grants by amending the grants' general terms and agreements, master grant agreements, or assurance requirements.

16. Cambridge is aware that DOT has inserted funding conditions in federal grants that require recipients to comply with Executive Orders 14173 and certify that they do not operate any programs promoting diversity, equity, and inclusion initiatives.

17. Cambridge is aware that DOT has inserted funding conditions in federal grants that require recipients to cooperate with U.S. Immigration and Customs Enforcement (ICE) and other federal officials in the enforcement of Federal immigration law.

18. Cambridge anticipates that its RCN grant award will contain the same federal funding conditions and restrictions that are subject to this litigation.

19. The loss or delay of the DOT funding would have negative impacts on Cambridge's design work for the pedestrian and bicycle crossing over the Fitchburg Rail Line. Loss of DOT funding would force the City to seek alternative funding to support the project from the state or the City's own funds. Obtaining alternative funding could delay the project, setting back efforts to promote greater connectivity and public safety in the area.

DECLARATION
OF BROOKE MCKENNA - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

20. Loss or delay of DOT funding could also have negative impacts on other Cambridge transportation projects if the City were forced to use its own funds to offset the loss. Even if the loss of funding was made up entirely by Massachusetts, it could nonetheless have adverse impacts on other Cambridge infrastructure projects, as state funding may no longer be accessible due to Massachusetts being forced to make up DOT's promised funding.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of July, 2025.

*Brooke McKenna*
_____
Brooke McKenna
Commissioner
Department of Transportation
City of Cambridge

DECLARATION
OF BROOKE MCKENNA - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants cp* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750