THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF RAYMOND BARRETT |

I, RAYMOND BARRETT, declare as follows:

1. I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Managing Deputy Commissioner in Chicago's Department of Family and Support Services ("DFSS"). I have held this position since October 2024. Before becoming Managing Deputy Commissioner, I served as Deputy Commissioner as well as Director of Planning, Research and Development with DFSS for a combined four years across all titles. In my roles at DFSS, I am responsible for managing DFSS's federal, state, and local grant programs.

DECLARATION OF RAYMOND BARRETT - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3.     DFSS is Chicago's primary social services department, connecting residents in need with a wide range of programs to combat homelessness, joblessness, and food insecurity, among others. DFSS works with a network of over 300 community-based and delegate agencies to serve a diverse range of individuals, including children and youth, seniors, job seekers with barriers, victims of domestic violence, and individuals experiencing homelessness.

4.     DFSS relies on funding from the U.S. Department of Housing and Urban Development ("HUD"), through a mix of direct and indirect grants, to provide these essential services to Chicago's most vulnerable residents. These federal grants are an integral part of DFSS's financial planning and compose nearly 14% of the department's budget.

5.     DFSS receives three entitlement grants from HUD: Community Development Block Grant (CDBG), Emergency Solutions Grant (ESG), and Home Investment Partnership – American Rescue Plan Act (HOME-ARP).

6.     In 2024, DFSS served 435,225 Chicagoans across all three funding sources, and in FY2025, DFSS received or is utilizing $75,288,177 to sustain these critical services.

7.     The CDBG funds a wide array of community projects in Chicago including acquisition and disposition of land, public facilities and improvements, food banks, housing, and economic development. Through DFSS, these services support the critical needs of survivors of gender-based violence, senior citizens, households experiencing, or at risk of, homelessness, and returning residents. In FY2024, DFSS used the CDBG funds to serve 429,615 individuals. DFSS's FY2025 budget includes $24,641,000 in allocated CDBG funds to continue these services.

8.     The ESG funds programs that support individuals and families experiencing, or at risk of, homelessness. Funding is invested in improving the quality of emergency shelters, providing essential services for individuals in shelters, and rapidly rehousing individuals and

DECLARATION OF RAYMOND BARRETT - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  families. In FY2024, 11,610 individuals were served. DFSS's FY2025 budget includes
2  $6,647,177,000 in allocated ESG funds to continue these services.

3    9.    The HOME-ARP grant funds the acquisition, development, and/or rehabilitation of
4  affordable rental housing, and non-congregant shelters. In FY2024, DFSS used these funds to
5  provide: 300 shelter beds, rental assistance to 75 households, and support services to thousands
6  more. DFSS's FY2025 budget includes $44,000,000 in allocated HOME-ARP funds to continue
7  these services.

8    10.   Chicago is currently working on its Consolidated Plan for the HUD Entitlement
9  Programs: CDBG, HOME-ARP, and ESG. The Consolidated Plan is a five-year strategic plan that
10 identifies Chicago's housing and community development needs, priorities, goals, and strategies.

11   11.   The City's deadline to submit its Consolidated Action Plan to HUD is July 13,
12 2025. The City would expect to receive approval and corresponding certification requirements
13 approximately 30 days thereafter.

14   12.   A loss of these HUD grants would cause severe hardship for DFSS and its ability
15 to serve Chicago residents. The lack of funding would strain Chicago's shelter network, prevent
16 at-risk individuals from receiving workforce credentials and training to earn living wages, cause
17 serious harm to home-bound seniors that received delivered meals, and cease all legal and case
18 management services to survivors of violence.

19   13.   DFSS also receives important grants from the U.S. Department of Health and
20 Human Services (HHS). For Fiscal Year 2025, DFSS anticipates receiving $136,238,000 in HHS
21 grants, including pass through funds and carryover funds. For example, DFSS should receive
22 $82,413,000 through the HHS Head start and Early Head Start program. Head Start is a vital
23 educational and support program that enables Chicago to provide childcare/early education

DECLARATION OF RAYMOND BARRETT - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

services for low-income families with children ages 0-5. In addition, DFSS is set to receive $26,800,000 (including carryover funds) through HHS' Area Plan on Aging program. DFSS will use the Area Plan on Aging funds to service DFSS' 6 regional senior centers and 19 satellite senior centers and provide home-delivered meals, caregiving services, counseling services, and advocacy services to senior residents.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this eighth day of July, 2025.



_____
RAYMOND BARRETT

DECLARATION OF RAYMOND BARRETT - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750