UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF ASSISTANT HEALTH COMMISSIONER EDWARD JOHNSON |

I, EDWARD JOHNSON, declare as follows:

I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

1. I am currently the Assistant Public Health Commissioner for External Affairs for the Columbus Department of Public Health ("Columbus Public Health"). I have served as an Assistant Public Health Commissioner for close to three years. Prior to my role as Assistant Public Health Commissioner, I served Columbus Public Health as the Director of Public Health Policy for over four years.

2. As Columbus Public Health's Assistant Public Health Commissioner for External Affairs, I assist the Health Commissioner with representing the needs and concerns of Columbus's residents to protect their health and improve their lives.

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. Columbus, located in Franklin County, is the capital of Ohio. It is the largest city in the state and the fifteenth largest city in the United States, with a population of nearly 905,748, according to the 2020 Census.

4. Columbus provides a wide range of services on behalf of its residents, including health services for families and children, public health, public assistance, and emergency medical care.

5. Columbus Public Health employs close to 600 employees who operate more than 90 different public health programs and provide critical services to residents. These programs and services include disease investigation, immunizations, and testing, treatment, and prevention of sexually transmitted infections, among others.

6. Columbus Public Health also operates a number of specialty clinics for alcohol and drug abuse prevention, dental services, family planning, immunizations, sexual health, tuberculosis control, women, infants, and children nutrition, and women's health and wellness.[1] Each of these clinics operates on a free or reduced-fee scale and principally serves the uninsured and underinsured populations.

7. The City of Columbus receives various HHS grants including 24FY funding of $4,931,178 to the Columbus Department of Public Health.

8. Through the HHS grants, Columbus Public Health administers the Ryan White Part A program, which supports residents of the multi-county region living with HIV to achieve viral suppression, which prevents the spread of HIV. The Ryan White Part A program funds medical and supportive services, such as primary care, case management, and housing

---

[1] *See About Columbus Public Health,* City of Columbus, https://www.columbus.gov/Services/Public-Health/About-Public-Health.

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

programs.

9. The services this grant provides includes mental health services, case management, including patient navigation, social services and benefits coordination; health education; support for keeping up with prescribed medications. CPH also provides HIV testing and counseling in emergency department settings with linkages to immediate initiation of antiretroviral therapy (ART) and pre-exposure prophylaxis (PrEP). Through Ryan White, CPH is also able to provide short-term housing, financial and transportation assistance to people with HIV.

10. If the City were to lose this funding, it would need to terminate the individuals whose positions are funded by that grant. It would also not be able to provide the services at the same level that it currently maintains them.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.

_____
EDWARD JOHNSON

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750