UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

    Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

    Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF DEPUTY DIRECTOR ERIN PROSSER

I, ERIN PROSSER, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I have a Bachelor of Arts Degree in Political Science and Philosophy from Bowling Green State University and a Masters of City and Regional Planning from the Ohio State University.

3. I currently serve as the Deputy Director of Housing Strategies for the City of Columbus Department of Development. In that role, I oversee and coordinate the activities of the Department's Division of Housing. This Division focuses on collectively impacting the City's neighborhoods to build stronger, more resilient communities. Prior to this role, I served as the Director of Community Development at the Ohio State University leading the investment to

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

revitalize the neighborhoods surrounding the main campus and ensure the availability of safe, stable, and affordable housing options for students, faculty, and staff.

4.  The Columbus Department of Development is responsible for economic development, housing development and stability, city real estate management and land redevelopment, and planning. The Department's Division of Economic Development assists local businesses and provides information to companies looking to expand or relocate to Columbus. The Division of Housing preserves and produces housing that helps build strong, distinct, and vibrant neighborhoods. It offers programs to assist homeowners, housing developers, and rental property owners. The Division of Housing Stability collaborates with other city agencies to enhance and enforce current tenant protections; develops policies and long-term strategies to support and protect tenants and unsheltered residents; provides equitable access to information on federal, state, and local fair housing laws and regulations; and provides eviction prevention and tenant support programs  The Division of Real Estate and Land Redevelopment manages the acquisition, sale, licensing, easements, and leasing of real property for city operations (except for right of way and utility easements) and otherwise provided in the Columbus City Codes as well as land reutilization and redevelopment of properties through the Columbus Land Bank. The Land Bank was established in 1994 to improve Columbus neighborhoods by returning vacant, abandoned, and underutilized residential and commercial properties into productive community assets. Finally, the Division of Planning works on a wide variety of projects aimed at improving the quality of Columbus' neighborhoods.

5.  The City of Columbus is an entitlement/participating jurisdiction with the US Department of Housing and Urban Development (HUD) and annually receives CDBG, HOME, HOPWA, and ESG grant funding. HOME, HOPWA, and ESG funds are programmed and

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

expended by the City's Department of Development while CDBG funds are programmed and expended by the Department of Finance and Management. The HUD amounts allocated in 2025 are similar to the amounts received in recent years and is a good approximation of the amount to be received in future years if the federal programs were similarly funded and grant funding is received. The Department of Development also applies for, and has received, competitive grants from HUD's Office of Lead Hazard Control and Health Homes. The Department of Development has a current authorized strength of 152 employees with 2025 operating and capital budgets totaling approximately $134 million and an additional $36,751,362.80 in active, federal grant funding.

6. The City of Columbus' 2025 CDBG allocation is $7,524,430.00. The program's goals are to address housing discrimination, increase housing opportunities, provide community services, and improve community facilities including public infrastructure and non-profit partner agencies' facilities in order to better serve the public. CDBG allows the city to provide decent housing, suitable living environments, and expanded economic opportunities with a focus on low to moderate income individuals, families and neighborhoods. The funding currently supports 5 Full Time Equivalent positions within the City's Department of Finance and Management.

7. The City of Columbus' 2025 HOME Investment Partnership Program allocation is $4,305,145.80, plus an estimated $2,351,856.00 of 2024 program income, for a total 2025 program amount of $6,657,004.80. The program's goal is to increase housing opportunities by providing funding for housing development (multi-unit and single family) for new construction and substantial renovation rental projects, city-certified community housing development organizations and operating support to those same organizations, as well as for administration of these housing programs. This funding currently supports 3.2 Full Time Equivalent positions. If

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

this grant were terminated or otherwise unavailable, the city would have to terminate between 3 and 5 staff members. In addition, each year, 50 families will lose rent assistance through the Tenant Based Rental Assistance Program; 278 affordable apartments would not be built; 7 single family homes would not be built; and 9 families would not receive down payment assistance to purchase a home. The City also has an active HOME-ARP grant in the amount $16,433.138.00. This grant runs through September 30, 2030, and aids in the production or preservation of affordable housing, tenant-based rental assistance, supportive services (including homeless prevention services and housing counseling), and the purchase or development of non-congregant shelter for individuals and families experiencing homelessness. This funding currently supports 0 Full Time Equivalent positions as the funding for staff management of the programs is funded by HOME funds. If this grant were terminated, 132 affordable apartments would not be built and 50-100 residents would not receive wraparound support services. Reduction or elimination of public, financial support for affordable housing would also have a negative effect on the construction industry as there would be less work for contractors, a negative effect on the economic health of the region as businesses may not expand or locate in central Ohio if there is a lack of housing for workers, and a negative effect on the non-profit partners who provide human services as they may have to lay off staff even though services are in high demand because of the lack of public funding.

