THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF JOHN NACHBAR |

I, JOHN NACHBAR declare as follows:

1. I am the City Manager for the City of Culver City ("City"). I have held this position since 2010.

2. As City Manager, I am responsible for managing City departments, overseeing the development and monitoring of the City's budget, implementing the City's strategic plans, and overseeing the application for and receipt of grant funds.

3. This declaration shall supplement my declaration filed on May 21, 2025.

4. Culver City has been awarded approximately $177,484 from the Department of Housing and Urban Development (HUD) through the Community Development Block Grant (CDBG) Program for FY 25-26.

5. These CDBG funds support critical City services and operational needs,

DECLARATION OF JOHN NACHBAR - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

including, but not limited to, curb ramp improvements in compliance with the Americans with Disabilities Act, and programs serving the elderly and disabled.

6. At this time the City has not received updated federal grant terms and conditions requiring cooperation with federal law enforcement or compliance with executive orders for federal grant funding that has been allocated or awarded for Fiscal Year 2025-2026; however, the City has significant concerns of imminent changes to such grant terms based on reports from other cities and state and local public agencies.

7. The City is in a structural deficit and requires certainty now as to whether it can continue to rely on federal funds already appropriated. In most cases, there are no alternative funding sources available to the City to replace this loss of grant funding; therefore, loss of funding would equate to a detrimental impact to services and programs.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

EXECUTED at Culver City this 7th day of July, 2025.

*/s/ John Nachbar*
JOHN NACHBAR
City Manager
City of Culver City

DECLARATION OF JOHN NACHBAR - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750