THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF JOHN NACHBAR |

I, JOHN NACHBAR declare as follows:

1. I am the City Manager for the City of Culver City ("City"). I have held this position since 2010. In my capacity as City Manager, I also serve as the Executive Director for the City of Culver City Housing Authority ("Housing Authority"). The Culver City Housing Authority is a public body corporate and politic organized and exiting under the California Health and Safety Code Sections 34200, et seq.

2. As City Manager and Executive Director, I am responsible for managing the City's Housing and Human Services Department, which conducts the work of the Housing Authority, overseeing the development and monitoring of the Housing Authority's budget, implementing the Housing Authority's programs, and overseeing the application for and receipt of grant funds.

DECLARATION OF JOHN NACHBAR - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. The Culver City Housing and Human Services Department is responsible for, among other things, producing and providing access to decent, safe, sanitary and affordable housing, and providing outreach, housing resources and supportive services for residents experiencing homelessness and mental health challenges.

4. The Culver City Housing Authority has been appropriated or awarded approximately $1.3 million in Section 8 funds from the Department of Housing and Urban Development (HUD) for FY 25-26.

5. These funds support critical City services, including, but not limited to, housing assistance payments for low income seniors, individuals with disabilities, and families who have deep ties to the Culver City community.

6. At this time the Housing Authority has not received updated federal grant terms and conditions requiring cooperation with federal law enforcement or compliance with executive orders for federal grant funding that has been allocated or awarded for Fiscal Year 2025-2026; however, the Housing Authority has significant concerns of imminent changes to such grant terms based on reports from other cities and state and local public agencies.

7. The City is in a structural deficit and requires certainty now as to whether it can continue to rely on federal funds already appropriated. There are no alternative funding sources available to the City to replace this significant loss of grant funding; therefore, loss of funding would equate to a detrimental impact to services and programs.

/ / /

/ / /

/ / /

/ / /

DECLARATION OF JOHN NACHBAR - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

EXECUTED at Culver City this 7th day of July, 2025.

_____
JOHN NACHBAR
City Manager, City of Culver City;
Executive Director, Culver City Housing Authority

DECLARATION OF JOHN NACHBAR - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750