THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF CHAD LILLETHUN |

I, CHAD LILLETHUN declare as follows:

1. I am the Fiscal & Management Services Administrator for the Dane County Department of Human Services.

2. In 2025, Dane County anticipates receiving $94,909,631 in funding from the U.S. Department of Health and Human Services (HHS).

3. Dane County uses $13,735,370 of HHS funding for Social Service Block Grants. Those funds are used to support child welfare, services for older adults and individuals with disabilities. $1,554,631 of HHS funding is used for Child Care Development Block grants. This funding is used to support child care assistance for low income families. Dane County also uses $1,831,770 of HHS funding to support Area Agencies on Aging supportive services, nutrition and meals programs family caregiver support and disease prevention.

DECLARATION OF Chad Lillethun - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 2000
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245-1700
FACSIMILE (206) 245-1750

4. On or about April 16, 2025, HHS issued a new Grants Policy Statement that was received from the Wisconsin Department of Health Services on June 5, 2025. A copy of the Policy can be found at Grants Policy Statement. That Policy states it applies to the terms and conditions of any grant awards made on or after April 16, 2025. It includes a condition that states that the recipient will not operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws.

5. The HHS Policy additionally has a "claw back" provision that states that HHS reserves the right to terminate financial assistance awards and claw back all funds if the recipients operate any program in violation of Federal anti-discriminatory laws.

6. Dane County has entered into numerous service contracts to provide needed benefits to county residents that are dependent upon federal grants. If the HHS grant funding is terminated many of those contracts will need to be terminated.

7. Dane County has begun its process of adopting its annual budget for the fiscal year beginning January 1, 2026. Due to reductions in projected revenue, the County Executive has recently issued budget guidance to all county departments requiring a 4 percent cut in department budget requests.

8. If unanticipated cuts to HHS funding are implemented, the County's budget will require an even more significant reduction, as there will be no time to absorb the loss of funds. Depending on the nature of the cuts, they could lead to immediate service cuts, staff layoffs, or cancellation of contracts.

9. A loss of HHS funds would decimate Dane County's Human Services budget and adversely affect its residents. Thousands of Dane County's most vulnerable residents would lose access to meals, medical care, housing and lifesaving social safety net services.

DECLARATION OF Chad Lillethun - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.

*Chad Lillethun*

Chad Lillethun

DECLARATION OF Chad Lillethun - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ *Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750