THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF WILLIAM LEGORE |

I, WILLIAM LEGORE declare as follows:

1. I am the Director of Facilities and Maintenance for the Dane County Regional Airport (DCRA), and I am currently serving as the Interim Director of the DCRA.

2. The statements contained herein are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records.

3. Dane County, Wisconsin is the Airport Sponsor of DCRA.

4. DCRA is a public-use airport with the three-character airport code MSN.

5. Dane County receives approximately $15 million annually in Federal Aviation Administration (FAA) grants to fund the planning and development of improvements at the Dane County Regional Airport, the exact amount varying year to year depending on active Airport

DECLARATION OF WILLIAM LEGORE- 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Improvement Plan eligible projects.

6. Dane County receives both formula and discretionary FAA grants.

7. Over the years, funding from FAA grants has been a critical source of revenue that has assisted the DCRA in improving key infrastructure improvements such as the reconstruction, rehabilitation, and/or upgrade of aprons, taxiways, taxi lanes, service roads, and airfield lighting; terminal expansion and modernization; and reconstruction of the terminal access road.

8. Dane County expects that the FAA grant conditions that are the subject of this litigation will put Dane County in the position where it must choose between two losing options: either (1) accept grant conditions that are contrary to statute and the Constitution; or (2) risk losing tens of millions of dollars or more in federal grant funding in the years to come and cripple critical transportation infrastructure.

9. If Dane County cannot rely on the FAA grants that have supported airport planning and development for decades, then Dane County will have to take steps to mitigate that loss, which will negatively impact the services DCRA offers, its budget, and ability to plan for the future.

10. Losing FAA funding would threaten DCRA's ability to maintain and improve airport facilities, and risk DCRA's ability to safely and efficiently serve its passengers.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.



William LeGore

DECLARATION OF WILLIAM LEGORE- 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750