THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF JEFFREY KAY

I, JEFFREY KAY declare as follows:

1. I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

2. I am the City Manager for the City of Healdsburg ("Healdsburg"). I have held this position since January 2021. As City Manager, I am Healdsburg's chief executive and am responsible for the proper and efficient management of all municipal activities.

3. I oversee Healdsburg's planning and financial needs, as well as prepare and manage the City's budget, including the preparation and administration of Healdsburg's Annual Comprehensive Financial Report ("ACFR") each June. We prepare the ACFR in conformity with accounting principles generally accepted in the United States of America. The ACFR is audited in accordance with generally accepted auditing standards by a firm of licensed certified public accountants. Over the course of four and a half years as the City Manager for Healdsburg,

DECLARATION OF JEFFREY KAY - 1
No. 2:25-cv-00814-BJR
4910-2230-2291 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I have worked on three adopted budgets and multiple long-term financial planning documents.

4. Healdsburg is a diverse city located in Sonoma County with a population of almost 11,340 residents (based on the 2020 Census).

5. Federal grants play a substantial role in funding Healdsburg's public safety and infrastructure improvements. Healdsburg has current grant agreements for approximately $861,820 in DOT funds for projects improving the streets in the City. These projects contribute to the safety and well-being of drivers and pedestrians who live in and visit the City.

6. In addition, DOT and FAA grants play a particularly important role at the Healdsburg Municipal Airport ("Airport"). Healdsburg regularly receives grant funding for maintenance and improvements at the Airport, which is used for private aviation, as well as for staging, landing and take-off by firefighters and other emergency personnel for emergency events in all of Sonoma County. In 2019, the Airport played a critical role in allowing CalFire to fight the Kincaid Fire, which burned through Sonoma County, and necessitated the full evacuation of Healdsburg. Healdsburg has submitted DOT grant applications and received a preliminary notice of approval for nearly $600,000 for critical improvements and rehabilitation of the runways at the Airport.

7. Further, Healdsburg anticipates receiving approximately $2,217,000 in grants originating from the DOT to help fund two large projects upgrading streets throughout the City and strengthening its neighborhoods. This funding is passed-through the One Bay Area Grant (OBAG) program (Cycle 3). In May 2012, the Metropolitan Transportation Commission (MTC) adopted the inaugural OBAG Program (Cycle) 1 to better integrate the region's federal transportation program with its Sustainable Communities Strategy (SCS). Pursuant to California Senate Bill 375, the SCS aligns regional transportation planning with land use and housing in order to meet state greenhouse gas reduction targets. The OBAG program established funding guidelines and policies to reward jurisdictions that accept housing allocations through the Regional Housing Need Allocation process and that have historically produced housing. It also promoted transportation investments in Priority Development Areas (PDAs), which are places

DECLARATION OF JEFFREY KAY - 2
No. 2:25-cv-00814-BJR
4910-2230-2291 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

near public transit planned for new homes, jobs and community amenities, created and planned by local governments, which nominate eligible areas to the Association of Bay Area Governments for adoption. In November 2015, MTC adopted the OBAG Cycle 2 framework, largely maintaining the same framework and policies as OBAG 1, with some refinements that attempted to address the region's growing challenge with the lack of housing and affordable housing, in particular.

8. Healdsburg has applied regularly for DOT funding through the DOT. These federal grants are part of Healdsburg financial planning and budget, and provide funding for critical infrastructure improvements related to public safety.

9. Healdsburg applies for DOT grant funds regularly after receiving DOT's Notice of Funding Opportunity (NOFO).

10. I have reviewed FY25 agreements that other jurisdictions have received. They are consistent with each other and with the allegations in the Complaint in that they contain additional funding conditions that were not included in the NOFO. Specifically, the agreements appear to prohibit activities related to diversity, equity, and inclusion, promoting "gender ideology" and elective abortions, and policies promoting illegal immigration. None of these conditions exist in our current or prior agreements.

11. Additionally, FAA recently published the FY 25 Grant Agreement Template for Airport Infrastructure Grants (AIG) which orders Healdsburg to "not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination laws" and requiring "the Sponsor will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in and the enforcement of Federal immigration law."

12. The new conditions are vague and confusing, but from what I can discern, they present significant challenges to Healdsburg. First, regarding the prohibition on DEI activities, these conditions appear to be in conflict with federal Fair Housing Act and state law, including

DECLARATION OF JEFFREY KAY - 3
No. 2:25-cv-00814-BJR
4910-2230-2291 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

California Government Code Section 8899.50 et seq., which impose duties to affirmatively further fair housing. These obligations mean Healdsburg must take "meaningful actions that, taken together, address significant disparities in housing needs and in access to opportunity, replacing segregated living patterns with truly integrated and balanced living patterns, transforming racially and ethnically concentrated areas of poverty into areas of opportunity, and fostering and maintaining compliance with civil rights and fair housing laws." (Cal. Gov. Code § 8899.50(a)(1).)

13. The conditions are also vague as to what constitutes "promoting" illegal immigration, elective abortion, or "gender ideology," and are inconsistent with local ordinances and policy that establishes the City's procedures regarding immigration status and enforcement of civil immigration laws. The "gender ideology" condition is similarly concerning; for example, if Healdsburg's staff request and use a participant's preferred pronoun, if different than the pronoun for their sex assigned at birth, I would be concerned that that could be considered "promoting gender ideology," though not doing so or inquiring invasively into a participant's medical history could be discriminatory or abusive.

14. If Healdsburg is, as we expect, asked to sign a grant agreement with these new conditions, which are vague, confusing, and inconsistent with law, or lose access to more than $3,678,820 in funding for programs related to public safety. The threatened loss of federal funds has created significant uncertainty because Healdsburg depends on federal grants to maintain critical public services, including public safety and infrastructure improvements. Healdsburg relies on these federal grants to fund projects that contribute to the infrastructure and character of the City's community, in addition to improving the safety and public health of its community members; and without these funds, the City will not be able to complete these projects. Indeed, design is actively underway for its Grove Street streetscape project. The project includes numerous safety improvements including a complex, multi-agency plan to underground utilities to address wildfire risks. Elimination of this funding would cause all work to stop and threaten several years of work by Healdsburg and local utility providers.

DECLARATION OF JEFFREY KAY - 4
No. 2:25-cv-00814-BJR
4910-2230-2291 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of July, 2025.

_____
JEFFREY KAY

DECLARATION OF JEFFREY KAY - 5
No. 2:25-cv-00814-BJR
4910-2230-2291 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750