THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

        Plaintiffs,

  v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

        Defendants.

No. 2:25-cv-00814-BJR

**DECLARATION OF JOSEPH W.
MATHEWS**

I,  JOSEPH W. MATHEWS  declare as follows:

1.  I am the Chief Financial Officer of the County of Hennepin, a political subdivision of the State of Minnesota. I make this declaration in that capacity.

2.  Hennepin County is home to 45 cities and over 1.2 million residents. Hennepin County's mission is to serve residents through transformative services that reduce disparities, eliminate inequities, and create opportunity for all.

3.  Hennepin County's 2025 budget (which covers the time period January 2025 through December 2025) is approximately $3.1 billion. The budget includes $271,751,382 in federal funding received directly from the federal government. In 2025, Hennepin County is receiving or anticipates receiving direct federal funding from numerous agencies including DOT ($15,838,367), HUD ($16,812,799), and HHS ($136,093,272 in non-Medicaid funds).

DECLARATION OF MATHEWS - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

4.      The county also receives many millions of dollars from these agencies in grants administered by pass-through entities like the State of Minnesota, the City of Minneapolis, and the Metropolitan Council.

5.      From DOT, Hennepin County has discretionary funding applications pending, including a request for over $50 million with FHWA for a Bridge Investment Program (BIP) grant to rehabilitate 3 major bridges spanning the Mississippi river in downtown Minneapolis, and a request for $9.38 million in Better Utilizing Investments to Leverage Development (BUILD) program funds for safety improvements to an area connecting the University of Minnesota and downtown Minneapolis, but has not yet been awarded funds or executed these agreements with DOT.  The county plans to apply for significant funding from the Minnesota Highway Freight Program in the future, an IIJA-funded program administered as a pass-through by the Minnesota Department of Transportation for county highway improvements. *See* Exhibits A through C, attached to this Declaration.

6.      The county expects to receive both discretionary and formula funds from HUD. The county is currently funding projects with FY2024 Continuum of Care funding. The county has been awarded over $3.1 million in CoC funding for FY2025, much of which will be passed through to community nonprofits that provide rapid rehousing to families and individuals experiencing homelessness, but has not yet executed these agreements with HUD. *See* Exhibits D through G, attached to this Declaration. The county is currently funding projects with HOME, CDBG, and ESG grants and is anticipating $4.8 million for these programs in FY2025, but has not yet submitted the final documentation required to receive the grant agreements from HUD. These funds provide tenant-based rental assistance, downpayment assistance, and fund affordable housing improvements and construction, largely as pass-through grants to cities and

DECLARATION OF MATHEWS - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

local nonprofit subrecipients. *See* Exhibit H, attached to this Declaration.

7.      The majority of Hennepin County's direct and indirect pass-through federal funding comes from HHS. This funding provides, among other things, basic healthcare for residents experiencing homelessness, a diversionary work program, employment services, and HIV/AIDS prevention.  For example, the county has been awarded nearly $2.3 million in a HRSA grant to provide healthcare for the homeless but is delaying drawing down further funds. *See* Exhibit I, attached to this Declaration.

8.      Because of the new terms and conditions, the county has delayed, and will continue to delay, actions necessary to receive current, pending, and prospective HUD, DOT and HHS grant awards.

9.      Hennepin County is currently preparing its 2026 budget. This process begins eleven months prior to the start of every calendar year with a February distribution of the capital budget and the five-year Capital Improvement Program (CIP) instructions to county departments. In March or April, operating budget instructions are distributed to county departments. These instructions provide parameters and guidelines for departments as they prepare operating and capital budget submissions. Subsequently, departments develop budget requests consistent with property tax targets and other budget guidelines.

10.      The county's budgeting process for 2026 is significantly more difficult than prior years because of the uncertainty that the county will continue to receive the federal funds necessary to support current levels of public services, in both FY2025 and beyond. By September 30, the county is statutorily required to determine how much revenue it must raise in 2026 through the ad valorem property tax levy. *See* Minn. Stat. § 275.065, subd. 1(a). The county auditor then determines how this levy will be apportioned across parcels of real property

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

and sends notices of proposed property taxes to each taxpayer. *See* Minn. Stat. § 275.065, subd. 3.

11.     Lack of clarity around federal funding sources impedes the ability of the County Board to set priorities for finite local resources and to set a local tax levy that will cover the county's 2026 services for residents.  Unlike other local governments, the amount of property taxes collected by Hennepin County is set at a specific dollar amount and cannot be changed after final adoption in December of the year prior to collection. *See* Minn. Stat. § 275.07, subd. 1. Loss of federal funding will also negatively impact Hennepin County's operating budget and may require additional property tax support.

12.     The potential loss of many millions of dollars in federal funding from DOT, HUD, and HHS will have severe and widespread consequences for the county and harm the county's residents who rely on county services.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 8, 2025 in Hennepin County, Minnesota.

EXECUTED this 8th day of July, 2025.

JOSEPH W. MATHEWS

DECLARATION OF MATHEWS - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

2025



# Hennepin Avenue Bridges: Mississippi River Multi-Modal Connections

2025 BRIDGE INVESTMENT PROGRAM GRANT APPLICATION

HENNEPIN COUNTY, MINNESOTA





**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

# Contents

EXECUTIVE SUMMARY ...................................................................................................................1

PROJECT AND APPLICANT ELIGIBILITY ...............................................................................2

PROJECT INFORMATION.................................................................................................................3

    Project Description .........................................................................................................................3

    ....................................................................................................................................................5

    Project History and Context ........................................................................................................5

    Challenges to be Addressed.........................................................................................................6

    Anticipated Project Outcomes ...................................................................................................7

    Lead Applicant and Partners.......................................................................................................7

    Project Location ............................................................................................................................8

NATIONAL BRIDGE INVENTORY DATA .................................................................................9

    Non-Federal Funding Commitment........................................................................................10

    Project Bundling.........................................................................................................................10

    Future Eligible Costs .................................................................................................................10

    Previously Incurred Expenses ..................................................................................................10

PROJECT MERIT CRITERIA ..........................................................................................................11

    1: State of Good Repair...............................................................................................................11

    2: Safety and Mobility................................................................................................................13

    3: Economic Competitiveness and Opportunity .....................................................................14

    4: Climate Change, Sustainability, Resiliency, and the Environment ...................................17

    5: Equity and Quality of Life.....................................................................................................17

    6: Innovation...............................................................................................................................19

BENEFIT-COST ANALYSIS.............................................................................................................20

PROJECT READINESS AND ENVIRONMENTAL RISK ......................................................21

    Technical Feasibility and Technical Competency ...................................................................21

    Project Schedule .........................................................................................................................21

    Required Approvals....................................................................................................................22

    Assessment of Project Risks and Mitigation Strategies.........................................................23

ADMINISTRATION PRIORITIES AND DEPARTMENTAL STRATEGIC PLAN .........23

DOT PRIORITY SELECTION CONSIDERATIONS................................................................25

Several supporting documents are provided via direct links throughout this narrative document; these supporting documents can also be accessed here.



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

## EXECUTIVE SUMMARY

Hennepin County (the County) is pursuing Federal funding through the Federal Highway Administration's (FHWA) Bridge Investment Program (BIP) for rehabilitation and other enhancements to the three Hennepin Avenue Bridges spanning across the Mississippi River in the heart of downtown Minneapolis (the Project). The Father Louis Hennepin Suspension Bridge (#27636), which opened to traffic in 1989, represents the fourth generation of a bridge crossing of the Mississippi River at this location and is a destination unto itself for Twin Cities residents and visitors alike. The original bridge at this location was the first permanent bridge that crossed the Mississippi River and was thus referred to as the "Gateway to the West." The current bridge is the only vehicular suspension bridge in state of Minnesota, and as of October 2024, is now eligible for the National Register of Historic Places.

*Figure 1: Aerial view of the three Hennepin Avenue Bridges and nearby landmarks (view looking southeast across Historic Nicollet Island and Mississippi River)*



A BIP grant will allow for an innovative approach to rehabilitating the iconic Father Louis Hennepin Suspension Bridge (#27636), and the two approach bridges (#27537, #27538) immediately to the east that not only connect downtown Minneapolis and Northeast Minneapolis, but also provide vital access to Historic Nicollet Island and DeLaSalle High School (see **Figure 1**). The critical aspect to extending the service life of the suspension bridge in particular is protecting the main cables with an innovative dehumidification technique during this preservation-focused process. This suspension bridge type is relatively uncommon in the industry and once the main cable descends into a certain level of deterioration, it cannot be repaired. The iconic suspension bridge can be seen in **Figure 2**. The Project will return all three bridges to a state of good repair by also removing and replacing the bridge deck overlay, painting all steel superstructure, and repairing concrete sidewalks, railings and stairways to both improve safety and reduce the need and frequency for long-term maintenance expenditures and

**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

disruptions. In addition, the corridor will be transformed to enhance safety, accessibility, and provide for high quality transit service that will reduce greenhouse gas emissions and vehicle miles traveled.

This investment is needed to extend the life of these bridges and preserve regionally significant infrastructure that provides connectivity for approximately 22,400 vehicles, 1,800 trucks, 542 Metro Transit buses, 2,500 pedestrians, and 1,300 bicyclists each weekday. With a focus on preserving this critical connection with an innovative, safe, and resilient design, the Project achieves an economically feasible and environmentally sustainable bridge lifespan. These bridges also represent a vital connection as part of Metro Transit's E Line Arterial BRT (2025), currently under construction, which will provide enhanced transit services across the river when completed in 2025. (see **Figure 3**). Additional multimodal improvements to enhance safety and accessibility for people walking and biking will be completed with the Project to further Hennepin County's goal of reducing greenhouse gas emissions by 45% from 2010 levels by 2030, as noted in the County's Climate Action Plan (2021).



*Figure 2: Aerial view of the Father Louis Hennepin Suspension Bridge (#27636)*

*Figure 3: The E Line BRT planned alignment (in purple) over the Hennepin Avenue bridges*



## PROJECT AND APPLICANT ELIGIBILITY

The Project advances all three goals of the Bridge Investment Program, including to:

- Improve the safety, efficiency, and reliability of the movement of people and freight over bridges;
- Improve the condition of bridges in the United States; and
- Provide financial assistance that leverages and encourages non-Federal contributions from stakeholders involved in the planning, design, and construction of eligible projects.

More detail on how the Project addresses these three goals is provided throughout the document including in the Project Merit Criteria section.

The County is eligible to submit this application as a unit of local government. The County is committed to advancing goals and implementing the vision and goals identified in Hennepin County's Mobility 2040 Plan. Climate resiliency, safety, equity, prosperity, mobility, and active partnerships within the communities are core policy goals of the Plan and will guide transportation decisions by the County. The Project directly contributes to these county and city-wide goals, as described in the Project Merit Criteria section. The Project is also supported by other City, County, regional, and State plans:

2



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

- The Hennepin County ADA Transition Plan identifies a path toward providing accessibility facilities for all people traveling along or across our roadways.
- The Statewide Multimodal Transportation Plan establishes goals relevant to this Project, including increasing transit use by assigning highest priority to modes with the greatest people-moving capacity and lowest long-term economic and environmental cost, promoting and increasing biking and walking as energy-efficient, nonpolluting and healthy forms of transportation and reducing greenhouse gas emissions generated by the transportation sector.
- Per the Hennepin County Freight Study (2016), the downtown area is identified as a "Major Cluster" (providing at least 50,000 jobs), and all three bridges serve as City-designated truck routes.
- The City of Minneapolis Bike Plan – Protected Bikeway Update (2015) identifies all three bridges as "Priority Protected Bikeways."
- The Metropolitan Council (regional MPO) identified a Regional Bicycle Transportation Network (RBTN) in 2014 for the Twin Cities metro region, which includes Hennepin Avenue as an RBTN Tier 1 alignment.
- The Hennepin County Bicycle Transportation Plan (2015) acknowledges bikeways on all three bridges. In addition, Hennepin County Enhanced Bikeway Study (2018) identified Hennepin Avenue and 1st Avenue as suitable corridors for introducing a protected bikeway design.
- The Hennepin County Complete and Green Streets Policy (2023) sets a modal priority framework that balances the needs of all roadway users and incorporates green streets elements into roadway design to improve air and water quality.
- The Hennepin County Towards Zero Deaths Program and City of Minneapolis' Vision Zero Action Plan identified goals to eliminate fatal and life-changing crashes for all transportation users.
- The Hennepin County Climate Action Plan (2021) outlines strategies to reduce greenhouse gas emissions and adapt to the changing climate, including reducing vehicle miles traveled per capita, advocating for and supporting transit and expanding multimodal facilities. The plan also outlines goals to adapt to a warmer and wetter climate, increase the resilience of the built environment, and protect natural resources.

Numerous community partners and stakeholders will also benefit from the Project and have expressed their support; letters of support have been uploaded to the Project Narrative Attachment Form and can also be found here.

**PROJECT INFORMATION**

Project Description

Rehabilitation of these three bridges will connect two major multimodal improvement projects recently completed or underway. The recent reconstruction of Hennepin Avenue in Downtown Minneapolis included expanded pedestrian space, raised bikeways, and enhanced transit infrastructure to support Arterial BRT. Similarly, the Hennepin and 1st Avenue roadway improvements are currently under construction and are anticipated to be completed by the end of 2024, including separated bikeways, transit priority lanes, wider sidewalks, green infrastructure, and upgraded storm water management. The three bridges included in the Project serve as a critical link between these two infrastructure projects with a multimodal design that improves safety and connectivity for people walking, biking, and riding transit while modernizing the infrastructure.



The main goal of the Project is to perform needed bridge rehabilitation now, ensuring that these bridges remain in good condition far into the future. This especially applies to the Father Louis Hennepin Suspension Bridge because it is at a critical stage, where the wrapping protecting the main cables requires replacement to ensure the bridge remains in good condition well into the future. The suspension bridge type, which was dictated by historic and Section 106 requirements, is more costly to maintain and repair than other bridge types in Hennepin County's Bridge Inventory. As a result, Hennepin County is responsible for maintaining the only vehicular suspension bridge in the State of Minnesota with similar resources as other counties. As a suspension bridge it is listed as "fracture critical" meaning it contains elements that, if they were to fail, would cause the bridge to collapse. Fracture critical (now referred to as including "non-redundant steel tension members") bridges must undergo more intense inspections that take more time, resources, and expertise than normal bridges. In addition, with a wrapping on the main cable, which is the most fracture critical element, it is also very costly to remove/replace the wrap to inspect the cable at certain panel locations as was done in 2023. If the existing wrapping is not replaced, more costly inspections requiring the wrapping to be removed/replaced will be required at regular intervals in the future.

From 2021 through October 2024, the County has incurred costs of just over $1,700,784.81 to advance the Project. The Father Louis Hennepin Suspension Bridge is 35 years old and underwent two detailed inspections in 2023. The inspections included: 1) the fracture critical main cables, 2) cable bands connecting the main cable to the suspender ropes, 3) suspender ropes, 4) connections between suspender ropes and stiffening girder, 5) the stiffening girder, 6) anchorages below ground, 7) towers, and 8) the saddles supporting the main cable at the top of the towers. Previous fracture critical inspections identified water retained within the wrapped main cable which is not only concerning, but also difficult to monitor and inspect.

A full list of the rehabilitation and repair activities for each of the three bridges included in the Project is included in **Table 1** below. These activities are consistent with the purpose and need in the required environmental documentation. Additional detail regarding the work to be performed with the Project can be found in the Statement of Work. Maintenance of the proposed improvements will be completed by Hennepin County and/or the City of Minneapolis in accordance with the current Hennepin/Minneapolis Maintenance Agreement (PW 44-20-23). This agreement was executed between Hennepin County and the City of Minneapolis for the timeframe 01/01/2024 to 12/31/2026.

*Table 1: List of rehabilitation and repair activities*

| Activity | #27636 - Hennepin Ave Suspension Bridge | #27538 - East Hennepin Ave Bridge | #27537 - 1st Ave Northeast Bridge |
|---|:---:|:---:|:---:|
| Structural Deck Repair | ✓ | ✓ | ✓ |
| Bridge Deck Overlay | ✓ | ✓ | ✓ |
| Modular Expansion Joints | ✓ | | |
| Expansion Joints | ✓ | ✓ | ✓ |
| Concrete Rail Repair | ✓ | ✓ | ✓ |
| Paint / Repair Metal Railings | ✓ | ✓ | ✓ |
| Sidewalk / Curb Repair | ✓ | ✓ | ✓ |


| | | | |
|---|---|---|---|
| ADA Ramp Repair / Upgrades | ✓ | | |
| Stairway Replacement / Repair | ✓ | | |
| Paint Beams | ✓ | ✓ | ✓ |
| Paint Tie / Stiffening Girder | ✓ | | |
| Replace Bearings | ✓ | ✓ | ✓ |
| Substructure Concrete Repair | ✓ | ✓ | ✓ |
| Pedestrian Scale Lighting | ✓ | ✓ | |
| Suspension Cable Protection | ✓ | | |
| Suspension Cable Inspection Safety | ✓ | | |
| Suspender Rope Protection | ✓ | | |
| Cable Band Bolt Repair | ✓ | | |
| Corrosion Monitoring System | ✓ | | |
| Bikeway Enhancements | ✓ | ✓ | ✓ |
| Replace Approach Pavement | ✓ | ✓ | ✓ |
| Repair Safety Features | ✓ | ✓ | ✓ |

At the heart of downtown Minneapolis and as a destination unto itself, the three bridges comprising the Project are a popular route for people walking and biking both as a commuter route and for recreation. Approximately 1,300 bicyclists and 2,500 pedestrians travel across the bridges daily. The bridges are also well connected via stairwells and ramps to the Grand Rounds Scenic Byway below as part of the nationally significant Great River bicycling route that extends parallel to the Mississippi River (U.S. Bicycle Route 45). The Project will include improvements for pedestrian safety and accessibility including pedestrian scale lighting upgrades, increasing the separation between people walking and driving, and upgrading ADA including replacement of existing curb ramps that do not satisfy current design standards. The comfort and safety of people biking will be improved by increasing separation from people driving across all three bridges when compared to the standard, on-street painted bike facilities that exist today. The Project will also replace/repair stairways connecting to the bridge.

## Project History and Context

The iconic Hennepin Avenue Suspension Bridge is a historic crossing and a nationally recognized cultural landmark. As of October, 2024, Bridge #27636 is now eligible for the National Register of Historic Places. The original bridge at this location was the first permanent bridge that crossed the Mississippi River and was thus referred to as the "Gateway to the West." This first bridge over the Mississippi River was a wooden tower suspension bridge that opened to traffic in 1855 with a span of 620-feet (see **Figure 4**). The wooden tower suspension bridge

*Figure 4: 1865 photo of the original Hennepin Avenue Bridge constructed in 1855*



was replaced in 1876 with a stone tower suspension bridge with a span of 675-feet. The stone tower

suspension bridge was replaced in 1888 with a two-span steel arch bridge with a total length of 516-feet. The steel arch bridge was replaced with the current Father Louis Hennepin Suspension Bridge (#27636) in 1989– named after the European explorer who visited St. Anthony Falls in 1680. Many other bridge types were evaluated but due to the historic nature of the previous bridges, being the "Gateway to the West", and the location as part of the St. Anthony Falls Historic District, the 1989 bridge was directed to be a suspension bridge. Representing the fourth generation of a bridge crossing of the Mississippi River at this location, the current bridge has not seen any work beyond minor maintenance since its construction in 1989. The 1st Avenue NE Bridge (#27537) and East Hennepin Avenue Bridge (#27538) span a backchannel of the Mississippi River and East Island Avenue, which connects Nicollet Island to Northeast Minneapolis. These bridges consist of cast-in-place concrete decks, steel girders, 3-lanes of traffic, and outside sidewalks. The westbound bridge was constructed in 1971 and the eastbound bridge was constructed in 1973.

The Hennepin Avenue Bridges improvements have long been coordinated with several adjacent recently completed or pending projects outlined below. In particular, the Project seeks to execute a contiguous enhanced bikeway and dedicated bus lanes along Hennepin Avenue. These complementary projects are depicted in this Multi-Modal Improvement Projects map.

Immediately south of the Hennepin Avenue suspension bridge, the City of Minneapolis reconstructed 10 blocks of Hennepin Avenue through downtown Minneapolis between 2021 and 2022. The new roadway includes enhanced sidewalks, one-way curb separated bikeways, and space for enhanced transit stops for the upcoming E Line BRT.

Immediately north of the Project, Hennepin County is finalizing improvements anticipated for completion in Fall 2024 along Hennepin & 1st Avenue (one-way paired streets) to include wider sidewalk facilities, upgraded curb ramps and traffic signals, curb separated bike facilities, and dedicated bus lanes that will serve the pending E Line BRT (2025) service, as well as green infrastructure. The three bridges included in the application serve a critical link between these two major multimodal infrastructure projects and include similar safety and accessibility improvements for people walking, rolling, bicycling, and riding transit.

*Figure 5: Image of existing structural steel corrosion*



The Project will complement MnDOT's recent rehabilitation of the Highway 65 / 3rd Avenue Bridge over the Mississippi River (October 2023), lessening dependence on either of the Mississippi River Crossings for accessing Downtown Minneapolis from Northeast Minneapolis. This mutual benefit is reflected in on-going transit investments, as the E Line BRT Service will operate along the Project, whereas, the F Line BRT Service is planned to operate along Highway 65 / 3rd Avenue corridor.

