THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                              Plaintiffs,

        v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                              Defendants.

No. 2:25-cv-00814-BJR

THIRD SUPPLEMENTAL
DECLARATION OF SUNAREE
MARSHALL

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I, SUNAREE MARSHALL, declare as follows:

1.      I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

2.      My two prior declarations in this matter relate to the Continuum of Care (CoC) Program. In my role as the Director of the Housing and Community Development Division (HCD) within the King County Department of Community & Human Services (DCHS), I am also responsible for additional programs that receive Housing and Urban Development (HUD) funding, for a variety of housing and community development related programs.  These programs include the Community Development Block Grant (CDBG), Emergency Solutions Grant (ESG) and Home Investment Partnership Program (HOME). Each of these programs provide significant investments in projects and services that are focused on maintaining housing stability and strong communities in a region that experiences wide-spread homelessness, for a variety of reasons. King County uses the HUD funds awarded to these programs to prevent additional people in the community from losing safe, stable housing, to provide shelter to people experiencing homelessness, and to co-fund construction of multi-family housing.

3.      King County receives approximately $5.6 million annually in CDBG funds. The CDBG program funds critical capital and infrastructure projects, including sidewalk repair and replacement, plumbing, sewer, and septic repair and replacement, essential home repair and accessibility modifications, community center rehabilitation and construction, and park upgrades. Many of these projects maintain habitability of existing housing, so that the inhabitants are not in the position of living in unhealthy or unsafe conditions in order to avoid homelessness. For example, a person on a fixed income may not have sufficient funds to repair the non-functional sewer service to their property. CDBG funds are used to get the sewer system in working order,

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

so that the household is not faced with the possibility of joining the ranks of the thousands of homeless persons living in King County, in order to escape unsanitary living conditions. CDBG funds are also used to fund microenterprise programs that assist low-moderate income entrepreneurs in learning basic business-building skills; to acquire sites to develop permanent affordable housing; to fund shelter services, and to provide rental assistance. Like sewer repair, rental assistance is generally a one-time payment of funds. Financial assistance brings the recipient current on their rent and prevents eviction for non-payment of rent. Due to the high cost of housing in King County, low-or moderate- income renters lack the income to pay unanticipated expenses, like medical bills for extended illness, and stay current on their rent. Rental assistance is crucial to help renters catch up on their rent and avoid eviction and homelessness, which also benefits the landlord.

4.    King County also receives approximately $3.4 million annually in HOME funds. The HOME program funds multi-family affordable rental housing developments and for-sale affordable housing. These rental and for-sale housing developments usually involve multiple funding partners and often have a funding shortfall, which is why HOME funds are so critical. The ESG program assists people with shelter and quickly regaining stability in permanent housing after experiencing a housing crisis and/or homelessness. ESG funds are essential for shelter and ensuring access to permanent housing for  people experiencing homelessness.

5.    King County must qualify as an Urban County every three years, as described and legislated under the 1974 Housing and Community Development Act as amended ("the Act"). The Act authorizes the Secretary of HUD to make grants to States and units of general local government to help finance community development programs. The Act requires CDBG grantees to use HUD funding to provide decent housing, a suitable living environment, and

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

economic opportunities for persons of low and moderate income. As an Urban County, King County enters into an Interlocal Cooperation Agreement (ICA) with each participating city in the County which defines roles and responsibilities and funding set asides for qualifying programs.

6.    As required by the Act, Congress appropriates funding through the annual appropriations bills and the President signs these bills into law. Once the President signs a budget, HUD runs formula calculations to determine the funding to which each jurisdiction is entitled. The calculations are based on population, the number of low- and moderate- income residents, and the age of housing stock. Due to its population demographics, King County is always eligible for HUD funding and has received CDBG funding every year since 1975. The amount varies based on the number of low-income residents and age of housing stock. In order to access HOME, ESG, and CDBG funds, King County must submit an Annual Action Plan (AAP) describing how King County will be addressing the goals listed in its Consolidated Plan. The County submits the Consolidated Plan to HUD every five years; it will be submitted for 2025-2029 in August 2025. Along with the AAP, King County also submits Certifications and Assurances for CDBG, ESG and HOME programs. Once HUD has reviewed and approved the AAP and Certifications and Assurances, HUD will issue grant agreements. There are currently 14.5 full time employees delivering programs and providing administrative support for the HUD contracts, and these positions are funded using CDBG, HOME and ESG awards.

