THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF ALISON HOLCOMB IN SUPPORT OF PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION |

I, Alison Holcomb, declare and state the following:

1. I serve as the Deputy General Counsel to the Executive of Martin Luther King, Jr. County (King County). I represent Plaintiff King County in the above-captioned matter.

2. Attached hereto is a true and correct copy of an e-mail chain Laurie Wells, Program Manager III with the Housing, Homelessness and Community Development Division of King County Department of Community and Human Services (DCHS) forwarded to me on July 11, 2025, containing e-mails from the U.S. Department of Housing and Urban Development, Office of Community Planning and Development, Office of Field Operations, to Ms. Wells and Kelly Rider, Director of DCHS.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF ALISON HOLCOMB - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET, SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

EXECUTED this 14th day of July, 2025.

s/ *Alison Holcomb*
ALISON HOLCOMB

DECLARATION OF ALISON HOLCOMB - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET, SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



**From:** Wells, Laurie <lauwells@kingcounty.gov>
**Sent:** Friday, July 11, 2025 4:05 PM
**To:** Marshall, Sunaree <sunmarshall@kingcounty.gov>; Holcomb, Alison <aholcomb@kingcounty.gov>; Hackett, David <David.Hackett@kingcounty.gov>; Rogers, Katherine <krogers@kingcounty.gov>; Ridings, Ryan <rridings@kingcounty.gov>; Overbey, Erin <eroverbey@kingcounty.gov>; Rider, Kelly <krider@kingcounty.gov>
**Cc:** Pula, Kristin <kpula@kingcounty.gov>; Glauber, Diane <dglauber@kingcounty.gov>
**Subject:** FW: NOTIFICATION: King County WA 2025 Consolidated Plan/Action Plan Disapproval



Laurie Wells, She/her pronouns
Community Development Lead Program Manager
Housing and Community Development Division
King County Department of Community and Human Services
W:206-263-8341



**From:** CPD DAS for Field Operations <CPDDASforfieldoperations@hud.gov>
**Sent:** Friday, July 11, 2025 3:11 PM
**To:** Rider, Kelly <krider@kingcounty.gov>; Wells, Laurie <lauwells@kingcounty.gov>
**Cc:** Reed, Carma <Carma.Reed@hud.gov>; SeattleCPD <SeattleCPD@hud.gov>; Keller, Maggie <maggie.Keller@hud.gov>
**Subject:** NOTIFICATION: King County WA 2025 Consolidated Plan/Action Plan Disapproval

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Dear Grantee,

This letter serves as formal notice that the U.S. Department of Housing and Urban Development (HUD) is disapproving King County, WA's (including its consortium members) Consolidated Plan (the Plan) submission in the Integrated Disbursement and Information System (IDIS) for Program Year 2025 pursuant to 24 C.F.R. § 91.500(b).

As noted in [Notice CPD-25-02, Guidance on Submitting Consolidated Plans and Annual Action Plans for Fiscal Year (FY) 2025](), and in accordance with 24 C.F.R. § 91.500(b), HUD may disapprove a plan or a portion of a plan if it is:

1. Inconsistent with the purpose of the Cranston-Gonzalez National Affordable Housing Act (42 U.S.C. § 12703);
2. It is substantially incomplete; or,
3. In the case of a Community Development Block Grant (CDBG) certification under 24 C.F.R. § 91.225(a) and (b) or § 91.235(a) and (b), if it is not satisfactory to the Secretary in accordance with 24 C.F.R. § 570.304, § 570.429(g), or § 570.485(c).

Plans cannot be deleted or withdrawn from the system (IDIS) once the grantee changes the status to Submitted for Review and HUD is disapproving on the basis that the Plan, as submitted, is substantially incomplete.  HUD has determined that the CDBG certifications are not satisfactory under the stated regulations.  Thus, the CDBG portion of the Plan is disapproved. Consistent with 24 C.F.R. § 91.500(c), disapproval of a plan with respect to one program does not affect assistance distributed based on a formula under other programs.

Pursuant to 24 C.F.R. § 91.500(c), within 15 days of the date of this notice, HUD will notify King County and its consortium members of the reasons for disapproval and the actions that the jurisdictions could take for HUD to find the certifications satisfactory.  As provided in 24 C.F.R. § 91.500(d), the grantee may resubmit its Plan within 45 days after first notification of the Plan disapproval.

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at [CPDDASforFieldOperations@hud.gov]().

---

**From:** CPD DAS for Field Operations
**Sent:** Tuesday, July 8, 2025 6:11 PM
**To:** [lauwells@kingcounty.gov]()
**Cc:** SeattleCPD <[SeattleCPD@hud.gov]()>; Keller, Maggie <[maggie.Keller@hud.gov]()>; Reed, Carma <[Carma.Reed@hud.gov]()>
**Subject:** NOTIFICATION: King County WA FY25 Consolidated Plan/Action Plan

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy

of King County's (including its consortium members) certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders.  HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification.  The grantee's demonstration of the accuracy of its certification should include taking the actions described below by **noon on Thursday, July 10, 2025**.  Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

