UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

                              Plaintiffs,

        v.

SCOTT TURNER, in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                              Defendants.

No. 2:25-cv-00814

DECLARATION OF DR. FAISAL KHAN

I, Faisal Khan declare as follows:

        I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

## PERSONAL BACKGROUND

1.      I am the Director of Public Health Seattle-King County. I was appointed to this position on June 29, 2022 by then King County Executive Dow Constantine and City of Seattle Mayor Bruce Harrell. I am a public health physician and medical epidemiologist and completed my medical training in Pakistan followed by post-graduate training in Australia. I have worked extensively in public health program design, implementation, and evaluation with a particular interest in HIV/AIDS and tuberculosis and have worked across the United States and abroad on a variety of communicable disease control issues including TB/HIV co-infection, MDR TB,

DECLARATION OF DR. FAISAL KHAN- 1

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Hepatitis B and C, Polio, and the WHO Expanded Program on Immunization.

2.      Prior to joining King County, I was the Director of the St. Louis County Department of Public Health (2015 – 2018 and 2021 – 2022). I also served as the department's Director of Communicable Disease Control (2010 – 2015) and was the CEO of the Samuel U. Rodgers Health Center, a Federally Qualified Health Center providing primary care services to 25,000 patients in the greater Kansas City area (2018). I also served as Director of the HIV/AIDS & STD program in the state of West Virginia (2000 – 2004) and in a similar capacity in Massachusetts (2004 – 2006). I also served as Director of Health Services Research & Quality Improvement for a multi-state Health Care Quality Improvement (Peer Review Organization) (2006 – 2010).

3.      I hold adjunct faculty appointments at the St. Louis University School of Public Health and the Washington University Institute for Public Health and am an active member of the National Association of County and City Health Officials (NACCHO).

## PUBLIC HEALTH – SEATTLE & KING COUNTY

4.      Public Health – Seattle & King County ("Public Health" or "PHSKC") is the public health department for Martin Luther King, Jr. County, Washington ("King County"). King County includes 39 cities, including the City of Seattle, and unincorporated areas. Public Health is one of the largest metropolitan health departments in the United States with about 1,600 employees. The department serves approximately 2.3 million people who reside in King County's urban, rural, shoreline, foothill, and mountain communities with distinct environments and unique public health needs. King County is an international port of entry, welcoming nearly 40 million visitors annually. Over 100 languages are spoken by King County residents.

5.      With approximately 25% of its population having been born outside of the United

DECLARATION OF DR. FAISAL KHAN- 2

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

States, King County is a diverse and vibrant community. At King County, diversity, equity, inclusion, and social justice are not transitory "policies" that can be set aside, they are concepts that are woven into the fabric of all government functions. A respect for diversity, equity, and inclusion is fundamental to the county's charter, code, culture, and policies promulgated by all three branches of the government. The county's work on equity and social justice is "an integrated effort that applies the county's principle of 'fair and just' intentionally in all the county does in order to achieve equitable opportunities for all people and communities." K.C.C. 2.10.200.

6.      As part of my duties as PHSKC Director, I am responsible for oversight of the development, implementation, and monitoring of Public Health's budget, including final approval of program plans and staffing capacity. Many of the services PHSKC provides King County residents are supported through federal grant programs. Public Health's 2025 budget includes $54 million in expected federal grant revenue and $31 million in expected Medicaid reimbursement. This federal funding was awarded to King County through specific grants funded by Congress and either competitively awarded or calculated through a congressionally determined formula by the U.S. Department of Health and Human Services (HHS). In 2025, this federal funding represents approximately 15% of Public Health's overall budget revenue. The balance of this declaration will describe several examples of the approximately 80 federal grants supporting Public Health's provision of services to King County residents in 2025.

**HEALTH CENTER PROGRAM (Section 330) GRANT**

7.      Section 330 of the Public Health Services Act (42 U.S.C. § 254b) created and funds the federal Health Center Program, which supports four types of health centers: one for people generally medically underserved (Section 330(a)), and three for more targeted

DECLARATION OF DR. FAISAL KHAN- 3

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

underserved populations—migratory and seasonal agricultural workers (Section 330(g)), homeless individuals (Section 330(h)), and residents of public housing (Section 330(i)). Health centers must provide services to the entire population located in their services areas, or individuals who are members of their target populations, regardless of individuals' ability to pay. PHSKC has applied for and received the Health Center Program's Service Area Competition (SAC) 330(h) funding since 1994. The funding opportunity is managed by the Health Resources and Services Administration (HRSA) of HHS. The purpose of the grant is to ensure continuity of affordable, accessible, and high-quality primary health care in the communities and populations served by the Health Center Program.

8.     The Health Center Program grant for people experiencing homelessness, also referred to as the "330(h) grant" is the core of PHSKC's Health Care for the Homeless Network (HCHN) program and sustains many direct services within PHSKC, including by enabling PHSKC to leverage and braid the federal funding stream together with state, local, and other funding to provide a wide variety of homeless health services across King County. The funding has historically been awarded for three-year periods with applications required for each new period for both continuing and new programs. (HRSA recently announced the application cycle will be changed to every four years.)

9.     In May 2024, HRSA posted a Notice of Funding Opportunity (NOFO) for the Health Center Program SAC funding for FY 2025 through FY 2027. PHSKC applied for competitive continuation funding and was awarded $5.5 million for FY 2025 and the same amount for FY 2026. PHSKC received a November 15, 2024 Notice of Award (NOA) from HRSA that obligated $2,749,662, the first six months of funding, and an April 4, 2025 NOA that obligated the remainder of the 2025 funding. It is a typical HHS practice to issue multiple NOAs

DECLARATION OF DR. FAISAL KHAN- 4

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

for individual portions of the awarded funding.

10.    At PHSKC, a portion of the 330(h) grant funding is braided with local funding sources to provide over $10 million in annual contracted services at 16 community agencies. Services cover medical, dental, behavioral health, and supportive or "enabling" services for people living homeless. The other portion of the 330(h) grant is braided with other local funding to provide services through PHSKC programs such as Street Medicine, dental clinics serving homeless patients, primary medical care, maternity support services, and sexual/reproductive health care at thirteen fixed locations plus mobile and co-located partnership sites.

11.    The 330(h) grant also provides PHSKC with its Federally Qualified Health Center (FQHC) status. This status allows PHSKC to be reimbursed from Medicare and Medicaid at an enhanced rate for eligible services to clients. The enhanced reimbursement rate expands PHSKC's capacity, across many different programs, to serve clients who frequently face barriers to accessing care in traditional health systems. FQHC status also allows PHSKC to purchase prescription and non-prescription medications at reduced prices through the 340B Drug Pricing Program and access other benefits such as HRSA-supported training and technical assistance.

12.    In addition to the 330(h) grant amount of $5.5 million annually in 2025 and 2026, the benefits of being an FQHC described in the paragraph above enable PHSKC to leverage more than $24 million in enhanced reimbursement to provide direct patient services to more than 27,000 clients each year. This funding is foundational to the direct patient services PHSKC provides, and without the FQHC status, the agency would be unable to continue providing these services.

13.    As needed, PHSKC updates its Public Health Center scope of project "service sites" with HRSA. These are the locations at which PHSKC provides patient services directly or

DECLARATION OF DR. FAISAL KHAN- 5

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

through community partners, both funded in part with the 330(h) grant and enhanced FQHC reimbursement for patient visits. Maintaining an accurate and updated service site list (known as Form 5B) is a compliance requirement for the grant. Such updates are submitted to HRSA as a change in scope.

14.     On March 6, 2025, PHSKC submitted a change in scope to HRSA to delete two access points that were no longer being operated by PHSKC, Denny International Middle School and Jefferson Day Center.

15.     On May 8, 2025, HRSA issued a new NOA approving the deletion of the two access points. The Notice of Award requires PHSKC to verify the deletion as reflected in the newly issued NOA within 120 days (by September 5, 2025). The NOA states that a failure to comply may result in a drawdown restriction or denial of future funding. Attached as **Exhibit A** is a true and correct copy of the May 8, 2025 NOA from HRSA.

16.     While the May 8, 2025 NOA is in substantially the same form as the Notice of Award issued on November 15, 2024, its reference to and incorporation of "National Policy Requirements and all other requirements described in the HHS Grants Policy Statement" add requirements to the 330(h) grant not in place when the grant was awarded in November 2024.

