THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>                            Plaintiffs,<br>    v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                            Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF BONNIE TUFTS |

I, BONNIE TUFTS declare as follows:

1.    I am the Program Manager for the Kitsap County Block Grant Program housed within the Department of Human Services. I am responsible for the administration of Kitsap County's annual allocations of Community Development Block Grant (CDBG) and HOME Investment Partnerships Program (HOME) funding. I have worked in the Block Grant Program for 29 years, serving in my current position for the last 18 years.

2.    Kitsap County, together with the cities of Poulsbo, Port Orchard and Bainbridge Island, qualifies as an Urban County for CDBG funding. Kitsap County is the entitlement jurisdiction, receiving the direct allocation from HUD, and has interlocal agreements with each of the cities.

3.    Kitsap County (including the cities of Poulsbo, Port Orchard, and Bainbridge

DECLARATION OF BONNIE TUFTS - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Island) and the City of Bremerton are a HOME Consortium under the HOME Program. Kitsap County is the Participating Jurisdiction, receiving the direct allocation from HUD and has interlocal agreements with each of the cities.

4. Kitsap County relies on CDBG and HOME funding for housing, community and economic development and public service projects and programs that serve low and very-low income residents.

5. Kitsap County has received CDBG funding since at least 1993 and HOME funding since 1994. Kitsap County's annual allocation amounts are determined by formula once the federal budget is finalized. Kitsap County has been notified by HUD of its 2025 allocations; $1,093,594 in CDBG funds and $668,553.08 in HOME Consortium funds.

6. All local projects that receive funding must be tied to goals established in the 5-year Consolidated Plans and identified in Annual Action Plans and must follow a Citizen Participation Process.

7. Kitsap County 2025 CDBG funding was awarded to agencies following a competitive application process in 2024, and will be used for food bank operations and child care/afterschool programs, microenterprise business assistance, a new food bank facility, rehabilitation and weatherization of homeowner housing and rehabilitation of rental housing.

8. Kitsap County 2025 HOME funding was awarded to agencies following a competitive application process in 2024, and will be used for the acquisition of new affordable rental units and for downpayment assistance to homebuyers.

9. To receive funding, Kitsap County must submit a 2025 Annual Action Plan to HUD which includes all of the projects that will receive CDBG and HOME funding and SF-424 and SF-424B forms signed by the Chair of the Board of County Commissioners. The Annual

DECLARATION OF BONNIE TUFTS - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Action Plan is the application for financial assistance and must be approved by HUD before grant agreements are issued.

10. On June 17, 2025, Kitsap County was notified that the SF-424B was recently modified and the new version of the form must be included with the Annual Action Plan submission. A letter from General Deputy Assistant Secretary, Claudette Fernandez, addressed to Council of State Community Development Agencies (COSDA) and National Community Development Association (NCDA) addressing concerns around Plan Submissions and FY2025 grant agreements conformity to executive orders and policies was also included.

11. It is unclear how the new conditions stated in the letter, including the SAVE (Systematic Alien Verification for Entitlements) system, will be implemented and how they will impact subrecipients that receive funding from Kitsap County.

12. If Kitsap County refuses the new grant conditions and CDBG and HOME funding is lost, there would be a significant impact to the county to meet affordable housing and suitable living environment needs and to the agencies depending on these funds to provide housing and services to low and very-low income households in the community.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of July, 2025.

*Bonnie Tufts*
BONNIE TUFTS
Program Manager, Kitsap County Block Grant Program

DECLARATION OF BONNIE TUFTS - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750