THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF JOSEPH RUTAN |

I, JOSEPH RUTAN, declare as follows:

1. I am the acting interim Kitsap County Public Works Director and County Engineer. I am a licensed professional engineer in the State of Washington. As the County Engineer I am responsible for oversight and administration of federal transportation grant funds. I have been the Assistant Director Public Works and Kitsap County Engineer since 2020 with 17 years prior experience as County Engineer for Whatcom County, Washington. I have been acting Public Works Director for 3 months.

2. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records

3. Kitsap County has received federal transportation funding since establishment of

DECLARATION OF JOSEPH RUTAN - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

federal transportation funding authorizations.

4. Kitsap County Public Works received federal grants through competitive grant processes. The grant programs include direct Federal Highway Administration (FHWA) grant programs such as RAISE and Safe Streets for All; federal funding "pass through" programs through the Puget Sound Regional Council (PSRC) for federal STP, CRRSAA, and other federal programs; and federal funding "pass through" programs through Washington State such as Safe Routes to School (SRTS), PROTECT; and federal funding through the Department of Defense (Navy) and Tribes.

5. Each grant application (successful or not in receiving an award) represent significant staff and community effort to meet the specific needs and requirements of the grant process. Each grant program has unique application processes which must be addressed by Kitsap County to be successful. Most of the grant awards are for a single phase of the project (design, ROW, or construction) with typical awards for construction; the county funds the phases of the project and matching local funds not included in the grant. Each awarded grant represents a commitment by the County to deliver the project. Kitsap County must expend a significant level of staff support and budget to identify, apply, and mange federal grant funds.

6. Kitsap County annually approves a 6-year Transportation Improvement Program (TIP). The TIP is the Kitsap County's plan for planning, designing, and construction of transportation capital projects. The TIP is fiscally constrained with the first 3 years of the plan having dedicated funding sources identified and the last three years have some level of funding considered "reasonable secured", meaning grant funding identified for a specific project has not been awarded; however, the County has a reasonable expectation that the project will be competitive in future grant process due to the nature of the project and requirements of specific

DECLARATION OF JOSEPH RUTAN - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

grant processes.

7. Kitsap County's current TIP is for the 2025-2030 time period. The Kitsap County TIP for 2025-2030 identifies $40,426,748 in awarded Federal grant program funding and an additional $28,505,000 in identified future Federal grant program awards for a total of $68,931,748. Federal grants amount to approximately 47% of the County's TIP funding for 2025-2030. The County's TIP provides funding source/expenditures for each project.

The Federal grants identified in the TIP can be divided into four categories:

- "Obligated" (under grant contract with the FHWA) $5,265,740
- "Awarded but not obligated" (formal funding award to a project with a future date for "obligation"). $20,132,000
- "Environmental" or other Federal Grant Programs that are "Awarded but not obligated" $15,029,000
- "Reasonably Assured" Future Federal or pass through grant program awards $28,505,000

8. Projects are funded directly through Federal grant programs (RAISE) or "pass through" regional/state programs (STP, HSIP, SRTS) with additional federal direct or pass through funding from Environmental programs (PROTECT, WS-ECY, Navy-Tribe).

DECLARATION OF JOSEPH RUTAN - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Project "Grant Obligated" through FHWA**

| Project | Phase | Grant | Amount |
|---|---|---|---|
| CodeGreen | Con | HSIP | $484,000 |
| SR 104 Holding Lane/ATMS | PE | STP-23 | $10,000 |
|  | Con | STP-24 | $1,178,000 |
| Ridgetop - Mickelberry to Myhre (All Phases) | PE | STP 21 | $425,000 |
| Suquamish/Augusta - South St. to Winfred | PE | STP-25 | $260,000 |
| Sidney & Pine | PE | HSIP | $176,000 |
|  | ROW | HSIP | $50,000 |
|  | Con | HSIP | $2,680,000 |
| Perry - Stone to Sheridan | PE | SRTS | $37,000 |
|  | ROW | SRTS | $180,000 |
|  | Con | SRTS | $2,531,000 |
| Total |  |  | $5,265,748 |

**Project "Grant Award, Not Obligated" through FHWA**

| Project | Phase | Grant | Amount |
|---|---|---|---|
| Lund & Hoover | Con | STP-28 | $3,761,000 |
| Lund - Chase to Jackson 1 | Con | STP-28 | $3,761,000 |
| Ridgetop - Mickelberry to Myhre Phase 1 | ROW | CRRSAA | $474,000 |
|  | Con | STP-27 | $5,460,000 |
| Ridgetop - Mickelberry to Myhre Phase 2 | ROW | CRRSAA | $4,279,000 |
| Lake Flora - City Limits to J M Dickinson | Con | STP-27 | $997,000 |
| STO - Central Pre-Design Study | PE | RAISE | $400,000 |
| Suquamish to Gunderson NM Pre-Design Study | PE | RAISE | $500,000 |
| STO - South Pre-Design Study | PE | RAISE | $500,000 |
| Total |  |  | $20,132,000 |

