THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF MALAIKA BILLUPS |

I, Malaika Billups, declare:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2. I am an attorney and the General Manager of the City of Los Angeles Personnel Department. The department is responsible for the recruitment, testing, hiring, and support of employees across 45 departments and agencies within the municipal corporation of the City of Los Angeles ("City"). As explained in our vision statement, the Personnel Department is committed to cultivating a diverse and inclusive workforce. As General Manager, I work to ensure that the City's hiring practices are in compliance with local, state, and federal laws and

DECLARATION OF MALAIKA BILLUPS - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

that we utilize modern recruitment methods to ensure that the City attracts the most qualified and talented individuals from a diverse array of backgrounds.  We value a workforce that reflects the diversity of Los Angeles itself, and my department works to ensure that policies that support and protect our workforce are implemented.

3. I have worked for the City of Los Angeles for over 8 years in various roles, including at the City Attorney's Office where I served as a Deputy City Attorney in the Labor Relations Division and helped create the Workplace Equity Policy, ensuring the City was in compliance with state and federal employment laws. In that role I also advised over ten City departments regarding City employment matters before becoming the Chief Diversity, Equity, and Inclusion Officer for the Department of Personnel, where I oversaw the implementation of a comprehensive Workplace Equity Policy and development of the City's Culture and Climate Survey.  I then joined the Office of the City Administrative Officer as the Assistant City Administrative Officer, serving in a wide range of capacities to support the annual budget process, labor and employee relations as well as monitoring the financial management practices of several City departments.

4. In my current role, I continue to advise the Mayor's Office and other City officials on the alignment of City operations, budget, and policies, with the City's vision and values, as described below.

## Los Angeles and its Values

5. The City of Los Angeles is a home rule charter city, organized and existing under and by virtue of the constitution and laws of the state of California. It is the second most populous city in the United States, with an estimated 3.8 million residents as of 2024.

6. As home to the film, television, and recording industries, as well as important cultural facilities, the City serves as a principal global cultural center. As such, Los Angeles has attracted and welcomed people from diverse backgrounds from across the United States and the world.

DECLARATION OF MALAIKA BILLUPS - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

7. Indeed, Los Angeles is a city of immigrants. According to the US Census, over 35% of the city's population is foreign-born. These residents contribute to every aspect of life in the City—from running small businesses and working in essential industries to shaping the city's vibrant cultural and culinary scenes. Los Angeles is also linguistically and culturally diverse. A significant portion of its residents speak a language other than English at home, with Spanish being the most common. Neighborhoods like Koreatown, Little Armenia, Boyle Heights, and Chinatown are living testaments to the City's immigrant roots. The diversity of the City's residents is likewise reflected in the composition of the municipal corporation's workforce.

8. Accordingly, in Los Angeles, diversity, equity, and inclusion are not transitory "policies" that can be set aside, but rather are concepts that are woven into the fabric of the City, and likewise into its government. A respect for diversity, equity, and inclusion is fundamental to the City's Charter, code, culture, and policies.

9. The City Charter reflects the City's values of diversity, equity, and inclusion, having enshrined the following classes as protected from discrimination and unfair treatment: race, religion, national origin, ancestry, sex, gender identity, gender expression, sexual orientation, age, disability, and marital status. (Los Angeles City Charter, Section 104(i).) Likewise, the 2021 Los Angeles Civil and Human Rights Ordinance recognizes that "Los Angeles has benefited, and will continue to benefit, from the economic, cultural and educational contributions of a wide range of groups and communities who are all too often targets of abuse and discrimination," and that the City "has a duty to protect and promote public welfare within its boundaries and to protect residents and visitors against discrimination, threats and retaliation based on a real or perceived status." (L.A.M.C. 51.00.) Indeed, "[t]he importance of discouraging discrimination that denies equal treatment to any individual in private employment, housing, education or commerce is one of the highest mandates for the welfare of those living in, working in and visiting the City." (*Id.*) Accordingly, the City prohibits discrimination in employment, housing, education, and commerce because of a person's "actual or perceived race,

DECLARATION OF MALAIKA BILLUPS - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

color, ethnicity, creed, age, national origin, religion, citizenship status, gender, gender identity or expression, sexual orientation, disability, medical condition, genetic information, marital status, partnership status, employment status, source of income, military status, veteran status, or primary language," (L.A.M.C. 51.03(A)), and tasks the Commission on Civil Rights and the Civil, Human Rights and Equity Department with investigating complaints of such discrimination and enforcement against violators. (L.A.M.C. 51.00.)

10. The City has a long history of protecting its diverse population. In 1990, the City released a groundbreaking policy against HIV/AIDS discrimination, the first of its kind in the nation, and a decade earlier it was the first city in California to protect its employees against LGBTQ discrimination, ahead of the state of California. In 2000, Los Angeles became one of the first cities to adopt the Convention on the Elimination of All Forms of Discrimination against Women (CEDAW).

11. Within the last several years, a series of Executive Directives issued by the Mayor's Office likewise reflect the City's commitment to diversity, equity, and inclusion, including a Policy against Discrimination in Employment based on Sexual Orientation, Gender Identity or Gender Expression (Executive Directive No. 12, 2008); a requirement of Gender Equity in City Operations (Executive Directive No. 11, 2015); the establishment of processes to receive and respond to reports of Harassment and Discrimination (Executive Directive No 23, 2018); a requirement of Racial Equity in City Government (Executive Directive No. 27, 2020); and the creation of the Office of Workplace Equity along with a citywide Workplace Equity Policy to ensure equity and inclusion for City employees (Executive Directive No. 34, 2022).

12. Most recently, the City reiterated its commitment to supporting and protecting its immigrant population by adopting an ordinance limiting the use of City resources for federal immigration enforcement. (L.A.A.C. Chapter 19, Division 19.)

13. I have read the Declaration of Yolanda Chavez filed concurrently by the City in this lawsuit and am familiar with the various new conditions that the Trump Administration has placed or will likely place on federal grants that fund the City's transportation infrastructure,

DECLARATION OF MALAIKA BILLUPS - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

airport operations, and housing programs. For example, these conditions require the City to certify that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives. They also prohibit policies or practices designed to achieve DEI goals, require the City to cooperate with and not impede U.S. Immigration and Customs Enforcement, and declare as ineligible for grant funding projects that implement various policies and initiatives that the Trump Administration has repealed, such as Executive Order 13985 (Advancing Racial Equity and Support for Underserved Communities Through the Federal Government) and Executive Order 13988 (Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation). Compliance with these terms would require the City to abandon its values and ignore or potentially violate its laws and policies.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  7th   day of July, 2025.

_____
Malaika Billups

DECLARATION OF MALAIKA BILLUPS - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750