THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF MARIO HIGGINS |

I, MARIO HIGGINS, declare as follows:

1. My name is Mario Higgins. I am over the age of 18. I make this declaration based on my personal knowledge, and a review of the relevant business records of the City of Milwaukee ("Milwaukee"), Department of Administration, Community Development Grants Administration ("Milwaukee CDGA").

1. I have worked for Milwaukee since 2002 and I currently serve as the Director of the Community Development Grants Administration, which is housed with Milwaukee's Department of Administration. Prior to serving as the Director of Milwaukee CDGA, I served as the Associate Director, and as a Housing Program Officer.

2. I hold a bachelor's degree in Community Education from the University of Wisconsin-Milwaukee (2007).

DECLARATION OF MARIO HIGGINS - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

2. Milwaukee regularly administers significant funding received from the United States. Department of Housing and Urban Development (HUD).

3. TAs per information assembled in preparation for Milwaukee's 2024 Single Audit Report. Milwaukee had $206 million in "open" grants from HUD for which expenditures occurred in 2024. The report includes grants received over multiple years, such as, for example, community development block grants going back to 2016.

4. In 2025, Milwaukee expects to receive approximately $4.6 million in HOME funds, $1.4 million in Emergency Solutions Grants Program funds, $1.4 million in Housing Opportunities for Persons with AIDS funds, and $15.2 million Community Development Block Grant funds, and half million for continuum of care, for a total of approximately $22.6 million.

5. These HUD grants fund critical programs for Milwaukee's most vulnerable residents, including but certainly not limited to employment services, earn and learn programs, eviction prevention, youth services, homebuyer counseling, homeless shelters, housing accessibility programs, lead abatement, reduction in drug trafficking, collaboration with law enforcement to reduce criminal activities and nuisance properties, and affordable housing opportunities.

6. For example, Milwaukee's HUD-funded earn and learn program funds summer youth employment program in partnership with local business, non-profit, and community- and faith-based organizations. The program assists young people from Milwaukee in making a successful transition from adolescence into adulthood through job skills and work experience.

7. The HUD-funded Milwaukee Builds Program provides on-site housing construction and rehabilitation training and work experience, off-site academic classes and supportive services for at-risk youth and adults. The program provides young people with

DECLARATION OF MARIO HIGGINS - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

education, employment skills and career direction leading to economic self-sufficiency while also creating affordable housing opportunities in the community. Nonprofit community-based agencies are funded to undertake this program.

8. The HUD-funded lead-based paint prevention and abatement program provides lead risk assessments, testing of units for lead based paint, and prevention and abatement of lead based paint. The program also works with Federally-funded housing groups to comply with HUD mandatory regulations. Also includes abatement of units involving children with elevated blood lead levels.

9. Milwaukee's HUD-funded Continuum of Care Planning is designed to promote a community-wide commitment to the goal of ending homelessness and promote access to and effective utilization of mainstream programs by homeless individuals and families.

10. The consequences of losing this funding would be crippling to programs across city government and organizations throughout Milwaukee's neighborhoods that serve Milwaukee's most vulnerable populations, including lead-poisoned children, unhoused families, and youth at-risk of falling into generational patterns of violence.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.

_____
MARIO HIGGINS

DECLARATION OF MARIO HIGGINS - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750