THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF MICHAEL F. TOTORAITIS |

I, MICHAEL F. TOTORAITIS, declare as follows:

1. My name is Michael F. Totoraitis. I am over the age of 18. I make this declaration based on my personal knowledge, and a review of the relevant business records of the City of Milwaukee ("Milwaukee"), Milwaukee Health Department ("Milwaukee Health").

1. I have worked for Milwaukee since 2021 and I have served as the Commissioner of Health since 2023. Prior to serving as the Commissioner of Health, I served as Milwaukee Health's Director of Health Data and Evaluation. Prior to my work for Milwaukee, I was a program manager for the Medical College of Wisconsin, and a Senior Grants Analyst at the Milwaukee County Department of Administrative Services.

2. I earned a bachelor's degree in criminology and law studies from Marquette University (2008), and a Ph.D. in public and community health from the Medical College of Wisconsin (2021).

DECLARATION OF MICHAEL F. TOTORAITIS - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

2. Milwaukee Health currently administers approximately $16.4 million in direct, active grant awards from the U.S. Department of Health and Human Services ("HHS"), and approximately $11.2 million of federal pass-through HHS funds. These funds are administered by Milwaukee Health to manage health disparities, expand public health infrastructure, respond and prepare for infectious disease, and for a variety of other public health purposes.

3. Milwaukee Health also administers approximately $7.7 million in direct and pass-through grant funding from the U.S. Department of Housing and Urban Development ("HUD") to reduce lead hazards in the Milwaukee community.

4. Milwaukee expects to sign agreements for approximately $4.2 million in HHS pass-through funding in 2025. These agreements include funding for the following vital public health purposes:

- Sexually transmitted infection prevention
- Community health assessment and planning
- Reproductive health services
- Mammograms and cervical exams for low-income and low-access clients
- Infant mortality reduction
- Immunization access for vaccine-preventable diseases
- Disease, bio-weapon, and other emergency preparedness
- Surveillance, preparedness, and investigation of emerging diseases, pandemics, and recurring epidemic diseases
- Assisting eligible individuals with Medicaid/Medical Assistance enrollment, and encouraging health insurance enrollment and access
- Home visiting for families with young children to increase positive parenting and early childhood outcomes

5. The consequences of losing this funding would be crippling to many of Milwaukee Health's programs, and have a profound effect on the lives of Milwaukee's most vulnerable populations. Nearly 60% (144 staff) of Milwaukee Health are funded in part by a grant. Loss of funding would decimate the public health workforce in the largest population center in the state of Wisconsin. The City of Milwaukee would not be able to fulfill statutory and local ordinance mandates in protecting the nearly 600,000 inhabitants of the city without

DECLARATION OF MICHAEL F. TOTORAITIS - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

identifying an additional funding source. Shifting those grant funded costs to the tax levy would place an increased financial burden on city taxpayers. Communicable disease control and surveillance, population health assessment and improvement, maternal and child health programming, and emergency preparedness for natural disasters and bio-terrorism work will all falter and in most cases end should federal funding no longer be available.

6. The majority of Milwaukee Health's programming is focused on under-insured and uninsured individuals. For example, in 2024 the vaccination program provided 10,602 shots to individuals lacking adequate health insurance. Without funding, that program would not operate any longer, decreasing immunizations and increasing spread of respiratory and vaccine-preventable diseases. Nor would the department be able to investigate the 2,931 communicable disease cases that were reported in 2024. The Milwaukee Health department for many years has braided funding from HHS into critical programming and staffing needs. Loss of the funding would have an immediate and devastating effect on the short- and long-term health of the city. This is not conjecture either. As of the end of June 2025, there are currently cases of highly infectious measles in every state around Wisconsin, and Ontario, Canada. The next epidemic in Milwaukee could be a measles outbreak. Without federal funding for communicable disease control, public health infrastructure, and emergency preparedness there would be no workforce to contract trace, provide isolation and quarantine measures, or conduct mass vaccination events to stem the spread of measles in vulnerable children.

3. HHS released an updated "HHS Grants Policy Statement" effective April 16, 2025, available at https://www.hhs.gov/sites/default/files/hhs-grants-policy-statement-april-2025.pdf. The April HHS Grants Policy Statement includes a requirement that grantees comply with the contested diversity, equity, and inclusion term. On June 9, 2025, Milwaukee Health received a notification from the Wisconsin Department of Health Services ("WIDHS") that it

DECLARATION OF MICHAEL F. TOTORAITIS - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

expected these terms to apply to the federal subawards Milwaukee Health receives from WIDHS. (Totoraitis Exhibit A).

4. The inclusion of the contested diversity, equity, and inclusion term in future HHS funds, and the pass through of that obligation to Milwaukee Health as a federal sub-awardee, is concerning for a number of reasons.

