THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF GEORGE HARDGROVE |

I, GEORGE HARDGROVE, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am employed by the City of Minneapolis ("Minneapolis" or the "City") as the City's Controller, in the Department of Finance & Property Services. Prior to my current position I served as the Service Team Controller of Ramsey County and have worked in organizational accounting and analysis for my entire career spanning more than 30 years. I earned a Master of Business Administration degree from the University of Minnesota Carlson School of Management and a Bachelor's degree in Economics from St. Olaf College.

DECLARATION OF GEORGE HARDGROVE - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3.  The City's Finance and Property Services Department provides essential financial services, resource and asset management, and guides policy and management decisions for Minneapolis. I currently report to the City's Chief Financial Officer.

4.  In my position I provide finance and accounting leadership for the City of Minneapolis. Among other duties, I supervise the Grants Office, which works with City departments to secure external grants for enterprise programming initiatives and to support the grant programming, financial accountability procedures, and oversight of compliance activities.

5.  Federal grants play an important role in funding the services the City provides and Minneapolis receives regular funding from many federal agencies. Annually, federal funding from federal agencies finances approximately $60 million (2024 dollars) of Minneapolis's programs and services, including essential programs like critical infrastructure improvements, creation and preservation of low-income housing, emergency shelter assistance for unhoused individuals, developing public health infrastructure and workforce, and provision of public safety services.

6.  Minneapolis has largely obligated federal funding awarded to it in previous years. The City is relying on the federal government satisfying its contractual funding commitments to meet these obligations.

7.  In some cases, Minneapolis receives federal funding through formula grants (grants that are noncompetitive and allocated to grantees based on distribution formulas) and has built programs around the continuing nature of these funds.

8.  The threat of loss of federal funds also creates confusion and uncertainty in the budget planning for Minneapolis.

9.  The City is currently planning its budget for 2026. Departments now are determining whether grant-supported positions will be supported by grants in 2026. The Mayor

DECLARATION OF GEORGE HARDGROVE - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

must deliver a proposed budget to the City Council by August 2025. Not knowing whether certain federal funds will be available for those positions is creating uncertainty about those positions and the work those positions perform for the communities Minneapolis serves.

10. Minneapolis is already facing difficult budgetary decisions and large projected tax levy increases because of decreasing commercial property values and the rising costs of providing municipal services.

11. The loss of its anticipated federal grant funding would force the City to choose between cuts to municipal services or imposition of a historically large tax levy on its residents.

12. As one example of the importance of federal funding to the services the City of Minneapolis provides: Minneapolis receives approximately $17 million each year in formula grant funding from the U.S. Department of Housing and Urban Development (HUD). As an entitlement jurisdiction, the City receives these annual allocations without the need to competitively apply, primarily through four key HUD programs: the Community Development Block Grant (CDBG), Emergency Solutions Grant (ESG), Housing Opportunities for Persons with AIDS (HOPWA), and HOME Investment Partnerships (HOME). These funds are vital to supporting Minneapolis's core priorities around housing, community development, homelessness prevention, and economic equity. To formally secure these funds, the City submits an Annual Action Plan to HUD, developed in accordance with federal regulations and guided by strategic priorities outlined in the City's Consolidated Plan. This comprehensive, five-year plan serves as a framework for identifying community needs. In 2025, the City of Minneapolis expects to receive approximately $11 million in CDBG program funds 2025 pursuant to the applicable formula. The CDBG funds support numerous important City projects including building new and rehabilitating existing affordable rental and ownership housing for low-income Minneapolis residents, and to acquire, demolish and

DECLARATION OF GEORGE HARDGROVE - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

dispose of blighted properties in the City, through our Community Planning and Economic Development Department; juvenile supervision center programming and youth violence intervention services through our Neighborhood Safety Department; a team of crime prevention experts in the Minneapolis Police Department who engage with communities proactively to reduce crime before it happens; and lead poisoning response and hazard reduction, early childhood school readiness services and domestic abuse victim services such as assisting in the development of safety plans, through our Health Department.

