THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                         Plaintiffs,

   v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                        Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF LUISA
PESSOA-BRANDAO

I, LUISA PESSOA-BRANDAO, declare as follows:

1.     I am over 18 years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2.     I am employed by the City of Minneapolis ("Minneapolis" or the "City") as the City's Director of Public Health Initiatives in the Minneapolis Health Department. In my role I supervise programs that are heavily funded through direct and pass-through federal grants to serve Minneapolis residents and protect public health in Minneapolis.

3.     Federal grants, and in particular grants from the U.S. Department of Health and Human Services (HHS) and its sub agencies, play an important role in funding the City's public health programs and services, through direct and pass-through funding. According to the City's Schedule of Expenditures of Federal Awards, in 2024, the City expended approximately $5.85

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

million in HHS funds. Every year Minneapolis has been awarded federal grant funds to support public health in Minneapolis and currently Minneapolis is supporting programs and services with more than $20 million in grants from HHS and its sub-agencies.

4.    For example, Minneapolis currently has a grant from the HHS Centers for Disease Control and Prevention (CDC) in the amount of $5,757,591, to develop foundational public health infrastructure, focus on developing and retaining the public health workforce, and increase the capacity to meet the public health needs over several years. Through these funds, we are exposing students to public health, and training the workforce of the future to advance and preserve public health. Minneapolis has hired staff with these grant funds to perform work in community such as public health nursing and outreach. This is a competitive grant.

5.    Minneapolis also has a $3.9 million grant from the HHS Administration for Children and Families, passed through the Minnesota Department of Health. This funding supports family home visiting, teen pregnancy prevention, and/or WIC nutritional services to families at or below 200 percent of federal poverty guidelines who are at risk of child abuse and neglect. This is a pass-through grant from the State of Minnesota for which Minneapolis is eligible because it is a community health board, and is formula-funded.

6.    Minneapolis also has two grants totaling $327,000 from the HHS Center for Disease Control and Prevention, passed through the Minnesota Department of Health. This grant funds local public health emergency preparedness activities, which allows Minneapolis to be ready to respond to a public health emergency such as COVID-19, a tornado, or another emergency that threatens the health of Minneapolis residents. These are pass-through grants from the State of Minnesota for which Minneapolis is eligible because it is a community health board, and are formula-funded.

DECLARATION OF LUISA PESSOA-BRANDAO - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

7.      These are only a few of HHS federal grants on which Minneapolis relies to serve its communities' health needs.  The loss of these programs would significantly impact the ability of the Minneapolis Health Department to continue delivering services, as the City's general fund budget would not be able to cover the cost of staff or contractors. For example, our Emergency Preparedness work would be significantly impacted with the loss of three of five staff members, severely reducing the Department's capacity to prepare and responds to public health emergencies. The loss of the $3.9 million grant from the HHS Administration for Children and Families would mean that over 200 families would lose home-visiting services, and contracts for teen pregnancy prevention would be terminated.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8ᵗʰ day of July , 2025 in Minneapolis, Minnesota

Luisa Pessoa-Brandao

DECLARATION OF LUISA PESSOA-BRANDAO - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1

2

### CERTIFICATE OF SERVICE

3

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

4

document on the following parties by the method(s) indicated below:

5

6

| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
|---|---|

7

8

9

10

11

12

13

14

I declare under penalty of perjury under the laws of the United States and the State of

15

16

Washington that the foregoing is true and correct.

17

DATED this 14th day of July, 2025.

18

19

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750