THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                           Plaintiffs,

    v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                           Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF CHRISTOPHER
NEAL

I, CHRISTOPHER NEAL, declare as follows:

1.     I am over 18 years of age. I am competent to testify and the statements contained in this declaration are based on my personal knowledge, on information provided to me in the performance of my job duties, and my review of business records

2.     I am the Chief Operating Officer of Multnomah County, Oregon's most populous county with more than 795,000 residents. As Chief Operating Officer (COO), I lead a diverse workforce of more than 5,600 FTE serving 800,000 residents. The COO is the operational leader of the organization, providing strategic leadership to advance the mission of Oregon's largest safety-net provider. Under the direction of Chair and in consultation with the Board of County Commissioners, I am responsible for directing and coordinating county operations in keeping with Multnomah County's values of: accountability;

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

social and environmental justice; inclusively leading with race; equity and inclusion; and safety and well-being. The COO guides and supports the County's senior leaders to ensure the effective administration, financial management, and operational consistency of Multnomah County.

3.      Before joining the County, I spent eight plus years with the Port of Portland, Oregon, first as the Director of Public Safety and Security, then as the PDXNext Director and Sponsor, overseeing a series of projects to renovate and expand Portland International Airport. I came to the Port after 8 years with the United States Transportation Security Administration, serving in a variety of positions to manage and maintain security operations at international airports in Portland and Denver, CO. I am a veteran of the United States Armed Forces and I hold a bachelors in political science from George Mason University and Executive Leadership certificates from American University

4.      Multnomah County has a wide-ranging role in providing all residents equal access to a broad range of services and social safety net programs. By way of example, Multnomah County's Health Department delivers core health programs including Community-oriented primary care and behavioral health services. Multnomah County works to provide coordinated, participant-driven and equity-based services for those experiencing at risk of homelessness through its Office of Homeless Services. Multnomah County provides case management and other vital services for its older residents and those with intellectual or developmental disabilities. Multnomah County maintains six major bridges spanning the Willamette River in downtown Portland, along with hundreds of miles of roads. Multnomah County's Sheriff and Department of Community Justice are vital pieces of the public safety network, providing law enforcement, jail, and probation and supervision services for people in

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Multnomah County.

5.      Multnomah County's Board of County Commissioners is the County's policymaking body, vested with authority to create departments to carry out Multnomah County's functions.  To that end, the Board created Multnomah County's Office of Diversity and Equity, charged with coordinating programs to enhance diversity and equity. The office's mission is to ensure access, equity, and inclusion in all of Multnomah County's services, policies, practices, and procedures, consistent with state and federal law.

6.      Multnomah County's Chair is the chief executive officer of Multnomah County, charged with executing the policies of the Board and the ordinances of the County and with directing County administrative staff.  The Chair's administrative rules direct fair treatment and equal protection of all people accessing programs, activities, benefits and services in Multnomah County, without regard to race, color, national origin, disability, religion, age, sex/gender, sexual orientation, gender identity and expression, marital status, veteran status, source of income, or any other basis prohibited by federal, state, or local law.

7.      Multnomah County's Health Department provides primary health care to tens of thousands of Multnomah County residents. The County operates a Community Health Center, which includes pharmacy services, medical and dental clinics, HIV Services, and school-based Student Health Clinics (SHCs) offering comprehensive primary care for children. The Health Center prioritizes culturally and linguistically appropriate care, supporting patients in a way that works for them.

8.      Over 60% of Multnomah County Community Health Center patients identify as people of color, and more than 38% require interpretation with 59% of patients reporting they

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

are best served in a language other than English. More than 100 different languages are spoken by patients of the Community Health Center. 84% of County clinic patients have Medicaid, 3% have no insurance, and 95% live below 200% of the Federal Poverty Level (FPL).  Further, approximately 24% of patients at Multnomah County's Mid-County Health Center are refugees from areas that include Ukraine, Afghanistan, Democratic Republic of Congo (DRC), Burma, Russia, Latin America, or Kosovo. The Community Health Center is committed to improving health outcomes, reducing health disparities and ensuring affordable, quality access to healthcare.

