UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>                      Plaintiffs,<br><br>   v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, *et al.*,<br><br>                      Defendants. | No. 2:25-cv-00814-BJR<br><br>THIRD DECLARATION OF RICHARD JOHNS |

Pursuant to 28 U.S.C. § 1746(2) I, Richard Johns, declare as follows:

1. I am the Chief Program Performance and Financial Officer at the New York City Department of Social Services (NYC DSS) which includes the NYC Department of Homeless Services (NYC DHS). I make this declaration in my professional capacity, based on my personal knowledge and observations, conversations with my staff and other officials of NYC, and NYC DSS's documents and records. I am familiar with the matters set forth herein.

2. I previously submitted declarations dated May 2, 2025 and May 20, 2025 in support of the Plaintiffs' motions for a temporary restraining order and preliminary injunction. I submit this supplemental declaration concerning certain additional federal funds received by NYC DSS.

**NYC DHS Emergency Solutions Grants**

3. NYC DHS receives approximately $15 million annually in McKinney Vento – Emergency Services Grant ("ESG") funds from HUD and applies those funds to help persons in New York City experiencing homelessness, as well as those at risk of becoming homeless, in the areas of street outreach, emergency shelter, homelessness prevention, and HMIS.

4. In their 2025 ESG formula awards, HUD awarded NYC $15,056,614 in ESG

THIRD DECLARATION OF RICHARD JOHNS
- 1 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

funds. These funds are slated to support the following programs: approximately $7,345,082 for services to adults without minor children experiencing homelessness in emergency shelters; approximately $1,244,145 for street outreach and drop-in services for individuals experiencing unsheltered homelessness, in order to facilitate placement into temporary and permanent housing options; and approximately $3,095,415 for the purpose of providing services to prevent homelessness through community-based organizations.

5. The remainder of ESG funds, will be used for administrative oversight and HMIS activities. Approximately $2,945,459, will be used for HMIS activities, including ongoing development of CAPS, NYC's Coordinated Entry system, for the purpose of assessing, connecting and placing persons experiencing homelessness into permanent housing. The remaining approximately $426,513 will fund administrative support.

**Loss of ESG Would Cause Irreparable Harm**

6. Each year, thousands of NYC residents benefit from programs and services funded by ESG, including the multidisciplinary street outreach teams that work 24/7, 365 days a year to locate people living in public spaces and link them to services with the goal of bringing them indoors; drop-in centers geared towards people who are chronically street homeless and other hard-to-reach populations experiencing street homelessness; intake and shelter programs that serve the over 20,000 single adults in the NYC shelter system; and homeless prevention services for adult families experiencing homelessness. The loss of ESG funds would impact the services available to each of these extremely vulnerable populations.

**HHS Grants**

7. NYC DSS receives approximately $1.45 billion in Temporary Assistance for Needy Families (TANF) Block Grant funding as well as approximately $299 million in TANF Non-Assistance funding through the Flexible Fund for Family Services (FFFS). NYC DSS applies TANF Block Grant funding to provide direct assistance to approximately 150,000 eligible people in New York City, as well as to fund NYC DHS emergency shelter services for families with children, and uses TANF Non-Assistance funds to provide a variety of services to

THIRD DECLARATION OF RICHARD JOHNS
- 2 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

New Yorkers including those who are unemployed or underemployed, domestic violence survivors, and those facing eviction from their homes.

8. In Fiscal Year 24, NYC DSS used its TANF FFFS grant to support $66 million in job training and vocational services, including subsidized employment and internships. NYC DSS also used its TANF FFFS grant to provide non-residential services for domestic violence survivors as well as eviction prevention services including legal support, one-time arrears payments, and other eviction prevention programs.

**Loss of HHS Grants Would Cause Irreparable Harm**

9. Each year, tens of thousands of NYC residents benefit from programs and services funded by TANF block grant and non-assistance funds, including those who get direct cash benefits or emergency shelter services through the block grant; those who are unemployed or underemployed and need additional job or vocational training and related supportive services to improve their employment prospects and obtain better paying positions; domestic violence survivors in need of services like counseling, legal assistance, and case management to keep themselves and their families safe and self sufficient; and those facing eviction from their homes who may receive legal assistance, rental arrears assistance and other benefits to stabilize their household. The loss of TANF funds would impact the services available to each of these extremely needy populations facing very uncertain futures.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _8_<sup>th</sup> day of July, 2025.

_____
Richard Johns

THIRD DECLARATION OF RICHARD JOHNS
- 3 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

        */s/ Gabriela DeGregorio*
        Gabriela DeGregorio
        Litigation Assistant
        Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750