UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, *et al.*,

Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, *et al*.,

Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF SARAH BRAUNSTEIN

Pursuant to 28 U.S.C. § 1746(2) I, Sarah L. Braunstein, declare as follows:

1. I am the Assistant Commissioner at the New York City Department of Health and Mental Hygiene ("NYC DOHMH") for the Bureau of Hepatitis, HIV, and Sexually Transmitted Infections ("BHHS"), and have served in this role since July 1, 2021. NYC DOHMH is a department of the City of New York ("NYC") and is the oldest and largest public health department in the country, with more than two centuries of expertise. DOHMH is responsible for protecting and promoting the health and wellbeing of everyone who lives in, works in, or visits New York City. Prior to July 2021, I served as NYC DOHMH's Acting Assistant Commissioner for the Bureau of HIV from February to July 2021; Director of HIV Epidemiology from November 2013 through approximately July 2021; and Director of HIV Surveillance from January 2010 through approximately November 2013, with some overlap in those positions.

2. I make this declaration in my capacity as Assistant Commissioner of BHHS at NYC DOHMH, based on my personal knowledge and observations, conversations with my staff and other officials of NYC, and NYC DOHMH'S documents and records. I respectfully submit this Declaration in order to place before the Court certain testimony and documents relevant to the relief requested in the motion for a preliminary relief. I am familiar with the matters set forth

DECLARATION OF SARAH BRAUNSTEIN

- 1 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

herein.

3. In furtherance of its mission to protect and promote public health, NYC DOHMH has undertaken many initiatives in response to the HIV epidemic including HIV testing initiatives; prevention, care, and treatment programming; epidemiology and surveillance; training and technical assistance; policy advocacy; community engagement; and social marketing initiatives.

4. NYC DOHMH depends on federal funding, among other funding, to finance its critical programs supporting HIV care, treatment, and supportive services, including housing, for people with HIV, HIV prevention, and HIV surveillance. That funding comes through programs administered by, *inter alia*, the U.S. Department of Housing and Urban Development ("HUD"), and the U.S. Department of Health and Human Services ("HHS").

### NYC DOHMH's HOPWA HUD Funding

5. A significant portion of the HUD funding received by the City of New York comes through the Housing Opportunities for Persons with AIDS ("HOPWA") program. HOPWA funding is available to cover rental assistance, housing placement, and support services for eligible New Yorkers with HIV/AIDS.

6. NYC has been awarded, and has relied upon, funding from HOPWA grants since the program's inception in 1992.

7. The goals of the NYC HOPWA program are to provide long-term housing assistance and support services to low-income people living with HIV/AIDS and their families. By stabilizing housing and addressing other basic needs, the NYC HOPWA program aims to reduce homelessness, connect and retain clients in medical care, improve adherence to antiretroviral therapies, and reduce HIV transmission.

8. NYC DOHMH is the direct recipient of NYC's annual HUD HOPWA grant. In my capacity as NYC DOHMH Assistant Commissioner of BHHS, I am responsible for overseeing the team that administers the NYC HOPWA program for NYC DOHMH. As the

DECLARATION OF SARAH BRAUNSTEIN
- 2 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

HOPWA Grant administrator on behalf of the City of New York, NYC DOHMH is responsible for meeting all requirements as outlined in the Code of Federal Regulations, Title 24, Part 574, for the HOPWA program. As such, NYC DOHMH has numerous responsibilities, including but not limited to:

   i. Oversight of fiscal and programmatic activities to ensure adherence to federal, state and city guidelines by the HOPWA project sponsors, including the Code of Federal Regulations (24 CFR 574 and 2 CFR 200),

   ii. Collecting and calculating data from project sponsors for the HUD Annual Progress Report,

   iii. Completion of the annual HUD Consolidated Annual Performance and Evaluation Report (CAPER) and Annual Action Plan,

   iv. Collaboration with the City of New York Office of Housing Recovery to create the 5-year Strategic Plan,

   v. Participation in mandated public hearings as part of the HUD Citizen Participation Plan,

   vi. Procurement of HOPWA contracts in collaboration with internal and external parties, and

   vii. Creation of the annual HOPWA line-item budget and City HOPWA Spending Plan.

