THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                       Plaintiffs,

    v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                  Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF KEVIN
WOODHOUSE

I, KEVIN WOODHOUSE declare as follows:

1.    I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

2.    I am the City Manager for the City of Pacifica ("Pacifica" or "the City"). I have held this position since 2017. As City Manager, I am Pacifica's chief executive and am responsible for the proper and efficient management of all municipal activities.

3.    I oversee Pacifica's planning and financial needs, as well as prepare and manage its budget, including the preparation and administration of the City's Annual Comprehensive Financial Report ("ACFR") each June. We prepare the ACFR in conformity with accounting principles generally accepted in the United States of America. The ACFR is audited in accordance with generally accepted auditing standards by a firm of licensed certified public accountants. Over the course of seven years as the City Manager, I have worked on seven

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

adopted budgets and multiple long-term financial planning documents.

4.    Pacifica is a diverse city located in San Mateo County with a population of almost 38,640 residents (based on the 2020 Census).

5.    Pacifica is facing a budget deficit and the 2025-2026 budget of $53 million is projected to run a deficit of $3.2 million, with expenditures growing 11% over the previous fiscal year and revenue going up just 3%. The loss of anticipated federal grant funding causes additional financial harm and creates confusion and uncertainty in the budget planning for Pacifica.

6.    Federal grants play a substantial role in funding the City's public safety and other operations. To date, direct and pass-through federal funding amounts to $12,512,890 of the City's expenditures for public safety, infrastructure, planning and essential services.

7.    Pacifica has applied annually since 2012 for DOT funding through the State of California Office of Traffic Safety and National Highway Traffic Safety Administration. These federal grants are part of Pacifica's financial planning and budget, and provide funding for programs and services related to traffic control, public safety, and operations targeted at eliminating crime and public nuisance problems associated with retail establishments that sell alcohol.

8.    Pacifica applies for DOT grant funds each year after receiving DOT's Notice of Funding Opportunity (NOFO). In FY24, Pacifica received $110,000 in award grants passed through the State of California to Pacifica consistent with federal law and federal regulations.

9.    Pacifica has not received its grant agreements for this FY25 award. However, based on historical practice, we expect to receive the agreement and to execute it August 12, 2025. Indeed, Pacifica will need to execute the FY25 grant agreement promptly after we receive it to avoid disruptions related to public safety and traffic control.

10.    I have reviewed FY25 agreements that other jurisdictions have received. They are consistent with each other and with the allegations in the Complaint in that they contain additional funding conditions that were not included in the NOFO. Specifically, the agreements

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

appear to prohibit activities related to diversity, equity, and inclusion, promoting "gender ideology" and elective abortions, and policies promoting illegal immigration. None of these conditions exist in our current or prior agreements.

11.     The new conditions are vague and confusing, and present significant challenges for Pacifica. First, regarding the prohibition on DEI activities, these conditions appear to be in conflict with the federal Fair Housing Act and state law, including California Government Code Section 8899.50 et seq. to affirmatively further fair housing. These obligations mean Pacifica must take "meaningful actions that, taken together, address significant disparities in housing needs and in access to opportunity, replacing segregated living patterns with truly integrated and balanced living patterns, transforming racially and ethnically concentrated areas of poverty into areas of opportunity, and fostering and maintaining compliance with civil rights and fair housing laws." (Cal. Gov. Code § 8899.50(a)(1).)

12.     The conditions are also vague as to what constitutes "promoting" illegal immigration, elective abortion, or "gender ideology," and are inconsistent with local ordinances and policy that establishes the City's procedures regarding immigration status and enforcement of civil immigration laws.  The "gender ideology" condition is similarly concerning; for example, if Pacifica's staff request and use a participant's preferred pronoun, if different than the pronoun for their sex assigned at birth, I would be concerned that that could be considered "promoting gender ideology," though not doing so or inquiring invasively into a participant's medical history could be discriminatory or abusive.

13.     If Pacifica is, as we expect, asked to sign a FY25 grant agreement with these new conditions, we will be forced to agree to terms which are vague, confusing, and inconsistent with law or lose access to more than $110,000 in funding for programs related to public safety.

1.     Additionally, Pacifica is currently applying for a DOT grant of $3,500,000 under the Safe Streets and Roads for All (SS4A) program for roadway safety. If Pacifica is asked to sign a SS4A agreement with conditions prohibiting activities related to diversity, equity, and inclusion, promoting "gender ideology" and elective abortions, and policies promoting illegal

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

immigration, it will be forced to choose between agreeing to conditions which are vague, confusing, and inconsistent with law and losing access to more than $3,500,000 in funding for programs related to public safety. The loss of anticipated federal grant funding would cause significant additional financial harm and threatens the safety of the community.  Indeed, the mere threat of the loss has created confusion and uncertainty in Pacifica's budget planning, which is now in its final stages.

14.     The City also receives a significant amount of federal funding from the Department of Health and Human Services, which includes $500,000 for programs and services that assist its low-income and marginalized communities, including, senior transportation, meals on wheels, and childcare support. Pacifica is currently considering how to navigate the threat of lost funds. If there is a reduction in revenue, Pacifica will need to suspend childcare and senior services and abandon critical infrastructure and disaster recovery projects. It will also need to reduce staffing that supports those services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _7th_ day of July, 2025.

_____
KEVIN WOODHOUSE

DECLARATION OF KEVIN WOODHOUSE - 4
No. 2:25-cv-00814-BJR
4910-9825-8515 v1

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750