THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                        Plaintiffs,

    v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                        Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF JOAQUIN
SIQUES

I, JOAQUIN SIQUES, declare as follows:

1.    I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and my review of relevant business records.

**Personal Background**

2.    I am the Director of the Department of Transportation for the City of Pasadena ("Pasadena"). I have held this position since March 2024. In my capacity as the Transportation Director, I am responsible for directing the Transportation Department's activities and operations including leading its five divisions: (1) Mobility Engineering and Operations, (2) Multimodal Planning, (3) Parking, (4) Transit, and (5) Administration. As Transportation Director, my job duties include managing the Transportation Department's annual operating budget, overseeing the development and implementation of its capital improvement program, and directing its short- and long-range planning.

DECLARATION OF JOAQUIN SIQUES - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. I have worked in the transportation industry for over 25 years and worked for Pasadena's Transportation Department for over 20 years. In 2004, I began my career with Pasadena as an Associate Engineer and promoted to Traffic Engineer in 2006, Principal Traffic Engineer in 2017, Deputy Director in 2020, Acting Director in 2023, and Director in 2024. My decades of experience with Pasadena's Transportation Department have provided me with deep knowledge about and familiarity with the department's operations, impacts, and history.

4. I received a Bachelor of Science degree in Safety and Health from the University of Southern California in 1997, and I received a Master of Science Degree in Transportation Engineering from the University of California, Berkeley in 1998. I am a registered Traffic Engineer in the State of California, Registration Number 2163.

**Pasadena's USDOT Grants**

5. Since 2021, Pasadena's Transportation Department has applied for and/or been awarded grants as a direct recipient or subrecipient of several grant programs administered by the United States Department of Transportation ("USDOT") through its operating administrations the Federal Highway Administration ("FHWA") and the Federal Transportation Administration ("FTA") including but not limited to the following:

- the Carbon Reduction Program,
- the Low or No Emission Program ("Low-No Emission Program"),
- the Reconnecting Communities Pilot Program,
- the Safe Streets and Roads for All Program ("SS4A"),
- the Section 5310 Enhanced Mobility of Seniors & Individuals with Disabilities Program, and
- the Surface Transportation Block Grant / Congestion Mitigation Air Quality Program.

6. Since 2021, the total amount of grant funds awarded to Pasadena through these USDOT grant programs exceeds $6,300,000. The total amount of grant funds requested, but not yet awarded to, Pasadena through these USDOT grant programs exceeds $58,000,000.

DECLARATION OF JOAQUIN SIQUES - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

7.     To illustrate the new problematic conditions imposed or threatened to be imposed by USDOT in these grant programs and Pasadena's harms resulting from those conditions, I will use two grant programs as representative examples: the SS4A and the Low-No Emission Program.

### SS4A Grant Program

8.     Since 2021, Pasadena has applied for three SS4A grants by submitting written applications in response to FHWA's SS4A Notices of Funding Opportunity ("NOFO"). Pasadena's grant applications include detailed information about the proposed grant project's purpose, need, benefit, readiness, scope, and cost.

9.     Since 2021, Pasadena has been awarded three SS4A grants totaling approximately $2,515,720 in grant funding.  Over the three grant cycle years covered by these three SS4A grants, this SS4A grant funding accounts for approximately 17% of the Mobility Engineering and Operations Division's and Multimodal Planning Division's combined operating budget.

10.     On or about February 1, 2023, FHWA announced that Pasadena had been awarded a FY 2022 SS4A grant in the amount of $200,000.  The purpose of Pasadena's FY 2022 SS4A grant award is to provide for the development of a Local Roadway Safety Action Plan which prioritizes safety projects through engineering analysis and community engagement in an effort to reduce injury collisions and eliminate fatal collisions within the city limits.

11.     On or about June 19, 2023, Pasadena executed a FY 2022 SS4A Grant Agreement with FHWA to secure this grant.  The FY 2022 SS4A Grant Agreement incorporates by reference FHWA's online FY 2022 SS4A General Terms and Conditions as they existed at that time. Attached to this Declaration as **Exhibit A** is a true and correct copy of the FY 2022 SS4A Grant Agreement.  Attached to this Declaration as **Exhibit B** is a true and correct copy of an amendment to the FY 2022 SS4A Grant Agreement.

12.     On or about December 13, 2023, FHWA announced that Pasadena had been awarded a FY 2023 SS4A grant in the amount of $759,200.  The purpose of Pasadena's FY 2023 SS4A grant award is to provide for the development of an Active Transportation Plan which

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

evaluates all modes of transportation within the city and defines a safe and comprehensive multimodal network.

13.    On or about September 10, 2024, Pasadena executed a FY 2023 SS4A Grant Agreement with FHWA to secure this grant. The FY 2023 SS4A Grant Agreement incorporates by reference FHWA's online FY 2023 SS4A General Terms and Conditions as they existed at that time. Attached to this Declaration as **Exhibit C** is a true and correct copy of the FY 2023 SS4A Grant Agreement.

14.    On or about September 5, 2024, FHWA announced that Pasadena had been awarded a FY 2024 SS4A grant in the amount of $1,556,520. The purpose of Pasadena's FY 2024 SS4A grant award is to provide for the design and construction of quick build safety enhancements within the city.

15.    On or about May 16, 2025, FHWA sent Pasadena a FY 2024 SS4A Grant Agreement for review and signature. The FY 2024 SS4A Grant Agreement incorporates by reference FHWA's online FY 2024 SS4A General Terms and Conditions. Attached to this Declaration as **Exhibit D** is a true and correct copy of the proposed FY 2024 SS4A Grant Agreement, with comment bubbles removed.

16.    On or about March 17, 2025, FHWA revised its online terms and conditions for the FY 2022, FY 2023, and FY 2024 SS4A grants in a purported attempt to "address changes to administration priorities." (FHWA, "SS4A Grant Agreements," https://www.transportation.gov/grants/ss4a/grant-agreements (last visited July 1, 2025).) As pertinent to this declaration, these revised terms and conditions state that the grant recipient:

- "will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law, "

- "agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes

DECLARATION OF JOAQUIN SIQUES - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    of" the False Claims Act, and

2    • "certifies that it does not operate any programs promoting diversity, equity, and

3        inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination

4        laws."

5    To my knowledge, none of the foregoing conditions appeared in the SS4A NOFOs, Pasadena's

6    prior SS4A grant agreements, or FHWA's prior SS4A terms and conditions.  Pasadena was

7    unaware of these revised terms and conditions when it applied for SS4A funding.

8        17.    Around the same time, FHWA also revised its exhibits to the FHWA grant

9    agreements.  One of the revised exhibits requires the grant recipient to certify, "with respect to

10    this Grant, that it will comply with all applicable Federal laws, regulations, executive orders,

11    policies, guidelines, and requirements as they relate to the application, acceptance, and use of

12    Federal funds for this Project."

13        18.    To date, projects funded by the FY 2022 and FY 2023 SS4A grants awarded to

14    Pasadena remain ongoing.  Pasadena has expended only approximately $150,000 of the total

15    $2,515,720 in SS4A funding awarded by FHWA.    Pasadena anticipates drawing down

16    approximately $800,000 of this SS4A grant funding this upcoming year.

17        19.    To date, Pasadena has not executed the proposed FY 2024 SS4A Grant Agreement

18    provided by FHWA due to urgent and serious concerns about its proposed new grant conditions.

19                        **Low-No Emission Grant Program**

20        20.    On or about May 14, 2025, FTA released a NOFO for its Low-No Emission grant

21    program with an application deadline of July 14, 2025.  Pasadena seeks to apply for this grant to

22    secure over $14,500,000 in grant funding to purchase eight zero-emission vehicles for the

23    Pasadena Transit fleet.  Attached to this Declaration as **Exhibit E** is a true and correct copy of

24    the NOFO for the Low-No Emission grant program.

25        21.    FTA's NOFO requires the following certification:

26    The applicant assures and certifies, with respect to any application and awarded Project

27    under this NOFO, that it will comply with all applicable Federal laws, regulations,

DECLARATION OF JOAQUIN SIQUES - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

executive orders, policies, guidelines, and requirements as they relate to the application, acceptance, and use of Federal funds and will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in and the enforcement of Federal immigration law.

22.     This requested Low-No Emission grant funding will account for approximately 10% of the Transit Division's Capital Improvement Program budget for fiscal year 2026.

### Negative Impacts from Losing USDOT Funding

23.     These new conditions on the Low-No Emission and SS4A grants force Pasadena either to agree to requirements imposed on grants sought by or already awarded to Pasadena or lose access to millions of dollars in funding. The impacts of losing these funds would cause significant harms for several reasons.

24.     First, because funding for Pasadena's Transportation Department is limited, the loss of this grant funding would prevent Pasadena from providing many, perhaps all, of the roadway safety improvements and transit service benefits that Pasadena intends to perform with this grant funding. For example, Pasadena would be unable to construct the quick build safety enhancements proposed by the FY 2024 SS4A grant. In addition, Pasadena would be unable to purchase the zero-emission vehicles for the Pasadena Transit fleet proposed by the Low-No Emission grant.

25.     Second, the loss of SS4A funding would negatively impact the safety of Pasadena's drivers, bicyclists, and pedestrians. Efforts to enhance safety and reduce the number of crashes resulting in fatalities and serious injuries are a critical component of the work conducted by the Transportation Department. Activities funded through SS4A allow for the identification of high-risk corridors, development of plans and programs to address safety, and construction of quick-build treatments to enhance safety on city streets.

26.     Third, the loss of Low-No Emission funding would negatively impact Pasadena's transit services. Pasadena Transit provides 1.2 million rides per year. Eighty percent of Pasadena Transit riders do not have access to a motor vehicle. Without grant funding to replace these

DECLARATION OF JOAQUIN SIQUES - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

buses, older vehicles will spend more time out-of-service undergoing maintenance and will eventually be placed out-of-service permanently when they reach the end of their lifecycle, leading to increased service interruptions, reduced service capacity, and potential ridership reduction.

27.     Fourth, the loss of this grant funding could affect Pasadena's compliance with regulatory requirements.  Transit agencies in California are bound by the Innovative Clean Transit regulation adopted by the California Air Resources Board which mandates a complete transition to zero-emission buses across California by the year 2040.  Pasadena intends to use funding from the Low-No Emission grant to purchase regulation-compliant buses.  Without this funding, Pasadena would have to try to find other vehicle funding opportunities.

28.     Fifth, the loss of the SS4A grant funding for the Local Roadway Safety Action Plan would prevent the Transportation Department from completing a Local Roadway Safety Action Plan which is required to obtain Highway Safety Improvement Program ("HSIP") implementation grant funding.  For the latest grant cycle, HSIP implementation grant funding in California totaled nearly $300 million.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __7__ day of July, 2025.

Joaquin Siques

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| **1.** | **Award No.**<br>693JJ32340344 | **2.** | **Effective Date**<br>See No. 17 Below | **3.** **Assistance Listings No.**<br>20.939 |

**4.  Award To**
City of Pasadena
100 N Garfield Ave
Pasadena Ave, 91101

Unique Entity Id.: JK7YAK6HPFM6
TIN No.: 95-6000759

**5.  Sponsoring Office**
U.S. Department of Transportation
Federal Highway Administration
Office of Safety
1200 New Jersey Avenue, SE
HSSA-1, Mail Drop E71-117
Washington, DC 20590

**6.  Period of Performance**
Effective Date of Award through 22 months

**7.  Total Amount**
| | |
|---|---|
| Federal Share: | $200,000 |
| Recipient Share: | $ 50,000 |
| Other Federal Funds: | $      0 |
| Other Funds: | $      0 |
| Total: | $250,000 |

**8.  Type of Agreement**
Grant

**9.  Authority**
Section 24112 of the Infrastructure Investment and Jobs Act (Pub. L. 117–58, November 15, 2021; also referred to as the "Bipartisan Infrastructure Law" or "BIL")

**10.  Procurement Request No.**
HSSP230516PR

**11.  Federal Funds Obligated**
$200,000

**12.  Submit Payment Requests To**
See article 20.

**13.  Payment Office**
See article 20.

**14.  Accounting and Appropriations Data**
15X0173E50.0000.055SR10500.5592000000.41010.61006600

**15.  Description of Project**
The City of Pasadena seeks to strengthen its Local Roadway Safety Plan to implement safety improvements that will most effectively and equitably reduce fatalities and serious injuries on Pasadena streets, consistent with the City's Safe System Approach.

**RECIPIENT**
**16.  Signature of Person Authorized to Sign**

Signature _____    Date  06.19.2023
Name: Laura Rubio-Cornejo
Title:  Director of Transportation

**FEDERAL HIGHWAY ADMINISTRATION**
**17.  Signature of Agreement Officer**

MONIQUE CHARMOUS SNOW-MANNING    Digitally signed by MONIQUE CHARMOUS SNOW-MANNING Date: 2023.07.18 10:50:36 -04'00'

Signature _____    Date
Name: Monique SnowManning
Title: Agreement Officer

## U.S. DEPARTMENT OF TRANSPORTATION

## GRANT AGREEMENT UNDER THE
## FISCAL YEAR 2022 SAFE STREETS AND ROADS FOR ALL GRANT PROGRAM

This agreement is between the Federal Highway Administration (the "FHWA") and the City of Pasadena (the "**Recipient**").

This agreement reflects the selection of the Recipient to receive a Safe Streets and Roads for All ("SS4A") Grant for the Support of Local Roadway Safety Plan.

The parties therefore agree to the following:

## ARTICLE 1
## GENERAL TERMS AND CONDITIONS

**1.1     General Terms and Conditions.**

(a) In this agreement, "**General Terms and Conditions**" means the content of the document titled "General Terms and Conditions Under the Fiscal Year 2022 Safe Streets and Roads for All Grant Program," dated February 8, 2023, which is available at https://www.transportation.gov/grants/ss4a/grant-agreements. Articles 7–30 are in the General Terms and Conditions. The General Terms and Conditions are part of this agreement.

(b) The Recipient states that it has knowledge of the General Terms and Conditions. Recipient also states that it is required to comply with all applicable Federal laws and regulations including, but not limited to, the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 CFR part 200); National Environmental Policy Act (NEPA) (42 U.S.C. § 4321 et seq.); and Build America, Buy America Act (BIL, div. G §§ 70901-27).

(c) The Recipient acknowledges that the General Terms and Conditions impose obligations on the Recipient and that the Recipient's non-compliance with the General Terms and Conditions may result in remedial action, termination of the SS4A Grant, disallowing costs incurred for the Project, requiring the Recipient to refund to the FHWA the SS4A Grant, and reporting the non-compliance in the Federal-government-wide integrity and performance system.

# ARTICLE 2
# APPLICATION, PROJECT, AND AWARD

**2.1    Application.**

Application Title:    SS4A Action Grant to Support Local Roadway Safety Plan

Application Date:    September 15, 2022

**2.2    Award Amount.**

SS4A Grant Amount: $200,000

**2.3    Award Dates.**

Period of Performance End Date: See section 6 on page 1

**2.4    Budget Period**

Budget Period End Date:    See section 6 on page 1

**2.5    Action Plan Grant or Implementation Grant Designation.**

Designation: Action Plan

Federal Award Identification Number. The Federal Award Identification Number is listed on page 1, line 1.

# ARTICLE 3
# SUMMARY PROJECT INFORMATION

**3.1    Summary of Project's Statement of Work.**

Action Plan Grants assist communities that do not currently have a roadway safety plan in place to reduce roadway fatalities, laying the groundwork for a comprehensive set of actions. The awards also provide funding to communities that want to build upon an existing roadway safety plan.

