THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                                    Plaintiffs,

        v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                                    Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF BRIAN
COCHRAN

I, BRIAN COCHRAN declare as follows:

1.      I am a resident of the State of California.  I have personal knowledge of the

matters set forth in this declaration, and, if called as a witness, could and would testify

competently thereto.

2.      I am the Assistant City Manager of the City of Petaluma.  I have held this position

from October 2019 to the present.  I report directly to the City Manager, and carry out a broad

range of duties assigned and delegated by the City Manager, including working supervision and

oversight of the Finance Director and Finance Department functions, subject to the oversight and

control of the City Manager.  Before joining Petaluma as its Assistant City Manager, I was

employed by the City of Napa as its Finance Director from April 2017 to October 2019.

3.      Since joining Petaluma, I have assisted with the preparation and City Council

DECLARATION OF BRIAN COCHRAN - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

approval of 6 annual City budgets.  Petaluma has completed the 2025 annual budget approval

process, which is prescribed by City Charter.  The draft budget was presented to the City Council

on May 5, 2025, a budget workshop was held on May 12, 2025, and at the June 2, 2025 City

Council meeting, the City Council passed Resolution no. 2025 - 073 N.C.S. approving the

2025/2026 budget, and introduced Ordinance 2904 N.C.S. for approval of the 2025/2026 budget

appropriations.  The City Council took the final action on the 2025/2026 budget by adopting

Ordinance 2904-N.C.S. on June 16, 2025, approving the current fiscal year budget

appropriations. The 2025/2026 Petaluma budget, including all funds, totals $348 million.

Because Petaluma's 2025/2026 budget is already approved, those federal grants funds that

comprise part of the budget are already fully incorporated into the City's spending plan, with

those grant-supported programs and projects already subject to appropriation actions based on

the federal funding commitments.

4.       In comparison with the total 2025/2026 Petaluma budget of $348 million, the $29

million in federal grant funds currently allocated to the City are equivalent to nearly 10 percent

of the City's entire annual budget – a very substantial amount by any measure.  Petaluma is

fortunate to receive grant funds from a broad range of federal agencies contributing critical

funding to important service and infrastructure programs and projects.  Federal granting agencies

contributing funds to Petaluma include 14 different federal agencies and/or operating authorities,

including, for purposes of the present litigation:  DOT and its operating administrations FAA,

FHWA, FTA, and NHTSA, and HUD.  The critical federal program and project funding that

Congress has approved and that these agencies have awarded to the City supports:  road safety

improvements; airport improvements; rail station area improvements; DUI operations; transit

facility improvements; paratransit and fixed route vehicles; paratransit operations; disaster

DECLARATION OF BRIAN COCHRAN - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

preparation and mitigation; and community services.

5.      The federal agencies providing the most grant funds to Petaluma include the FTA, which currently has committed a total of $10,002,326; the FAA, which has a current funding commitment of $3,362,690; and HUD, which has current direct awards to Petaluma totaling $2,335,254.  This direct HUD funding to the City does not include HUD funding in the amount of $240,000 that the City receives as a subrecipient of Sonoma County and a Sonoma County Continuum of Care ("CoC") member.  Current DOT funding for Petaluma totals $1,790,235.  Current FHWA funding totals $2,400,000.  Current NHTSA funding for Petaluma totals $200,000.

6.      The Petaluma Transit Manager and City Attorney were recently required to electronically sign, by or before June 30, 2025, FTA Certifications and Assurances for 2025 to be eligible to apply for 2025 grant funding for paratransit operations, weekend service, and bus purchases.  The grant application for that transit funding was due June 30, 2025.  The FTA 2025 Certifications and Assurances do not contain provisions related to President Trump's executive orders regarding civil immigration enforcement, DEI, gender recognition, or reproductive rights.  However, FTA Notices of Funding Opportunity ("NOFOs") currently contain a provision requiring recipient compliance with Trump administration immigration enforcement policies.  For example, the NOFOs for the FY 2025 Low or No Emission Grant Program and the Grants for Buses and Bus Facilities Competitive Program includes the following at Section 7:

**Applicant Certification**

The applicant assures and certifies, with respect to any application and awarded Project under this NOFO, that it will comply with all applicable Federal laws, regulations, executive orders, policies, guidelines, and requirements as they relate

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to the application, acceptance, and use of Federal funds and will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in and the enforcement of Federal immigration law.

A true and correct copy of the NOFO for the FTA FY 2025 Low or No Emission Grant Program and the Grants for Buses and Bus Facilities Competitive Program is attached as Exhibit A.

7.      The following immigration enforcement cooperation language is currently included on Page 58 of the FTA Master Agreement which is incorporated in all FTA awards:

(m) Federal Law and Public Policy Requirements. The Recipient shall ensure that Federal funding is expended in full accordance with the U.S. Constitution, Federal Law, and statutory and public policy requirements: including, but not limited to, those protecting free speech, religious liberty, public welfare, the environment, and prohibiting discrimination; and the Recipient will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law.

8.      The following language regarding recipient DEI policies is also included on page 58 of the FTA Master Agreement:

(n) Federal Anti-Discrimination. (1) Pursuant to section (3)(b)(iv)(A), Executive Order 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, the Recipient agrees that its compliance in all respects with all

DECLARATION OF BRIAN COCHRAN - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

applicable Federal anti[1]discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code. (2) Pursuant to section (3)(b)(iv)(B), Executive Order 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, by entering into this Agreement, the Recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination law.

9.     These same FTA immigration enforcement cooperation and DEI provisions contained in the FTA NOFOs and the Master Agreement will also apply to funding applications the City intends to submit which are due by July 14, 2025 for the Buses and Bus Facilities program.

10.     The $2,335,254 in total direct HUD funding currently committed to Petaluma includes funding for disaster mitigation, including resilience center, back-up generator, sea level rise mapping, and seismic retrofit funding, and Community Development Block Grant ("CDBG") funding.  The CDBG funding committed to Petaluma in the amount of $305,000 supports the City's low-income home revitalization and meals on wheels programs. Participation in the CDBG block grant program requires the City to submit to HUD annually the City's Consolidated Plan/Action Plan by May 15, or at least 45 days before the commencement of the program year on July 1.  HUD then has up to 90 days to review and approve the plan or request revisions. (See, 24 CFR §91.15.)  Consolidated Plans are intended to help states and local jurisdictions assess their affordable housing and community development needs and market conditions, and to make data driven, place-based investment decisions.  Consolidated Plans are carried out through Annual Action Plans, which summarize the actions, activities, and specific

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

federal and non-federal resources that will be used each year to address the priority needs and specific goals identified by the Consolidated Plan.

