UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al.,<br><br>                      Plaintiffs,<br><br>  v.<br><br>SCOTT TURNER in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                      Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF CAROL MENSAH |

I, CAROL MENSAH, declare as follows:

1.    I am a Pierce County Human Services (PCHS) Division Manager with primary responsibility for the administration of Community Action Programs. I have been in this position with Pierce County since 2023.

2.    Pierce County Human Services (PCHS) provides assistance through vital services and programs to support people in need such as veterans, older adults, children and families. In addition to working with clients one-on-one, PCHS also contracts with community-based agencies and local providers to deliver services.

3.    Pierce County receives funding from the U.S. Department of Health and Human Services both directly and passed through from the State of Washington. HHS grant funding supports PCHS programs such as the Community Services Block Grant (CSBG) and the Low Income Home Energy Assistance Program (LIHEAP).

DECLARATION OF CAROL MENSAH IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION AS TO HUD
AND HHS - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

4. In my role as Division Manager, I provide leadership, oversight, and strategic direction for the Community Action Programs Division. I directly supervise the supervisors who manage the daily operations of the programs within the division. My responsibilities include:

    a. Leading strategic planning to ensure programs are responsive to community needs and in compliance with federal, state, and local requirements.

    b. Overseeing program performance, fiscal management, and compliance across multiple funding streams.

    c. Providing guidance and support to supervisors for effective program delivery, quality assurance, and staff development.

    d. Leading community outreach, engagement, and advocacy efforts to elevate the voices of low-income residents and strengthen partnerships.

5. With respect to CSBG funding and programs, my responsibilities include: providing leadership and oversight to the supervisor and staff responsible for the administration of CSBG-funded programs; leading strategic planning processes, including the development of community needs assessments and the implementation of service strategies that guide the use of CSBG funds; ensuring compliance with all federal and state CSBG regulations, including performance management, reporting, and fiscal accountability; and supporting community outreach and advocacy efforts to ensure CSBG funds are directed toward addressing the most pressing needs of low-income households in Pierce County.

6. With respect to LIHEAP funding and programs, my duties include: providing supervision and oversight to the program supervisor responsible for managing the day-to-day operations of LIHEAP; ensuring the effective delivery of energy assistance services; overseeing fiscal management and reporting requirements ensuring compliance with all federal and state

DECLARATION OF CAROL MENSAH IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION AS TO HUD
AND HHS - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

LIHEAP program requirements; and supporting outreach and advocacy to inform the community about available energy assistance resources and to secure necessary funding to meet demand.

7. Pierce County relies heavily on federal CSBG funds to provide essential services to low-income households throughout Pierce County. Specifically, CSBG funding supports three critical service areas:

    a. Transportation Assistance**:** Helping individuals access medical care, employment, education, and other critical services when transportation is a barrier.

    b. Early Childhood Education (ECEAP) Support: Supplementing the Early Childhood Education and Assistance Program (ECEAP) to maintain service quality and accessibility for income-eligible families.

    c. Outreach to the community: We have over 82,000 households in Pierce County who live at or below the FPL; our outreach allows us to reach families and provide access to critical services provided by PC and various community-based agencies.

8. Transportation services (e.g., bus passes, bus transport, and support for auto purchase or repair, including emergency services) support 252 individuals. This funding also helps sustain early learning services for 280 children enrolled in ECEAP across eight sites in Pierce County.

9. Pierce County has received CSBG funding for more than fifty years. The county receives CSBG funds as a pass-through grant from the Washington State Department of Commerce, which administers the federal funds from the U.S. Department of Health and Human Services (HHS). The plaintiff applies annually through the State's CSBG application process, providing documentation on community needs, proposed service plans, and performance

DECLARATION OF CAROL MENSAH IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION AS TO HUD
AND HHS - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

outcomes. Compliance with federal and state requirements is monitored through regular reporting and audits.

10. The total CSBG funds for program year 2025 are $561,718. CSBG funds represent approximately 100% of the budget for Community Action transportation programs, and 4% of the overall ECEAP budget.

11. Pierce County received preliminary award notifications from the Department of Commerce in February 2025. Final grant agreements are typically issued upon approval of the annual work plan and budget, with services scheduled to begin July 1, 2025. The grant amount is $561,718. What is currently at issue is the requirement to sign the certifications and assurances necessary to execute the grant contract.

