UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

                    Plaintiffs,

   v.

SCOTT TURNER in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development, et al.,

                    Defendants.

No. 2:25-cv-00814-BJR

SUPPLEMENTAL DECLARATION OF JOHN BARBEE

I, JOHN BARBEE declare as follows:

1. I am a Pierce County Human Services Division Manager with primary responsibility for the administration of all Continuum of Care grant funds. I have been in this position with Pierce County since September of 2019.

2. Pierce County Human Services (PCHS) provides assistance through vital services and programs to support people in need such as veterans, older adults, children and families. In addition to working with clients one-on-one, PCHS also contracts with community-based agencies and local providers to deliver services.

3. The County is slated to receive approximately 43.8 million in funding from HUD for the 2024-2025 budget biennium. This funding is received through programs including but not limited to the Community Development Block Grant (CDBG), the HOME Investment

SUPPLEMENTAL DECLARATION OF
JOHN BARBEE- 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Partnership, and the Youth Homelessness Demonstration Project (YHDP).

4. Pierce County relies on the HOME program for affordable housing development and preservation activities that benefit low-income households. This includes affordable homeownership and rental housing activities. In 2025, the HOME funds are anticipated to serve twenty low-income households through affordable housing development and preservation funding.

5. Pierce County has been receiving HOME funding since 1992, using it to deliver affordable housing through homeowner rehabilitation, homebuyer development and assistance, and rental housing development and preservation throughout the Pierce County Consortium.

6. Pierce County contracts with the Pierce County Community Development Corporation as the subrecipient to administer the HOME program. The 2025 HOME funding is targeted at affordable housing development and preservation, and affordable housing developed by Community Housing Development Organizations. The contract with the Pierce County Community Development Corporation for the 2025 funds is pending execution of the 2025 HOME grant agreement between the County and HUD.

7. The total HOME funds subject to the new grant conditions is $1,240,877.24. As of the date of this declaration, the Pierce County Community Development Corporation is aware of the 2025 HOME award, but funding agreements have not been executed. Therefore, while the funds are planned to be contracted with the Pierce County Community Development Corporation, they have not yet been obligated or expended. The 2025 Notice of Fund Availability for HOME funded homeownership projects is currently on hold, meaning that residents are not benefiting from housing creation or preservation through this program. The entire budget for this program comes from the HOME grant.

SUPPLEMENTAL DECLARATION OF
JOHN BARBEE- 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

8. Pierce County received preliminary award notifications in May 2025. To receive the grant agreement, the county will need to submit the consolidated plan that covers program year 2025-29 (July 1, 2025 to June 30, 2030) and submit the annual action plan for 2025 that covers the period July 1, 2025 to June 30, 2026. Under normal circumstances the county would receive the grant agreement for HOME after HUD approval of the plans.

9. In addition to HOME grant funding, Pierce County relies heavily on federal CDBG grants to fund essential services for low-income households, including early childhood education (ECEAP), food bank services, mental health care, senior nutrition programs, transitional housing, low-income housing development/preservation, Public Facilities and Public Facility infrastructure, and homeowner rehabilitation. In 2025 alone, these funds are anticipated to serve over 51,000 individuals through public services and provide housing support to 124 households.

10. Pierce County has been receiving CDBG funding for nearly 50 years, using it to deliver stable, long-term community development and direct service programs throughout the Pierce County Consortium. The county receives CDBG funds from HUD through an annual formula grant. To receive the funds the county is required to submit a consolidated plan to HUD every five years that describes the community needs and plan for the allocation of the CDBG, HOME Investment Partnership (HOME), and Emergency Solutions Grant (ESG). During the five-year consolidated planning period the county is required to submit an annual action plan that describes the use of the HOME, CDBG, and ESG for the program year. HUD must approve the annual action plan for the county to receive the CDBG funds. After the end of each program year the county is required to submit a Consolidated Annual Performance and Evaluation Report (CAPER). Pierce County has conditionally awarded subrecipients through a NOFA process to

SUPPLEMENTAL DECLARATION OF
JOHN BARBEE- 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

fund services scheduled to begin on July 1, 2025. While the HUD CDBG award arrives later in the process, the acceptance or non-acceptance of said award could have a significant impact beginning July 1, specifically to our public service subrecipients.

