UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

    Plaintiffs,

v.

SCOTT TURNER in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development, et al.,

    Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF JULIE DEMUTH

I, JULIE DEMUTH, declare as follows:

1. I am the Director of Finance for Pierce County, Washington. ("Pierce County"). I have been in this position since March of 2025. Prior to being appointed as the Director of Finance, I served as the Assistant Director of Finance for two and a half years from August 2022 to March 2025. I am also a member of Pierce County Executive Ryan Mello's Senior Leadership Team. In my capacity as the Director of Finance, I am responsible for developing and monitoring the biennial Pierce County budget and overseeing the County's accounting, revenue administration, treasury, internal audit, information technology, risk management, procurement, fleet, and general services functions. I also manage the County's short- and long-term financial planning, safeguard public assets, and ensure compliance with all applicable federal, state, and local laws and fiscal policies.

2. I am over the age of 18, am competent to testify as to the matters in this declaration, and make it based on personal knowledge, and on my review of relevant business records.

DECLARATION OF JULIE DEMUTH - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. Pierce County is located in the Pacific Northwest and has an approximate population of 929,000 people. Pierce County is the second largest county in Washington, and the 59th most populous county in the United States.

4. Pierce County has approximately 3,400 employees and a $3.2 billion-dollar biennial budget. Pierce County government provides a wide variety of services to its citizenry, including critical infrastructure projects, housing, public safety, parks and recreation, and water and sewage services.

5. The Pierce County biennial budget includes approximately $187 million in federal funding. Of this amount, $73.4 million is received as direct grant funding from the federal government and $114.1 million is indirect funding received through the State of Washington or other entities.

6. Some of the primary sources of federal funding for Pierce County are outlined below:

    a. Department of Health and Human Services – the county receives approximately $28.4 million in non-Medicaid and non-Older Americans Act funding from HHS. These federal funds enable Pierce County to deliver critical services to our most vulnerable populations, promote community resilience, and improve outcomes for individuals and families. Key areas of investment for this funding include:

        i. Child support enforcement, ensuring families receive financial support critical to the health and development of children.

        ii. Low-Income Home Energy Assistance Program (LIHEAP), helping low-income households with energy costs and weatherization to improve household safety and efficiency.

        iii. Community Service Block Grant (CSBG) funding provides transportation, early childhood education, and community outreach assistance to low-income Pierce County residents.

    b. Housing and Urban Development – approximately $43.8 million. HUD funds in Pierce County are used to address housing instability, support vulnerable populations, and invest in community development. Key investments include but are not limited to:

        i. Affordable housing development and rehabilitation through the HOME Investment Partnership Program.

DECLARATION OF JULIE DEMUTH - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

  ii. Neighborhood improvements and public services funded by the Community Development Block Grant (CDBG).

  iii. Support for individuals and families experiencing homelessness, including permanent housing and supportive services under the Continuum of Care program.

  iv. Targeted assistance for youth and young adults facing homelessness through the Youth Homelessness Demonstration Program.

  v. Job training and homelessness prevention efforts.

 c. Department of Transportation – approximately $28.8 million. These funds help maintain and enhance critical transportation systems serving residents and regional travelers. Key investments include:

  i. Major capital improvements to transportation infrastructure.

  ii. Enhancements to airport facilities.

  iii. Ferry administration and operational upgrades.

  iv. Implementation of the Vision Zero Action Plan, aimed at improving roadway safety.

7. Federal funds account for approximately 6 percent of Pierce County's 2025 operating budget. Pierce County relies on federal funding to support many of the county's core functions including, but not limited to, homelessness and housing services, social services, and infrastructure and capital improvement projects.

8. Without federal funding, programs such as those outlined in the preceding paragraphs would face cuts. Because Pierce County relies on federal funds for its ongoing operations across many subject matter areas, and for many different purposes, it is not possible to identify each area in which the County would be at risk if it lost out on federal funds. The effect of a complete loss of federal funding would be devastating for Pierce County, its employees, and its residents.

9. Pierce County is already facing economic uncertainty in the near term due to inflation, elevated interest rates, tariffs, and a $20 million structural budget deficit. The uncertainty created by the threatened loss of federal funding has only compounded the macroeconomic pressures being felt by the county.

DECLARATION OF JULIE DEMUTH - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

EXECUTED this 9th day of July, 2025.

_____
JULIE DEMUTH

DECLARATION OF JULIE DEMUTH - 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750