THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> SUPPLEMENTAL DECLARATION OF KEN WALKER |

I, KEN WALKER, declare as follows:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

### Housing Grants

1. Pima County, through its Department of Community & Workforce Development ("CWD"), administers dozens of federal and local grant programs to benefit people experiencing homelessness in Pima County.

2. Pima County is experiencing severe affordable housing and homelessness crises. Thousands of people in Pima County are homeless on any given day, putting them at increased risk of disease, violence, and exposure to extreme heat on the many days where Pima County experiences temperatures at or above 100°F. As a result, there is

DECLARATION OF KEN WALKER - 1
No. 2:25-cv-00814-BJR

a longstanding commitment to address homelessness in Pima County.

3. In 2024, Pima County experienced 99 days with temperatures at or above 100°F, including 44 days reaching 105°F and six days of 110°F or higher.

4. HUD's Community Development Block Grant ("CDBG") Program is a cornerstone of federal support for local communities. It provides annual grants on a formula basis to states, cities, and counties, with the purpose of developing viable urban and rural communities. The program focuses on delivering decent housing, a suitable living environment, and expanding economic opportunities—particularly for low- and moderate-income residents.

5. Each year, Pima County receives approximately $2.6 million in Community Development Block Grant ("CDBG") funds.

6. In Pima County, CDBG funds are vital for revitalizing neighborhoods, improving infrastructure, supporting economic development, and expanding access to essential community services. HUD awards these funds to entitlement communities, enabling local governments to tailor investments based on community needs.

7. Eliminating CDBG funding would have a detrimental impact on some of the most vulnerable households and communities in Pima County. These funds often serve as a lifeline for low-income families in need of affordable housing, seniors and individuals with disabilities requiring home modifications, communities needing critical facility improvements and infrastructure upgrades, and local nonprofits that rely on CDBG funding to provide essential social services.

8. Without CDBG support, Pima County would face significant challenges in addressing poverty, housing instability, and neighborhood decline. The loss of this flexible and

locally driven funding source would severely limit the county's ability to respond to evolving community needs.

9. Each year, Pima County receives approximately $225,000 in Emergency Solutions Grants Program ("ESG") funds. The ESG Program is designed to assist people with quickly regaining stability in permanent housing after experiencing a housing crisis and/or homelessness.

10. Based on the Turner Letter, Pima County anticipates receiving amendments to existing grants and agreements and terms for new grants similar to those received around the nation for HUD grant funds with additional funding conditions that were not included in the Notice of Funding Opportunity and where Pima County was not aware of these additional funding conditions when Pima County applied for funding. *See* ECF 94 (Walker Decl.) for explanation of Turner Letter.

11. Specifically, the HUD Agreements require grantees to agree to conditions related to, among other things, prohibiting "gender ideology;" diversity, equity, and inclusion; and include requirements pertaining to immigration verification and enforcement, as well as abortion. None of these conditions appeared in prior agreements.

### Health Grants

12. Pima County established the Pima County Health Department to protect the public health and prevent unhealthful or unsanitary conditions or public health nuisances.

13. Pima County relies on HHS grants valued annually at more than $21 million, with approximately $7 million in direct grants and more than $14 million in pass-through grants. This covers immunization, injury protection and control, public health emergency preparedness, tuberculosis control, and other important public health

needs.

## Financial Impacts of Withholding Federal Grant Monies

14. Pima County's 2025 special revenue fund and enterprise operating budgets include approximately $216 million in federal revenue. Some federal funding is received indirectly through the State of Arizona or through another federal grantee like the City of Tucson. Often, County departments receive federal funding through specific grants that are funded by Congress and awarded by a federal agency for a specific purpose. In 2025, federal revenue represents approximately 13.1% of the County's overall budget.

15. These federal grants are a part of Pima County's financial planning and budget, provide funding for project implementation, and help Pima County provide local services consistent with Congressionally appropriated priorities.

16. The anticipated newly imposed conditions would force Pima County to either agree to new conditions on the grants **already awarded** to Pima County, including conditions impossible to comply with, or lose access to funding that is critical to the welfare of program participants and to the community in Pima County.

17. Next, the loss of funding would negatively impact Pima County because Pima County has contracted with service providers in reliance on receiving the funds. Providers continue to incur costs and expect the County to reimburse them.

18. The loss of funding would cause immediate and long-term harm to Pima County's financial standing as the County would be forced to augment the loss of the grant revenue with general fund balance reserves which would deplete the reserve balance below established policy levels. This would diminish future financial resources as the

County replenishes the fund balance reserve thereby limiting our funding options for County-wide operations. It could also lead to an increase in property taxes which would have a negative and harmful impact on Pima County residents should policymakers decide to increase the tax rates to recover the loss of the grant revenue/funding.

19. Additional ramifications could include a rating downgrade which would increase the cost of borrowing to the County and have a detrimental impact to the County's long-term financial plan.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.

_____
KEN WALKER

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750