THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF PATRICK CORNELL |

I, PATRICK CORNELL declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

**Personal Background**

2. I am the Chief Financial Officer ("CFO") for the City of Pittsburgh.

3. I began my career with the City of Pittsburgh in 2015 as a Budget Analyst after completing my Master of Public Administration from the University of Pittsburgh. As a Budget Analyst, I managed expenditures for several key departments, including Public Safety, Finance, and Human Resources. Since then, I have served as a Senior Budget Analyst, Assistant Director, and Deputy Director in the Office of Management and Budget ("OMB").

DECLARATION OF PATRICK CORNELL - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

OMB oversees the budgeting and distribution of many HUD grants. In my current role as the CFO, I oversee the City of Pittsburgh's Operating, Capital, and Community Development budgets.

4. I hold undergraduate degrees in Mathematics and Economics from the University of Pittsburgh. During undergraduate and graduate school, I deepened my understanding of government operations and the role that grant funding plays in the operation of cities like the City of Pittsburgh.

5. Based on my background and experience with the City of Pittsburgh, I understand the critical role that federal grant funding plays in supporting the City of Pittsburgh's operations and long-term goals. These grant funds enable the City to address urgent needs in our community, particularly for low- and moderate-income individuals and families who rely on City services and programs.

**The City of Pittsburgh and HUD Grants**

6. The City of Pittsburgh receives approximately $18 million annually in federal funding from United States Department of Housing and Urban Development ("HUD") Entitlement Programs, including funding through the Community Development Block Grant ("CDBG"), HOME Investment Partnerships Program ("HOME"), Emergency Solutions Grant ("ESG"), and Housing Opportunities for Persons With AIDS ("HOPWA") programs, as well as other direct HUD funding.

7. These funds are essential to the City of Pittsburgh's ability to meet the basic needs of its most vulnerable residents. The CDBG funds are directed toward projects and services that assist low and moderate-income individuals and neighborhoods, in alignment with the City's values of equity, inclusion, and community development. Some of these funds are

DECLARATION OF PATRICK CORNELL - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

distributed by the City to qualified nonprofit 501(c)(3) organizations that deliver services aligning with the purposes of the CDGB funds.

8. The HOME grant funds received by the City of Pittsburgh are specifically dedicated to supporting affordable housing development and rehabilitation to help achieve a wide range of affordable housing program goals.

9. The ESG funds are used to provide emergency assistance to individuals and families who are at risk of homelessness or who are experiencing homelessness. The City works closely with Allegheny County's Department of Human Services and community organizations to ensure that these funds are directed to programs that provide housing, shelter, and supportive services to those in urgent need.

10. Additionally, the City receives HOPWA funds, which provide housing assistance and supportive services to individuals living with HIV/AIDS and their families. These funds are critical in maintaining stable housing and improving the quality of life for this vulnerable population.

**HUD Grant Conditions and City Commitment to Equity**

11. I understand that HUD intends to impose grant conditions that would appear to restrict or prohibit the City's ability to implement policies and programs that advance diversity, equity, and inclusion ("DEI"). Such policies that are embedded in the City of Pittsburgh's Home Rule Charter, ordinances, and longstanding commitment to fair and equitable contracting and service delivery.

12. For decades, the City of Pittsburgh has maintained legal requirements and policies designed to ensure that public funds, including grant funds, are administered in a way that fosters inclusion, supports minority, veteran, and women owned businesses, and protects the

DECLARATION OF PATRICK CORNELL - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

rights of vulnerable communities. These efforts are reflected in ordinances governing the City's Equal Opportunity Review Commission ("EORC") and other DEI measures. Furthermore, these requirements and policies foster equity, fairness, and strength in the City of Pittsburgh housing market.

13. The new conditions attached to HUD grants undermine these commitments by discouraging or forbidding DEI-related contracting preferences, goals, or outreach and are in direct conflict with its Home Rule Charter, laws, and ordinances.

**Negative Impacts of Losing HUD Grant Funding**

14. The loss of HUD funding would be devastating to the City of Pittsburgh and its residents. These grants provide essential financial support for services that assist low- and moderate-income individuals, families at risk of homelessness, persons with HIV/AIDS, and communities in need of affordable housing.

15. Without this funding, the City would be unable to sustain many of its critical programs that directly affect the health, safety, and welfare of its most vulnerable populations. Nonprofit organizations that utilize these funds to serve residents on behalf of the City would also be significantly impacted, leaving service gaps that the City's general fund cannot cover.

16. The loss of HUD grant funds would also destabilize immediate and future City budgets, which have already anticipated these funds for essential community services and programs.

17. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 9th day of July, 2025.

PATRICK CORNELL

DECLARATION OF PATRICK CORNELL - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750