THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF SARA MORRISSEY |

I, SARA MORRISSEY, declare as follows:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on knowledge and my review of relevant records.

2. I am currently employed with the City of Portland's ("City" or "Portland") as a Deputy City Administrator. I have held this position since 2024. In this role, I lead the City Operations Service Area. Prior to my current role, I was the Deputy Chief of Staff for the City's Mayor from 2021 to 2024.

3. I received my undergraduate degree from Williams College in Economics and Spanish. I received a Master's Degree in Urban and Regional Planning from Portland State University.

DECLARATION OF SARA MORRISSEY - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## IMPACTS OF FEDERAL GRANTS

4. The City of Portland currently has approximately $387 million in active federal grants: $149 million reimbursed and $238 million outstanding. The City depends on federal grant funding to support community programs and projects that impact the safety, well-being, and economic mobility of Portlanders. Without anticipated awards, reimbursements and no contingency resources, the City would be forced to scale back or cancel federally funded projects and services.

## HOUSING AND URBAN DEVELOPMENT

5. The City of Portland currently manages approximately $130 million in competitive and entitlement grant awards funded by the U.S. Department of Housing and Urban Development ("HUD"). Of this amount, approximately $11.7 million is from the Office of Lead Hazard Control and Healthy Homes, and approximately $119 million is from the Assistant Secretary for Community Planning and Development.

6. On May 14, 2025, the City of Portland received its annual award letter from HUD for the 2025-2026 entitlement distribution, which includes $8,345,073 in Community Development Block Grants, $3,062,893 in HOME Investment Partnership Program funds, $2,095,344 for Housing Opportunities for Persons with AIDS, and $737,360 for Emergency Solution Grants.

7. The planned goals for this funding are to: (a) increase and preserve affordable housing choice of rental and homeownership units for low- and moderate-income households in ways that promote racial equity; (b) reduce and prevent homelessness; and (c) improve livability and promote economic development in low- and moderate-income areas by investing in

DECLARATION OF SARA MORRISSEY - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

community infrastructure, employment training, and anti-poverty strategies for area residents. The anticipated impact and reach of these funds is to provide: 2,200 emergency or overnight shelter beds for homeless individuals; rent assistance and rapid rehousing benefits for over 700 low-income households; home repair assistance to 400 low-income homeowners; housing for 50 people living with HIV/AIDS; employment training for 1,500 individuals; business assistance to 250 small businesses; and construction and rehabilitation of 250 affordable housing units.

8. To receive this funding, the City must develop an Annual Action Plan and sign certifications of compliance by August 2025. The grant award letter stated: "As you are finalizing your Annual Action Plans or Consolidated Plans that are due for submission to our office by August 16, 2025, please be reminded that it is important to align with executive orders and applicable laws." Additionally, HUD's Applicant and Recipient 424-B Assurances and Certifications (expiration date February 2, 2027) specifically states in Section 6 that the applicant "Will not use Federal funding to promote diversity, equity and inclusion (DEI) mandates, policies, programs, or activities that violate any applicable anti-discrimination laws." The City of Portland is concerned that this language references Executive Order 14173 and that the City cannot sign a grant certification or agreement requiring compliance with Executive Order 14173. These provisions directly conflict with Portland's Core Values, which are embedded throughout city policies and programs.

9. Losing access to this funding would lead to one or more of the following consequences: (a) direct harm to the most vulnerable Portland residents who may lose their housing due to elimination of HUD-funded housing assistance programs; (b) loss of critically needed employment programs that assist displaced workers in finding new employment; and (c) inability of low-income homeowners to complete critical home repairs.

DECLARATION OF SARA MORRISSEY - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

10. The City of Portland faced a nearly $100 million deficit in the current fiscal year, which required large-scale assessment and redistribution of resources. Faced with the loss of HUD funding, the City would likely scale back or eliminate community programs that Portland urgently needs.

11. If federal grant terms continue to include provisions or certifications that the City of Portland cannot meet, the City's ability to deliver critical housing programs will be substantially impaired. This ongoing barrier threatens to undermine long-term progress and limit the City's capacity to effectively serve its residents.

12. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7/7/25 day of July, 2025.

Sara Morrissey
Digitally signed by Sara Morrissey
Date: 2025.07.07 15:48:12 -07'00'

SARA MORRISSEY

DECLARATION OF SARA MORRISSEY - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750