THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                           Plaintiffs,

    v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                  Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF ALEXANDRA KOTZE

I, ALEXANDRA KOTZE, declare as follows:

1.      I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2.      I am the permanent Chief Financial Officer ("CFO") and Interim Deputy County Manager of Health and Wellness for Ramsey County. I have been in the CFO role since March 2020. I am a member of Ramsey County's Executive Leadership Team under the County Manager. Before joining Ramsey County, I was the CFO for the Minnesota Department of Human Services for 6 years.

3.      As Ramsey County's CFO, I am charged with overseeing and understanding Ramsey County's financial operations, including accounting, purchasing and contracting, budget, treasury, debt and investment. I am responsible for developing and monitoring the

DECLARATION OF ALEXANDRA KOTZE - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

biennial Ramsey County budget, producing the Annual Comprehensive Financial Report, managing the investments of the County, issuing debt for the County, running the centralized purchasing and contracting program for the County and reviewing many of the grants received by Ramsey County. I oversee a wide range of activities, including contracting, budget analysis, financial forecasting, accounting processes, and policy development. I also track the budgets of individual Ramsey County departments and the public services they provide.

**Ramsey County**

4.    Ramsey County is a political subdivision of the State of Minnesota with its county seat in Saint Paul. Home to more than 550,000 people and located in the seven-county Twin Cities metropolitan area, Ramsey County communities are nationally known as attractive, livable places rich in history, diversity and opportunity. Ramsey County is the second-most populous county in Minnesota with about 10 percent of the state's residents, as well as one of the state's most racially and socioeconomically diverse counties. Medical Assistance (MA) is Minnesota's Medicaid program for people with low income, and more than one-third of Ramsey County residents receive MA. Ramsey County also has an above-average percentage of foreign-born residents and residents who speak a language other than English in their homes.

5.    The County provides a wide variety of programs and services, including maintaining more than 6,500 acres of parks and recreational facilities, connecting residents and veterans to assistance and support programs, providing law enforcement and public safety services (including the operation of the County's Adult Detention Center (ADC)), managing elections, operating recycling and yard waste facilities, managing a library system and emergency call centers, maintaining county roads and bridges, processing vital records, and responding to natural disasters and public health emergencies.

DECLARATION OF ALEXANDRA KOTZE - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

6.      Ramsey County advances diversity, equity, and inclusion through its efforts to reduce racial and ethnic-based disparities. Ramsey County furthers these efforts by being equitable, inclusive, transparent, respectful, and impactful in how it serves and engages with residents, as well as the people who work for Ramsey County. The County's Racial Equity Policy demonstrates an organization-wide commitment to putting equity in action, as reflected in county-wide vision, goals, budgets, strategic priorities, performance management, and resident-first approach. All Ramsey County leaders, department managers, supervisors, and staff are responsible for adopting and applying this policy to the core functions and essential services of each unit. Partnerships with community groups and representatives occur regularly, and progress reports and performance measurements on racial equity and community engagement advancements to the County Manager, Racial Equity Leadership Team, and the Service Team Leadership are required.

7.      Ramsey County is also committed to supporting all of its residents, regardless of immigration status, pursuant to the law. The County has not authorized participation by County staff in joint operations with U.S. Immigration and Customs Enforcement (ICE), given ICE privileged access to detainees in its ADC, or authorized the sharing of non-public data, except to the extent required by law, with ICE. Minnesota law, moreover, according to a February 6, 2025 Advisory Opinion from the Office of the Minnesota Attorney General, does not authorize local officials to hold or arrest someone based on an immigration detainer if the person would otherwise be released from custody. The Ramsey County Sheriff's Office, which administers the ADC, therefore will not hold individuals in custody when the only documentation for that individual to be held in custody is a DHS / ICE detainer (DHS Form I-247).

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Impacts of the Withholding of Federal Grant Awards - Overview**

8.      Ramsey County's total budget for FY 2025 is $848,554,948. Of that, approximately 28.4%, or $240,719,031, comes from intergovernmental revenue sources, including grants, and more than $139 million of that amount is federal revenue. Some federal funding is received directly from federal agencies, while other federal funds are received as pass-through awards from the State of Minnesota as a result of competitive applications. County departments also receive federal funding by formula. Formula funds are automatically calculated and awarded by congressional appropriation based on specific criteria. In FY 2025 federal revenue represents approximately 16.41% of the County's overall budget. The federal funding amounts listed in this declaration are, however, necessarily preliminary, and intentionally conservative.

