THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF SUZANNE WARREN |

I, SUZANNE WARREN declare as follows:

1. I, Suzanne P. Warren, declare that I am a resident of the State of New York. I have personal knowledge of the facts set forth in this declaration.

2. I am the City of Rochester's Office of Management and Budget Director. My primary responsibility is to manage the preparation and administration of the City of Rochester ("City") operating and capital budgets, and to develop the City's long-range fiscal plans.

3. I have been Director for a year-and-a-half, prior to which I was Office of Management and Budget Assistant Director for 23 years. In that time, I have worked on 24 adopted budgets and a number of long-term financial planning efforts including the Rochester 2034 Initiative.

4. Each year, the process of adopting an annual budget requires several months. The

DECLARATION OF SUZANNE WARREN - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

recently adopted 2025-2026 fiscal year budget – which will begin on July 1, 2025 – calls for $680,455,000 in spending. The 2024-2025 budget, as amended through April of 2025, called for $707,533,900 in spending – the majority of that year-on-year decrease is due to American Rescue Plan Act ("ARPA") funds which will not recur. For the 2023-2024 year, the City of Rochester's total federal expenditures totaled $81,024,661 thus representing a significant proportion of the overall budget.

5. In any given fiscal year, federal dollars account for a significant portion of the money spent by the City of Rochester. By way of illustration, for the fiscal year 2023-2024 which ended June 30, 2024 – i.e. for grants that are either complete or are still in process – the City of Rochester spent $14,916,208 in U.S. Department of Housing and Urban Development grant money on programs such as Housing Opportunities for Persons with AIDS ("HOPWA") and Lead Hazard Reduction Demonstration.

6. For the fiscal year 2023-2024, the City of Rochester spent $596,896 in U.S. Department of Health and Human Services funds. Those dollars cover grants for pregnancy prevention and sexual risk avoidance.

7. Likewise, for the fiscal year 2023-2024, the City of Rochester spent $8,465,163 in U.S. Department of Transportation grant money. Of particular importance to the City's residents and visitors was the $52,828 Pedestrian Safety Program funds which the City of Rochester spent in that fiscal year.

8. The City of Rochester would be profoundly harmed by the loss of its federal funds, and the individuals most immediately affected – such as those receiving HOPWA assistance – would be among Rochester's most vulnerable residents. The reductions in public safety and general government functions that would occur if Rochester's federal funding were

DECLARATION OF SUZANNE WARREN - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

removed would be acute and City residents and visitors would consequently be at increased risk of serious harm.

9.      In my role as Office of Management and Budget Director, it is my responsibility to plan for the possible loss of federal funding, including the possibility of a sudden loss of federal funds midway through a fiscal year. The actual loss of federal funds would be a profound blow to the City of Rochester, but even the mere threat undermines the Mayor's efforts to promote public safety and welfare. The uncertainty alone makes my job substantially more difficult as I must now plan for the possible loss of some, if not all, federal funds. This is a nearly impossible task.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.

*[signature]*

SUZANNE WARREN

DECLARATION OF SUZANNE WARREN - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750