THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF MARCELA PIEDRA |

I, MARCELA PIEDRA declare as follows:

1. I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

1. I am the City Manager for the City of Rohnert Park ("Rohnert Park" or the "City"). I have held this position since January 2023. As City Manager, I am Rohnert Park's chief executive and am responsible for the proper and efficient management of all municipal activities.

2. I oversee Rohnert Park's planning and financial needs, as well as prepare and manage the City's budget, including the preparation and administration of Rohnert Park's Annual Comprehensive Financial Report ("ACFR") each June. We prepare the ACFR in conformity with accounting principles generally accepted in the United States of America. The ACFR is audited in accordance with generally accepted auditing standards by a firm of licensed

DECLARATION OF MARCELA PIEDRA - 1
No. 2:25-cv-00814-BJR
4905-4585-5571 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

certified public accountants. Over the course of two and half years as the City Manager, I have worked on three adopted budgets and multiple long-term financial planning documents.

2. Rohnert Park is a diverse city located in Sonoma County with a population of almost 44,390 residents (based on the 2020 Census).

3. Federal grants play a substantial role in funding Rohnert Park's public safety and infrastructure improvements. To date, direct and pass-through federal funding amounts to $4,305,725 of Rohnert Park's expenditures.

4. Rohnert Park has applied regularly for DOT funding through the Federal Highway Administration (FHWA). These federal grants are part of Rohnert Park's financial planning and budget, and provide funding for public safety and infrastructure improvements related to pedestrian and cyclist safety.

5. Rohnert Park applies for DOT grant funds each year after receiving DOT's Notice of Funding Opportunity (NOFO). In FY24, Rohnert Park received $3,425,000 in award grants passed through FHWA.

6. Additionally, Rohnert Park is currently applying for a DOT grant of $840,000 under the Safe Streets and Roads for All (SS4A) program for roadway safety. Rohnert Park has been a grant subrecipient of SS4A through the Sonoma County Transportation & Climate Authorities (SCTCA). While Rohnert Park has not received its grant agreements for FY25, based on historical practice, we expect to receive and execute the agreement. Indeed, Rohnert Park will need to execute the grant agreement promptly after we receive it to avoid disruptions related to public safety and traffic control.

7. I have reviewed FY25 agreements that other jurisdictions have received. They are consistent with each other and with the allegations in the Complaint in that they contain additional funding conditions that were not included in the NOFO. Specifically, the agreements appear to prohibit activities related to diversity, equity, and inclusion, promoting "gender ideology" and elective abortions, and policies promoting illegal immigration. None of these conditions exist in our current or prior agreements.

DECLARATION OF MARCELA PIEDRA - 2
No. 2:25-cv-00814-BJR
4905-4585-5571 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

8. The new conditions are vague and confusing, but from what I can discern, present significant challenges to Rohnert Park. First, regarding the prohibition on DEI activities, these conditions appear to be in conflict with the federal Fair Housing Act and state law, including California Government Code Section 8899.50 et seq. which impose duties to affirmatively further fair housing. These obligations mean Rohnert Park must take "meaningful actions that, taken together, address significant disparities in housing needs and in access to opportunity, replacing segregated living patterns with truly integrated and balanced living patterns, transforming racially and ethnically concentrated areas of poverty into areas of opportunity, and fostering and maintaining compliance with civil rights and fair housing laws." (Cal. Gov. Code § 8899.50(a)(1).)

9. The conditions are also vague as to what constitutes "promoting" illegal immigration, elective abortion, or "gender ideology," , and are inconsistent with local ordinances and policy that establishes the City's procedures regarding immigration status and enforcement of civil immigration laws. The "gender ideology" condition is similarly concerning; for example, if Rohnert Park's staff request and use a participant's preferred pronoun, if different than the pronoun for their sex assigned at birth, I would be concerned that that could be considered "promoting gender ideology," though not doing so or inquiring invasively into a participant's medical history could be discriminatory or abusive..

10. If Rohnert Park is, as we expect, asked to sign a grant agreement with these new conditions, we will be forced to agree to terms which are vague, confusing, and inconsistent with law, or lose access to more than $840,000 in funding for programs related to public safety.

11. In addition to SS4A, in August 2025, Rohnert Park will submit a funding application to SCTCA for funding under the One Bay Area Grant (OBAG) program (Cycle 2). In May 2012, the Metropolitan Transportation Commission (MTC) adopted the inaugural OBAG Program (Cycle) 1 to better integrate the region's federal transportation program with its Sustainable Communities Strategy (SCS). Pursuant to California Senate Bill 375, the SCS aligns regional transportation planning with land use and housing in order to meet state greenhouse gas

DECLARATION OF MARCELA PIEDRA - 3
No. 2:25-cv-00814-BJR
4905-4585-5571 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

reduction targets. The OBAG program established funding guidelines and policies to reward jurisdictions that accept housing allocations through the Regional Housing Need Allocation process and that have historically produced housing. It also promoted transportation investments in Priority Development Areas (PDAs), which are places near public transit planned for new homes, jobs and community amenities, created and planned by local governments, which nominate eligible areas to the Association of Bay Area Governments for adoption. In November 2015, MTC adopted the OBAG Cycle 2 framework, largely maintaining the same framework and policies as OBAG 1, with some refinements that attempted to address the region's growing challenge with the lack of housing and affordable housing, in particular.

12. In August 2025, Rohnert Park will submit a funding application to SCTCA for $21,100,000, funded in part by FHWA grants, for traffic safety and infrastructure improvements. If Rohnert Park is asked to sign an agreement with conditions prohibiting activities related to diversity, equity, and inclusion, promoting "gender ideology" and elective abortions, and policies promoting illegal immigration, it will be forced to agree to conditions which are vague, confusing, and inconsistent with law, or lose access to more than $21,100,000 in funding for programs related to public safety.

13. The threatened loss of federal funds creates significant uncertainty. For example, the City is relying on FHWA to fulfill its commitment to provide $3.35 million in already-awarded funds for the Highway 101 Bicycle and Pedestrian Overcrossing Project. This funding is essential to complete environmental clearance and design. Without the funding, the project, already years in the making, would be delayed indefinitely, and residents, particularly ones in vulnerable and underserved communities, would face prolonged exposure to hazardous road conditions. The uncertainty of continued funding disrupts Watsonville's fiscal planning, and jeopardizes jobs and vital programs.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF MARCELA PIEDRA - 4
No. 2:25-cv-00814-BJR
4905-4585-5571 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

EXECUTED this 8 day of July, 2025.

_____
MARCELA PIEDRA

DECLARATION OF MARCELA PIEDRA - 5
No. 2:25-cv-00814-BJR
4905-4585-5571 v1

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750