UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF ANDREW MURRELL** |

I, Andrew Murrell, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Chief Financial Officer ("CFO") of the San Francisco Department of Public Health ("SFDPH"). As CFO, I am responsible for all functions and activities of SFDPH's Finance Division. I direct and oversee all of SFDPH's financial activities. Before becoming CFO of SFDPH in June 2024, I served as the SFDPH Controller and was responsible for financial operations and providing technical direction for all accounting functions. I have more than 16 years of public sector financial management experience.

3. Based on SFDPH's records as of June 11, 2025, the Finance Division prepared the chart attached as **Exhibit A**, reflecting funding that SFDPH has recently received or receives directly or indirectly from the U.S. Department of Health and Human Services other than from the Centers for Medicare and Medicaid Services. The chart is a true and correct summary of the relevant information from SFDPH's records.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 8, 2025 at San Francisco, California.



ANDREW MURRELL

| Murrell Decl. | 1 | Case No. 2:25-cv-00814-BJR |

# EXHIBIT A

| City Department | Federal Funding Source (e.g., department) | Grant Name | Grant Number | Total Amount |
|---|---|---|---|---|
| DPH | HHS, CDC | Limiting Overdose through Collaborative Actions | 23NH28CE003537OPCE | $ 3,568,976.00 |
| DPH | HHS, CDC | Limiting Overdose through Collaborative Actions | 23NH28CE003537OPCE | $ 881,024.00 |
| DPH | HHS, CDC | Reducing Overdose through Community Approaches Mentorship Program | 2024-040103 | $ 98,999.00 |
| DPH | HHS, CDC | ASHS: Asylum Seeker Health Surveillance and Linkage to care | 24-38-90234-00 | $ 226,000.00 |
| DPH | HHS, CDC | ELC CARGOS | NU51CK000387 | $ 193,116.00 |
| DPH | HHS, CDC | ELC SHARP | HAI SHARP | $ 96,000.00 |
| DPH | HHS, Health Resources and Services Administration | California Home Visiting Program - Evidence-Based Home Visiting (EBHV) | CHVP SGF EBHV 24-38 | $ 889,845.51 |
| DPH | HHS, CDC | WFD: COVID-19 Public Health Crisis Response and the Public Health Workforce Development Supplemental Funding | WFD-038 | $ 1,557,822.00 |
| DPH | HHS, Health Resources and Services Administration | California Home Visiting Program - American Recovery Plan (ARP) | CHVP ARP 22- 38 | $ 96,643.50 |
| DPH | HHS, CDC | Immunization Cooperative Agreements | 6 NH23IP922612-02-02; 6 NH23IP922612-02-03; 6 NH23IP922612-02-04 | $ 6,482,613.00 |
| DPH | HHS, CDC | Childhood Lead Poisoning Prevention Program | 23-10277 | $ 368,980.00 |
| DPH | HHS, CDC | Medical Monitoring Project (MMP) | NU62PS924599 | $ 990,778.00 |
| DPH | HHS, CDC | State Physical Activity and Nutrition | 24-10419 | $ 176,000.00 |
| DPH | HHS, CDC | Medical Monitoring Project (MMP) | No grant number due to pending award | $ 643,882.00 |
| DPH | HHS, CDC | San Francisco Project INVEST (INnovations that Value Equity and Strengthen Teams) A1 & A2 Budget Y3 | NE11OE000071 | $ 3,188,423.00 |
| DPH | HHS, CDC | CRI: Cities Readiness Initiative | 22-10678 | $ 397,714.00 |
| DPH | HHS, CDC | HPP: Hospital Preparedness Program | 22-10678 | $ 436,486.00 |
| DPH | HHS, CDC | PHEP: Public Health Emergency Preparedness | 22-10678 | $ 748,644.09 |
| DPH | HHS, CDC | San Francisco Project INVEST (INnovations that Value Equity and Strengthen Teams) A1 & A2 Budget Y4 | NE11OE000071 | $ 2,318,969.00 |
| DPH | HHS, CDC | National HIV Behavioral Surveillance (NHBS) - San Francisco | NU62PS924778 | $ 530,000.00 |
| DPH | HHS, CDC | ELC Enhancing Detection Expansion (ELC 3) | COVID-19ELC96 | $ 28,952,934.00 |
| DPH | HHS, CDC | San Francisco STI Surveillance Network (SSuN) Project | NH25PS005262 | $ 160,000.00 |
| DPH | HHS, CDC | San Francisco STI Surveillance Network (SSuN) Project | NH25PS005262 | $ 160,000.00 |
| DPH | HHS, CDC | ELC Enhancing Detection (ELC ) | 6 NU50CK000539-01-10 | $ 6,540,700.00 |
| DPH | HHS, CDC | Capacity Building Assistance (CBA) for HIV Prevention Programs to End the HIV Epidemic in the United States Component D: Technical Assistance for High-Impact HIV Prevention Programs | NU65PS923771 | $ 929,187.00 |

