Docusign Envelope ID: 8F01D019-A99F-4485-A219-96DF9F7E83B6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

    Plaintiffs,

vs.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

    Defendants.

Case No. 2:25-cv-00814-BJR

**DECLARATION OF BETH NEARY**

I, Beth Neary, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Assistant Director of HIV Health Services ("HHS") at the San Francisco Department of Public Health ("SFDPH"). HHS administers for the City and County of San Francisco ("San Francisco") funds received by San Francisco Community Clinic Consortium from the Healthcare for the Homeless federal grant. Before becoming the Assistant Director of HHS overall, I was the HHS staff member principally responsible for the Healthcare for the Homeless grant.

3. San Francisco receives funds from the Healthcare for the Homeless grant indirectly as a sub-recipient from the federal Department of Health and Human Services Health Resources and Services Administration ("HRSA") via the San Francisco Community Clinic Consortium ("SFCCC"). SFCCC receives approximately $8 million per year under this grant and distributes approximately $1.25 million of that funding to San Francisco. This $1.25 million funding stream supports a portion of San Francisco's services to people experiencing homelessness as broadly defined by HRSA.

4. The Healthcare for the Homeless funding supports, as examples, social work personnel, medical staff at the Castro-Mission Health Center, and dental staff at Maria X Martinez Health Resource Center.

5. More broadly, San Francisco has more than 30 sites where people experiencing homelessness can receive care, including care in many different settings and neighborhoods, regardless of insurance status.

6. San Francisco is currently serving approximately 9,000 patients who fit HRSA's definition of experiencing homelessness.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 8, 2025 at Santa Rosa, California.

*Beth Neary*

BETH NEARY

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750