UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

    Plaintiffs,

vs.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

    Defendants.

Case No. 2:25-cv-00814-BJR

**DECLARATION OF DANIEL ADAMS**

I, Daniel Adams, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Director of the San Francisco Mayor's Office of Housing and Community Development ("MOHCD"). MOHCD works to support San Francisco residents with affordable housing opportunities and essential services to build strong communities. As the Director, I lead and oversee the operations of MOHCD, ensuring that it effectively serves San Francisco and aligns with City's goals for housing and community development.

3. MOHCD is the lead agency for the application and recipient of four U.S. Department of Housing and Urban Development ("HUD") entitlement grant programs: the Community Development Block Grant (CDBG) program; the HOME Investment Partnerships program (HOME); the Housing Opportunities for Persons With AIDS (HOPWA) program; and the Emergency Solutions Grant (ESG) program.

4. MOHCD coordinates with San Francisco's Office of Economic and Workforce Development ("OEWD") and Department of Homelessness and Supportive Housing ("HSH") in allocating CDBG and ESG funds, respectively, for critical social services; in addition, MOHCD serves as the lead agency for the HOPWA program for the San Francisco Eligible Metropolitan Statistical Area, which consists of San Francisco County and San Mateo County.

5. Each year, San Francisco's entitlement funding amounts are determined by HUD's allocation formulas specific to the goals for each program: (a) the CDBG formula uses factors such as population growth lag, people living below poverty level, and age of housing units; (b) the HOME program uses rental housing needs; (c) the HOPWA program uses HIV/AIDS data in the county jurisdictions; and (d) the ESG program uses homelessness data.

6. MOHCD depends heavily on these four programs to expand affordable housing opportunities, provide services to maintain housing stability and reduce displacement, and promote community safety and vitality through improved service coordination and accessibility. In 2023-2024, more than 23,000 low- and moderate-income individuals received CDBG-funded services; more than 3,000 individuals received ESG-funded services, and more than 2,100 households received HOPWA-funded housing assistance in San Francisco and San Mateo.

7. Specifically, MOHCD and OEWD uses CDBG funds to acquire and rehabilitate affordable housing, provide essential services, and assist small businesses and microenterprises. MOHCD uses HOME funds for new construction of affordable housing. HOPWA funds provide housing assistance and support services to low-income individuals living with HIV/AIDS in San Francisco and San Mateo Counties. Finally, HSH uses ESG funds to provide shelter and essential services to homeless individuals and families, and homelessness prevention services to persons and families at risk of homelessness. Currently, MOHCD has $183 million in active funding allocations from HUD under these four programs, with more than $46 million not yet received from HUD.

8. To access CDBG, HOME, HOPWA and ESG entitlement funding, HUD's Office of Community Planning and Development ("CPD") requires San Francisco to submit a Consolidated Plan every five years, and an Action Plan annually. Together, these documents detail San Francisco's plan to deploy the HUD entitlement funding. As part of each annual Action Plan, San Francisco must submit required certifications, including the SF-424 and HUD-424-B for each grant program.

9. San Francisco's 2025-2029 Consolidated Plan and 2025-2026 Action Plan is due by no later than August 16, 2025.

10. San Francisco relies on the stability of these entitlement funding streams from year to year. For the upcoming 2025-2026 program year, 65 projects are relying on CDBG funds, seven

projects are relying on ESG funds, and seven projects are relying on HOPWA funds to provide continuing direct services to low-income residents. In addition, three projects are relying on HOME funds for the development of new affordable housing units.

11. San Francisco is already under tremendous budgetary pressure and MOHCD has no ability to make up the loss of this funding. The City has already reduced its budget for community grants by $171 million for the Fiscal Years 2025-2027. The loss of HUD entitlement funding would severely impair MOHCD's ability to deliver timely and effective services and to create and preserve affordable housing and ameliorate the risk of San Franciscans falling into homelessness, a major concern in the Bay Area.

12. I have further reviewed HUD CPD's June 5, 2025 letter to the Council of State Community Development Agencies and the National Community Development Association. Based on that letter, I anticipate the listed grant conditions to be incorporated into the CDBG, HOME, HOPWA, and ESG grant agreements that MOHCD expects to receive after the Consolidated Plan and Action Plan are submitted to HUD.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 7, 2025 at San Francisco, California.

DANIEL ADAMS

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750