8. The City of Columbus' 2025 HOPWA 2025 allocation is $2,584,130.00. The program's goal is to provide social services to eligible populations by providing funding for tenant-based rental assistance; permanent housing placement; short-term rental, mortgage, utility assistance; support services; and administrative costs to run the programs. This funding currently supports 0.7 Full Time Equivalent positions. If this grant were terminated or otherwise

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

unavailable, the city would have to terminate 1 staff member. In addition, each year, 164 families would lose rent assistance through the Tenant Based Rental Assistance Program; 52 families would lose housing assistance through the Permanent Housing Placement Program; 65 would lose access to short-term rental, mortgage, utility assistance, and 239 would lose access to other support services. Reduction or elimination of public, financial support for HOPWA programs may increase the homelessness population as people lose housing support and increase negative health outcomes by making people choose between housing and medications. It would have a negative effect on the 4 nonprofit partners, requiring them to lay off staff even though services are in high demand because of the lack of public funding.

9. The City of Columbus' 2025 ESG allocation is $657,093.00. The program's goal is to provide essential services to prevent homelessness by providing funding for emergency shelter, rapid rehousing, and administrative costs to run the programs. This funding currently supports 0 Full Time Equivalent positions. If this grant were terminated or otherwise unavailable, over 2,100 homeless people would receive less homeless support services each year. It would have a negative effect on the nonprofit partners, requiring them to lay off staff even though services are in high demand because of the lack of public funding.

10. The City's Department of Development has an active grant agreement with the US Department of Housing and Urban Development's Office of Lead Hazard Control and Health Homes in the amount of $7,650,000.00 for the Lead Safe Columbus Program. The grant agreement requires a local match of $770,000.00, for a total program amount of $8,420,000.00. This competitive grant award runs from March 1, 2025, through March 1, 2029, and aids in the removal of lead hazards in Columbus housing, such as lead paint and lead pipes. It also funds radon testing and mitigation systems. Applicants to this program are eligible to receive an

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245-1700
FACSIMILE: (206) 245-1750

average of $22,000.00 in grant funds for lead-based paint hazard control, an additional $4,200.00 in healthy home repairs, and up to $1,600.00 in radon testing and mitigation system installation. This funding currently supports 4.55 Full Time Equivalent positions. If this grant were terminated or otherwise unavailable, the city would have to terminate between 3 and 5 staff members. In addition, over 200 households would continue to be exposed to the dangers of lead and radon, they would experience related health impacts from that exposure, and may need to find new housing in a very tight housing market. Over the past 13 years, Columbus has received this grant on multiple occasions and has developed a network of small business owners who routinely bid on these projects with 34 different, small businesses receiving contracts under the prior grant. In addition to cuts to city staff and extended exposer to lead and radon by city residents, loss of this grant would have negative effects on these small businesses that have performed their work well under this program and have supported the city's goal to eradicate lead in the city's older housing stock.

11. The City's Department of Development has an active grant agreement with the US Department of Housing and Urban Development's Office of Lead Hazard Control and Health Homes in the amount of $2,000,000.00 for the city's Healthy Homes Program. No local match is required. This competitive grant runs from April 18, 2022, through October 18, 2025, to aid in the removal of housing-based health and safety hazards, such as mold and moisture, pests, injury and safety hazards, poor indoor air quality, carbon monoxide, and the identification and mitigation of radon. This funding currently supports 2 Full Time Equivalent positions. If this grant were terminated or otherwise unavailable, the city would have to terminate 2 staff members. The City and has assisted 135 unique households to date. With the remaining time that this program will be operational, the City plans to assist at least 20 additional households

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

who are exposed to housing-based health and safety hazards. In addition, many local, small business contractors provide services under this program and a termination of this grant would have a negative impact upon those businesses.

12. Columbus is one of the entities that makes up the region's Continuum of Care and serves on the Shelter Board's Board of Trustees. Columbus relies upon approximately $1 million per year of HUD grant funds from the ESG and HOME programs which are passed through to the county's Community Shelter Board in order to provide crucial services to the city's and county's homeless residents. A loss of these funds would require the City to either make up this funding by reducing other city services or by reducing other contributions to the Board. Columbus also provides $10,000,000 annually to the Community Shelter Board from its general revenue fund. The funds that Columbus receives from ESG

13. Support for families to ensure they are stably housed is critical in a time when, due to population growth and lagging housing construction, housing is scarce and becoming more expensive. Removal of lead, rental assistance, supportive services, renovation of existing rental properties, and support for low income homeowners is critical to ensuring that families in Columbus can stay in the housing they have and that the housing meets their needs and is safe and healthy. Secondly, investing in new, affordable housing provides opportunities for families in need of housing. Given the lack of supply, and as the cost to construct new housing rises, it has become prohibitively expensive to build new housing that is affordable to middle and low income families without the inclusion of public dollars. Unstable housing means an unstable workforce, worse educational outcomes for students, and slower economic growth. If Columbus lost these federal grants, the city would not be in a position to provide these vital housing services that are critical to so many families and individuals in this city.

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 10th day of July, 2025.

_____
ERIN PROSSER

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750