Challenges to be Addressed

Over the years, the decks, substructures, and superstructures on all three bridges have experienced major deterioration including extensive sidewalk cracking and spalling, metal railing corrosion, structural steel corrosion and minor section loss (see **Figure 5**), deterioration of the suspension cables and hangers, and leaking expansion joints. The Minnesota Structure Inventory Reports provide details of the observed deterioration. Immediate investment is needed to extend the life of these bridges, reduce ongoing bridge maintenance costs, and preserve critical infrastructure that serves as a vital



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

connection for the movement of people and goods. Additional images indicating examples of concrete spalling, rust, and sidewalk deck deterioration are available in the Statement of Work. A total of 34 crashes were reported on these bridges between 2014 and 2023, 13 of which resulted in injury or possible injury. In addition, two of the bridges in this Project (Bridge #27636 and Bridge #27537) are located on the City of Minneapolis' High Injury Street Network.

Anticipated Project Outcomes

This Project investment will provide critical connections to employment, education, healthcare, and housing, as well as economic development opportunities. The planned improvements will address the needs of the community by enhancing safety and accessibility for all people and all modes, reduce greenhouse gas emissions, and complement nearby City, County, and State infrastructure investments. The Project will improve safety, increase resilience to extreme weather events, provide equitable transportation options, improve quality of life, promote economic competitiveness, and create new job opportunities. Preserving this critical link will also further maximize the benefit of multi-modal safety improvements being made on both sides of these bridges and at locations nearby with the following:

- Enhanced walking conditions with improved pedestrian lighting, increased space between vehicles and people walking, and upgraded pedestrian ramps to current ADA standards.

- Enhanced bicycle facilities to encourage use by All Ages and Abilities. The Project will provide additional separation between vehicles and people biking that will also connect to separated bikeways on both sides of the bridges.

- Dedicated, transit-priority lanes that will serve the pending E Line BRT, which is expected to begin operation in 2025. The enhanced transit line will provide an efficient and reliable commuter service between the University of Minnesota, downtown Minneapolis, and the Southdale Transit Center in Edina. Enhanced biking and pedestrian facilities across the bridge will benefit transit users with first/last mile connections to planned stations.

Lead Applicant and Partners

Hennepin County is the applicant for this BIP grant request, and the County's Transportation Project Delivery Department will manage all procurement and construction management for the Project on the County's behalf. In 2016, the County completed a similarly complex rehabilitation of the Cappelen Memorial Bridge (Franklin Avenue Bridge). The following local and State agencies represent key partners that will coordinate with and support the County to ensure successful delivery of the Project:

- Metro Transit is the primary transit agency for the Twin Cities region of Minneapolis and Saint Paul, continually building out a network of enhanced transitways throughout the region. Metro Transit currently offers 159 routes (31 core local, 73 express, 47 local/suburban local, 5 Bus Rapid Transit, 2 Light Rail Transit, and 1 commuter) that service 123,600 riders per day. Currently, six transit routes utilize the Hennepin Avenue Bridges, serving an estimated 5,600 riders daily.

- City of Minneapolis is the municipality in which the Project is located and will coordinate with the County on mitigating construction impacts and connections to adjacent City infrastructure, including the recently reconstructed Hennepin Avenue south of the Project area.

- Minneapolis Park and Recreation Board (MPRB) oversees a renowned urban park system spanning 6,817 acres of parkland and water. Featured among its properties are 55 miles of parkways and 102 miles of the Grand Rounds Parkway. MPRB properties receive about 26 million visits annually. MPRB was recognized by the Trust for Public Land from 2013 through 2018 and 2020 as the No. 1 United States urban park system, as well as the National Gold



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

Medal Award in 2024. The Hennepin Avenue Bridges span across the Central Mississippi Riverfront Regional Park with significant recreational, historical, and cultural significance for the region. The bridges have several pedestrian stairways and ramps connecting to the shared use trails below along both sides of the riverfront.

- Minnesota Department of Transportation (MnDOT) led the rehabilitation of the historic 3rd Avenue Bridge, which was completed in October of 2023. The State Aid Office within MnDOT reviews City, County, Township, and municipal bridge plans to help ensure compliance with current MnDOT Bridge Office specifications and policies, American Association of State Highway and Transportation Officials (AASHTO) specifications, and the State building code. In addition to reviewing local bridge plans, MnDOT provides technical assistance and administers the State Highway System. A portion of the local funding commitment will be provided through the MnDOT IIJA Match Program (remaining balance of $57.9 million (October 2024)), If awarded discretionary funding through the BIP, it's anticipated that MnDOT would represent the direct recipient for the Grant Agreement, with the County identified as the subrecipient. The County would lead project development and construction for the Project, following MnDOT's Delegated Contract Process in a similar manner as other federally funded projects administered by the County.

Project Location

The bridges are located at the heart of the Minneapolis-Saint Paul metropolitan area (population of 2,914,866 per 2020 Census) and are situated between downtown Minneapolis and its many attractions, and Northeast Minneapolis – an area of the City that has experienced redevelopment in recent years. Hennepin Avenue is a critical Mississippi River crossing for the metro area, connecting the downtown and many other destinations in the area. The bridges provide access over the Mississippi River, West Island Avenue, East Island Avenue, Great River Road, and the Grand Rounds Scenic Byway. The bridges not only convey traffic, transit, freight, bicyclists, and pedestrians, they also represent the main access for residents of Nicollet Island, students and faculty of DeLaSalle High School (built 1898), visitors to the Nicollet Island Inn (built 1893) and the Nicollet Island Pavilion (built in 1893). The Project is surrounded by and directly serves numerous census tracts identified as Areas of Persistent Poverty and Historically Disadvantaged Communities, and Opportunity Zones (see **Figure 6**, and a larger version of the map here).

The locations of the three bridges included in the Project are as follows:

*Figure 6: 2020 Census Areas of Persistent Poverty (APP) and Historically Disadvantaged Communities (HDC), and Opportunity Zones*



8



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

| Bridge | Latitude | Longitude | Census Tracts |
|---|---|---|---|
| 1st Avenue Northeast (#27537) | 44.987347 | -93.260431 | 1036 |
| East Hennepin Avenue (#27538) | 44.986767 | -93.259995 | 1036 |
| Hennepin Avenue Suspension (#27636) | 44.985417 | -93.263808 | 1036, 1261.01, 1262.02 |

## NATIONAL BRIDGE INVENTORY DATA

The Project will rehabilitate the Father Louis Hennepin Suspension Bridge (#27636), and two approach bridges, 1st Avenue Northeast and East Hennepin Avenue (#27537, #27538); all three structures are listed on the National Bridge Inventory (NBI). Bridge inventory data for all three existing bridges is summarized in the accompanying Application Template and can also be reviewed here.

## PROJECT BUDGET

The Project is estimated to cost a total of **$62,916,050** Detailed cost estimate information is provided here. The detailed cost estimate demonstrates that the County has budgeted sufficient contingency amounts, intended to finance both uncertainties and unanticipated cost increases. The cost attachments also provide information on how BIP funds would be used to deliver the Project. **Table 2** below summarizes the estimated Project costs by phase. **Table 3** beneath that, summarizes the funding sources the County anticipates for the Project.

*Table 2: Summary of Estimated Project Costs*

| Project Costs | 1st Ave Northeast (#27537) | East Hennepin Ave (#27538) | Hennepin Ave Suspension (#27636) | Total |
|---|---|---|---|---|
| **Phase II: Construction Administration** | $422,414 | $406,891 | $4,670,429 | $5,499,734 |
| **Phase III: Construction** | $4,224,139 | $4,068,908 | $46,704,286 | $54,997,333 |
| **TOTAL** | **$4,646,553** | **$4,475,799** | **$51,374,715** | **$60,497,067** |
| **Escalation at 4%** | **$185,862** | **$179,032** | **$2,054,989** | **$2,419,883** |
| **Total project cost with escalation** | **$4,832,415** | **$4,654,831** | **$53,429,704** | **$62,916,950** |

Notes: Escalation of 4% added to reflect the project scheduling shifting by 1 year (from 2026 Construction to 2027 Construction). Totals may not add due to rounding.

*Table 3: Summary of Funding Sources by Category*

| Use of Funds | Source of Funds | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BIP | | Other Federal | | Non-Federal Match | | Total | |
| | $ | % | $ | % | $ | % | $ | % |
| Construction | $45,757,781 | 80 | 0 | 0 | $11,439,445 | 20 | $57,197,226 | 100 |
| Construction Administration | $4,575,779 | 80 | 0 | 0 | $1,143,945 | 20 | $5,719,724 | 100 |
| **TOTAL** | **$50,333,560** | | | | **$12,583,390** | | **$62,916,950** | |



**HENNEPIN AVENUE BRIDGES**
2025 Bridge Investment Program Grant Application

**Federal Funding Request** Hennepin County is seeking **$50,333,560** in FHWA Bridge Investment Program funding for the Project, reflecting 80% of the total Project cost. If the Project budget should increase, the County commits to completing the Project without requesting additional Federal funds through the discretionary Bridge Investment Program.

**Non-Federal Funding Commitment**

The County is committed to providing the remaining **$12,583,390** as a 20% local match to support the Project, through State and County sources as approved via Resolution 24-0414. Hennepin County to date has received $3.5 million of State bond funds in the 2023 session, as documented in lines 26.18 to 26.26 in HF669 for Phase 1 of the Project. The County's Capital Budgeting Task Force's (CBTF) has also recommended $3.865M in MnDOT State Aid funds to the Project (on page 151-152 of the 2025-2029 Public Works budget). No other Federal funding or non-Federal funding from other sources has been requested. The remainder of the local funding commitment is anticipated to be secured through the MnDOT IIJA Match Program (remaining balance of $57.9 million (October 2024)), which makes matching State funds of up to $10M per project available to successful Federal discretionary grant awardees; As of October 2024, there is $57.9M remaining in available funds from the $205.4M in total (original $216.4M was reduced by $11M during the 2024 state legislative session).

**Project Bundling**

Hennepin County will bundle the three bridges when delivering the Project to leverage each of the anticipated benefits summarized below:

- **Cost** – Lower bid prices are expected, due to economy of scale, increased schedule flexibility, and potential for shared resources between projects.
- **Risk** – Reduced risk and potential for disputes related to resources and scheduling conflicts.
- **Schedule** – Provides the contractor with flexibility and opportunity to optimize the sequencing of the work and reduce both the duration and frequency of impacts to the traveling public.
- **Design consistency** – Provides an opportunity to maintain consistency with complete and green streets design.

**Future Eligible Costs**

The cost estimate for future eligible costs, reflective of the current stage of design and engineering, includes a contingency factor of 20% that is appropriate for the current stage of Project development.

**Previously Incurred Expenses**

Previously incurred costs cannot be considered part of the local matching requirement, nor can they be reimbursed with BIP grant funds. However, previously incurred expenses related to the Project serve to demonstrate the sustained commitment of the County to maintain these critical connections for the region. In June 2021, Hennepin County completed a feasibility study that evaluated all three Mississippi River bridges. The study recommended rehabilitation activities for all three bridges with estimated, scoping-level costs. The study concluded that bridge replacement was not currently needed for any of the bridges, and that strategic bridge preservation treatments would extend the service life of the bridges by approximately 40 years in the immediate term to increase the likelihood that each bridge structure achieves its original intended design life. In addition, the preservation involving the main cables will provide the county with option to maintain the suspension bridge indefinitely. From 2021 through 2024, the County has incurred costs of just over $1,700,784.81 to advance the Project as described in **Table 4** below.

10

**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

*Table 4: Summary of Previously Incurred Expenses in Phase I (as of 10/24/2024)*

| Phase I: Pre-Design, Preliminary Design, and Final Design | |
|---|---|
| **Activity** | **Amount** |
| **Inspection/Maintenance** | $70,378.96 |
| **Planning** | $124,675.92 |
| **Technical Scoping** | $1,505,729.93 |
| **TOTAL** | **$1,700,784.81** |

- **Ongoing Maintenance**: The County, as the non-Federal share funding partner, commits to maintain any Federally supported infrastructure investments included in this Project scope for their full lifecycle as part of its annual Operating Budget. The County's Maintenance Plan has recently been completed in October 2024 and is available here.
- **Financial Condition of the Project Sponsor**: Over the past 8 years, Hennepin County has successfully managed 24 Federal-aid transportation projects totaling more than $145 million, including all aspects of project development: planning, scoping, preliminary design, detailed design, and construction.

**PROJECT MERIT CRITERIA**

1: State of Good Repair

The Hennepin Avenue Suspension Bridge was constructed in 1988, and the two approach bridges were constructed in 1971 and 1973. These assets are all currently in fair condition, however, based on the results of routine bridge inspections, as well as information within the County's asset management system, rehabilitation is currently needed to improve the condition of the bridges and maintain these assets in a state of good repair far into the future.

The County's Asset Management and Annual Inspection programs are used to identify bridge investment priorities and create a management plan for the County's inventory of 150 bridges. The program includes a data-driven process to inventory condition, performance, risk, life-cycle strategies, investment strategies, and implementation. This Project includes a spectrum of recommended rehabilitation activities, including repairs to the abutments and repainting of the beams and railings, in order to preserve the structural integrity of these bridges and ensure that these regionally significant assets achieve their intended design service lives. The Project will reduce the likelihood that the existing bridges will deteriorate into poor condition, which would require more frequent maintenance and repair to minimize associated concerns with safety and mobility on and under the bridges.  The current state of deterioration of structural and bridge deck elements of the suspension bridge can be seen in several images available in the Statement of Work.

Ongoing maintenance costs are estimated to be reduced by approximately $4M over the next 20-30 years due to the portfolio of rehabilitation activities. Resurfacing the bridge decks is anticipated to reduce the frequency of deck sealing and patching, and expansion joint repair will be minimal over the next 10 years. Repairing the abutments and repainting the beams and railings will also reduce ongoing maintenance costs. Rehabilitation activities will prevent a full bridge reconstruction from occurring during the analysis period.

If the cable wrap on the Father Louis Hennepin Suspension Bridge is not replaced in the near term, corrosion of the main cable will continue until traffic is impacted, the bridge is no longer functional, and the cost to address the issue far exceeds the cost of replacing the wrapping in the present time. Capacity cannot be added to a main cable, and due to the type of helical steel wire strands used, it is



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

not feasible to repair broken wires. Once it reaches a certain point of corrosion and resulting strength loss which reduces load carrying capacity, the cost of replacing or supplementing the cables rises exponentially. Thus, the primary purpose of this discretionary grant application is to address the wrapping on the main cable. Due to the nature of this work, it is not only imperative, but also cost effective, to complete other ancillary work required to keep all three bridges functioning as intended well into the future. Dehumidification systems are relatively low cost if included while rewrapping a main cable and can significantly slow the rate of corrosion, effectively extending the future of the most critical element of the bridge (the main cable) indefinitely. Because replacing the wrapping is a large effort and impactful on the public, completing all other work concurrently (repainting and replacing deck overlays) is also highly cost effective, while also minimizing the frequency of impacts on the public.

*Condition of Bridges*

- The **Father Louis Hennepin Avenue Suspension Bridge (#27636)** consists of a steel girder superstructure, concrete deck, and steel suspension cables, was built in 1988 and repaired in 2012, and the NBI ratings are in fair condition. If preservation is not performed in the near term, it will become much more costly to minimize the likelihood that the bridge will fall into poor condition within the next 10 years. The deck, superstructure, and substructure are all rated as satisfactory (NBI 6), and the under clearances of the bridge are rated as poor (NBI 4). The local planning index (LPI) rating is 71 as shown on page 2 in the Bridge Replacement and Improvement Management (BRIM) for Locals report. The bridge deck overlay has extensive cracking which leads to deterioration of the structural slab. The modular strip seal expansion joints are leaking chloride laden water onto the substructures. The paint on the steel beams, inside and outside of the box shaped tie girders, and on the ornamental metal railings has deteriorated and corrosion has started. All four stairways ascending/descending from the bridge are in poor condition, and the Project would replace some of the existing stairways and repair sections of the stairs and ADA ramp that are in good condition.

- The **East Hennepin Ave Bridge (#27538)**, a steel continuous-beam span bridge built in 1973, is generally in fair condition, however, the abutments have significant cracking and spalling and present the potential to fall into poor condition without timely rehabilitation activities. The bridge deck overlay has extensive cracking which leads to deterioration of the structural slab. A small crack has emerged in the web of the fascia beam, reducing structural integrity. The strip seal expansion joints are leaking chloride laden water onto the substructures. The paint on the steel beams has deteriorated causing corrosion. The local planning index (LPI) rating is 60 as shown on page 2 in the BRIM for Locals report. The substructure (NBI 5) and superstructure (NBI 4) are both in fair condition, while the bridge deck is in good condition (NBI 7).

- The **1st Ave Northeast Bridge (#27537)**, a steel continuous-beam span bridge built in 1971, is also generally in fair condition with the spalling of abutments and associated leaking joints that present the potential to fall into poor condition without timely rehabilitation activities. The bridge deck overlay has extensive cracking which leads to deterioration of the structural slab. The strip seal expansion joints are leaking chloride laden water onto the substructures. The paint on the steel beams has deteriorated causing corrosion. The local planning index (LPI) rating is 68 as shown on page 2 in the BRIM for Locals report. The deck, superstructure, and substructure are all rated as satisfactory (NBI 6).

The complete most recent inspection report (10/30/2024) for all three bridges is here.

12



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

*Bridge Protection and Resiliency Improvements*

The Project includes multiple elements aimed at protecting the bridges, increasing long-term resiliency to extreme weather events and natural disasters, and reducing ongoing maintenance costs. Recommendations include replacing the bridge wearing surface, repairing the deck, replacing the expansion joints, repairing the combination barriers (includes concrete repair/surfacing and repainting the metal railing), repairing sidewalks, repairing the substructure deterioration, repairing and replacing deteriorated areas of the pedestrian stairways and ramps, painting structural steel beams and tie girders, and preserving portions of the suspension system. The Project is anticipated to replace the existing elastomeric neoprene wrapping system on the suspension bridge cables (on #27636) with DS Brown Cableguard wrapping material on the main span suspension cables. The existing elastomeric neoprene system requires significant maintenance resources to repair leaks and ensure corrosion protection. This prior wrap system was initially installed in 1988 during original construction, and the cable system was partially repaired in 1997 and 2012 to address damage. The repairs in 2012 were unsuccessful in resolving all the issues, as the wrap currently exhibits cracking and bulges, and water is trapped inside the wrap in some locations. The proposed DS Brown Cableguard product has an expected life of 45 years which will minimize maintenance, increase resiliency, and provide better durability by avoiding critical deterioration, which will ultimately extend the lifespan of the bridge.

<u>2: Safety and Mobility</u>

The Project will provide significant safety and accessibility improvements on the bridges that will reduce crashes, especially for vulnerable users. As the most populous county in Minnesota, Hennepin County is committed to a Safe System approach to help achieve the county's Towards Zero Deaths goal of eliminating fatal and life-changing crashes for all people walking, biking, rolling, taking public transit, or driving along our roads. This is especially important for residents who live in historically disadvantaged communities who have been disproportionately affected by crashes. As part of the City of Minneapolis' <u>Vision Zero Action Plan</u>, it was found that crashes are concentrated in lower-income neighborhoods. This Project is located within Census Tracts that are identified as Areas of Persistent Poverty and Historically Disadvantaged Communities, and Opportunity Zones (see **Figure 6**). The following project elements will improve safety for people who travel across the bridge and will provide critical connections for this regional link across the Mississippi River, as well as the regional trail system underneath:

- Improved pedestrian lighting, increased space between vehicles and people walking, and upgraded pedestrian ramps to current ADA standards
- Additional separation between bicycles and vehicles, as well as direct connections to separated bikeways available on both sides of the Mississippi River
- Dedicated, transit-priority lanes that will serve the upcoming <u>E Line Arterial BRT service</u>

*Hennepin Avenue Bridges Existing Safety Concerns*

A total of 34 crashes were reported on these bridges between 2014 and 2023, 13 of which resulted in injury or possible injury. Of the 34 crashes reported, there were two injury crashes involving people biking or riding an electric scooter in the on-street bicycle facility, as well as one serious injury crash involving a vehicle departing from the roadway. This predominant crash type of vehicles running off the road involves drivers losing control and entering the bicycle and sidewalk facilities. Given the constrained environment and that the existing bicycle facility lacks vertical separation from people driving, an ongoing safety concern is present for people walking, biking, and rolling across the bridges. In addition, based on the existing traffic volumes and their operating speeds, the existing on-street painted bicycle lanes do not satisfy the recommendations of the FHWA Bikeway Selection Guide



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

which recommends a separated bikeway design on these bridges based on their characteristics. Two of the bridges in this Project (Bridge #27636 and Bridge #27537) are located on the City of Minneapolis' High Injury Street Network.

*Safety Improvements to Hennepin Avenue Bridges*

The multimodal safety improvements proposed with this Project align with the county's vision to provide a safe transportation network that offers strong connections via multiple modes, respects the environment, and improves the health and quality of life for all who live, work, or visit here. The Project design will be guided through implementation of the county's Complete and Green Streets Policy, which establishes a modal priority framework that prioritizes our must vulnerable roadway users in this context. This Project will provide both safety and mobility improvements that will tie into the recently completed Hennepin Avenue improvements immediately to the south of the bridges, as well as the pending Hennepin Avenue/1st Avenue improvements immediately to the north of the bridges that is anticipated to be completed by the end of 2024. The project will improve safety and accessibility for all modes, especially for people walking, biking, and using transit. The improvements will provide more equitable transportation options and reduce greenhouse gas emissions and VMT per capita. Planned upgrades include pedestrian lighting, increased and enhanced separation from people driving, transit priority lanes for the pending E Line Arterial BRT service, and upgraded pedestrian ramps to current ADA standards. In addition, each of the four staircases that connect the bridge decks and river-level will be replaced or repaired as part of the Project. Many of the stairs currently exhibit significant deterioration (see images on page 23 of the document provided here). Replacing the stairs will improve safety conditions for those ascending/descending in the area.