7.    Through HUD-approved consortia agreements, King County also provides pass-through HUD funding for Joint Agreement Cities (JACs). These consortia agreements facilitate a more efficient regional use of federal resources. Each JAC receives their own entitlement allocation from HUD, but the County, as lead entity, provides administrative support necessary to meet responsibilities for HUD funding, which includes conducting required environmental

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

review, submitting required reports to HUD and managing any capital projects a JAC chooses to fund. King County retains 10 percent of the JAC's allocation to cover overhead staff cost for activities related to JACs.  The County's HUD-approved consortia agreements with the JACs prevent the JACs from directly seeking HUD CDBG or HOME funding or from withdrawing from the agreement. The County currently has CDBG consortia agreements with 28 cities. The County currently has JAC consortia agreements with five cities that are eligible to contract directly with HUD because of their population. Each JAC makes decisions on how it will allocate the funds and the County includes the allocations in the Annual Action Plan (AAP) submitted to HUD. In total, HUD allocated $2.6 million to the JACs for 2025.  The County has additional  HOME agreements with four cities, each of which receives CDBG funds directly from HUD. As such, any delay or halt to HUD funding to King County also adversely impacts many other jurisdictions.

8.    The HUD funding approval process takes place during the first half of each calendar year, but the need for these funds is immediate. If someone is in danger of losing stable housing, the County may fund that immediate need and charge the appropriate grant fund once a grant agreement is signed with HUD. In 2025, the County has already incurred costs for shelters, rental assistance and housing repair. Similarly, the County has also incurred administrative costs this year. The County usually receives the HUD allocation in May and submits its Consolidated Plan and/or Annual Action Plan the same month. This year, the County received a letter on May 14, 2025 with new conditions not previously included or previewed.

9.    Attached to this Declaration and marked as **Exhibit A**, is a true and correct copy of the May 14, 2025 letter from the General Deputy Assistant Secretary for Community Planning and Development which specifies 2025 allocations for King County. The letter advises that the

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

County must align its Consolidated Plan and Annual Action Plan with executive orders and applicable laws, without specifying the executive orders or applicable laws. This is a new term not found in allocation letters in prior years. Other updates to HUD forms include certifications agreeing to comply with federal anti-discrimination laws and not to use federal funds to promote diversity, equity and inclusion policies. It is the County policy to promote equal treatment under the law and prohibit discrimination based on protected status in provision of service to the people of King County, but the County is aware that the current administration interprets the law differently than prior administrations. I have a concern that the County is now in the position of certifying terms that are either unclear or may be contrary to the County's understanding of anti-discrimination law and policy.

10.    The inability or failure to certify these new provisions will have significant financial impacts on the County and the community it serves. First, I expect that all funds allocated in **Exhibit A** will be forfeited if the County does not sign the new certifications. That means that all administrative costs and program costs fronted by the County in 2025 will remain unfunded and the County must find other funds to cover these costs.  All plans to fund housing and services in support of stable and habitable housing and communities with CDBG, ESG and HOME funding must either be halted or reallocated from other programs. Reallocations at this scale would have a significant negative impact on other programs, halting projects, limiting services, or otherwise removing assistance from the community. The impact is that millions of dollars must be subtracted from DCHS funding for this whole year. DCHS has already committed all of the FY2025 program funds and incurred nearly half of the administrative expenses covered by CDBG, ESG, and HOME, amounting to hundreds of thousands of dollars so far this year.

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

11.     The funds from CDBG, ESG and HOME programs require a significant amount of administrative support and the positions needed to provide that support were already approved last year for the 2025 County budget. Fourteen and one-half positions would need to be eliminated if the County does not receive the funding it should be receiving based on its population, low-income residents and age of housing stock. The JACs are also impacted as they are not able to enter into direct contracts at this point with HUD and they can only proceed with the County as the lead entity. These cities will also lose $2.6M earmarked for housing related projects, community capital investments and human services in their respective cities.