Please be advised that the content and matters addressed in this letter concern programs and funds which are separate and distinct from those covered by the Preliminary Injunction ordered by the U.S. District Court in *Martin Luther King, Jr. County, et al. v. Turner, et al*., 2:25-cv-00814 (W.D. Wash.); 25-3664 (9th Cir.).  That Preliminary Injunction is currently on appeal and HUD will continue to abide by it, pending the outcome of the appeal.  Any questions regarding the Preliminary Injunction or its application should be referred to your own attorneys.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that appears to be inconsistent with *Executive Order 14168 Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, Executive Order 14218 *Ending Taxpayer Subsidization of Open Borders,*  Executive Order *14151 Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*.  Specifically, the jurisdiction's Plan states the following:

King County (Consortium Lead)
   a. **Page 64:** DEI: Advance racial equity and social justice within KCHA and in King County through the implementation and ongoing evaluation of KCHA's **equity**, diversity, inclusion, and belonging strategy.
   b. **Page 29:** King County's Regional Hazard Mitigation Plan includes recommendations to promote **equity** and social justice in preparation for natural and human-made disasters. The information in the Consolidated Plan aligns with the information included in the Regional Hazard Mitigation Plan.
   c. **Page 64:** • Advance racial **equity** and social justice within KCHA and in King County through the implementation and ongoing evaluation of KCHA's **equity**, diversity, inclusion, and belonging strategy.
   d. **Page 95:** In 2022, there were 29,270 vacant units in the Consortium which include a variety of unoccupied housing units. Among these vacant units 8,847 (or 30 percent) are for rent, 2,543 (or nine percent) are rented but not occupied, 2,394 (or eight percent) are for sale only, 1,828 (or six percent) are owned but not occupied, 4,378 (or 15 percent) are for seasonal, recreational, or occasional use, 32 (or 0.1 percent) are set aside for **migrant** workers, and the remaining 9,248 (or 32 percent) are

      classified as vacant for another reason.
  e. **Page 123:** All programs and projects reflect values of **equity** and social justice, including equitable development principles
  f. **Page 127:** King County also considers other local plans and initiatives in making allocation decisions, such as plans regarding climate change, transit-oriented development, **equity** and social justice, the KCRHA 5-year Plan, the BSK Implementation Plan, the VSHSL Implementation Plan, the Crisis Care Centers Levy Implementation Plan, and the Health Through Housing Initiative.

- Auburn, WA (in King County's Consortia)
    - **Page 185:** King County also considers other plans and initiatives in making allocation decisions, such as climate change, transit-oriented development, **equity** and social justice, KCRHA 5-year Plan, Best Starts for Kids Implementation Plan, Veterans, Seniors, and Human Services Levy Implementation Plan, Crisis Care Centers Levy, and the Health Through Housing Initiative.
    - **Page 185**: In December 2024, the King County Council adopted the 2024 update to the King County Comprehensive Plan (KCCP), which has three overarching goals around **equity**, affordable housing, and climate change.
    - **Page 187:** King County also considers other plans and initiatives in making allocation decisions, such as climate change, transit-oriented development, **equity** and social justice, KCRHA 5-year Plan, Best Starts for Kids Implementation Plan, Veterans, Seniors, and Human Services Levy Implementation Plan, Crisis Care Centers Levy, and the Health Through Housing Initiative.
    - **Page 187:** In December 2024, the King County Council adopted the 2024 update to the King County Comprehensive Plan (KCCP), which has three overarching goals around **equity**, affordable housing, and climate change.
    - **Page 193:** KCRHA works toward a more effective and efficient system. This includes determining how to prioritize people who are experiencing homelessness while furthering racial **equity**, developing effective and culturally sensitive outreach, overcoming barriers to people obtaining housing, and reducing screening and other barriers identified in serving people.
    - **Page 316:** The report specifically notes South King County as an area that should be prioritized because of the overrepresentation of Black, Indigenous, and people of color, as well as refugee, **immigrant**, and justice-involved populations.

- Bellevue, WA (in King County's Consortia)
    - **Page 455:** DEI Viewing all activities through a lens of diversity, **equity**, and inclusion.

- Federal Way, WA (in King County's Consortia)
    - **Page 497:** In the 2024 round, the City awarded funding to Congolese

- Integration Network for Amani House. Amani House will provide transitional housing and services for five families at a time who are recent **immigrants** and were experiencing homelessness.
    - **Page 683:** Current microenterprise programs include non-English speaking and **immigrant** outreach components designed to meet the City's diverse needs.

- Kent, WA (in King County's Consortia)
    - **Page 700:** The City has contracted with a Diversity, **Equity**, and Inclusion agency to update the City's Language Access Plan in order to remove barriers for those whom English is not their primary language.

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions:

1. Remove or replace all "equity" references throughout the document and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964";
2. Replacing all "immigrant" and "migrant" references with "legal/documented migrant/immigrant"; and
3. Provide the following assurance statements within the Plan:

" King County (including its consortium members or insert name of each consortium member jurisdiction) shall administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and certification requirement that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S. C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218 or other Executive Orders or immigration laws. The city will not use funding under this grant in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation. Unless excepted by PRWORA, the city must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States."

"King County agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

> "King County will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

The grantee should re-submit the action plan to HUD by the deadline noted above. Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS"* .  If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development, Office of Field Operations at cpddasforfieldoperations@hud.gov .

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750