17.     The current HHS Grants Policy Statement available on the HHS website with an effective date of April 16, 2025, incorporates certain purported "Civil Rights Assurances" that, among other things, prohibit grant recipients from operating any programs that "advance or promote DEI."

18.     On June 9, 2025, PHSKC received an additional NOA with two additional months of funding for CY2025, or $916,554, which was awarded but not obligated in the original NOA in November 2024. The H80CS00056-24-03 NOA also references and purports to incorporate

DECLARATION OF DR. FAISAL KHAN- 6

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

the HHS Grants Policy Statement and the Civil Rights Assurance term above. Additionally, the

NOA includes Grant Specific Terms that require compliance with Executive Order 14168,

"Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the

Federal Government," acknowledgement that this requirement is material to the funding decision

reflected in the Agreement, and acknowledgement that "a knowing false statement relating to

[PHSKC's] compliance with the requirement may subject [King County] to liability under the

False Claims Act." Attached as **Exhibit B** is a true and correct copy of the June 6, 2025 NOA

from HRSA.

19.    These newly imposed conditions force PHSKC to either agree to new conditions

imposed on the grants already awarded to PHSKC or lose access to $5.5 million in annual 330(h)

grant funding and more than $24 million annually in enhanced Medicare and Medicaid

reimbursements due to its status as a FQHC. This funding is foundational for the critical public

health services PHSKC provides, as it is an essential strand that is braided with local funds. The

impacts of losing these funds would be devastating.

20.    The loss of funding and 330(h) status would result in the closure of King

County's thirteen public health clinics, which offer primary care, maternal and child health

services, sexual and reproductive health care, and dental care for around 27,000 low-income

King County residents. These clinics span from downtown Seattle to the Eastside to Federal Way

and Renton. These clinics cannot be sustainably operated without the enhanced per-visit

reimbursement which comes from PHSKC's FQHC status.

21.    The loss of funding would result in additional negative impacts to PHSKC

because it has already contracted with service providers in reliance on receiving the 330(h) grant

funds. Providers have already begun to incur costs and expect PHSKC to reimburse them.

DECLARATION OF DR. FAISAL KHAN- 7

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

22.     Loss of the 330(h) grant funds may also result in the closure of contracted Healthcare for the Homeless programs and services including medical respite care, nursing services in permanent supportive housing, and substance use disorder treatment. These programs serve close to 12,000 additional patients annually, and HRSA funds comprise 30% of the dollars contracted to Healthcare for the Homeless partner agencies.

## RYAN WHITE HIV/AIDS PROGRAM PART A

23.     The Ryan White HIV/AIDS Program Part A HIV Emergency Relief Grant Program is authorized by 42 USC §§ 300ff-11 to -20 and 300ff-121 (sections 2601–2610 and 2693 of the Public Health Service Act). PHSKC has applied for and received funding from the Ryan White HIV/AIDS Program Part A (RWHAP) HIV Emergency Relief Grant Program since 1990. PHSKC is eligible for this funding as part of a Transitional Grant Area (TGA) covering Snohomish, Island, and King Counties.

24.     The funding opportunity is managed by HRSA. RWHAP provides funding to local jurisdictions with the highest number of people living with HIV so they can provide high-quality medical care and essential support services for low-income individuals living with HIV who are uninsured or underinsured. The goal of the program is to ensure clients remain engaged in medical care, adherent to medication, and virally suppressed to stop the spread of the virus. PHSKC uses the RWHAP grant to fund several community partners and to fund PHSKC programs. Locally, the PHSKC Ryan White programs serve approximately 3,300 unduplicated clients with HIV. A few examples of programs supported in part with PHSKC's RWHAP funding include Entre Hermanos, which provides culturally and linguistically appropriate non-medical case management services to Hispanic/Latino communities that experience significant stigma as well as cultural barriers to HIV care; Lifelong, which provides a food bank and home

DECLARATION OF DR. FAISAL KHAN- 8

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

delivered, medically tailored meals to people living with HIV and co-occurring conditions like diabetes, liver failure, and heart disease; and Bailey-Boushay House, which provides outpatient ambulatory health services to furnish HIV adherence support and care to PHSKC's highest acuity clients experiencing the most severe challenges – mental illness, substance use, and homelessness. Their intensive, low-barrier approach ensures the most vulnerable individuals can access care and lifesaving treatment, making Bailey-Boushay an essential safety net in the Ryan White system.

25.     The application process for RWHAP Emergency Relief Grant Program funding currently repeats every three years when HRSA posts a NOFO. The NOFO includes information on eligibility, application scoring criteria, and award administration, including a section on "Administrative and National Policy Requirements" that lists various statutes and regulations with which grantees must comply. Subject matter experts provide HRSA with an impartial evaluation of the applications and HRSA determines awards.

26.     In July 2024, HRSA posted a NOFO for the RWHAP HIV Emergency Relief Grant Program funding for FY 2025 through FY 2027. PHSKC applied for competitive continuation funding in the amount of $7,712,292 to cover the period 03/01/25 – 02/28/26 and as described below, has so far received NOAs totaling $3,316,948 for that period.

27.     PHSKC received $1,342,393 in January 2025 and a corresponding January 14, 2025 partial Notice of Award. On May 7, 2025, HRSA issued a second partial Notice of Award that would release $1,974,555 of PHSKC's award. If PHSKC receives the remainder of the award it is expecting, it will receive an additional $4.4 million for the period ending February 28, 2026.

28.     While the May 7 NOA was in substantially the same form as the Notice of Award

DECLARATION OF DR. FAISAL KHAN- 9

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

issued on January 14, 2025, its reference to and incorporation of "National Policy Requirements and all other requirements described in the HHS Grants Policy Statement" added requirements to the RWHAP HIV Emergency Relief grant not in place when PHSKC applied for the funding on October 1, 2024, including the Civil Rights Assurance term described at paragraph 17 above. A true and correct copy of the May 7, 2025 Notice of Award from HRSA is attached as **Exhibit C**.

29.     These newly imposed conditions force PHSKC to either agree to new terms imposed on the grants already awarded to PHSKC or lose access to more than $6 million in grant funding for critical public health services. The impacts of losing the funding would be devastating.

30.     If PHSKC is unable to access the remainder of its grant, it is expected that at least 75 HIV positive clients would immediately lose housing and up to 500 would be at high risk of losing housing. Approximately 3,300 clients would lose access to critical medical and essential support services as described in paragraph 24 above. Without access to the funding, PHSKC would also expect to see lower rates of viral suppression. Viral suppression is critical to containing the HIV epidemic, and with lower suppression rates, a spike in new HIV infections would be anticipated.

31.     The loss of funding would result in approximately 200 employees losing their jobs and agencies supported with the grant funding would likely shut down. In addition, because PHSKC has already contracted with service providers in reliance on receiving the RWHAP HIV funds, the service providers have incurred costs for which they would expect to be reimbursed by PHSKC.

**HIV PREVENTION AND TREATMENT PROGRAMS**

32.     Over 75% of PHSKC's $18 million annual HIV prevention and treatment budget

DECLARATION OF DR. FAISAL KHAN- 10

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

is funded from federal sources, such as CDC (direct or through the Washington State Department of Health ) and HRSA, including the RWHAP funds discussed above. With this funding, King County has met numerous goals related to HIV prevention, care and treatment. We were the first urban jurisdiction in the U.S. to meet the Joint United Nations Programme on HIV/AIDS (UNAIDS) "90-90-90 goals" (90% of people with HIV are diagnosed, 90% of diagnosed persons are in HIV treatment and 90% of treated persons are virally suppressed).

33.    There are currently 7,402 people living with HIV in King County, and we partner with community-based organizations to serve approximately 3,300 unduplicated clients with HIV. At our special low-barrier Max Clinic for people with HIV who have failed to become virally suppressed, we serve 296 unique patients and 63% are now virally suppressed. To reach more people who are out of care and not virally suppressed, in March 2023 we established a Mobile Outreach Team (MOT) to go into the field and connect with high-need people living with HIV who need to be re-linked to care. Of the 237 eligible individuals referred, 143 were willing to engage with the MOT team. Among those 74% connected to care, 67% started or re-started their HIV medication, and 55% are virally suppressed.

34.    PHSKC's HIV surveillance and epidemiology functions are also funded with federal dollars. HIV surveillance is critical to identifying trends and linking patients.