**"Environmental" or other Federal Grant Programs**

| Project | Phase | Grant | Amount |
|---|---|---|---|
| Burley Creek at Spring Creek Road | Con | PROTECT | $4,236,000 |
| Harper Estuary Restoration | PE | PROTECT | $15,000 |
|  | ROW | WA-ECY | $79,000 |
|  | Con | PROT/Grant | $5,840,000 |
| Colchester Drive, Duncan Creek Fish Passage Culvert | PE | PROTECT | $490,000 |
|  | Con | PROTECT | $2,869,000 |
| Little Boston Road - Shipbuilder's Creek | PE | Tribe | $500,000 |
|  | Con | Tribe | $1,000,000 |

DECLARATION OF JOSEPH RUTAN - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

|  |  |  | |
|---|---|---|---:|
| **Total** | | | **$15,029,000** |

**"Reasonably Assured" Future federal or pass through grant program awards**

| Project | Phase | Grant | Amount |
|---|---|---|---:|
| **Ridgetop - Mickelberry to Myhre Phase 2** | | Grant-29/30 | $5,000,000 |
| **Ridgetop - Mickelberry to Myhre Phase 3** | Con | Grant-29/30 | $3,000,000 |
| **Norwegian Point Restoration** | | Grant | $1,300,000 |
| **Suquamish/Augusta - South St. to Winfred** | ROW | Grant-A | $600,000 |
| | PE | Grant-A | $4,064,000 |
| **West Kingston - Bridge to Middle School** | PE | Grant A | $257,000 |
| | ROW | Grant A | $50,000 |
| | Con | Grant A | $1,889,000 |
| **Central Valley & McWilliams/64th** | PE | Grant | $357,000 |
| | ROW | Grant | $80,000 |
| | Con | Grant | $3,270,000 |
| **Beach Drive - Main to Clam Bay Ct** | Con | Grant | $2,160,000 |
| **Sam Snyder Creek Culverts** | PE | Grant A | $749,000 |
| | ROW | Grant A | $170,000 |
| | Con | Grant A | $3,059,000 |
| **Sunnyslope Road, Fish Passage Culverts #100703, #100704, and #100705** | Con | Navy | $2,500,000 |
| **Total** | | | **$28,505,000** |

9. Kitsap County's current TIP is for the 2025-2030 time period. The Kitsap County TIP for 2025-2030 identifies $40,426,748 in awarded Federal grant program funding and an additional $28,505,000 in identified future Federal grant program awards for a total of $68,931,748. Federal grants amount to approximately 47% of the County's TIP funding for 2025-2030. The County's TIP provides funding source/expenditures for each project.

10. It is my understanding that DOT has recently issued new terms and conditions for recipients of competitive grant funding.

11. Changes in award or conditions of award for federal funds currently obligated or awarded to Kitsap County would have a crippling effect on the County's transportation capital delivery program. Forty-seven percent (47%) of the County's transportation capital facilities

DECLARATION OF JOSEPH RUTAN - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

program is funded through federal funding. The grants which have been obligated have or within the fiscal year will be under contract for project delivery. Cancelation or changes to conditions of the grant obligation would expose the County to potential breach of those contracts. The County does not have the fiscal capsity to backfill losses in grant funding which would result in the cancelation of the project. Cancelation or changes to the conditions of the awarded grants would mean cancelation of the project. The County does not have the fiscal capacity to backfill losses in grant funding. Changes to the grant processes would require the County to reassess the "Reasonably Assured" determination of future grants. The projects would be removed from the TIP and reassessed based on new grant program criteria. The uncertainty alone has already disrupted on-going planning activities.

12. Local transportation revenue is concentrated on operations, maintenance, and preservation of the existing County transportation system. The Transportation Improvement Program (TIP) is totally dependent on grant sources, specifically federal. Without federal funding the transportation capital improvement projects would be limited to projects supporting systems preservation and limited improvement projects funded through state or other grant sources.

13. To my knowledge, Kitsap County has not been provided access to, nor have we been required to use, the SAVE (Systematic Alien Verification for Entitlements) system administered by USCIS in connection with CDBG or HOME program activities.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

EXECUTED this 7th day of July, 2025.

DECLARATION OF JOSEPH RUTAN - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

_____
JOSEPH RUTAN
Public Works Director and Kitsap County Engineer

DECLARATION OF JOSEPH RUTAN - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750