5. It is unclear what the contested diversity, equity, and inclusion terms do other than creating ambiguity. Milwaukee has interpreted them to mean that the city must not operate any programs that violate applicable federal antidiscrimination law, whether those programs constitute diversity, equity, or inclusion, or not. Milwaukee cannot know what HHS means by adding a term specific to diversity, equity, and inclusion, many programs of which, Milwaukee believes, *do not* violate federal antidiscrimination law. But without clear guidance from HHS, it is impossible for Milwaukee to know whether HHS interprets its term as Milwaukee does, whether HHS interprets its term to mean that a grant recipient may not operate any diversity, equity, or inclusion programs at all (without defining such programs) because HHS believes all such programs inherently violate federal antidiscrimination law, or whether HHS interpretation is subject to the winds of change. And should HHS interpret that term more broadly than does current federal anti-discrimination law, Milwaukee may be at risk of losing funding for critical programs or facing the possibility of crippling litigation from HHS, or a private citizen standing in HHS's shoes via the False Claims Act.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of July, 2025.

MICHAEL F. TOTORAITIS

DECLARATION OF MICHAEL F. TOTORAITIS - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



**From:** Reinagel, Madelyn C - DHS <madelyn.reinagel@dhs.wisconsin.gov>
**Sent:** Monday, June 9, 2025 11:58 AM
**Cc:** Truslow-Evans, Elizabeth J - DHS <elizabeth.truslowevans@dhs.wisconsin.gov>; Wuensch, Jarred J - DHS <jarred.wuensch@dhs.wisconsin.gov>
**Subject:** FW: URGENT REQUEST: HHS email

Good morning,

You are being contacted because you are currently a grantee with the Lead-in-Water Testing and Remediation Initiative. I have been asked to forward the below message to all program grantees. If possible, please read the "action items" section in the below email, as it may contain steps that you need to take now.

Best,

Madelyn

**Madelyn Reinagel**
*Public Health Educator*
Childhood Lead Poisoning Prevention Program (CLPPP)
**Wisconsin Department of Health Services | Division of Public Health**
608-266-0381 | madelyn.reinagel@dhs.wisconsin.gov | Protect Your Children From Lead

**From:** DHS Secretary Kirsten Johnson
**Sent:** Thursday, June 5, 2025 4:36 PM
**Subject:** Action requested: Review HHS grants policy statement

> *This message is being sent to DHS grant recipients of federal Department of Health and Human Services funding, local and Tribal health directors, county human service directors, and leaders of Tribal nations.*

Good afternoon,

1

The U.S. Department of Health and Human Services (HHS) issued a grants policy statement they have incorporated into the terms and conditions of many grant awards made on and after April 16, 2025. The statement indicates recipients of the funding certify they "do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination law."

For the purpose of this clause, the grants policy statement includes the following definitions:
(a) DEI means "diversity, equity, and inclusion."
(b) DEIA means "diversity, equity, inclusion, and accessibility."
(c) Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190 of January 29, 2025.

To the extent this assurance relates to federal executive orders, we note that there are several court orders enjoining various executive orders, their applicability, and their enforcement. Many of the executive orders, like the definitions above, are also vague, failing to provide meaningful definitions or criteria that would allow an evaluation of what activities may be covered.

Nonetheless, to the best of our understanding, the Department of Health Services use of grant funds and the performance of our obligations, as well as our programs and activities, are in compliance with applicable law and all lawful and enforceable executive orders. The Department of Health Services does not operate discriminatory or illegal programs and fully intends to comply with applicable law, as well as any lawful directives. We ask that you review your work and programs to ensure that you, too, do not operate any programs in violation of federal anti-discrimination laws.

**Action items**:
1. Please review the grants policy statement.

   - If you need legal help to understand this, please reach out to your organization's legal representative. For reference, the Wisconsin Department of Health Services is unable to provide legal advice.
   - If you have received new or continued federal HHS funding as a Department of Health Services subgrantee since April 16, 2025, this new grants policy statement applies to you.
   - If you have not received new or continued federal HHS funding as a Department of Health Services subgrantee since April 16, 2025, we want you to be aware of this new grants policy statement because we expect it will be included in all future HHS funding awards.

2. If you have received new or continued federal HHS funding as a Department of Health Services subgrantee since April 16, 2025, you must complete and file Form HHS 690, Assurance of Compliance with the HHS Office for Civil Rights as soon as practicable. You only need to file the form one time. Once you file the form, send an email to DHSForm690@dhs.wisconsin.gov to let us know you have filed the form and attach a copy of the completed form for our records.

   - If you have not received new or continued federal HHS funding as a Department of Health Services subgrantee since April 16, 2025, you will complete this step as you receive new or continued funding going forward.

If you have any questions, reach out to your main program contract.

We will continue to monitor the federal government's actions and provide you with updates that may impact your work. We appreciate all you do to support the health and safety of the people in your communities. It will take all of us working together to ensure the people of Wisconsin can continue to get the care they need to be healthy, and we will never stop advocating for the tremendous work partners like you do to support this.

Thank you for your partnership during this unprecedented time.

Sincerely,

Kirsten Johnson
Secretary, Wisconsin Department of Health Services

NOTICE: This email and any attachments may contain confidential information. Use and further disclosure of the information by the recipient must be consistent with applicable laws, regulations, and agreements. If you received this email in error, please notify the sender; delete the email; and do not use, disclose, or store the information it contains.

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750