13. In 2025, the City of Minneapolis expects to receive approximately $2 million in HOME program funds pursuant to the applicable formula. The HOME funds support important City services including producing new and rehabilitating existing affordable rental and ownership housing for low-income Minneapolis residents as well as development and affordability gap assistance. through our Community Planning and Economic Development Department.

14. In 2025, the City of Minneapolis expects to receive approximately $3 million in HOPWA program funds pursuant to the applicable formula. The City uses HOPWA funds to help meet the housing needs of families and persons with HIV/AIDS, by working with project sponsors to offer tenant based rental assistant, client advocacy and case management services.

15. In 2025, the City of Minneapolis expects to receive approximately $996,000 in ESG program funds pursuant to the applicable formula. Through the Community Planning and Economic Development the City uses ESG funds in partnership with Hennepin County on homelessness response, including emergency homeless shelter operations, winter warming centers, street outreach, essential services, and rapid rehousing.

16. In 2025, the one-year grant period for these HUD grants began on June 1, 2025. The sooner the City submits its Consolidated Plan, the sooner it receives the formula grant funding.

DECLARATION OF GEORGE HARDGROVE - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

The absolute deadline for the City to submit its consolidated plan and thereby obtain the $17 million in funding is August 15, 2025. However, Minneapolis would prefer to apply immediately and delaying the application it is a serious hardship because the City relies upon receiving those funds to provide ongoing services.

17. HUD Form HUD-424-B which the City has been directed the City to complete to apply for the four HUD grants referenced above state: "As part of your application for HUD funding, you, as the official authorized to sign on behalf of your organization or as an individual, must provide the following assurances and certifications…By submitting this form, you are stating that all assertions made in this form are true, accurate, and correct. As the duly representative of the applicant, I certify that the applicant:… [w]ill not use Federal funding to promote diversity, equity and inclusion (DEI) mandates, policies, programs or activities that violate any applicable Federal anti-discrimination laws." The documents do not define the terms "diversity, equity and inclusion mandates, policies, programs or activities that violate any applicable Federal anti-discrimination laws" among other undefined requirements. The form also warns that "Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties. (18 U.S.C. §§ 287, 1001, 1010, 1012, 1014; 31 U.S.C. § 3729, 3802; 24 CFR § 28.10(b)(1)(iii))."

18. Further, on June 23, 2025, a representative from the local HUD office sent a City of Minneapolis employee an email stating, "Here is a link to the NCDA website that includes the HUD response letter about Executive Order alignment on Con Plans/AAP [Consolidated Plans/Annual Action Plan] guidance. Front page of NCDA website." The email included a screenshot and link of the National Community Development Association website https://ncdaonline.org/. NCDA is an association of local governments that receive community

DECLARATION OF GEORGE HARDGROVE - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

development, affordable housing and economic development program grants from HUD. Attached hereto as **Hardgrove Exhibit A** is a true and correct copy of the June 23, 2025, email from HUD to the City.

19. The website linked to the Fernandez Letter, a letter from Claudette Fernandez, HUD's General Deputy Assistant Secretary for Community Planning and Development to NCDA and the Council of State Community Development Agencies that includes several of the challenged terms and conditions, including the "gender ideology" and immigration terms, https://ncdaonline.org/wp-content/uploads/2025/06/6-5-2025-HUD-Response-to-COSCDA-NCDA.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025 in Minneapolis, Minnesota

George Hardgrove

DECLARATION OF GEORGE HARDGROVE - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# Exhibit A to Declaration of George Hardgrove

From: Speckmeier, Lori J <LoriJ.Speckmeier@hud.gov>
Sent: Monday, June 2, 2025 7:34 PM
To: Bower, Matthew
Subject: [EXTERNAL] Con Plan/AAP guidance

Case 2:25-cv-00814-BJR    Document 234

Hi Matt,

Here is a link to the NCDA website that includes the HUD response letter about Executive Order alignment on Con Plans/AAP guidance. Front page of the NCDA website



Lori

[EXTERNAL] This email originated from outside of the City of Minneapolis. Please exercise caution when opening links or attachments.

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750