9.      Multnomah County's Community Health Center also operates an HIV Health Services Clinic, which is one of only two Ryan White clinics in Oregon. It offers culturally specific HIV and Hepatitis C outpatient medical care, including case management, health education, disease prevention, art therapy, anal cancer screening and treatment, risk reduction support, medication-assisted therapy, and counseling.

10.      Multnomah County's Health Department also operates and oversees the Healthy Birth Initiative ("HBI"), which combats the historically high rates of poor perinatal health for the Black/African American community. HBI participants have demonstrated lower rates of infant mortality and higher rates of engagement in early prenatal care compared to Black/African Americans not enrolled in the program.

11.      Multnomah County funds its Community Health Center, and HBI program, with federal grant dollars from the United States Department of Health and Human Services, in particular through Health Resources and Service Administration ("HRSA") grants.  For FY 2025, Multnomah County has approximately $13 million in active HRSA grants, the majority of which are dedicated to operating the Community Health Center clinics. Since 2020, the

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

HHS tracking system shows it has distributed over $141 million to Multnomah County, the majority of which came in the form of HRSA grants.

12.    In a June 3, 2025 HHS Notice of Award to Multnomah County attached as **Multnomah County- Neal – Exhibit A**, the NOA incorporates terms and conditions including the HHS Grants policy statement.

13.    HHS grant funding is vital to the continued success and viability of Multnomah County's role as the medical provider for so many of its most vulnerable residents.  Without continued access to HRSA grant funds, Multnomah County's provision of health services would suffer greatly. Clinics would need to significantly reduce hours and may need to close. Medical providers, including physicians and nurses, would need to be terminated from their employment. Without the Community Health Center, tens of thousands of patients, including children, would lose vital access to primary care services.

14.    Multnomah County's Homeless Services Department (formerly Office of Homeless Services) is the backbone supporting a collective impact approach to preventing and ending homelessness in the City of Portland and Multnomah County. The Department manages resources from Multnomah County, the City of Portland, the regional Supportive Housing Services measure administered by Metro, the State of Oregon, and the U.S. Department of Housing and Urban Development (HUD) to fund community initiatives and programs to make homelessness a rare and brief experience.

15.    The Homeless Services Department manages the Continuum of Care ("CoC") federal grant program in Multnomah County.  The CoC program is led by the U.S. Department of Housing and Urban Development that supports local communities' work to reduce homelessness. The CoC Program funds local services that help people move into permanent,

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

stable housing. CoC investments intend to Promote community wide planning and strategic use of resources to address homelessness, Improve coordination and integration of resources for people experiencing homelessness, improve data collection and performance measurement, and allow each community to tailor its programs to fit the specific strengths and challenges of that community.

16.     The CoC program is designed to promote a community-wide commitment to the goal of ending homelessness; to provide funding for efforts by nonprofit providers to quickly rehouse homeless individuals and families; to promote access to, and effective utilization of, mainstream programs by homeless individuals and families; and to optimize self-sufficiency among those experiencing homelessness. The CoC program funds over 30 projects in Multnomah County that support homeless individuals and families. These projects include funding for rehousing support, short-term to long-term rental assistance, child care, job training, education, healthcare, mental health services, trauma counseling, landlord recruitment, and life skills training that allow participating households to live independently and stably in our community.

17.     Multnomah County relies on over $39 million each year in HUD Continuum of Care grant funds to house nearly 2,500 individuals and operate the county's homeless services infrastructure. A portion (approximately $4 million) comes directly to Multnomah County's Homeless Services Department. The remaining $35 million goes to non-profit providers in the community, all of whom work in close collaboration with Multnomah County in providing CoC services and infrastructure.

18.     These grant funds are critical to supporting the approximately 15,000 unhoused residents of Multnomah County with rental assistance and supportive services.  Approximately

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

100 full time employees of nonprofit providers in the CoC program are paid for using CoC grants exclusively. The County provides the required federal 25% match, but there is no current funding available to cover the potential loss of federal CoC grant funds. Loss of federal funding would result in the loss of critical services in the CoC pipeline like case management, housing search and navigation, mental health services, child care, food, transportation, life skills training, employment assistance, job training, and legal services.