9. The NYC HOPWA program, through NYC DOHMH, New York City Department of Social Services ("NYC DSS"), and selected lower Hudson counties (Westchester, Rockland, and Putnam), distributes 97% of the grant amount to community-based organizations. NYC DOHMH, through contracts with 26 subrecipients, and NYC DSS's HIV/AIDS Services Administration ("HASA"), through contracts with its subrecipients, provide direct assistance and services to individuals living with HIV/AIDS in the city, including housing subsidies and supportive case management.

DECLARATION OF SARAH BRAUNSTEIN - 3 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

*NYC's Fiscal Year 2025 HOPWA Funding*

10. The amount of HOPWA funding awarded to applicants is formula driven, that is, calculated based on the number of persons living with HIV in that jurisdiction, and other economic factors.

11. In a letter dated May 14, 2025, NYC received notification from the HUD General Deputy Assistant Secretary for Community Planning and Development that the Fiscal Year 2025 HOPWA funding allocation for NYC is $44,857,248. In order for the City of New York to receive the allocated FY25 HOPWA award, a certification must be submitted by August 16, 2025.

**NYC DOHMH's HHS Funding**

12. NYC DOHMH, on behalf of NYC, receives and/or administers millions of dollars in funding from HHS agencies, including, for example HRSA to support HIV care, treatment, and supportive services for people with HIV; CDC to support HIV prevention and surveillance; and both HRSA and CDC to support NYC's work on the federal Ending the HIV Epidemic in the U.S. initiative ("EHE"). In addition to the specific programs overseen by BHHS and discussed in detail below, NYC DOHMH also receives and/or administers HHS funding for many other vital programs, such as the CDC's Medical Monitoring Project and OASH's Teen Pregnancy Prevention Program, both of which offer essential support to NYC DOHMH's efforts to maintain the health and well-being of New Yorkers.

*HHS HRSA Funding*

13. HRSA grants received annually by NYC DOHMH include the Ryan White HIV/AIDS Program Part A Emergency Relief Grant Program ("Ryan White"). The purpose of the Ryan White grant program is to focus resources in jurisdictions with substantial HIV burdens, and to enhance access to comprehensive, high-quality, community-based care for people with HIV. The program aims to provide optimal HIV care and treatment and supportive services to income-eligible people with HIV and to improve their medical outcomes.

DECLARATION OF SARAH BRAUNSTEIN - 4 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

14. NYC has a substantial HIV burden. As of 2023, there were 134,445 people diagnosed and reported with HIV in NYC. This represented approximately 12% of the nationwide population living with HIV that year.

15. NYC's Ryan White program funding supports a range of core services, including medication assistance, care coordination, mental health and substance use services, and critical support services, including housing, non-medical case management, food and nutrition, supportive counseling and family stabilization, legal services, and health education programs. The NYC Ryan White program supports approximately 13,000 people with HIV in the NY eligible metropolitan area (EMA) (Brooklyn, Queens, Manhattan, the Bronx, Staten Island, Westchester, Putnam, and Rockland counties) by helping them to obtain the services they need to improve their health outcomes. Ryan White Part A serves as the Payor of Last Resort for services provided to program clients. Services are delivered by contracted providers who apply for Ryan White Part A funding through a competitive Request for Proposals process designed, implemented, and monitored by DOHMH and its fiduciary agent, Public Health Solutions.

16. NYC's Ryan White Part A funding awards for the past several years have been in the low $90 million range.

17. Grant Year 25 (GY25), which began on March 1, 2025, is the NY EMA's 35th year as a Ryan White Part A Program Recipient. NYC DOHMH applied for approximately $96.7 million in funding for GY25. To date, NYC DOHMH has been awarded approximately $40 million for GY25 in HRSA grant funds for the Ryan White grant program through two partial awards – one issued on January 21, 2025, and the other on May 7, 2025. NYC DOHMH is still awaiting the remainder of the current year's award, and anticipates receiving approximately $90 million in annual Ryan White Part A funds in total, for GY25.

18. NYC DOHMH also receives annual funding from HRSA to support its work on the federal EHE. The federal EHE initiative aims to substantially reduce HIV infections – specifically, by 90% by 2030 – in the U.S. by targeting federal resources to the 57 jurisdictions

DECLARATION OF SARAH BRAUNSTEIN
- 5 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

with highest burden of new HIV diagnoses. The EHE initiative is built on four key strategies to address and end the HIV epidemic, namely: diagnosing HIV, treating HIV, preventing HIV, and responding to HIV outbreaks.