**3.2    Project's Estimated Schedule.**

**ACTION PLAN SCHEDULE**

| Milestone | Schedule Date |
|---|---|
| Planned Draft Action Plan Completion Date: | 3/1/2024 |
| Planned Action Plan Completion Date: | 12/1/2024 |
| Planned Action Plan Adoption Date: | 3/1/2025 |
| Planned SS4A Final Report Date: | 5/1/2025 |

**IMPLEMENTATION SCHEDULE NON-CONSTRUCTION**

| Milestone | Schedule Date |
|---|---|
| Planned NEPA Completion Date: | 3/1/2025 |
| Planned Activity Completion Date: | 3/1/2025 |

**3.3    Project's Estimated Costs.**

(a) Eligible Project Costs

| Eligible Project Costs | |
|---|---|
| SS4A Grant Amount: | $200,000 |
| Other Federal Funds:: | $0 |
| State Funds: | $0 |
| Local Funds: | $50,000 |
| In-Kind Match: | $0 |
| Other Funds: | $0 |
| Total Eligible Project Cost: | $250,000 |

(b) Supplemental Estimated Budget

| Cost Element | Federal Share | Non-Federal Share | Total Budget Amount |
|---|---|---|---|
| Direct Labor | $0.00 | $32,500 | $32,500 |
| Fringe Benefits | $0.00 | $17,500 | $17,500 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual/Consultant | $200,000 | $0.00 | $200,000 |

| | | | |
|---|---|---|---|
| Other | $0.00 | $0.00 | $0.00 |
| Indirect Costs | $0.00 | $0.00 | $0.00 |
| **Total Budget** | **$200,000** | **$50,000** | **$200,000** |

# ARTICLE 4

## RECIPIENT INFORMATION

**4.1    Recipient's Unique Entity Identifier.**

JK7YAK6HPFM6

**4.2    Recipient Contact(s).**

Hy Lao
Associate Engineer
City of Pasadena
221 E Walnut St, Suite 210
Pasadena, CA 91101
(626) 744-4310
hlao@cityofpasadena.net

**4.3    Recipient Key Personnel.**

| Name | Title or Position |
|---|---|
| Hy Lao | Associate Engineer |
| Richard Dilluvio | Principal Planner |
| Donson Liu | Associate Engineer |

**4.4    USDOT Project Contact(s).**

Darren Thacker
Safe Streets and Roads for All Program Manager
Federal Highway Administration
Office of Safety
HSSA-1, Mail Stop:  E71-117
1200 New Jersey Avenue, S.E.
Washington, DC 20590
(202) 366-6409
darren.thacker@dot.gov

and

Ashley Cucchiarelli
Agreement Officer (AO)
Federal Highway Administration
Office of Acquisition and Grants Management
HCFA-33
12300 W Dakota Ave
Lakewood, CO 80228
(720) 963-3589
ashley.cucchiarelli@dot.gov

and

Division Administrator
Agreement Officer's Representative (AOR)
FHWA California Division Office
650 Capitol Mall, Ste. 4-100
Sacramento, CA 95814
Hdaca@dot.gov

and

Lawrence Jesse Glazer
California Division Office Point of Contact
ITS/Operations Engineer
888 S. Figueroa Street, Suite 440
Los Angeles, CA 90017
(213) 422-4588 – mobile
Jesse.Glazer@dot.gov

Backup Calif. Division Office POC:  Maria.Bhatti@dot.gov

## ARTICLE 5
## USDOT ADMINISTRATIVE INFORMATION

**5.1    Office for Subaward and Contract Authorization.**

USDOT Office for Subaward and Contract Authorization:   FHWA Office of Acquisition and Grants Management

SUBAWARDS AND CONTRACTS APPROVAL

Note: See 2 CFR § 200.331, Subrecipient and contractor determinations, for definitions of subrecipient (who is awarded a subaward) versus contractor (who is awarded a contract).

Note: Recipients with a procurement system deemed approved and accepted by the Government or by the AO are exempt from the requirements of this clause. See 2 CFR 200.317 through 200.327.

Note: This clause is only applicable to Action Plan Grants.

Unless described in the application and funded in the approved award, the Recipient must obtain prior written approval from the AO for the subaward, transfer, or contracting out of any work under this award above the Simplified Acquisition Threshold. This provision does not apply to the acquisition of supplies, material, equipment, or general support services. Approval of each subaward or contract is contingent upon the Recipient's submittal of a written fair and reasonable price determination, and approval by the AO for each proposed contractor/sub-recipient. Consent to enter into subawards or contracts will be issued through written notification from the AO or a formal amendment to the Agreement.

The following subawards and contracts are currently approved under the Agreement by the AO. This list does not include supplies, material, equipment, or general support services which are exempt from the pre-approval requirements of this clause.

(Fill in at award or by amendment)

## 5.2 Reimbursement Requests

(a) The Recipient may request reimbursement of costs incurred in the performance of this agreement if those costs do not exceed the funds available under section 2.2 and are allowable under the applicable cost provisions of 2 C.F.R. Part 200, Subpart E. The Recipient shall not request reimbursement more frequently than monthly.

(b) The Recipient shall use the DELPHI eInvoicing System to submit requests for reimbursement to the payment office. When requesting reimbursement of costs incurred or credit for cost share incurred, the Recipient shall electronically submit supporting cost detail with the SF 271 (Outlay Report and Request for Reimbursement for Construction Programs) to clearly document all costs incurred.

(c) The Recipient's supporting cost detail shall include a detailed breakout of all costs incurred, including direct labor, indirect costs, other direct costs, travel, etc., and the Recipient shall identify the Federal share and the Recipient's share of costs. If the Recipient does not provide sufficient detail in a request for reimbursement, the AO may withhold processing that request until the Recipient provides sufficient detail.

(d) The USDOT shall not reimburse costs unless the Agreement Officer's Representative (the "**AOR**") reviews and approves the costs to ensure that progress on this agreement is sufficient to substantiate payment.

(e) The USDOT may waive the requirement that the Recipient use the DELPHI eInvoicing System. The Recipient may obtain waiver request forms on the DELPHI eInvoicing website (http://www.dot.gov/cfo/delphi-einvoicing-system.html) or by contacting the

AO. A Recipient who seeks a waiver shall explain why they are unable to use or access the Internet to register and enter payment requests and send a waiver request to

> Director of the Office of Financial Management
> US Department of Transportation,
> Office of Financial Management B-30, Room W93-431
> 1200 New Jersey Avenue SE
> Washington DC 20590-0001

> or

> DOTElectronicInvoicing@dot.gov.

If the USDOT grants the Recipient a waiver, the Recipient shall submit SF 271s directly to:

> DOT/FAA
> P.O. Box 268865
> Oklahoma City, OK 73125-8865
> Attn: Agreement Specialist

(f) The requirements set forth in these terms and conditions supersede previous financial invoicing requirements for Recipients.


# ARTICLE 6
## SPECIAL GRANT TERMS

6.1   SS4A funds must be expended within five years after the grant agreement is executed and DOT obligates the funds, which is the budget period end date in section 10.3 of the Terms and Conditions and section [wherever the date it is in this agreement].

6.2   The Recipient acknowledges that the Action Plan will be made publicly available, and the Recipient agrees that it will publish the final Action Plan on a publicly available website.

6.3   The Recipient demonstrates compliance with civil rights obligations and nondiscrimination laws, including Titles VI of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), and Section 504 of the Rehabilitation Act, and accompanying regulations. Recipients of Federal transportation funding will also be required to comply fully with regulations and guidance for the ADA, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and all other civil rights requirements.

6.4   The City of Pasadena must coordinate its Action Plan development efforts with the Los Angeles County Metropolitan Transportation Authority's Action Plan development effort to ensure that the respective Action Plans are complementary and do not conflict.

**ATTACHMENT A**
**PERFORMANCE MEASUREMENT INFORMATION**

**Study Area:** City of Pasadena - Citywide

**Baseline Measurement Date:** 12/1/2024
**Baseline Report Date:** 2/1/2025

**Table 1: Performance Measure Table**

| Measure | Category and Description | Measurement Frequency |
|---|---|---|
| Equity | Percent of Funds to Underserved Communities:  Funding amount (of total project amount) benefitting underserved communities, as defined by USDOT | End of period of performance |
| Costs | Project Costs:  Quantification of the cost of each eligible project carried out using the grant | End of period of performance |
| Lessons Learned and Recommendations | Lessons Learned and Recommendations:  Description of lessons learned and any recommendations relating to future projects of strategies to prevent death and serious injury on roads and streets. | End of period of performance |

**ATTACHMENT B**
**CHANGES FROM APPLICATION**

**INSTRUCTIONS FOR COMPLETING ATTACHMENT B:** Describe all material differences between the scope, schedule, and budget described in the application and the scope, schedule, and budget described in Article 3. The purpose of this attachment B is to document the differences clearly and accurately in scope, schedule, and budget to establish the parties' knowledge and acceptance of those differences. See section 10.1.

**Scope**: N/A There have been no changes to the Scope as described in the application

**Schedule**: The schedule has been revised as the Grant Agreement is taking longer to approve. The end date has been revised from 12/31/2023 to 5/1/2025.

**Budget**: N/A There have been no changes to the Budget as described in the application

The table below provides a summary comparison of the project budget.

| Fund Source | Application $ | % | Section 3.3 $ | % |
|---|---|---|---|---|
| **Previously Incurred Costs (Non-Eligible Project Costs)** | | | | |
| Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Previously Incurred Costs | | | | |
| **Future Eligible Project Costs** | | | | |
| SS4AFunds | | | | |
| Other Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Future Eligible Project Costs | | | | |
| Total Project Costs | | | | |

**ATTACHMENT C**
**RACIAL EQUITY AND BARRIERS TO OPPORTUNITY**

1.    **Efforts to Improve Racial Equity and Reduce Barriers to Opportunity.**

The Recipient states that rows marked with "X" in the following table are accurate:

| | |
|---|---|
| | A racial equity impact analysis has been completed for the Project. *(Identify a report on that analysis or, if no report was produced, describe the analysis and its results in the supporting narrative below.)* |
| | The Recipient or a project partner has adopted an equity and inclusion program/plan or has otherwise instituted equity-focused policies related to project procurement, material sourcing, construction, inspection, hiring, or other activities designed to ensure racial equity in the overall delivery and implementation of the Project. *(Identify the relevant programs, plans, or policies in the supporting narrative below.)* |
| | The Project includes physical-barrier-mitigating land bridges, caps, lids, linear parks, and multimodal mobility investments that either redress past barriers to opportunity or that proactively create new connections and opportunities for underserved communities that are underserved by transportation. *(Identify the relevant investments in the supporting narrative below.)* |
| | The Project includes new or improved walking, biking, and rolling access for individuals with disabilities, especially access that reverses the disproportional impacts of crashes on people of color and mitigates neighborhood bifurcation. *(Identify the new or improved access in the supporting narrative below.)* |
| | The Project includes new or improved freight access to underserved communities to increase access to goods and job opportunities for those underserved communities. *(Identify the new or improved access in the supporting narrative below.)* |
| | The Recipient has taken other actions related to the Project to improve racial equity and reduce barriers to opportunity, as described in the supporting narrative below. |
| X | The Recipient has not yet taken actions related to the Project to improve racial equity and reduce barriers to opportunity but, before beginning construction of the project, will take relevant actions described in the supporting narrative below |
| | The Recipient has not taken actions related to the Project to improve racial equity and reduce barriers to opportunity and will not take those actions under this award. |

2.    **Supporting Narrative.**

As part of the development of the Action Plan, projects/strategies will focus on underserved communities.

To improve racial equity when incorporating public and stakeholder engagement into the draft Local Road Safety Plan, outreach and listening events will emphasize the

participation of underserved communities. Public meetings and feedback on government programs do not always come from the most deserving communities, but rather from the loudest communities. This outreach campaign will seek to correct this by targeting outreach events to Northwest Pasadena, a historically black community that today is home to underserved communities of color. Northwest Pasadena has a higher proportion of renters and highest rates of poverty in Pasadena. Measures to ensure that underserved communities are rightfully heard include:

- Meeting residents where they are. Outreach meetings in Northwest Pasadena will be held at times and places that are convenient for residents who may have challenging daily schedules or may not have access to convenient personal automobiles. This will include scheduling meetings after typical weekday and weekend work hours at or near the busiest transit stops in the City.

- Requesting approximate addresses (cross-streets or neighborhoods) when conducting surveys to ensure that underserved neighborhoods are equally represented. Precise addresses will not be collected if residents do not feel comfortable providing that information.

- Ensuring all outreach events are publicized in English and Spanish and provide Spanish speaking team members at public events by default rather than by request.

These measures assist the outreach campaign's ability to improve racial equity and lift underserved communities to the maximum extent feasible.

# EXHIBIT B

1. **Award No.**
   693JJ32340344
   Amendment 0001

2. **Effective Date**

   See No. 17 Below

3. **Assistance**

   **Listings No.**
   20.939

4. **Award To**
   City of Pasadena
   100 N Garfield Ave
   Pasadena Ave, 91101

   Unique Entity Id.: JK7YAK6HPFM6
   TIN No.: 95-6000759

5. **Sponsoring Office**
   U.S. Department of Transportation
   Federal Highway Administration
   Office of Safety
   1200 New Jersey Avenue, SE
   HSSA-1, Mail Drop E71-117
   Washington, DC 20590

6. **Period of Performance**
   07/18/2023 through 29 months

7. **Total Amount**
   Federal Share:          $200,000
   Recipient Share:        $ 50,000
   Other Federal Funds:    $      0
   Other Funds:            $      0
   Total:                  $250,000

8. **Type of Agreement**
   Grant

9. **Authority**
   Section 24112 of the Infrastructure Investment
   and Jobs Act (Pub. L. 117-58, November 15,
   2021; also referred to as the "Bipartisan
   Infrastructure Law" or "BIL")

10. **Procurement Request No.**
    HSAP250004PR

11. **Federal Funds Obligated**
    $200,000

12. **Submit Payment Requests To**
    See article 20.

13. **Payment Office**
    See article 20.

14. **Accounting and Appropriations Data**
    N/A for this amendment

15. **Description of Project**
    The City of Pasadena seeks to strengthen its Local Roadway Safety Plan to implement safety
    improvements that will most effectively and equitably reduce fatalities and serious injuries on
    Pasadena streets, consistent with the City's Safe System Approach.

**RECIPIENT**
**16. Signature of Person Authorized to Sign**

_____    11/4/24
Signature                    Date
Name: Miguel Marquez
Title: City Manager
FOR **NICHOLAS G. RODRIGUEZ**
     Assistant City Manager

**FEDERAL HIGHWAY ADMINISTRATION**
**17. Signature of Agreement Officer**
HECTOR RAMON     Digitally signed by HECTOR RAMON
SANTAMARIA       SANTAMARIA
                 Date: 2024.12.17 13:14:01 -05'00'
_____    
Signature                    Date
Name: Hector Santamaria
Title: Agreement Officer

## U.S. DEPARTMENT OF TRANSPORTATION

## GRANT AGREEMENT UNDER THE
## FISCAL YEAR 2022 SAFE STREETS AND ROADS FOR ALL GRANT PROGRAM

This agreement is between the Federal Highway Administration (the "FHWA") and the City of Pasadena (the **"Recipient").**

This agreement reflects the selection of the Recipient to receive a Safe Streets and Roads for All ("SS4A") Grant for the Support of Local Roadway Safety Plan.

The parties therefore agree to the following:

## ARTICLE 1
## GENERAL TERMS AND CONDITIONS

### 1.1    General Terms and Conditions.

(a) In this agreement, **"General Terms and Conditions"** means the content of the document titled "General Terms and Conditions Under the Fiscal Year 2022 Safe Streets and Roads for All Grant Program," dated February 8, 2023, which is available at https://www.transportation.gov/grants/ss4a/grant-agreements. Articles 7-30 are in the General Terms and Conditions. The General Terms and Conditions are part of this agreement.