11.    The $2,335,254 in direct HUD funding for Petaluma excludes $240,000 in funding currently allocated to Petaluma as a subrecipient of Sonoma County and a member of the Sonoma County CoC.  The CoC funding supports mental health services for sheltered and unsheltered persons, and street outreach programs that provide 4 outreach case managers, each with caseloads of 20 to 25 clients, for chronically unsheltered persons.

12.    On July 1, 2025, at 5:00 p.m., HUD staff member Nicholas D. Nordahl sent an email to Petaluma Housing staff indicating that HUD is questioning the accuracy of Petaluma's certification that CDBG funds described in the City's 2025 Consolidated Action Plan will be administered in conformity with applicable laws, including Executive Orders.  The Nordahl email indicates Petaluma is being given an opportunity to comment (i.e., to provide specified evidence demonstrating compliance with the certification).  The email indicates Petaluma should reply by close of business Wednesday, July 2, 2025 – 24 hours after the email was sent.  The Nordahl email states that failure to address HUD's concerns may result in HUD determining that the Petaluma certification is inaccurate or unsatisfactory, which will result in disapproval of the Action Plan.  The Nordahl email further specifies that HUD identified language in the City's 2025 Action Plan that

appears to violate Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions,* Executive Order 14218 *Ending Taxpayer Subsidization of Open Borders, and* Executive Order *14151 Ending Radical and Wasteful Government DEI*

DECLARATION OF BRIAN COCHRAN - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

*Programs and Preferencing,* and Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity.*

The Nordahl email further directs that the City's response should make specified edits to the City's Action Plan removing references to "undocumented individuals," "transgender or gender non-conforming" persons, "equity" and "environmental justice," and that the revised Action Plan should include the following:

> The city of Petaluma shall administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and certification requirement that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S. C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218 or other Executive Orders or immigration laws. The city will not use funding under this grant in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation.  Unless excepted by PRWORA, the city must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

DECLARATION OF BRIAN COCHRAN - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

The city of Petaluma shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.

The city of Petaluma agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.
The city of Petaluma will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964.

A true and correct copy of Mr. Nordahl's July 1, 2025 email is attached as Exhibit B. The Nordahl email makes clear the sudden uncertainty that surrounds CDBG funding critical to food and housing security for some of Petaluma's most vulnerable community members as a result of the purported application of presidential executive orders to congressionally-approved HUD funds for Petaluma.

13.     At the April 21, 2025 Petaluma City Council Meeting, the Council adopted Resolution no. 2025-045 N.C.S. approving the City's 2025 Action Plan and directing that the City Manager sign and transmit the Action Plan to HUD.  Resolution 2025-045 N.C.S. did not authorize City staff to make changes to the Action Plan.  Petaluma did not submit the requested edits to the City's 2025 Action Plan by the close of business on July 2, 2025, including because City staff lack the authority to amend the approved 2025 Action Plan without City Council authorization.

DECLARATION OF BRIAN COCHRAN - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

14.     Elimination of Petaluma's already-committed, budgeted current federal grant awards would erase critical local funding support equivalent to nearly 10 percent of the budgeted revenues on which the current budget relies. There is and can be no Plan B to back-fill a funding void of such magnitude. The resulting program and project cancellations would, in total, have a devastating impact on the entire Petaluma community.  More particularly, loss of the already-committed HUD and DOT funding totaling approximately $20,030,505, nearly 70 percent of the federal funding currently committed to Petaluma, would:  make the community – especially seniors and persons with disabilities – more vulnerable to disasters like wildfires and flooding; reduce DUI enforcement; cancel important airport safety improvements; make the City's roads less safe; virtually eliminate transit services on which the most vulnerable community members rely to travel to work, school and essential services; and eliminate essential funding for the City's non-profit service partners for community members in need

15.     Loss of  the $20 million in DOT and HUD funds currently committed to Petaluma would amount to an irreplaceable loss of critical project and program funds, impacting most City departments, making the City's infrastructure, and the entire community – particularly the City's most vulnerable community members – less safe and secure.  There are no alternative sources by which the City could even begin to restore such a massive loss of critical federal awards. Greatly diminished and even completely cancelled community services – such as most City transit services - would be the result.

///

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF BRIAN COCHRAN - 9
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

EXECUTED this 8th day of July, 2025.

DocuSigned by:

D34908A78C5747F...

Brian Cochran

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 12 of 32

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA    7/8/25, 1:12 PM



🇺🇸 An official website of the United States government Here's how you know ∨

United States Department of Transportation

Search

About        Funding        Regulations & Programs

Home / Funding / Grants / Applying

| Grant Programs | > |
| Program Pages | > |
| Applicants | > |
| Contact Your Regional Office | |
| FAQ | > |

### Related Links

- Low or No Emission Grant Program - 5339(c)
- Grants for Buses and Bus Facilities Program

### Related Documents

- FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Program and the Grants for Buses and Bus Facilities Competitive Program Supplemental Form

# FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Program and the Grants for Buses and Bus Facilities Competitive Program

**Date Posted:** May 14, 2025

**Date Closed:** July 14, 2025

**Opportunity ID:** FTA-2025-008-TPM-LWNO and FTA-2025-007-TPM-BUS

**Opportunity Announcement PDF:**
https://www.govinfo.gov/content/pkg/FR-2025-05-15/pdf/2025-08571.pdf

**Opportunity Announcement TXT:**
https://www.govinfo.gov/content/pkg/FR-2025-05-15/html/2025-08571.htm

**Grant Program:** Low or No Emission Grant Program (Low-No Program) and Buses and Bus Facilities Competitive Program (Bus Program)

Download print-friendly version.