12. In addition to CSBG funding, Pierce County relies heavily on federal Low-Income Home Energy Assistance Program (LIHEAP) funds to provide critical utility assistance to low-income households in Pierce County. LIHEAP funding is the primary resource for helping families maintain safe, healthy, and habitable homes by preventing utility disconnections, restoring service, and supporting energy stability during extreme weather conditions. Pierce County has over 82,000 families living at or below the FPL; these families are eligible for our services, and we do a considerable amount of outreach focused on seniors and other vulnerable households. Each year we serve over 7,000 families. LIHEAP supports households with energy assistance, including electric, gas, oil, and other heating and cooling needs. These funds are essential for preventing household crises that disproportionately impact seniors, people with disabilities, families with young children, and other vulnerable populations.

13. Pierce County has received LIHEAP funding for 35 years, using it to deliver essential energy assistance services that promote household stability, prevent homelessness, and safeguard the health and safety of low-income residents.

DECLARATION OF CAROL MENSAH IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION AS TO HUD
AND HHS - 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

14. LIHEAP is a federally funded program administered at the state level by the Washington State Department of Commerce. The plaintiff applies annually through the state's LIHEAP application process, submitting detailed work plans, budgets, and projected service outcomes. Compliance is monitored through federal and state audits, regular reporting, and adherence to program rules outlined by HHS.

15. Pierce County's LIHEAP funds have been preliminarily awarded; the contract has been executed but the county is unable to bill against it. The total amount of this award is $2.6 million and is effective 10/1/2024-9/30/2026. LIHEAP funding presents 75% of the overall energy assistance program budget for the county.

16. The plaintiff received award notifications from the Washington State Department of Commerce on October 1, 2024. Final grant agreements are typically executed after the annual budget and work plan are approved, with services scheduled to begin at the start of the program year. The current issue centers on the requirement to draw down funds while attesting to compliance with all future federal Executive Orders—without having clarity on the specific language or obligations to which we are attesting.

17. It is my understanding that certain federal agencies have issued new terms and conditions for federal grant recipients and that Pierce County is currently engaged in litigation regarding these new terms and conditions.

18. If Pierce County refuses the new conditions and is denied federal funding, the county and its constituents would suffer devastating short and long-term harm.

19. Loss of CSBG would create an immediate budget gap that threatens essential household stabilization services and early learning support. There are no alternative funding sources at the local or state level that can replace CSBG at the required scale. Critical transportation services that enable access to jobs, medical care, and education would cease.

DECLARATION OF CAROL MENSAH IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION AS TO HUD
AND HHS - 5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

ECEAP would lose vital operational support, risking the quality and stability of early learning services for 280 children.

20. Even a temporary delay in CSBG funding would force suspension of transportation, disrupt preschool operations, and potentially result in staff layoffs. Disruption in preschool also has an impact on families who work both full and part time and rely on the children having care and quality education.

21. The loss of LIHEAP funding would have devastating consequences for the county including critical service disruption. Without LIHEAP funding, Pierce County would be forced to immediately decease energy assistance services levels, we do receive support for EAP via Puget Sound Energy but it only accounts for 23% of program funding. . Some of the effects of the loss of LIHEAP funding are outlined below:

22. Thousands of families would face imminent utility disconnections, leading to unsafe and uninhabitable living conditions, especially during extreme heat or cold. We serve over 7,000 households per year with LIHEAP funds.

23. In addition, the county can use these funds for distributing either furnaces or air conditioners to energy-burdened homes. Last year the count provided 274 AC units and this year we were able to supply 295 AC units to vulnerable families.

    a. Increased housing instability as loss of energy services can directly lead to housing loss, particularly for households with elderly members, young children, or persons with disabilities.

    b. Public health and safety risks would increase, along with economic strain, as families turn to emergency shelters, crisis medical care, or other safety-net services.

24. Even a temporary disruption in LIHEAP funding would result in suspended

DECLARATION OF CAROL MENSAH IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AS TO HUD AND HHS - 6

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

operations, the inability to process applications, and loss of staff. The operational associated with the potential loss of funding prevents the county from hiring staff, executing contracts, or planning service delivery effectively.

25. Additionally, Loss of LIHEAP would directly affect 4.25 full-time staff positions dedicated to energy assistance, intake, processing, eligibility determination, and client support, and .8 staff for weatherization. These staff members are essential to program delivery and compliance.

26. The HHS grant funding outlined in this declaration is vital to Pierce County programs that impact significant issues facing Pierce County residents. Any loss of, or delay in receipt of HHS funding will hurt Pierce County's most vulnerable residents.

27. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __8th__ day of July 2025.

*Carol Mensah*
CAROL MENSAH

DECLARATION OF CAROL MENSAH IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AS TO HUD AND HHS - 7

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750