11. The total CDBG funds subject to grant condition is $3,207,705. As of the date of this declaration, some subrecipients have been notified of awards but funding agreements have not yet been executed. Therefore, while the funds have been conditionally promised, they have not yet been obligated or expended. These funds comprise the total budget for this program.

12. Pierce County also anticipates receiving federal funding from HUD for the YHDP. This will be used to grants to fund housing services to youth and young adults ages 12 to 24, the programs include transitional to rapid rehousing, Coordinated Entry and mobile advocacy to connect youth and young adults to housing services. The YHDP funds also provide compensation for the Pierce County Youth Action Board (YAB), a lived experience group which develops and plans the YHDP programs. The YHDP funds will serve over 150 youth per year. Pierce County first received this funding in January of 2025.

13. The county was awarded YHDP funds from HUD through a competitive Notice of Funding Availability (NOFO) process in the 2023 Round 8 funding cycle. The demonstration grant is a two-year award and will then be renewed without a competitive process each year through the Greater Tacoma Pierce County Continuum of Care (CoC). To receive the funds, the county is required to submit a Coordinated Community Plan outlining the goals, strategies and project types. Pierce County will need to award all subrecipients no later than January 1st, 2026, a procurement process has been started but is paused due to the anticipated terms and conditions in the grant agreement and certifications and assurances.

14. I am aware that in the certifications and assurances for the YHDP grant, there is a

SUPPLEMENTAL DECLARATION OF
JOHN BARBEE- 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

requirement that the organization receiving the finding certifies that it "Will comply with all applicable requirements of all other Federal laws, executive orders, regulations, and policies governing this program." Please see a Screenshot of Certifications and Assurances for the YHDP Grant Program attached as Exhibit A.

15. YHDP funding has been characterized by HUD as both being part of the CoC grant program and as not part of CoC grant program, but subject to CoC grant program requirements. In an abundance of caution Pierce County submitted certifications and assurances through the HUD web portal with a memo indicating that conditions such as the one described above are subject to the preliminary injunction as to HUD CoC that is currently in place. However, the county fears that if HUD makes that administrative determination that the YHDP program is not part of HUD CoC, the county will not be protected by the preliminary injunction.

16. The total YHDP funds subject to the new grant conditions in the amount of $3,514,672. As of the date of this declaration, Pierce County has not awarded funds to subrecipients but has expended planning dollars in the amount of $113,570.33. The YHDP gran comprises the entire budget for this program.

17. Pierce County received preliminary award notifications in October 2024. To receive the grant agreement, the county was required to submit the certifications by June 30th, 2025, and the grant agreement must be issued by HUD no later than September 30th, 2025. The county has not yet received the 2025 YHDP grant agreement.

18. It is my understanding that HUD has issued new terms and conditions for federal grant recipients and that Pierce County is currently engaged in litigation regarding these new terms and conditions.

19. On May 14, 2025, Pierce County received its FY 2025 CPD Formula Letter from

SUPPLEMENTAL DECLARATION OF
JOHN BARBEE- 5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

HUD regarding certain non-CoC grant funding that stated, "As you are finalizing your Annual Action Plans or Consolidated Plans that are due for submission to our office by August 16, 2025, please be reminded that it is important to align with executive orders and applicable laws." Please see Pierce County's FY 2025 CPD Formula Letter attached as Exhibit B.

20. I am also aware that on April 22, 2025, HUD has issued current "General Administrative, National and Departmental Policy requirements and Terms for HUD's Financial Assistance Programs". Many of the conditions based on recent Executive Orders are present in this document, including the "Illegal DEI" condition, the "Gender Ideology" condition, the "Elective Abortion" condition, and the "Immigration" condition. *See* Bellevue Schneider Decl. Ex. B (General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs dated April 22, 2025).

21. If Pierce County refuses the new conditions and is denied federal funding, the county and its constituents would suffer devastating short and long-term harm.