**Impacts of the Withholding of Federal Grant Awards – HUD Continuum of Care**

9.      Ramsey County is a collaborative applicant and the lead agency for the Heading Home Ramsey Continuum of Care (CoC), which receives over $8 million in U.S. Department of Housing and Urban Development (HUD) funding per grant cycle to assist those experiencing or at risk of experiencing homelessness. Ramsey County itself received $609,495 in direct HUD CoC funding during the last cycle, while applying for the $7.6 million in HUD funding received by its partners in the CoC. Heading Home Ramsey is responsible for the long-term strategic planning and ongoing work to reduce and end homelessness in Ramsey County, and its responsibilities include:

    a.      Continuum of Care operation, planning and monitoring;

    b.      Submission of a collaborative application for CoC program funding;

    c.      Designation of a Homeless Management Information System; and

DECLARATION OF ALEXANDRA KOTZE - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

d.      Operation of a Coordinated Entry system.

10.     HUD CoC funding for Ramsey County is already at risk. The County was previously awarded $438,075 for CoC planning activities, but the June 27, 2025 Grant Agreement provided by HUD to the County includes the terms and conditions at issue here, including those related to, *inter alia*, the promotion of "gender ideology," compliance with immigration restrictions and executive orders, and "facilitat[ing] the subsidization or promotion of illegal immigration." Exhibit A. None of these conditions appeared in prior CoC agreements.

11.     HUD CoC money is the primary funding source for CoC members attempting to address a growing unsheltered population in Ramsey County, and without it people experiencing homelessness would lose access to needed shelters, housing and services, including during dangerously cold winter weather, and any attempt by the County to compensate for such losses would mean that public funds would not be available for other, crucial public projects and services.

### **Impacts of the Withholding of Federal Grant Awards – Other HUD Funding**

12.     Ramsey County also receives over $2.5 million annually in other HUD funding, both directly and as a subrecipient, including for the Community Development Block Grant (CDBG), HOME Investments Partnership Act, and Pathways to Reducing Obstacles (PRO) Housing programs.

13.     The CDBG funds are spent in alignment with national objectives described in 24 CFR Part 570.  Ramsey County distributes this money through a competitive solicitation process and funds could be used for the rehabilitation of owner-occupied homes and manufactured homes owned by low-to-moderate income owners, the rehabilitation of affordable housing or other facilities that serve low-to-moderate income residents, and public services or public

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

improvements that serve low-to-moderate income persons or neighborhoods.

14.     HOME funds must meet the requirements of 24 CFR Part 70. Ramsey County distributes HOME funds through an annual competitive solicitation for predevelopment costs associated with new construction projects of affordable housing.

15.     Ramsey County is required by HUD to obtain approval for all projects/activities in an annual action plan. Recent activities include the owner-occupied rehabilitation deferred loan program and an owner-occupied critical repair program. Other funded projects include the rehabilitation of group homes for people with disabilities, and rehabilitation of homes that serve formerly-homeless residents. If HUD were to withhold funding from Ramsey County based on its inability to comply with the terms and conditions at issue here, all of these programs could be indefinitely delayed and/or terminated unless and until the County identified a new funding source.

**Impacts of the Withholding of Federal Grant Awards – HHS**

16.     Ramsey County receives funding from U.S. Department of Health and Human Services (HHS) in both direct and pass-through awards, totaling approximately $70,752,257 annually. These funds directly support Ramsey County residents in vital ways, including but not limited to: supporting families in staying safely together and avoiding deeper involvement with the child welfare system; providing comprehensive, coordinated, and evidence-based treatment for justice-involved and unsheltered community members with Substance Use Disorder and co-occurring mental health conditions; ensuring the County's public health department is prepared to respond to the health impacts of disasters, terrorism, and outbreaks; and providing wrap-around sexual health services to residents experiencing barriers to care including low-income families, justice-involved individuals, and people experiencing homelessness.

DECLARATION OF ALEXANDRA KOTZE - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

17.     The County, for example, is receiving approximately $3 million this fiscal year for its "Strong Foundations" program, as part of a 5-year grant, with annual renewals, running through 2027. Ramsey is a subrecipient of the funds, which originate with the Health Resources and Services Administration, an HHS agency, and then flow through the State of Minnesota. The grant funds pay for evidence-based home visits by nurses to approximately 383 families that improve the health of mothers and their young children, prevent child abuse and neglect, reduce crime and intimate partner violence, enhance positive parenting practices, promote children's development and readiness to participate in school, and connect families to community resources and supports.