| | | | | | |
|---|---|---|---|---|---|
| DPH | HHS, CDC | Capacity Building Assistance (CBA) for HIV Prevention Programs to End the HIV Epidemic in the United States Component D: Technical Assistance for High-Impact HIV Prevention Programs | NU65PS923771 | $ | 1,272,727.00 |
| DPH | HHS, CDC | Strengthening Environmental Health Capacity (EHC) to detect, prevent, and control environmental health hazards through data-driven, evidence-based approaches | NUE1EH001422 | $ | 102,369.00 |
| DPH | HHS, CDC | Integrated Viral Hepatitis Surveillance and Prevention Funding for Health Depts | NU51PS005152 | $ | 472,631.00 |
| DPH | HHS, CDC | Integrated Viral Hepatitis Surveillance and Prevention Funding for Health Depts | NU51PS005152 | $ | 175,000.00 |
| DPH | HHS, CDC | High-Impact HIV Prevention and Surveillance Programs | NU62PS924806, PS-24-0047 | $ | 5,701,459.00 |
| DPH | HHS, CDC | High-Impact HIV Prevention and Surveillance Programs | NU62PS924806, PS-24-0047 | $ | 7,119,753.00 |
| DPH | HHS, CDC | SHIPS (Support and Scale Up of HIV Prevention Services in Sexual Health Clinics) | NH25PS005243, PS-24-0003 | $ | 600,000.00 |
| DPH | HHS, CDC | SHIPS (Support and Scale Up of HIV Prevention Services in Sexual Health Clinics) | NH25PS005243, PS-24-0003 | $ | 600,000.00 |
| DPH | HHS, CDC | STD PCHD (Strengthening STD Prevention and Control for Health Departments) and PCHD DIS Supplement | NH25PS005141, PS10-1901 | $ | 9,062,871.00 |
| DPH | HHS, CDC | TB CoAg: San Francisco Tuberculosis Prevention and Control Program Tuberculosis Elimination and Laboratory Cooperative Agreement. | NU52PS910281, PS-25-0003 | $ | 516,016.00 |
| DPH | HHS, CDC | BRACE: Building Resistance Against Climate Effects | NUE1EH001455, EH21-2101 | $ | 376,748.00 |
| DPH | HHS, CDC | BRACE: Building Resistance Against Climate Effects | NUE1EH001455, EH21-2101 | $ | 300,000.00 |
| DPH | HHS, CDC | Covid Disparities: National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities | NH75OT000050, OT21-2103 | $ | 4,669,859.00 |
| DPH | HHS, CDC | Strategic Use of Surveillance and Epidemiology to Support HIV Epidemic Control in Kenya under the President's Emergency Plan for AIDS Relief (PEPFAR) | NU2GGH002266 | $ | 17,148.00 |
| DPH | HHS, Health Resources and Services Administration | Ryan White Title IV Women, Infants, Children, Youth, and Affected Family Members AIDS Healthcare | 13788SC | $ | 93,162.18 |
| DPH | HHS, Health Resources and Services Administration | Ryan White Title IV Women, Infants, Children, Youth, and Affected Family Members AIDS Healthcare | 13788SC | $ | 93,392.00 |