*Hennepin Avenue Bridges Role in the Transportation Network*

Every day, these bridges serve more than 22,400 people driving, 2,500 people walking and rolling, 400 people biking, and five daily Mississippi crossing transit routes that carry an estimated 5,600 people. Hennepin County is coordinating with Metro Transit to implement the high-quality Arterial E Line BRT project, that is anticipated to increase the number of transit riders along Hennepin Avenue. The Project will provide the Mississippi River crossing for this BRT service, providing a more reliable regional transit service between the University of Minnesota's primary campus in Minneapolis to Southdale Mall in Edina, Minnesota. These multimodal safety improvements are important to meet countywide and statewide goals to reduce greenhouse gas emissions and VMT. The project will complement the Hennepin Avenue/1st Avenue improvements multimodal project that is anticipated be completed by the end of 2024.

The total person miles traveled across the three bridges in 2022 is estimated at 5.3 million, and the future 2040 person miles travelled is projected to increase to 7.2 million. Although an increase in person throughput is anticipated, a reduction in both VMT per capita and congestion is projected on these bridges due to the high-quality multimodal connections proposed. More detail on the person miles travelled calculations is provided here. See **Figure 7** (on the next page) for a depiction of the Project location in relation to the existing and planned transit network and the robust bike lane and trail network in the Project area.

3: Economic Competitiveness and Opportunity

The efficient movement of freight is vital to the economic health of Hennepin County. The Twin Cities region, where Hennepin County resides, is the primary freight hub for Minnesota and the upper Midwest. Transportation has a significant impact on supply chains and is considered one of the three primary components of supply chain management. Conversely, congestion, lack of good connections from major highways to freight warehouses and distribution centers, and deteriorating roads and



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

bridges are all factors that impact commercial transportation costs and the attractiveness of Hennepin County.

The Hennepin Avenue and 1st Avenue bridges serve a critical role in the local and regional transportation network and the regional economy, serving over 22,400 vehicles per day and over 1,800 trucks per day. Many of the trucks travelling along the bridges are carrying goods and products into and out of the City, which is essential for supporting the local economy. As described within the Hennepin County Freight Study (2016), the downtown area is identified as a "Major Cluster" (providing at least 50,000 jobs), and all three bridges serve as City-designated truck routes. Congestion and deteriorating roads and bridges are primary factors that impact commercial transportation and the attractiveness of Hennepin County as a place of business. Rehabilitating the three bridges will ensure that a key transportation network link across the Mississippi River will continue to provide access to destinations in downtown Minneapolis and Northeast Minneapolis. The Project would also contribute to job retention and creation for the area surrounding the Project, as the bridges serve as critical connections across the Mississippi River.

*Figure 7: Multimodal Mobility Network Served by the Project*



Construction of the Project itself will contribute to job creation; including small and minority owned contractors through equal opportunity and workforce programs along with establishing project Disadvantaged Business Enterprise (DBE) goals.

*Freight Network Connectivity*

Hennepin Avenue is identified by the Metropolitan Council as a 'Tier 2' Regional Truck Corridor, suggesting the corridor's significance in regional truck transportation and regional economy. Heavy Commercial Average Annual Daily Traffic (HCAADT) using StreetLight Data for the period extending from 6/1/2021 to 5/31/2022 was estimated to be 1,893 (578 westbound, 1,315 eastbound). If successful in receiving BIP funds, the Project would preserve a key crossing of the Mississippi River

15

**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

to position the area for long-term economic growth through improved commercial freight operations, but also complement concurrent transportation projects in the area and improve mobility and access for all users.

*Figure 8: Employment Centers and Key Destinations Served by the Project*



As a large-scale rehabilitation project, this Project would contribute to the job center within downtown Minneapolis. See **Figure 8** for a depiction of the Project location in relation to existing employment centers and key destinations in central Minneapolis. The County has adopted best practices aimed at reducing disparities among underrepresented workers and promoting opportunities for small and emerging small businesses when selecting consultants for contracting opportunities not involving Federal funds. For contracts over $100,000, that are not using Federal funds, consultants are required to submit an affirmative action plan, specific to the project, prior to a contract award. The affirmative action plan should be a set of goal-oriented management policies and procedures to eliminate barriers to employment and increase retention of minorities and women. Also, due to the nature of the industry, consultants are hired based on the contracted work being done. This process allows the county to influence who is hired and therefore and have the ability provide opportunities to underrepresented workers. The countywide hiring goals are currently 32% for minorities and 20% for female workforce participation.

Additionally, for contracts over $100,000 the county may set a goal that a percentage of the contract work be performed by small, minority-owned, or women-owned businesses or add a small business enterprise (SBE) incentive (where vendors can earn more evaluation points based on greater SBE participation). Goals or incentives can be met through self-performance or through sub- contracting a portion of the job to other diverse vendors.



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

## 4: Climate Change, Sustainability, Resiliency, and the Environment

The Project results in a significantly lower overall impact to the environment as a rehabilitation project than a future bridge replacement would, should rehabilitation be deferred. The Project will incorporate environmentally responsible construction materials in the rehabilitation work, including high performance concrete with Supplementary Cementitious Materials (SCMs) that both requires less energy consumption to create and will make the bridge more resilient to severe weather events. While the cost is higher than low slump concrete, it will extend the life of the bridge, decreasing the amount of construction materials and activities that can be harmful to the environment. This Project also includes improvements that will reduce congestion and better accommodate people traveling by sustainable modes of transportation, including walking, using transit, and biking. The Hennepin County Climate Action Plan (2021) establishes a goal of net zero greenhouse gas (GHG) emissions by 2050. Reducing VMT per capita through modal shift is necessary to meeting Hennepin County's goal of net zero GHG emissions by 2050. The BCA has quantified a reduction of $2.0 million in GHG costs directly attributable to the Project when factoring in rehabilitation as opposed to bridge replacement. The County has analyzed existing mode shares on the bridge and potential modal shift opportunities following bridge rehabilitation activities (see below, and here (Pg. 4) for more detail). Of the daily trips using the bridges currently, approximately 58% are local trips of under 10 miles in length and 23% are under 3 miles in length, which could be accomplished using other modes. This future mode shift will contribute to the reduction of emissions in the area from GHG and particulate matter from tires, brake pads, and road surface wear, all of which pose risks to both human health and the environment. **Figure 9** below illustrates potential redistribution of local trips based on existing streetlight data by distance (note that category color assignments change from "existing" to "potential").

*Figure 9: Multimodal Mobility Network Served by the Project*



## 5: Equity and Quality of Life

The Project is surrounded by and directly serves numerous census tracts identified as Areas of Persistent Poverty and Historically Disadvantaged Communities, and Opportunity Zones (see **Figure 6**). The Project will enhance community members' quality of life and reduce barriers of opportunity by improving the experience for those using non-motorized transportation modes and transit service across the bridge, improving air quality in the area, employing inclusive public engagement strategies during project planning, and applying local policies that support the hiring of historically underrepresented groups of workers. Data gathered using the Environmental Justice (EJ) Screen, an online tool provided by the Environmental Protection Agency (EPA), indicates that the area surrounding the bridges is subject to disproportionate levels of pollution resulting from the high amount of vehicle traffic along the corridor. Several environmental indicator values are high compared to State levels including Particulate Matter 2.5 (78th percentile), Diesel Particulate Matter (99th percentile), Air

17



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

Toxics Cancer Risk (99th percentile), Air Toxics Respiratory HI (99th percentile), and Traffic Proximity, which is an inexact proxy for noise pollution (92nd percentile). These sources of pollution will be reduced with a decrease in VMT per capita along the corridor, made possible with improved access to non-polluting transportation options such as walking and biking. The improvement of transit efficiency through the addition of dedicated transit lanes will similarly decrease pollution by reducing the use of single occupancy vehicles. According to EJ Screen, 31% of people living within one-quarter mile of the project area are People of Color, compared to an average of 20% within the State of Minnesota. Additionally, several census block groups adjacent to the project area include a larger percentage of low-income populations than the statewide average. This transportation investment in this urbanized area will significantly improve conditions for these historically disadvantaged groups by decreasing levels of pollution and increasing accessibility to nearby and more distant locations.

The Project will address inequitable barriers to opportunity by increasing accessibility to jobs and employment centers, schools, healthcare facilities, childcare centers, and other important daily destinations and services (see **Figure 7**). The multimodal safety improvements along with the addition of transit priority lanes will increase access to high quality, safe, and affordable transportation options for everyone, particularly for households without a vehicle. This is especially important as downtown Minneapolis includes a relatively high concentration of car-free households. The equitable reallocation of space for sidewalks, bike facilities, transit, and ADA improvements will increase affordable nonmotorized transportation options such as walking, biking, and rolling. Similarly, households without access to vehicles and individuals who are unable to drive, due to age or disability, will experience improved mobility and reliability offered by faster and more reliable transit trips.

*Established County Commitment to Community Engagement*

Hennepin County is committed to engaging with diverse and historically underrepresented groups throughout the planning and design process on this Project and every County project. Previous Hennepin County bridge projects have employed inclusive and intentional engagement strategies to target impacted residents and businesses by making it convenient for them to participate.

Recent and ongoing projects along the Hennepin Avenue corridor demonstrate this commitment, and engagement for this Project will incorporate a mix of engagement strategies to ensure all voices are heard. Effective strategies, including focusing outreach events toward frequent users of the bridges, will be leveraged – including on-site public outreach events during peak usage times. Immediately east of these bridges, multimodal safety improvements are being constructed in 2024 along Hennepin and 1st Avenues. Community engagement on that project began in 2020 and is ongoing. Between October 2020 and January 2021, Hennepin County released an interactive website with a virtual corridor tour and learning materials, conducted two neighborhood meetings, four agency meetings, five social media events, and a community listening session. During those four months, the project team received approximately 300 survey responses, 126 online comment map comments, and had 2,685 email subscribers. A learning portal was created where stakeholders could learn about the project, the corridor's history, observe GoPro videos along the corridor, learn about specific sites within the project area, and provide input in an online comment form or using an interactive comment map.

South of the Project area, the City of Minneapolis recently reconstructed Hennepin Avenue through downtown Minneapolis. Engagement for this project was extensive, between project initiation in 2017 and completion in 2022. In the years leading up to the start of construction, the City engaged residents and visitors at community events, held in-person and online open houses, hosted pop-up events along the corridor and nearby public gathering spaces, attended farmers markets, hosted an event at the Minneapolis Public Housing Authority, held workshops for various stakeholders, and collected

18

extensive comments and questions through the project website. The project was developed in partnership with organizations serving on the Stakeholder Advisory Committee, including both public and private entities.

## 6: Innovation

This Project will be implemented using several innovations including main cable dehumidification, high performance material selections, non-destructive condition evaluation methods, and other technologies. These innovations and the benefits they will provide to Hennepin County and the community members are described below.

### *Innovative Materials and Techniques*

- **Main Cable Dehumidification System**: The use of dehumidification to mitigate corrosion of main cables is an innovative technology which was first used in Japan just over 20 years ago. Since its first use, the technology has advanced through Asia and Western Europe, refined on three major suspension bridges in the U.K.—M48 Severn (2008), Forth Road (2009) and Humber (2010). The latest advances in cable dehumidification technology were used on Chesapeake Bay Bridges (2015), Delaware Memorial Bridges (2018), South Tenth Street Bridge (2019) and Anthony Wayne Bridge (2022). The objective of main cable dehumidification is to slow the rate of corrosion in the cables so that bridges can exceed their anticipated 100-plus-year design life potential. The benefit is achieved by continuously injecting dry air through the main cable wires, reducing the relative humidity within the cables below 40%. This humidity level ensures that excess moisture is removed from the chemical reaction as to prevent further corrosion from occurring.

- **High Performance Concrete**: The Project provides an opportunity to consider the introduction of high-performance concrete that uses Supplementary Cementitious Materials (SCMs) (e.g., fly ash, ground granulated blast furnace slag, and silica fume) to replace some of the cement in a concrete mix. SCMs, when used in conjunction with Portland cement, Portland limestone cement, or blended cements, contribute to the properties of hardened concrete through hydraulic and/or pozzolanic activity. This results in enhanced durability, reduced cracking, and increased strength when constructed and cured properly. Using cementitious blends results in stronger, more durable high- performance concretes, but also helps reduce climate impact by reducing greenhouse gas emissions. SCM's provide a significant contribution to sustainable construction. The use of these materials in concrete production consumes less energy and offers improved efficiency and performance.

### *Innovative Design and Technology*

- **Non-Destructive Testing (NDT) Technologies to Determine Quantities**: This innovation is related to determining quantities needed for bridge deck repair. It is typically difficult to estimate quantities during the design phase using traditional methods. Underestimating quantities needed for repairs can lead to unforeseen project costs and unanticipated delays. Various Non-Destructive Testing (NDT) technologies may be used to evaluate current deck conditions, including Ground Penetrating Radar (GPR) and acoustic deck monitoring (SounDAR® by Bridge Diagnostics, Inc.). Hennepin County will evaluate the feasibility of using this NDT technology to improve estimated repair quantities for the deck repair work. These technologies more accurately identify locations experiencing bridge deck deterioration that require repair. In addition, the use of SounDAR® would minimize the duration of lane closures for using traditional methods of evaluating deck condition via chaining.



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

*Innovative Financing*

The State of Minnesota has its IIJA Match Program (remaining balance of $57.9 million (October 2024)), which makes matching funds of up to $10 million per project available to successful Federal discretionary grant awardees; as of October 2024, the state has $57.9 million remaining.

## BENEFIT-COST ANALYSIS

The BCA evaluates the benefits to society resulting from the Project and demonstrates the cost effectiveness of the Project for which the sponsors are seeking Federal support, measured in terms of a Benefit Cost (B/C) Ratio. The Project produces a B/C ratio of **1.55**, indicating that the benefits to society exceed the Project's costs.

Detailed and transparent documentation of BCA assumptions, inputs, evaluation methodology and results can be found in the separate Benefit-Cost Analysis Technical Memorandum and Benefit-Cost Analysis Model. A description of the baseline condition, sources of data, and key input parameters are included in this detailed supporting documentation.

The BCA quantified the following benefits for a 30-year operations period:

- *Safety Benefits*: Safety benefits for vehicles are calculated during the years in which the bridges are expected to be load posted and closed. Expected crashes are calculated based on existing crash types across the bridges and average crash rates in Hennepin County. The Project expects annual safety benefits for all three bridges to result in over $240K total benefits over the analysis period.

- *Avoided Travel Time Costs*: Benefits from detour avoidance are calculated using extra travel time avoided and detour likelihood per mode in the event of closure. Applying the U.S. Department of Transportation (USDOT)-provided values of time, the Project expects annual benefits for all three bridges to result in over $98.9M total benefits over the analysis period.

- *Avoided Emissions Damage*: Emission benefits are calculated from the expected decrease in travel distance due to a detour. When applying the USDOT-provided values for reduced emissions, the analysis estimates over $2M in total benefits over the analysis period.

- *Rehabilitation and Repair Cost Savings*: The Project's benefits are derived from the reduced repair and maintenance cost on fracture critical inspections, opening seven panels for deck repairs, load posting consultant fee, deck replacement, and yearly maintenance costs. The analysis estimates over $4M in total benefits over the analysis period.

- *Bicycle and Pedestrian Crash Cost Savings*: Safety benefits from reduced bike crashes are calculated from the current rate of such crashes in the project area and the expected reduction due to the bike lane's physical barrier. The analysis estimates a reduction of up to 0.1 crashes annually, or over $3,000 in annual benefits when applying the average
- e crash costs across the City of Minneapolis.

A summary of the discounted costs and benefits is shown in **Table 5**. The results presented are considered conservative because they do not reflect certain unquantified benefits of the Project, including but not limited to the following:

- Pedestrian improvements resulting from staircase replacement or repair
- BRT expansion opportunities
- Lowered emissions due to modal shift opportunities

**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

*Table 5. Discounted Benefits and Costs for the Project (in millions of 2022 dollars)*

| Factor | #27636 | #27537 | #27538 | Total Value |
|---|---|---|---|---|
| Safety (Construction Phase) | -$0.16 | -$0.52 | -$0.09 | -$0.76 |
| Maintenance | $42.00 | $0.00 | $0.00 | $42.00 |
| Residual Value | $10.91 | $0.00 | $0.00 | $10.91 |
| Other Benefits (Avoided Detour) | $62.80 | $0.00 | $0.00 | $62.80 |
| Other Benefits (Bike/Ped) | $0.54 | $0.00 | $0.52 | $1.06 |
| Net Benefits | $68.13 | -$0.52 | $0.43 | $68.13 |
| Capital Cost | $37.48 | $3.25 | $3.13 | $43.87 |
| **B/C Ratio** | 1.82 | -0.02 | 0.01 | 1.55 |
| Net Present Value | $30.65 | -$3.30 | -$3.08 | $24.26 |

## PROJECT READINESS AND ENVIRONMENTAL RISK

Hennepin County is prepared to commence with project development for the Project upon notification of BIP grant funding. Hennepin County has successfully delivered many Federally funded projects and will similarly complete all activities required to allow BIP funds to be obligated prior to any statutory deadlines.

### Technical Feasibility and Technical Competency

Hennepin County has successfully delivered a wide array of Federal-aid transportation projects that include all aspects of project delivery (scoping, preliminary design, environmental documentation, detailed design, and construction). This has been achieved in part by the County's ability to hire professional firms and contractors, acquire property, and advance infrastructure projects in compliance with Federal and State laws. The proposed budget is based upon recent estimates and previous experience with similar projects. The cost estimate includes contingency costs – appropriate with the current level of inspection and design – to absorb potential risks.

The Project sponsor has conducted in-depth inspection of the bridge and will be working on the Preliminary and Final Design, which are documented in detail in the following supporting materials:

- Statement of Work
- Schedule
- Cost Estimate (also summarized in Project Budget section, including the contingency used)

The rehabilitation work on the three bridges is anticipated to have a relatively predictable delivery schedule based on the scope of work and the location within existing right of way. Finally, Hennepin County will remain compliant with Title VI/Civil Rights requirements, by ensuring that no person is excluded from participation, denied benefits, or otherwise subjected to discrimination under any program or activity, on the basis of race, color, national origin, sex, age, or disability.

### Project Schedule

The schedule for implementing the Project is summarized below and available in more detail here. The schedule has been developed based on the technical scoping analysis completed to date as well as consideration of the required remaining design activities and anticipated construction activities. This Project could be completed in phases, but without timely preservation these bridges will continue to deteriorate and future rehabilitation costs will increase exponentially. This timely approach will also provide design efficiencies, increase cost effectiveness, and minimize public impacts.



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

Preliminary design activities would begin in July 2025 and would be completed in November 2025. Final design would then be completed by November 2026. Construction is anticipated to start in May 2027 and last for two construction seasons, with Project completion anticipated by May 2029.

The Project schedule demonstrates that a single-phase or two-phased BIP funding approach are feasible. However, in an effort to begin construction in a timely manner, BIP funds are only being requested for construction and construction administration activities so that design activities can occur simultaneously with development of the Grant Agreement. Regardless of the funding approach, the Project can be reasonably expected to begin construction within 18 months of the first obligation of BIP funds, as the construction phase could begin by May 2027.

*Figure 10: Project Delivery Schedule*



<u>Required Approvals</u>

*Environmental Review, Permits, & Approvals*

A NEPA environmental review will be required prior to commencing construction on the three bridges. Hennepin County is planning to start the NEPA process in March 2025 and finish the NEPA process by May 2026. NEPA clearance and design will be complete in time to satisfy grant obligation requirements. The specific environmental document type remains to be determined, though Hennepin County anticipates that a Categorical Exclusion will suffice given the proposed improvements and anticipated impacts. During the NEPA process, the County will coordinate with the State Historic Preservation Office, and other agencies with jurisdiction over protected resources within the study area, to ensure that the appropriate environmental documentation and other associated processes are followed. The Project will require receipt of approvals and permits from local and State agencies. The complete list of permits and approvals will be finalized during the design and environmental documentation phase. However, the County anticipates that at a minimum, the Project will require the following:

- National Pollutant Discharge Elimination System (NPDES) Construction Stormwater Permit from the Minnesota Pollution Control Agency (MPCA)
- Stormwater Management and Erosion and Sediment Control

*Public Engagement and Outreach*

The forecasted Project schedule provided above outlines community engagement throughout the design and construction process. This schedule framework is based upon the history of engagement activities and actions previously undertaken by the County and its partners on projects of a similar scale and complexity (see additional discussion in the <u>Equity and Quality of Life</u> criterion section).



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

*Letters of Support*

This BIP application is supported by a wide-ranging coalition of local and regional stakeholders. Many have provided letters of support, which have been uploaded to the Project Narrative Attachment Form.

*Right-of-Way Acquisition*

Hennepin County anticipates that no right-of-way acquisition will be required to implement the Project. This contributes to the readiness of the County to deliver the rehabilitation work according to the proposed schedule.

*State and Local Approvals, and Federal Requirements*

The Project was first introduced in Hennepin County's 2017-2021 Capital Improvement Program – and has continued to be programmed in subsequent iterations of the CIP – including the most recently completed 2024-2028, and draft 2025-2029 Capital Improvement Program. Upon award of BIP funds, Hennepin County will coordinate with appropriate regional and State agencies to incorporate the Project into the Metropolitan Council's Transportation Improvement Program (TIP) and MnDOT's State Transportation Improvement Program (STIP), as both documents are anticipated to require amendments.

Hennepin County is also prepared to work through the Minnesota Department of Transportation's Federal Aid review and approval process upon award of BIP funding.

Assessment of Project Risks and Mitigation Strategies

Potential Project risks and mitigative strategies are summarized below.