12.     The programs directly impacted include Housing Repair projects which provide funding to repair leaking roofs, ensure households have electricity and/or heat, repair sewer/septic systems, and keep seniors in their homes by installing wheelchair ramps and grab bars in bathrooms and showers.  A large portion of these homeowners are seniors who face deferred maintenance and ambulatory issues. These maintenance and accessibility improvements allow them to age in place with dignity and safety.

13.     If CDBG and HOME funds are eliminated, it would impact more than the 45 households a year served directly by federal program dollars in the King County Housing Repair program (HRP) because the staff loss would reduce the number of projects HRP could complete each year with its local fund source.  Now that the County is aware of new funding conditions, HRP is not entering into new loan commitments with homeowners who need CDBG or HOME funds because of uncertainty of funding. DCHS is conducting intakes for new projects but is not committing funds to projects that need federal funding. This is delaying projects for homeowners in need of critical life and safety repairs to their roof, water, sewer, and heating systems. This leaves low-income homeowners with limited resources to stay safely in their homes. In addition

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to these impacts to DCHS's Housing Repair Program, if CDBG funds aren't available, an additional 155 households would not be served through other minor home repair programs serving mostly seniors also funded by CDBG.

14.    King County DCHS administers an annual competitive procurement process for a portion of the Consortium's CDBG fund. King County conducted this procurement process in 2024 for FY2025 funding. DCHS conducts this competition ahead of the availability of funds in order to support its compliance with HUD's timeliness rules. This is due to HUD conducting a timeliness test each November to ensure King County is spending CDBG funding in a timely manner. A jurisdiction is not allowed to have over 1.5 times their annual allocation unspent on the test date. By offering the competition for funding in 2024, King County is ready to contract with awardees as soon as FY2025 funding is received in the credit line and therefore able to start spending CDBG funds. King County awarded $1.9 million in FY2025 funding to seven projects. Three of those projects include: (1) $199,000 awarded to replace an aging elevator in the Sno-Valley Senior Center, which serves approximately 1,500 people annually. When the elevator is not working, the senior center must cancel programs on the second-floor due mobility issues of many of their clients; (2) $750,000 awarded to Valley View Sewer District to replace failing septic systems in unincorporated King County for 24 households. If the project does not proceed, low-income homeowners may not be able to repair failing septic systems; and (3) $200,000 awarded for architecture and engineering services that will result in a Health and Wellness center serving 8,000 low-moderate income individuals in and around the City of Tukwila. A few of the services in the center will include child care, a teen and senior center, and food assistance.

15.    The Housing Stability Program (HSP) is expected to provide rental assistance to 250 low- and moderate- income persons each year.  Without this assistance approximately 90

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

households will not receive the resources necessary to maintain their housing stability and avoid homelessness. Due to the pressing need to provide continuous funding for human services programs, the HSP and the Emergency Solutions Grant, as well as Community Development Block Grant funds supporting homeless services, began incurring costs on January 1, 2025.  If CDBG and ESG funds are not available for FY 2025, DCHS will have to backfill those incurred costs with other state or local sources, which would negatively impact other human services programs.  Ultimately, if funds are unavailable, DCHS may have to cut programs. CDBG and ESG-funded shelters are expected to serve 2,000 persons in 2025. Restrictions or elimination of these funds would result in an increase in unsheltered homelessness and the elimination of shelter beds and client services.

16.     DCHS's plans for 2025 also include award of HOME funds for affordable housing projects.  HOME funds are typically one of multiple sources of public and private financing used for affordable housing developments. Once several years of project predevelopment and dealmaking have been finalized and all funders have committed funds, the funders and project developer hold a joint "closing" on the project's construction financing, including the HOME funds.  If DCHS is not able to fulfill its previously committed HOME funds at the point of closing, it would delay or even halt the project, risking tens of millions of dollars in public and private funding. In addition, project delays incur significant additional and unnecessary project costs to the developer in the form of carrying costs of acquired land and increases in labor and materials as well as the risk of changes to interest rates.