35.    We also diagnose and treat HIV and other sexually transmitted infections like syphilis and gonorrhea, and enroll people in PrEP (Pre-Exposure Prophylaxis), a treatment to prevent HIV infection, at our Sexual Health Clinic (SHC) at Harborview Medical Center, where we provided over 11,000 clinical visits in 2024. We currently have 1,169 active PrEP patients at the SHC. With our federal dollars, we also conduct HIV and syphilis testing in jail settings. At the South Correctional Entity (SCORE) jail in 2024 we tested 768 individuals for syphilis and

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

828 for HIV. Despite the successes, there is still important work to do, and PHSKC cannot do it without federal funding.

**PUBLIC HEALTH INFRASTRUCTURE, WORKFORCE AND DATA SYSTEMS**

36.     In 2022, PHSKC was awarded more than $20 million through a five-year Public Health Infrastructure, Workforce, and Data Systems grant (PHIG). PHIG is managed by the Centers for Disease Control and Prevention (CDC) of HHS and supports investment in critical public health infrastructure needs across the United States. PHIG provides flexible funding to state and local health departments to address chronic underfunding in three key areas: workforce, foundational capabilities, and data modernization. PHIG is authorized by Section 317(a) of the Public Health Service Act, 42 U.S.C. § 274b.

37.     The PHIG funding received by PHSKC is pursuant to a five-year grant and has two components: Strategy A1 – Workforce and Strategy and Strategy A2 – Foundational Capacities. In 2022, PHSKC received $19,157,230, which included all funding for Strategy A1 and first year funding for Strategy A2, and a corresponding November 29, 2022 NOA from CDC. PHSKC received an NOA from CDC for Strategy A2 years two and three funding dated November 18, 2024, totaling $1,580,142. PHSKC is currently in year three of the grant, which ends on November 30, 2025.

38.     Based on its recent experiences with other HHS grants including the 330(h) and RWHAP grants described above, PHSKC anticipates HHS may attempt to add terms to future NOAs issued for the PHIG grant that were not in place when the grant was awarded in 2022, including the terms described at paragraph 17 above. If HHS attempts to impose the HHS Grants Policy Statement and its Civil Rights Assurance terms on future PHIG funding, PHSKC will be forced to choose between the new terms and approximately $1.8 million in funding for the

DECLARATION OF DR. FAISAL KHAN- 12

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

critical services described above over the next two years.

39.    The PHIG funding supports the following programs:

a.    <u>Emergency Preparedness.</u> Recent PHSKC emergency preparedness trainings, events, and community clinics would not be possible without funding from the PHIG. This includes preparing the Public Health Reserve Corps (PHSKC's volunteer program) for effective emergency response through training programs focused on vital life-saving techniques, including Stop the Bleed and CPR/AED certifications. PHSKC uses a train-the-trainer model and has trained eight trainers who have delivered Stop the Bleed and CPR/AED training to 125 volunteers in the past three months supported by PHIG funding.

In addition, PHIG funding supports development of specialized mission sets to enhance PHSKC's volunteers' readiness for emergency deployment. Current mission sets include groups of volunteers pre-trained/certified/equipped for Narcan distribution and training, clinical care supervision, communicable disease testing, and immunizations. These mission sets empower our volunteers with the knowledge and skills necessary to respond confidently during critical situations.

b.    <u>Partnerships.</u> PHIG funding supports a PHSKC Responder Readiness Coordinator who has strengthened community partnerships with groups like LatinX Health Board, Catholic Community Services, Seattle Public Libraries, King County Promotores Network, and the Regional Office of Gun Violence. These partnerships create new settings and opportunities for volunteers to practice their clinical and disaster response skills. PHSKC conducted more than 60 care clinics at six different community locations in 2024 for a total of 1,146 volunteer hours

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

donated, triple the total service hours donated in 2023.

The partnerships have also increased awareness of the Public Health Reserve Corps, resulting in enrollment of younger and more diverse volunteers. In 2024 the reserve corps included 1,100 total volunteers and sponsored 155 events donating 4,309 volunteer hours equating to $82,402 of services. And 6,844 individuals were served through trainings, medical screenings and referrals, and clinical services like immunizations. The PHSKC Public Health Reserve Corps has been nationally recognized as an outstanding host organization for a public health volunteer program. Without support from PHIG, the reserve corps could not be sustained.

The PHIG funding also supports PHSKC Community Navigators who build trust and connect individuals and families, particularly from diverse and underserved communities, to essential health and social services like health insurance, food assistance, and transportation.

c.  <u>Extreme Weather Communications.</u> PHIG funding also supports comprehensive a Wildfire Smoke Health campaign aimed at protecting residents from the increasing health impacts of wildfire smoke. Recognizing that wildfire smoke is more toxic than other particulate matter and can affect everyone, the campaign focuses on long-term risk reduction and exposure mitigation. Community Navigators, supported by PHIG funding, reached over 71,000 individuals, directly strengthening health literacy, disease and injury/overdose prevention, and emergency preparedness efforts across a six-month period. Their consistent presence and resource distribution at community events directly support healthier,

DECLARATION OF DR. FAISAL KHAN- 14

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Docusign Envelope ID: 066538E8-5AF8-4191-9882-2020B3DA0E04

safer, and more informed local communities.

PHIG funding for the Wildfire Smoke Health campaign also allows PHSKC to share multilingual public health recommendations during smoke events, promote cost-effective ways for residents to create "clean air rooms" in their homes, and partner with community organizations to understand specific needs and barriers to access. The campaign specifically highlights higher-risk groups, including children, older adults, pregnant individuals, and those with pre-existing respiratory or heart conditions. Recommendations are tailored to these groups, often advising them to take protective measures at lower Air Quality Index (AQI) levels.

   d.   <u>Public Health Camp.</u> PHSKC hosts an annual camp to provide young county residents with immersive and experiential learning from teams across PHSKC, such as overdose prevention, plumbing, and jail health services. Support from PHIG allowed PHSKC to expand the camp from three days in 2023 to five days in 2024. The camp gives participants an opportunity to explore career paths, learn about local health services and programs, network with professionals in the field, and build a sense of self-empowerment and belonging. The camp also helps to open a pathway for young people to join a public health workforce rooted in the communities they serve and to become community advocates and help each other, with sessions providing training on how to promote safe driving, respond to extreme weather events, and use naloxone to save a life. Participants receive a stipend for attending the camp.

   e.   <u>Data Modernization and Data Sharing.</u> PHIG funding supports PHSKC's data

DECLARATION OF DR. FAISAL KHAN- 15

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

modernization and data sharing projects to streamline data sharing within PHSKC and Washington State Department of Health. This includes creation of dashboards to be utilized by health professionals to collect, analyze, and share data to inform program planning, evaluate effectiveness, and support community partners in an effort to improve health outcomes and advance health equity across the county.

f. <u>Recruiting and Hiring Improvement Project.</u> PHIG funding supports this project to make PHSKC's hiring process more efficient, fair, and consistent. The project objective includes working to remove inefficiencies in the recruitment and hiring process, ensure fair hiring practices, attract candidates from the communities PHSKC serves, and support data-driven decision making by identifying and implementing technology enhancements and better utilizing data analytics tools.

g. <u>Low Barrier Contracting.</u> PHSKC's contracting improvement work is focused on removing barriers and improving efficiency in its community contracting processes so that a broad range of individuals and organizations can more easily and successfully receive and complete community service contracts. The work is supported with PHIG funding and includes improvements to insurance requirements, invoicing and payments, solicitation and contracting processes and tools, and improving contractor support and capacity building.

**EMERGENCY PREPARDNESS FUNDING**

40.      In addition to the PHIG funding described in the Public Health Infrastructure, Workforce and Data Systems section above, PHSKC also receives emergency preparedness funding from CDC as a subrecipient through the Washington State Department of Health (DOH). While CDC has not yet conditioned this funding on acceptance of the HHS Grants

DECLARATION OF DR. FAISAL KHAN- 16

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Policy Statement and its Civil Rights Assurance terms described at paragraph 17 above, the funding is at risk since CDC may choose to do so at any point, including with new NOAs as it did with the 330(h) and RWHAP grants described above. If HHS imposes the new terms on DOH, PHSKC expects DOH will be required to pass them down to subrecipients.

41.     As a subrecipient, PHSKC receives approximately $2 million in Public Health Emergency Preparedness (PHEP) cooperative agreement funding annually. The PHEP cooperative agreements are authorized by Section 319C-1 of the Public Health Service Act, 42 U.S.C. §247d-3a, and provide funding to health departments across the nation to build and strengthen their abilities to effectively respond to public health threats. Preparedness activities funded by the PHEP cooperative agreement specifically target the development of emergency-ready public health departments that are flexible and adaptable.