19.    The Multnomah County Bridge Services Division of the Department of Community Services ("DCS") oversees all six Willamette River bridges. This includes every stage of their existence, from the initial planning and securing funds to design, construction, and ongoing maintenance. The program prioritizes safe and reliable access for all community members. It ensures these essential bridges remain functional for everyone. This commitment includes promoting equity by considering the needs of all users, such as those with disabilities. Additionally, the program respects tribal sovereignty by working with tribal governments on projects that potentially impact the tribes and natural resources

20.    The Multnomah County Roads division in DCS manages a road system that meets the needs of the public and provides safe, accessible, and sustainable transportation services that improves outcomes for community health, mobility, and equity. Multnomah County oversees all aspects of the County's transportation system: 269 miles of roads, 1700 culverts, 24 small bridges, 27 miles of storm water infrastructure, 8.5 miles of guardrails.

21.    DCS receives federal dollars directly and through pass-through/intergovernmental agreements from the United States Department of Transportation. For FY 2025 Multnomah County budgeted for approximately $8 million in federal dollars to fund capital improvements to roads and bridges and for planning of upcoming renovation of the Burnside Bridge.

DECLARATION OF CHRISTOPHER NEAL - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

22.    For FY 2026, Multnomah County has budgeted for $25.6 million in federal grant dollars from the U.S. Department of Transportation. Loss of DOT grant funding would directly impact Multnomah County's ability to fund its transportation division and the services it provides.. These Federal dollars are critical for Multnomah County's ability to maintain roads and bridges and make them safe for people to drive, bike, and walk, and for freight to traverse County roads. The federal funding budgeted in FY 2026 are intended to maintain several bridges and road segments. Presently almost 50% of County road surface area need to be replaced as capital maintenance projects as opposed to routine maintenance. In the short term without federal funds Multnomah County will have to cancel capital improvement projects, all of which are slated for this work due to safety concerns and degraded use. Continued loss of federal funding would likely result in elimination of capital project staff, which are responsible for capital maintenance.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _8_ day of July, 2025.


_____
CHRISTOPHER NEAL

DECLARATION OF CHRISTOPHER NEAL - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



**Department of Health and Human Services**
Health Resources and Services Administration

Notice of Award
FAIN# H8000149
Federal Award Date: 06/03/2025

## Recipient Information

**1. Recipient Name**
MULTNOMAH COUNTY
426 SW Stark St
Portland, OR 97204-2303

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1936002309A7

**4. Employer Identification Number (EIN)**
936002309

**5. Data Universal Numbering System (DUNS)**
030784888

**6. Recipient's Unique Entity Identifier**
DZRHDJDP41A4

**7. Project Director or Principal Investigator**
Jenna Green
jenna.green@multco.us
(503)988-6734

**8. Authorized Official**
Marc Harris
Strategy Development Manager
marc.harris@multco.us
(503)988-8693

## Federal Agency Information

**9. Awarding Agency Contact Information**
Doris Layne-Sheffield
Grants Management Specialist
Office of Federal Assistance Management (OFAM)
Division of Grants Management Office (DGMO)
D.Layne-Sheffield@hrsa.gov
(301) 945-9881

**10. Program Official Contact Information**
Elizabeth Goodger
Bureau of Primary Health Care (BPHC)
egoodger@hrsa.gov
(301) 443-5663

## Federal Award Information

**11. Award Number**
6 H80CS00149-24-03

**12. Unique Federal Award Identification Number (FAIN)**
H8000149

**13. Statutory Authority**
42 U.S.C. § 254b

**14. Federal Award Project Title**
Health Center Program

**15. Assistance Listing Number**
93.224

**16. Assistance Listing Program Title**
Community Health Centers

**17. Award Action Type**
Administrative

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date 01/01/2025 - End Date 12/31/2025** | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | |
| 20b. Indirect Cost Amount | $20,674,098.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $4,904,597.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $191,078,815.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $200,888,009.00 |
| **26. Project Period Start Date 01/01/2023 - End Date 12/31/2025** | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $539,138,354.00 |

**28. Authorized Treatment of Program Income**
Addition

**29. Grants Management Officer – Signature**
Doris Layne-Sheffield on 06/03/2025

## 30. Remarks

This Notice of Award is issued to remove one or more Grant Conditions. Refer to the Terms and Conditions for additional information.