19. Dedicated funding from HRSA for the EHE initiative supports NYC to implement effective and innovative strategies, interventions, approaches, and services to reduce new HIV infections in the United States, with a specific focus on two pillars: HIV treatment and HIV cluster detection and response. In response to the last NOFO for HRSA EHE funding, NYC DOHMH applied for $16 million in annual funding for the current grant year, which began on March 1, 2025. DOHMH received the second and final partial award for this grant on July 7, 2025, for a total of approximately $10 million.

### HHS CDC Funding

20. NYC DOHMH receives millions of dollars in funding annually through CDC grants, including through a cooperative agreement to support HIV prevention, surveillance, and EHE activities. CDC's core cooperative agreement for HIV, or "High-Impact HIV Prevention and Surveillance Programs for Health" aims to support implementation of a comprehensive HIV prevention and surveillance program to prevent new HIV infections and improve the health of people with HIV. CDC's priorities through this funding are to increase knowledge of HIV status, reduce HIV transmission, prevent new HIV infections, improve linkage to care and viral suppression and maintain elimination of perinatal transmission. The cooperative agreement integrates funding for core prevention, surveillance, and EHE funding for eligible jurisdictions, of which NYC is one.

21. Since 2020, NYC DOHMH has applied annually to CDC for a combined award for HIV prevention, surveillance, and EHE funding by submitting a narrative and work plan describing proposed programmatic activities and a budget. Year 2 of the second five-year grant cycle for "High-Impact HIV Prevention and Surveillance Programs for Health Departments" began on June 1, 2025. For the current grant year, NYC DOHMH applied for approximately $42

DECLARATION OF SARAH BRAUNSTEIN
- 6 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

million in funding. On June 26, 2025, NYC DOHMH received a Notice of Award for approximately $41 million total for 12 months of funding, with approximately $29 million to support HIV prevention activities, approximately $5 million for surveillance activities, and approximately $7 million for EHE activities. The Notice of Funding Award, dated June 25, 2025 and attached as Exhibit A, incorporates by reference the CDC General Terms And Conditions, available at https://www.cdc.gov/grants/documents/General-Terms-and-Conditions-Non-Research-Awards.pdf.

**Irreparable Harm Resulting from Loss of HUD and HHS Funding**

*Loss of HUD (NYC HOPWA) Funding*

22. The NYC HOPWA program provides critical support that stabilizes the housing situation of people living with HIV and addresses their medical needs, ultimately leading to improvements in health and well-being and a reduction in HIV transmission. Even a temporary interruption in NYC HOPWA funding (and the uncertainty that would necessarily result) puts the operation of the HOPWA program at risk, threatening the housing stability of people living with HIV, and interfering with attempts to improve HIV outcomes and reduce HIV transmission.

23. Loss of NYC HOPWA funds would also likely affect the ability of NYC DOHMH's subrecipients to continue providing housing and supportive services. The nonprofit partner organizations that operate NYC DOHMH's HOPWA programs rely on HOPWA funds to provide stable and reliable housing.

*Loss of HHS Funding*

24. Ryan White grant funding is a critical part of NYC's efforts to provide care and treatment and supportive services to people with HIV. Individuals battling poverty and co-morbidities are more vulnerable to HIV and to poor outcomes once diagnosed with HIV, including linkage to and engagement in care and treatment. In supporting approximately 13,000 income-eligible people with HIV in the NY EMA, Ryan White provides critical safety net programming and services that improve health and well-being for this population. The reduction

DECLARATION OF SARAH BRAUNSTEIN - 7 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

in, or loss of, Ryan White funding would reduce access to essential care and support services for this population, and would ultimately lead to worse health outcomes and possibly increases in HIV transmission.

25. Loss of HRSA EHE funding would severely hamstring DOHMH's ability to deepen and extend its programming and services related to HIV care and treatment for people with HIV and identification and response to HIV clusters. For example, DOHMH uses this funding to support HIV clinics, through contracts, to implement evidence-based interventions to engage and reengage people with HIV in care, focusing on populations vulnerable to poor health outcomes related to HIV. Any loss of funding in this portfolio would reduce or even eliminate our ability to support those clinical partners, and in general would come at a critical juncture in DOHMH's and its funded partners' efforts to sustain and accelerate work to end the HIV epidemic in New York City.

26. Similarly, CDC funding, including through the EHE program, is critical to NYC's ability to reduce the incidence of HIV infection. NYC has made significant progress toward meeting goals to end the HIV epidemic citywide. In 2023, there were 1,686 new HIV diagnoses made and reported in NYC (down 36% from 2014 and down 70% from 2001, the first year New York State began reporting on new HIV diagnoses). Estimated incident HIV infections in NYC also continue to decline. In 2023, there were an estimated 1,122 new HIV infections, a 17% decrease from 2022.