(b) The Recipient states that it has knowledge of the General Terms and Conditions. Recipient also states that it is required to comply with all applicable Federal laws and regulations including, but not limited to, the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 CFR part 200); National Environmental Policy Act (NEPA) (42 U.S.C. § 4321 et seq.); and Build America, Buy America Act (BIL, div. G §§ 70901-27).

(c) The Recipient acknowledges that the General Terms and Conditions impose obligations on the Recipient and that the Recipient's non-compliance with the General Terms and Conditions may result in remedial action, termination of the SS4A Grant, disallowing costs incurred for the Project, requiring the Recipient to refund to the FHWA the SS4A Grant, and reporting the non-compliance in the Federal-government-wide integrity and performance system.

**ARTICLE2**
**APPLICATION, PROJECT, AND AWARD**

**2.1     Application.**

Application Title:        SS4A Action Grant to Support Local Roadway Safety Plan

Application Date:        September 15, 2022

**2.2     Award Amount.**

SS4A Grant Amount: $200,000

**2.3     Award Dates.**

 Period of Performance End Date: See section 6 on page 1

**2.4     Budget Period**

Budget Period End Date:        See section 6 on page 1

**2.5     Action Plan Grant or Implementation Grant Designation.**

Designation: Action Plan

Federal Award Identification Number. The Federal Award Identification Number is listed on page **1,** line 1.

**ARTICLE3**
**SUMMARY PROJECT INFORMATION**

**3.1     Summary of Project's Statement of Work.**

   Action Plan Grants assist communities that do not currently have a roadway safety plan in place to reduce roadway fatalities, laying the groundwork for a comprehensive set of actions. The awards also provide funding to communities that want to build upon an existing roadway safety plan.

**3.2    Project's Estimated Schedule.**

**ACTION PLAN SCHEDULE**

| Milestone | Schedule Date |
|---|---|
| Planned Draft Action Plan Completion Date: | 05/01/2025 |
| Planned Action Plan Completion Date: | 06/01/2025 |
| Planned Action Plan Adoption Date: | 08/01/2025 |
| Planned SS4A Final Report Date: | 09/01/2025 |

**IMPLEMENTATION SCHEDULE NON-CONSTRUCTION**

| Milestone | Schedule Date |
|---|---|
| Planned NEPA Completion Date: | 05/01/2025 |
| Planned Activity Completion Date: | 05/01/2025 |

**3.3    Project's Estimated Costs.**

(a) Eligible Project Costs

| Eligible Project Costs | |
|---|---|
| SS4A Grant Amount: | $200,000 |
| Other Federal Funds:: | $0 |
| State Funds: | $0 |
| Local Funds: | $50,000 |
| In-Kind Match: | $0 |
| Other Funds: | $0 |
| Total Eligible Project Cost: | $250,000 |

(b) Supplemental Estimated Budget

| Cost Element | Federal Share | Non-Federal Share | Total Budget Amount |
|---|---|---|---|
| Direct Labor | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual/Consultant | $200,000 | $50.000 | $250,000 |

4 of 12

| Other | $0.00 | $0.00 | $0.00 |
| Indirect Costs | $0.00 | $0.00 | $0.00 |
| **Total Budget** | **$200,000** | **$50,000** | **$250,000** |

## ARTICLE4

## RECIPIENT INFORMATION

### 4.1    Recipient's Unique Entity Identifier.

JK7YAK6HPFM6

### 4.2    Recipient Contact(s).

Hy Lao
Engineer
City of Pasadena
100 N Garfield Ave S045
Pasadena, CA 91101
(626) 744-7965
hlao@cityofpasadena.net

### 4.3    Recipient Key Personnel.

| Name | Title or Position |
| --- | --- |
| Hy Lao | Engineer |
| Richard Dilluvio | Principal Planner |
| Donson Liu | Engineer |

### 4.4    USDOT Project Contact(s).

Darren Thacker
Safe Streets and Roads for All Program Manager
Federal Highway Administration
Office of Safety
HSSA-1, Mail Stop:  E71-117
1200 New Jersey Avenue, S.E.
Washington, DC 20590
(202) 366-6409
darren.thacker@dot.gov

and

Agreement Officer (AO)
Federal Highway Administration
Office of Acquisition and Grants Management
HCFA-42
HCFASS4A@dot.gov

and

Division Administrator

Elissa Konove
Agreement Officer's Representative (AOR)
FHWA California Division Office
650 Capitol Mall, Ste. 4-100
Sacramento, CA 95814
Hdaca@dot.gov

and

Mike Shami
California Division Office Point of Contact
Discretionary Grant Manager
650 Capitol Mall, Ste, 4-100
Sacramento, CA 95814
(916) 990-8150-Mobile
Mike.Shami@dot.goc

# ARTICLES
# USDOT ADMINISTRATIVE INFORMATION

**5.1     Office for Subaward and Contract Authorization.**

USDOT Office for Subaward and Contract Authorization:   FHWA Office of Acquisition
and Grants Management

SUBAWARDS AND CONTRACTS APPROVAL

Note: See 2 CFR § 200.331, Subrecipient and contractor determinations, for definitions of
subrecipient (who is awarded a subaward) versus contractor (who is awarded a contract).

Note: Recipients with a procurement system deemed approved and accepted by the Government or by the AO are exempt from the requirements of this clause. See 2 CFR 200.317 through 200.327.

Note:  This clause is only applicable to Action Plan Grants.

Unless described in the application and funded in the approved award, the Recipient must obtain prior written approval from the AO for the subaward, transfer, or contracting out of any work under this award above the Simplified Acquisition Threshold. This provision does not apply to the acquisition of supplies, material, equipment, or general support services. Approval of each subaward or contract is contingent upon the Recipient's submittal of a written fair and reasonable price determination, and approval by the AO for each proposed contractor/sub-recipient. Consent to enter into subawards or contracts will be issued through written notification from the AO or a formal amendment to the Agreement.

The following subawards and contracts are currently approved under the Agreement by the AO. This list does not include supplies, material, equipment, or general support services which are exempt from the pre-approval requirements of this clause.

(Fill in at award or by amendment)

**5.2 Reimbursement Requests**

(a) The Recipient may request reimbursement of costs incurred in the performance of this agreement if those costs do not exceed the funds available under section 2.2 and are allowable under the applicable cost provisions of 2 C.F.R. Part 200, Subpart E. The Recipient shall not request reimbursement more frequently than monthly.

(b) The Recipient shall use the DELPHI eInvoicing System to submit requests for reimbursement to the payment office. When requesting reimbursement of costs incurred or credit for cost share incurred, the Recipient shall electronically submit supporting cost detail with the SF 271 (Outlay Report and Request for Reimbursement for Construction Programs) to clearly document all costs incurred.

(c) The Recipient's supporting cost detail shall include a detailed breakout of all costs incurred, including direct labor, indirect costs, other direct costs, travel, etc., and the Recipient shall identify the Federal share and the Recipient's share of costs. If the Recipient does not provide sufficient detail in a request for reimbursement, the AO may withhold processing that request until the Recipient provides sufficient detail.

(d) The USDOT shall not reimburse costs unless the Agreement Officer's Representative (the **"AOR"**) reviews and approves the costs to ensure that progress on this agreement is sufficient to substantiate payment.

(e) The USDOT may waive the requirement that the Recipient use the DELPHI eInvoicing System. The Recipient may obtain waiver request forms on the DELPHI eInvoicing website (http://www.dot.gov/cfo/delphi-einvoicing-system.html) or by contacting the

AO. A Recipient who seeks a waiver shall explain why they are unable to use or access the Internet to register and enter payment requests and send a waiver request to

> Director of the Office of Financial Management
> US Department of Transportation,
> Office of Financial Management B-30, Room W93-431
> 1200 New Jersey Avenue SE
> Washington DC 20590-0001
>
> or
>
> DOTElectronicinvoicing@dot.gov.

If the USDOT grants the Recipient a waiver, the Recipient shall submit SF 271s directly to:

> DOT/FAA
> P.O. Box 268865
> Oklahoma City, OK 73125-8865
> Attn: Agreement Specialist

(f)  The requirements set forth in these terms and conditions supersede previous financial invoicing requirements for Recipients.

## ARTICLE 6
## SPECIAL GRANT TERMS

**6.1**  SS4A funds must be expended within five years after the grant agreement is executed and DOT obligates the funds, which is the budget period end date in section 10.3 of the Terms and Conditions and section [wherever the date it is in this agreement].

**6.2**  The Recipient acknowledges that the Action Plan will be made publicly available, and the Recipient agrees that it will publish the final Action Plan on a publicly available website.

**6.3**  The Recipient demonstrates compliance with civil rights obligations and nondiscrimination laws, including Titles VI of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), and Section 504 of the Rehabilitation Act, and accompanying regulations. Recipients of Federal transportation funding will also be required to comply fully with regulations and guidance for the ADA, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and all other civil rights requirements.

**6.4**  The City of Pasadena must coordinate its Action Plan development efforts with the Los Angeles County Metropolitan Transportation Authority's Action Plan development effort to ensure that the respective Action Plans are complementary and do not conflict.

**ATTACHMENT A**
**PERFORMANCE MEASUREMENT INFORMATION**

**Study Area:** City of Pasadena - Citywide

**Baseline Measurement Date:** 12/1/2024
**Baseline Report Date:** 08/01/2025

**Table 1: Performance Measure Table**

| Measure | Category and Description | Measurement Frequency |
|---|---|---|
| Equity | Percent of Funds to Underserved Communities:  Funding amount (of total project amount) benefitting underserved communities, as defined by USDOT | End of period of performance |
| Costs | Project Costs:  Quantification of the cost of each eligible project carried out using the grant | End of period of performance |
| Lessons Learned and Recommendations | Lessons Learned and Recommendations: Description of lessons learned and any recommendations relating to future projects of strategies to prevent death and serious injury on roads and streets. | End of period of performance |

**ATTACHMENT B**
**CHANGES FROM APPLICATION**

**INSTRUCTIONS FOR COMPLETING ATTACHMENT B:** Describe all material differences between the scope, schedule, and budget described in the application and the scope, schedule, and budget described in Article 3. The purpose of this attachment B is to document the differences clearly and accurately in scope, schedule, and budget to establish the parties' knowledge and acceptance of those differences. See section 10.1.

**Scope:** N/A There have been no changes to the Scope as described in the application

**Schedule:** The schedule has been revised as the Grant Agreement is taking longer to approve. The end date has been revised from 12/31/2023 to 09/01/2025.

**Budget:** N/A There have been no changes to the Budget as described in the application

The table below provides a summary comparison of the project budget.

| Fund Source | Application $ | Application % | Section 3.3 $ | Section 3.3 % |
|---|---|---|---|---|
| **Previously Incurred Costs (Non-Eligible Project Costs)** | | | | |
| Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Previously Incurred Costs | | | | |
| **Future Eligible Project Costs** | | | | |
| SS4A Funds | | | | |
| Other Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Future Eligible Project Costs | | | | |
| Total Project Costs | | | | |

10 of 12

## ATTACHMENT C
## RACIAL EQUITY AND BARRIERS TO OPPORTUNITY

1.    **Efforts to Improve Racial Equity and Reduce Barriers to Opportunity.**

The Recipient states that rows marked with "X" in the following table are accurate:

| | |
|---|---|
| | A racial equity impact analysis has been completed for the Project. *(Identify a report on that analysis or, if no report was produced, describe the analysis and its results in the supporting narrative below.)* |
| | The Recipient or a project partner has adopted an equity and inclusion program/plan or has otherwise instituted equity-focused policies related to project procurement, material sourcing, construction, inspection, hiring, or other activities designed to ensure racial equity in the overall delivery and implementation of the Project. *(Identify the relevant programs, plans, or policies in the supporting narrative below.)* |
| | The Project includes physical-barrier-mitigating land bridges, caps, lids, linear parks, and multimodal mobility investments that either redress past barriers to opportunity or that proactively create new connections and opportunities for underserved communities that are underserved by transportation. *(Identify the relevant investments in the supporting narrative below.)* |
| | The Project includes new or improved walking, biking, and rolling access for individuals with disabilities, especially access that reverses the disproportional impacts of crashes on people of color and mitigates neighborhood bifurcation. *(Identify the new or improved access in the supporting! narrative below.)* |
| | The Project includes new or improved freight access to underserved communities to increase access to goods and job opportunities for those underserved communities. *(Identify the new or improved access in the supporting narrative below.)* |
| | The Recipient has taken other actions related to the Project to improve racial equity and reduce barriers to opportunity, as described in the supporting narrative below. |
| X | The Recipient has not yet taken actions related to the Project to improve racial equity and reduce barriers to opportunity but, before beginning construction of the project, will take relevant actions described in the supporting narrative below |
| | The Recipient has not taken actions related to the Project to improve racial equity and reduce barriers to opportunity and will not take those actions under this award. |

2.    **Supporting Narrative.**

As part of the development of the Action Plan, projects/strategies will focus on underserved communities.

To improve racial equity when incorporating public and stakeholder engagement into the draft Local Road Safety Plan, outreach and listening events will emphasize the

11  of 12

participation of underserved communities. Public meetings and feedback on government programs do not always come from the most deserving communities, but rather from the loudest communities. This outreach campaign will seek to correct this by targeting outreach events to Northwest Pasadena, a historically black community that today is home to underserved communities of color. Northwest Pasadena has a higher proportion of renters and highest rates of poverty in Pasadena. Measures to ensure that underserved communities are rightfully heard include:

Meeting residents where they are. Outreach meetings in Northwest Pasadena will be held at times and places that are convenient for residents who may have challenging daily schedules or may not have access to convenient personal automobiles. This will include scheduling meetings after typical weekday and weekend work hours at or near the busiest transit stops in the City.

Requesting approximate addresses (cross-streets or neighborhoods) when conducting surveys to ensure that underserved neighborhoods are equally represented. Precise addresses will not be collected if residents do not feel comfortable providing that information.

Ensuring all outreach events are publicized in English and Spanish and provide Spanish speaking team members at public events by default rather than by request.

These measures assist the outreach campaign's ability to improve racial equity and lift underserved communities to the maximum extent feasible.

# EXHIBIT C

| | |
|---|---|
| **1.  Federal Award No.**<br>693JJ32440591 | **2.  Effective Date**<br>See No. 17 Below    **3.  Assistance Listings No.**<br>20.939 |

**4.  Award To**
City of Pasadena

100 N Garfield Ave

Pasadena, CA 91101


Unique Entity Id.: JK7YAK6HPFM6

TIN No.: 95-6000759

**5.  Sponsoring Office**
U.S. Department of Transportation

Federal Highway Administration

Office of Safety

1200 New Jersey Avenue, SE

HSSA-1, Mail Drop E71-117

Washington, DC 20590

**6.  Period of Performance**
Effective Date of Award –3/01/2027

**7.  Total Amount**

| | |
|---|---|
| Federal Share: | $759,200 |
| Recipient Share: | $189,800 |
| Other Federal Funds: | $0 |
| Other Funds: | $0 |
| Total: | $949,000 |

**8.  Type of Agreement**
Grant

**9.  Authority**
Section 24112 of the Infrastructure Investment and Jobs Act (Pub. L. 117–58, November 15, 2021; also referred to as the "Bipartisan Infrastructure Law" or "BIL")

**10.  Procurement Request No.**
HSA240029PR

**11.  Federal Funds Obligated**
$759,200

**12.  Submit Payment Requests To**
See Article 5.

**13.  Accounting and Appropriations Data**
**15X0173E50.0000.055SR10500.5592000000.41010.61006600**

**14.  Description of the Project**

The Pasadena Citywide Active Transportation Plan will update and integrate the City's Bicycle Transportation Action Plan, Pedestrian Transportation Action Plan, and Safe Routes to School Plan to create a comprehensive action plan for safe and accessibility walking, biking, and rolling in the City. The community-driven plan will focus on three key areas: education, infrastructure improvements, and incorporating the latest best practices in active transportation.