## Table of Contents

1. Basic Information
2. Eligibility
3. Program Descriptions
4. Application Contents and Format
5. Submission Requirements and Deadlines
6. Application Review Information
7. Award Notices
8. Post-Award Requirements and Administration

## 1) Basic Information

The Federal Transit Administration (FTA) announces the opportunity to apply for $1.1 billion in competitive grants for the fiscal year (FY) 2025 Low or No Emission Grant Program (Low-No Program) under Federal Assistance Listing Number 20.526 and approximately $398 million in competitive grants for the FY 2025 Grants for Buses and Bus Facilities Program (Bus Program) under Federal Assistance Listing Number 20.526.

- This is an initial announcement for the FY 2025 round of these programs.
- FTA is publishing a joint NOFO because these two programs have overlapping eligibilities and must be implemented on the same timeline (49 U.S.C. 5339).

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 13 of 32

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA    7/8/25, 1:12 PM

## Contact Us

Office of Program
Management
Federal Transit
Administration
1200 New Jersey Avenue,
S.E.
Washington, DC 20590
United States

**Phone:** 202-366-2053 ☎
**Fax:** 202-366-7951 🖷
**Business Hours:**
8:30 a.m.-5 p.m. ET, M-F

If you are deaf, hard of
hearing, or have a
speech disability, please
dial 7-1-1 to access
telecommunications
relay services.

- As required by Federal public transportation law:
  - Low-No Program funds will be awarded competitively for the purchase or lease of buses that use low- or no-emission propulsion technologies, including related equipment or facilities.
  - Bus Program funds will be awarded competitively to purchase, rehabilitate, or lease buses and related equipment, and to construct, purchase, rehabilitate, or lease bus-related facilities.
  - Any zero-emission project or components of a zero-emission project must use 5 percent of Federal funds for workforce development, unless the applicant certifies less or no funding is needed for this purpose.
- Per statute, FTA will make selections for these programs within 75 days of the application due date.
- If more funding becomes available before projects are selected, FTA may award it under this NOFO.

| Topic | Description |
|---|---|
| Prior Awards | **Low-No Program**<br>• In FY 2024, the program received applications for 214 eligible projects requesting a total of $4.7 billion.<br>• 62 projects were funded to 61 recipients totaling $1.1 billion.<br>• Award sizes ranged from $1,215,776 to $99,499,531.<br><br>**Bus Program**<br>• In FY 2024, the program received applications for 263 eligible projects requesting a total of $4.4 billion.<br>• 55 projects were funded to 47 recipients totaling $390 million.<br>• Award sizes ranged from $131,168 to $26,880,000. |
| Dates | • Complete proposals must be submitted electronically through the Grants.gov Bus and Low-No pages "APPLY" function by 11:59 pm Eastern time July 14, 2025. |
| Eligible Activities | **Low-No Program**<br>• Eligible activities include capital projects to purchase or lease zero-emission or low-emission transit buses; and acquire, construct, rehabilitate, and lease required supporting facilities such as recharging, refueling, and maintenance facilities.<br><br>**Bus Program**<br>• Eligible activities include capital projects to purchase, lease, or rehabilitate buses and related equipment; and acquire, construct, lease, or rehabilitate bus-related facilities. |
| Application Instructions | • Instructions for applying can be found on FTA's website and in the "FIND" module of Grants.gov.<br>• The Low-No Program funding opportunity ID is FTA-2025-008-TPM-LWNO.<br>• The Bus Program funding opportunity ID is FTA-2025-007-TPM-BUS.<br>• Mail and fax submissions will not be accepted. |

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA          7/8/25, 1:12 PM

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 14 of 32

| | |
|---|---|
| **For Further Information, Contact:** | • Email Kirsten Wiard-Bauer, Office of Program Management, at FTALowNoBusNOFO@dot.gov. |

Back to top

## 2) Eligibility

| Topic | Description |
|---|---|
| **Eligible Applicant Type** | **Low-No Program**<br>• Eligible recipients and subrecipients are designated recipients, states (including territories and Washington, D.C.), local government entities, and federally recognized Indian tribes.<br><br>**Bus Program**<br>• Eligible recipients are designated recipients, states (including territories and Washington, D.C.), local government entities, and federally recognized Indian tribes. Except for Indian tribes, eligible recipients must allocate funds to or operate fixed-route bus service.<br>• Eligible subrecipients are all otherwise eligible recipients and private nonprofit organizations engaged in public transportation. Eligible subrecipients are not required to allocate funds to or operate fixed route bus service. |
| **Additional Applicant Eligibility Requirements** | • Applicants must have sufficient legal, financial, and technical capabilities to receive and administer Federal funds under this program.<br>• Except for projects proposed by Indian tribes, all projects in rural areas (see 49 U.S.C. 5302(17)) must be submitted by a State either individually or as part of a consolidated State application.<br>• States and other eligible applicants may also submit consolidated applications for projects in urbanized areas.  The same project may not be submitted in multiple applications. |
| **Eligible Projects** | **Low-No Program**<br>• Purchasing or leasing low-emission buses (See 49 U.S.C. 5339(c)(1)(E)), which include, but are not limited to:<br>    ◦ Propane buses<br>    ◦ CNG buses<br>    ◦ Hybrid-electric buses<br>• Purchasing or leasing zero-emission buses, which include, but are not limited to:<br>    ◦ Hydrogen fuel-cell buses<br>    ◦ Battery-electric buses<br>    ◦ Rubber tire trolley buses powered by overhead catenaries<br>• Acquiring low- or zero-emission buses with a leased power source.<br>• Leasing, constructing, or rehabilitating public transportation facilities and related equipment to accommodate low- or zero-emission buses.<br><br>**Bus Program**<br>• Purchasing, leasing, or rehabilitating buses regardless of propulsion type |

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 15 of 32

FY 2025 Notice of Funding Opportunity: Low- or No-Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA          7/8/25, 1:12 PM

or emissions.

- Purchasing, leasing, rehabilitating, or constructing bus-related facilities and equipment, regardless of propulsion type or emissions.