22. The loss of HOME grant funding would create a budget shortfall and jeopardize affordable housing development and preservation efforts and plans. Specifically, homeownership efforts and plans. Additionally, the loss of HOME funds would impact the Pierce County Community Development Corporation as the subrecipient of the HOME program. HOME funds represent most of the organization's revenue and without HOME funds the organization is likely not viable. Also note that this would impact the developer/sponsor/owner partners that acquire, construct, and/or rehabilitate affordable housing. The County's planned procurement for 2025 HOME funds has already been delayed - further delays will impact the affordable housing development pipeline, which will cause delays in project and in the worst case scenario, project cancellations. Finally, the county administers programs that must meet federal and state

SUPPLEMENTAL DECLARATION OF JOHN BARBEE- 6

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

regulatory benchmarks (e.g., early childhood education, housing habitability). Without adequate staffing from the loss of funds the County may not be able to meet its regulatory requirements. This could expose the county to further legal or regulatory challenges. The HOME funding supports a staff of 13, equivalent to four full-time employees.

23. Currently, no unobligated resources exist to allow the county to backfill the HOME grant funds.

24. The Loss of CDBG funding would immediately jeopardize key services and destabilize multi-year strategic plans built around federal funding assumptions. Currently there are no adequate replacement funding sources available at the local or state level to replace CDBG funds at the scale needed. Many of the programs funded by the CDBG grant would either be significantly reduced or eliminated. The result is that more than 51,000 individuals would lose access to essential services, including food assistance, mental health services, transitional housing, housing repair, housing access, early education, and senior wellness programs. Additionally, approximately 124 low-income households would lose access to housing repair.

25. Partner organizations would also be impacted by the loss of CDBG funds. Subrecipients including food banks, mental health providers, senior centers, and affordable housing agencies would face immediate operational disruptions, possible layoffs, inability to meet client service obligations, and would not be able to meet the needs of low-income families.

26. The loss of these funds would ripple through the local economy, affecting jobs, contractor revenues, and long-term community development outcomes such as access to food, basic services, and homeownership and housing stability. Even a temporary disruption in receipt of these funds could force layoffs, interrupt preschool services, halt construction projects, and lead to the closure of food distribution sites, even if funding is later reinstated.

SUPPLEMENTAL DECLARATION OF
JOHN BARBEE- 7

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

27. Uncertainty regarding these funds undermines the county's ability to enter contracts, plan service delivery, and maintain partnerships. Staff retention and community trust are at risk. Up to ten full-time staff positions are currently budgeted under CDBG-related programming for the county budget year 2025. Without funding, many of these positions may be eliminated, with cascading impacts on program continuity and delivery.

28. The HUD grant funding outlined in this declaration is vital to Pierce County programs that impact significant issues facing Pierce County residents. Any loss of, or delay in receipt of HUD funding will hurt Pierce County's most vulnerable residents.

29. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __9th__ day of July, 2025.

*John Barbee*
JOHN BARBEE

SUPPLEMENTAL DECLARATION OF
JOHN BARBEE- 8

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

Will comply with environmental standards which may be prescribed pursuant to the following: (a) institution of environmental quality control measures under the National Environmental Policy Act of 1969 (P.L. 91-190) and Executive Order (EO) 11514; violating facilities pursuant to EO 11738; (c) protection of wetlands pursuant to EO 11990; (d) evaluation of flood hazards in floodplains in accordance with EO 11988; (e) assurance of project consistency with the approved State management program the Coastal Zone Management Act of 1972 (16 U.S.C. §§1451 et seq.); (f) conformity of Federal actions to State (Clean Air) Implementation Plans under Section 176(c) of the Clean Air Act of 1955, as amended (42 U.S.C. §§7401 et seq.); (g) protecti sources of drinking water under the Safe Drinking Water Act of 1974, as amended (P.L. 93-523); and, (h) protection of endangered species under the Endangered Species Act of 1973, as amended (P.L. 93¬205).

Will comply with the Wild and Scenic Rivers Act of 1968 (16 U.S.C. §§1271 et seq.) related to protecting components or potential components of the national wild and scenic rivers system.

Will assist the awarding agency in assuring compliance with Section 106 of the National Historic Preservation Act of 1966, as amended (16 U.S.C. §470), EO 11593 (identification and protection of historic properties), and the Archaeological and Histor of 1974 (16 U.S.C. §§469a-1 et seq.).