18.     If Ramsey County were to lose this and other HHS funding, among other impacts, relatives and kin may be unable to care for children in need of out-of-home placement, resulting in more children being placed with non-relative foster providers and thus disrupting family connections, increasing trauma, and delaying permanency for children; and those with Opioid Use Disorder, who already have a high rate of overdose death, would lack crucial County programming and interventions.  HHS funding also pays for the Emergency Preparedness and Response Division within Saint Paul - Ramsey County Public Health – the only program in the county working to bolster preparedness and response capabilities for public health emergencies – as well as the only sexual health clinic in Ramsey County providing wrap-around sexual health, immunization, and harm reduction services.

**Impacts of the Withholding of Federal Grant Awards - DOT**

19.     Ramsey County receives funding from U.S. Department of Transportation (DOT) in both direct and pass-through awards, totaling approximately $51,700,000 in biennium funding, of which approximately $28,000,000 is already obligated and funds key projects within

DECLARATION OF ALEXANDRA KOTZE - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    Ramsey County's Public Works and Parks and Recreation Departments.

2        20.    Ramsey County Public Works is responsible for a 250-mile system of county

3    roads, including construction, repairs, maintenance and snow removal for the roads and more

4    than 140 bridges, 30,000 signs and more than 360 signal systems. The sources of the DOT-

5    awarded funds include Federal Regional Solicitation Funds through the Minnesota Metropolitan

6    Council, Federal Safety Funds through the Minnesota Metropolitan Council and the Minnesota

7    Department of Transportation, and the Federal Highway Infrastructure Program. These projects

8    entail road reconstruction, safety improvements, interchange improvements, and trail and transit

9    investments.

10       21.    Ramsey County Parks and Recreation Department is continually planning and

11   implementing construction projects to improve its parks and residents' way of life, and is a

12   current recipient of DOT funding for multi-use trail development. The Bruce Vento Regional

13   Trail Phases 1 and 2 will be paid for in part by over $5 million in funds awarded to Ramsey

14   County as a pass-through recipient from the Minnesota Metropolitan Council, which in turn

15   received Federal Regional Solicitation Funds and Federal Highway Infrastructure Program

16   funding.

17       22.    Any loss of DOT funding would result in project delays and potential

18   cancellations, decreased public safety for lack of pedestrian and vehicle safety improvements,

19   and loss of other public services in the event the County offset the funding cuts. At this time,

20   there are no other existing or proposed funding sources that would be capable of replacing a loss

21   in DOT funding of such consequence.

22       23.    In addition to the above-listed program-specific consequences of potential

23   funding cuts based on the terms and conditions at issue, Ramsey County has also been forced to

DECLARATION OF ALEXANDRA KOTZE - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

spend considerable resources and staff time assessing the risks posed by the new terms and conditions – both for already awarded and upcoming federal funding opportunities – tracking new developments related to the implementation of and litigation surrounding them, and managing and coordinating internal and external stakeholders, communications, and responses related to the new terms and conditions.

24.    The implementation of these terms and conditions, and the surrounding uncertainty, has also hamstrung the County's budgeting and financial planning processes. Even if, in response to a denial of federal funds based on these terms and conditions, the County is able to identify alternative funding sources, this would likely mean robbing Peter to pay Paul – such that public funds would not be available for other, crucial projects and services. If federal funding is terminated or suspended, the County simply does not have other revenue streams available to backfill the resulting gaps in its budget. Reflecting the significant needs of its communities and the services provided to them, Ramsey County's property tax rates are already well above the national average.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _7th_ day of July, 2025.


Alexandra Kotze (Jul 7, 2025 14:46 CDT)

ALEXANDRA KOTZE

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



**U.S. Department of Housing and Urban Development**
**Office of Community Planning and Development**
**Paul D. Wellstone Federal Building**
**212 Third Avenue South**
**Suite 150**
**Minneapolis, MN 55401**

**Grant Number: MN0597L5K012400**
**Recipient's Name: Ramsey County**
**Tax ID Number: 41-6005875**
**Unique Entity Identifier [SAM]: S5C3Q2AJXM83**
**Federal Award Date: June 27, 2025**

### CONTINUUM OF CARE PROGRAM (Assistance Listing# 14.267)
### GRANT AGREEMENT

This Grant Agreement ("this Agreement") is made by and between the United States Department of Housing and Urban Development ("HUD") and Ramsey County (the "Recipient").