| | | | | | |
|---|---|---|---|---|---|
| DPH | HHS, Administration for Children and Families, Office of Refugee Resettlement (ORR) | RHAP: Refugee Health Assessment Program | 24-38-90899-00 | $ | 265,619.00 |
| DPH | HHS, Administration for Children and Families, Office of Refugee Resettlement (ORR) | RHPP: Refugee Health Promotion Program | 24-38-52801 | $ | 50,000.00 |
| DPH | HHS- Office of the Assistant Secretary for Preparedness and Response (ASPR) | CA Health Foundation Trust | U3REP200652-01-00 | $ | 39,873.17 |
| DPH | HHS, Health Resources and Services Administration | MCAH Block Grant | 202438 | $ | 3,475,330.18 |
| DPH | HHS, Health Resources and Services Administration | California Home Visiting Program - Maternal, Infant, and Early Childhood Home Visiting (MIECHV) | CHVP 24-38 | $ | 2,825,733.71 |
| DPH | HHS, Health Resources and Services Administration | California Home Visiting Program - Innovation | CHVP SGF INNV 24-38 | $ | 3,860,702.84 |
| DPH | HHS, Health Resources and Services Administration | CHILDREN AND YOUTH WITH SPECIAL HEALTH CARE NEEDS | 21-10791 | $ | 395,500.00 |
| DPH | HHS, Health Resources and Services Administration | HIV Emergency Relief Project Grants | 24H89HA00006 | $ | 16,221,740.00 |
| DPH | HHS, Health Resources and Services Administration | HIV Emergency Relief Project Grants | 25H89HA00006 | $ | 2,656,187.00 |
| DPH | HHS, Health Resources and Services Administration | Ending the HIV Epidemic: A Plan for America -- Ryan White HIV/AIDS Program Parts A and B | 20UT8HA33951 | $ | 3,869,885.00 |
| DPH | HHS, Health Resources and Services Administration | Ending the HIV Epidemic: A Plan for America -- Ryan White HIV/AIDS Program Parts A and B | 25UT8HA33951 | $ | 1,076,917.00 |
| DPH | HHS, Health Resources and Services Administration | Community Project Funding/Congressionally Directed Spending - Construction | 24CE1HS53671 | $ | 1,000,000.00 |
| DPH | HHS, Health Resources and Services Administration | HIV Care Program | 23-10980 | $ | 3,149,750.00 |
| DPH | HHS, Health Resources and Services Administration | HIV Care Program | 23-10980 | $ | 3,149,750.00 |

| | | | | | |
|---|---|---|---|---|---:|
| DPH | HHS, Health Resources and Services Administration | Ryan White Part C Outpatient EIS Program | 22H76HA24739 | $ | 298,137.00 |
| DPH | HHS, Health Resources and Services Administration | Ryan White Part C Outpatient EIS Program | 25H76HA24739 | $ | 69,519.00 |
| DPH | HHS, Health Resources and Services Administration | Healthcare for the Homeless | H80CS0049 | $ | 1,094,763.00 |
| DPH | HHS, Health Resources and Services Administration | Ryan White Part C - Larkin Street Center | H76HA00163 | $ | 66,530.00 |
| DPH | HHS, Health Resources and Services Administration | Ryan White Part C - Tom Waddell Clinic | H76HA00163 | $ | 81,250.00 |
| DPH | HHS, Health Resources and Services Administration | Healthcare for the Homeless | N/A | $ | 1,094,763.00 |
| DPH | HHS, Health Resources and Services Administration | Ryan White Part C - Larkin Street Center | H76HA00163 | $ | 66,530.00 |
| DPH | HHS, Health Resources and Services Administration | Ryan White Part C - Wom Waddell Clinic | H76HA00163 | $ | 81,250.00 |
| DPH | HHS, Health Resources and Services Administration | Community Project Funding/Congressionally Directed Spending - Construction | 1 CE1HS53671-01-00 | $ | 1,000,000.00 |
| DPH | HHS, Health Resources and Services Administration | Black Infant Health (BIH) Program | 202438 | $ | 1,817,377.07 |
| DPH | HHS, NIH | UCSF-Bay Area Center for AIDS Research | 13793sc | $ | 15,441.00 |
| DPH | HHS, NIH | Mid-Career Award in Patient-Oriented Substance Use Research | K24DA042720 | $ | 199,597.00 |
| DPH | HHS, NIH | Mid-Career Award in Patient-Oriented Substance Use Research | K24DA042720 | $ | 209,257.00 |
| DPH | HHS, NIH | Brief Longitudinal Incident Sentinel Surveillance (BLISS) (PD178-25) | R01AI169635 | $ | 235,470.00 |
| DPH | HHS, NIH | Evaluation of doxycycline post-exposure prophylaxis to reduce STIs in PrEP users and HIV-infected MSM | R01AI143439 | $ | 57,828.00 |
| DPH | HHS, NIH | PRIME: PrEP Intervention for people who Inject MEthamphetamine | R01DA051850 | $ | 81,998.00 |
| DPH | HHS, NIH | International Traineeships in AIDS Prevention Studies (ITAPS) | R25MH123256 | $ | 8,187.00 |