- Hennepin County has included contingency costs to address any risks associated with increased materials costs and/or delays.
- The County does not anticipate a high level of risk as part of the environmental documentation process, given that the Project is a rehabilitation project, is not increasing the overall footprint of the existing facility, and is not anticipating issues regarding eligibility of Bridge #27636 for pending inclusion of the National Register of Historic Places as the Project will not remove and /or alter any character defining features of the existing structures.
- Because the Project includes rehabilitation to existing bridges, including an iconic suspension bridge over the Mississippi River, the County is not anticipating negative public feedback or controversy. The County will coordinate with other local partners, including the City of Minneapolis and Metro Transit as it is anticipated that municipal consent will be requested from the City.
- A transportation management plan will be developed to minimize traffic congestion in the work zone during construction. This plan will be developed and implemented to maintain acceptable levels of safety, accessibility, and mobility within the project area, during construction.
- Fabrication of modular strip seal joints has a very long lead time of 10 months or more. The risk mitigation strategy will be to utilize an early fabrication contract to ensure product is ready for delivery by Summer of 2027.

## ADMINISTRATION PRIORITIES AND DEPARTMENTAL STRATEGIC PLAN

Consistent with USDOT priorities, this Project and more broadly Hennepin County as a public agency are aligned in the following critical aspects as described in more detail in the Project Merit Criteria.



**HENNEPIN AVENUE BRIDGES**
**2025 Bridge Investment Program Grant Application**

*Safety*

Hennepin County was the first Minnesota county to adopt a Complete Streets Policy in 2009. Hennepin County's recently updated Complete and Green Streets Policy (2023) establishes a modal priority framework that balances the needs of all roadway users and incorporates green street elements into roadway design to improve air and water quality. Design decisions are determined based on the assessed needs of safety, accessibility, green infrastructure, community engagement and context sensitivity. The State's Towards Zero Deaths Program establishes an organizational goal to reduce fatal and life changing crashes along our roadways – focusing on the most vulnerable users. A Safety Action Plan, anticipated to be completed by Hennepin County in Spring 2025, will support a Safe System Approach to reduce crashes and enhance safety for all people – regardless of their mode of travel. Safety improvements will include increased separation for bikeway infrastructure, slowing traffic speeds by narrowing the roadway to general traffic through the conversion of a general-purpose lane to a dedicated transit lane, and improving the pedestrian experience via upgraded sidewalks, ADA ramps, and stairwells.

*Climate Change and Sustainability*

Through Hennepin County's Climate Action Plan (2021), one of the foundational strategies to achieve net zero carbon emissions by 2050 is by reducing vehicle miles traveled per capita through providing modal shift opportunities. This Project promotes modal shift opportunities and helps both the USDOT and Hennepin County achieve organizational goals by enhancing first/last mile connections to the pending E Line BRT stations, converting a general-purpose lane to a dedicated transit lane, providing physical separation for the bikeway, and upgrading sidewalks, ADA ramps, and stairwells.

Additionally, as part of the recent Complete and Green Streets Policy (2023) updates, the County is promoting Green Streets by incorporating green infrastructure elements that can reduce pollutants found in water, improve air quality and provide green elements between parks and open spaces.

*Equity*

Hennepin County policy across all departments is focused above all else on disparity reduction. Since 2013, Hennepin County has put an emphasis on disparity reduction in all its communities acknowledging that racial and other disparities exist. The County continues to work across the organization and with community partners to go broader and deeper with their efforts. In 2020, the County Board officially declared racism a public health crisis (County Board Resolution 20-0242). The County is committed to providing the public with convenient, equitable access to jobs, schools, and their daily needs. Specific to transportation, a countywide goal is to provide equitable access to jobs and destinations. To support this goal, the Project connects travelers from a diverse array of backgrounds through the core of the City. Bolstering the three bridges is critical to maintaining a connection for historically disadvantaged communities to economic opportunity in the downtown area, including access across the Mississippi River for transit users, as illustrated in **Figure 6**.

*Workforce Development, Job Quality, and Wealth Creation*

Construction of the Project itself will contribute to job creation; including small and minority owned contractors by implementing equal opportunity and workforce programs along with establishing project Disadvantaged Business Enterprise (DBE) goals design to include women, minority, and/or socially and economically disadvantaged small businesses. Consistent with Hennepin County policies, the Project will support the hiring of historically underrepresented groups of workers. Hennepin County is an equal opportunity employer. One such example is the Hennepin Pathways program that was established in 2014 where employers may develop diverse pools of high potential applicants through the Hennepin County Pathways Program. It is a unique collaboration among regional



employers, educators, and community partners. Program graduates have multiple paths to choose from and are employed countywide in office administration, human services, and building operations. These pathways are meeting County hiring needs while also connecting job seekers with meaningful work, livable wages, benefits, and career growth.

## DOT PRIORITY SELECTION CONSIDERATIONS

The Project fulfills DOT priorities for Bridge Projects, as described below. The three existing Hennepin Avenue Bridges are currently in 'Fair' condition. These bridges, especially the suspension bridge, require timely investments to preserve their structural integrity and ensure that these substantial assets achieve their intended design lives and do not deteriorate into poor condition, which would require more frequent maintenance and repair to minimize associated concerns with safety and mobility on and under the bridges. But for a BIP grant, the County will be unable to complete construction of the entire spectrum of treatments listed within the Scope of Work. Other important Project considerations include the following:

- The Project will be ready for letting after receiving a Categorical Exclusion Determination, Finding of No Significant Impact, or Record of Decision. Because the Project is a rehabilitation with no ROW impacts, a Categorical Exclusion determination is anticipated to be received by May 2026.
- The Project schedule and budget demonstrate that a single-phase or two-phased BIP funding approach is feasible. At this time, Hennepin County is requesting BIP funding for construction and construction administration activities to avoid having to pause expenditures for final design activities during development of the Grant Agreement. Regardless of the single-phase or two-phase funding approach, the Project can be reasonably expected to begin construction within 18 months of the first obligation of BIP funds, as the construction phase is tentatively scheduled to begin by May 2027.
- Without a BIP grant, the scope of the Project will likely be reduced significantly to coincide with funding amounts programmed and/or awarded to date. However, the entire spectrum of improvements identified for the Project within this BIP application remain necessary, and therefore, Hennepin County would likely pursue Federal funding again in the near future. Given recent trends in the economy, it is anticipated that subsequent requests for Federal funding for this Project would increase significantly.

# EXHIBIT B

# Project Budget

## Sources, Uses, and Availability

Hennepin County is requesting $9.38M in FY 2025 BUILD discretionary grant funds to finance 100% of the project construction and construction administration costs related to the Washington Avenue Improvements project. This project meets the requirements to exceed the 80 percent federal cost share since the project is located in an Area of Persistent Poverty. If the actual costs of the project are greater than the costs estimated, the County will address the funding shortfall and maintain the level of Federal funding stated in the application (as approved via County Board Resolution 25-0019).

Table 1: Total Project Costs by Funding Source

| Funding Source | Total Funding |
|---|---|
| BUILD Funds | $9,380,000 |
| Other Federal Funds: | $0 |
| Non-Federal Funds | $0 |
| Total Project Cost | $9,380,000 |

The requested funding will finance construction and administration costs anticipated for the project.

Note: Any costs associated with Design Engineering and Right of Way Acquisition were intentionally omitted from Table 1 and are proposed to be financed with local sources.

## Contingency Amount

The project is utilizing a 30 percent contingency based on the current status of project development. The current cost estimate was developed based on standardized unit costs for project elements, using 2025 dollars. The contingency applied is anticipated to cover potential cost increases or minor changes in project scope that would impact the overall construction cost. The County has been successful in utilizing this contingency percentage on projects with similar scope in the past.

## Level of Design

The cost estimate below is based on a planning-level conceptual cost estimate, using standardized unit costs for basic project elements. The contingency included is anticipated to cover any potential cost increases based on refined scope as the project moves into design.

## Cost Estimates

This proposed project would improve Washington Avenue/Cedar Avenue between I-35W and 3rd Street S. A breakdown of the construction cost per project element is detailed below:

| Item Description | Total Cost |
|---|---|
| Mobilization | $310,000 |
| Removals | $240,000 |
| Roadway (Aggregates & Paving) | $630,000 |
| Storm Sewer | $740,000 |
| Curb & Gutter | $120,000 |
| Traffic Control | $120,000 |
| Striping | $90,000 |
| Signing | $30,000 |
| Lighting | $250,000 |
| Turf – Erosion & Landscaping | $90,000 |
| Traffic Signals | $3,300,000 |
| Concrete Items (Sidewalk, ADA Ramps, Bikeway, Driveways, Medians) | $680,000 |
| Construction Sub Total | $6,600,000 |
| Construction Contingency (30%) | $1,980,000 |
| Grand Total (2025 Dollars) | $8,580,000 |

These cost estimates were developed based on recent unit costs experienced by agencies in the Twin Cities Metro Region. The estimates were developed in 2025 dollars. In addition to construction costs, the requested funding will also cover construction administration for the project. These costs are estimated to be approximately 12% of the construction cost, or $800,000, for a total project cost of $9.38M.

## Cost Share or Non-Federal Funding Match

This project is wholly located within a Census Tract that is an Area of Persistent Poverty. With this criterion, the project does not have a limit to the federal cost share as outlined in the Notice of Funding Opportunity for FY 2025 BUILD. The applicant understands that if the actual costs of the project are greater than the cost estimated in the application, the applicant will be responsible for addressing the funding shortfall (as committed to via County Board Resolution 25-0019). This potential funding will be allocated from the County's existing funding for transportation construction.  The County has taken care to carefully estimate the required costs for the project to minimize the potential of cost overruns. A 30% contingency has also been added to the estimated cost to further reduce the risk of cost overruns.

## Expenses Between Award and Obligation

Upon funding award, the County will utilize their internal resources, with consultant support, to advance project planning and design. This effort will be included in the County's existing budget, and the County understands these costs are not eligible for reimbursement. Due to the extreme need for the discretionary grant funding to implement the project, no significant expenditures will occur until the funds are obligated to the project. This will reduce the likelihood that costs associated with this grant are expended prior to obligation.

## Charts of Cost Breakdown from Notice of Funding Opportunity



Figure 1 above and the charts below show the project cost split between the different census tracts and rural or urban areas. The tables below show the project costs including contingency and indirect costs. Because the project is in the planning stages, the cost split between census tracts is conceptual based on total project area coverage and are approximate.

Table 2a: Project Costs per 2020 Census Tracts

| 2020 Census Tract(s) | Project Costs per Census Tract |
|---|---|
| 1261.02 | $5,628,000 |
| 1048.02 | $2,814,000 |
| 1048.01 | $938,000 |
| Total Project Cost | **$9,380,000** |

Table 2b: Project Costs per 2010 Census Tracts

| 2020 Census Tract(s) | Project Costs per Census Tract |
|---|---|
| 1261 | $5,628,000 |
| 1048 | $3,752,000 |
| **Total Project Cost** | **$9,380,000** |

Table 2c: Urban/Rural Project Designation Costs

| Urban/Rural | Project Costs |
|---|---|
| Urban | **$9,380,000** |
| Total Project Cost | **$9,380,000** |

# EXHIBIT C

**MM** DEPARTMENT OF TRANSPORTATION

# Minnesota Highway Freight Program

## Funding Solicitation for State and Local Highway Construction Projects in Fiscal Years 2029 through 2030

This packet contains:

- Program Description
- Application Instructions
- Application Form

  

# TABLE OF CONTENTS

Minnesota Highway Freight Program ........................................................................................................ i

Funding Solicitation for State and Local Highway Construction Projects in Fiscal Years 2029 through 2030. i

Table of contents ............................................................................................................................... ii

Minnesota Highway Freight Program Description ............................................................................. iii

Program Purpose ......................................................................................................................... iii

Eligible Applicants ....................................................................................................................... iii

Eligible Projects .......................................................................................................................... iii

Metropolitan Council Requirements ............................................................................................ iv

Transportation Greenhouse Gas Emissions Impact Assessment ............................................... iv

Match Requirement ...................................................................................................................... v

Minimum and Maximum Award .................................................................................................... v

Mileage Limitation ....................................................................................................................... v

Selection Criteria ........................................................................................................................ vii

Solicitation Timeline .................................................................................................................. viii

How to Get More Information ..................................................................................................... viii

Application Instructions ................................................................................................................ ix

How to Submit an Application ..................................................................................................... ix

Required Attachments ................................................................................................................ ix

Applicant Resources ..................................................................................................................... x

Crash Data .................................................................................................................................. x

Living Snow Fence ...................................................................................................................... x

Funding Application Minnesota Highway Freight Program ............................................................. 1

Application Cover Sheet .............................................................................................................. 1

Application Form .......................................................................................................................... 3

Project Summary – Roadway Projects ......................................................................................... 4

Project Summary – Intermodal Projects ..................................................................................... 13

# MINNESOTA HIGHWAY FREIGHT PROGRAM DESCRIPTION

## Program Purpose

The Minnesota Highway Freight Program (MHFP) provides federal funding to construction projects that provide measurable freight transportation benefits across modes including projects that connect highways, railroads, ports, waterways and airports. The investments made in the program tied directly into the Minnesota State Freight Plan. These federal funds were made available by the creation of the National Highway Freight Program[1] in the FAST Act and continued federal funding made available through the Infrastructure Investment and Jobs Act.

## Eligible Applicants

Eligible applicants include:

- Any governmental entity including townships, cities, counties, metropolitan planning organizations, tribal governments, MnDOT districts, and specialty offices.

- Airports, port authorities, railroads, and intermodal terminals are also eligible to apply.

- All applicants must be able to accept and manage state and federal funds or partner with an entity that is able to. Cities and townships that do not receive State Aid are required to work with a federal aid eligible entity as for submittal of their application such as a county.

## Eligible Projects

The MHFP program funds are targeted toward projects that improve freight safety, freight mobility, freight sustainable supply chains, or which improve first and last mile connection access to freight facilities. Eligible projects include:

New construction, as well as add-ons and up-scopes to existing projects, provided the addition provides a clear freight benefit. A proposed project that is located on a public road and provides a clear benefit to highway-based freight transportation is eligible. Submitted projects may be a segment or a divided portion of a larger, mega, or regional project that has multiple components.

Intermodal projects that interconnect two or more modes of transportation, such as highways, railroads, ports and waterways, and airports are eligible under the intermodal category.

The Infrastructure Investment and Jobs Act expanded eligibility for the use of NHFP funds to include new project types. States may now invest up to ≤30% of NHFP funding on freight intermodal or freight rail

---

[1] National Highway Freight Program Guidance:
https://ops.fhwa.dot.gov/freight/pol_plng_finance/policy/fastact/s1116nhfpguidance/

projects, subject to certain restrictions. New project types that are now eligible include railroad improvements, modernizing a lock, dam, or marine highway corridor, connector, or crossing.

Preliminary Engineering and right of way costs (planning, engineering design, and related work preparatory to the advancement of a project to physical construction) **are not** eligible for these program funds for this solicitation.

If you represent a government agency interested in funding for a freight planning study, please reach out to program staff with your intentions at FreightPlans.DOT@state.mn.us.

## Metropolitan Council Requirements

All Freight Safety and Freight Mobility projects that fall in the Metropolitan Council planning boundary must be a Tier 1, Tier 2, or Tier 3 corridor on the Metropolitan Council's Truck Highway Corridor Study or the project itself must provide a direct and immediate physical connection to one of these three tiers (see link below):

https://metrocouncil.org/Transportation/Planning-2/Transit-Plans,-Studies-Reports/Highways-Roads/Truck-Freight-Corridor-Study.aspx

Applications for new interchanges or new interchange ramps in the 7-county Minneapolis-St. Paul metropolitan region will not be considered unless they have successfully completed the Metropolitan Council and MnDOT's preliminary interchange approval process (see link below):

https://metrocouncil.org/Transportation/Publications-And-Resources/Transportation-Planning/2040-Transportation-Policy-Plan-(2018-version)-(1)/2018-TPP-Update-Appendices/Appendix-F-Preliminary-Interchange-Approval.aspx

If you have questions regarding the Truck Highway Corridor Study, please contact Steve Elmer at steven.elmer@metc.state.mn.us or (651) 602-1756.

## Transportation Greenhouse Gas Emissions Impact Assessment

The Minnesota Legislature passed statue 161.178, effective Feb. 1, 2025, which will require capacity expansion projects to complete a Transportation Greenhouse Gas Emissions Impact Assessment and conform with Greenhouse Gas (GHG) and Vehicle Miles Traveled (VMT) reduction targets prior to inclusion in the State Transportation Improvement Program (STIP) or a metropolitan Transportation Improvement Program (TIP).

GHG legislation affects capacity expansion projects that are:
- 2500 ft or more lane miles added for the total project (total of all phases).
- Any new grade-separated intersections regardless of the lane miles added.

Project eligibility:
- Capacity expansion projects that are exempt from the GHG legislation can apply for the 4th

Round MHFP solicitation.

- Projects that are exempt will include projects that are already in the STIP or already have a pre-approved layout by MnDOT.
- Confirmation of this will need to be sent with the application by the applicant.

Further discussions are occurring to implement the legislative direction. More information will be provided for all of MnDOT's capital programs in the future.

## Match Requirement

Applicants are required to identify other local or state public funding and/or private funding sources that will contribute to the cost of the proposed project. The Minnesota Highway Freight Program may provide federal funds for up to 80 percent of the eligible project cost. Projects on the Interstate may receive up to 90 percent of the eligible project cost of the project.

## Minimum and Maximum Award

| Fiscal Year | Estimated Amount of Federal Funding Available |
| --- | --- |
| 2029 | $25,600,000 |
| 2030 | $25,600,000 |

For new construction projects, the minimum award provided to any one project in this solicitation will be $500,000. There is no minimum award amount for add-ons or up-scopes to existing projects.

The maximum award provided to any one project in this solicitation will be half of the amount available in any one fiscal year shown in the table above. Applicants are advised that once awarded, projects cannot be moved. The Infrastructure Investment and Jobs Act provides funding for the National Highway Freight Program through 2026. The funds identified in 2029 and 2030 are projections based on a continuation of the program.

If an applicant fails to demonstrate adequate progress during the project's pre-development phase, or if the ultimate award does not "close the funding gap" on the proposed project, funding may be withdrawn and allocated to another project. MnDOT will have the authority to make any decisions.

## Mileage Limitation

While the entire Interstate system within Minnesota is eligible for funding, the legislation that created the National Highway Freight Program limits how many miles of non-Interstate roadway in Minnesota can be funded with NHFP program dollars. Any projects selected for funding that are not located on the Interstate system must be designated as a Critical Urban Freight Corridor or a Critical Rural Freight Corridor. A total

of 150 miles of roadways located in the State's [Metropolitan Planning Organization](2) (MPO) urbanized areas may be designated a Critical Urban Freight Corridor. Up to 600 miles of roadway may be located on Critical Rural Freight Corridors beyond MPO urbanized area boundaries.  The NHFP program provides MnDOT the flexibility to designate/reassign roadway mileage in the [National Highway Freight System](3) to ensure funding availability for current and future projects statewide.

---

[2] Metropolitan Planning Organizations in Minnesota:
https://www.dot.state.mn.us/planning/program/mpordcatp.html
[3] National Highway Freight System roadways in Minnesota:
https://experience.arcgis.com/experience/68fd0a0359ea4f9e9424de0ae9ab8b45

# Selection Criteria

## Roadway Freight Project Criteria

| Criteria | Main Measure | Freight Safety | Freight Mobility | First/Last Mile |
|---|---|---|---|---|
| Truck Volume | Heavy Commercial Annual Average Daily Traffic (HCAADT) | 250 | 250 | 250 |
| Safety | Crash rate reduction | 350 | 100 | 100 |
| Mobility | Truck Travel Time Reliability | 100 | 350 | 150 |
| Facility Access | Number of Trucks Entering and Exiting Project Area | + 25 | + 25 | 200 |
| Project Readiness | Various measures | 125 | 125 | 125 |
| Environmental Justice and Equity | Outreach, engagement, benefits, and impacts | 50 | 50 | 50 |
| Sustainability and Emissions | Freight Efficiencies, Emissions and Sustainability benefits | 75 | 75 | 75 |
| Cost-Effectiveness | Divide number of points awarded above by amount of requested funds | 150 | 150 | 150 |
| | Maximum Total Points Possible | 1100 | 1100 | 1100 |

Note: Projects cannot exceed 1,100 points or the maximum points for any category. Safety and Mobility projects may receive a bonus of 25 points for facility access improvement.

## Intermodal Project Criteria

| Criteria | Main Measure | Points |
|---|---|---|
| Freight Volume | Amount of increase in freight volumes | 300 |
| Freight Benefit | Economic benefit of increased freight moved | 300 |
| Project Readiness | Various measures | 175 |
| Environmental Justice and Equity | Outreach, engagement, benefits, and impacts | 50 |
| Sustainability and Emissions | Freight Efficiencies, emissions, and sustainability benefits. | 75 |
| Cost-Effectiveness | Divide number of points awarded above by amount of requested funds | 200 |
| | Maximum Total Points Possible | 1100 |

## Solicitation Timeline

The schedule for selecting projects will be as follows:

- June 25, 2025:  Solicitation announcement distributed
- July 23, 2025:   Program informational session (see below)
- Sept 3, 2025:    Applications due to MnDOT
- January 2026:   Projects selected and approved

## How to Get More Information

More solicitation information is available on the Minnesota Highway Freight Program website, including a recorded informational webinar, located at: http://www.dot.state.mn.us/ofrw/mhfp/.

An interactive informational session regarding this solicitation will be held online/remotely via Microsoft Teams on July 23, 2025. A link with the information will be posted on the program webpage prior to the meeting.