17.     DCHS awarded $3 million of FY 2025 HOME funds to two affordable housing projects in its 2024 annual funding round, one rental and one homeownership. The $3 million of HOME funds will leverage $54 million in other public and private investment to build 78 units

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 9
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

of affordable housing and serve 246 people. Both projects are planning to start construction in early 2026. If the HOME funds are eliminated, both projects will need to secure other funding, delaying the projects and causing increased costs, including carrying costs, potential rises in material and labor costs, and potential interest rate increases. The rental project could also face a risk of losing Low-Income Housing Tax Credits (LIHTC). Without these funds, the County may lose housing anticipated to serve 246 people. Faced with the uncertainty of receiving allocated HOME funding, DCHS may need to hold back otherwise available funding from its annual RFP for affordable housing financing, in order to ensure that funds are available for projects that were awarded FY 2025 HOME funds. This would in turn impact the ability for King County to address the county's growing housing crisis.

18.     Additionally, delays to the projects are costly, since the cost of labor and materials only increases with time. In recent years, construction costs have increased as much as 15 percent year over year, requiring DCHS and other funders to award additional funds to previously funded projects in order to fill gaps. Additional project delays will only exacerbate this issue.

19.     As noted above, DCHS has awarded two projects FY2025 HOME funds. These projects plan to start construction in early 2026. If lenders and investors hear that DCHS's funding commitments are uncertain, the private investors may cancel funding for these projects.

20.     The uncertainty around the availability of FY2025 funding presents a significant program and budgetary challenge to DCHS. The need for these funds is great in the community, as evidenced by King County's high housing need numbers, high eviction rates, and high numbers of people experiencing housing instability. Facing budget uncertainty, DCHS is therefore left with a decision to either delay funding critical community housing and community

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 10
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

development projects or cancel other housing and community development efforts underway in order to divert funding to cover these projects. Notably, CDBG is relatively unique among DCHS's capital fund sources in being able to fund non-housing, non-behavioral health capital projects. No other similar fund source exists at King County.

21.     As I was finalizing my declaration today, our department received an email at 4:11 p.m. from HUD. The email  indicates that HUD is questioning the accuracy of information on a Consolidated Plan/ Annual Action Plan that has not yet been formally submitted to HUD for consideration.  The email further indicates corrective action is necessary by noon, on July 10, 2025. It appears that HUD has evaluated the preliminary information uploaded by the County to search for words like "equity" and "immigrant" and now contends we must resubmit the Consolidated Plan and Action Plan to HUD. A true and correct copy of that email is attached hereto as **Exhibit B**. I have concerns that the recommended changes on our preliminary documentation are not consistent with County policy and practices, which prohibit discrimination against persons based on protected status recognized in federal, state, and local law.

22.     If the County can proceed with its planned allocations without the threat of funding withheld based on the new conditions announced by HUD in mid-May, these adverse impacts on the community can be avoided.

I declare under penalty of perjury that the foregoing is true and correct.
        EXECUTED this 8th day of July, 2025.

DocuSigned by:

_____
SUNAREE MARSHALL
2CAD9718C2614E4...

THIRD SUPPLEMENTAL DECLARATION OF
SUNAREE MARSHALL - 11
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

OFFICE OF COMMUNITY PLANNING
AND DEVELOPMENT

May 14, 2025

The Honorable Shannon Braddock
Interim County Executive of King County
401 5th Avenue
Suite 800
Seattle, WA 98104-2391

Dear Shannon Braddock,

Secretary Scott Turner is committed to improving housing opportunities, reducing regulations to lower housing cost, and expanding housing supply for hardworking Americans. The nationwide shortage of rental and owner-occupied properties and the current rate of construction has not kept pace with the demand. This lack of adequate housing supply leads to higher prices for renters and homebuyers alike, forcing some into homelessness and preventing countless Americans from becoming homeowners. Across the country, partnerships between public and private sectors are providing millions of Americans an opportunity to get ahead. HUD is determined to continue its collaboration with you so programs are responsibly utilized and can spark additional leveraging and partnerships to address the nation's housing crisis.