42.     PHSKC has used its PHEP funding to develop, test, and maintain local emergency plans and operations to protect King County citizens and respond to national security threats. This includes scenes of mass violence involving multiple victims such as mass shootings, bombings, or other attacks; intentional releases of pathogens or biotoxins that could be used to cause illnesses and deaths; and domestic or military health emergencies where a high volume of patients must be evacuated or moved to maintain definitive care.

43.     In past years, PHEP funding was used to organize and staff the Seattle/King County Clinic. This is a four-day event that provides over $3 million of free medical, dental, and vision care to approximately 3,000 community members each year. PHSKC mobilized 34 Public Health Reserve Corps volunteers who collectively donated a total of 1,525 hours ($64,050 value) to the clinic in 2024, a 30% increase in volunteer participation over 2023. Participating volunteers get practice operating an Alternate Care Facility (ACF), a non-

DECLARATION OF DR. FAISAL KHAN- 17

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

traditional medical surge site which would be opened during a public health emergency. Organizing volunteer participation at the Seattle/King County Clinic is critical as these trained volunteers will be needed during a public health emergency to help fill the 125 roles required to operate an ACF.

44.     PHSKC also used PHEP Cities Readiness Initiative (CRI) funds to obtain more than five pallets of durable medical equipment and supplies from the HHS Administration for Strategic Preparedness & Response's (ASPR's) Strategic National Stockpile (SNS). PHSKC maintains these supplies for use at an ACF during a public health emergency. An ACF mobilized by PHSKC would increase King County's hospital beds by 5% (250 on top of 5200), according to data from the Washington State Hospital Association.

45.     The PHEP and CRI funds also support an infectious disease emergency response planner who develops plans, delivers trainings, and designs exercises for scenarios including pandemic influenza and acts of bioterrorism. In March 2025, PHSKC hosted a Biological Incident Tabletop Exercise testing an initial response to an anthrax attack. Over 40 individuals attended, representing organizations and agencies including hospitals, fire/EMS, emergency management, and environmental protection. Participants discussed protocols and procedures for distributing and dispensing medical countermeasures to first responders, assessing the health needs of impacted communities, and developing and disseminating risk communications.

46.     If HHS attempts to impose the HHS Grants Policy Statement and its Civil Rights Assurance terms on the PHEP funding, PHSKC will be forced to choose between the new terms and approximately $2 million in annual funding for the critical services described above.

47.     The loss of PHEP and CRI funding would result in approximately nine employees losing their jobs, and PHSKC would no longer have the capacity to plan for future emergencies

DECLARATION OF DR. FAISAL KHAN- 18

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

including chemical, biological, or mass casualty incidents. PHSKC would also not have a trained workforce to implement an emergency response.

## BREAST, CERVICAL, AND COLON HEALTH PROGRAM

48.     PHSKC also receives CDC funding as a subrecipient through the Washington State Department of Health (DOH) for cancer screenings. As with the PHEP funding, while CDC has not yet conditioned this funding on acceptance of the HHS Grants Policy Statement and its Civil Rights Assurance terms described at paragraph 17 above, the cancer screening funding is at risk since CDC may choose to impose the new terms on DOH who may pass them down to subrecipients.

49.     The CDC cancer screening funding is part of the National Breast and Cervical Cancer Early Detection Program (NBCCEDP), which has served more than 6.4 million women nationwide since 1991, provided more than 16.5 million breast and cervical cancer screening examinations, and diagnosed 79,789 invasive breast cancers and 25,302 premalignant breast lesions. The program is intended to bridge the gap in access to screening for early detection in those communities that often do not have access.

50.     Supported by the federal NBCCEDP funding, PHSKC's Breast, Cervical, and Colon Health Program (BCCHP) has provided evidence-based, lifesaving breast and cervical cancer screenings to women who otherwise could not afford such services. Over the last two years, through the BCCHP program, PHSKC served over 6,900 women in our four-county region (King, Kitsap, Clallam, and Jefferson) diagnosing thirty-seven cases of invasive breast cancer and carcinoma in situ. Twenty-five cases of invasive cervical cancer and carcinoma in situ or other cancer were diagnosed and referred for treatment. In addition, the program helps women with lesser stage cancer access lifesaving treatment.

DECLARATION OF DR. FAISAL KHAN- 19

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

51.     PHSKC partners with twenty-three clinical and outreach contractors ranging from large clinical health care networks and health systems to smaller providers specializing in reaching communities in need. Outreach partners utilize evidence-based strategies to reach underserved communities, build trusting relationships and networks, and begin closing gaps in access to screening services.   Since enactment of the Affordable Care Act, the program has been focusing on hard to reach and never screened populations.

52.     A loss of federal funding for the BCCHP would significantly decrease PHSKC's ability to offer the low-barrier, early detection screenings described above. This will lead to community members facing access barriers to forego and delay screenings, and eventually to seek care in emergency rooms, resulting in greater costs, more challenging treatment and outcomes, and increased economic burdens for individuals and the larger healthcare system.

## OVERDOSE PREVENTION

53.     PHSKC receives two major federal grants to address overdose-related harms in King County. The grants provide critical infrastructure for overdose prevention and may have contributed, in part, to the County's 22% decline in overdose deaths from 2023 to 2024. Together, the grants total $18 million over five years and are funded by CDC and the Substance Abuse Mental Health Services Administration (SAMHSA).

54.     The CDC funding is through the Overdose Data to Action (OD2A) grant authorized by Section 311 of the Public Health Service Act, 42 U.S.C. §243(c)(1). This grant supports prevention activities and the collection of accurate, comprehensive, and timely overdose data to enhance programmatic and surveillance efforts with a focus on understanding and tracking the complex and changing nature of the overdose crisis with integration of data and prevention strategies. For PHSKC, the grant provides $3.2 million annually for five years. It

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

supports enhanced data surveillance, improved linkage to care, stigma reduction, and training for both healthcare providers and community members on how to prevent and respond to overdoses.

55.     The SAMHSA funding is through the First Responders – Comprehensive Addiction Recovery Act (FR-CARA) grant, authorized by Section 546 of the Public Health Service Act, 42 U.S.C. §290ee-1. The grant provides resources to support first responders and members of other key community sectors on training, administering, and distributing naloxone and other Food and Drug Administration (FDA)-approved overdose reversal medications or devices. For PHSKC, this grant provides $500,000 annually for four years. It supports naloxone distribution and overdose prevention training for first responders. In 2024 alone, Emergency Medical Services (EMS) responded to nearly 7,000 non-fatal overdoses in King County.

56.     If HHS attempts to impose the HHS Grants Policy Statement and its Civil Rights Assurance terms on the OD2A and FR-CARA funding, PHSKC will be forced to choose between the new terms and millions of dollars in funding for these lifesaving programs. The loss of these federal funds would deeply impact the people who rely on these programs and services, including the trained professionals who respond to individuals in crisis. The loss of funding would also impact the specialized facilities for mental health and substance use treatment such as the clinics offering buprenorphine and methadone as well as other supports to help individuals thrive in recovery.

**PARENT CHILD HEALTH**

57.     PHSKC receives HRSA Maternal, Infant and Early Childhood Home Visiting (MIECHV) Program funding as a subrecipient through the Washington State Department of Children, Youth, and Families (DCYF). While HRSA has not yet conditioned this funding on

DECLARATION OF DR. FAISAL KHAN- 21

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

acceptance of the HHS Grants Policy Statement and its Civil Rights Assurance terms, if HRSA imposes the terms on DCYF in the coming budget period, they could be passed down to PHSKC as a subrecipient.

58.     PHSKC uses the MIECHV Program funding for its Nurse-Family Partnership (NFP) program. NFP is a research-based program that provides intensive home visiting services for first-time, income-qualifying, expectant parents. NFP nurses and families partner in a 2.5-year-long relationship that provides person-centered and strength-based care that meets the family where they are in life and builds on their own vision for their future. Families are offered an average of two home/community visits per month, with weekly visits for the first four weeks of enrollment and the first six weeks after the baby is born. Through the long-term relationship, nurses become a trusted resource to parents and families, supporting and educating them on healthy prenatal practices, child health, and developmental milestones, and coaching them toward their personal goals for a stable future.