A printer version document only.  The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks. If you need more information, please contact HRSA contact center at 877-464-4772, 8 am to 8 pm ET, weekdays.

**Multnomah County - Neal - Ex. A**
**Page 1 of 4**

NOTICE OF AWARD (Continuation Sheet)

Date Issued: 6/3/2025 7:09:41 AM
Award Number: 6 H80CS00149-24-03


Health Resources & Services Administration

Notice of Award
Award Number: 6 H80CS00149-24-03
Federal Award Date: 06/03/2025

**Bureau of Primary Health Care (BPHC)**

| 31. APPROVED BUDGET: (Excludes Direct Assistance) | |
|---|---|
| [ ] Grant Funds Only | |
| [X] Total project costs including grant funds and all other financial participation | |
| a. Salaries and Wages: | $68,751,894.00 |
| b. Fringe Benefits: | $46,852,220.00 |
| c. Total Personnel Costs: | $115,604,114.00 |
| d. Consultant Costs: | $0.00 |
| e. Equipment: | $0.00 |
| f. Supplies: | $29,869,751.00 |
| g. Travel: | $133,611.00 |
| h. Construction/Alteration and Renovation: | $0.00 |
| i. Other: | $30,197,486.00 |
| j. Consortium/Contractual Costs: | $4,408,949.00 |
| k. Trainee Related Expenses: | $0.00 |
| l. Trainee Stipends: | $0.00 |
| m. Trainee Tuition and Fees: | $0.00 |
| n. Trainee Travel: | $0.00 |
| o. TOTAL DIRECT COSTS: | $180,213,911.00 |
| p. INDIRECT COSTS (Rate: % of S&W/TADC): | $20,674,098.00 |
| i. Indirect Cost Federal Share: | $1,418,813.00 |
| ii. Indirect Cost Non-Federal Share: | $19,255,285.00 |
| q. TOTAL APPROVED BUDGET: | $200,888,009.00 |
| i. Less Non-Federal Share: | $191,078,815.00 |
| ii. Federal Share: | $9,809,194.00 |

| 32. AWARD COMPUTATION FOR FINANCIAL ASSISTANCE: | |
|---|---|
| a. Authorized Financial Assistance This Period | **$9,809,194.00** |
| b. Less Unobligated Balance from Prior Budget Periods | |
| i. Additional Authority | $0.00 |
| ii. Offset | $0.00 |
| c. Unawarded Balance of Current Year's Funds | $4,904,597.00 |
| d. Less Cumulative Prior Award(s) This Budget Period | $4,904,597.00 |
| e. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | **$0.00** |

| 33. RECOMMENDED FUTURE SUPPORT: | |
|---|---|
| (Subject to the availability of funds and satisfactory progress of project) | |
| YEAR | TOTAL COSTS |
| Not applicable | |

| 34. APPROVED DIRECT ASSISTANCE BUDGET: (In lieu of cash) | |
|---|---|
| a. Amount of Direct Assistance | $0.00 |
| b. Less Unawarded Balance of Current Year's Funds | $0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | $0.00 |
| d. AMOUNT OF DIRECT ASSISTANCE THIS ACTION | **$0.00** |

| 35. FORMER GRANT NUMBER |
|---|
| H27CS02250 |

| 36. OBJECT CLASS |
|---|
| 41.51 |

| 37. BHCMIS# |
|---|
| 101120 |

**38. THIS AWARD IS BASED ON THE APPLICATION APPROVED BY HRSA FOR THE PROJECT NAMED IN ITEM 14. FEDERAL AWARD PROJECT TITLE AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE AS:**
a. The program authorizing statue and program regulation cited in this Notice of Award; b. Conditions on activities and expenditures of funds in certain other applicable statutory requirements, such as those included in appropriations restrictions applicable to HRSA funds; c. 45 CFR Part 75; d. National Policy Requirements and all other requirements described in the HHS Grants Policy Statement; e. Federal Award Performance Goals; and f. The Terms and Conditions cited in this Notice of Award. In the event there are conflicting or otherwise inconsistent policies applicable to the award, the above order of precedence shall prevail. Recipients indicate acceptance of the award, and terms and conditions by obtaining funds from the payment system.