27. The loss of CDC funding would risk reversing the substantial successes NYC has been able to achieve in its quest to end the HIV epidemic, including significantly reducing HIV diagnoses and estimated HIV incidence in NYC, improving access to key prevention interventions, and improving HIV outcomes such as linkage to care after HIV diagnosis. DOHMH also uses CDC funding to support, through contracts, a range of community-based organizations and providers to provide HIV and related health services in clinical and nonclinical settings. Providers offer universal HIV testing; effective preventative medical interventions,

DECLARATION OF SARAH BRAUNSTEIN
- 8 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

immediate initiation of HIV treatment, and HIV primary care; outreach and navigation services; and mental health, substance use, and other supportive services. Loss of CDC funding would render DOHMH unable to fund this network of partners, and therefore result in a serious reduction in their ability to provide services to New Yorkers vulnerable to HIV and associated conditions.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this_9th day of July, 2025.

Sarah L. Braunstein

DECLARATION OF SARAH BRAUNSTEIN
- 9 -

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 5 NU62PS924835-02-00
FAIN# NU62PS924835
Federal Award Date: 06/25/2025

## Recipient Information

1. **Recipient Name**
CITY OF NEW YORK
4209 28th St
Long Island City, NY 11101-4130
[NoPhoneRecord]

2. **Congressional District of Recipient**
12
3. **Payment System Identifier (ID)**
1136400434B1
4. **Employer Identification Number (EIN)**
136400434
5. **Data Universal Numbering System (DUNS)**
083489737
6. **Recipient's Unique Entity Identifier (UEI)**
XKJ3F8WKV2L3
7. **Project Director or Principal Investigator**
Dr. Benjamin Tsoi
PI - Director, HIV Prevention
btsoi@health.nyc.gov
347-396-7627

8. **Authorized Official**
Ms. Wai Ting Yu
Assistant Commissioner
wyu4@health.nyc.gov
347-396-6214

**Federal Agency Information**
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
Mr. Donatus Nnani
GMS
xqw8@cdc.gov
770-488-4882

10. **Program Official Contact Information**
Mr. Lennie William Lyons
Program Officer
szv7@cdc.gov
404-718-2581

## Federal Award Information

11. **Award Number**
5 NU62PS924835-02-00
12. **Unique Federal Award Identification Number (FAIN)**
NU62PS924835
13. **Statutory Authority**
Section 318(b-c) of the Public Health Service Act (42USC Sections 247c(b-c), as amended and the Consolidated Appropriation Act of 2016 (Pub. L. 114-113)
14. **Federal Award Project Title**
High-Impact HIV Prevention and Surveillance Programs for Health Departments

15. **Assistance Listing Number**
93.940
16. **Assistance Listing Program Title**
HIV Prevention Activities_Health Department Based

17. **Award Action Type**
Non-Competing Continuation
18. **Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date 06/01/2025 - End Date 05/31/2026 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $41,542,796.00 |
| 20a. Direct Cost Amount | $36,539,454.00 |
| 20b. Indirect Cost Amount | $5,003,342.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $0.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $41,542,796.00 |
| 26. Period of Performance Start Date 08/01/2024 - End Date 05/31/2029 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $75,795,480.00 |

28. **Authorized Treatment of Program Income**
ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

**30. Remarks**

Non-Competing Continuation: Financial Assistance in the amount of $41,542,796.00

Page 1

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 5 NU62PS924835-02-00
FAIN# NU62PS924835
Federal Award Date: 06/25/2025

| Recipient Information | |
|---|---|
| **Recipient Name** | |
| CITY OF NEW YORK | |
| 4209 28th St | |
| Long Island City, NY 11101-4130 | |
| [NoPhoneRecord] | |
| **Congressional District of Recipient** | |
| 12 | |
| **Payment Account Number and Type** | |
| 1136400434B1 | |
| **Employer Identification Number (EIN) Data** | |
| 136400434 | |
| **Universal Numbering System (DUNS)** | |
| 083489737 | |
| **Recipient's Unique Entity Identifier (UEI)** | |
| XKJ3F8WKV2L3 | |