**RECIPIENT**

**15.  Signature of Person Authorized to Sign**

_____
Signature                                    Date

Name: Miguel Márquez

Title: City Manager


_____
Nicholas Rodriguez (Sep 10, 2024 13:38 PDT)


_____
Amanda Cusick (Sep 9, 2024 16:18 PDT)

ATTEST:

_____
Mark Jomsky (Sep 10, 2024 16:29 PDT)


**FEDERAL HIGHWAY ADMINISTRATION**

**16.  Signature of Agreement Officer**

HECTOR RAMON SANTAMARIA    Digitally signed by HECTOR RAMON SANTAMARIA
Date: 2024.07.31 08:29:32 -04'00'
_____
Signature                                    Date

Name: Hector Santamaria

Title: Agreement Officer


09/10/2024


09/09/2024


09/10/2024

## U.S. DEPARTMENT OF TRANSPORTATION

### GRANT AGREEMENT UNDER THE
### FISCAL YEAR 2023 SAFE STREETS AND ROADS FOR ALL GRANT PROGRAM

This agreement is between the United States Department of Transportation's (the "**USDOT**") Federal Highway Administration (the "**FHWA**") and the City of Pasadena (the "**Recipient**").

This agreement reflects the selection of the Recipient to receive a Safe Streets and Roads for All ("**SS4A**") Grant for the Citywide Active Transportation Plan.

The parties therefore agree to the following:

### ARTICLE 1
### GENERAL TERMS AND CONDITIONS

**1.1    General Terms and Conditions.**

(a) In this agreement, "**General Terms and Conditions**" means the content of the document titled "General Terms and Conditions Under the Fiscal Year 2023 Safe Streets and Roads for All ("SS4A") Grant Program,", which is available at https://www.transportation.gov/grants/ss4a/grant-agreements under "Fiscal Year 2023." Articles 7–30 are in the General Terms and Conditions. The General Terms and Conditions are part of this agreement.

(b) The Recipient acknowledges that it has knowledge of the General Terms and Conditions. Recipient also states that it is required to comply with all applicable Federal laws and regulations including, but not limited to, the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 CFR part 200); National Environmental Policy Act (NEPA) (42 U.S.C. § 4321 et seq.); and Build America, Buy America Act (BIL, div. G §§ 70901-27).

(c) The Recipient acknowledges that the General Terms and Conditions impose obligations on the Recipient and that the Recipient's non-compliance with the General Terms and Conditions may result in remedial action, termination of the SS4A Grant, disallowing costs incurred for the Project, requiring the Recipient to refund to the FHWA the SS4A Grant, and reporting the non-compliance in the Federal-government-wide integrity and performance system.

### ARTICLE 2
### APPLICATION, PROJECT, AND AWARD

**2.1    Application.**

Application Title:     Citywide Active Transportation Plan

Application Date:     July 7, 2023

**2.2    Award Amount.**

SS4A Grant Amount: $759,200

**2.3    Federal Obligation Information.**

Federal Obligation Type:       Single

**2.4    Budget Period.**

Budget Period:  See Block 6 of Page 1

**2.5    Grant Designation.**

Designation:   Planning

**ARTICLE 3**
**SUMMARY PROJECT INFORMATION**

**3.1    Summary of Project's Statement of Work.**

Pasadena will develop a citywide Active Transportation Plan (ATP) prioritizing safe walking and cycling. The ATP will update and integrate the City's 2015 Bicycle Transportation Action Plan, new Pedestrian Transportation Action Plan and Safe Routes to School Plan, to advance a comprehensive active transportation network. The ATP will enhance bike infrastructure, improve pedestrian safety, and support educational campaigns and community engagement. By fostering a culture of active mobility, Pasadena aims to create a model for sustainable, livable communities.

The project will be completed in one phase as follows:

Phase 1: Planning: Develop and Adopt City of Pasadena Citywide Active Transportation Plan

**3.2    Project's Estimated Schedule.**

**Action Plan Schedule**

| Milestone | Schedule Date |
|---|---|
| Planned NEPA Completion Date: | 6/5/2024 |
| Planned Draft Plan Completion Date: | 1//1/2026 |
| Planned Final Plan Completion Date: | 9/1/2026 |
| Planned Final Plan Adoption Date: | 1/1/2027 |
| Planned SS4A Final Report Date: | 3/1/2027 |

**3.3    Project's Estimated Costs.**

(a)  Eligible Project Costs

| Eligible Project Costs | |
|---|---|
| SS4A Grant Amount: | $759,200 |

4 of 16

| | |
|---|---|
| Other Federal Funds: | $0 |
| State Funds: | $0 |
| Local Funds: | $189,000 |
| In-Kind Match: | $0 |
| Other Funds: | $0 |
| Total Eligible Project Cost: | $949,000 |

(b) Cost Classification Table – Planning and Demonstration Grants with demonstration activities and Implementation Grants Only

Not applicable as project is only planning activities with no demonstration or implementation activities

(c) Indirect Costs

Indirect costs are allowable under this Agreement in accordance with 2 CFR part 200 and the Recipient's approved Budget Application.  In the event the Recipient's indirect cost rate changes, the Recipient will notify FHWA of the planned adjustment and provide supporting documentation for such adjustment. This Indirect Cost provision does not operate to waive the limitations on Federal funding provided in this document. The Recipient's indirect costs are allowable only insofar as they do not cause the Recipient to exceed the total obligated funding.

## ARTICLE 4

## RECIPIENT INFORMATION

### 4.1    Recipient Contact(s).

Scott Johnson
Senior Planner
City of Pasadena
211 E Walnut St Suite 215, Pasadena, CA 91106
(626) 744-4782
scjohnson@cityofpasadena.net

### 4.2    Recipient Key Personnel.

| Name | Title or Position |
|---|---|
| Scott Johnson | Senior Planner |
| Rich Dilluvio | Principal Planner |
| Jenny Cristales-Cevallos | Acting Deputy Director of Transportation |
| Talin Shahbazian | Associate Planner |

**4.3     USDOT Project Contact(s).**

Safe Streets and Roads for All Program Manager
Federal Highway Administration
Office of Safety
HSSA-1, Mail Stop:  E71-117
1200 New Jersey Avenue, S.E.
Washington, DC 20590
202-366-2822
SS4A.FHWA@dot.gov

and

Agreement Officer (AO)
Federal Highway Administration
Office of Acquisition and Grants Management
HCFA-33, Mail Stop E62-310
1200 New Jersey Avenue, S.E.
Washington, DC 20590
HCFASS4A@dot.gov

and

Division Administrator – California
Agreement Officer's Representative (AOR)
650 Capital Mall, Ste. 4-100 Sacramento CA 95814-4708
(916) 498-5001
Elissa.Konove@dot.gov

and

Maria Bhatti
California Division Office Lead Point of Contact
Safety Program Manager
650 Capital Mall, Ste. 4-100 CA 95814-4708
(916) 498-5002
Maria.Bhatti@dot.gov


**ARTICLE 5**
**USDOT ADMINISTRATIVE INFORMATION**


**5.1     Office for Subaward and Contract Authorization.**

USDOT Office for Subaward and Contract Authorization:   FHWA Office of Acquisition and Grants Management

SUBAWARDS AND CONTRACTS APPROVAL

Note: See 2 CFR § 200.331, Subrecipient and contractor determinations, for definitions of subrecipient (who is awarded a subaward) versus contractor (who is awarded a contract).

Note: Recipients with a procurement system deemed approved and accepted by the Government or by the Agreement Officer (the "**AO**") are exempt from the requirements of this clause. See 2 CFR 200.317 through 200.327. Note: This clause is only applicable to grants that do not include construction.

In accordance with 2 CFR 200.308(c)(6), unless described in the application and funded in the approved award, the Recipient must obtain prior written approval from the AO for the subaward, transfer, or contracting out of any work under this award above the Simplified Acquisition Threshold. This provision does not apply to the acquisition of supplies, material, equipment, or general support services. Approval will be issued through written notification from the AO or a formal amendment to the Agreement.

The following subawards and contracts are currently approved under the Agreement by the AO. This list does not include supplies, material, equipment, or general support services which are exempt from the pre-approval requirements of this clause.

## 5.2    Reimbursement Requests

(a) The Recipient may request reimbursement of costs incurred within the budget period of this agreement if those costs do not exceed the amount of funds obligated and are allowable under the applicable cost provisions of 2 C.F.R. Part 200, Subpart E. The Recipient shall not request reimbursement more frequently than monthly.

(b) The Recipient shall use the DELPHI iSupplier System to submit requests for reimbursement to the payment office. When requesting reimbursement of costs incurred or credit for cost share incurred, the Recipient shall electronically submit supporting cost detail with the SF-270 (Request for Advance or Reimbursement) or SF-271 (Outlay Report and Request for Reimbursement for Construction Programs) to clearly document all costs incurred.

(c) The Recipient's supporting cost detail shall include a detailed breakout of all costs incurred, including direct labor, indirect costs, other direct costs, travel, etc., and the Recipient shall identify the Federal share and the Recipient's share of costs. If the Recipient does not provide sufficient detail in a request for reimbursement, the Agreement Officer's Representative (the "**AOR**") may withhold processing that request until the Recipient provides sufficient detail.

(d) The USDOT shall not reimburse costs unless the AOR reviews and approves the costs to ensure that progress on this agreement is sufficient to substantiate payment.

(e) In the rare instance the Recipient is unable to receive electronic funds transfers (EFT), payment by EFT would impose a hardship on the Recipient because of their inability to manage an account at a financial institution, and/or the Recipient is unable to use the DELPHI iSupplier System to submit their requests for disbursement, the FHWA may waive the requirement that the Recipient use the DELPHI iSupplier System. The Recipient shall contact the Division Office Lead Point of Contact for instructions on and requirements related to pursuing a waiver.

(f) The requirements set forth in these terms and conditions supersede previous financial invoicing requirements for Recipients.

## ARTICLE 6
## SPECIAL GRANT TERMS

**6.1**   SS4A funds must be expended within five years after the grant agreement is executed and DOT obligates the funds, which is the budget period end date in section 10.3 of the Terms and Conditions and section 2.4 in this agreement.

**6.2.**   The Recipient demonstrates compliance with civil rights obligations and nondiscrimination laws, including Titles VI of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), and Section 504 of the Rehabilitation Act, and accompanying regulations. Recipients of Federal transportation funding will also be required to comply fully with regulations and guidance for the ADA, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and all other civil rights requirements.

**6.3**   SS4A Funds will be allocated to the Recipient and made available to the Recipient in accordance with FHWA procedures.

**6.4**   The Recipient of a Planning and Demonstration Grant acknowledges that the Action Plan will be made publicly available and agrees that it will publish the final Action Plan on a publicly available website.

**6.5**   There are no other special grant requirements.

**ATTACHMENT A**
**PERFORMANCE MEASUREMENT INFORMATION**

**Study Area:** City of Pasadena Citywide

**Table 1: Performance Measure Table**

| Measure | Category and Description | Measurement Frequency and Reporting Deadline |
|---|---|---|
| Equity | Percent of Funds to Underserved Communities: Funding amount (of total project amount) benefitting underserved communities, as defined by USDOT | Within 120 days after the end of the period of performance |
| Costs | Project Costs: Quantification of the cost of each eligible project carried out using the grant | Within 120 days after the end of the period of performance |
| Lessons Learned and Recommendations | Lessons Learned and Recommendations: Description of lessons learned and any recommendations relating to future projects or strategies to prevent death and serious injury on roads and streets. | Within 120 days after the end of the period of performance |

## ATTACHMENT B
## CHANGES FROM APPLICATION

Describe all material differences between the scope, schedule, and budget described in the application and the scope, schedule, and budget described in Article 3. The purpose of Attachment B is to clearly and accurately document any differences in scope, schedule, and budget to establish the parties' knowledge and acceptance of those differences. See Article 11 for the Statement of Work, Schedule, and Budget Changes.  If there are no changes, please insert "N/A" in Section 3.3 of the table.

**Scope**: N/A

**Schedule**: N/A

**Budget**: N/A

The table below provides a summary comparison of the project budget.

| | Application | | Section 3.3 | |
|---|---|---|---|---|
| **Fund Source** | $ | % | $ | % |
| **Previously Incurred Costs (Non-Eligible Project Costs)** | | | | |
| Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Previously Incurred Costs | | | | |
| **Future Eligible Project Costs** | | | | |
| SS4AFunds | | 80 | | 80 |
| Other Federal Funds | | | | |
| Non-Federal Funds | | 20 | | 20 |
| Total Future Eligible Project Costs | | | | |
| Total Project Costs | | 100 | | 100 |

**ATTACHMENT C**
**RACIAL EQUITY AND BARRIERS TO OPPORTUNITY**

**1.    Efforts to Improve Racial Equity and Reduce Barriers to Opportunity.**

The Recipient states that rows marked with "X" in the following table align with the application:

|   |   |
|---|---|
|   | A racial equity impact analysis has been completed for the Project. *(Identify a report on that analysis or, if no report was produced, describe the analysis and its results in the supporting narrative below.)* |
|   | The Recipient or a project partner has adopted an equity and inclusion program/plan or has otherwise instituted equity-focused policies related to project procurement, material sourcing, construction, inspection, hiring, or other activities designed to ensure racial equity in the overall delivery and implementation of the Project. *(Identify the relevant programs, plans, or policies in the supporting narrative below.)* |
|   | The Project includes physical-barrier-mitigating land bridges, caps, lids, linear parks, and multimodal mobility investments that either redress past barriers to opportunity or that proactively create new connections and opportunities for underserved communities that are underserved by transportation. *(Identify the relevant investments in the supporting narrative below.)* |
|   | The Project includes new or improved walking, biking, and rolling access for individuals with disabilities, especially access that reverses the disproportional impacts of crashes on people of color and mitigates neighborhood bifurcation. *(Identify the new or improved access in the supporting narrative below.)* |
|   | The Project includes new or improved freight access to underserved communities to increase access to goods and job opportunities for those underserved communities. *(Identify the new or improved access in the supporting narrative below.)* |
|   | The Recipient has taken other actions related to the Project to improve racial equity and reduce barriers to opportunity, as described in the supporting narrative below. |
| x | The Recipient has not yet taken actions related to the Project to improve racial equity and reduce barriers to opportunity but intends to take relevant actions described in the supporting narrative below. |
|   | The Recipient has not taken actions related to the Project to improve racial equity and reduce barriers to opportunity and will not take those actions under this award. |

**2.    Supporting Narrative.**

The Pasadena Citywide Active Transportation Plan's development will prioritize projects and strategies that benefit underserved communities. To ensure their voices are heard, the plan will implement a more equitable public engagement approach.

Traditional outreach often doesn't connect with the most in need. Public meetings tend to attract those with time and resources, not necessarily those most impacted by transportation issues. The plan will use multiple strategies to advance equity and engage underserved communities.

The plan approach will focus on:

Targeted Outreach: The plan will prioritize outreach to underserved communities such as Northwest Pasadena, a historically Black neighborhood experiencing poverty and limited car access. Meetings will be held at convenient times and locations, during non-work hours and at locations accessible by transit. Underserved communities will be identified using a variety of criteria including the Southern California metropolitan planning organization's priority equity community map, CalEnviroScreen which identifies communities in California significantly environmentally impacted, and federal data on areas of persistent poverty and historically disadvantaged communities.

Inclusive Surveys: Survey's will be distributed through multiple methods including online, at pop-up events, and through community groups to make it easy and convenient to provide input. Survey's will request approximate addresses (cross-streets or neighborhoods) to gauge participation from underserved areas, while respecting resident privacy.

Multilingual Communication: All outreach materials and events will be available in English and Spanish, with Spanish-speaking team members readily available. Additional languages will be offered based on community needs.