**Both Programs**

- For low- and standard-emission projects, 0.5% of the Federal request may optionally be used for workforce development training (See 49 U.S.C. 5314(b)) and an additional 0.5% may optionally be used for training at the National Transit Institute (NTI) (See 49 U.S.C. 5314(c)).
- 5% of the Federal request for zero-emission projects, or 5% of just the Federal request associated with the part of a project that is zero emission (zero-emission components) when the project contains both zero-emission and low- or standard propulsion types, must be used for workforce development.
  - This is mandatory unless you certify in your application that less funding is needed to carry out your Zero-Emission Fleet Transition Plan. You must include an explanation of why less or no such funds are needed.
  - These amounts should be budgeted in addition to, not as a take-down from, other eligible project expenses.
    - For example, if you include a Federal request of $3,000,000 for zero-emission vehicles and associated equipment, you should include an additional Federal request of $157,895 in the budget for workforce development expenses for a total Federal request of $3,157,895. (To calculate = $3,000,000/0.95)
    - Local match must be adjusted accordingly, so that the Federal amount does not exceed the maximum Federal share (see below).
  - You must identify the proposed use of funds for these activities in the project proposal and identify them separately in the project budget.
  - Eligible workforce development activities include but are not limited to: retraining the existing workforce, registered apprenticeships, and other joint labor-management training programs. Activities should be outlined in your Zero-Emission Fleet Transition Plan.
- Projects may include incidental costs, such as administration expenses, if the project includes and results in an eligible capital asset being leased, purchased, or built.

| | |
|---|---|
| **Additional Project Eligibility Information** | - The development or deployment of prototype vehicles is not eligible.<br>- All new transit bus models must successfully complete FTA bus testing in accordance with FTA's Bus Testing regulation (See 49 CFR part 665).<br>- All buses must be procured from certified transit vehicle manufacturers in accordance with the Disadvantaged Business Enterprise (DBE) regulations (See 49 CFR part 26).<br>- Proposals may contain projects to be implemented by the recipient or its subrecipients.<br>- If a single project proposal involves multiple public transportation providers, such as when an agency acquires vehicles that will be operated by another agency, the proposal must include a statement detailing the role of each agency. |

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 16 of 32

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA    7/8/25, 1:12 PM

| Cost Sharing | • In general, the maximum Federal share is 80%. There are two exceptions (See 49 U.S.C. 5323(i)): |
|---|---|

- In general, the maximum Federal share is 80%. There are two exceptions (See 49 U.S.C. 5323(i)):
  - The Federal share is 85% for transit buses that are compliant with the Clean Air Act or are accessible to people with disabilities.
  - The Federal share is 90% for equipment and components of facilities related to low- or zero-emission buses or are to make the facility accessible to people with disabilities. Applicants must itemize the cost of specific, discrete, equipment or facility components that perform these functions to be eligible for this higher Federal share.
- More information about eligible sources of local match can be found in FTA Circular 9050.1A (urban applicants) and FTA Circular 9040.1H (rural applicants).

**Other**

**Low-No Program**

- A minimum of 25% of awarded funds will go to low-emission projects that are not zero emission (see 49 U.S.C. 5339(c)(5)).

**Bus Program**

- A minimum of 15% of awarded funds will go to projects located in rural areas (see 49 U.S.C. 5339(b)(5)).
- No single grant recipient will be awarded more than 10% of the amount made available (see 49 U.S.C. 5339(b)(8)).

**Both Programs**

- You may submit a project to both programs or to just one program.  You are encouraged to submit projects under both programs when practicable. A project submitted to both programs must be eligible in its entirety under both programs, which means:
  - All buses must be low- or zero-emission and all facilities and equipment must directly support low- or zero-emission buses.
  - The full request or scalable amount must be no more than 10% of the funding available under the Bus Program.
- If a project submitted under both programs is selected for funding, FTA will decide under which program the project is awarded.
- If there are not enough eligible requests for either program's statutory set-aside and there are eligible applications submitted only to the other program, FTA may request additional information and consider the application under the other program.
- FTA may cap the amount a single recipient or State may receive as part of the selection process for either program.

Back to top

## 3) Program Descriptions

**Purpose, Program Goals and Objectives, and Legislative Authority**

- This is a joint NOFO that announces the availability of FY 2025 funding for both the Low-No Program and the Bus Program.
- 49 U.S.C. 5339(c) authorizes FTA to competitively award Low-No Program grants to State (including territories and Washington, D.C.), local, and tribal governments for capital projects to

Case 2:25-cv-00814-BJR   Document 244   Filed 07/14/25   Page 17 of 32

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA        7/8/25, 1:12 PM

purchase or lease zero-emission and low-emission transit buses, including acquisition, construction, and leasing of required supporting facilities such as recharging, refueling, and maintenance facilities.

- 49 U.S.C. 5339(b) authorizes FTA to competitively award Bus Program grants to State (including territories and Washington, D.C.), local, and tribal governments that operate fixed-route bus services for capital projects to replace, rehabilitate, purchase, or lease buses and related equipment, or to rehabilitate, purchase, construct, or lease bus-related facilities.
- The Low-No Program and Bus Program goals are to enhance safety and renew our transit systems through the deployment of modern buses and associated equipment and facilities. The objective is to maximize benefits for families and communities by increasing access to jobs, healthcare facilities, recreational activities, and commercial activity.

**Allowable and Unallowable Costs**

- There is no minimum grant award amount.
- The maximum award amount under the Bus Program is 10% of the total available amount. There is no maximum award amount under the Low-No Program.
- Projects may be awarded less than the amount applied for.
- Refer to the table in Section 2, Eligibility, for information on activities that are allowable in these grant programs.
- Allowable direct and indirect expenses must be consistent with the Government-wide Uniform Administrative Requirements and Cost Principles (2 CFR 200) and the guidance in FTA Circular 5010.1F.

Back to top

## 4) Application Contents and Format

**A complete proposal submission consists of two forms and any supporting attachments:**

### 1) SF-424 Application for Federal Assistance

- Available at the Grants.gov Bus and Low-No pages.
- You must complete all sections of the SF-424 unless the form states a section is optional.