Will comply with P.L. 93-348 regarding the protection of human subjects involved in research, development, and related activities supported by this award of assistance.

Will comply with the Laboratory Animal Welfare Act of 1966 (P.L. 89-544, as amended, 7 U.S.C. §§2131 et seq.) pertaining to the care, handling, and treatment of warm blooded animals held for research, teaching, or other activities supported by this a assistance.

Will comply with the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. §§4801 et seq.) which prohibits the use of lead-based paint in construction or rehabilitation of residence structures.

Will cause to be performed the required financial and compliance audits in accordance with the Single Audit Act Amendments of 1996 and OMB Circular No. A-133, "Audits of States, Local Governments, and Non-Profit Organizations."

Will comply with all applicable requirements of all other Federal laws, executive orders, regulations, and policies governing this program.

Will comply with the requirements of Section 106(g) of the Trafficking Victims Protection Act (TVPA) of 2000, as amended (22 U.S.C. 7104) which prohibits grant award recipients or a sub-recipient from (1) Engaging in severe forms of trafficking in per period of time that the award is in effect (2) Procuring a commercial sex act during the period of time that the award is in effect or (3) Using forced labor in the performance of the award or subawards under the award.

* As the duly authorized representative of the applicant, I certify: ☑

| | |
|---|---|
| Authorized Representative for: | Pierce County |
| Prefix: | Mr. |
| First Name: | Ryan |
| Middle Name: | |
| Last Name: | Mello |
| Suffix: | |
| Title: | County Executive |
| Signature of Authorized Certifying Official: | Considered signed upon submission in e-snaps. |
| Date Signed: | 06/30/2025 |

[Save & Back]    [Save]    [Save & Next]
[Back]    [Next]

# EXHIBIT B



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

OFFICE OF COMMUNITY PLANNING AND DEVELOPMENT

May 14, 2025

Mr. Ryan Mello
County Executive of Pierce County
1501 Market Street, Suite 510
Tacoma, WA 98402

Dear Ryan Mello,

    Secretary Scott Turner is committed to improving housing opportunities, reducing regulations to lower housing cost, and expanding housing supply for hardworking Americans. The nationwide shortage of rental and owner-occupied properties and the current rate of construction has not kept pace with the demand.  This lack of adequate housing supply leads to higher prices for renters and homebuyers alike, forcing some into homelessness and preventing countless Americans from becoming homeowners.  Across the country, partnerships between public and private sectors are providing millions of Americans an opportunity to get ahead.  HUD is determined to continue its collaboration with you so programs are responsibly utilized and can spark additional leveraging and partnerships to address the nation's housing crisis.

    As authorized by the Consolidated Appropriations Act (Public Law 119-4) on March 15, 2025, I am honored and excited to announce that your jurisdiction is receiving the following Fiscal Year 2025 allocations for the identified programs:

        Community Development Block Grant (CDBG) - $3,207,750.00

        HOME Investment Partnerships (HOME) - $1,240,877.24

        Emergency Solutions Grants (ESG) - $276,876.00

        Housing Opportunities for Persons W/ HIV/AIDS (HOPWA) - $0.00

        Housing Trust Fund (HTF) - $0.00

        Recovery Housing Program (RHP) - $0.00

    In addition, your jurisdiction's CDBG allocation for this year provides you with $14,598,750.00 in available Section 108 loan guarantee borrowing authority.  Section 108 permits you to borrow up to five times of your current CDBG allocation.  This loan allows jurisdictions to maximize access to low-interest capital, and provide long-term financing to invest in Opportunity Zones, or further address gap financing for big projects that you envision for your community.

2

As you are finalizing your Annual Action Plans or Consolidated Plans that are due for submission to our office by August 16, 2025, please be reminded that it is important to align with executive orders and applicable laws.  If you or any member of your staff have questions, please do not hesitate to contact your local HUD Field Office in Seattle or CPDGDAS@hud.gov.

Thank you for your interest in CPD programs and for ensuring that these dollars are responsibly achieving outcomes as intended by law.  When people have a safe and stable place to call home, they can focus on contributing to the economy and be productive members of their respective communities.

Sincerely,

Claudette Fernandez
General Deputy Assistant Secretary
    for Community Planning and Development

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750