This Agreement, the Recipient's use of funds provided under this Agreement (the "Grant" or "Grant Funds"), and the Recipient's operation of projects assisted with Grant Funds are governed by

1. The Consolidated Appropriations Act, 2024 (Public Law 118-42, approved March 9, 2024);

2. title IV of the McKinney-Vento Homeless Assistance Act 42 U.S.C. 11301 et seq. (the "Act");

3. the Continuum of Care Program rule at 24 CFR part 578 (the "Rule"), as amended from time to time;

4. the Notice of Funding Opportunity for FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program (NOFO) except for references in the NOFO to Executive Orders that have since been repealed;

5. all current Executive Orders; and

6. the Recipient's application submissions on the basis of which these Grant Funds were approved by HUD, including the certifications, assurances, technical submission documents, and any information or documentation required to meet any grant award condition (collectively, the "Application").

The Application is incorporated herein as part of this Agreement, except that only the project (those projects) listed below are funded by this Agreement. In the event of any conflict between any application provision and any provision contained in this Agreement, this Agreement shall control. Capitalized terms that are not defined in this agreement shall have the meanings given in the Rule.

HUD's total funding obligation authorized by this grant agreement is $438,075, allocated between the project(s) listed below (each identified by a separate grant number) and, within those projects, between budget line items, as shown below. The Grant Funds an individual project will receive are as shown in the Application on the final HUD-approved Summary Budget for the project. Recipient shall use the Grant Funds provided for the projects listed below, during the budget period(s) period stated below.

| Grant No. (FAIN) | Grant Term | Performance Period | Budget Period | Total Amount |
|---|---|---|---|---|
| MN0597L5K012400 | 12 Months | 11-01-2026 - 10-31-2027 | 11-01-2026 - 10-31-2027 | $438,075 |

allocated between budget line items as follows:

a.  Continuum of Care Planning Activities                       $438,075

b.  Acquisition                                                          $0

c.  Rehabilitation                                                      $0

d.  New construction                                                    $0

e.  Leasing                                                             $0

f.  Rental assistance                                                   $0

g.  Supportive services                                                 $0

h.  Operating costs                                                     $0

i.  Homeless Management Information System                              $0

j.  Administrative costs                                                $0

k.  Relocation costs                                                    $0

l.  VAWA Costs                                                          $0

m. Rural Costs                                                          $0

n.  HPC homelessness prevention activities:
      Housing relocation and stabilization services             $0
      Short-term and medium-term rental assistance              $0

Pre-award Costs for Continuum of Care Planning

The Recipient may, at its own risk, incur pre-award costs for continuum of care planning awards, after the date of the HUD selection notice and prior to the effective date of this Agreement, if such costs: a) are consistent with 2 CFR 200.458; and b) would be allowable as a post-award cost; and c) do not exceed 10 percent of the total funds obligated to this award. The incurrence of pre-award costs in anticipation of an award imposes no obligation on HUD either to make the award, or to increase the amount of the approved budget, if the award is made for less than the amount anticipated and is inadequate to cover the pre-award costs incurred.

These provisions apply to all Recipients:

The Recipient:

(1) shall not use grant funds to promote "gender ideology," as defined in E.O. 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government;

(2) agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code;

(3) certifies that it does not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964;

(4) shall not use any Grant Funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment; and

(5) Notwithstanding anything in the NOFO or Application, this Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or NOFO requirements implementing Executive Orders that have been revoked.


The recipient must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Center for Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

No state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation.

Subject to the exceptions provided by PRWORA, the recipient must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

HUD will not enforce provisions of the Grant Agreement to the extent that they require the project to use a housing first program model.

As stated in Section III.A.2 of the NOFO, Faith-based organizations may be recipients or subrecipients for funds under this agreement on the same basis as any other organization. Recipients may not, in the selection of subrecipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

If any new projects funded under this Agreement are for project-based rental assistance for a term of fifteen (15) years, the funding provided under this Agreement is for the performance period stated herein only. Additional funding is subject to the availability of annual appropriations.

The budget period and performance period of renewal projects funded by this Agreement will begin immediately at the end of the budget period and performance period of the grant being renewed. Eligible costs incurred between the end of Recipient's budget period and performance period under the grant being renewed and the date this Agreement is executed by both parties may be reimbursed with Grants Funds from this Agreement. No Grant Funds for renewal projects may be drawn down by Recipient before the end date of the project's budget period and performance period under the grant that has been renewed.