| | | | | | |
|---|---|---|---|---|---:|
| DPH | HHS, NIH | Biomedical Prevention – Brazil (San Francisco-Rio de Janeiro collaborative research on HIV prevalence, risk, and biomedical prevention interventions among young men who have sex with men) | R01AI149627 | $ | 74,653.00 |
| DPH | HHS, NIH | SHINE: Strong: Building The pipeline of HIV behavioral scientists with expertise in trans pop health | R25MH119858 | $ | 55,512.00 |
| DPH | HHS, NIH | One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States | DP2AI164315 | $ | 6,673.00 |
| DPH | HHS, NIH | Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach Populations: The H2R Training Program | R25MH129290 | $ | 30,085.00 |
| DPH | HHS, NIH | Western States Node of the National Drug Abuse Treatment Clinical Trials Network | UG1DA015815 | $ | 29,641.00 |
| DPH | HHS, NIH | NIDA Clinical Trials Network: Big South/West Node | UG1DA020024 | $ | 40,294.00 |
| DPH | HHS, NIH | Staged Low Barrier and Mobile Care to Improve Retention and Viral Suppression in Hard to Reach Vulnerable People Living with HIV | R01AI169667 | $ | 7,065.00 |
| DPH | HHS, NIH | Methamphetamine Injection, Associated Health Risk, and Causes of Overdose Deaths | 1R01DA056449 | $ | 33,621.00 |
| DPH | HHS, NIH | Tailoring Delivery of LongActing PrEP for Cisgender (MSM) Who Use Methamphetamine | R21DA058575 | $ | 23,393.00 |
| DPH | HHS, NIH | CTU: San Francisco Bay Clinical Trials Unit | UM1AI069496 | $ | 144,228.00 |
| DPH | HHS, NIH | HVTN: HIV Vaccines Clinical Trials Network Leadership and Operations Center | UM1AI068614 | $ | 110,057.00 |
| DPH | HHS, NIH | HPTN Leadership | UM1AI068619 | $ | 17,896.00 |
| DPH | HHS, NIH | ATN (Adolescent Medicine Trials Network for HIV/AIDS Interventions) Scientific Leadership Center | UM2HD111102 | $ | 124,590.00 |
| DPH | HHS, NIH | Statistical Methods for Advancing HIV Prevention | R01AI77078 | $ | 35,965.00 |
| DPH | HHS, NIH | HPTN: HIV Prevention Trials Network | UM1AI068619 | $ | 48,915.00 |
| DPH | HHS, NIH | AMBER SOW - SFDPH | 1R01AI54549 | $ | 8,114.00 |
| DPH | HHS, NIH | Tailoring Delivery of LongActing PrEP for Cisgender (MSM) who UseMethamphetamine | R21DA058575 | $ | 23,804.00 |
| DPH | HHS, NIH | CAPS: Center for AIDS Pevention Studies | P30MH062246 | $ | 17,983.00 |