Questions regarding this solicitation may be directed to:

- Robert Clarksen
  Minnesota Highway Freight Program Manager
  MnDOT Office of Freight and Commercial Vehicle Operations
  395 John Ireland Blvd, Saint Paul, MN 55155
  FreightPlans.DOT@state.mn.us

# APPLICATION INSTRUCTIONS

## How to Submit an Application

To apply for Minnesota Highway Freight Program funding, applicants must submit the enclosed application and all required attachments electronically to FreightPlans.DOT@state.mn.us. **by 11:59 p.m. Central Time on Wednesday, September 3, 2025**. Applicants will receive confirmation of their submission.

The information requested is intended to provide program evaluators with sufficient information to determine project eligibility, effectively score and rank projects, and to determine the program funding amount to be awarded.

## Required Attachments

In addition to the application form and cover sheet, the following must be included:

- A resolution indicating the governing body's approval of this application and commitment of the match funding identified in the application

- A map or maps showing the project location

- A project layout or conceptual drawing

- Letter of support from the metropolitan planning organization (MPO) if applicable

- Letter of support and/or approval from the Tribal Nation if applicable

- Letter of support the from roadway system owner, if not applicant

Applications that do not include all required attachments will not be eligible for funding in this round of the MHFP program.

Submittals should be limited to relevant information and are requested to remain under 35 pages total.

- Applicants may submit additional supporting documentation with their application. MnDOT cannot guarantee that it will review all supporting documentation that exceeds the 35-page limit.

# APPLICANT RESOURCES

## Crash Data

Crash Data (https://www.dot.state.mn.us/trafficeng/safety/crashdata.html) or (https://mncrash.state.mn.us/)

Minnesota Crash Mapping Application Tool (https://www.dot.state.mn.us/stateaid/mncmat2.html)

Reach out to your MnDOT District Traffic Engineer (https://www.dot.state.mn.us/information/districts.html, https://www.dot.state.mn.us/trafficeng/contacts.html) or Office of Traffic Engineering (https://www.dot.state.mn.us/trafficeng/safety/contact.html)

## Living Snow Fence

Cost benefit analysis tools for living snow fence (https://www.dot.state.mn.us/environment/livingsnowfence/cost-benefit.html)



# FUNDING APPLICATION
# MINNESOTA HIGHWAY FREIGHT PROGRAM

## Application Cover Sheet

**Project Name:** Click here to enter text.

**Roadway Project:** ☐ **Intermodal Project:** ☐

**Roadway Name(s):** Click here to enter text.

**Project Location:** Click here to enter text.  **To/From:** Click here to enter text.

**Project Length in Miles:** Click here to enter text.

**On the National Highway System (NHS)?** ☐ Yes ☐ No

> (To see whether your project is on the NHS, go here to view a map of the NHS please visit the Federal Highway Administration website located at:
> https://www.fhwa.dot.gov/planning/national_highway_system/nhs_maps/minnesota/index.cfm)

**Applicant:** Click here to enter text.

**Primary Contact Person:** Click here to enter text.

**Title:** Click here to enter text.

**Address:** Click here to enter text.

**City:** Click here to enter text.

**Zip Code:** Click here to enter text.

**Contact Phone:** Click here to enter text.

**Contact Email:** Click here to enter text.



**If the project is located within the area of a Tribal Nation:**
Applicants are required to communicate with all Tribal Nations and Governments that may be impacted by a submitted project. It is expected that the applicants will have obtained concurrence or support for each project submitted. (Click here for Tribal Nation information website)

**If the project is within any Metropolitan Planning Organization planning boundary:**
Applicants are required to communicate with a federally designated MPO if their project is located within an MPO boundary. It is expected that applicants will have concurrence or support for each project submitted. (Click here for MPO information website)

**If the project is within the Metropolitan Council planning boundary:**
Indicate which Tier from the Metropolitan Council's Highway Truck Corridor Study it falls on: Tier 1, Tier 2, or Tier 3. (Click here for the study website)

☐ Tier 1

☐ Tier 2

☐ Tier 3

☐ Does not fall on a Tier

If the project does not fall on a tier, but the project itself provides a direct and immediate physical connection to one of these three tiers, describe how it accomplishes this.
Click here to enter text.

# Application Form

## FREIGHT PROJECT TYPE

1. **Select only one of the investment categories below** that best describes your project based on its primary purpose or benefit.

☐ **Freight Safety**

This category covers projects that improve the safety of freight movement on highways. Freight Safety projects may be located anywhere in the state. Example project types include:

- Truck parking lots or truck parking information systems
- Railroad at-grade crossing improvements
- Grade separations at/near railroads
- Commercial vehicle weigh station improvements
- Bridge Clearance improvements

☐ **Freight Mobility**

This category covers projects that improve the mobility and efficient movement of freight on highways. Freight Mobility projects must be located on the National Highway System. Example project types include:

- Adding turn lanes or passing lanes
- Turning radius, geometric improvements
- Intersection/interchange improvements
- Long-term pavement repairs
- Capacity increases that are exempt from GHG legislation
- Traffic signal optimization

☐ **First/Last Mile Connections**

This category covers projects that improve access to and from freight-generating facilities. First and Last Mile Connection projects may be located anywhere in the state. Example project types include:

- Improving access to freight-generating facilities or industrial areas
- Upgrading pavement to 10-ton specifications

☐ **Intermodal Project**

This category includes projects that connect multiple modes of transportation and would improve freight movements. This project category may include:

- Railroad intermodal/interconnect improvements
- Airport cargo loading and roadway improvements
- Ports and waterways improvements

**For intermodal projects, skip pages 4-12. Answer questions starting on page 13.**

Minnesota Highway Freight Program Application                                      3

# Project Summary – Roadway Projects

Please limit your responses to a maximum of 35 pages total including all appendices, letters and other attachments.

2. Provide a brief summary of the project that includes the types of improvements, and roads and other transportation facilities affected. If the funding is for an up-scope or add-on to an existing project, differentiate between the total project scope and the freight elements being added.

Click here to enter text.

3. Briefly describe how the project is consistent with relevant local, regional and state plans. Applicants are encouraged to consult with their MnDOT District and/or Metropolitan Planning Organization. MPO approval will be required if project is selected for funding.

Click here to enter text.

4. If applicant is a non-state-aid city or a township, identify the project sponsor that will assist with federal funds.

Click here to enter text.

5. How does the proposed transportation improvement support freight transportation?

Click here to enter text.

## TRUCK VOLUME

6. What is the Heavy Commercial Average Annual Daily Traffic (HCAADT) for the project location? HCAADT counts for the project area may be identified by MnDOT's Traffic Mapping Application located at: www.dot.state.mn.us/traffic/data/tma.html. If a count is not available from MnDOT, the applicant must obtain one and describe the count methodology.

Click here to enter text.

## SAFETY BENEFITS

7. Does your project address a sustained crash location?

☐ Yes

☐ No

8. Is your project location identified in a district or county safety plan? If "Yes", please respond to the questions below:

        a) Identify the plan by name and provide a link to it

        b) Identify the risk rating and category

        c) Identify if the project is on the 2025 District Safety Plan Priority List

Additional materials on crash data can be found in the Applicant Resources section on page X.

9. If a truck parking project, how many total truck parking spots are currently available, and how many spots are in use during peak hour?

Name of rest area or parking facility: Click here to enter text.

| Total truck parking spots available | Truck parking spots in use during peak hour | Percentage of spots in use during peak hour |
|---|---|---|
| Click here to enter text. | Click here to enter text. | Click here to enter text. |

10. Current crash rate (crashes per one million VMT): Click here to enter text.

11. Estimated crash rate (crashes per one million VMT) after project:  Click here to enter text.

12. Method used to calculate estimated crash rate: Click here to enter text.

## MOBILITY BENEFITS

13. Please describe any truck reliability or mobility issues at project location:

Click here to enter text.

14. Please describe how your project improves truck travel time reliability at the project location:

Click here to enter text.

15. Does your project remove a geometric or temporary barrier for freight movement? If so, please select which one:

        ☐ Low Clearance Bridge

        ☐ Load Restricted Bridge

        ☐ Railroad crossing

        ☐ Roadway prone to flooding

☐ Other – Please specify: Click here to enter text.

If "roadway prone to flooding" selected, how many times has it flooded within the past ten years?

Click here to enter text.

16. Does your project upgrade a roadway to 10-ton standards?

☐ Yes

☐ No

## FREIGHT FACILITY ACCESS

17. Does your project improve access to an existing freight-generating facility or facilities? If so, please provide:

The name of the facility or facilities

Click here to enter text.

How your project improves access to the facility or facilities

Click here to enter text.

What good or commodity the facility produces/handles

Click here to enter text.

Daily truck load equivalents entering and exiting the freight facility or facilities

Click here to enter text.

18. If **outside** the urbanized area of a Metropolitan Planning Organization, which of the following does your project and project location satisfy? Please check the box. You may select more than one.

| Check | Item |
| --- | --- |
| ☐ | Rural principal arterial roadway with a minimum of 25 percent of the annual average daily traffic of the road measured in passenger vehicle equivalent units from trucks |
| ☐ | Provides access to energy exploration, development, installation, or production areas |
| ☐ | Connects the Interstate System to facilities that handle more than: |

- 50,000 20-foot equivalent units per year; or

- 500,000 tons per year of bulk commodities;

| Check | Item |
|---|---|
| ☐ | Provides access to a grain elevator, an agricultural facility, a mining facility, a forestry facility, or an intermodal facility |
| ☐ | Connects to an international port of entry |
| ☐ | Provides access to significant air, rail, water, or other freight facilities |
| ☐ | Corridor that is vital to improving the efficient movement of freight of importance to the economy of the State. |

19. If **within** the urbanized area of a Metropolitan Planning Organization, which of the following does your project and project location satisfy? Please check the box. You may select more than one.

| Check | Item |
|---|---|
| ☐ | Connects an intermodal facility to the Interstate System or a different intermodal freight facility. |
| ☐ | Located within a corridor of a route on the Primary Highway Freight System [4] and provides an alternative highway option important to goods movement |
| ☐ | Serves a major freight generator, logistic center, or manufacturing and warehouse industrial land |
| ☐ | Corridor that is important to the movement of freight within the region, as determined by the MPO or the State |

## PROJECT READINESS

In the following questions, select the option that best describe the level of project development at the time of application. These questions are designed to assess potential risks to the deliverability of the project within the timeframe of the program.

### Environmental Documentation

20. Which type of environmental document is required for this project?

☐ Environmental Impact Statement (EIS)

☐ Environmental Assessment (EA)

☐ Categorical Exclusion (CatEx)

---

[4] https://ops.fhwa.dot.gov/freight/infrastructure/ismt/state_maps/states/minnesota.htm

21. What is the status of the document? Please provide supporting documentation if applicable.

☐ Document in progress; environmental impacts identified

☐ Environmental impacts identified

☐ Document not started

Anticipated date or date of completion/approval: Click here to enter text.

### Review of Section 106 Historic Resources

22. What is the status of the review of historic/archeological resources?

☐ No known historic properties eligible for or listed in the National Register of Historic Places are located in the project area, and project is not located on an identified historic bridge

☐ Historic/archeological review underway; determination of "no historic properties affected" or "no adverse effect" anticipated

☐ Historic/archeological review underway; determination of "adverse effect" anticipated

☐ Unsure if there are any historic/archeological resources in the project area

Anticipated date or date of completion of historic/archeological review: Click here to enter text.

23. Is the project located on an identified historic bridge?

☐ Yes

☐ No

### Review of Section 4f/6f Resources

Section 4f deals with project impacts to public parks, public wildlife refuges, public golf courses, wild and scenic rivers, or historic properties. Section 6f deals with project impacts public parks, public wildlife refuges, public golf courses, wild and scenic rivers, or historic properties that were purchased or improved with federal funds.

24. What is the status of the review of Section 4f/6f resources?

☐ No Section 4f/6f resources are located in or adjacent to the project

☐ Section 4f resources are present within the project area, but no adverse effects

☐ Project impacts to Section 4f/6f resources likely--coordination/documentation has begun

☐ Project impacts to Section 4f/6f resources likely--coordination/documentation has not begun

☐ Unsure if there are any impacts to Section 4f/6f resources in the project area

Provide a short (2-3 sentence) description of efforts undertaken to identify Section 4f/6f resources in the vicinity of the project area, potential impacts of the project, and any documentation of strategies to either mitigate or eliminate impacts.

## Right of Way

25. What is the status of right of way acquisition for the project?

☐ ROW, permanent or temporary easements not required

☐ ROW, permanent or temporary easements has/have been acquired

☐ ROW, permanent or temporary easements required, offers made

☐ ROW, permanent or temporary easements required, appraisals made

☐ ROW, permanent or temporary easements required, parcels identified

☐ ROW, permanent or temporary easements required, parcels not identified

☐ ROW, permanent or temporary easements identification has not been completed

Anticipated date or date of acquisition: Click here to enter text.

## Railroad Involvement

26. What is the status of railroad involvement in the project?

☐ No railroad involvement on project

☐ Railroad Right-of-Way Agreement is executed (include signature page)

☐ Railroad Right-of-Way Agreement is required; Agreement has been initiated

☐ Railroad Right-of-Way Agreement is required; negotiations have begun

☐ Railroad Right-of-Way Agreement is required; negotiations have not begun

Anticipated date or date of executed agreement: Click here to enter text.

## Construction Documents/Plan

27. What is the status of the construction plans?

☐ Construction plans completed/approved (include signed title sheet)

☐ Construction plans submitted for review

☐ Construction plans in progress; at least 30% complete

☐ Construction plans have not been started or are less than 30% complete

Anticipated date or date of completion of plans: Click here to enter text.

**Letting**

28. Anticipated letting date: Click here to enter text.


## ENVIRONMENTAL JUSTICE AND EQUITY

MNDOT is committed to advancing an equitable transportation system with communities across Minnesota. Please respond to the following questions with as much information and detail as possible.

29. Please describe the potential impacts of the proposed project upon Tribal Nation communities, low-income populations and/or communities of color?

 Click here to enter text.

30. Have you integrated feedback, consultation, or input into the development of the project from any sensitive or overburdened communities that it may impact?

Click here to enter text.

31. What measures have you taken to ensure that overburdened communities are not disproportionately impacted by your proposed project?

Click here to enter text.

32. Describe the project's benefits to the communities it may impact including Tribal Nation communities, low-income populations and/or communities of color, children, people with disabilities, and the elderly.

Click here to enter text.


## SUSTAINABILITY AND EMISSIONS

Please answer each of the following questions with a short qualitative narrative to describe how the project improves sustainability:

33. Will the project increase freight efficiencies? Potential freight efficiencies might include improvements that decreasing idling, increasing freight fluidity, and intermodal connectivity, reduce deadhead miles, out-of-route miles, or other efficiency strategies that reduce environmental impacts.

Click here to enter text.

34. How will the proposed project impact emissions? If you have quantitative data, please summarize the assumptions used to estimate how the project would impact emissions. Please list the outputs of any GHG emissions tools that you used in scoping, environmental analysis, or preliminary design.

Click here to enter text.

35. If the project involves construction, what mitigation practices will be used (select all that apply):

☐ Full Depth Reclamation (FDR)

☐ Cold In-Place Recycling (CIR) and Cold Central Plant Recycling (CCPR)

☐ Warm-mix asphalt

☐ Recycled concrete aggregate

☐ Increase in overall wetlands, tree cover, or planted area

☐ Other, please describe: _____ Click here to enter text.


## PROJECT FUNDING

36. Complete the table below with all requested, secured and expended funding sources. Put the amount you are requesting from the Minnesota Highway Freight Program in the first row. Additionally, please identify a funding gap, if applicable, and the overall total project cost.

Requested/Secured/Expended Funding Sources

| Funding Source | Funding Type (State, Federal, Local) | Amount | Status (Requested, Secured, Expended) |
|---|---|---|---|
| Minnesota Highway Freight Program | Federal | Click here to enter text. | Requested |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |

+

**Funding Gap (if any):** Click here to enter text.

=

**Total Project Cost:** Click here to enter text.


37. Requested Funding Fiscal Year(s) (if flexible on funding year, identify preferred and alternate years):
Preferred: Click here to enter text.

Alternate: Click here to enter text.

## REQUIRED ATTACHMENT CHECKLIST

- A resolution or clear letter of support indicating the governing body's approval of this application and commitment of the match funding identified in the application.

- A map or maps showing the project location.

- A project layout or conceptual drawing.

- Letter of support from the Metropolitan Planning Organization (MPO) if applicable.

- Letter of support and/or approval from the Tribal Nation if applicable.

- Letter of support from roadway system owner, if not applicant.

## Project Summary – Intermodal Projects

Please limit your responses to a maximum of 35 pages total including all appendices, letters and other attachments.

1. Summarize the project with a description of how the proposed improvements support freight transportation. Describe the types of improvements and how the project affects roads and other transportation facilities. If the request is for an up-scope or add-on to an existing project, differentiate between the total project scope and the freight elements being added.

Click here to enter text.

2. Briefly describe how the project is consistent with relevant local, regional and state plans. Applicants are encouraged to consult with their MnDOT District and/or Metropolitan Planning Organization. MPO approval will be required if project is selected for funding.

Click here to enter text.

3. If applicant is a non-state-aid city or a township, identify the project sponsor that will assist with federal funds.

Click here to enter text.

4. How does the proposed transportation improvement support freight transportation?

Click here to enter text.

### FREIGHT VOLUME

5. Describe how the project enhances freight capacity and efficiency or operational considerations in Minnesota. Identify the existing and proposed freight volume and capacity upon implementation of the project. Examples may include reductions in overhead/handling at origin/destination, dray mileage/delay, dwell time, need for labor, fuel cost per ton/mile, etc.

Click here to enter text.

6. Describe how the project creates or improves access to domestic (53' trailers) and/or international (20' or 40' containers) shipping opportunities, coastal/inland ports, or optimizes longer connections amongst common carriers.

Click here to enter text.

## FREIGHT BENEFIT

7. Provide an estimate of the economic value to the local economy directly attributable to the project that describes the cost burden to shippers/receivers and the local/regional economy (in dollars) should freight delays continue upon failure to complete the project. Describe the assumptions, and the basis used to arrive at these estimates.

Click here to enter text.

8. Describe how the project increases the safety and security of shipments, (such as reducing the chances of theft, accidents, or damage) and the projects capacity to expedite, retain, or generally improve the movement of passengers or cargo

Click here to enter text.

9. Provide an estimate of the overall economic impact of the project as determined by a benefit-cost analysis.

Click here to enter text.


## PROJECT READINESS

In the following questions, select the option that best describe the level of project development at the time of application. These questions are designed to assess potential risks to the deliverability of the project within the timeframe of the program.

### Environmental Documentation

10. Which type of environmental document is required for this project?

☐ Environmental Impact Statement (EIS)

☐ Environmental Assessment (EA)

☐ Categorical Exclusion (CatEx)

11. What is the status of the document? Please provide supporting documentation if applicable.

☐ Document in progress; environmental impacts identified

☐ Environmental impacts identified

☐ Document not started

Anticipated date or date of completion/approval: Click here to enter text.

### Review of Section 106 Historic Resources

12. What is the status of the review of historic/archeological resources?

☐ No known historic properties eligible for or listed in the National Register of Historic Places are located in the project area, and project is not located on an identified historic bridge

☐ Historic/archeological review underway; determination of "no historic properties affected" or "no adverse effect" anticipated

☐ Historic/archeological review underway; determination of "adverse effect" anticipated

☐ Unsure if there are any historic/archeological resources in the project area

Anticipated date or date of completion of historic/archeological review: Click here to enter text.

13. Is the project located on an identified historic bridge?

☐ Yes

☐ No

### Review of Section 4f/6f Resources

Section 4f deals with project impacts to public parks, public wildlife refuges, public golf courses, wild and scenic rivers, or historic properties. Section 6f deals with project impacts public parks, public wildlife refuges, public golf courses, wild and scenic rivers, or historic properties that were purchased or improved with federal funds.

14. What is the status of the review of Section 4f/6f resources?

☐ No Section 4f/6f resources are located in or adjacent to the project

☐ Section 4f resources are present within the project area, but no adverse effects

☐ Project impacts to Section 4f/6f resources likely--coordination/documentation has begun

☐ Project impacts to Section 4f/6f resources likely--coordination/documentation has not begun

☐ Unsure if there are any impacts to Section 4f/6f resources in the project area

Provide a short (2-3 sentence) description of efforts undertaken to identify Section 4f/6f resources in the vicinity of the project area, potential impacts of the project, and any documentation of strategies to either mitigate or eliminate impacts.

### Right of Way

15. What is the status of right of way acquisition for the project?

☐ ROW, permanent or temporary easements not required

☐ ROW, permanent or temporary easements has/have been acquired

☐ ROW, permanent or temporary easements required, offers made

☐ ROW, permanent or temporary easements required, appraisals made

☐ ROW, permanent or temporary easements required, parcels identified

☐ ROW, permanent or temporary easements required, parcels not identified

☐ ROW, permanent or temporary easements identification has not been completed

Anticipated date or date of acquisition: Click here to enter text.

## Railroad Involvement

16. What is the status of railroad involvement in the project?

☐ No railroad involvement on project

☐ Railroad Right-of-Way Agreement is executed (include signature page)

☐ Railroad Right-of-Way Agreement is required; Agreement has been initiated

☐ Railroad Right-of-Way Agreement is required; negotiations have begun

☐ Railroad Right-of-Way Agreement is required; negotiations have not begun

Anticipated date or date of executed agreement: Click here to enter text.

## Construction Documents/Plan

17. What is the status of the construction plans?

☐ Construction plans completed/approved (include signed title sheet)

☐ Construction plans submitted for review

☐ Construction plans in progress; at least 30% complete

☐ Construction plans have not been started or are less than 30% complete

Anticipated date or date of completion of plans: Click here to enter text.

## Letting

18. Anticipated letting/bidding or start date: Click here to enter text.


## ENVIRONMENTAL JUSTICE AND EQUITY

MNDOT is committed to advancing an equitable transportation system with communities across Minnesota. Please respond to the following questions with as much information and detail as possible.