As authorized by the Consolidated Appropriations Act (Public Law 119-4) on March 15, 2025, I am honored and excited to announce that your jurisdiction is receiving the following Fiscal Year 2025 allocations for the identified programs:

Community Development Block Grant (CDBG) - $5,616,834.00

HOME Investment Partnerships (HOME) - $3,422,428.65

Emergency Solutions Grants (ESG) - $295,247.00

Housing Opportunities for Persons W/ HIV/AIDS (HOPWA) - $0.00

Housing Trust Fund (HTF) - $0.00

Recovery Housing Program (RHP) - $0.00

In addition, your jurisdiction's CDBG allocation for this year provides you with $13,091,645.00 in available Section 108 loan guarantee borrowing authority. Section 108 permits you to borrow up to five times of your current CDBG allocation. This loan allows jurisdictions to maximize access to low-interest capital, and provide long-term financing to invest in Opportunity Zones, or further address gap financing for big projects that you envision for your community.

As you are finalizing your Annual Action Plans or Consolidated Plans that are due for submission to our office by August 16, 2025, please be reminded that it is important to align with executive orders and applicable laws.  If you or any member of your staff have questions, please do not hesitate to contact your local HUD Field Office in Seattle or CPDGDAS@hud.gov.

Thank you for your interest in CPD programs and for ensuring that these dollars are responsibly achieving outcomes as intended by law.  When people have a safe and stable place to call home, they can focus on contributing to the economy and be productive members of their respective communities.

Sincerely,

Claudette Fernandez
General Deputy Assistant Secretary
    for Community Planning and Development

# EXHIBIT B

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of King County's (including its consortium members) certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of the accuracy of its certification should include taking the actions described below by **noon on Thursday, July 10, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

Please be advised that the content and matters addressed in this letter concern programs and funds which are separate and distinct from those covered by the Preliminary Injunction ordered by the U.S. District Court in *Martin Luther King, Jr. County, et al. v. Turner, et al.*, 2:25-cv-00814 (W.D. Wash.); 25-3664 (9th Cir.). That Preliminary Injunction is currently on appeal and HUD will continue to abide by it, pending the outcome of the appeal. Any questions regarding the Preliminary Injunction or its application should be referred to your own attorneys.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that appears to be inconsistent with *Executive Order 14168 Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, Executive Order 14218 *Ending Taxpayer Subsidization of Open Borders,* Executive Order *14151 Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*. Specifically, the jurisdiction's Plan states the following:

King County (Consortium Lead)

a. **Page 64:** DEI: Advance racial equity and social justice within KCHA and in King County through the implementation and ongoing evaluation of KCHA's **equity**, diversity, inclusion, and belonging strategy.

b. **Page 29:** King County's Regional Hazard Mitigation Plan includes recommendations to promote **equity** and social justice in preparation for natural and human-made disasters. The information in the Consolidated Plan aligns with the information included in the Regional Hazard Mitigation Plan.

c. **Page 64:** • Advance racial **equity** and social justice within KCHA and in King County through the implementation and ongoing evaluation of KCHA's **equity**, diversity, inclusion, and belonging strategy.

d. **Page 95:** In 2022, there were 29,270 vacant units in the Consortium which include a variety of unoccupied housing units. Among these vacant units 8,847 (or 30 percent) are for rent, 2,543 (or nine percent) are rented but not occupied, 2,394

(or eight percent) are for sale only, 1,828 (or six percent) are owned but not occupied, 4,378 (or 15 percent) are for seasonal, recreational, or occasional use, 32 (or 0.1 percent) are set aside for **migrant** workers, and the remaining 9,248 (or 32 percent) are classified as vacant for another reason.

e. **Page 123:** All programs and projects reflect values of **equity** and social justice, including equitable development principles

f. **Page 127:** King County also considers other local plans and initiatives in making allocation decisions, such as plans regarding climate change, transit-oriented development, **equity** and social justice, the KCRHA 5-year Plan, the BSK Implementation Plan, the VSHSL Implementation Plan, the Crisis Care Centers Levy Implementation Plan, and the Health Through Housing Initiative.