59.     In replicated research studies, this intensive home visiting model was found to have very positive outcomes, including a reduction in maternal behavioral problems due to alcohol/substance use, fewer emergency room visits for childhood injuries, and reduction and/or delay of subsequent pregnancies. The babies involved in this program perform better in school and have fewer arrests later in life.

60.     PHSKC uses the federal MIECHV funding to serve approximately 100 families. With the federal funding, it would not be able to serve those families.

61.     PHSKC also receives federal funding through the title V Maternal Child Health (MCH) Services Block Grant. This grant helps fund direct and indirect services to families in King County through PHSKC's Children with Special Health Care Needs (CSHCN) and Child

DECLARATION OF DR. FAISAL KHAN- 22

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Care Health Program (CCHP) team.

62.     The CSHCN work is focused on identifying and reducing barriers to needed services and supports for children with special health care needs and their families. The CSHCN team provides approximately 50 families direct support with home visits by public health nurses who provide services from birth to 18 years of age. They focus on assisting families with information, support, and connections to resources that are focused on a specific condition. CSHCN services are provided regardless of income and without charge.

63.     The CCHP team focuses on improving access to resources for childcare providers and early learning programs experiencing barriers. The team of nursing, mental health, nutrition, and education consultants provides in-language and culturally responsive tools and resources, including model health policy templates, communicable disease prevention information, guidance on best practices for healthy eating and activities, and other materials in multiple formats to promote healthy child development and behaviors.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025 at St. Louis, Missouri.



DR. FAISAL KHAN

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

 **Department of Health and Human Services**
Health Resources and Services Administration

Notice of Award
FAIN# H8000056
Federal Award Date: 05/08/2025

## Recipient Information

**1. Recipient Name**
SEATTLE-KING COUNTY PUBLIC HEALTH DEPT
401 5th Ave
Seattle, WA 98104-1818

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1916001327A5

**4. Employer Identification Number (EIN)**
916001327

**5. Data Universal Numbering System (DUNS)**
156914921

**6. Recipient's Unique Entity Identifier**
TS2LXAN2W8A8

**7. Project Director or Principal Investigator**
Semone Andu
Project Director
sandu@kingcounty.gov
(206)290-1983

**8. Authorized Official**
Denise Hawthorne
denise.hawthorne@kingcounty.gov
(206)263-8307

## Federal Agency Information

**9. Awarding Agency Contact Information**
Djuana D Gibson
Grants Management Specialist
Office of Federal Assistance Management (OFAM)
Division of Grants Management Office (DGMO)
dgibson@hrsa.gov
(301) 443-3243

**10. Program Official Contact Information**
Elizabeth Goodger
Bureau of Primary Health Care (BPHC)
egoodger@hrsa.gov
(301) 443-5663

## Federal Award Information

**11. Award Number**
6 H80CS00056-24-02

**12. Unique Federal Award Identification Number (FAIN)**
H8000056

**13. Statutory Authority**
42 U.S.C. § 254b

**14. Federal Award Project Title**
Health Center Program

**15. Assistance Listing Number**
93.224

**16. Assistance Listing Program Title**
Community Health Centers

**17. Award Action Type**
Administrative

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

**19. Budget Period Start Date 01/01/2025 - End Date 12/31/2025**

| | |
|---|---|
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | |
| 20b. Indirect Cost Amount | $2,998,171.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $2,749,662.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $25,652,281.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $31,151,604.00 |
| **26. Project Period Start Date 01/01/2025 - End Date 12/31/2027** | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $28,401,943.00 |

**28. Authorized Treatment of Program Income**
Addition

**29. Grants Management Officer – Signature**
Djuana Gibson on 05/08/2025

## 30. Remarks

A printer version document only.  The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks. If you need more information, please contact HRSA contact center at 877-464-4772, 8 am to 8 pm ET, weekdays.



**Health Resources & Services Administration**

Notice of Award
Award Number: 6 H80CS00056-24-02
Federal Award Date: 05/08/2025

**Bureau of Primary Health Care (BPHC)**

| 31. APPROVED BUDGET: (Excludes Direct Assistance) | |
|---|---|
| [ ] Grant Funds Only | |
| [X] Total project costs including grant funds and all other financial participation | |
| a. Salaries and Wages: | $9,421,100.00 |
| b. Fringe Benefits: | $2,817,317.00 |
| c. Total Personnel Costs: | $12,238,417.00 |
| d. Consultant Costs: | $0.00 |
| e. Equipment: | $0.00 |
| f. Supplies: | $373,973.00 |
| g. Travel: | $193,049.00 |
| h. Construction/Alteration and Renovation: | $0.00 |
| i. Other: | $4,325,560.00 |
| j. Consortium/Contractual Costs: | $11,022,434.00 |
| k. Trainee Related Expenses: | $0.00 |
| l. Trainee Stipends: | $0.00 |
| m. Trainee Tuition and Fees: | $0.00 |
| n. Trainee Travel: | $0.00 |
| o. TOTAL DIRECT COSTS: | $28,153,433.00 |
| p. INDIRECT COSTS (Rate: % of S&W/TADC): | $2,998,171.00 |
| i. Indirect Cost Federal Share: | $2,998,171.00 |
| ii. Indirect Cost Non-Federal Share: | $0.00 |
| q. TOTAL APPROVED BUDGET: | $31,151,604.00 |
| i. Less Non-Federal Share: | $25,652,281.00 |
| i. Federal Share: | $5,499,323.00 |

| 32. AWARD COMPUTATION FOR FINANCIAL ASSISTANCE: | |
|---|---|
| a. Authorized Financial Assistance This Period | **$5,499,323.00** |
| b. Less Unobligated Balance from Prior Budget Periods | |
| i. Additional Authority | $0.00 |
| ii. Offset | $0.00 |
| c. Unawarded Balance of Current Year's Funds | $2,749,661.00 |
| d. Less Cumulative Prior Award(s) This Budget Period | $2,749,662.00 |
| e. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | **$0.00** |

**33. RECOMMENDED FUTURE SUPPORT:**
(Subject to the availability of funds and satisfactory progress of project)

| YEAR | TOTAL COSTS |
|---|---|
| 25 | $5,499,323.00 |
| 26 | $5,499,323.00 |

| 34. APPROVED DIRECT ASSISTANCE BUDGET: (In lieu of cash) | |
|---|---|
| a. Amount of Direct Assistance | $0.00 |
| b. Less Unawarded Balance of Current Year's Funds | $0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | $0.00 |
| d. AMOUNT OF DIRECT ASSISTANCE THIS ACTION | **$0.00** |

**35. FORMER GRANT NUMBER**
H66CS00483

**36. OBJECT CLASS**
41.51

**37. BHCMIS#**
102340

**38. THIS AWARD IS BASED ON THE APPLICATION APPROVED BY HRSA FOR THE PROJECT NAMED IN ITEM 14. FEDERAL AWARD PROJECT TITLE AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE AS:**
a. The program authorizing statue and program regulation cited in this Notice of Award; b. Conditions on activities and expenditures of funds in certain other applicable statutory requirements, such as those included in appropriations restrictions applicable to HRSA funds; c. 45 CFR Part 75; d. National Policy Requirements and all other requirements described in the HHS Grants Policy Statement; e. Federal Award Performance Goals; and f. The Terms and Conditions cited in this Notice of Award. In the event there are conflicting or otherwise inconsistent policies applicable to the award, the above order of precedence shall prevail. Recipients indicate acceptance of the award, and terms and conditions by obtaining funds from the payment system.

**39. ACCOUNTING CLASSIFICATION CODES**

| FY-CAN | CFDA | DOCUMENT NUMBER | AMT. FIN. ASST. | AMT. DIR. ASST. | SUB PROGRAM CODE | SUB ACCOUNT CODE |
|---|---|---|---|---|---|---|
| 25 - 3980879 | 93.224 | 25H80CS00056 | $0.00 | $0.00 | HCH | 25H80CS00056 |
| 25 - 398879N | 93.224 | 25H80CS00056 | $0.00 | $0.00 | HCH | 25H80CS00056 |

# HRSA Electronic Handbooks (EHBs) Registration Requirements

The Project Director of the grant (listed on this NoA) and the Authorizing Official of the grantee organization are required to register (if not already registered) within HRSA's Electronic Handbooks (EHBs). Registration within HRSA EHBs is required only once for each user for each organization they represent. To complete the registration quickly and efficiently we recommend that you note the 10-digit grant number from box 4b of this NoA. After you have completed the initial registration steps (i.e.,created an individual account and associated it with the correct grantee organization record), be sure to add this grant to your portfolio. This registration in HRSA EHBs is required for submission of noncompeting continuation applications. In addition, you can also use HRSA EHBs to perform other activities such as updating addresses, updating email addresses and submitting certain deliverables electronically. Visit https://grants3.hrsa.gov/2010/WebEPSExternal/Interface/common/accesscontrol/login.aspx to use the system. Additional help is available online and/or from the HRSA Call Center at 877-Go4-HRSA/877-464-4772.