**39. ACCOUNTING CLASSIFICATION CODES**

| FY-CAN | CFDA | DOCUMENT NUMBER | AMT. FIN. ASST. | AMT. DIR. ASST. | SUB PROGRAM CODE | SUB ACCOUNT CODE |
|---|---|---|---|---|---|---|
| 25 - 3981160 | 93.224 | 23H80CS00149 | $0.00 | $0.00 | CH | 23H80CS00149 |
| 25 - 398160N | 93.224 | 23H80CS00149 | $0.00 | $0.00 | CH | 23H80CS00149 |
| 25 - 3980879 | 93.224 | 23H80CS00149 | $0.00 | $0.00 | HCH | 23H80CS00149 |
| 25 - 398879N | 93.224 | 23H80CS00149 | $0.00 | $0.00 | HCH | 23H80CS00149 |

**Multnomah County - Neal - Ex. A**
**Page 2 of 4**

# HRSA Electronic Handbooks (EHBs) Registration Requirements

The Project Director of the grant (listed on this NoA) and the Authorizing Official of the grantee organization are required to register (if not already registered) within HRSA's Electronic Handbooks (EHBs). Registration within HRSA EHBs is required only once for each user for each organization they represent. To complete the registration quickly and efficiently we recommend that you note the 10-digit grant number from box 4b of this NoA. After you have completed the initial registration steps (i.e.,created an individual account and associated it with the correct grantee organization record), be sure to add this grant to your portfolio. This registration in HRSA EHBs is required for submission of noncompeting continuation applications. In addition, you can also use HRSA EHBs to perform other activities such as updating addresses, updating email addresses and submitting certain deliverables electronically. Visit https://grants3.hrsa.gov/2010/WebEPSExternal/Interface/common/accesscontrol/login.aspx to use the system. Additional help is available online and/or from the HRSA Call Center at 877-Go4-HRSA/877-464-4772.

# Terms and Conditions

**Failure to comply with the remarks, terms, conditions, or reporting requirements may result in a draw down restriction being placed on your Payment Management System account or denial of future funding.**

## Grant Specific Term(s)

1. The grant condition stated below on NoA 6 H80CS00149-24-01 is hereby lifted. Due Date: Within 120 Days of Award Release Date
   CIS Tracking Number: CIS00163005
   Delete Service Delivery Site: La Clinica de Buena Salud
   6736 NE Killingsworth St, Portland, OR 97218-3338
   Within 120 days of the release date of this award (i.e., the date HRSA emailed you this Notice of Award), you **MUST** verify deletion, as required via the related EHB submission deliverable.
   To access the deliverable, go to your grant folder/handbook.

2. The grant condition stated below on NoA 6 H80CS00149-24-02 is hereby lifted. Due Date: Within 120 Days of Award Release Date
   (CIS Tracking Number: CIS00162837 - Add Service Delivery Site:Fernhill Health Center
   5530 NE 42nd Ave, Portland, OR 97218-1408)
   Within 120 days of the release date of this award (i.e., the date HRSA emailed you this Notice of Award), you **MUST** verify implementation of this CIS, as required via the related EHB submission deliverable.
   To access the deliverable, go to your grant folder/handbook.