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

**33. Approved Budget**
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $23,846,674.00 |
| b. | Fringe Benefits | $3,561,193.00 |
| | c. Total Personnel Costs | $27,407,867.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $2,717,413.00 |
| f. | Travel | $82,249.00 |
| g. | Construction | $0.00 |
| h. | Other | $844,055.00 |
| i. | Contractual | $5,487,870.00 |
| j. | **TOTAL DIRECT COSTS** | **$36,539,454.00** |
| k. | **INDIRECT COSTS** | **$5,003,342.00** |
| l. | **TOTAL APPROVED BUDGET** | **$41,542,796.00** |
| m. | Federal Share | $41,542,796.00 |
| n. | Non-Federal Share | $0.00 |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 4-9390N51 | 24NU62PS924835 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 4-9390N5M | 24NU62PS924835 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 4-9390N5P | 24NU62PS924835 | PS | 410Q | 93.940 | $0.00 | 75-24-0950 |
| 5-9390N51 | 24NU62PS924835 | PS | 410Q | 93.940 | $4,612,506.00 | 75-25-0950 |
| 5-9390N5M | 24NU62PS924835 | PS | 410Q | 93.940 | $29,431,977.00 | 75-25-0950 |
| 5-9390N5P | 24NU62PS924835 | PS | 410Q | 93.940 | $7,498,313.00 | 75-25-0950 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award# 5 NU62PS924835-02-00
FAIN# NU62PS924835
Federal Award Date: 06/25/2025

### Direct Assistance

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---:|---:|---:|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $13,596.00 | $13,596.00 |
| Total | $0.00 | $13,596.00 | $13,596.00 |

## AWARD ATTACHMENTS

CITY OF NEW YORK                                                                 5 NU62PS924835-02-00

1. Terms and Conditions NCC YEAR 2

| AWARD INFORMATION |
|---|

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-PS-24-0047, entitled High-Impact HIV Prevention and Surveillance Programs for Health Departments, and application dated February 24, 2025, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NOA).

**Applicability of 2 CFR 200 Provisions Beginning October 1, 2024**
This award is subject to the requirements in 45 CFR Part 75, except as amended by the following provisions of 2 CFR Part 200, which apply to new, continuation, and supplemental awards made on or after October 1, 2024.

- 2 CFR § 200.1. Definitions, "*Modified Total Direct Cost*", "*Equipment*", and "*Supplies*"
- 2 CFR § 200.313(e). Equipment, *Disposition*
- 2 CFR § 200.314(a). Supplies
- 2 CFR § 200.320. Procurement methods
- 2 CFR § 200.333. Fixed amount subawards
- 2 CFR § 200.344. Closeout
- 2 CFR § 200.414(f). Indirect costs, *De Minimis Rate*
- 2 CFR § 200.501. Audit requirements

| 2 CFR 200 citation | Replaces 45 CFR 75 citation |
|---|---|
| 2 CFR § 200.1. Definitions, *"Modified Total Direct Cost"* | 45 CFR § 75.2. Definitions, *"Modified Total Direct Cost"* |
| 2 CFR § 200.1. Definitions, *"Equipment"* | 45 CFR § 75.2. Definitions, *"Equipment"* |
| 2 CFR § 200.1. Definitions, *"Supplies"* | 45 CFR § 75.2. Definitions, *"Supplies"* |
| 2 CFR § 200.313(e). Equipment, *Disposition* | 45 CFR § 75.320(e). Equipment, *Disposition* |
| 2 CFR § 200.314(a). Supplies | 45 CFR § 75.321(a). Supplies |
| 2 CFR § 200.320. Procurement methods | 45 CFR § 75.329. Procurement procedures |
| 2 CFR § 200.333. Fixed amount subawards | 45 CFR § 75.353. Fixed amount subawards |
| 2 CFR § 200.344. Closeout | 45 CFR § 75.381. Closeout |
| 2 CFR § 200.414(f). Indirect costs, *De Minimis Rate* | 45 CFR § 75.414(f). Indirect (F&A) costs, *De Minimis Rate* |
| 2 CFR § 200.501. Audit requirements | 45 CFR § 75.501. Audit requirements |

**Total Approved Funding is included in Summary Federal Award Financial Information on page 1 of the NOA**. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

***Approved*** **Component/Project Funding:** The NOFO provides for the funding of multiple components under this award. For this NOA, the approved funding level for each component is shown below:

| NOFO Component | Amount |
|---|---|
| Prevention | $ 29,431,977 |
| Surveillance | $ 4,612,506 |
| EHE | $ 7,498,313 |
| Total | $ 41,542,796 |

**Financial Assistance Mechanism:** Cooperative Agreement

**Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

**Substantial Involvement by CDC:** This is a cooperative agreement, and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities as detailed in the NOFO and included below.