These measures promote racial equity and ensure underserved communities have a strong voice in shaping the Pasadena Citywide Active Transportation Plan.

**ATTACHMENT D**
**CLIMATE CHANGE AND ENVIRONMENTAL JUSTICE IMPACTS**

1.     **Consideration of Climate Change and Environmental Justice Impacts.**

The Recipient states that rows marked with "X" in the following table align with the application:

| | |
|---|---|
| | The Project directly supports a Local/Regional/State Climate Action Plan that results in lower greenhouse gas emissions. *(Identify the plan in the supporting narrative below.)* |
| | The Project directly supports a Local/Regional/State Equitable Development Plan that results in lower greenhouse gas emissions. *(Identify the plan in the supporting narrative below.)* |
| | The Project directly supports a Local/Regional/State Energy Baseline Study that results in lower greenhouse gas emissions. *(Identify the plan in the supporting narrative below.)* |
| | The Recipient or a project partner used environmental justice tools, such as the EJScreen, to minimize adverse impacts of the Project on environmental justice communities. *(Identify the tool(s) in the supporting narrative below.)* |
| | The Project supports a modal shift in freight or passenger movement to reduce emissions or reduce induced travel demand. *(Describe that shift in the supporting narrative below.)* |
| | The Project utilizes demand management strategies to reduce congestion, induced travel demand, and greenhouse gas emissions. *(Describe those strategies in the supporting narrative below.)* |
| | The Project incorporates electrification infrastructure, zero-emission vehicle infrastructure, or both. *(Describe the incorporated infrastructure in the supporting narrative below.)* |
| | The Project supports the installation of electric vehicle charging stations. *(Describe that support in the supporting narrative below.)* |
| | The Project promotes energy efficiency. *(Describe how in the supporting narrative below.)* |
| | The Project serves the renewable energy supply chain. *(Describe how in the supporting narrative below.)* |
| | The Project improves disaster preparedness and resiliency *(Describe how in the supporting narrative below.)* |
| | The Project avoids adverse environmental impacts to air or water quality, wetlands, and endangered species, such as through reduction in Clean Air Act criteria pollutants and greenhouse gases, improved stormwater management, or improved habitat connectivity. *(Describe how in the supporting narrative below.)* |
| | The Project repairs existing dilapidated or idle infrastructure that is currently causing environmental harm. *(Describe that infrastructure in the supporting narrative below.)* |
| | The Project supports or incorporates the construction of energy- and location-efficient buildings. *(Describe how in the supporting narrative below.)* |

| | |
|---|---|
| | The Project includes recycling of materials, use of materials known to reduce or reverse carbon emissions, or both. *(Describe the materials in the supporting narrative below.)* |
| | The Recipient has taken other actions to consider climate change and environmental justice impacts of the Project, as described in the supporting narrative below. |
| x | The Recipient has not yet taken actions to consider climate change and environmental justice impacts of the Project but will take relevant actions described in the supporting narrative below. |
| | The Recipient has not taken actions to consider climate change and environmental justice impacts of the Project and will not take those actions under this award. |

## 2.    Supporting Narrative.

The Citywide Active Transportation Plan will integrate consideration of climate change and environmental justice impacts into the plan development. The Citywide Active Transportation Plan will complement and advance existing City climate related planning documents. On March 5, 2018, City Council unanimously adopted the Pasadena Climate Action Plan (CAP) demonstrating the City's commitment to confront climate change. A key pillar of Pasadena's CAP, which aims to reduce Greenhouse Gases (GHG) below 2009 levels by 83% by 2050, is reducing GHG emissions from transportation. The Climate Action Plan identified that transportation accounts for 52% of GHG Emissions in Pasadena; the Citywide Active Transportation Plan will directly address this by creating a plan to advance sustainable travel modes such as walking and biking by improving transportation safety, installing walking and biking infrastructure, facilitating active transportation education, and establishing environmentally friendly transportation policy.


Environmental justice will inform the Citywide Active Transportation Plan. Environmental justice mapping tools such as CalEnviroScreen published by the California Environmental Protection Agency (CalEPA) and California Office of Environmental Health Hazard Assessment (OEHHA) will be used to identify disadvantaged communities most environmentally impact. The Citywide Active Transportation will use this information to prioritize proposed active transportation improvements to mitigate historic environmental injustices. Engagement work will use strategies to connect with the most disadvantaged communities by hosting workshops, working with local community groups, providing language services in multiple languages, and providing multiple options to provide input including in person, online, mail, at community centers, workshops, and at official government venues.

## ATTACHMENT E
## LABOR AND WORKFORCE

**1.      Efforts to Support Good-Paying Jobs and Strong Labor Standards**

The Recipient states that rows marked with "X" in the following table align with the application:

| | |
|---|---|
| x | The Recipient demonstrate, to the full extent possible consistent with the law, an effort to create good-paying jobs with the free and fair choice to join a union and incorporation of high labor standards. *(Identify the relevant agreements and describe the scope of activities they cover in the supporting narrative below.)* |
| x | The Recipient or a project partner has adopted the use of local and economic hiring preferences in the overall delivery and implementation of the Project. *(Describe the relevant provisions in the supporting narrative below.)* |
| | The Recipient or a project partner has adopted the use of registered apprenticeships in the overall delivery and implementation of the Project. *(Describe the use of registered apprenticeship in the supporting narrative below.)* |
| | The Recipient or a project partner will provide training and placement programs for underrepresented workers in the overall delivery and implementation of the Project. *(Describe the training programs in the supporting narrative below.)* |
| | The Recipient or a project partner will support free and fair choice to join a union in the overall delivery and implementation of the Project by investing in workforce development services offered by labor-management training partnerships or setting expectations for contractors to develop labor-management training programs. *(Describe the workforce development services offered by labor-management training partnerships in the supporting narrative below.)* |
| | The Recipient or a project partner will provide supportive services and cash assistance to address systemic barriers to employment to be able to participate and thrive in training and employment, including childcare, emergency cash assistance for items such as tools, work clothing, application fees and other costs of apprenticeship or required pre-employment training, transportation and travel to training and work sites, and services aimed at helping to retain underrepresented groups like mentoring, support groups, and peer networking. *(Describe the supportive services and/or cash assistance provided to trainees and employees in the supporting narrative below.)* |
| | The Recipient or a project partner has documented agreements or ordinances in place to hire from certain workforce programs that serve underrepresented groups. *(Identify the relevant agreements and describe the scope of activities they cover in the supporting narrative below.)* |

| |
|---|
| The Recipient or a project partner participates in a State/Regional/Local comprehensive plan to promote equal opportunity, including removing barriers to hire and preventing harassment on work sites, and that plan demonstrates action to create an inclusive environment with a commitment to equal opportunity, including:<br><ol type="a"><li>affirmative efforts to remove barriers to equal employment opportunity above and beyond complying with Federal law;</li><li>proactive partnerships with the U.S. Department of Labor's Office of Federal Contract Compliance Programs to promote compliance with EO 11246 Equal Employment Opportunity requirements and meet the requirements as outlined in the Notice of Funding Opportunity to make good faith efforts to meet the goals of 6.9 percent of construction project hours being performed by women and goals that vary based on geography for construction work hours and for work being performed by people of color;</li><li>no discriminatory use of criminal background screens and affirmative steps to recruit and include those with former justice involvement, in accordance with the Fair Chance Act and equal opportunity requirements;</li><li>efforts to prevent harassment based on race, color, religion, sex, sexual orientation, gender identity, and national origin;</li><li>training on anti-harassment and third-party reporting procedures covering employees and contractors; and</li><li>maintaining robust anti-retaliation measures covering employees and contractors.</li></ol>*(Describe the equal opportunity plan in the supporting narrative below.)* |
| The Recipient has taken other actions related to the Project to create good-paying jobs with the free and fair choice to join a union and incorporate strong labor standards. *(Describe those actions in the supporting narrative below.)* |
| The Recipient has not yet taken actions related to the Project to create good-paying jobs with the free and fair choice to join a union and incorporate strong labor standards but, before beginning construction of the project, will take relevant actions described in the supporting narrative below. |
| The Recipient has not taken actions related to the Project to improving good-paying jobs and strong labor standards and will not take those actions under this award. |

## 2. Supporting Narrative.

The City of Pasadena has several City Council adopted policies and contract processes to ensure City projects will create good-paying jobs and ensure strong labor standards. The City of Pasadena procurement and contracting rules do not interfere or otherwise discriminate against the right to form, join, and participate in labor unions. The State of California and the City of Pasadena have laws in place to ensure good jobs with fair wages as well. The Citywide Active Transportation Plan will establish the framework for millions of dollars of future construction projects. These projects when constructed will require all contractors working on the projects to be paid fair wages based on the State of California prevailing wage laws Labor Code Sections 1720 et seq. and 8 CCR Section 16000 et seq. Additionally, the City of Pasadena has a living wage ordinance to ensure fair wages are paid for any contractor work that occurs based on the Citywide Active Transportation Plan. The City of Pasadena also has procurement rules in place that give preference to local and small/micro businesses that would apply to this project and facilitate development of local jobs at fair wages.

# EXHIBIT D

| | | |
|---|---|---|
| **1.** **Federal Award No.** | **2.** **Effective Date**<br>See No. 16 Below | **3.** **Assistance Listings No.**<br>20.939 |

**4.** **Award To**
City of Pasadena
100 N Garfield Ave
Pasadena, CA 91101-1726

**5.** **Sponsoring Office**
U.S. Department of Transportation
Federal Highway Administration
Office of Safety
1200 New Jersey Avenue, SE
HSSA-1, Mail Drop E71-117
Washington, DC 20590

Unique Entity Id.: JK7YAK6HPFM6
TIN No.: 95-6000759

**6.** **Period of Performance**
Effective Date of Award – 60 months

**7.** **Total Amount**

| | |
|---|---|
| Federal Share: | $1,556,520 |
| Recipient Share: | $389,130 |
| Other Federal Funds: | $0 |
| Other Funds: | $0 |
| Total: | $1,945,650 |

**8.** **Type of Agreement**
Grant

**9.** **Authority**
Section 24112 of the Infrastructure Investment and Jobs Act (IIJA) (Pub. L. 117–58, November 15, 2021;

**10.** **Procurement Request No.**

**11.** **Federal Funds Obligated**

Base Phase: Pre-NEPA (includes Preliminary Design and NEPA) - $104,000

**12.** **Submit Payment Requests To**
See Article 5.

**13.** **Accounting and Appropriations Data**

**14.** **Description of the Project**
The Greenway Demonstration Safety Project will demonstrate and evaluate quick-build Greenway corridors in the City to create an evidenced based long-term plan to create safe, traffic-calmed routes prioritizing walking, biking, and rolling.

**RECIPIENT**

**15.** **Signature of Person Authorized to Sign**

**FEDERAL HIGHWAY ADMINISTRATION**

**16.** **Signature of Agreement Officer**

_____
Signature                    Date

_____
Signature                    Date

Name: Miguel Márquez

Title: City Manager

Name:

Title: Agreement Officer

**U.S. DEPARTMENT OF TRANSPORTATION**

**GRANT AGREEMENT UNDER THE**
**FISCAL YEAR 2024 SAFE STREETS AND ROADS FOR ALL GRANT PROGRAM**

This agreement is between the United States Department of Transportation's (the "**USDOT**") Federal Highway Administration (the "**FHWA**") and the City of Pasadena (the "**Recipient**").

This agreement reflects the selection of the Recipient to receive a Safe Streets and Roads for All ("**SS4A**") Grant for the Greenway Demonstration Safety Project.

The parties therefore agree to the following:

**ARTICLE 1**
**GENERAL TERMS AND CONDITIONS**

    **1.1    General Terms and Conditions.**

(a) In this agreement, "**General Terms and Conditions**" means the content of the document titled "General Terms and Conditions Under the Fiscal Year 2024 Safe Streets and Roads for All ("SS4A") Grant Program,", which is available at https://www.transportation.gov/grants/ss4a/grant-agreements under "Fiscal Year 2024." Articles 7–30 are in the General Terms and Conditions. The General Terms and Conditions are part of this agreement.

(b) The Recipient acknowledges that it has knowledge of the General Terms and Conditions. Recipient also states that it is required to comply with all applicable Federal laws and regulations including, but not limited to, the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 CFR part 200); National Environmental Policy Act (NEPA) (42 U.S.C. § 4321 et seq.); and Build America, Buy America Act ( Infrastructure Investment and Jobs Act (IIJA), div. G §§ 70901-27).

(c) The Recipient acknowledges that the General Terms and Conditions impose obligations on the Recipient and that the Recipient's non-compliance with the General Terms and Conditions may result in remedial action, termination of the SS4A Grant, disallowing costs incurred for the Project, requiring the Recipient to refund to the FHWA the SS4A Grant, and reporting the non-compliance in the Federal-government-wide integrity and performance system.

ARTICLE 2
APPLICATION, PROJECT, AND AWARD

**2.1    Application.**

Application Title:    Greenway Demonstration Safety Project

Application Date:    May 15, 2024

**2.2    Award Amount.**

SS4A Grant Amount:  $1,556,520

**2.3    Federal Obligation Information.**

Federal Obligation Type:      Multiple

| Obligation Condition Table | | |
|---|---|---|
| **Phase the Project** | **Allocation of the SS4A Grant** | **Obligation Condition** |
| Base Phase: Pre-NEPA & Preliminary Design | $104,000 | |

**Obligation Condition Table**

| Phase the Project | Allocation of the SS4A Grant | Obligation Condition |
|---|---|---|
| Option Phase 1:<br><br>Final Design, Right-of-Way, and Utility Relocation | $104,520 | The Recipient shall not expend any funds (Federal or non-Federal) for, seek reimbursement of eligible costs, or otherwise begin any part of the final design and construction of an Implementation Project unless and until:<br><br>(1) The requirements of the National Environmental Policy Act (42 U.S.C. § 4321 et seq.) ("NEPA"), Section 106 of the National Historic Preservation Act (16 U.S.C. § 470f) ("NHPA"), and any other applicable environmental laws and regulations have been met; and<br><br>(2) FHWA, or a State with applicable NEPA Assignment authority, has approved the NEPA document for the Project and provided the Recipient with a written notice that the environmental review process is complete; and<br><br>(3) FHWA has obligated additional funds for this phase and notified the Recipient in writing that the Recipient may proceed to the next activity after NEPA approval, and the Recipient has acknowledged receipt in writing of FHWA's notification. Recipient shall not proceed with any such activities until (2) and (3) as described in this section are met. Costs that are incurred before (2) and (3) as described in this section are met are not allowable costs under this agreement.<br><br>Extent of activities that are permissible before NEPA is complete are those activities constituting "preliminary design" as specified in FHWA Order 6640.1A. |

**Obligation Condition Table**

| Phase the Project | Allocation of the SS4A Grant | Obligation Condition |
|---|---|---|
| Option Phase 2: Construction - Demonstration Activities | $1,348,000 | The Recipient shall not expend any funds (Federal or non-Federal) for, seek reimbursement of eligible costs, or otherwise begin any part of the construction or final design and construction of an Implementation Project unless and until:<br><br>(1)    The requirements of the National Environmental Policy Act (42 U.S.C. § 4321 et seq.) ("NEPA"), Section 106 of the National Historic Preservation Act (16 U.S.C. § 470f) ("NHPA"), and any other applicable environmental laws and regulations have been met; and<br><br>(2) FHWA, or a State with applicable NEPA Assignment authority, has approved the NEPA document for the Project and provided the Recipient with a written notice that the environmental review process is complete; and<br><br>(3) FHWA has obligated additional funds for this phase and notified the Recipient in writing that the Recipient may proceed to the next activity after NEPA approval, and the Recipient has acknowledged receipt in writing of FHWA's notification. Recipient shall not proceed with any such activities until (2) and (3) as described in this section are met. Costs that are incurred before (2) and (3) as described in this section are met are not allowable costs under this agreement.<br><br>Extent of activities that are permissible before NEPA is complete are those activities constituting "preliminary design" as specified in FHWA Order 6640.1A. |

### 2.4    Budget Period.

Base Phase Budget Period:  Effective Date of Award – 60  months

Option Phase 1 Budget Period:  reserved

Option Phase 2 Budget Period : reserved

### 2.5    Grant Designation.

Designation:   Planning and Demonstration

# ARTICLE 5
## SUMMARY PROJECT INFORMATION

### 3.1    Summary of Project's Statement of Work.

Planning and Demonstration Narrative:

The project will be completed in two phases.