### 2) Supplemental Form for the FY 2025 Low-No and Bus Programs

- Available at the Grants.gov Bus and Low-No pages or the FTA website.
- You must attach the Supplemental Form and any supporting documents to the "Attachments" section of the SF-424.
  - If you are applying for a zero-emission project, you must attach the Zero-Emission Fleet Transition Plan.
  - You must describe and reference supporting documentation by file name in the Supplemental Form, or FTA may not review it.
- FTA will use the information entered into the Supplemental Form to evaluate the project and determine whether or not the proposal will be funded according to the selection criteria described in Section 6 (Application Review Information) below.
- You must complete all sections of the Supplemental Form unless the form states a section is optional.
- You will use the same Supplemental Form to apply to either program or both programs.
- If you are applying to both programs, you must submit the materials twice, once through each of the GRANTS.GOV opportunity IDs listed for the programs.

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 18 of 32

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA        7/8/25, 1:12 PM

- Failure to submit the information as requested can delay review or disqualify the application.

**Information required on the SF-424 and Supplemental Form, as indicated on each form, includes:**

| Topic | Description |
| --- | --- |
| **Name** | Name of Agency applying for funding. |
| **UEI** | Unique Entity ID (UEI) assigned by SAM.gov. |
| **Contact** | Contact information, including contact name, title, address, phone number, and email address. |
| **District** | District Congressional district(s) where project will take place. |

**The Supplemental Form also requires the following information:**

| Topic | Description |
| --- | --- |
| **Description of Transit Service Provided and Area Served** | Describe the transit service and coverage area. |
| **Project Title** | A brief descriptive title of the project. |
| **Project Executive Summary** | A short paragraph describing the proposed project. |
| **Project Type** | Select project type (e.g., vehicle, facility, and/or equipment) and propulsion type (e.g., zero, low, or standard emission). |
| **Evaluation Review Criteria** | The form includes text boxes for you to address each of the evaluation review criteria identified in Section 6 (Application Review Information). |

Additional details about how to fill out the SF-424 and Supplemental Form are available at the Grants.gov Bus and Low-No pages.

Back to top

# 5) Submission Requirements and Deadlines

**How to Obtain Forms**

- Visit Grants.gov Bus and Low-No pages.
- The Supplemental Form is available here and on Grants.Gov.

**Application Deadline and How to Submit**

*Submission Requirements*

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA     7/8/25, 1:12 PM

Case 2:25-cv-00814-BJR     Document 244     Filed 07/14/25     Page 19 of 32

Project proposals must be submitted through Grants.gov by 11:59 p.m. Eastern time on July 14, 2025.

- Proposals submitted after the deadline will only be considered under extraordinary circumstances not under the applicant's control.
- Applications are time and date stamped by Grants.gov upon successful submission.
- Mail and fax submissions will not be accepted.

*Submission Confirmation*

Within 48 hours after submitting an electronic application, you should receive an email confirmation message from Grants.gov that the application has been received by Grants.gov and sent to the "receiving agency." FTA is the receiving agency for this NOFO.

- If you receive a rejection email from Grants.gov or FTA indicating the application is incomplete, then you must fix the application and resubmit it before the submission deadline. FTA's rejection email will come from the email address "noreplyFACES."
- To avoid processing errors when re-submitting, you must include all original attachments (even if only some of them were updated) and you must check the resubmission box on the updated Supplemental Form.

**Submission Tips**

- Register on the Grants.gov website well before the application deadline. Grants.gov registration is a multi-step process that may take several weeks to complete.
- If you have already registered in Grants.gov, you may still need to update your registration before you can apply.
- FTA strongly recommends you submit your proposal at least 72 hours before the due date. This allows time to correct any submission problems.
- Our system cannot accept Supplemental Forms that are: 1) scanned, a "print" to PDF, or a converted version using another text editor, etc.; or 2) from prior years. Use this year's form and fill it out on your computer.
- You can find more information on how to navigate Grants.gov on DOT Navigator.

**Unique Entity Identifier and System for Award Management (SAM)**

You are required to:

1. Be registered in SAM before submitting an application;
2. Provide a valid unique entity identifier in its application; and
3. Continue to maintain an active SAM registration with current information at all times when you are applying for a grant or have an active grant from a Federal Agency.

**SAM Tips**

- SAM registration usually takes about 3-5 business days.
- However, FTA recommends allowing several weeks for the registration process because there could be unexpected delays (such as needing to get an Employer Identification Number).
- For additional information on obtaining a unique entity identifier, please visit SAM.gov.

**Intergovernmental Review**

This program is not subject to Executive Order 12372, "Intergovernmental Review of Federal

Programs."

Back to top

# 6) Application Review Information

**Responsiveness Review**

FTA will reject any applications from ineligible applicants or for ineligible projects. Also see Section 2, Eligibility, above.

**Review Criteria**

FTA will evaluate applications using the criteria below.

- Projects will be rated based on the information provided in the Supplemental Form. Additional information may also be provided as attachments to support the responses in the Supplemental Form.
- Any additional documentation must be directly referenced on the Supplemental Form, including the file name and page number where the additional information can be found.
- Indian tribes requesting less than $1 million in Federal funds only need to provide complete narrative responses to the Demonstration of Need and Local Financial Commitment criteria. They must also provide a partial response to the Project Implementation Strategy criterion, consisting of a project timeline and (if applicable) a discussion of their proposed partner's qualifications.
- All applicants proposing a zero-emission project, including tribes requesting less than $1 million, are required by law to submit a Zero-Emission Fleet Transition Plan.

| Evaluation Criteria | To address each criterion, you should: |
| --- | --- |
| Demonstration of Need | **Vehicle Projects**<br>- For replacement requests: Describe the age, condition, and performance of the vehicles the project would replace. Replaced vehicles must have met their minimum useful life at the time of project completion.<br>- For fleet expansion requests: Describe the service expansion and how it benefits transit riders and the community.<br>- Address how the project conforms to FTA's spare ratio guidelines. If you are adding zero-emission vehicles to your fleet, you may move vehicles that have met their minimum useful life to your contingency fleet. Contingency fleets are not included in the spare ratio calculation.<br>- If you need to exceed the spare ratio for a temporary period, work with your FTA Regional Office to determine what flexibilities may be available to you. Include reference to any Regional Office guidance in your application.<br><br>**Facility and Equipment Projects**<br>- For replacement or rehabilitation requests: Describe the age and condition of the existing asset relative to its minimum useful life.<br>- For expansion requests: Describe the new or expanded facility or equipment and how it benefits transit riders and the community. |
| Demonstration of | **Low-No Program** |