For any transition project funded under this Agreement the budget period and performance period of the transition project(s) will begin immediately at the end of the Recipient's final operating year under the grant being transitioned. Eligible costs, as defined by the Act and the Rule, incurred between the end of Recipient's final operating year under the grant being transitioned and the execution of this Agreement may be paid with funds from the first operating year of this Agreement.

HUD designations of Continuums of Care as High-performing Communities (HPCS) are published on HUD.gov in the appropriate Fiscal Years' CoC Program Competition Funding Availability page. Notwithstanding anything to the contrary in the Application or this Agreement, Recipient may only use grant funds for HPC Homelessness Prevention Activities if the Continuum that designated the Recipient to apply for the grant was designated an HPC for the applicable fiscal year.

The Recipient must use the Grant Funds only for costs (including indirect costs) that meet the applicable requirements in 2 CFR part 200 (including appendices), as may be amended from time to time. The Recipient's indirect cost rate information is as provided in Addendum #1 to this Agreement. The Recipient must immediately notify HUD upon any change in the Recipient's indirect cost rate, so that HUD can amend the Agreement to reflect the change if necessary.

HUD notifications to the Recipient shall be to the address of the Recipient as stated in the Recipient's applicant profile in e-snaps. Recipient notifications to HUD shall be to the HUD Field Office executing the Agreement. No right, benefit, or advantage of the Recipient hereunder may be assigned without prior written approval of HUD.

The Recipient must comply with the applicable requirements in 2 CFR part 200, as may be amended from time to time.

Build America, Buy America Act. The Grantee must comply with the requirements of the Build America, Buy America (BABA) Act, 41 USC 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Pursuant to HUD's Notice, "Public Interest Phased Implementation Waiver for FY 2022 and 2023 of Build America, Buy America Provisions as Applied to Recipients of HUD Federal Financial Assistance" (88 FR 17001), any funds obligated by HUD on or after the applicable listed effective dates, are subject to BABA requirements, unless excepted by a waiver.

Waste, Fraud, Abuse, and Whistleblower Protections. Any person who becomes aware of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). HUD OIG is available to receive allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form. You must comply with 41 U.S.C. § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, grantee, and subgrantee—as well as a personal services contractor—who make a protected disclosure about a Federal grant or contract cannot be discharged, demoted, or otherwise discriminated against as long as they reasonably believe the information they disclose is evidence of:
1. Gross mismanagement of a Federal contract or grant;
2. Waste of Federal funds;
3. Abuse of authority relating to a Federal contract or grant;
4. Substantial and specific danger to public health and safety; or
5. Violations of law, rule, or regulation related to a Federal contract or grant.

HUD may terminate all or a portion of the Grant in accordance with the Act, the Rule and 2 CFR 200.340. The Agreement constitutes the entire agreement between the parties and may be amended only in writing executed by HUD and the Recipient.

By signing below, Recipients that are states and units of local government certify that they are following a current HUD approved CHAS (Consolidated Plan).

This agreement is hereby executed on behalf of the parties as follows:

**UNITED STATES OF AMERICA,**
**Secretary of Housing and Urban Development**

By:

(Signature)

Matthew LaMantia, Acting Director
(Typed Name and Title)

June 27, 2025
(Date)


**RECIPIENT**

Ramsey County
(Name of Organization)

By:


(Signature of Authorized Official)


(Typed Name and Title of Authorized Official)


(Date)

Addendum #1

OMB Number. 2501-0044
Expiration Date: 2/28/2027

| **Indirect Cost Information for Award Applicant/Recipient** |
|---|
| 1. Federal Program/Assistance Listing Program Title:<br>CONTINUUM OF CARE PROGRAM/Assistance Listing# 14.267 |
| 2. Legal Name of Applicant/Recipient: Ramsey County |
| 3. Indirect Cost Rate Information for the Applicant/Recipient:<br>Please check the box that applies to the Applicant/Recipient and complete the table only as provided by the instructions accompanying this form.<br>☐     The Applicant/Recipient will not charge indirect costs using an indirect cost rate.<br>☐     The Applicant/Recipient will calculate and charge indirect costs under the award by applying a de minimis rate as provided by 2 CFR 200.414(f), as may be amended from time to time.<br>☐     The Applicant/Recipient will calculate and charge indirect costs under the award using the indirect cost rate(s) in the table below, and each rate in this table is included in an indirect cost rate proposal developed in accordance with the applicable appendix to 2 CFR part 200 and, if required, has been approved by the cognizant agency for indirect costs. |