| | | | | | |
|---|---|---|---|---|---|
| DPH | HHS, NIH | The Doxy Pep Impact Study: a multi city US longitundinal cohort to evaluate doxy-Pep field effectiveness, investigate associated antimicrobial resistance, and establish doxy- PEP to need ratios | R01Al181732 | $ | 80,124.00 |
| DPH | HHS, NIH | UCSF-Bay Area Center for AIDS Research | P30AI027763 | $ | 15,143.00 |
| DPH | HHS, NIH | ATN (Adolescent Medicine Trials Network for HIV/AIDS Interventions) Operations and Collaborations Center | UM2HD111076 | $ | 71,928.00 |
| DPH | HHS, NIH | The Bridge Clinic: Optimizing Injectable PrEP Delivery for Transgender and Non-Binary People | R01MH132488 | $ | 88,930.00 |
| DPH | HHS, NIH | MyPrEP Plus: Development and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women | R34MH132405 | $ | 177,860.00 |
| DPH | HHS, NIH | Rehabilitation in Safety-Net Environments ( RISE) for COPD | 5R01HLT161049-03 | $ | 322,492.00 |
| DPH | HHS, NIH | (ACCELERATE) Alliance for Country-led Control of the HIV Epidemic by Leveraging Efficient Resource Allocation To achieve Equity | NU2GGH002514 | $ | 7,500.00 |
| DPH | HHS, NIH | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Operations and Collaborations Center (Happy) | UM2HD111076 | $ | 41,214.00 |
| DPH | HHS, NIH | CTN: Western States Node of the National Drug Abuse Treatment Clinical Trials Network Infrastructure Competing Renewal | UG1DA015815 | $ | 19,161.00 |
| DPH | HHS, Office of Population Affairs | Title X Family Planning | 380-5320-2456-200-22.3-24-25 | $ | 120,000.00 |
| DPH | HHS, Substance Abuse and Mental Health Services Administration | SUBG Substance Use Prevention, Treatment, and Recovery Services Block Grant | No grant number assigned by pass through entity | $ | 8,913,363.00 |
| DPH | HHS, Substance Abuse and Mental Health Services Administration | MHBG Community Mental Health Services Block Grant | No grant number assigned by pass through entity | $ | 4,579,474.00 |
| DPH | HHS, Substance Abuse and Mental Health Services Administration | SUBG-ARPA Substance Use Prevention, Treatment, and Recovery Services Block Grant - American Rescue Plan Act | Letter dated 11/15/21 | $ | 1,574,978.00 |
| DPH | HHS, Substance Abuse and Mental Health Services Administration | MHBG-ARPA Community Mental Health Services Block Grant - American Rescue Plan Act | No grant number assigned by pass through entity | $ | 1,102,165.00 |
| DPH | HHS, Substance Abuse and Mental Health Services Administration | SAMHSA TMBH | 6H79FG001130 | $ | 923,865.00 |

| | | | | | |
|---|---|---|---|---|---|
| DPH | HHS, Substance Abuse and Mental Health Services Administration | Building City-Wide Capacity for Community and Traditional First Responders in Overdose Response | 23TI86358A | $ | 705,046.00 |
| DPH | HHS, NIH | Master Protocol for Evaluating Multiple Infection Diagnostics for Ciprofloxacin-Resistant Neisseria gonorrhoeae | 5UM1AI104681-12 | $ | 55,000.00 |
| DPH | HHS, Substance Abuse and Mental Health Services Administration | Building City-Wide Capacity for Community and Traditional First Responders in Overdose Response | 23TI86358A | $ | 287,777.00 |
| DPH | HHS, Substance Abuse and Mental Health Services Administration | Project JUNO Community (JUstice-iNvolved Opioid use disorder treatment engagement in Community); Jail Health UCSF Research (Years 1-5) | 1H79TI084269-01; 5H79TI084269-02 | $ | 56,378.00 |
| DPH | HHS, Substance Abuse and Mental Health Services Administration | Crisis Mobile Unit Program (CCMU) | 7460-CA Moble Crisis-San Francisco-01 | $ | 17,500.00 |

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

> */s/ Gabriela DeGregorio*
> Gabriela DeGregorio
> Litigation Assistant
> Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750