19. Please describe the potential impacts of the proposed project upon Tribal Nation communities, low-income populations and/or communities of color?

 Click here to enter text.

20. Have you integrated feedback, consultation, or input into the development of the project from any sensitive or overburdened communities that it may impact?

Click here to enter text.

21. What measures have you taken to ensure that overburdened communities are not disproportionately impacted by your proposed project?

Click here to enter text.

22. Describe the project's benefits to the communities it may impact including Tribal Nation communities, low-income populations and/or communities of color, children, people with disabilities, and the elderly.

Click here to enter text.


## SUSTAINABILITY AND EMISSIONS

Please answer each of the following questions with a short qualitative narrative to describe how the project improves sustainability:

23. Will the project increase freight efficiencies? Potential freight efficiencies might include improvements that decreasing idling, increasing freight fluidity, and intermodal connectivity, reduce deadhead miles, out-of-route miles, or other efficiency strategies that reduce environmental impacts.

Click here to enter text.

24. How will the proposed project impact emissions? If you have quantitative data, please summarize the assumptions used to estimate how the project would impact emissions. Please list the outputs of any GHG emissions tools that you used in scoping, environmental analysis, or preliminary design.

Click here to enter text.

25. If the project involves construction, what mitigation practices will be used (select all that apply):

☐ Full Depth Reclamation (FDR)

☐ Cold In-Place Recycling (CIR) and Cold Central Plant Recycling (CCPR)

☐ Warm-mix asphalt

☐ Recycled concrete aggregate

☐ Increase in overall wetlands, tree cover, or planted area

☐ Other, please describe: _____ Click here to enter text.

## PROJECT FUNDING

26. Complete the table below with all requested, secured and expended funding sources. Put the amount you are requesting from the Minnesota Highway Freight Program in the first row. Additionally, please identify a funding gap, if applicable, and the overall total project cost.

Requested/Secured/Expended Funding Sources

| Funding Source | Funding Type (State, Federal, Local) | Amount | Status (Requested, Secured, Expended) |
|---|---|---|---|
| Minnesota Highway Freight Program | Federal | Click here to enter text. | Requested |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |

+

**Funding Gap (if any):**   Click here to enter text.

=

**Total Project Cost:**   Click here to enter text.

27. Requested Funding Fiscal Year(s) (if flexible on funding year, identify preferred and alternate years):
Preferred: Click here to enter text.

Alternate: Click here to enter text.

## REQUIRED ATTACHMENT CHECKLIST
- A resolution or clear letter of support indicating the governing body's approval of this application and commitment of the match funding identified in the application.
- A map or maps showing the project location.
- A project layout or conceptual drawing.

- Letter of support from the Metropolitan Planning Organization (MPO) if applicable.

- Letter of support and/or approval from the Tribal Nation if applicable.

- Letter of support from facility, site or system owner, if not applicant.

EXHIBIT D



**U.S. Department of Housing and Urban Development**
**Office of Community Planning and Development**
**Paul D. Wellstone Federal Building**
**212 Third Avenue South**
**Suite 150**
**Minneapolis, MN 55401**

**Grant Number: MN0311L5K002411**
**Recipient's Name: Hennepin County**
**Tax ID Number: 41-6005801**
**Unique Entity Identifier [SAM]: HNKNH2W4RMQ3**
**Federal Award Date: May 19, 2025**

### CONTINUUM OF CARE PROGRAM (Assistance Listing# 14.267)
### GRANT AGREEMENT

This Grant Agreement ("this Agreement") is made by and between the United States Department of Housing and Urban Development ("HUD") and Hennepin County (the "Recipient").

This Agreement, the Recipient's use of funds provided under this Agreement (the "Grant" or "Grant Funds"), and the Recipient's operation of projects assisted with Grant Funds are governed by

1. The Consolidated Appropriations Act, 2024 (Public Law 118-42, approved March 9, 2024);

2. title IV of the McKinney-Vento Homeless Assistance Act 42 U.S.C. 11301 et seq. (the "Act");

3. the Continuum of Care Program rule at 24 CFR part 578 (the "Rule"), as amended from time to time;

4. the Notice of Funding Opportunity for FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program (NOFO) except for references in the NOFO to Executive Orders that have since been repealed;

5. all current Executive Orders; and

6. the Recipient's application submissions on the basis of which these Grant Funds were approved by HUD, including the certifications, assurances, technical submission documents, and any information or documentation required to meet any grant award condition (collectively, the "Application").

The Application is incorporated herein as part of this Agreement, except that only the project (those projects) listed below are funded by this Agreement. In the event of any conflict between any application provision and any provision contained in this Agreement, this Agreement shall control. Capitalized terms that are not defined in this agreement shall have the meanings given in the Rule.

HUD's total funding obligation authorized by this grant agreement is $1,679,772, allocated between the project(s) listed below (each identified by a separate grant number) and, within those projects, between budget line items, as shown below. The Grant Funds an individual project will receive are as shown in the Application on the final HUD-approved Summary Budget for the project. Recipient shall use the Grant Funds provided for the projects listed below, during the budget period(s) period stated below.

| Grant No. (FAIN) | Grant Term | Performance Period | Budget Period | Total Amount |
|---|---|---|---|---|
| MN0311L5K002411 | 12 Months | 01-01-2026 - 12-31-2026 | 01-01-2026 - 12-31-2026 | $1,679,772 |

allocated between budget line items as follows:

| | | |
|---|---|---|
| a. | Continuum of Care Planning Activities | $0 |
| b. | Acquisition | $0 |
| c. | Rehabilitation | $0 |
| d. | New construction | $0 |
| e. | Leasing | $0 |
| f. | Rental assistance | $641,316 |
| g. | Supportive services | $935,700 |
| h. | Operating costs | $0 |
| i. | Homeless Management Information System | $2,650 |
| j. | Administrative costs | $100,106 |
| k. | Relocation costs | $0 |
| l. | VAWA Costs | $0 |
| m. | Rural Costs | $0 |
| n. | HPC homelessness prevention activities: | |
| | Housing relocation and stabilization services | $0 |
| | Short-term and medium-term rental assistance | $0 |

Pre-award Costs for Continuum of Care Planning

The Recipient may, at its own risk, incur pre-award costs for continuum of care planning awards, after the date of the HUD selection notice and prior to the effective date of this Agreement, if such costs: a) are consistent with 2 CFR 200.458; and b) would be allowable as a post-award cost; and c) do not exceed 10 percent of the total funds obligated to this award. The incurrence of pre-award costs in anticipation of an award imposes no obligation on HUD either to make the award, or to increase the amount of the approved budget, if the award is made for less than the amount anticipated and is inadequate to cover the pre-award costs incurred.

These provisions apply to all Recipients:

The Recipient:

(1) shall not use grant funds to promote "gender ideology," as defined in E.O. 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government;

(2) agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code;

(3) certifies that it does not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964;

(4) shall not use any Grant Funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment; and

(5) Notwithstanding anything in the NOFO or Application, this Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or NOFO requirements implementing Executive Orders that have been revoked.


The recipient must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Center for Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

No state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets so-called "sanctuary" policies that seek to shield illegal aliens from deportation.

Subject to the exceptions provided by PRWORA, the recipient must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

HUD will not enforce provisions of the Grant Agreement to the extent that they require the project to use a housing first program model.

As stated in Section III.A.2 of the NOFO, Faith-based organizations may be recipients or subrecipients for funds under this agreement on the same basis as any other organization. Recipients may not, in the selection of subrecipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

If any new projects funded under this Agreement are for project-based rental assistance for a term of fifteen (15) years, the funding provided under this Agreement is for the performance period stated herein only. Additional funding is subject to the availability of annual appropriations.

The budget period and performance period of renewal projects funded by this Agreement will begin immediately at the end of the budget period and performance period of the grant being renewed. Eligible costs incurred between the end of Recipient's budget period and performance period under the grant being renewed and the date this Agreement is executed by both parties may be reimbursed with Grants Funds from this Agreement. No Grant Funds for renewal projects may be drawn down by Recipient before the end date of the project's budget period and performance period under the grant that has been renewed.

For any transition project funded under this Agreement the budget period and performance period of the transition project(s) will begin immediately at the end of the Recipient's final operating year under the grant being transitioned. Eligible costs, as defined by the Act and the Rule, incurred between the end of Recipient's final operating year under the grant being transitioned and the execution of this Agreement may be paid with funds from the first operating year of this Agreement.

HUD designations of Continuums of Care as High-performing Communities (HPCS) are published on HUD.gov in the appropriate Fiscal Years' CoC Program Competition Funding Availability page. Notwithstanding anything to the contrary in the Application or this Agreement, Recipient may only use grant funds for HPC Homelessness Prevention Activities if the Continuum that designated the Recipient to apply for the grant was designated an HPC for the applicable fiscal year.

The Recipient must use the Grant Funds only for costs (including indirect costs) that meet the applicable requirements in 2 CFR part 200 (including appendices), as may be amended from time to time. The Recipient's indirect cost rate information is as provided in Addendum #1 to this Agreement. The Recipient must immediately notify HUD upon any change in the Recipient's indirect cost rate, so that HUD can amend the Agreement to reflect the change if necessary.

HUD notifications to the Recipient shall be to the address of the Recipient as stated in the Recipient's applicant profile in e-snaps. Recipient notifications to HUD shall be to the HUD Field Office executing the Agreement. No right, benefit, or advantage of the Recipient hereunder may be assigned without prior written approval of HUD.

The Recipient must comply with the applicable requirements in 2 CFR part 200, as may be amended from time to time.

Build America, Buy America Act. The Grantee must comply with the requirements of the Build America, Buy America (BABA) Act, 41 USC 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Pursuant to HUD's Notice, "Public Interest Phased Implementation Waiver for FY 2022 and 2023 of Build America, Buy America Provisions as Applied to Recipients of HUD Federal Financial Assistance" (88 FR 17001), any funds obligated by HUD on or after the applicable listed effective dates, are subject to BABA requirements, unless excepted by a waiver.

Waste, Fraud, Abuse, and Whistleblower Protections. Any person who becomes aware of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). HUD OIG is available to receive allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form. You must comply with 41 U.S.C. § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, grantee, and subgrantee—as well as a personal services contractor—who make a protected disclosure about a Federal grant or contract cannot be discharged, demoted, or otherwise discriminated against as long as they reasonably believe the information they disclose is evidence of:
1. Gross mismanagement of a Federal contract or grant;
2. Waste of Federal funds;
3. Abuse of authority relating to a Federal contract or grant;
4. Substantial and specific danger to public health and safety; or
5. Violations of law, rule, or regulation related to a Federal contract or grant.

HUD may terminate all or a portion of the Grant in accordance with the Act, the Rule and 2 CFR 200.340. The Agreement constitutes the entire agreement between the parties and may be amended only in writing executed by HUD and the Recipient.

By signing below, Recipients that are states and units of local government certify that they are following a current HUD approved CHAS (Consolidated Plan).

This agreement is hereby executed on behalf of the parties as follows:

**UNITED STATES OF AMERICA,**
**Secretary of Housing and Urban Development**

By:



_____
(Signature)

Matthew C. Lamantia, Acting Director
(Typed Name and Title)

5/19/2025
_____
(Date)


**RECIPIENT**

Hennepin County
_____
(Name of Organization)

By:


_____
(Signature of Authorized Official)


_____
(Typed Name and Title of Authorized Official)


_____
(Date)

Addendum #1

OMB Number. 2501-0044
Expiration Date: 2/28/2027

| **Indirect Cost Information for Award Applicant/Recipient** |
| --- |
| 1. Federal Program/Assistance Listing Program Title: <br> CONTINUUM OF CARE PROGRAM/Assistance Listing# 14.267 |
| 2. Legal Name of Applicant/Recipient: Hennepin County |
| 3. Indirect Cost Rate Information for the Applicant/Recipient: <br> Please check the box that applies to the Applicant/Recipient and complete the table only as provided by the instructions accompanying this form. <br> ☐　　The Applicant/Recipient will not charge indirect costs using an indirect cost rate. <br> ☐　　The Applicant/Recipient will calculate and charge indirect costs under the award by applying a de minimis rate as provided by 2 CFR 200.414(f), as may be amended from time to time. <br> ☐　　The Applicant/Recipient will calculate and charge indirect costs under the award using the indirect cost rate(s) in the table below, and each rate in this table is included in an indirect cost rate proposal developed in accordance with the applicable appendix to 2 CFR part 200 and, if required, has been approved by the cognizant agency for indirect costs. |

| Agency/department/ major function | Indirect cost rate | Type of Direct Cost Base | Type of Rate |
| --- | --- | --- | --- |
|  |  |  |  |

| 4. Submission Type (check only one): <br> ☒ Initial submission　☐ Update | 5. Effective date(s): |
| --- | --- |

| 6. Certification of Authorized Representative for the Applicant/Recipient: <br> **Under penalty of perjury, I certify on behalf of the Applicant/Recipient that <br> (1) all information provided on this form is true, complete, and accurate, and <br> (2) the Applicant/Recipient will provide HUD with an update to this form immediately upon learning of any change in the information provided on this form, and <br> (3)  I am authorized to speak for the Applicant/Recipient regarding all information provided on this form. <br><br> Signature: _____ <br><br> Date: _____ <br><br> Name: <br><br> Title: |
| --- |

**Warning: Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties (18 U.S.C §§ 287, 1001, 1010, 1012, 1014; 31 U.S.C. § 3729, 3802; 24 CFR § 28.10(b)(iii)).

Public Reporting Burden Statement: This collection of information is estimated to average 0.25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of the requested information. Comments regarding the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to: U.S. Department of Housing and Urban Development, Office of the Chief Data Officer, R, 451 7th St SW, Room 8210, Washington, DC 20410-5000. Do not send completed forms to this address. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid OMB control number. This agency is authorized to collect this information under Section 102 of the Department of Housing and Urban Development Reform Act of 1989. The information you provide will enable HUD to carry out its responsibilities under this Act and ensure greater accountability and integrity in the provision of certain types of assistance administered by HUD. This information is required to obtain the benefit sought in the grant program. Failure to provide any required information may delay the processing of your application and may result in sanctions and penalties including of the administrative and civil money penalties specified under 24 CFR §4.38. This information will not be held confidential and may be made available to the public in accordance with the Freedom of Information Act (5 U.S.C. §552). The information contained on the form is not retrieved by a personal identifier, therefore it does not meet the threshold for a Privacy Act Statement.

OMB Number. 2501-0044
Expiration Date: 2/28/2027

**Instructions for Completing the Indirect Cost Information for the Award Applicant/Recipient**

| Number | Item | Instructions |
|--------|------|--------------|
| 1 | Federal Program/ Assistance Listing Program Title | Enter the title of the program as listed in the applicable funding announcement or notice of funding availability. |
| 2 | Legal Name of Applicant/ Recipient | Enter the legal name of the entity that will serve as the recipient of the award from HUD. |
| 3 | Indirect Cost Rate Information for the Applicant/ Recipient | Mark the one (and only one) checkbox that best reflects how the indirect costs of the Applicant/Recipient will be calculated and charged under the award. Do not include indirect cost rate information for subrecipients.<br><br>The table following the third checkbox must be completed only if that checkbox is checked. When listing a rate in the table, enter the percentage amount (for example, "15%"), the type of direct cost base to be used (for example, "MTDC"), and the type of rate ("predetermined," "final," "fixed," or "provisional").<br><br>If using the Simplified Allocation Method for indirect costs, enter the applicable indirect cost rate and type of direct cost base in the first row of the table.<br>If using the Multiple Allocation Base Method, enter each major function of the organization for which a rate was developed and will be used under the award, the indirect cost rate applicable to that major function, and the type of direct cost base to which the rate will be applied.<br><br>If the Applicant/Recipient is a government and more than one agency or department will carry out activities under the award, enter each agency or department that will carry out activities under the award, the indirect cost rate(s) for that agency or department, and the type of direct cost base to which each rate will be applied. |
| 4 | Submission Type | Check the appropriate box to identify whether this is the first submission of this form for the award or an update to a previous submission of this form for the award. |
| 5 | Effective date(s) | Enter the date(s) for which the information on this form applies. |
| 6 | Certification of Authorized Representative for the Applicant/ Recipient | An employee or officer of the Applicant/Recipient with the capacity and authority to make this certification for the Applicant/Recipient must make the certification by signing as provided. They must also provide the date of their signature, full name, and position title. |

# EXHIBIT E

HC# A2412389



U.S. Department of Housing and Urban Development
Office of Community Planning and Development
Paul D. Wellstone Federal Building
212 Third Avenue South
Suite 150
Minneapolis, MN 55401

**Grant Number: MN0560L5K002300**
**Recipient's Name: Minneapolis/Hennepin County CoC**
**Tax ID Number: 41-6005801**
**Unique Entity Identifier [SAM]: HNKNH2W4RMQ3**
**Federal Award Date: 6/5/2024**

## CONTINUUM OF CARE PROGRAM (CDFA# 14.267)
## GRANT AGREEMENT

This Grant Agreement ("this Agreement") is made by and between the United States Department of Housing and Urban Development ("HUD") and Minneapolis/Hennepin County CoC (the "Recipient").
This Agreement, the Recipient's use of funds provided under this Agreement (the "Grant" or "Grant Funds"), and the Recipient's operation of projects assisted with Grant Funds are governed by

1. The Consolidated Appropriations Act, 2023 (Pub. L. 117-328, approved December 29, 2022)

2. title IV of the McKinney-Vento Homeless Assistance Act 42 U.S.C. 11301 et seq. (the "Act");

3. the Continuum of Care Program rule at 24 CFR part 578 (the "Rule"), as amended from time to time;

4. and the Notice of Funding Opportunity for the fiscal year in which the funds were awarded; and

5. the Recipient's application submissions on the basis of which these Grant Funds were approved by HUD, including the certifications, assurances, technical submission documents, and any information or documentation required to meet any grant award condition (collectively, the "Application").

The Application is incorporated herein as part of this Agreement, except that only the project (those projects) listed below are funded by this Agreement. In the event of any conflict between any application provision and any provision contained in this Agreement, this Agreement shall control. Capitalized terms that are not defined in this agreement shall have the meanings given in the Rule.

HUD's total funding obligation authorized by this grant agreement is $778,870, allocated between the project(s) listed below (each identified by a separate grant number) and, within those projects, between budget line items, as shown below. The Grant Funds an individual project will receive are as shown in the Application on the final HUD-approved Summary Budget for the project. Recipient shall use the Grant Funds provided for the projects listed below, during the budget period(s) period stated below.

| Grant No. | Grant Term | Performance Period | Total Amount |
|---|---|---|---|
| MN0560L5K002300 | 12 Months | 10-1-2025 - 09-30-2026 | $778,870 |

|  |  |
|---|---|
| a.  Continuum of Care planning activities | $778,870 |
| b.  Acquisition | $0 |
| c.  Rehabilitation | $0 |
| d.  New construction | $0 |
| e.  Leasing | $0 |
| f.  Rental assistance | $0 |
| g.  Supportive services | $0 |
| h.  Operating costs | $0 |
| i.  Homeless Management Information System | $0 |
| j.  VAWA | $0 |
| k.  Rural | $0 |
| l.  Admin Costs | $0 |
| m. Relocation Costs | $0 |
| n.  HPC homelessness prevention activities: |  |
| Housing relocation and stabilization services | $0 |
| Short-term and medium-term rental assistance | $0 |

Pre-award Costs for Continuum of Care Planning

The Recipient may, at its own risk, incur pre-award costs for continuum of care planning awards, after the date of the HUD selection notice and prior to the effective date of this Agreement, if such costs: a) are consistent with 2 CFR 200.458; and b) would be allowable as a post-award cost; and c) do not exceed 10 percent of the total funds obligated to this award. The incurrence of pre-award costs in anticipation of an award imposes no obligation on HUD either to make the award, or to increase the amount of the approved budget, if the award is made for less than the amount anticipated and is inadequate to cover the pre-award costs incurred.

These provisions apply to all Recipients:

If any new projects funded under this Agreement are for project-based rental assistance for a term of fifteen (15) years, the funding provided under this Agreement is for the performance period stated herein only. Additional funding is subject to the availability of annual appropriations.

The budget period and performance period of renewal projects funded by this Agreement will begin immediately at the end of the budget period and performance period of the grant being renewed. Eligible costs incurred between the end of Recipient's budget period and performance period under the grant being renewed and the date this Agreement is executed by both parties may be reimbursed with Grants Funds from this Agreement. No Grant Funds for renewal projects may be drawn down by Recipient before the end date of the project's budget period and performance period under the grant that has been renewed.

For any transition project funded under this Agreement the budget period and performance period of the transition project(s) will begin immediately at the end of the Recipient's final operating year under the grant being transitioned. Eligible costs, as defined by the Act and the Rule incurred between the end of Recipient's final operating year under the grant being transitioned and the execution of this Agreement may be paid with funds from the first operating year of this Agreement.

HUD designations of Continuums of Care as High-performing Communities (HPCS) are published on HUD.gov in the appropriate Fiscal Years' CoC Program Competition Funding Availability page. Notwithstanding anything to the contrary in the Application or this Agreement, Recipient may only use grant funds for HPC Homelessness Prevention Activities if the Continuum that designated the Recipient to apply for the grant was designated an HPC for the applicable fiscal year.

The Recipient must complete the attached "Indirect Cost Rate Schedule" and return it to HUD with this Agreement. The Recipient must provide HUD with a revised schedule when any change is made to the rate(s) included in the schedule. The schedule and any revisions HUD receives from the Recipient will be incorporated into and made part of this Agreement, provided that each rate included satisfies the applicable requirements under 2 CFR part 200 (including appendices).