- Auburn, WA (in King County's Consortia)
  - **Page 185:** King County also considers other plans and initiatives in making allocation decisions, such as climate change, transit-oriented development, **equity** and social justice, KCRHA 5-year Plan, Best Starts for Kids Implementation Plan, Veterans, Seniors, and Human Services Levy Implementation Plan, Crisis Care Centers Levy, and the Health Through Housing Initiative.
  - **Page 185**: In December 2024, the King County Council adopted the 2024 update to the King County Comprehensive Plan (KCCP), which has three overarching goals around **equity**, affordable housing, and climate change.
  - **Page 187:** King County also considers other plans and initiatives in making allocation decisions, such as climate change, transit-oriented development, **equity** and social justice, KCRHA 5-year Plan, Best Starts for Kids Implementation Plan, Veterans, Seniors, and Human Services Levy Implementation Plan, Crisis Care Centers Levy, and the Health Through Housing Initiative.
  - **Page 187:** In December 2024, the King County Council adopted the 2024 update to the King County Comprehensive Plan (KCCP), which has three overarching goals around **equity**, affordable housing, and climate change.
  - **Page 193:** KCRHA works toward a more effective and efficient system. This includes determining how to prioritize people who are experiencing homelessness while furthering racial **equity**, developing effective and culturally sensitive outreach, overcoming barriers to people obtaining housing, and reducing screening and other barriers identified in serving people.
  - **Page 316:**The report specifically notes South King County as an area that should be prioritized because of the overrepresentation of Black, Indigenous, and people of color, as well as refugee, **immigrant**, and justice-involved populations.

- Bellevue, WA (in King County's Consortia)
  - **Page 455:** DEI Viewing all activities through a lens of diversity, **equity**, and inclusion.

- Federal Way, WA (in King County's Consortia)

- **Page 497:** In the 2024 round, the City awarded funding to Congolese Integration Network for Amani House. Amani House will provide transitional housing and services for five families at a time who are recent **immigrants** and were experiencing homelessness.
- **Page 683:** Current microenterprise programs include non-English speaking and **immigrant** outreach components designed to meet the City's diverse needs.

- Kent, WA (in King County's Consortia)
  - **Page 700:** The City has contracted with a Diversity, **Equity**, and Inclusion agency to update the City's Language Access Plan in order to remove barriers for those whom English is not their primary language.

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions:

1. Remove or replace all "equity" references throughout the document and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964";
2. Replacing all "immigrant" and "migrant" references with "legal/documented migrant/immigrant"; and
3. Provide the following assurance statements within the Plan:

" King County (including its consortium members or insert name of each consortium member jurisdiction) shall administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and certification requirement that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S. C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218 or other Executive Orders or immigration laws. The city will not use funding under this grant in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation. Unless excepted by PRWORA, the city must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States."

"King County agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

"King County will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

The grantee should re-submit the action plan to HUD by the deadline noted above.  Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS"* .  If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development, Office of Field Operations at cpddasforfieldoperations@hud.gov .

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

4

document on the following parties by the method(s) indicated below:

5

| Brian C. Kipnis | ☒ CM/ECF E-service |
|---|---|
| Annalisa L. Cravens | ☐ Email |
| Sarah L. Bishop | ☐ U.S. Mail |
| Rebecca S. Cohen | ☐ Certified Mail / Return Receipt Requested |
| *Assistant United States Attorneys* | ☐ Hand delivery / Personal service |
| Office of the United States Attorney | |
| 700 Stewart Street, Suite 5220 | |
| Seattle, WA 98101-1271 | |
| brian.kipnis@usdoj.gov | |
| annalisa.cravens@usdoj.gov | |
| sarah.bishop@usdoj.gov | |
| rebecca.cohen@usdoj.gov | |
| *Attorneys for Defendants* | |

6

7

8

9

10

11

12

13

14

15

I declare under penalty of perjury under the laws of the United States and the State of

16

Washington that the foregoing is true and correct.

17

DATED this 14th day of July, 2025.

18

19                                          */s/ Gabriela DeGregorio*

20                                          Gabriela DeGregorio
                                            Litigation Assistant
                                            Pacifica Law Group LLP

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750