# Terms and Conditions

**Failure to comply with the remarks, terms, conditions, or reporting requirements may result in a draw down restriction being placed on your Payment Management System account or denial of future funding.**

## Grant Specific Condition(s)

1. **Due Date: Within 120 Days of Award Release Date**
   Due Date: Within 120 Days of Award Release Date
   CIS Tracking Number: CIS00163310
   Delete Service Delivery Site: Denny International Middle School
   2601 SW Kenyon St RM 287, Seattle, WA 98106
   Within 120 days of the release date of this award (i.e., the date HRSA emailed you this Notice of Award), you **MUST** verify deletion, as required via the related EHB submission deliverable.
   To access the deliverable, go to your grant folder/handbook.

2. **Due Date: Within 120 Days of Award Release Date**
   Due Date: Within 120 Days of Award Release Date
   CIS Tracking Number: CIS00163311
   Delete Service Delivery Site: Jefferson Day Center
   420 4th Ave, Room: Medical Office, Seattle, WA 98104-2308
   Within 120 days of the release date of this award (i.e., the date HRSA emailed you this Notice of Award), you **MUST** verify deletion, as required via the related EHB submission deliverable.
   To access the deliverable, go to your grant folder/handbook.

## Grant Specific Term(s)

1. (CIS Tracking Number: CIS00163310) This Notice of Award (NoA) reflects approval of a proposed change in scope as of 05/07/2025:
   Delete Service Delivery Site:Denny International Middle School
   2601 SW Kenyon St RM 287, Seattle, WA 98106
   Verification of deletion (see condition above) is **REQUIRED** to officially change your scope of project.
   This change in scope must be supported within the level of grant funds currently awarded. This approval in no way obligates the Health Resources and Services Administration (HRSA) to any future support.

2. (CIS Tracking Number: CIS00163311) This Notice of Award (NoA) reflects approval of a proposed change in scope as of 05/07/2025:
   Delete Service Delivery Site:Jefferson Day Center
   420 4th Ave, Room: Medical Office, Seattle, WA 98104-2308
   Verification of deletion (see condition above) is **REQUIRED** to officially change your scope of project.
   This change in scope must be supported within the level of grant funds currently awarded. This approval in no way obligates the Health Resources and Services Administration (HRSA) to any future support.

3. Funding beyond this budget period is contingent upon the availability of appropriated funds for this program, recipient satisfactory performance, program authority, compliance with the Terms and Conditions of the award, and a decision that continued funding is in the best interest of the Federal government.
   This award action is based on HRSA's approval of the recipient's application and any modifications at the time of this award. Continued support for this award may be subject to other programmatic considerations to the extent permitted by law, including, but not limited to, Administration priorities and court orders.
   Should additional federal funds not be available and/or shifting priorities affect the programmatic objectives of this award, the recipient will work with HRSA to revise any workplan tasks and budget in accordance with 45 CFR 75.308 (Revision of budget and program plans).

All prior terms and conditions remain in effect unless specifically removed.

## Contacts

## NoA Email Address(es):

| Name | Role | Email |
|------|------|-------|
| Minh T Ta | Business Official | minh.ta@kingcounty.gov |
| Semone Andu | Program Director | sandu@kingcounty.gov |
| Denise Hawthorne | Authorizing Official | denise.hawthorne@kingcounty.gov |

Note: NoA emailed to these address(es)

All submissions in response to conditions and reporting requirements (with the exception of the FFR) must be submitted via EHBs. Submissions for Federal Financial Reports (FFR) must be completed in the Payment Management System (https://pms.psc.gov/).

EXHIBIT B



**Department of Health and Human Services**
**Health Resources and Services Administration**

Notice of Award
FAIN# H8000056
Federal Award Date: 06/06/2025

## Recipient Information

1. **Recipient Name**
   SEATTLE-KING COUNTY PUBLIC HEALTH DEPT
   401 5th Ave
   Seattle, WA 98104-1818

2. **Congressional District of Recipient**
   07

3. **Payment System Identifier (ID)**
   1916001327A5

4. **Employer Identification Number (EIN)**
   916001327

5. **Data Universal Numbering System (DUNS)**
   156914921

6. **Recipient's Unique Entity Identifier**
   TS2LXAN2W8A8

7. **Project Director or Principal Investigator**
   Semone Andu
   Project Director
   sandu@kingcounty.gov
   (206)290-1983

8. **Authorized Official**
   Denise Hawthorne
   denise.hawthorne@kingcounty.gov
   (206)263-8307

## Federal Agency Information

9. **Awarding Agency Contact Information**
   Djuana D Gibson
   Grants Management Specialist
   Office of Federal Assistance Management (OFAM)
   Division of Grants Management Office (DGMO)
   dgibson@hrsa.gov
   (301) 443-3243

10. **Program Official Contact Information**
    Elizabeth Goodger
    Bureau of Primary Health Care (BPHC)
    egoodger@hrsa.gov
    (301) 443-5663

## Federal Award Information

11. **Award Number**
    6 H80CS00056-24-03

12. **Unique Federal Award Identification Number (FAIN)**
    H8000056

13. **Statutory Authority**
    42 U.S.C. § 254b

14. **Federal Award Project Title**
    Health Center Program

15. **Assistance Listing Number**
    93.224

16. **Assistance Listing Program Title**
    Community Health Centers

17. **Award Action Type**
    Administrative

18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

19. **Budget Period Start Date 01/01/2025 - End Date 12/31/2025**

| | |
|---|---|
| 20. **Total Amount of Federal Funds Obligated by this Action** | $916,554.00 |
| 20a. Direct Cost Amount | |
| 20b. Indirect Cost Amount | $2,998,171.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $3,666,216.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | $25,652,281.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | $31,151,604.00 |
| 26. **Project Period Start Date 01/01/2025 - End Date 12/31/2027** | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $29,318,497.00 |

28. **Authorized Treatment of Program Income**
    Addition

29. **Grants Management Officer – Signature**
    Sarah Hammond on 06/06/2025

## 30. Remarks

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks. If you need more information, please contact HRSA contact center at 877-464-4772, 8 am to 8 pm ET, weekdays.

Date Issued: 6/6/2025 11:39:08 AM
Award Number: 6 H80CS00056-24-03



Notice of Award
Award Number: 6 H80CS00056-24-03
Federal Award Date: 06/06/2025

**Bureau of Primary Health Care (BPHC)**

| 31. APPROVED BUDGET: (Excludes Direct Assistance) | |
|---|---|
| [ ]   Grant Funds Only | |
| [X]   Total project costs including grant funds and all other financial participation | |
| a.   Salaries and Wages: | $9,421,100.00 |
| b.   Fringe Benefits: | $2,817,317.00 |
| c.   Total Personnel Costs: | $12,238,417.00 |
| d.   Consultant Costs: | $0.00 |
| e.   Equipment: | $0.00 |
| f.   Supplies: | $373,973.00 |
| g.   Travel: | $193,049.00 |
| h.   Construction/Alteration and Renovation: | $0.00 |
| i.   Other: | $4,325,560.00 |
| j.   Consortium/Contractual Costs: | $11,022,434.00 |
| k.   Trainee Related Expenses: | $0.00 |
| l.   Trainee Stipends: | $0.00 |
| m.   Trainee Tuition and Fees: | $0.00 |
| n.   Trainee Travel: | $0.00 |
| o.   TOTAL DIRECT COSTS: | $28,153,433.00 |
| p.   INDIRECT COSTS (Rate: % of S&W/TADC): | $2,998,171.00 |
|      i. Indirect Cost Federal Share: | $2,998,171.00 |
|      ii. Indirect Cost Non-Federal Share: | $0.00 |
| q.   TOTAL APPROVED BUDGET: | $31,151,604.00 |
|      i. Less Non-Federal Share: | $25,652,281.00 |
|      ii. Federal Share: | $5,499,323.00 |