3. This Notice of Award (NoA) confirms the CIS verification as follows:
   Status: Service Delivery Site Deletion Confirmed
   Site Deleted Date: 05/15/2025
   Verification Tracking No.: SCPV041516
   CIS Tracking No.: CIS00163005
   This site is no longer included in the health center's scope of project:
   Site ID: BPS-H80-004465
   Site Name: La Clinica de Buena Salud
   Site Address: 6736 NE Killingsworth St, Portland, OR 97218
   The grant condition stated below on NoA 6 H80CS00149-24-01 is hereby **LIFTED**: Due Date: Within 120 Days of Award Release Date
   CIS Tracking Number: CIS00163005
   Delete Service Delivery Site: La Clinica de Buena Salud 6736 NE Killingsworth St, Portland, OR 97218-3338
   Within 120 days of the release date of this award (i.e., the date HRSA emailed you this Notice of Award), you **MUST** verify deletion, as required via the related EHB submission deliverable.
   To access the deliverable, go to your grant folder/handbook.

4. This Notice of Award (NoA) confirms the CIS verification as follows:
   Status: Service Delivery Site Addition Confirmed
   Operational Date: 05/20/2025
   Verification Tracking No.: SCPV041578
   CIS Tracking No.: CIS00162837
   This site is now included as operational in the health center's scope of project:
   Site ID: BPS-H80-040066
   Site Name: Fernhill Health Center
   Site Address: 5530 NE 42nd Ave, Portland, OR 97218
   The grant condition stated below on NoA 6 H80CS00149-24-02 is hereby **LIFTED**: Due Date: Within 120 Days of Award Release Date
   (CIS Tracking Number: CIS00162837 - Add Service Delivery Site:Fernhill Health Center 5530 NE 42nd Ave, Portland, OR 97218-1408)

**Multnomah County - Neal - Ex. A**
**Page 3 of 4**

Within 120 days of the release date of this award (i.e., the date HRSA emailed you this Notice of Award), you **MUST** verify implementation of this CIS, as required via the related EHB submission deliverable.

To access the deliverable, go to your grant folder/handbook.

5. Funding beyond this budget period is contingent upon the availability of appropriated funds for this program, recipient satisfactory performance, program authority, compliance with the Terms and Conditions of the award, and a decision that continued funding is in the best interest of the Federal government.

This award action is based on HRSA's approval of the recipient's application and any modifications at the time of this award. Continued support for this award may be subject to other programmatic considerations to the extent permitted by law, including, but not limited to, Administration priorities and court orders.

Should additional federal funds not be available and/or shifting priorities affect the programmatic objectives of this award, the recipient will work with HRSA to revise any workplan tasks and budget in accordance with 45 CFR 75.308 (Revision of budget and program plans).

6. By accepting this award, including the obligation, expenditure, or drawdown of award funds, recipients, whose programs are covered by Title IX, certify as follows:

• Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration of the Agreement.

• The above requirements are conditions of payment that go the essence of the Agreement and are therefore material terms of the Agreement.

• Payments under the Agreement are predicated on compliance with the above requirements, and therefore Recipient is not eligible for funding under the Agreement or to retain any funding under the Agreement absent compliance with the above requirements.

• Recipient acknowledges that this certification reflects a change in the government's position regarding the materiality of the foregoing requirements and therefore any prior payment of similar claims does not reflect the materiality of the foregoing requirements to this Agreement.

• Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the above requirements and/or eligibility for the Agreement may subject Recipient to liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

All prior terms and conditions remain in effect unless specifically removed.

## Contacts

### NoA Email Address(es):

| Name | Role | Email |
|---|---|---|
| Marc Harris | Authorizing Official | marc.harris@multco.us |
| Jenna Green | Program Director | jenna.green@multco.us |
| Alexander Lehr | Authorizing Official | alexander.oconnell@multco.us |

Note: NoA emailed to these address(es)

All submissions in response to conditions and reporting requirements (with the exception of the FFR) must be submitted via EHBs. Submissions for Federal Financial Reports (FFR) must be completed in the Payment Management System (https://pms.psc.gov/).

**Multnomah County - Neal - Ex. A
Page 4 of 4**

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

4    document on the following parties by the method(s) indicated below:

5

| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
|---|---|

14

15        I declare under penalty of perjury under the laws of the United States and the State of

16    Washington that the foregoing is true and correct.

17

18        DATED this 14th day of July, 2025.

19                                                            */s/ Gabriela DeGregorio*
                                                             Gabriela DeGregorio
20                                                            Litigation Assistant
                                                             Pacifica Law Group LLP

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750