1. Collaborate to ensure coordination and implementation of strategies to support the implementation of HIV surveillance and prevention activities.
2. Work with awardees to identify and address capacity building assistance (CBA) and TA needs that are essential to the success of the project. Awardees must work with the assigned Project Officer to establish a mechanism to request direct CDC TA via the designated CDC system or portal.
3. Provide access to training and TA that will strengthen staff capacity relevant to all required strategies and activities of the program.
4. Provide guidance to awardees and set standards on data collection, use, and submission requirements.
5. Facilitate coordination, collaboration, and, where feasible, service integration among federal agencies, other CDC funded programs, other health departments, community based organizations, local and state planning groups, other CDC directly funded programs, national capacity building assistance providers, medical care providers, laboratories, recipients of the Ryan White HIV/AIDS Treatment Extension Act of 2009, and other partners working with people with HIV and at greatest risk for HIV infection toward common goals of risk reduction, disease detection, and a continuum of HIV prevention, care, and treatment.
6. Monitor awardee program performance using multiple approaches, such as site visits, emails, conference calls, and standardized review of performance, recipient feedback and other data reports, to support program development, implementation, evaluation, and improvement.
7. Provide guidance and coordination to funded organizations to improve the quality and effectiveness of work plans, evaluation strategies, products and services, and

     collaborative activities with other organizations.
  8. Collaborate to compile and publish accomplishments, best practices, performance criteria, and lessons learned during the project period.
  9. Collaborate in assessing progress toward meeting strategic and operational goals/objectives and in establishing measurement and accountability systems outcomes, such as increased performance improvements and best or promising practices.
  10. Collaborate on strategies to ensure the provision of appropriate and effective HIV prevention services to populations of focus.
  11. Provide requirements and expectations for standardized and other data reporting and support monitoring and evaluation activities.
  12. Share information, best practices, lessons learned, and evaluation results (e.g., through conferences, guidance, material development, webinars, data sharing publications, other social media, participation in meetings, committees, conference calls, and working groups related to the cooperative agreement and its projects).
  13. Validation-Completion of a comprehensive Assessment of Data Security and Confidentiality Protections at least once during the project period. See Appendix B of the guidance (pages 43-54) for a more detailed description of the process and content. Upon completion and submission, the assessment will be reviewed and validated by CDC program monitors.

**Direct Assistance (DA):** The Da award amount is shown on page 3 of the NOA for **SAS License** in this budget period.

**Budget Revision Requirement:** By **August 1, 2025** the recipient must submit a revised budget with a narrative justification. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.
- **Adjust the budget to the approved funding amount.**

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

- ☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved. Recipients will report use, or intended use, of carried over unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report. If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

Addition alternative**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

## FUNDING RESTRICTIONS AND LIMITATIONS

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated July 25, 2023, which calculates indirect costs as follows, a Provisional is approved at a rate of 15.30% of the base, which includes, total direct costs excluding capital expenditures (building, individual items of equipment; alterations and renovations), and that portion of each subaward in excess of $25,000. The effective dates of this indirect cost rate are from July 1, 2021 until amended.

**Missing Contractual Elements–** The contract(s) listed below are approved and the recipient may submit the name of the contractors as they become available via GrantSolutions Grant Messages.

**RFP Organizational Learning Collaborative to Support Women's Sexual Health <TBD>**

**RFP for Routine Opt-Out HIV Testing <TBD>**

**RFP for Integrated Viral Hepatitis and HIV Testing and Linkage in CBOs Contracts <TBD>**

**Social Marketing Campaign <TBD>**

## PROGRAM OR FUNDING GENERAL REQUIREMENTS

**HIV Program Review Panel Requirement**: All written materials, audiovisual materials, pictorials, questionnaires, survey instruments, websites, educational curricula and other relevant program materials must be reviewed and approved by an established program review panel. A list of reviewed materials and approval dates must be submitted to the CDC Grants Management Specialist identified in the CDC Roles and Responsibilities section of this NOA.

## PAYMENT INFORMATION

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

.

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

                                                    */s/ Gabriela DeGregorio*
                                                    Gabriela DeGregorio
                                                    Litigation Assistant
                                                    Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750