Base Phase: Pre-NEPA:  Project environmental clearance will be completed and preliminary design project evaluation will be conducted.

Option Phase 1: Final Design, Right-of-Way, and Utility Relocation: Demonstration design and construction documents will be completed.

Option Phase 2: Construction: Demonstration activities will be constructed to install quick-build 'Greenway' safety treatments to support active transportation modes based on All Ages and Abilities guidelines described in the FHWA Bikeway Selection report and NACTO Designing for all Ages & Abilities Contextual Guidance. The quick-build treatments are temporary applications. A post evaluation report will be completed to provide an evidenced based long-term planning approach an inform permanent treatments on safe, traffic-calmed routes prioritizing walking, biking and rolling.

### 3.2    Project's Estimated Schedule.

**Demonstration Activity Schedule**

| Milestone | Schedule Date |
|---|---|
| Planned NEPA Completion Date: | 06/30/2026 |
| Planned Construction Substantial Completion and Open to Public Use Date: | 12/31/2029 |
| Planned SS4A Final Report Date: | 12/31/2029 |

### 3.3    Project's Estimated Costs.

(a)  Eligible Project Costs

| Eligible Project Costs | |
|---|---:|
| SS4A Grant Amount: | $1,556,520 |
| Other Federal Funds: | $0 |
| State Funds: | $0 |
| Local Funds: | $263,343.18 |
| In-Kind Match: | $125,786.82 |
| Other Funds: | $0 |
| Total Eligible Project Cost: | $1,945,650 |

(b) Cost Classification Table – For Planning and Demonstration Grants with demonstration activities

| Cost Classification | Total Costs | Non-SS4A Previously Incurred Costs | Eligible Costs |
|---|---|---|---|
| Architectural and engineering fees | $130,650 | 0 | **$130,650** |
| Other architectural and engineering fees | $80,000 | 0 | **$80,000** |
| Construction | $1,507,195 | 0 | **$1,507,195** |
| Contingency | $227,805 | 0 | **$227,805** |
| **Project Total** | **$1,945,650** | | **$1,945,650** |

(c) Indirect Costs

Indirect costs are allowable under this Agreement in accordance with 2 CFR part 200 and the Recipient's approved Budget Application.  In the event the Recipient's indirect cost rate changes, the Recipient will notify FHWA of the planned adjustment and provide supporting documentation for such adjustment. This Indirect Cost provision does not operate to waive the limitations on Federal funding provided in this document. The Recipient's indirect costs are allowable only insofar as they do not cause the Recipient to exceed the total obligated funding.

## ARTICLE 4

## CONTACT INFORMATION

### 4.1 Recipient Contact(s).

Anthony (Tony) Jusay
Planner
City of Pasadena
211 E Walnut St Suite 215, Pasadena, CA 91106
(626) 744-3806
ajusay@cityofpasadena.net

### 4.2 Recipient Key Personnel.

| Name | Title or Position |
|---|---|
| Tony Jusay | Planner |
| Scott Johnson | Senior Planner |

| Name | Title or Position |
|------|-------------------|
| Rich Dilluvio | Principal Planner |
| Jenny Cristales-Cevallos | Deputy Director of Transportation |
| Talin Shahbazian | Associate Planner |
| Arvin Mangasar | Associate Engineer |

**4.3    USDOT Project Contact(s).**

Safe Streets and Roads for All Program Manager
Federal Highway Administration
Office of Safety
HSSA-1, Mail Stop:  E71-117
1200 New Jersey Avenue, S.E.
Washington, DC 20590
202-366-2822
SS4A.FHWA@dot.gov

And

Agreement Officer (AO)
Federal Highway Administration
Office of Acquisition and Grants Management
HCFA-42, Mail Stop E62-310
1200 New Jersey Avenue, S.E.
Washington, DC 20590
202-493-2402
HCFASS4A@dot.gov

And

Acting Division Administrator – California- Doug Hecox
Agreement Officer's Representative (AOR)
650 Capitol Mall, Ste. 4-100
Sacramento, CA 95814
916-498-5015
Hdaca@dot.gov

And

Mike Shami
California Division Office Lead Point of Contact
Discretionary Grant Manager
650 Capitol Mall, Suite 4-100, Sacramento, CA 95814
(916) 498-5853
Mike.shami@dot.gov

# ARTICLE 5
## USDOT ADMINISTRATIVE INFORMATION

### 5.1    Office for Subaward and Contract Authorization.

USDOT Office for Subaward and Contract Authorization:   FHWA Office of Acquisition and Grants Management

SUBAWARDS AND CONTRACTS APPROVAL

Note: See 2 CFR § 200.331, Subrecipient and contractor determinations, for definitions of subrecipient (who is awarded a subaward) versus contractor (who is awarded a contract).

Note: Recipients with a procurement system deemed approved and accepted by the Government or by the Agreement Officer (the "AO") are exempt from the requirements of this clause. See 2 CFR 200.317 through 200.327.

In accordance with 2 CFR 200.308(f)(6), the recipient or subrecipient shall obtain prior written approval from the USDOT agreement officer for the subaward, if the subaward activities were not proposed in the application or approved in the Federal award. This provision is in accordance with 2 CFR 200.308 (f)(6) and does not apply to procurement transactions for goods and services. Approval will be issued through written notification from the AO or a formal amendment to the Agreement.

The following subawards and contracts are currently approved under the Agreement by the AO. This list does not include supplies, material, equipment, or general support services which are exempt from the pre-approval requirements of this clause.

### 5.2    Reimbursement Requests

(a)  The Recipient may request reimbursement of costs incurred within the budget period of this agreement if those costs do not exceed the amount of funds obligated and are allowable under the applicable cost provisions of 2 C.F.R. Part 200, Subpart E. The Recipient shall not request reimbursement more frequently than monthly.

(b)  The Recipient shall use the DELPHI iSupplier System to submit requests for reimbursement to the payment office. When requesting reimbursement of costs incurred or credit for cost share incurred, the Recipient shall electronically submit supporting cost detail with the SF-270 (Request for Advance or Reimbursement) or SF-271 (Outlay Report and Request for Reimbursement for Construction Programs) to clearly document all costs incurred.

(c)  The Recipient's supporting cost detail shall include a detailed breakout of all costs incurred, including direct labor, indirect costs, other direct costs, travel, etc., and the Recipient shall identify the Federal share and the Recipient's share of costs. If the Recipient does not provide sufficient detail in a request for reimbursement, the Agreement Officer's Representative (the "**AOR**") may withhold processing that request until the Recipient provides sufficient detail.

(d)  The USDOT shall not reimburse costs unless the AOR reviews and approves the costs to ensure that progress on this agreement is sufficient to substantiate payment.

(e)  In the rare instance the Recipient is unable to receive electronic funds transfers (EFT), payment by EFT would impose a hardship on the Recipient because of their inability to manage an account at a financial institution, and/or the Recipient is unable to use the DELPHI iSupplier System to submit their requests for disbursement, the FHWA may waive the requirement that the Recipient use the DELPHI iSupplier System. The Recipient shall contact the Division Office Lead Point of Contact for instructions on and requirements related to pursuing a waiver.

(f) The requirements set forth in these terms and conditions supersede previous financial invoicing requirements for Recipients.

# ARTICLE 6
## SPECIAL GRANT TERMS

**6.1**  SS4A funds must be expended within five years after the grant agreement is executed and DOT obligates the funds, which is the budget period end date in section 10.3 of the Terms and Conditions and section 2.4 in this agreement.

**6.2**  The Recipient demonstrates compliance with civil rights obligations and nondiscrimination laws, including Titles VI of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), and Section 504 of the Rehabilitation Act, and accompanying regulations. Recipients of Federal transportation funding will also be required to comply fully with regulations and guidance for the ADA, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and all other civil rights requirements.

**6.3**  SS4A Funds will be allocated to the Recipient and made available to the Recipient in accordance with FHWA procedures.

**6.4**  The Recipient of a Planning and Demonstration Grant that involves a demonstration activity agrees to provide an assessment of each demonstration activity and update the existing Action Plan, which will incorporate the information gathered in the Action Plan's list of projects or strategies and/or inform another part of the existing Action Plan.  The Recipient also agrees that demonstration activities are temporary in nature and must be removed and/or ended following the conclusion of the project if the assessment of the demonstration activities does not affirm that the activities provide safety benefits.

**6.5**  The Recipient acknowledges that it is required to conduct certain environmental analyses and to prepare and submit to FHWA, or State with applicable NEPA Assignment authority, documents required under NEPA, and other applicable environmental statutes and regulations before the Government will obligate funds for Option Phase 1 under this agreement and provide the Recipient with a written notice to proceed with Option Phase 1.

**6.6**  The Government's execution of this agreement does not in any way constitute pre-approval or waiver of any of the regulations imposed upon Recipient under the applicable Federal rules, regulations and laws regarding SS4A projects undertaken in accordance with the terms and conditions of this agreement. The Recipient shall comply with all applicable Federal requirements before incurring any costs under this agreement.

**6.7**  There are no other special grant requirements.

ATTACHMENT A
### PERFORMANCE MEASUREMENT INFORMATION

**Study Area:** El Molino Avenue from Atchison Street to Bonita Drive
**Baseline Measurement Date:** 10/01/2025
**Baseline Report Date:** 12/01/2025

**Table 1: Performance Measure Table**

| Measure | Category and Description | Measurement Frequency and Reporting Deadline |
|---|---|---|
| Safety Performance | Fatalities:  Total annual fatalities in the project location(s) | Annually and within 120 days after the end of the period of performance |
| Safety Performance | Serious Injuries:  Total annual serious injuries in the project location(s) [if available] | Annually and within 120 days after the end of the period of performance |
| Safety Performance | Crashes by Road User Category:  Total annual crashes in the project location(s) broken out by types of roadway users involved (e.g., pedestrians, bicyclists, motorcyclist, passenger vehicle occupant, commercial vehicle occupant) | Annually and within 120 days after the end of the period of performance |
| | | |
| Costs | Project Costs:  Quantification of the cost of each eligible project carried out using the grant | Within 120 days after the end of the period of performance |
| Outcomes and Benefits | Quantitative Project Benefits: Quantification of evidence-based projects or strategies implemented (e.g., miles of | Within 120 days after the end of the period of performance |

| Measure | Category and Description | Measurement Frequency and Reporting Deadline |
|---|---|---|
| | sidewalks installed, number of pedestrian crossings upgraded, etc.) | |
| Outcomes and Benefits | Qualitative Project Benefits:  Qualitative description of evidence-based projects or strategies implemented (e.g., narrative descriptions, testimonials, high-quality before and after photos, etc.) | Within 120 days after the end of the period of performance |
| Outcomes and Benefits | Project Location(s):  GIS/geo coordinate information identifying specific project location(s) | Within 120 days after the end of the period of performance |
| Lessons Learned and Recommendations | Lessons Learned and Recommendations: Description of lessons learned and any recommendations relating to future projects or strategies to prevent death and serious injury on roads and streets. | Within 120 days after the end of the period of performance |

**ATTACHMENT B**
**CHANGES FROM APPLICATION**

Describe all material differences between the scope, schedule, and budget described in the application and the scope, schedule, and budget described in Article 3. The purpose of Attachment B is to clearly and accurately document any differences in scope, schedule, and budget to establish the parties' knowledge and acceptance of those differences. See Article 11 for the Statement of Work, Schedule, and Budget Changes. If there are no changes, please insert "N/A" after "Scope," "Schedule," or "Budget." If there are changes to the budget, please complete the table below. Otherwise, leave the table below blank.

**Scope**: N/A

**Schedule**: N/A

**Budget**: N/A

The table below provides a summary comparison of the project budget.

| Fund Source | Application | | Section 3.3 | |
|---|---|---|---|---|
| | $ | % | $ | % |
| **Previously Incurred Costs (Non-Eligible Project Costs)** | | | | |
| Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Previously Incurred Costs | | | | |
| **Future Eligible Project Costs** | | | | |
| SS4AFunds | | | | |
| Other Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Future Eligible Project Costs | | | | |
| Total Project Costs | | | | |

**ATTACHMENT C**
**[RESERVED]**

1.

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**2.**

**ATTACHMENT D**
**[RESERVED]**

1.

|   |   |
|---|---|
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |

**2.**

ATTACHMENT I
**LABOR AND WORKFORCE**

1.    **Efforts to Support Good-Paying Jobs and Strong Labor Standards**

The Recipient states that rows marked with "X" in the following table align with the application:

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | The Recipient or a project partner promotes robust job creation by supporting good-paying jobs directly related to the project with free and fair choice to join a union. *(Describe robust job creation and identify the good-paying jobs in the supporting narrative below.)* |
| | The Recipient or a project partner will invest in high-quality workforce training programs such as registered apprenticeship programs to recruit, train, and retain skilled workers, and implement policies such as targeted hiring preferences. *(Describe the training programs in the supporting narrative below.)* |
| | The Recipient or a project partner will partner with high-quality workforce development programs with supportive services to help train, place, and retain workers in good-paying jobs or registered apprenticeships including through the use of local and economic hiring preferences, linkage agreements with workforce programs, and proactive plans to prevent harassment. *(Describe the supportive services provided to trainees and employees, preferences, and policies in the supporting narrative below.)* |
| | The Recipient or a project partner will partner and engage with local unions or other worker-based organizations in the development and lifecycle of the project, including through evidence of project labor agreements and/or community benefit agreements. *(Describe the partnership or engagement with unions and/or other worker-based organizations and agreements in the supporting narrative below.)* |
| | The Recipient or a project partner will partner with communities or community groups to develop workforce strategies. *(Describe the partnership and workforce strategies in the supporting narrative below.)* |
| | The Recipient or a project partner has taken other actions related to the Project to create good-paying jobs with the free and fair choice to join a union and incorporate strong labor standards. *(Describe those actions in the supporting narrative below.)* |

| |
|---|
| The Recipient or a project partner has not yet taken actions related to the Project to create good-paying jobs with the free and fair choice to join a union and incorporate strong labor standards but, before beginning construction of the Project, will take relevant actions described in schedule B. *(Identify the relevant actions from schedule B in the supporting narrative below.)* |
| The Recipient or a project partner has not taken actions related to the Project to improve good-paying jobs and strong labor standards and will not take those actions under this award. |

2.    **Supporting Narrative.**

**ATTACHMENT F**
**CRITICAL SECURITY INFRASTRUCTURE AND RESILIENCE**

1.    **Efforts to strengthen the Security and Resilience of Critical Infrastructure against both Physical and Cyber Threats.**

The Recipient states that rows marked with "X" in the following table are accurate:

| |
|---|
| The Recipient demonstrates, prior to the signing of this agreement, effort to consider and address physical and cyber security risks relevant to the transportation mode and type and scale of the activities. |
| The Recipient appropriately considered and addressed physical and cyber security and resilience in the planning, design and oversight of the project, as determined by the Department and the Department of Homeland Security. |
| **The Recipient complies with 2 CFR 200.216 and the prohibition on certain telecommunications and video surveillance services or equipment.** |

2.    **Supporting Narrative.**

Not Applicable

**ATTACHMENT G**
**[RESERVED]**

1.