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 21 of 32

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA          7/8/25, 1:12 PM

| | |
|---|---|
| **Benefits** | <ul><li>Describe how the project will support the program's statutory objectives to:<ul><li>Reduce energy consumption,</li><li>Reduce harmful emissions, and</li><li>Reduce direct carbon emissions.</li></ul></li><li>Describe reductions compared to standard buses and facilities or other low or no emission buses and facilities (see <u>49 U.S.C. 5339(c)(5)(A)</u>).</li></ul> |

**Bus Program**
- Describe how the project will support the program's goals to:
  - Improve or modernize system condition. Describe benefits such as:
    - Reduced breakdowns and service interruptions,
    - Increased service performance; or
    - Reduced maintenance costs.
  - Improve safety. Describe benefits such as:
    - Reduced frequency of safety events; or
    - Improved outcomes of safety events.
  - Enhance access and mobility. Describe benefits such as:
    - Improved headways and reliability;
    - Creation of new transportation choices; or
    - Elimination of gaps in the current route network.
- For each benefit your project would provide, include relevant documentation such as vehicle or facility age and condition, safety event outcomes, or route planning proposals showing ridership demand or indicators like area population density, and existing and planned affordable housing in the corridor.

**Both Programs**
- If you apply to both programs, you must address the requirements of both programs as described above.

| | |
|---|---|
| **Planning and Local or Regional Prioritization** | <ul><li>Describe how the project is consistent with local and regional long-range planning documents and local government priorities. You may support your application by:<ul><li>Submitting copies of relevant planning document pages;</li><li>Submitting letters of support for the project from local government officials, public agencies, or non-profit or private sector supporters; or</li><li>Demonstrating how the proposed project will address local and regional planning priorities by improving overall system performance, asset management performance, or other specific performance measures that you track and monitor.</li></ul></li><li>If you request zero-emission vehicles, or facilities and equipment that directly support zero-emission vehicles, you are required by law to submit a Zero-Emission Fleet Transition Plan (See <u>49 U.S.C. 5339(c)(3)(D)</u>). This includes tribes that are requesting less than $1 million.<ul><li>The plan must be a separate document from other local or regional planning documents and must include <u>all six plan components</u> defined in statute.</li><li>FTA has developed <u>resources</u> for applicants regarding the</li></ul></li></ul> |

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 22 of 32

|  | |
|---|---|
|  | development of this plan.  Plans do not need to be complex and should be tailored as needed. <br> ○ State departments of transportation may provide a plan that covers multiple subrecipients, attach individual plans developed by each subrecipient, or a combination of both. |
| **Local Financial Commitment** | • Identify the amount and source of the local cost share. Describe if local funds are currently available for the project or will need to be secured after the project is selected for funding. <br> • Submit evidence of local funds commitment and when the funds will be available.  For example, include a board resolution, letter of financial support from the State, or a budget document highlighting the line item or section committing funds to the proposed project. <br> • Identify other Federal funds you are applying for or have been awarded, if any, that you intend to use for the project. <br> • FTA will favorably view projects that use grant funds only for the incremental cost of new technologies over the cost of replacing vehicles with standard propulsion technologies. <br> • If the project is scalable, include the minimum funding amount required for a viable project and explain how a reduced award would affect the project. |
| **Project Implementation Strategy** | • Include a detailed and reasonable implementation schedule that includes: <br> ○ Grant obligation.  FTA will rate projects higher if the grant can be obligated within 12 months of the project selection announcement. <br> ○ Design. Note any already completed design work that will allow for quicker implementation. <br> ○ Procurement and construction phases. <br> ○ Metropolitan Transportation Improvement Program (TIP) and Statewide Transportation Improvement Program (STIP) amendments to include the proposed project. <br> ○ Environmental review.  Note if the project qualifies for a Categorical Exclusion under the National Environmental Policy Act (NEPA). <br> • If the project requires formal coordination, approvals, or permits, you must demonstrate coordination and support with other agencies and project partners, such as through letters of support. <br> • If a low- or zero-emission project is submitted under both programs or just the Low-No Program, you may include named partnerships with other entities.  If naming a project partner, describe the experience, capacity, and qualifications of the named partner to successfully implement the project. <br> ○ These entities may include, but are not limited to, specific vehicle manufacturers, equipment vendors, owners or operators of related facilities, and project consultants. <br> ○ If selected for funding, projects with named partnerships will satisfy the requirement for a competitive procurement under 49 U.S.C. 5325(a) for the named entities. <br> ○ Any partnership changes will require FTA written approval, |

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA       7/8/25, 1:12 PM

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 23 of 32

| | must be consistent with the scope of the project, and may necessitate a competitive procurement (see 49 U.S.C. 5339(b)(10), (c)(8)).<br>○ Entities not named in the application must be selected through standard competitive procurement processes. |
|---|---|
| **Technical, Legal, and Financial Capacity** | • Describe your technical, legal, and financial capacity to undertake the project.<br>• Explain your ability to carry out the proposed project successfully (for example, adequate staffing levels or similar projects that have been carried out successfully).<br>• Explain if you have any outstanding legal, technical, or financial compliance issues from an FTA compliance review or FTA grant-related Single Audit finding. As relevant, explain how corrective actions will mitigate negative impacts on the proposed project. |

**Review and Selection Process**

An evaluation committee will rate applications based on how well they respond to the evaluation criteria above. FTA may contact you for additional information or clarification about your application. Applications will be rated as Highly Recommended, Recommended, or Not Recommended. After considering the findings of the evaluation committee, the FTA Administrator will determine the final selection and amount of funding for each project.

As part of the selection process, the Administrator may also consider:

- Geographic diversity;
- Diversity in the size of the transit systems receiving funding;
- Propulsion types receiving funding;
- Whether an applicant is from an urban, small urban, or rural area or is a tribal government; and
- If the applicant has received other Federal transit funds and the management of those funds.

Within the Low-No Program, FTA intends to prioritize low-emission projects over zero-emission projects, to the maximum extent permitted by law.

The Department also intends to apply principles from DOT Order 2100.7, Ensuring Reliance Upon Sound Economic Analysis in DOT's Policies, Programs and Activities when evaluating applications and making award selections. To the maximum extent permitted by law, FTA will prioritize projects that are in alignment with the principles outlined in DOT Order 2100.7.