| Agency/department/<br>major function | Indirect cost rate | Type of Direct Cost Base | Type of Rate |
|---|---|---|---|
|  |  |  |  |

| 4. Submission Type (check only one):<br>☒ Initial submission    ☐ Update | 5. Effective date(s): |
|---|---|

| 6. Certification of Authorized Representative for the Applicant/Recipient:<br>**Under penalty of perjury, I certify on behalf of the Applicant/Recipient that<br>(1) all information provided on this form is true, complete, and accurate, and<br>(2) the Applicant/Recipient will provide HUD with an update to this form immediately upon learning of any change in the information provided on this form, and<br>(3)  I am authorized to speak for the Applicant/Recipient regarding all information provided on this form.<br><br>Signature: _____<br><br>Date: _____<br><br>Name:<br><br>Title: |
|---|

**Warning: Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties (18 U.S.C §§ 287, 1001, 1010, 1012, 1014; 31 U.S.C. § 3729, 3802; 24 CFR § 28.10(b)(iii)).

Public Reporting Burden Statement: This collection of information is estimated to average 0.25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of the requested information. Comments regarding the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to: U.S. Department of Housing and Urban Development, Office of the Chief Data Officer, R, 451 7th St SW, Room 8210, Washington, DC 20410-5000. Do not send completed forms to this address. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid OMB control number. This agency is authorized to collect this information under Section 102 of the Department of Housing and Urban Development Reform Act of 1989. The information you provide will enable HUD to carry out its responsibilities under this Act and ensure greater accountability and integrity in the provision of certain types of assistance administered by HUD. This information is required to obtain the benefit sought in the grant program. Failure to provide any required information may delay the processing of your application and may result in sanctions and penalties including of the administrative and civil money penalties specified under 24 CFR §4.38. This information will not be held confidential and may be made available to the public in accordance with the Freedom of Information Act (5 U.S.C. §552). The information contained on the form is not retrieved by a personal identifier, therefore it does not meet the threshold for a Privacy Act Statement.

OMB Number. 2501-0044
Expiration Date: 2/28/2027

**Instructions for Completing the Indirect Cost Information for the Award Applicant/Recipient**

| Number | Item | Instructions |
|--------|------|-------------|
| 1 | Federal Program/ Assistance Listing Program Title | Enter the title of the program as listed in the applicable funding announcement or notice of funding availability. |
| 2 | Legal Name of Applicant/ Recipient | Enter the legal name of the entity that will serve as the recipient of the award from HUD. |
| 3 | Indirect Cost Rate Information for the Applicant/ Recipient | Mark the one (and only one) checkbox that best reflects how the indirect costs of the Applicant/Recipient will be calculated and charged under the award. Do not include indirect cost rate information for subrecipients.<br><br>The table following the third checkbox must be completed only if that checkbox is checked. When listing a rate in the table, enter the percentage amount (for example, "15%"), the type of direct cost base to be used (for example, "MTDC"), and the type of rate ("predetermined," "final," "fixed," or "provisional").<br><br>If using the Simplified Allocation Method for indirect costs, enter the applicable indirect cost rate and type of direct cost base in the first row of the table.<br>If using the Multiple Allocation Base Method, enter each major function of the organization for which a rate was developed and will be used under the award, the indirect cost rate applicable to that major function, and the type of direct cost base to which the rate will be applied.<br><br>If the Applicant/Recipient is a government and more than one agency or department will carry out activities under the award, enter each agency or department that will carry out activities under the award, the indirect cost rate(s) for that agency or department, and the type of direct cost base to which each rate will be applied. |
| 4 | Submission Type | Check the appropriate box to identify whether this is the first submission of this form for the award or an update to a previous submission of this form for the award. |
| 5 | Effective date(s) | Enter the date(s) for which the information on this form applies. |
| 6 | Certification of Authorized Representative for the Applicant/ Recipient | An employee or officer of the Applicant/Recipient with the capacity and authority to make this certification for the Applicant/Recipient must make the certification by signing as provided. They must also provide the date of their signature, full name, and position title. |

1
2
3
4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

5
6
7
8
9
10
11
12
13
14

| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
|---|---|

15
16

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

17

DATED this 14th day of July, 2025.

18
19
20

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

21
22
23
24
25
26
27

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750