This Agreement shall remain in effect until the earlier of 1) written agreement by the parties; 2) by HUD alone, acting under the authority of 24 CFR 578.107; 3) upon expiration of the budget period and performance period for all projects funded under this Agreement; or 4) upon the expiration of the period of availability of Grant Funds for all projects funded under this Agreement.

HUD notifications to the Recipient shall be to the address of the Recipient as stated in the Recipient's applicant profile in e-snaps.  Recipient notifications to HUD shall be to the HUD Field Office executing the Agreement.  No right, benefit, or advantage of the Recipient hereunder may be assigned without prior written approval of HUD.

Build America, Buy America Act. The Grantee must comply with the requirements of the Build America, Buy America (BABA) Act, 41 USC 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Pursuant to HUD's Notice, "Public Interest Phased Implementation Waiver for FY 2022 and 2023 of Build America, Buy America Provisions as Applied to Recipients of HUD Federal Financial Assistance" (88 FR 17001), any funds obligated by HUD on or after the applicable listed effective dates, are subject to BABA requirements, unless excepted by a waiver.

The Agreement constitutes the entire agreement between the parties and may be amended only in writing executed by HUD and the Recipient.

By signing below, Recipients that are states and units of local government certify that they are following a current HUD approved CHAS (Consolidated Plan).

This agreement is hereby executed on behalf of the parties as follows:

**UNITED STATES OF AMERICA,**
**Secretary of Housing and Urban Development**

By:

_____
(Signature)

Marcia A. Kolb, Director
_____
(Typed Name and Title)

June 5, 2024
_____
(Date)

**RECIPIENT**

Hennepin County
_____
(Name of Organization)

COUNTY BOARD AUTHORIZATION

Reviewed for COUNTY by
the County Attorney's Office

_____
Date: Jun 18, 2024

By: _____
County Administration Clerk

Date: Jun 21, 2024

COUNTY OF HENNEPIN
STATE OF MINNESOTA

By : _____
County Administrator

Date: Jun 24, 2024

By: _____
Deputy County Administrator

Date: Jun 18, 2024

## Indirect Cost Schedule

| Agency/Dept./Major Function | Indirect Cost Rate | Direct Cost Base |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

This schedule must include each indirect cost rate that will be used to calculate the Recipient's indirect costs under the grant. The schedule must also specify the type of direct cost to which each included rate applies (for example, Modified Total Direct Costs (MTDC)). Do not include indirect cost rate information for subrecipients.

For government entities, enter each agency or department that will carry out activities under the grant, the indirect cost rate applicable to each department/agency (including if the de minimis rate is used per 2 CFR §200.414), and the type of direct cost base to which the rate will be applied.

For nonprofit organizations that use the Simplified Allocation Method for indirect costs or elects to use the de minimis rate of 10% of Modified Total Direct Costs in accordance with 2 CFR §200.414, enter the applicable indirect cost rate and type of direct cost base in the first row of the table.

For nonprofit organizations that use the Multiple Base Allocation Method, enter each major function of the organization for which a rate was developed and will be used under the grant, the indirect cost rate applicable to that major function, and the type of direct cost base to which the rate will be applied.

To learn more about the indirect cost requirements, see 24 CFR 578.63; 2 CFR part 200, subpart E; Appendix IV to Part 200 (for nonprofit organizations); and Appendix VII to Part 200 (for state and local governments).

# EXHIBIT F



**U.S. Department of Housing and Urban Development**
**Office of Community Planning and Development**
**Paul D. Wellstone Federal Building**
**212 Third Avenue South**
**Suite 150**
**Minneapolis, MN 55401**

**Grant Number: MN0372L5K002408**
**Recipient's Name: Hennepin County**
**Tax ID Number: 41-6005801**
**Unique Entity Identifier [SAM]: HNKNH2W4RMQ3**
**Federal Award Date: May 27, 2025**

**CONTINUUM OF CARE PROGRAM (Assistance Listing# 14.267)**
**GRANT AGREEMENT**

This Grant Agreement ("this Agreement") is made by and between the United States Department of Housing and Urban Development ("HUD") and Hennepin County (the "Recipient").

This Agreement, the Recipient's use of funds provided under this Agreement (the "Grant" or "Grant Funds"), and the Recipient's operation of projects assisted with Grant Funds are governed by

1. The Consolidated Appropriations Act, 2024 (Public Law 118-42, approved March 9, 2024);

2. title IV of the McKinney-Vento Homeless Assistance Act 42 U.S.C. 11301 et seq. (the "Act");

3. the Continuum of Care Program rule at 24 CFR part 578 (the "Rule"), as amended from time to time;

4. the Notice of Funding Opportunity for FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program (NOFO) except for references in the NOFO to Executive Orders that have since been repealed;

5. all current Executive Orders; and

6. the Recipient's application submissions on the basis of which these Grant Funds were approved by HUD, including the certifications, assurances, technical submission documents, and any information or documentation required to meet any grant award condition (collectively, the "Application").

The Application is incorporated herein as part of this Agreement, except that only the project (those projects) listed below are funded by this Agreement. In the event of any conflict between any application provision and any provision contained in this Agreement, this Agreement shall control. Capitalized terms that are not defined in this agreement shall have the meanings given in the Rule.

HUD's total funding obligation authorized by this grant agreement is $174,124, allocated between the project(s) listed below (each identified by a separate grant number) and, within those projects, between budget line items, as shown below. The Grant Funds an individual project will receive are as shown in the Application on the final HUD-approved Summary Budget for the project. Recipient shall use the Grant Funds provided for the projects listed below, during the budget period(s) period stated below.

| Grant No. (FAIN) | Grant Term | Performance Period | Budget Period | Total Amount |
|---|---|---|---|---|
| MN0372L5K002408 | 12 Months | 11-01-2025 - 10-31-2026 | 11-01-2025 - 10-31-2026 | $174,124 |

allocated between budget line items as follows:

| | | |
|---|---|---|
| a. | Continuum of Care Planning Activities | $0 |
| b. | Acquisition | $0 |
| c. | Rehabilitation | $0 |
| d. | New construction | $0 |
| e. | Leasing | $0 |
| f. | Rental assistance | $0 |
| g. | Supportive services | $158,682 |
| h. | Operating costs | $0 |
| i. | Homeless Management Information System | $477 |
| j. | Administrative costs | $14,965 |
| k. | Relocation costs | $0 |
| l. | VAWA Costs | $0 |
| m. | Rural Costs | $0 |
| n. | HPC homelessness prevention activities: | |
| | Housing relocation and stabilization services | $0 |
| | Short-term and medium-term rental assistance | $0 |

Pre-award Costs for Continuum of Care Planning

The Recipient may, at its own risk, incur pre-award costs for continuum of care planning awards, after the date of the HUD selection notice and prior to the effective date of this Agreement, if such costs: a) are consistent with 2 CFR 200.458; and b) would be allowable as a post-award cost; and c) do not exceed 10 percent of the total funds obligated to this award. The incurrence of pre-award costs in anticipation of an award imposes no obligation on HUD either to make the award, or to increase the amount of the approved budget, if the award is made for less than the amount anticipated and is inadequate to cover the pre-award costs incurred.

These provisions apply to all Recipients:

The Recipient:

(1) shall not use grant funds to promote "gender ideology," as defined in E.O. 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government;

(2) agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code;

(3) certifies that it does not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964;

(4) shall not use any Grant Funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment; and

(5) Notwithstanding anything in the NOFO or Application, this Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or NOFO requirements implementing Executive Orders that have been revoked.

The recipient must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Center for Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

No state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation.

Subject to the exceptions provided by PRWORA, the recipient must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

HUD will not enforce provisions of the Grant Agreement to the extent that they require the project to use a housing first program model.

As stated in Section III.A.2 of the NOFO, Faith-based organizations may be recipients or subrecipients for funds under this agreement on the same basis as any other organization. Recipients may not, in the selection of subrecipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

If any new projects funded under this Agreement are for project-based rental assistance for a term of fifteen (15) years, the funding provided under this Agreement is for the performance period stated herein only. Additional funding is subject to the availability of annual appropriations.

The budget period and performance period of renewal projects funded by this Agreement will begin immediately at the end of the budget period and performance period of the grant being renewed. Eligible costs incurred between the end of Recipient's budget period and performance period under the grant being renewed and the date this Agreement is executed by both parties may be reimbursed with Grants Funds from this Agreement. No Grant Funds for renewal projects may be drawn down by Recipient before the end date of the project's budget period and performance period under the grant that has been renewed.

For any transition project funded under this Agreement the budget period and performance period of the transition project(s) will begin immediately at the end of the Recipient's final operating year under the grant being transitioned. Eligible costs, as defined by the Act and the Rule, incurred between the end of Recipient's final operating year under the grant transitioned and the execution of this Agreement may be paid with funds from the first operating year of this Agreement.

HUD designations of Continuums of Care as High-performing Communities (HPCS) are published on HUD.gov in the appropriate Fiscal Years' CoC Program Competition Funding Availability page. Notwithstanding anything to the contrary in the Application or this Agreement, Recipient may only use grant funds for HPC Homelessness Prevention Activities if the Continuum that designated the Recipient to apply for the grant was designated an HPC for the applicable fiscal year.

The Recipient must use the Grant Funds only for costs (including indirect costs) that meet the applicable requirements in 2 CFR part 200 (including appendices), as may be amended from time to time. The Recipient's indirect cost rate information is as provided in Addendum #1 to this Agreement. The Recipient must immediately notify HUD upon any change in the Recipient's indirect cost rate, so that HUD can amend the Agreement to reflect the change if necessary.

HUD notifications to the Recipient shall be to the address of the Recipient as stated in the Recipient's applicant profile in e-snaps. Recipient notifications to HUD shall be to the HUD Field Office executing the Agreement. No right, benefit, or advantage of the Recipient hereunder may be assigned without prior written approval of HUD.

The Recipient must comply with the applicable requirements in 2 CFR part 200, as may be amended from time to time.

Build America, Buy America Act. The Grantee must comply with the requirements of the Build America, Buy America (BABA) Act, 41 USC 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Pursuant to HUD's Notice, "Public Interest Phased Implementation Waiver for FY 2022 and 2023 of Build America, Buy America Provisions as Applied to Recipients of HUD Federal Financial Assistance" (88 FR 17001), any funds obligated by HUD on or after the applicable listed effective dates, are subject to BABA requirements, unless excepted by a waiver.

Waste, Fraud, Abuse, and Whistleblower Protections. Any person who becomes aware of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). HUD OIG is available to receive allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form. You must comply with 41 U.S.C. § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, grantee, and subgrantee—as well as a personal services contractor—who make a protected disclosure about a Federal grant or contract cannot be discharged, demoted, or otherwise discriminated against as long as they reasonably believe the information they disclose is evidence of:
1. Gross mismanagement of a Federal contract or grant;
2. Waste of Federal funds;
3. Abuse of authority relating to a Federal contract or grant;
4. Substantial and specific danger to public health and safety; or
5. Violations of law, rule, or regulation related to a Federal contract or grant.

HUD may terminate all or a portion of the Grant in accordance with the Act, the Rule and 2 CFR 200.340. The Agreement constitutes the entire agreement between the parties and may be amended only in writing executed by HUD and the Recipient.

By signing below, Recipients that are states and units of local government certify that they are following a current HUD approved CHAS (Consolidated Plan).

This agreement is hereby executed on behalf of the parties as follows:

**UNITED STATES OF AMERICA,**
**Secretary of Housing and Urban Development**

By:

_____
(Signature)

_____
Matthew LaMantia, Acting Director
(Typed Name and Title)
May 27, 2025
_____
(Date)

**RECIPIENT**

Hennepin County
_____
(Name of Organization)

By:

_____
(Signature of Authorized Official)

_____
(Typed Name and Title of Authorized Official)

_____
(Date)

Addendum #1

OMB Number. 2501-0044
Expiration Date: 2/28/2027

| **Indirect Cost Information for Award Applicant/Recipient** |
| --- |

| 1. Federal Program/Assistance Listing Program Title:<br>CONTINUUM OF CARE PROGRAM/Assistance Listing# 14.267 |
| --- |

| 2. Legal Name of Applicant/Recipient: Hennepin County |
| --- |

3. Indirect Cost Rate Information for the Applicant/Recipient:
Please check the box that applies to the Applicant/Recipient and complete the table only as provided by the instructions accompanying this form.

☐    The Applicant/Recipient will not charge indirect costs using an indirect cost rate.

☐    The Applicant/Recipient will calculate and charge indirect costs under the award by applying a de minimis rate as provided by 2 CFR 200.414(f), as may be amended from time to time.

☐    The Applicant/Recipient will calculate and charge indirect costs under the award using the indirect cost rate(s) in the table below, and each rate in this table is included in an indirect cost rate proposal developed in accordance with the applicable appendix to 2 CFR part 200 and, if required, has been approved by the cognizant agency for indirect costs.

| Agency/department/<br>major function | Indirect cost rate | Type of Direct Cost Base | Type of Rate |
| --- | --- | --- | --- |
|  |  |  |  |

| 4. Submission Type (check only one):<br>☒ Initial submission    ☐ Update | 5. Effective date(s): |
| --- | --- |

6. Certification of Authorized Representative for the Applicant/Recipient:
**Under penalty of perjury, I certify on behalf of the Applicant/Recipient that
(1) all information provided on this form is true, complete, and accurate, and
(2) the Applicant/Recipient will provide HUD with an update to this form immediately upon learning of any change in the information provided on this form, and
(3)  I am authorized to speak for the Applicant/Recipient regarding all information provided on this form.

Signature: _____

Date: _____

Name:

Title:

**Warning: Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties (18 U.S.C §§ 287, 1001, 1010, 1012, 1014; 31 U.S.C. § 3729, 3802; 24 CFR § 28.10(b)(iii)).

Public Reporting Burden Statement: This collection of information is estimated to average 0.25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of the requested information. Comments regarding the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to: U.S. Department of Housing and Urban Development, Office of the Chief Data Officer, R, 451 7th St SW, Room 8210, Washington, DC 20410-5000. Do not send completed forms to this address. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid OMB control number. This agency is authorized to collect this information under Section 102 of the Department of Housing and Urban Development Reform Act of 1989. The information you provide will enable HUD to carry out its responsibilities under this Act and ensure greater accountability and integrity in the provision of certain types of assistance administered by HUD. This information is required to obtain the benefit sought in the grant program. Failure to provide any required information may delay the processing of your application and may result in sanctions and penalties including of the administrative and civil money penalties specified under 24 CFR §4.38. This information will not be held confidential and may be made available to the public in accordance with the Freedom of Information Act (5 U.S.C. §552). The information contained on the form is not retrieved by a personal identifier, therefore it does not meet the threshold for a Privacy Act Statement.

OMB Number. 2501-0044
Expiration Date: 2/28/2027

**Instructions for Completing the Indirect Cost Information for the Award Applicant/Recipient**

| Number | Item | Instructions |
|--------|------|--------------|
| 1 | Federal Program/ Assistance Listing Program Title | Enter the title of the program as listed in the applicable funding announcement or notice of funding availability. |
| 2 | Legal Name of Applicant/ Recipient | Enter the legal name of the entity that will serve as the recipient of the award from HUD. |
| 3 | Indirect Cost Rate Information for the Applicant/ Recipient | Mark the one (and only one) checkbox that best reflects how the indirect costs of the Applicant/Recipient will be calculated and charged under the award. Do not include indirect cost rate information for subrecipients.<br><br>The table following the third checkbox must be completed only if that checkbox is checked. When listing a rate in the table, enter the percentage amount (for example, "15%"), the type of direct cost base to be used (for example, "MTDC"), and the type of rate ("predetermined," "final," "fixed," or "provisional").<br><br>If using the Simplified Allocation Method for indirect costs, enter the applicable indirect cost rate and type of direct cost base in the first row of the table.<br>If using the Multiple Allocation Base Method, enter each major function of the organization for which a rate was developed and will be used under the award, the indirect cost rate applicable to that major function, and the type of direct cost base to which the rate will be applied.<br><br>If the Applicant/Recipient is a government and more than one agency or department will carry out activities under the award, enter each agency or department that will carry out activities under the award, the indirect cost rate(s) for that agency or department, and the type of direct cost base to which each rate will be applied. |
| 4 | Submission Type | Check the appropriate box to identify whether this is the first submission of this form for the award or an update to a previous submission of this form for the award. |
| 5 | Effective date(s) | Enter the date(s) for which the information on this form applies. |
| 6 | Certification of Authorized Representative for the Applicant/ Recipient | An employee or officer of the Applicant/Recipient with the capacity and authority to make this certification for the Applicant/Recipient must make the certification by signing as provided. They must also provide the date of their signature, full name, and position title. |

# EXHIBIT G



U.S. Department of Housing and Urban Development
Office of Community Planning and Development
Paul D. Wellstone Federal Building
212 Third Avenue South
Suite 150
Minneapolis, MN 55401

**Grant Number: MN0513Y5K002402**
**Recipient's Name: Hennepin County**
**Tax ID Number: 41-6005801**
**Unique Entity Identifier [SAM]: HNKNH2W4RMQ3**
**Federal Award Date: May 20, 2025**

### CONTINUUM OF CARE PROGRAM (Assistance Listing# 14.267)
### GRANT AGREEMENT FOR YHDP RENEWAL AND REPLACEMENT PROJECTS

This Grant Agreement ("this Agreement") is made by and between the United States Department of Housing and Urban Development ("HUD") and Hennepin County (the "Recipient").

This Agreement, the Recipient's use of funds provided under this Agreement (the "Grant" or "Grant Funds"), and the Recipient's operation of projects assisted with Grant Funds are governed by

1. The Consolidated Appropriations Act, 2024 (Public Law 118-42, approved March 9, 2024);

2. title IV of the McKinney-Vento Homeless Assistance Act 42 U.S.C. 11301 et seq. (the "Act");

3. the Notice of Funding Opportunity for FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program (NOFO) except for references in the NOFO to Executive Orders that have since been repealed;

4. the following provisions of the Continuum of Care Program rule at 24 CFR part 578 (the "Rule"), as amended from time to time, except where they conflict with the requirements of the FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program Grants, the YHDP activities identified in the associated renewal or replacement YHDP project applications approved by HUD, or the requirement that grant funds may only be used to serve homeless youth, age 24 and younger: 24 CFR 578.3, 578.15, 578.23(a), 578.25, 578.27, 578.29, 578.37, 578.43, 578.45, 578.47, 578.49, 578.51, 578.53, 578.55, 578.57, 578.59, 578.61, 578.63, 578.73(c), 578.75, 578.77, 578.79, 578.81, 578.83, 578.85, 578.87, 578.89, 578.91, 578.93, 578.95, 578.97, 578.99, 578.103(a)(3) - (18) and (b) – (e), 578.105, 578.107 and 578.109. The requirements of 2 CFR 200.306, as may be amended from time to time, with the exception of 200.306(b)(5) apply. All YHDP Renewal, YHDP Replacement and new YHDP Reallocation projects must comply with 24 CFR 578.93, except that in 578.93(c)(2), recipients must provide such information to the jurisdiction in which the project is located. Federal fair housing and nondiscrimination requirements cannot be waived;

5. all current Executive Orders; and

6. the Recipient's application submissions on the basis of which these Grant Funds were approved by HUD, including the certifications, assurances, technical submission documents, and any information or documentation required to meet any grant award condition (collectively, the

"Application").

The use of Grant Funds and the operation of these projects are also subject to the requirements of 2 CFR 200.306, as may be amended from time to time, with the exception of 200.306(b)(5).

The Application is incorporated herein as part of this Agreement, except that only the project (those projects) listed below are funded by this Agreement. In the event of any conflict between any application provision and any provision contained in this Agreement, this Agreement shall control. Capitalized terms that are not defined in this agreement shall have the meanings given in the Rule.

HUD's total funding obligation authorized by this grant agreement is $534,014, allocated between the project(s) listed below (each identified by a separate grant number) and, within those projects, between budget line items, as shown below. The Grant Funds an individual project will receive are as shown in the Application on the final HUD-approved Summary Budget for the project. Recipient shall use the Grant Funds provided for the projects listed below, during the budget period(s) period stated below.

| Grant No. (FAIN) | Grant Term | Performance Period | Budget Period | Total Amount |
|---|---|---|---|---|
| MN0513Y5K002402 | 12 Months | 01-01-2026 - 12-31-2026 | 01-01-2026 - 12-31-2026 | $534,014 |

allocated between budget line items as follows:

a.  Continuum of Care Planning Activities                                      $0

b.  Acquisition                                                                 $0

c.  Rehabilitation                                                             $0

d.  New construction                                                           $0

e.  Leasing                                                                    $0

f.  Rental assistance                                                          $0

g.  Supportive services                                                  $504,342

h.  Operating costs                                                            $0

i.  Homeless Management Information System                                 $1,125

j.  Administrative costs                                                  $28,547

k.  Relocation costs                                                           $0

l.  VAWA Costs                                                                 $0

m. Rural Costs                                                                 $0

n.  HPC homelessness prevention activities:
      Housing relocation and stabilization services                      $0
      Short-term and medium-term rental assistance                       $0

These provisions apply to all Recipients:

 The Recipient:

    (1) shall not use grant funds to promote "gender ideology," as defined in E.O. 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government;

    (2) agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code;

    (3) certifies that it does not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964;

    (4) shall not use any Grant Funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment; and

    (5) Notwithstanding anything in the NOFO or Application, this Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or NOFO requirements implementing Executive Orders that have been revoked.


    The recipient must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Center for Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

    No state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets so-called "sanctuary" policies that seek to shield illegal aliens from deportation.

    Subject to the exceptions provided by PRWORA, the recipient must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

    HUD will not enforce provisions of the Grant Agreement to the extent that they require the project to use a housing first program model.