| 32. AWARD COMPUTATION FOR FINANCIAL ASSISTANCE: | |
|---|---|
| a.   Authorized Financial Assistance This Period | **$5,499,323.00** |
| b.   Less Unobligated Balance from Prior Budget Periods | |
|      i. Additional Authority | $0.00 |
|      ii. Offset | $0.00 |
| c.   Unawarded Balance of Current Year's Funds | $1,833,107.00 |
| d.   Less Cumulative Prior Award(s) This Budget Period | $2,749,662.00 |
| e.   AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | **$916,554.00** |

| 33. RECOMMENDED FUTURE SUPPORT: |
|---|
| (Subject to the availability of funds and satisfactory progress of project) |

| YEAR | TOTAL COSTS |
|---|---|
| 25 | $5,499,323.00 |
| 26 | $5,499,323.00 |

| 34. APPROVED DIRECT ASSISTANCE BUDGET: (In lieu of cash) | |
|---|---|
| a. Amount of Direct Assistance | $0.00 |
| b. Less Unawarded Balance of Current Year's Funds | $0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | $0.00 |
| d. AMOUNT OF DIRECT ASSISTANCE THIS ACTION | **$0.00** |

| 35. FORMER GRANT NUMBER |
|---|
| H66CS00483 |

| 36. OBJECT CLASS |
|---|
| 41.51 |

| 37. BHCMIS# |
|---|
| 102340 |

**38. THIS AWARD IS BASED ON THE APPLICATION APPROVED BY HRSA FOR THE PROJECT NAMED IN ITEM 14. FEDERAL AWARD PROJECT TITLE AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE AS:**
a. The program authorizing statue and program regulation cited in this Notice of Award; b. Conditions on activities and expenditures of funds in certain other applicable statutory requirements, such as those included in appropriations restrictions applicable to HRSA funds; c. 45 CFR Part 75; d. National Policy Requirements and all other requirements described in the HHS Grants Policy Statement; e. Federal Award Performance Goals; and f. The Terms and Conditions cited in this Notice of Award. In the event there are conflicting or otherwise inconsistent policies applicable to the award, the above order of precedence shall prevail. Recipients indicate acceptance of the award, and terms and conditions by obtaining funds from the payment system.

**39. ACCOUNTING CLASSIFICATION CODES**

| FY-CAN | CFDA | DOCUMENT NUMBER | AMT. FIN. ASST. | AMT. DIR. ASST. | SUB PROGRAM CODE | SUB ACCOUNT CODE |
|---|---|---|---|---|---|---|
| 25 - 3980879 | 93.224 | 25H80CS00056 | $916,554.00 | $0.00 | HCH | 25H80CS00056 |

# HRSA Electronic Handbooks (EHBs) Registration Requirements

The Project Director of the grant (listed on this NoA) and the Authorizing Official of the grantee organization are required to register (if not already registered) within HRSA's Electronic Handbooks (EHBs). Registration within HRSA EHBs is required only once for each user for each organization they represent. To complete the registration quickly and efficiently we recommend that you note the 10-digit grant number from box 4b of this NoA. After you have completed the initial registration steps (i.e.,created an individual account and associated it with the correct grantee organization record), be sure to add this grant to your portfolio. This registration in HRSA EHBs is required for submission of noncompeting continuation applications. In addition, you can also use HRSA EHBs to perform other activities such as updating addresses, updating email addresses and submitting certain deliverables electronically. Visit https://grants3.hrsa.gov/2010/WebEPSExternal/Interface/common/accesscontrol/login.aspx to use the system. Additional help is available online and/or from the HRSA Call Center at 877-Go4-HRSA/877-464-4772.

# Terms and Conditions

**Failure to comply with the remarks, terms, conditions, or reporting requirements may result in a draw down restriction being placed on your Payment Management System account or denial of future funding.**

## Grant Specific Term(s)

1. This action awards two additional months of funding for a total of 8 months of pro-rated Health Center Program continuation award funding based on your FY 2025 continuation funding target.

2. Applicable Regulations – Prior to October 1, 2025, the recipient agrees this award will be subject to 45 C.F.R. Part 75 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for HHS Awards), with the exception of eight flexibilities HHS adopted on October 1, 2024, from 2 C.F.R. Part 200. See 2 C.F.R. § 300.1 (Adoption of 2 C.F.R. Part 200). After October 1, 2025, this award will be subject to all applicable provisions of 2 C.F.R. Parts 200 and 300 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards).

3. Funding beyond this budget period is contingent upon the availability of appropriated funds for this program, recipient satisfactory performance, program authority, compliance with the Terms and Conditions of the award, and a decision that continued funding is in the best interest of the Federal government.

    This award action is based on HRSA's approval of the recipient's application and any modifications at the time of this award. Continued support for this award may be subject to other programmatic considerations to the extent permitted by law, including, but not limited to, Administration priorities and court orders.

    Should additional federal funds not be available and/or shifting priorities affect the programmatic objectives of this award, the recipient will work with HRSA to revise any workplan tasks and budget in accordance with 45 CFR 75.308 (Revision of budget and program plans).

4. By accepting this award, including the obligation, expenditure, or drawdown of award funds, recipients, whose programs are covered by Title IX, certify as follows:

    • Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration of the Agreement.

    • The above requirements are conditions of payment that go the essence of the Agreement and are therefore material terms of the Agreement.

    • Payments under the Agreement are predicated on compliance with the above requirements, and therefore Recipient is not eligible for funding under the Agreement or to retain any funding under the Agreement absent compliance with the above requirements.

    • Recipient acknowledges that this certification reflects a change in the government's position regarding the materiality of the foregoing requirements and therefore any prior payment of similar claims does not reflect the materiality of the foregoing requirements to this Agreement.

    • Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the above requirements and/or eligibility for the Agreement may subject Recipient to liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

All prior terms and conditions remain in effect unless specifically removed.

# Contacts

# NoA Email Address(es):

| Name | Role | Email |
|------|------|-------|
| Minh T Ta | Business Official | minh.ta@kingcounty.gov |
| Semone Andu | Program Director | sandu@kingcounty.gov |
| Denise Hawthorne | Authorizing Official | denise.hawthorne@kingcounty.gov |

Note: NoA emailed to these address(es)

All submissions in response to conditions and reporting requirements (with the exception of the FFR) must be submitted via EHBs. Submissions for Federal Financial Reports (FFR) must be completed in the Payment Management System (https://pms.psc.gov/).

# EXHIBIT C



**Department of Health and Human Services**
**Health Resources and Services Administration**

Notice of Award
FAIN# H8900022
Federal Award Date: 05/07/2025

## Recipient Information

1. **Recipient Name**
   SEATTLE-KING COUNTY PUBLIC HEALTH DEPT
   401 5th Ave
   Seattle, WA 98104-1818

2. **Congressional District of Recipient**
   07

3. **Payment System Identifier (ID)**
   1916001327A5

4. **Employer Identification Number (EIN)**
   916001327

5. **Data Universal Numbering System (DUNS)**
   156914921

6. **Recipient's Unique Entity Identifier**
   TS2LXAN2W8A8

7. **Project Director or Principal Investigator**
   Mark Baker
   Seattle Ryan White Part A Program Manager
   markbaker@kingcounty.gov
   (206)477-4301

8. **Authorized Official**
   Scott Beck
   sbeck@kingcounty.gov
   (206)477-3415

## Federal Agency Information

9. **Awarding Agency Contact Information**
   Patryce Peden
   Grants Management Specialist
   Office of Federal Assistance Management (OFAM)
   Division of Grants Management Office (DGMO)
   ppeden@hrsa.gov
   (301) 443-2277

10. **Program Official Contact Information**
    Elana Ahiati
    HIV/AIDS Bureau (HAB)
    eahiati@hrsa.gov
    (301) 945-3364

## Federal Award Information

11. **Award Number**
    6 H89HA00022-33-01

12. **Unique Federal Award Identification Number (FAIN)**
    H8900022

13. **Statutory Authority**
    42 U.S.C. § 300ff-11-20 and § 300ff-121

14. **Federal Award Project Title**
    HIV EMERGENCY RELIEF PROJECT GRANTS

15. **Assistance Listing Number**
    93.914

16. **Assistance Listing Program Title**
    HIV Emergency Relief Project Grants

17. **Award Action Type**
    Administrative

18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

19. **Budget Period Start Date 03/01/2025 - End Date 02/28/2026**
20. **Total Amount of Federal Funds Obligated by this Action** $1,974,555.00
    20a. Direct Cost Amount
    20b. Indirect Cost Amount $0.00
21. Authorized Carryover $0.00
22. Offset $0.00
23. Total Amount of Federal Funds Obligated this budget period $3,316,948.00
24. **Total Approved Cost Sharing or Matching, where applicable** $0.00
25. **Total Federal and Non-Federal Approved this Budget Period** $3,316,948.00
26. **Project Period Start Date 03/01/2025 - End Date 02/29/2028**
27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period $3,316,948.00

28. **Authorized Treatment of Program Income**
    Addition

29. **Grants Management Officer – Signature**
    Karen Mayo on 05/07/2025

## 30. Remarks

This award includes the following sources of funding:

FY25 MAI - $174,676
FY25 Formula - $3,142,272
Total Funding - $3,316,948

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks. If you need more information, please contact HRSA contact center at 877-464-4772, 8 am to 8 pm ET, weekdays.