# EXHIBIT E

# FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Program and the Grants for Buses and Bus Facilities Competitive Program

**Date Posted**: MAY 14, 2025
**Date Closed**: JULY 14, 2025
**Opportunity IDs**: FTA-2025-008-TPM-LWNO and FTA-2025-007-TPM-BUS
**Grant Program**: Low or No Emission Grant Program (Low-No Program) and Buses and Bus Facilities Competitive Program (Bus Program)
**Opportunity Announcement PDF**: https://www.govinfo.gov/content/pkg/FR-2025-05-15/pdf/2025-08571.pdf
**Opportunity Announcement TXT:** https://www.govinfo.gov/content/pkg/FR-2025-05-15/html/2025-08571.htm

## Table of Contents

1) Basic Information
2) Eligibility
3) Program Descriptions
4) Application Contents and Format
5) Submission Requirements and Deadlines
6) Application Review Information
7) Award Notices
8) Post-Award Requirements and Administration

## 1)    Basic Information

The Federal Transit Administration (FTA) announces the opportunity to apply for $1.1 billion in competitive grants for the fiscal year (FY) 2025 Low or No Emission Grant Program (Low-No Program) under Federal Assistance Listing Number 20.526 and approximately $398 million in competitive grants for the FY 2025 Grants for Buses and Bus Facilities Program (Bus Program) under Federal Assistance Listing Number 20.526.

- This is an initial announcement for the FY 2025 round of these programs.
- FTA is publishing a joint NOFO because these two programs have overlapping eligibilities and must be implemented on the same timeline (49 U.S.C. 5339).
- As required by Federal public transportation law:
    a. Low-No Program funds will be awarded competitively for the purchase or lease of buses that use low- or no-emission propulsion technologies, including related equipment or facilities.

    b. Bus Program funds will be awarded competitively to purchase, rehabilitate, or lease buses and related equipment, and to construct, purchase, rehabilitate, or lease bus-related facilities.

    c. Any zero-emission project or components of a zero-emission project must use 5 percent of Federal funds for workforce development, unless the applicant certifies less or no funding is needed for this purpose.

- Per statute, FTA will make selections for these programs within 75 days of the application due date.
- If more funding becomes available before projects are selected, FTA may award it under this NOFO.

| Topic | Description |
|---|---|
| **Prior Awards** | **Low-No Program**<br>• In FY 2024, the program received applications for 214 eligible projects requesting a total of $4.7 billion.<br>• 62 projects were funded to 61 recipients totaling $1.1 billion.<br>• Award sizes ranged from $1,215,776 to $99,499,531.<br><br>**Bus Program**<br>• In FY 2024, the program received applications for 263 eligible projects requesting a total of $4.4 billion.<br>• 55 projects were funded to 47 recipients totaling $390 million.<br>• Award sizes ranged from $131,168 to $26,880,000. |
| **Dates** | • Complete proposals must be submitted electronically through the Grants.gov Bus and Low-No pages' "APPLY" function by 11:59 pm Eastern time July 14, 2025. |
| **Eligible Activities** | **Low-No Program**<br>• Eligible activities include capital projects to purchase or lease zero-emission or low-emission transit buses; and acquire, construct, rehabilitate, and lease required supporting facilities such as recharging, refueling, and maintenance facilities.<br><br>**Bus Program**<br>• Eligible activities include capital projects to purchase, lease, or rehabilitate buses and related equipment; and acquire, construct, lease, or rehabilitate bus-related facilities. |
| **Application Instructions** | • Instructions for applying can be found on FTA's website and in the "FIND" module of Grants.gov.<br>• The Low-No Program funding opportunity ID is FTA-2025-008-TPM-LWNO. |

| | |
|---|---|
| | • The Bus Program funding opportunity ID is FTA-2025-007-TPM-BUS.<br>• Mail and fax submissions will not be accepted. |
| **For Further Information, Contact:** | • Email Kirsten Wiard-Bauer, Office of Program Management, at FTALowNoBusNOFO@dot.gov. |

Back to top

## 2)  Eligibility

| Topic | Description |
|---|---|
| **Eligible Applicant Type** | **Low-No Program**<br>• Eligible recipients and subrecipients are designated recipients, states (including territories and Washington, D.C.), local government entities, and federally recognized Indian tribes.<br><br>**Bus Program**<br>• Eligible recipients are designated recipients, states (including territories and Washington, D.C.), local government entities, and federally recognized Indian tribes. Except for Indian tribes, eligible recipients must allocate funds to or operate fixed-route bus service.<br>• Eligible subrecipients are all otherwise eligible recipients and private nonprofit organizations engaged in public transportation. Eligible subrecipients are not required to allocate funds to or operate fixed route bus service. |
| **Additional Applicant Eligibility Requirements** | • Applicants must have sufficient legal, financial, and technical capabilities to receive and administer Federal funds under this program.<br>• Except for projects proposed by Indian tribes, all projects in rural areas (see 49 U.S.C. 5302(17)) must be submitted by a State either individually or as part of a consolidated State application.<br>• States and other eligible applicants may also submit consolidated applications for projects in urbanized areas. The same project may not be submitted in multiple applications. |

3

| Eligible Projects | **Low-No Program**<br>• Purchasing or leasing low-emission buses (See 49 U.S.C. 5339(c)(1)(E)), which include, but are not limited to:<br>  ○ Propane buses<br>  ○ CNG buses<br>  ○ Hybrid-electric buses<br>• Purchasing or leasing zero-emission buses, which include, but are not limited to:<br>  ○ Hydrogen fuel-cell buses<br>  ○ Battery-electric buses<br>  ○ Rubber tire trolley buses powered by overhead catenaries<br>• Acquiring low- or zero-emission buses with a leased power source.<br>• Leasing, constructing, or rehabilitating public transportation facilities and related equipment to accommodate low- or zero-emission buses.<br><br>**Bus Program**<br>• Purchasing, leasing, or rehabilitating buses regardless of propulsion type or emissions.<br>• Purchasing, leasing, rehabilitating, or constructing bus-related facilities and equipment, regardless of propulsion type or emissions.<br><br>**Both Programs**<br>• For low- and standard-emission projects, 0.5% of the Federal request may optionally be used for workforce development training (See 49 U.S.C. 5314(b)) and an additional 0.5% may optionally be used for training at the National Transit Institute (NTI) (See 49 U.S.C. 5314(c)).<br>• 5% of the Federal request for zero-emission projects, or 5% of just the Federal request associated with the part of a project that is zero emission (zero-emission components) when the project contains both zero-emission and low- or standard propulsion types, must be used for workforce development.<br>  ○ This is mandatory unless you certify in your application that less funding is needed to carry out your Zero-Emission Fleet Transition Plan. You must include an explanation of why less or no such funds are needed.<br>  ○ These amounts should be budgeted in addition to, not as a take-down from, other eligible project expenses.<br>    ▪ For example, if you include a Federal request of $3,000,000 for zero-emission vehicles and |
|---|---|

4

<table>
<tr><td></td><td>

associated equipment, you should include an additional Federal request of $157,895 in the budget for workforce development expenses for a total Federal request of $3,157,895. (To calculate = $3,000,000/0.95)

- Local match must be adjusted accordingly, so that the Federal amount does not exceed the maximum Federal share (see below).

o You must identify the proposed use of funds for these activities in the project proposal and identify them separately in the project budget.

o Eligible workforce development activities include but are not limited to: retraining the existing workforce, registered apprenticeships, and other joint labor-management training programs. Activities should be outlined in your Zero-Emission Fleet Transition Plan.

- Projects may include incidental costs, such as administration expenses, if the project includes and results in an eligible capital asset being leased, purchased, or built.
</td></tr>
</table>

| **Additional Project Eligibility Information** | • The development or deployment of prototype vehicles is not eligible.<br>• All new transit bus models must successfully complete FTA bus testing in accordance with FTA's Bus Testing regulation (See 49 CFR part 665).<br>• All buses must be procured from certified transit vehicle manufacturers in accordance with the Disadvantaged Business Enterprise (DBE) regulations (See 49 CFR part 26).<br>• Proposals may contain projects to be implemented by the recipient or its subrecipients.<br>• If a single project proposal involves multiple public transportation providers, such as when an agency acquires vehicles that will be operated by another agency, the proposal must include a statement detailing the role of each agency. |
|---|---|
| **Cost Sharing** | • In general, the maximum Federal share is 80%. There are two exceptions (See 49 U.S.C. 5323(i)):<br>  o The Federal share is 85% for transit buses that are compliant with the Clean Air Act or are accessible to people with disabilities.<br>  o The Federal share is 90% for equipment and components of facilities related to low- or zero-emission buses or are to make the facility accessible to people with disabilities. Applicants must itemize |

| | the cost of specific, discrete, equipment or facility components that perform these functions to be eligible for this higher Federal share.<br>• More information about eligible sources of local match can be found in FTA Circular 9050.1A (urban applicants) and FTA Circular 9040.1H (rural applicants). |
|---|---|
| Other | **Low-No Program**<br>• A minimum of 25% of awarded funds will go to low-emission projects that are not zero emission (see 49 U.S.C. 5339(c)(5)).<br><br>**Bus Program**<br>• A minimum of 15% of awarded funds will go to projects located in rural areas (see 49 U.S.C. 5339(b)(5)).<br>• No single grant recipient will be awarded more than 10% of the amount made available (see 49 U.S.C. 5339(b)(8)).<br><br>**Both Programs**<br>• You may submit a project to both programs or to just one program.  You are encouraged to submit projects under both programs when practicable.  A project submitted to both programs must be eligible in its entirety under both programs, which means:<br>    ○ All buses must be low- or zero-emission and all facilities and equipment must directly support low- or zero-emission buses.<br>    ○ The full request or scalable amount must be no more than 10% of the funding available under the Bus Program.<br>• If a project submitted under both programs is selected for funding, FTA will decide under which program the project is awarded.<br>• If there are not enough eligible requests for either program's statutory set-aside and there are eligible applications submitted only to the other program, FTA may request additional information and consider the application under the other program.<br>• FTA may cap the amount a single recipient or State may receive as part of the selection process for either program. |

Back to top

# 3)   Program Descriptions

**Purpose, Program Goals and Objectives, and Legislative Authority**

- This is a joint NOFO that announces the availability of FY 2025 funding for both the Low-No Program and the Bus Program.

- 49 U.S.C. 5339(c) authorizes FTA to competitively award Low-No Program grants to State (including territories and Washington, D.C.), local, and tribal governments for capital projects to purchase or lease zero-emission and low-emission transit buses, including acquisition, construction, and leasing of required supporting facilities such as recharging, refueling, and maintenance facilities.

- 49 U.S.C. 5339(b) authorizes FTA to competitively award Bus Program grants to State (including territories and Washington, D.C.), local, and tribal governments that operate fixed-route bus services for capital projects to replace, rehabilitate, purchase, or lease buses and related equipment, or to rehabilitate, purchase, construct, or lease bus-related facilities.

- The Low-No Program and Bus Program goals are to enhance safety and renew our transit systems through the deployment of modern buses and associated equipment and facilities. The objective is to maximize benefits for families and communities by increasing access to jobs, healthcare facilities, recreational activities, and commercial activity.

**Allowable and Unallowable Costs**

- There is no minimum grant award amount.
- The maximum award amount under the Bus Program is 10% of the total available amount.  There is no maximum award amount under the Low-No Program.
- Projects may be awarded less than the amount applied for.
- Refer to the table in Section 2, Eligibility, for information on activities that are allowable in these grant programs.
- Allowable direct and indirect expenses must be consistent with the Government-wide Uniform Administrative Requirements and Cost Principles (2 CFR 200) and the guidance in FTA Circular 5010.1F.

Back to top

# 4)    Application Contents and Format

A complete proposal submission consists of two forms and any supporting attachments:

| 1)  **SF-424 Application for Federal Assistance** |
| --- |
| • Available at the Grants.gov Bus and Low-No pages<br>• You must complete all sections of the SF-424 unless the form states a section is optional. |

| 2)  **Supplemental Form for the FY 2025 Low-No and Bus Programs** |
| --- |
| • Available at the Grants.gov Bus and Low-No pages or the FTA website.<br>• You must attach the Supplemental Form and any supporting documents to the "Attachments" section of the SF-424.<br>   o If you are applying for a zero-emission project, you must attach the Zero-Emission Fleet Transition Plan.<br>   o You must describe and reference supporting documentation by file name in the Supplemental Form, or FTA may not review it.<br>• FTA will use the information entered into the Supplemental Form to evaluate the project and determine whether or not the proposal will be funded according to the selection criteria described in Section 6 (Application Review Information) below.<br>• You must complete all sections of the Supplemental Form unless the form states a section is optional.<br>• You will use the same Supplemental Form to apply to either program or both programs.<br>• If you are applying to both programs, you must submit the materials twice, once through each of the GRANTS.GOV opportunity IDs listed for the programs.<br>• Failure to submit the information as requested can delay review or disqualify the application. |

**Information required on the SF-424 and Supplemental Form, as indicated on each form, includes:**

| Topic | Description |
| --- | --- |
| **Name** | Name of Agency applying for funding. |
| **UEI** | Unique Entity ID (UEI) assigned by SAM.gov. |
| **Contact** | Contact information, including contact name, title, address, phone number, and email address. |
| **District** | Congressional district(s) where project will take place. |

8

**The Supplemental Form also requires the following information:**

| Topic | Description |
|---|---|
| **Description of Transit Service Provided and Area Served** | Describe the transit service and coverage area. |
| **Project Title** | A brief descriptive title of the project. |
| **Project Executive Summary** | A short paragraph describing the proposed project. |
| **Project Type** | Select project type (e.g., vehicle, facility, and/or equipment) and propulsion type (e.g., zero, low, or standard emission). |
| **Evaluation Review Criteria** | The form includes text boxes for you to address each of the evaluation review criteria identified in Section 6 (Application Review Information). |

Additional details about how to fill out the SF-424 and Supplemental Form are available at the Grants.gov Bus and Low-No pages.

Back to top

# 5)    Submission Requirements and Deadlines

**How to Obtain Forms**

- Visit Grants.gov Bus and Low-No pages.
- The Supplemental Form is also available here and on Grants.Gov.

**Application Deadline and How to Submit**

*Submission Requirements*

Project proposals must be submitted through Grants.gov by 11:59 p.m. Eastern time on July 14, 2025.
- Proposals submitted after the deadline will only be considered under extraordinary circumstances not under the applicant's control.
- Applications are time and date stamped by Grants.gov upon successful submission.
- Mail and fax submissions will not be accepted.

*Submission Confirmation*

Within 48 hours after submitting an electronic application, you should receive an email confirmation message from Grants.gov that the application has been received by Grants.gov and sent to the "receiving agency". FTA is the receiving agency for this NOFO.

9

- If you receive a rejection email from Grants.gov or FTA indicating the application is incomplete, then you must fix the application and resubmit it before the submission deadline. FTA's rejection email will come from the email address "noreplyFACES".
- To avoid processing errors when re-submitting, you must include all original attachments (even if only some of them were updated) and you must check the resubmission box on the updated Supplemental Form.

| Submission Tips |
|---|
| <ul><li>Register on the Grants.gov website well before the application deadline. Grants.gov registration is a multi-step process that may take several weeks to complete.</li><li>If you have already registered in Grants.gov, you may still need to update your registration before you can apply.</li><li>FTA strongly recommends you submit your proposal at least 72 hours before the due date. This allows time to correct any submission problems.</li><li>Our system cannot accept Supplemental Forms that are: 1) scanned, a "print" to PDF, or a converted version using another text editor, etc.; or 2) from prior years. Use this year's form and fill it out on your computer.</li><li>You can find more information on how to navigate Grants.gov on DOT Navigator.</li></ul> |

**Unique Entity Identifier and System for Award Management (SAM)**

You are required to:

1. Be registered in SAM before submitting an application;
2. Provide a valid unique entity identifier in its application; and
3. Continue to maintain an active SAM registration with current information at all times when you are applying for a grant or have an active grant from a Federal Agency.

| SAM Tips |
|---|
| <ul><li>SAM registration usually takes about 3-5 business days.</li><li>However, FTA recommends allowing several weeks for the registration process because there could be unexpected delays (such as needing to get an Employer Identification Number).</li><li>For additional information on obtaining a unique entity identifier, please visit SAM.gov.</li></ul> |

**Intergovernmental Review**

This program is not subject to Executive Order 12372, "Intergovernmental Review of Federal Programs".