Additional considerations include the following and should be addressed in the Supplemental Form:

| Topic | Description |
|---|---|
| **Opportunity Zone** | To receive credit, you must:<br>• Identify whether the project is located in or supports public transportation service in one or more qualified opportunity zones designated pursuant to 26 U.S.C. 1400Z-1;<br>• Identify the Census Tract Numbers of the opportunity zones at the time of designation (Internal Revenue Service (IRS) Notice 2018-48). The 2020 Census did not impact the boundaries of opportunity zones.  More information and a link to a map of Opportunity Zones can be found on the IRS Opportunity Zone website; and |

Case 2:25-cv-00814-BJR   Document 244   Filed 07/14/25   Page 24 of 32

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA          7/8/25, 1:12 PM

| | • Describe how the proposed project will impact the opportunity zones. |
|---|---|
| **Cost-Effective Vehicle Procurements** | For vehicle projects only.  To receive credit, you must:<br>• Commit to procuring vehicles from a state schedule without selecting customization options; or<br>• Commit to participating in a joint procurement with at least three total transit agencies using a common specification; or<br>• For low- or zero-emission projects that identify a partnership with a vehicle manufacturer, commit to buying a standard vehicle model without customizations. Include a letter from the manufacturer that confirms this. |
| **Strengthen U.S. Vehicle Manufacturing Industry** | For vehicle projects only.  To receive credit, you must:<br>• Commit to using advance payments or progress payments; and<br>• Describe how contracting terms will expedite payments to vehicle original equipment manufacturers. |
| **Benefits for Families and Communities** | To receive credit, you must:<br>• Describe how the project will improve the accessibility of transportation to families with young children, to include improved access to jobs, healthcare facilities, recreational activities, and commercial activity.  Describe how the project will improve the quality of life, raise the standard of living, or enable fuller participation in the economy by families. |
| **Buy America** | To receive credit, you must:<br>• Assure that your project will not request a waiver of any domestic preference requirement. FTA's Buy America (49 U.S.C. 5323(j)) and the Build America, Buy America Act (Pub. L. 117-58, §§ 70901 – 70927) require all steel, iron, manufactured products, and construction materials used in a project to be produced in the United States, unless a waiver applies.<br>• If your project will require a waiver under 49 U.S.C. 5323(j)(2)(A)-(B), or (D) (other than waivers the U.S. Department of Transportation or FTA already have provided), identify in your application the items that will need a waiver. You should not anticipate waivers will be granted. Applications for projects that require waivers will receive lower priority than applications that do not require waivers. |

FTA intends to fund as many projects as possible. Applicants may receive less than the amount originally requested. In those cases, applicants must show that the proposed project or subset of proposed activities can still be completed with the amount awarded.

**Risk Review**

- FTA analyzes risk for all recipients through the Financial Commitment and Capacity Evaluation criterion described above.
- Before making a Federal award with a total amount of Federal share greater than the simplified acquisition threshold, FTA must review and consider any information about the applicant that is in the Responsibility/Qualification records available in SAM.gov (see 41 U.S.C. 2313).
- You can review and comment on any information in the Responsibility/Qualification records

Case 2:25-cv-00814-BJR    Document 244    Filed 07/14/25    Page 25 of 32

FY 2025 Notice of Funding Opportunity: Low or No Emission Grant Progr...nd the Grants for Buses and Bus Facilities Competitive Program | FTA          7/8/25, 1:12 PM

available in SAM.gov.

- Before making decisions in the risk review required by 2 CFR 200.206, FTA will consider any comments by the applicant, along with information available in the Responsibility/Qualification records in SAM.gov.

Back to top

## 7) Award Notices

### How Project Selections Are Announced

FTA will publish a list of the selected projects, including Federal dollar amounts, award recipients, and discretionary IDs associated with the projects, on the Low-No Program and Bus Program websites and in the Federal Register.

- Discretionary IDs are used to track competitive awards in FTA's grant management system.
- FTA does not notify unsuccessful applicants separately. If you are unsuccessful, you may request an application debrief within a certain timeframe after project selections are posted. See the Implementation Guidance document that will be published on the program websites after selections are announced.

### Pre-Award Costs

If you are selected for an award, FTA authorizes you to incur costs for project expenses beginning after your selection is announced, but before a grant award is formally executed in FTA's Transit Award Management System (TrAMS). These are called "pre-award" costs.

- Pre-award costs are incurred at the recipient's own risk and Federal requirements must be met for future reimbursement.
- Project costs incurred before project selections are announced are not eligible for reimbursement.
- Funds must be used only for the specific purposes requested in the application and described in the resulting award.
- Applicants are encouraged to discuss use of pre-award authority with their FTA Regional Office.

For more information about FTA's policy on pre-award authority, please see the most recent Apportionment Notice.

### How Funds Are Obligated

If selected, you will apply for a grant through TrAMS. The appropriate FTA Regional Office will award the grant in TrAMS, obligating the funds.

### Applicant Certification

The applicant assures and certifies, with respect to any application and awarded Project under this NOFO, that it will comply with all applicable Federal laws, regulations, executive orders, policies, guidelines, and requirements as they relate to the application, acceptance, and use of Federal funds and will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in and the enforcement of Federal immigration law.

Back to top

## 8) Post-Award Requirements and Administration

## Administrative and National Policy Requirements

- Except as otherwise provided in this NOFO, Low-No Program and Bus Program grants are subject to the requirements of 49 U.S.C. 5339 and the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards at 2 CFR part 200.
- Recipients of funding in urban areas are subject to the grant requirements of the Urbanized Area Formula Grants program (49 U.S.C. 5307). For guidance on these requirements, refer to FTA Circular "Urbanized Areas Formula Grant Programs Guidance" (FTA Circular 9050.1A).
- Recipients of funding in rural areas are subject to the grant requirements of the Formula Grants for Rural Areas Program (49 U.S.C. 5311). For guidance on these requirements, refer to FTA Circular "Formula Grants for Rural Areas: Program Guidance and Application Instructions" (FTA Circular 9040.1H).
- All recipients must follow applicable award management requirements. For guidance on these requirements refer to FTA Circular, "Award Management Requirements" (FTA Circular 5010.1F).
- Awards will incorporate by reference the terms of FTA's most recent Master Agreement.
- As a condition of award, a recipient must have completed FTA's most recent Certifications and Assurances.
    - Applicants for the Bus Program are encouraged to utilize the innovative procurement practices found in Section 3019 of the Fixing America's Surface Transportation Act (49 U.S.C. 5325, note). If selected for funding, any project that purchases fewer than five buses through a standalone procurement must provide a written explanation why the tools authorized under Section 3019 were not utilized.