    As stated in Section III.A.2 of the NOFO, Faith-based organizations may be recipients or subrecipients for funds under this agreement on the same basis as any other organization. Recipients may not, in the selection of subrecipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

    If any new projects funded under this Agreement are for project-based rental assistance for a

term of fifteen (15) years, the funding provided under this Agreement is for the performance period stated herein only. Additional funding is subject to the availability of annual appropriations.

The budget period and performance period of renewal projects funded by this Agreement will begin immediately at the end of the budget period and performance period of the grant being renewed. Eligible costs incurred between the end of Recipient's budget period and performance period under the grant being renewed and the date this Agreement is executed by both parties may be reimbursed with Grants Funds from this Agreement. No Grant Funds for renewal projects may be drawn down by Recipient before the end date of the project's budget period and performance period under the grant that has been renewed.

For any transition project funded under this Agreement the budget period and performance period of the transition project(s) will begin immediately at the end of the Recipient's final operating year under the grant being transitioned. Eligible costs, as defined by the Act and the Rule, incurred between the end of Recipient's final operating year under the grant being transitioned and the execution of this Agreement may be paid with funds from the first operating year of this Agreement.

HUD designations of Continuums of Care as High-performing Communities (HPCS) are published on HUD.gov in the appropriate Fiscal Years' CoC Program Competition Funding Availability page. Notwithstanding anything to the contrary in the Application or this Agreement, Recipient may only use grant funds for HPC Homelessness Prevention Activities if the Continuum that designated the Recipient to apply for the grant was designated an HPC for the applicable fiscal year.

The Recipient must use the Grant Funds only for costs (including indirect costs) that meet the applicable requirements in 2 CFR part 200 (including appendices), as may be amended from time to time. The Recipient's indirect cost rate information is as provided in Addendum #1 to this Agreement. The Recipient must immediately notify HUD upon any change in the Recipient's indirect cost rate, so that HUD can amend the Agreement to reflect the change if necessary.

HUD notifications to the Recipient shall be to the address of the Recipient as stated in the Recipient's applicant profile in e-snaps. Recipient notifications to HUD shall be to the HUD Field Office executing the Agreement. No right, benefit, or advantage of the Recipient hereunder may be assigned without prior written approval of HUD.

The Recipient must comply with the applicable requirements in 2 CFR part 200, as may be amended from time to time.

Build America, Buy America Act. The Grantee must comply with the requirements of the Build America, Buy America (BABA) Act, 41 USC 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Pursuant to HUD's Notice, "Public Interest Phased Implementation Waiver for FY 2022 and 2023 of Build America, Buy America Provisions as Applied to Recipients of HUD Federal Financial Assistance" (88 FR 17001), any funds obligated by HUD on or after the applicable listed effective dates, are subject to BABA requirements, unless excepted by a waiver.

Waste, Fraud, Abuse, and Whistleblower Protections. Any person who becomes aware of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such

incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). HUD OIG is available to receive allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form. You must comply with 41 U.S.C. § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, grantee, and subgrantee—as well as a personal services contractor—who make a protected disclosure about a Federal grant or contract cannot be discharged, demoted, or otherwise discriminated against as long as they reasonably believe the information they disclose is evidence of:

1. Gross mismanagement of a Federal contract or grant;
2. Waste of Federal funds;
3. Abuse of authority relating to a Federal contract or grant;
4. Substantial and specific danger to public health and safety; or
5. Violations of law, rule, or regulation related to a Federal contract or grant.

HUD may terminate all or a portion of the Grant in accordance with the Act, the Rule and 2 CFR 200.340. The Agreement constitutes the entire agreement between the parties and may be amended only in writing executed by HUD and the Recipient.

By signing below, Recipients that are states and units of local government certify that they are following a current HUD approved CHAS (Consolidated Plan).

This agreement is hereby executed on behalf of the parties as follows:

**UNITED STATES OF AMERICA,**
**Secretary of Housing and Urban Development**

By:

Signed by:

E643038893BA495...
(Signature)

Matthew C. Lamantia, Acting Director
(Typed Name and Title)
 5/20/2025
(Date)

**RECIPIENT**

Hennepin County
(Name of Organization)

By:

(Signature of Authorized Official)

(Typed Name and Title of Authorized Official)

(Date)

Addendum #1 to MN0513Y5K002402     OMB Number. 2501-0044
Expiration Date: 2/28/2027

| **Indirect Cost Information for Award Applicant/Recipient** |
|---|

| 1. Federal Program/Assistance Listing Program Title:<br>CONTINUUM OF CARE PROGRAM/Assistance Listing# 14.267 |
|---|

| 2. Legal Name of Applicant/Recipient: Hennepin County |
|---|

3. Indirect Cost Rate Information for the Applicant/Recipient:
Please check the box that applies to the Applicant/Recipient and complete the table only as provided by the instructions accompanying this form.

☐　　The Applicant/Recipient will not charge indirect costs using an indirect cost rate.

☐　　The Applicant/Recipient will calculate and charge indirect costs under the award by applying a de minimis rate as provided by 2 CFR 200.414(f), as may be amended from time to time.

☐　　The Applicant/Recipient will calculate and charge indirect costs under the award using the indirect cost rate(s) in the table below, and each rate in this table is included in an indirect cost rate proposal developed in accordance with the applicable appendix to 2 CFR part 200 and, if required, has been approved by the cognizant agency for indirect costs.

| Agency/department/<br>major function | Indirect cost rate | Type of Direct Cost<br>Base | Type of Rate |
|---|---|---|---|
| | | | |

| 4. Submission Type (check only one):<br>☐　Initial submission　☐　Update | 5. Effective date(s): |
|---|---|

6. Certification of Authorized Representative for the Applicant/Recipient:
**Under penalty of perjury, I certify on behalf of the Applicant/Recipient that
(1) all information provided on this form is true, complete, and accurate, and
(2) the Applicant/Recipient will provide HUD with an update to this form immediately upon learning of any change in the information provided on this form, and
(3) I am authorized to speak for the Applicant/Recipient regarding all information provided on this form.

Signature: _____

Date: _____

Name:

Title:

**Warning: Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties (18 U.S.C §§ 287, 1001, 1010, 1012, 1014; 31 U.S.C. § 3729, 3802; 24 CFR § 28.10(b)(iii)).

Public Reporting Burden Statement: This collection of information is estimated to average 0.25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of the requested information. Comments regarding the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to: U.S. Department of Housing and Urban Development, Office of the Chief Data Officer, R, 451 7th St SW, Room 8210, Washington, DC 20410-5000. Do not send completed forms to this address. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid OMB control number. This agency is authorized to collect this information under Section 102 of the Department of Housing and Urban Development Reform Act of 1989. The information you provide will enable HUD to carry out its responsibilities under this Act and ensure greater accountability and integrity in the provision of certain types of assistance administered by HUD. This information is required to obtain the benefit sought in the grant program. Failure to provide any required information may delay the processing of your application and may result in sanctions and penalties including of the administrative and civil money penalties specified under 24 CFR §4.38. This information will not be held confidential and may be made available to the public in accordance with the Freedom of Information Act (5 U.S.C. §552). The information contained on the form is not retrieved by a personal identifier, therefore it does not meet the threshold for a Privacy Act Statement.

OMB Number. 2501-0044
Expiration Date: 2/28/2027

## Instructions for Completing the Indirect Cost Information for the Award Applicant/Recipient

| Number | Item | Instructions |
|--------|------|--------------|
| 1 | Federal Program/ Assistance Listing Program Title | Enter the title of the program as listed in the applicable funding announcement or notice of funding availability. |
| 2 | Legal Name of Applicant/ Recipient | Enter the legal name of the entity that will serve as the recipient of the award from HUD. |
| 3 | Indirect Cost Rate Information for the Applicant/ Recipient | Mark the one (and only one) checkbox that best reflects how the indirect costs of the Applicant/Recipient will be calculated and charged under the award. Do not include indirect cost rate information for subrecipients.<br><br>The table following the third checkbox must be completed only if that checkbox is checked. When listing a rate in the table, enter the percentage amount (for example, "15%"), the type of direct cost base to be used (for example, "MTDC"), and the type of rate ("predetermined," "final," "fixed," or "provisional").<br><br>If using the Simplified Allocation Method for indirect costs, enter the applicable indirect cost rate and type of direct cost base in the first row of the table.<br>If using the Multiple Allocation Base Method, enter each major function of the organization for which a rate was developed and will be used under the award, the indirect cost rate applicable to that major function, and the type of direct cost base to which the rate will be applied.<br><br>If the Applicant/Recipient is a government and more than one agency or department will carry out activities under the award, enter each agency or department that will carry out activities under the award, the indirect cost rate(s) for that agency or department, and the type of direct cost base to which each rate will be applied. |
| 4 | Submission Type | Check the appropriate box to identify whether this is the first submission of this form for the award or an update to a previous submission of this form for the award. |
| 5 | Effective date(s) | Enter the date(s) for which the information on this form applies. |
| 6 | Certification of Authorized Representative for the Applicant/ Recipient | An employee or officer of the Applicant/Recipient with the capacity and authority to make this certification for the Applicant/Recipient must make the certification by signing as provided. They must also provide the date of their signature, full name, and position title. |

# EXHIBIT H

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC  20410-7000

OFFICE OF COMMUNITY PLANNING
AND DEVELOPMENT

May 14, 2025

The Honorable Irene Fernando
Chair, Board of Commissioners of Hennepin County
300 South 6th Street
Government Center Suite A2400
Minneapolis, MN 55487-0240

Dear Irene Fernando,

Secretary Scott Turner is committed to improving housing opportunities, reducing regulations to lower housing cost, and expanding housing supply for hardworking Americans. The nationwide shortage of rental and owner-occupied properties and the current rate of construction has not kept pace with the demand.  This lack of adequate housing supply leads to higher prices for renters and homebuyers alike, forcing some into homelessness and preventing countless Americans from becoming homeowners.  Across the country, partnerships between public and private sectors are providing millions of Americans an opportunity to get ahead.  HUD is determined to continue its collaboration with you so programs are responsibly utilized and can spark additional leveraging and partnerships to address the nation's housing crisis.

As authorized by the Consolidated Appropriations Act (Public Law 119-4) on March 15, 2025, I am honored and excited to announce that your jurisdiction is receiving the following Fiscal Year 2025 allocations for the identified programs:

Community Development Block Grant (CDBG) - $2,993,886.00

HOME Investment Partnerships (HOME) - $1,564,635.33

Emergency Solutions Grants (ESG) - $256,527.00

Housing Opportunities for Persons W/ HIV/AIDS (HOPWA) - $0.00

Housing Trust Fund (HTF) - $0.00

Recovery Housing Program (RHP) - $0.00

In addition, your jurisdiction's CDBG allocation for this year provides you with $14,969,430.00 in available Section 108 loan guarantee borrowing authority.  Section 108 permits you to borrow up to five times of your current CDBG allocation.  This loan allows jurisdictions to maximize access to low-interest capital, and provide long-term financing to invest in Opportunity Zones, or further address gap financing for big projects that you envision for your community.

As you are finalizing your Annual Action Plans or Consolidated Plans that are due for submission to our office by August 16, 2025, please be reminded that it is important to align with executive orders and applicable laws. If you or any member of your staff have questions, please do not hesitate to contact your local HUD Field Office in Minneapolis or CPDGDAS@hud.gov.

Thank you for your interest in CPD programs and for ensuring that these dollars are responsibly achieving outcomes as intended by law. When people have a safe and stable place to call home, they can focus on contributing to the economy and be productive members of their respective communities.

Sincerely,

Claudette Fernandez
General Deputy Assistant Secretary
    for Community Planning and Development

# EXHIBIT I



**Department of Health and Human Services**
Health Resources and Services Administration

Notice of Award
FAIN# H8000028
Federal Award Date: 06/20/2025

## Recipient Information

1. **Recipient Name**
   HENNEPIN CO COMMUNITY HEALTH DEPARTMENT
   525 Portland Ave
   Minneapolis, MN 55415-1533

2. **Congressional District of Recipient**
   05

3. **Payment System Identifier (ID)**
   1416005801A7

4. **Employer Identification Number (EIN)**
   416005801

5. **Data Universal Numbering System (DUNS)**
   780076696

6. **Recipient's Unique Entity Identifier**
   HNKNH2W4RMQ3

7. **Project Director or Principal Investigator**
   Morgan Smith
   morgan.l.smith@hennepin.us
   (612)741-2533

8. **Authorized Official**
   Jamie Andycha
   jamie.andycha@hennepin.us
   (612)412-5701

## Federal Agency Information

9. **Awarding Agency Contact Information**
   Doris Layne-Sheffield
   Grants Management Specialist
   Office of Federal Assistance Management (OFAM)
   Division of Grants Management Office (DGMO)
   DLayne-Sheffield@hrsa.gov
   (301) 945-9881

10. **Program Official Contact Information**
    Elizabeth Goodger
    Bureau of Primary Health Care (BPHC)
    egoodger@hrsa.gov
    (301) 443-5663

## Federal Award Information

11. **Award Number**
    6 H80CS00028-24-01

12. **Unique Federal Award Identification Number (FAIN)**
    H8000028

13. **Statutory Authority**
    42 U.S.C. § 254b

14. **Federal Award Project Title**
    Health Center Program

15. **Assistance Listing Number**
    93.224

16. **Assistance Listing Program Title**
    Community Health Centers

17. **Award Action Type**
    Administrative

18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

| | |
|---|---|
| 19. **Budget Period Start Date 02/01/2025 - End Date 01/31/2026** | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | $190,760.00 |
| 20a. Direct Cost Amount | |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $1,335,318.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | $7,363,432.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | $9,652,547.00 |
| 26. **Project Period Start Date 02/01/2023 - End Date 01/31/2026** | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $23,194,808.00 |

28. **Authorized Treatment of Program Income**
    Addition

29. **Grants Management Officer – Signature**
    Sarah Hammond on 06/20/2025

## 30. Remarks

A printer version document only.  The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks. If you need more information, please contact HRSA contact center at 877-464-4772, 8 am to 8 pm ET, weekdays.



**Notice of Award**
Award Number: 6 H80CS00028-24-01
Federal Award Date: 06/20/2025

**Bureau of Primary Health Care (BPHC)**

| 31. APPROVED BUDGET: (Excludes Direct Assistance) | |
|---|---|
| [ ] Grant Funds Only | |
| [X] Total project costs including grant funds and all other financial participation | |
| a. Salaries and Wages: | $5,694,901.00 |
| b. Fringe Benefits: | $2,332,112.00 |
| c. Total Personnel Costs: | $8,027,013.00 |
| d. Consultant Costs: | $0.00 |
| e. Equipment: | $0.00 |
| f. Supplies: | $1,054,000.00 |
| g. Travel: | $21,700.00 |
| h. Construction/Alteration and Renovation: | $0.00 |
| i. Other: | $309,834.00 |
| j. Consortium/Contractual Costs: | $240,000.00 |
| k. Trainee Related Expenses: | $0.00 |
| l. Trainee Stipends: | $0.00 |
| m. Trainee Tuition and Fees: | $0.00 |
| n. Trainee Travel: | $0.00 |
| o. TOTAL DIRECT COSTS: | $9,652,547.00 |
| p. INDIRECT COSTS (Rate: % of S&W/TADC): | $0.00 |
| i. Indirect Cost Federal Share: | $0.00 |
| ii. Indirect Cost Non-Federal Share: | $0.00 |
| q. TOTAL APPROVED BUDGET: | $9,652,547.00 |
| i. Less Non-Federal Share: | $7,363,432.00 |
| ii. Federal Share: | $2,289,115.00 |

| 32. AWARD COMPUTATION FOR FINANCIAL ASSISTANCE: | |
|---|---|
| a. Authorized Financial Assistance This Period | **$2,289,115.00** |
| b. Less Unobligated Balance from Prior Budget Periods | |
| i. Additional Authority | $0.00 |
| ii. Offset | $0.00 |
| c. Unawarded Balance of Current Year's Funds | $953,797.00 |
| d. Less Cumulative Prior Award(s) This Budget Period | $1,144,558.00 |
| e. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | **$190,760.00** |

| 33. RECOMMENDED FUTURE SUPPORT: (Subject to the availability of funds and satisfactory progress of project) | |
|---|---|
| YEAR | TOTAL COSTS |
| Not applicable | |

| 34. APPROVED DIRECT ASSISTANCE BUDGET: (In lieu of cash) | |
|---|---|
| a. Amount of Direct Assistance | $0.00 |
| b. Less Unawarded Balance of Current Year's Funds | $0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | $0.00 |
| d. AMOUNT OF DIRECT ASSISTANCE THIS ACTION | **$0.00** |

| 35. FORMER GRANT NUMBER |
|---|
| H66CS00413 |

| 36. OBJECT CLASS |
|---|
| 41.51 |

| 37. BHCMIS# |
|---|
| 051810 |

**38. THIS AWARD IS BASED ON THE APPLICATION APPROVED BY HRSA FOR THE PROJECT NAMED IN ITEM 14. FEDERAL AWARD PROJECT TITLE AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE AS:**
a. The program authorizing statue and program regulation cited in this Notice of Award; b. Conditions on activities and expenditures of funds in certain other applicable statutory requirements, such as those included in appropriations restrictions applicable to HRSA funds; c. 45 CFR Part 75; d. National Policy Requirements and all other requirements described in the HHS Grants Policy Statement; e. Federal Award Performance Goals; and f. The Terms and Conditions cited in this Notice of Award. In the event there are conflicting or otherwise inconsistent policies applicable to the award, the above order of precedence shall prevail. Recipients indicate acceptance of the award, and terms and conditions by obtaining funds from the payment system.

**39. ACCOUNTING CLASSIFICATION CODES**

| FY-CAN | CFDA | DOCUMENT NUMBER | AMT. FIN. ASST. | AMT. DIR. ASST. | SUB PROGRAM CODE | SUB ACCOUNT CODE |
|---|---|---|---|---|---|---|
| 25 - 398879O | 93.224 | 23H80CS00028 | $190,760.00 | $0.00 | HP | 23H80CS00028 |

# HRSA Electronic Handbooks (EHBs) Registration Requirements

The Project Director of the grant (listed on this NoA) and the Authorizing Official of the grantee organization are required to register (if not already registered) within HRSA's Electronic Handbooks (EHBs). Registration within HRSA EHBs is required only once for each user for each organization they represent. To complete the registration quickly and efficiently we recommend that you note the 10-digit grant number from box 4b of this NoA. After you have completed the initial registration steps (i.e.,created an individual account and associated it with the correct grantee organization record), be sure to add this grant to your portfolio. This registration in HRSA EHBs is required for submission of noncompeting continuation applications. In addition, you can also use HRSA EHBs to perform other activities such as updating addresses, updating email addresses and submitting certain deliverables electronically. Visit https://grants3.hrsa.gov/2010/WebEPSExternal/Interface/common/accesscontrol/login.aspx to use the system. Additional help is available online and/or from the HRSA Call Center at 877-Go4-HRSA/877-464-4772.

# Terms and Conditions

**Failure to comply with the remarks, terms, conditions, or reporting requirements may result in a draw down restriction being placed on your Payment Management System account or denial of future funding.**

## Grant Specific Term(s)

1. This action awards an additional month of funding for a total of 7 months of pro-rated Health Center Program continuation award funding based on your FY 2025 continuation funding target.

2. Applicable Regulations – Prior to October 1, 2025, the recipient agrees this award will be subject to 45 C.F.R. Part 75 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for HHS Awards), with the exception of eight flexibilities HHS adopted on October 1, 2024, from 2 C.F.R. Part 200. See 2 C.F.R. § 300.1 (Adoption of 2 C.F.R. Part 200). After October 1, 2025, this award will be subject to all applicable provisions of 2 C.F.R. Parts 200 and 300 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards).

3. Funding beyond this budget period is contingent upon the availability of appropriated funds for this program, recipient satisfactory performance, program authority, compliance with the Terms and Conditions of the award, and a decision that continued funding is in the best interest of the Federal government.
   This award action is based on HRSA's approval of the recipient's application and any modifications at the time of this award. Continued support for this award may be subject to other programmatic considerations to the extent permitted by law, including, but not limited to, Administration priorities and court orders.
   Should additional federal funds not be available and/or shifting priorities affect the programmatic objectives of this award, the recipient will work with HRSA to revise any workplan tasks and budget in accordance with 45 CFR 75.308 (Revision of budget and program plans).

4. By accepting this award, including the obligation, expenditure, or drawdown of award funds, recipients, whose programs are covered by Title IX, certify as follows:
   • Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration of the Agreement.
   • The above requirements are conditions of payment that go the essence of the Agreement and are therefore material terms of the Agreement.
   • Payments under the Agreement are predicated on compliance with the above requirements, and therefore Recipient is not eligible for funding under the Agreement or to retain any funding under the Agreement absent compliance with the above requirements.
   • Recipient acknowledges that this certification reflects a change in the government's position regarding the materiality of the foregoing requirements and therefore any prior payment of similar claims does not reflect the materiality of the foregoing requirements to this Agreement.
   • Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the above requirements and/or eligibility for the Agreement may subject Recipient to liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

All prior terms and conditions remain in effect unless specifically removed.

# Contacts

# NoA Email Address(es):

| Name | Role | Email |
|------|------|-------|
| Helio Moreira | Business Official | helio.moreira@hennepin.us |
| Jamie Andycha | Authorizing Official | jamie.andycha@hennepin.us |
| Morgan Smith | Program Director | morgan.l.smith@hennepin.us |

Case 2:25-cv-00814-BJR    Document 221    Filed 07/14/25    Page 113 of 114

Note: NoA emailed to these address(es)

All submissions in response to conditions and reporting requirements (with the exception of the FFR) must be submitted via EHBs. Submissions for Federal Financial Reports (FFR) must be completed in the Payment Management System (https://pms.psc.gov/).

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750