HRSA
Health Resources & Services Administration

Notice of Award
Award Number: 6 H89HA00022-33-01
Federal Award Date: 05/07/2025

**HIV/AIDS Bureau (HAB)**

| 31. APPROVED BUDGET: (Excludes Direct Assistance) | |
|---|---|
| [X] Grant Funds Only | |
| [ ] Total project costs including grant funds and all other financial participation | |
| a. Salaries and Wages: | $0.00 |
| b. Fringe Benefits: | $0.00 |
| c. Total Personnel Costs: | $0.00 |
| d. Consultant Costs: | $0.00 |
| e. Equipment: | $0.00 |
| f. Supplies: | $0.00 |
| g. Travel: | $0.00 |
| h. Construction/Alteration and Renovation: | $0.00 |
| i. Other: | $0.00 |
| j. Consortium/Contractual Costs: | $0.00 |
| k. Trainee Related Expenses: | $0.00 |
| l. Trainee Stipends: | $0.00 |
| m. Trainee Tuition and Fees: | $0.00 |
| n. Trainee Travel: | $0.00 |
| o. TOTAL DIRECT COSTS: | $3,316,948.00 |
| p. INDIRECT COSTS (Rate: % of S&W/TADC): | $0.00 |
| i. Indirect Cost Federal Share: | $0.00 |
| ii. Indirect Cost Non-Federal Share: | $0.00 |
| q. TOTAL APPROVED BUDGET: | $3,316,948.00 |
| i. Less Non-Federal Share: | $0.00 |
| ii. Federal Share: | $3,316,948.00 |

| 32. AWARD COMPUTATION FOR FINANCIAL ASSISTANCE: | |
|---|---|
| a. Authorized Financial Assistance This Period | **$3,316,948.00** |
| b. Less Unobligated Balance from Prior Budget Periods | |
| i. Additional Authority | $0.00 |
| ii. Offset | $0.00 |
| c. Unawarded Balance of Current Year's Funds | $0.00 |
| d. Less Cumulative Prior Award(s) This Budget Period | $1,342,393.00 |
| e. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | **$1,974,555.00** |

| 33. RECOMMENDED FUTURE SUPPORT: (Subject to the availability of funds and satisfactory progress of project) | |
|---|---|
| YEAR | TOTAL COSTS |
| 34 | $3,316,948.00 |
| 35 | $3,316,948.00 |

| 34. APPROVED DIRECT ASSISTANCE BUDGET: (In lieu of cash) | |
|---|---|
| a. Amount of Direct Assistance | $0.00 |
| b. Less Unawarded Balance of Current Year's Funds | $0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | $0.00 |
| d. AMOUNT OF DIRECT ASSISTANCE THIS ACTION | **$0.00** |

| 35. FORMER GRANT NUMBER |
|---|
| BRH890022 |

| 36. OBJECT CLASS |
|---|
| 41.15 |

| 37. BHCMIS# |
|---|
| |

**38. THIS AWARD IS BASED ON THE APPLICATION APPROVED BY HRSA FOR THE PROJECT NAMED IN ITEM 14. FEDERAL AWARD PROJECT TITLE AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE AS:**
a. The program authorizing statue and program regulation cited in this Notice of Award; b. Conditions on activities and expenditures of funds in certain other applicable statutory requirements, such as those included in appropriations restrictions applicable to HRSA funds; c. 45 CFR Part 75; d. National Policy Requirements and all other requirements described in the HHS Grants Policy Statement; e. Federal Award Performance Goals; and f. The Terms and Conditions cited in this Notice of Award. In the event there are conflicting or otherwise inconsistent policies applicable to the award, the above order of precedence shall prevail. Recipients indicate acceptance of the award, and terms and conditions by obtaining funds from the payment system.

**39. ACCOUNTING CLASSIFICATION CODES**

| FY-CAN | CFDA | DOCUMENT NUMBER | AMT. FIN. ASST. | AMT. DIR. ASST. | SUB PROGRAM CODE | SUB ACCOUNT CODE |
|---|---|---|---|---|---|---|
| 25 - 377RA25 | 93.914 | 25H89HA00022 | $1,870,530.00 | $0.00 | FRML | 25H89HA00022 |
| 25 - 377RA24 | 93.914 | 25H89HA00022 | $104,025.00 | $0.00 | MAI | 25H89HA00022 |

# HRSA Electronic Handbooks (EHBs) Registration Requirements

The Project Director of the grant (listed on this NoA) and the Authorizing Official of the grantee organization are required to register (if not already registered) within HRSA's Electronic Handbooks (EHBs). Registration within HRSA EHBs is required only once for each user for each organization they represent. To complete the registration quickly and efficiently we recommend that you note the 10-digit grant number from box 4b of this NoA. After you have completed the initial registration steps (i.e.,created an individual account and associated it with the correct grantee organization record), be sure to add this grant to your portfolio. This registration in HRSA EHBs is required for submission of noncompeting continuation applications. In addition, you can also use HRSA EHBs to perform other activities such as updating addresses, updating email addresses and submitting certain deliverables electronically. Visit https://grants3.hrsa.gov/2010/WebEPSExternal/Interface/common/accesscontrol/login.aspx to use the system. Additional help is available online and/or from the HRSA Call Center at 877-Go4-HRSA/877-464-4772.

# Terms and Conditions

**Failure to comply with the remarks, terms, conditions, or reporting requirements may result in a draw down restriction being placed on your Payment Management System account or denial of future funding.**

## Grant Specific Term(s)

1. At the time of this award creation, HRSA was operating under a Continuing Resolution; therefore, this award provides partial funding based on the continuation of FY 2024 program requirements, funding levels, and specialized reporting requirements. Additions and revisions to these Terms and Conditions may be necessary once HRSA receives a final FY 2025 appropriations. A revised NoA will be issued to reflect any changes to funding amounts, Terms and Conditions, and/or reporting requirements.

2. Funding beyond this budget period is contingent upon the availability of appropriated funds for this program, recipient satisfactory performance, program authority, compliance with the Terms and Conditions of the award, and a decision that continued funding is in the best interest of the Federal government.

   This award action is based on HRSA's approval of the recipient's application and any modifications at the time of this award. Continued support for this award may be subject to other programmatic considerations to the extent permitted by law, including, but not limited to, Administration priorities and court orders.

   Should additional federal funds not be available and/or shifting priorities affect the programmatic objectives of this award, the recipient will work with HRSA to revise any workplan tasks and budget in accordance with 45 CFR 75.308 (Revision of budget and program plans).

All prior terms and conditions remain in effect unless specifically removed.

# Contacts

## NoA Email Address(es):

| Name | Role | Email |
|------|------|-------|
| Mark Baker | Program Director | markbaker@kingcounty.gov |
| Yinka Otusanya | Business Official | yinka.otusanya@kingcounty.gov |
| Scott Beck | Authorizing Official | sbeck@kingcounty.gov |

Note: NoA emailed to these address(es)

All submissions in response to conditions and reporting requirements (with the exception of the FFR) must be submitted via EHBs. Submissions for Federal Financial Reports (FFR) must be completed in the Payment Management System (https://pms.psc.gov/).

1

2

## CERTIFICATE OF SERVICE

3

        I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

4

document on the following parties by the method(s) indicated below:

5

6

7

8

9

10

11

12

13

| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
|---|---|

14

15

        I declare under penalty of perjury under the laws of the United States and the State of

16

Washington that the foregoing is true and correct.

17

        DATED this 14th day of July, 2025.

18

19

                                        */s/ Gabriela DeGregorio*
                                        Gabriela DeGregorio

20

                                        Litigation Assistant
                                        Pacifica Law Group LLP

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750