Back to top

# 6)    Application Review Information

**Responsiveness Review**

FTA will reject any applications from ineligible applicants or for ineligible projects.  Also see Section 2, Eligibility, above.

**Review Criteria**

FTA will evaluate applications using the criteria below.

- Projects will be rated based on the information provided in the Supplemental Form.  Additional information may also be provided as attachments to support the responses in the Supplemental Form.

- Any additional documentation must be directly referenced on the Supplemental Form, including the file name and page number where the additional information can be found.

- Indian tribes requesting less than $1 million in Federal funds only need to provide complete narrative responses to the Demonstration of Need and Local Financial Commitment criteria.  They must also provide a partial response to the Project Implementation Strategy criterion, consisting of a project timeline and (if applicable) a discussion of their proposed partner's qualifications.

- All applicants proposing a zero-emission project, including tribes requesting less than $1 million, are required by law to submit a Zero-Emission Fleet Transition Plan.

| Evaluation Criteria | To address each criterion, you should: |
|---|---|
| **Demonstration of Need** | **Vehicle Projects**<br>• For replacement requests:  Describe the age, condition, and performance of the vehicles the project would replace.  Replaced vehicles must have met their minimum useful life at the time of project completion.<br>• For fleet expansion requests:  Describe the service expansion and how it benefits transit riders and the community.<br>• Address how the project conforms to FTA's spare ratio guidelines.  If you are adding zero-emission vehicles to your fleet, you may move vehicles that have met their minimum useful life to your contingency fleet.  Contingency fleets are not included in the spare ratio calculation.<br>• If you need to exceed the spare ratio for a temporary period, work with your FTA Regional Office to determine what flexibilities may be available to you.  Include reference to any Regional Office guidance in your application. |

11

|  | **Facility and Equipment Projects**<br>• For replacement or rehabilitation requests:  Describe the age and condition of the existing asset relative to its minimum useful life.<br>• For expansion requests:  Describe the new or expanded facility or equipment and how it benefits transit riders and the community. |
|---|---|
| **Demonstration of Benefits** | **Low-No Program**<br>• Describe how the project will support the program's statutory objectives to:<br>    ○ Reduce energy consumption,<br>    ○ Reduce harmful emissions, and<br>    ○ Reduce direct carbon emissions.<br>• Describe reductions compared to standard buses and facilities or other low or no emission buses and facilities (see 49 U.S.C. 5339(c)(5)(A)).<br><br>**Bus Program**<br>• Describe how the project will support the program's goals to:<br>    ○ Improve or modernize system condition.  Describe benefits such as:<br>        ▪ Reduced breakdowns and service interruptions,<br>        ▪ Increased service performance; or<br>        ▪ Reduced maintenance costs.<br>    ○ Improve safety.  Describe benefits such as:<br>        ▪ Reduced frequency of safety events; or<br>        ▪ Improved outcomes of safety events.<br>    ○ Enhance access and mobility.  Describe benefits such as:<br>        ▪ Improved headways and reliability;<br>        ▪ Creation of new transportation choices; or<br>        ▪ Elimination of gaps in the current route network.<br>• For each benefit your project would provide, include relevant documentation such as vehicle or facility age and condition, safety event outcomes, or route planning proposals showing ridership demand or indicators like area population density, and existing and planned affordable housing in the corridor.<br><br>**Both Programs**<br>• If you apply to both programs, you must address the requirements of both programs as described above. |

| | |
|---|---|
| **Planning and Local or Regional Prioritization** | • Describe how the project is consistent with local and regional long-range planning documents and local government priorities. You may support your application by:<br>    ○ Submitting copies of relevant planning document pages;<br>    ○ Submitting letters of support for the project from local government officials, public agencies, or non-profit or private sector supporters; or<br>    ○ Demonstrating how the proposed project will address local and regional planning priorities by improving overall system performance, asset management performance, or other specific performance measures that you track and monitor.<br>• If you request zero-emission vehicles, or facilities and equipment that directly support zero-emission vehicles, you are required by law to submit a Zero-Emission Fleet Transition Plan (See 49 U.S.C. 5339(c)(3)(D)).  This includes tribes that are requesting less than $1 million.<br>    ○ The plan must be a separate document from other local or regional planning documents and must include all six plan components defined in statute.<br>    ○ FTA has developed resources for applicants regarding the development of this plan.  Plans do not need to be complex and should be tailored as needed.<br>    ○ State departments of transportation may provide a plan that covers multiple subrecipients, attach individual plans developed by each subrecipient, or a combination of both. |
| **Local Financial Commitment** | • Identify the amount and source of the local cost share.  Describe if local funds are currently available for the project or will need to be secured after the project is selected for funding.<br>• Submit evidence of local funds commitment and when the funds will be available.  For example, include a board resolution, letter of financial support from the State, or a budget document highlighting the line item or section committing funds to the proposed project.<br>• Identify other Federal funds you are applying for or have been awarded, if any, that you intend to use for the project.<br>• FTA will favorably view projects that use grant funds only for the incremental cost of new technologies over the cost of replacing vehicles with standard propulsion technologies.<br>• If the project is scalable, include the minimum funding amount required for a viable project and explain how a reduced award would affect the project. |

| | |
|---|---|
| **Project Implementation Strategy** | • Include a detailed and reasonable implementation schedule that includes:<br>  o Grant obligation.  FTA will rate projects higher if the grant can be obligated within 12 months of the project selection announcement.<br>  o Design. Note any already completed design work that will allow for quicker implementation.<br>  o Procurement and construction phases.<br>  o Metropolitan Transportation Improvement Program (TIP) and Statewide Transportation Improvement Program (STIP) amendments to include the proposed project.<br>  o Environmental review.  Note if the project qualifies for a Categorical Exclusion under the National Environmental Policy Act (NEPA).<br>• If the project requires formal coordination, approvals, or permits, you must demonstrate coordination and support with other agencies and project partners, such as through letters of support.<br>• If a low- or zero-emission project is submitted under both programs or just the Low-No Program, you may include named partnerships with other entities.  If naming a project partner, describe the experience, capacity, and qualifications of the named partner to successfully implement the project.<br>  o These entities may include, but are not limited to, specific vehicle manufacturers, equipment vendors, owners or operators of related facilities, and project consultants.<br>  o If selected for funding, projects with named partnerships will satisfy the requirement for a competitive procurement under 49 U.S.C. 5325(a) for the named entities.<br>  o Any partnership changes will require FTA written approval, must be consistent with the scope of the project, and may necessitate a competitive procurement (see 49 U.S.C. 5339(b)(10), (c)(8)).<br>  o Entities not named in the application must be selected through standard competitive procurement processes. |
| **Technical, Legal, and Financial Capacity** | • Describe your technical, legal, and financial capacity to undertake the project.<br>• Explain your ability to carry out the proposed project successfully (for example, adequate staffing levels or similar projects that have been carried out successfully).<br>• Explain if you have any outstanding legal, technical, or financial compliance issues from an FTA compliance review or |

| | FTA grant-related Single Audit finding.  As relevant, explain how corrective actions will mitigate negative impacts on the proposed project. |
|---|---|

**Review and Selection Process**

An evaluation committee will rate applications based on how well they respond to the evaluation criteria above.  FTA may contact you for additional information or clarification about your application.  Applications will be rated as Highly Recommended, Recommended, or Not Recommended.  After considering the findings of the evaluation committee, the FTA Administrator will determine the final selection and amount of funding for each project.

As part of the selection process, the Administrator may also consider:
- Geographic diversity;
- Diversity in the size of the transit systems receiving funding;
- Propulsion types receiving funding;
- Whether an applicant is from an urban, small urban, or rural area or is a tribal government; and
- If the applicant has received other Federal transit funds and the management of those funds.

Within the Low-No Program, FTA intends to prioritize low-emission projects over zero-emission projects, to the maximum extent permitted by law.

The Department also intends to apply principles from DOT Order 2100.7, Ensuring Reliance Upon Sound Economic Analysis in DOT's Policies, Programs and Activities when evaluating applications and making award selections.  To the maximum extent permitted by law, FTA will prioritize projects that are in alignment with the principles outlined in DOT Order 2100.7.

Additional considerations include the following and should be addressed in the Supplemental Form:

| Topic | Description |
|---|---|
| **Opportunity Zone** | To receive credit, you must:<br>- Identify whether the project is located in or supports public transportation service in one or more qualified opportunity zones designated pursuant to 26 U.S.C. 1400Z-1;<br>- Identify the Census Tract Numbers of the opportunity zones at the time of designation (Internal Revenue Service (IRS) Notice 2018-48).  The 2020 Census did not impact the boundaries of opportunity zones.  More information and a link to a map of Opportunity Zones can be found on the IRS Opportunity Zone website; and |

|  | • Describe how the proposed project will impact the opportunity zones. |
|---|---|
| **Cost-Effective Vehicle Procurements** | For vehicle projects only.  To receive credit, you must:<br>• Commit to procuring vehicles from a state schedule without selecting customization options; or<br>• Commit to participating in a joint procurement with at least three total transit agencies using a common specification; or<br>• For low- or zero-emission projects that identify a partnership with a vehicle manufacturer, commit to buying a standard vehicle model without customizations.  Include a letter from the manufacturer that confirms this. |
| **Strengthen U.S. Vehicle Manufacturing Industry** | For vehicle projects only.  To receive credit, you must:<br>• Commit to using advance payments or progress payments; and<br>• Describe how contracting terms will expedite payments to vehicle original equipment manufacturers. |
| **Benefits for Families and Communities** | To receive credit, you must:<br>• Describe how the project will improve the accessibility of transportation to families with young children, to include improved access to jobs, healthcare facilities, recreational activities, and commercial activity.  Describe how the project will improve the quality of life, raise the standard of living, or enable fuller participation in the economy by families. |
| **Buy America** | To receive credit, you must:<br>• Assure that your project will not request a waiver of any domestic preference requirement. FTA's Buy America (49 U.S.C. 5323(j)) and the Build America, Buy America Act (Pub. L. 117-58, §§ 70901 – 70927) require all steel, iron, manufactured products, and construction materials used in a project to be produced in the United States, unless a waiver applies.<br>• If your project will require a waiver under 49 U.S.C. 5323(j)(2)(A)-(B), or (D) (other than waivers the U.S. Department of Transportation or FTA already have provided), identify in your application the items that will need a waiver. You should not anticipate waivers will be granted. Applications for projects that require waivers will receive lower priority than applications that do not require waivers. |

FTA intends to fund as many projects as possible.  Applicants may receive less than the amount originally requested.  In those cases, applicants must show that the proposed project or subset of proposed activities can still be completed with the amount awarded.

**Risk Review**

- FTA analyzes risk for all recipients through the Financial Commitment and Capacity Evaluation criterion described above.
- Before making a Federal award with a total amount of Federal share greater than the simplified acquisition threshold, FTA must review and consider any information about the applicant that is in the Responsibility/Qualification records available in SAM.gov (see 41 U.S.C. 2313).
- You can review and comment on any information in the Responsibility/Qualification records available in SAM.gov.
- Before making decisions in the risk review required by 2 CFR 200.206, FTA will consider any comments by the applicant, along with information available in the Responsibility/Qualification records in SAM.gov.

Back to top

# 7)    Award Notices

**How Project Selections Are Announced**

FTA will publish a list of the selected projects, including Federal dollar amounts, award recipients, and discretionary IDs associated with the projects, on the Low-No Program and Bus Program websites and in the Federal Register.

- Discretionary IDs are used to track competitive awards in FTA's grant management system.
- FTA does not notify unsuccessful applicants separately.  If you are unsuccessful, you may request an application debrief within a certain timeframe after project selections are posted.  See the Implementation Guidance document that will be published on FTA's website after selections are announced for details.

**Pre-Award Costs**

If you are selected for an award, FTA authorizes you to incur costs for project expenses beginning after your selection is announced, but before a grant award is formally executed in FTA's Transit Award Management System (TrAMS).  These are called "pre-award" costs.

- Pre-award costs are incurred at the recipient's own risk and Federal requirements must be met for future reimbursement.
- Project costs incurred before project selections are announced are not eligible for reimbursement.
- Funds must be used only for the specific purposes requested in the application and described in the resulting award.
- Applicants are encouraged to discuss use of pre-award authority with their FTA Regional Office.

For more information about FTA's policy on pre-award authority, please see the most recent Apportionment Notice.

**How Funds Are Obligated**

If selected, you will apply for a grant through TrAMS.  The appropriate FTA Regional Office will award the grant in TrAMS, obligating the funds.

**Applicant Certification**

The applicant assures and certifies, with respect to any application and awarded Project under this NOFO, that it will comply with all applicable Federal laws, regulations, executive orders, policies, guidelines, and requirements as they relate to the application, acceptance, and use of Federal funds and will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in and the enforcement of Federal immigration law.

Back to top

# 8)    Post-Award Requirements and Administration

**Administrative and National Policy Requirements**

- Except as otherwise provided in this NOFO, Low-No Program and Bus Program grants are subject to the requirements of 49 U.S.C. 5339 and the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards at 2 CFR part 200.
- Recipients of funding in urban areas are subject to the grant requirements of the Urbanized Area Formula Grants program (49 U.S.C. 5307). For guidance on these requirements, refer to FTA Circular "Urbanized Areas Formula Grant Programs Guidance" (FTA Circular 9050.1A).
- Recipients of funding in rural areas are subject to the grant requirements of the Formula Grants for Rural Areas Program (49 U.S.C. 5311).  For guidance on these requirements, refer to FTA Circular "Formula Grants for Rural Areas: Program Guidance and Application Instructions" (FTA Circular 9040.1H).
- All recipients must follow applicable award management requirements. For guidance on these requirements refer to FTA Circular, "Award Management Requirements" (FTA Circular 5010.1F).
- Awards will incorporate by reference the terms of FTA's most recent Master Agreement.
- As a condition of award, a recipient must have completed FTA's most recent Certifications and Assurances.
  - Applicants for the Bus Program are encouraged to utilize the innovative procurement practices found in Section 3019 of the Fixing America's Surface Transportation Act (49 U.S.C. 5325, note). If selected for funding, any project that purchases fewer than five buses through a standalone procurement must provide a written explanation why the tools authorized under Section 3019 were not utilized.

**Reporting Requirements**

Post-award reporting requirements include submitting Federal Financial Reports (FFR) and Milestone Progress Reports (MPR) in TrAMS, and FTA's National Transit Database (NTD) reporting (see FTA Circular 9050.1A and FTA Circular 9040.1H). Applicants should include any goals, targets, and indicators referenced in their application for the project in the Executive Summary of the TrAMS application.

As part of completing the annual Certifications and Assurances required of FTA grant recipients, a successful applicant must report on the suspension or debarment status of its organization and principals. If a recipient's active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceed $10,000,000 for any period of time during the period of performance of an award made pursuant to this Notice, the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings is current and complete. This requirement is in addition to the requirement that an applicant maintain an active SAM registration.

For more information on these reporting requirements, please see 2 CFR Part 200, Appendix XII).

Back to top

1
2
3
4

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

5
6
7
8
9
10
11
12
13

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

14
15
16

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

17

DATED this 14th day of July, 2025.

18
19
20

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

21
22
23
24
25
26
27

CERTIFICATE OF SERVICE - 1