## Reporting Requirements

Post-award reporting requirements include submitting Federal Financial Reports (FFR) and Milestone Progress Reports (MPR) in TrAMS, and FTA's National Transit Database (NTD) reporting (see FTA Circular 9050.1A and FTA Circular 9040.1H). Applicants should include any goals, targets, and indicators referenced in their application for the project in the Executive Summary of the TrAMS application.

As part of completing the annual Certifications and Assurances required of FTA grant recipients, a successful applicant must report on the suspension or debarment status of its organization and principals. If a recipient's active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceed $10,000,000 for any period of time during the period of performance of an award made pursuant to this Notice, the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings is current and complete. This requirement is in addition to the requirement that an applicant maintain an active SAM registration.

For more information on these reporting requirements, please see (2 CFR Part 200, Appendix XII).

Back to top

U.S. DEPARTMENT OF TRANSPORTATION

**Federal Transit Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

202-366-4043

Subscribe To Email Updates



## About

About FTA

Funding

Regulations and Programs

## Resources

Grant Programs

National Transit Database

Newsroom

## Policies, Rights, Legal

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

USA.gov

Vulnerability Disclosure Policy

Web Policies and Notices

Web Standards

# EXHIBIT B

**From:** Nordahl, Nicholas D <Nicholas.D.Nordahl@hud.gov>
**Sent:** Wednesday, July 2, 2025 8:00 AM
**To:** Sarah Wolf <swolf@cityofpetaluma.org>
**Cc:** Blanco, Rebecca A <Rebecca.Blanco@hud.gov>; Kurzenhauser, Sara E <Sara.E.Kurzenhauser1@hud.gov>; Karen Shimizu <Kshimizu@cityofpetaluma.org>
**Subject:** RE: NOTIFICATION: City of Petaluma, CA FY25 Consolidated Plan/Action Plan

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello Sarah,

The email below from Headquarters was shared with us. Do you think that Petaluma will be able to make the edits by the close of business today? Please let us know if you'd like to jump on a call to discuss in additional detail.

Thank you,
Nick

**From:** CPD DAS for Field Operations <CPDDASforfieldoperations@hud.gov>
**Sent:** Tuesday, July 1, 2025 5:00 PM
**To:** Sarah Wolf <swolf@cityofpetaluma.org>
**Cc:** Blanco, Rebecca A <Rebecca.Blanco@hud.gov>; SFCPD@hud.gov; Nordahl, Nicholas D <Nicholas.D.Nordahl@hud.gov>
**Subject:** RE: NOTIFICATION: City of Petaluma, CA FY25 Consolidated Plan/Action Plan

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of the city of Petaluma's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of compliance with the certification should include taking the actions described below by **close of business on Wednesday, July 2, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that appears to violate Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions*, Executive Order 14218 *Ending Taxpayer Subsidization of Open Borders, and* Executive Order *14151 Ending Radical and Wasteful Government DEI Programs and Preferencing,* and Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity.* Specifically, the jurisdiction's Plan states the following:

- "Community input underscored deep concerns about housing affordability and stability, particularly for seniors, families, and undocumented residents facing overcrowding, aging housing, and rising homelessness. There were also significant issues with inadequate public

infrastructure and transportation, which hinder access to jobs and education. Economic development efforts were seen as essential, with calls for stronger workforce development, job training, and hospital-related employment stability. Participants emphasized the importance of more inclusive community engagement by reaching underserved populations directly, and highlighted the urgent need for expanded services for **undocumented individuals** and unhoused students and workers." (Page 4, emphasis added)

- "The Count and Coordinated Entry data from 2024 identified 2,522 homeless persons, County-wide, a 12% increase from the 2023 count. From those surveyed, 62% identified as male, 37% identified as female, and the remainder identified as either **transgender or gender non-conforming**. Forty-seven percent (71%) identified as white, 6% as American Indian/Alaska Native, 7% as Black/African American, 5% Multi-Racial/Other, 2% Asian, and 1% Native Hawaiian/Pacific Islander. Of these, 29% also identified as Hispanic/Latinx." (Page 58, emphasis added)

- "Petaluma's commitment to health **equity** and **environmental justice** is detailed in its General Plan Update policy framework, particularly within the Health, **Equity**, and **Environmental Justice** Policy Framework. These policies address key public service components, including **equitable** access to healthcare, pollution reduction, safe and sanitary housing, access to healthy food, and opportunities for physical activity." (Page 62, with additional references to bolded items on page 63, emphasis added)

- "Focusing on **Equity**: Creating system inclusivity and accessibility and expanding access to WIOA programs and services for historically excluded individuals." (Page 92, emphasis added)

- "Address the Needs of **Migrant** and Year-Round Farmworkers" (Page 117, emphasis added)

This language includes provisions that are prohibited in the implementation of federal programs pursuant to the referenced executive orders.  To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions

1) Remove or replace all "equity" references throughout the document and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;
2) Remove or replace all "environmental justice" references throughout the document and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;
3) Removing all "transgender" and "gender non-conforming" references throughout the document;
4) Replacing all "immigrant" references with "legal/documented immigrant"; and
5) Provide the following assurance statements within the Plan:

"The city of Petaluma shall administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and certification requirement that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S. C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218 or other Executive Orders or immigration laws. The city will not use funding under this grant in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal

aliens from deportation.  Unless excepted by PRWORA, the city must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States."

"The city of Petaluma shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

"The city of Petaluma agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

"The city of Petaluma will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

The grantee should re-submit the action plan to HUD by the deadline noted above.  Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS).  If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at cpddasforfieldoperations@hud.gov .

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1