UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

    Plaintiffs,

    vs.

SCOTT TURNER in his official capacity as
Secretary of the U.S. Department of Housing and
Urban Development, et al.,

    Defendants.

Case No. 2:25-cv-00814-BJR

**DECLARATION OF EDUARDO SIDA**

I, Eduardo Sida, declare as follows:

1.    I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2.    I am the Director of the Administration, Policy, & Performance Branch at the San Francisco Department of Public Health ("SFDPH"). My responsibilities include the oversight of grant awards to the SFDPH Population Health Division ("PHD"), which provides core public health services for people in the City and County of San Francisco, including epidemiology and surveillance, health promotion, disease and injury prevention, and disaster preparedness and response.

3.    SFDPH PHD is the subrecipient of numerous grants from the U.S. Department of Health and Human Services, National Institutes of Health ("NIH"). Since the beginning of the current federal Administration, NIH has terminated 12 of 35 grants awarded to SFDPH PHD.

4.    As a result of ongoing litigation, NIH is expected to reinstate all of the terminated grants, and has reinstated three already.

5.    Despite the pre-existing nature of these grants, NIH has reinstated these grants by issuing revised Notices of Award. Section III of these Notices, entitled Standard Terms and Conditions, includes a requirement to comply with "Presidential Executive Order 14168 titled Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." Attached hereto as **Exhibit A** are the Notices of Award for the three reinstated grants.

1    I declare under penalty of perjury that the foregoing is true and correct and that this declaration

2    was executed on July 11, 2025 at San Francisco, California.

3

4    EDUARDO SIDA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**Notice of Award**
FAIN# R01AI181732
**Federal Award Date**
06/20/2025

## Recipient Information

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, SAN FRANCISCO, THE
1855 FOLSOM ST STE 425
SAN FRANCISCO, CA 94103

**2. Congressional District of Recipient**
11

**3. Payment System Identifier (ID)**
1946036493A6

**4. Employer Identification Number (EIN)**
946036493

**5. Data Universal Numbering System (DUNS)**
094878337

**6. Recipient's Unique Entity Identifier**
KMH5K9V7S518

**7. Project Director or Principal Investigator**
Anne Frey Luetkemeyer, MD (Contact)

Annie.Luetkemeyer@ucsf.edu
141-547-6408

**8. Authorized Official**
David Derpich

## Federal Agency Information

**9. Awarding Agency Contact Information**
Jade Carley Loewenstein
Grants Management Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
jade.loewenstein@nih.gov
(240) 669-2102

**10. Program Official Contact Information**
ELEANORE JENNIFER Chuang

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
eleanore.chuang@nih.gov
(240) 747-7858

## Federal Award Information

**11. Award Number**
1R01AI181732-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R01AI181732

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
The Doxy-PEP Impact Study: a multi-city US longitudinal cohort to evaluate doxy-PEP field effectiveness, investigate associated antimicrobial resistance, and establish doxy-PEP to need ratios

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 07/18/2024 – **End Date** 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $1,628,180 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $1,628,180 |
| **26. Project Period Start Date** 07/18/2024 – **End Date** 06/30/2029 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,628,180 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Samuel  Ashe

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version 25 - 2/15/2024 9:51 AM | Generated on: 6/23/2025 1:32 PM

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES



---

**SECTION I – AWARD DATA – 1R01AI181732-01A1 REVISED**

**Principal Investigator(s):**
CONNIE L CELUM, MD
Anne Frey Luetkemeyer (contact), MD

**Award e-mailed to:** cgrasteam@ucsf.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the UCSF in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number R01AI181732. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Samuel  Ashe
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $55,442 |
| **Fringe Benefits** | $12,587 |
| **Personnel Costs (Subtotal)** | $68,029 |
| **Materials & Supplies** | $7,900 |
| **Travel** | $2,333 |
| **Other** | $37,184 |
| **Subawards/Consortium/Contractual Costs** | $1,326,849 |
| | |
| **Federal Direct Costs** | $1,442,295 |
| **Federal F&A Costs** | $185,885 |
| **Approved Budget** | $1,628,180 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $1,628,180 |
| **TOTAL FEDERAL AWARD AMOUNT** | $1,628,180 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $1,628,180 | $1,628,180 |
| 2 | $1,493,206 | $1,493,206 |
| 3 | $1,480,679 | $1,480,679 |
| 4 | $1,473,241 | $1,473,241 |
| 5 | $1,535,743 | $1,535,743 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1946036493A6 |
| Document Number: | RAI181732A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| AI | 8472364 | $1,628,180 | $1,493,206 | $1,480,679 | $1,473,241 | $1,535,743 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: M37C BR / **OC**: 41021 / **Released**:  06/20/2025
**Award Processed:** 06/23/2025 01:32:14 PM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01AI181732-01A1  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01AI181732-01A1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain

references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AI181732. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious

nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration of the Agreement.
  · The above requirements are conditions of payment that go the essence of the Agreement and are therefore material terms of the Agreement.
  · Payments under the Agreement are predicated on compliance with the above requirements, and therefore Recipient is not eligible for funding under the Agreement or to retain any funding under the Agreement absent compliance with the above requirements.
  · Recipient acknowledges that this certification reflects a change in the government's position regarding the materiality of the foregoing requirements and therefore any prior payment of similar claims does not reflect the materiality of the foregoing requirements to this Agreement.
  · Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the above requirements and/or eligibility for the Agreement may subject Recipient to liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

**SECTION IV – AI SPECIFIC AWARD CONDITIONS – 1R01AI181732-01A1  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**Revised Award:** Effective with the date of this revised Notice of Award, funding for Project Number 1R01AI181732-01A1 is hereby fully reinstated; therefore, the termination letter dated **03/18/2025** is rescinded without conditions. Funds made available to The Regents of the University of California, San Francisco used to support "The Doxy-PEP Impact Study: a multi-city US longitudinal cohort to evaluate doxy-PEP field effectiveness, investigate associated antimicrobial resistance, and establish doxy-PEP to need ratios" are no longer restricted and are available for use in accordance with the terms and conditions of the award.

Supersedes previous Notice of Award dated **03/21/2025**.  All other terms and conditions still apply to this award.

***

This award reflects NIAID's approval of the change of scope requested **1/31/2025**.

Supersedes previous Notice of Award dated 7/18/2024.  All other terms and conditions still apply to this award.

***

The budget period anniversary start date for future year(s) will be **July 1.**

***

This Notice of Award (NoA) includes funds for **University of Washington** in the amount of **$638,432.00**.

This Notice of Award (NoA) includes funds for the **City & County of San Francisco - Department of Public Health** in the amount of **$80,124.00**.

This Notice of Award (NoA) includes funds for the **Public Health Foundation Enterprises, Inc.** in the amount of **$44,879.00**.

This Notice of Award (NoA) includes funds for the **San Francisco AIDS Foundation** in the amount of **$52,822.00**.

This Notice of Award (NoA) includes funds for **Emory University** in the amount of **$173,535.00**.

This Notice of Award (NoA) includes funds for **University of Miami** in the amount of **$166,451.00**.

This Notice of Award (NoA) includes funds for **Wayne State University** in the amount of **$171,146.00**.

***

In accordance with the NIAID Financial Management Plan, NIAID does not provide funds for inflationary increases. Future budget year(s) committed amounts were adjusted accordingly. See https://www.niaid.nih.gov/grants-contracts/financial-management-plan.

***

Commitment overlap is not permitted, and occurs when an individual's time commitment exceeds 100 percent (i.e., 12 person months), whether or not salary support is requested. Therefore, no individual's time commitment may exceed 100 percent (i.e., 12 person months).  Reductions in NIH support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

***

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

***

Highly Pathogenic Agents:

NIAID defines a Highly Pathogenic Agent as an infectious Agent or Toxin that may warrant a biocontainment safety level of BSL3 or higher according to the current edition of the CDC/NIH Biosafety in Microbiological and Biomedical Laboratories (BMBL) (https://www.cdc.gov/labs/BMBL.html). Research funded under this grant must adhere to the BMBL, including using the BMBL-recommended biocontainment level at a minimum. If the Institutional Biosafety Committee (IBC) (or equivalent body) or designated institutional biosafety official recommends a higher biocontainment level, the higher recommended containment level must be used.
When submitting future Progress Reports indicate at the beginning of the report:

If no research with a Select Agent (see 42 CFR 73 for the relevant human Select Agents and Toxins; and 7 CFR 331 and 9 CFR 121 for the relevant animal and plant Select Agents and

Toxins at https://www.selectagents.gov/regulations/ and https://www.selectagents.gov/sat/list.htm) and/or has been performed or is planned to be performed under this grant.

If the IBC or equivalent body or official has determined, for example, by conducting a risk assessment, that the work being planned or performed under this grant may be conducted at a biocontainment safety level that is lower than BSL3.

If the work involves Select Agents and/or Highly Pathogenic Agents, also address the following points:

Any NIAID pre-approved changes in the use of the Select Agents and/or Highly Pathogenic Agents including its restricted experiments that have resulted in a change in the required biocontainment level, and any resultant change in location, if applicable, as determined by the IBC or equivalent body or official.

If work with a new or additional Select Agents and/or Highly Pathogenic Agents is proposed in the upcoming project period, provide:

   o A list of the new and/or additional Agent(s) that will be studied;
   o A description of the work that will be done with the Agent(s), and whether or not the work is a restricted experiment;
   o The title and location for each biocontainment resource/facility, including the name of the organization that operates the facility, and the biocontainment level at which the work will be conducted, with documentation of approval by the IBC or equivalent body or official. It is important to note if the work is being done in a new location;
   o Any biosafety incidents that occurred and were reported to NIH/NIAID.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01AI181732-01A1 REVISED

**INSTITUTION:** The Regents of the UCSF

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $55,442 | $20,445 | $20,071 | $40,010 | $216,945 |
| Fringe Benefits | $12,587 | $6,583 | $6,275 | $14,682 | $68,091 |
| Personnel Costs (Subtotal) | $68,029 | $27,028 | $26,346 | $54,692 | $285,036 |
| Materials & Supplies | $7,900 | $3,600 | $3,100 | $400 | |
| Travel | $2,333 | $10,155 | $1,226 | $1,430 | $1,915 |
| Other | $37,184 | $44,868 | $44,948 | $19,438 | $4,330 |
| Subawards/Consortium/Contractual Costs | $1,326,849 | $1,352,738 | $1,356,662 | $1,348,667 | $1,051,482 |
| Publication Costs | | | | | $4,000 |
| TOTAL FEDERAL DC | $1,442,295 | $1,438,389 | $1,432,282 | $1,424,627 | $1,346,763 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL FEDERAL F&A | $185,885 | $54,817 | $48,397 | $48,614 | $188,980 |
| TOTAL COST | $1,628,180 | $1,493,206 | $1,480,679 | $1,473,241 | $1,535,743 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 64% | 64% | 64% | 64% | 64% |
| F&A Cost Base 1 | $290,446 | $85,651 | $75,620 | $75,960 | $295,281 |
| F&A Costs 1 | $185,885 | $54,817 | $48,397 | $48,614 | $188,980 |

Department of Health and Human Services
National Institutes of Health
**NATIONAL INSTITUTE OF MENTAL HEALTH**

**Notice of Award**
FAIN# R25MH119858
**Federal Award Date**
07/03/2025

## Recipient Information

**1. Recipient Name**
PUBLIC HEALTH FOUNDATION
ENTERPRISES, INC.
13300 CROSSROADS PKWY N
STE 450
CITY OF INDUSTRY, CA 91746

**2. Congressional District of Recipient**
31

**3. Payment System Identifier (ID)**
1952557063A1

**4. Employer Identification Number (EIN)**
952557063

**5. Data Universal Numbering System (DUNS)**
082199324

**6. Recipient's Unique Entity Identifier**
L4EEW9SQX2F6

**7. Project Director or Principal Investigator**
William  McFarland, MD (Contact)
Professor
willi_mcfarland@hotmail.com
415-533-9882

**8. Authorized Official**
Peter Dale
pdale@phfe.org
562-222-7886

## Federal Agency Information

**9. Awarding Agency Contact Information**
Emily Anne Johnson
Grants Management Specialist
NATIONAL INSTITUTE OF MENTAL
HEALTH
emily.johnson2@nih.gov
(301) 555-5555

**10. Program Official Contact Information**
Susannah M A Kamath

NATIONAL INSTITUTE OF MENTAL
HEALTH
allisonsu@mail.nih.gov
240-627-3861

## Federal Award Information

**11. Award Number**
5R25MH119858-05

**12. Unique Federal Award Identification Number (FAIN)**
R25MH119858

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 07/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | $0 |
| **22.** Offset | $0 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $1 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1 |
| **26. Project Period Start Date** 08/17/2020 – **End Date** 07/31/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,333,478 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Christine Ann Clarkson

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*RESEARCH EDUCATION AWARD*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



---

**SECTION I – AWARD DATA – 5R25MH119858-05 REVISED**

**Principal Investigator(s):**
Sean  Arayasirikul, PHD
William  McFarland (contact), MD

**Award e-mailed to:** pdale@helunahealth.org

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to PUBLIC HEALTH FOUNDATION ENTERPRISES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R25MH119858. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Christine Ann Clarkson
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| Other | $1 |
|---|---|

| | |
|---|---|
| **Federal Direct Costs** | $1 |
| **Approved Budget** | $1 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $1 |
| **TOTAL FEDERAL AWARD AMOUNT** | $1 |

| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |
|---|---|

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 5 | $1 | $1 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1952557063A1 |
| **Document Number:** | RMH119858A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| MH | 8472616 | $1 |

**NIH Administrative Data:**
**PCC**: 9A-ASH / **OC**: 41032 / **Released**: 07/02/2025
**Award Processed:** 07/03/2025 12:27:03 PM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R25MH119858-05  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R25MH119858-05  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and
is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.   The grant program legislation and program regulation cited in this Notice of Award.
   b.   Conditions on activities and expenditure of funds in other statutory requirements, such as
        those included in appropriations acts.
   c.   45 CFR Part 75.
   d.   National Policy Requirements and all other requirements described in the NIH Grants Policy
        Statement, including addenda in effect as of the beginning date of the budget period.
   e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final
        progress report when applicable.
   f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain
references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the
definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH
awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor
should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that
some awards may have another classification for purposes of indirect costs. The auditor is not required to
report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-
research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than
the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer
prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R25MH119858. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to

persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration of the Agreement.
- The above requirements are conditions of payment that go the essence of the Agreement and are therefore material terms of the Agreement.
- Payments under the Agreement are predicated on compliance with the above requirements, and therefore Recipient is not eligible for funding under the Agreement or to retain any funding under the Agreement absent compliance with the above requirements.
- Recipient acknowledges that this certification reflects a change in the government's position regarding the materiality of the foregoing requirements and therefore any prior payment of similar claims does not reflect the materiality of the foregoing requirements to this Agreement.
- Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the above requirements and/or eligibility for the Agreement may subject Recipient to liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5R25MH119858-05  REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

*REVISION #2*

*Effective with the date of this revised Notice of Award, funding for Project Number 5R25MH119858-05 is hereby fully reinstated; therefore, the Notice of Award dated 3/25/2025 that terminated the project is rescinded without conditions. Funds made available to Public Health Foundation Enterprises used to support SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health are no longer restricted and are available for use in accordance with the terms and conditions of the award.*

*SUPERSEDES NOTICE OF AWARD ISSUED 3/25/2025*

**AWARD NOTICE**:
This award has been made in response to the application submitted under the Funding Opportunity Announcement **PAR-17-485** which can be referenced at: https://grants.nih.gov/grants/guide/pa-files/PAR-17-485.html.

**KEY PERSONNEL**
In addition to the PI, any absence, replacement, or substantial reduction in effort of the following individual(s) below, requires the written prior approval of the National Institute of Mental Health.

**Erin Meek Wilson**

**CONSORTIUM/CONTRACTUAL COSTS:**
This award includes funds for consortium activity with **City and County of San Francisco (CCSF).**  Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement dated March 31, 2015. No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

**RESTRICTION PERSONNEL COSTS:**
Consistent with the allowable costs guidelines of PAR-17-485, funds for personnel costs on this grant may not exceed 35% of Total Direct Costs. Any rebudgeting from other categories to increase personnel costs to a level in excess of 35% of Total Direct Costs is not permitted without prior approval from the NIMH.

**REPORTING REQUIREMENT:**
Successful participation and completion of instruction in **Responsible Conduct of Research** must be documented during the first year for each participant on this award. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-10-019 which can be accessed at: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-10-019.html.

**DATA AND SAFETY MONITORING:**
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

**INVOLVEMENT OF HUMAN SUBJECTS OR VERTEBRATE ANIMALS:**
It is understood that no trainee will be permitted to work on any project involving live vertebrate animals or human subjects that has not been approved by the IACUC and/or IRB, as appropriate, and that is not conducted under a valid Federal-wide Assurance approved by OHRP or Animal Welfare Assurance approved by OLAW/NIH, as appropriate. The grantee is responsible for ensuring that all trainees are appropriately trained prior to working with human subjects and/or vertebrate animals. When submitting the progress report the grantee should provide appropriate IRB and/or IACUC approval dates for the relevant individual protocols under which the trainees are working.

**SPREADSHEET SUMMARY**

**AWARD NUMBER:** 5R25MH119858-05 REVISED

**INSTITUTION:** PUBLIC HEALTH FOUNDATION ENTERPRISES

| Budget | Year 5 |
|---|---|
| Other | $1 |
| TOTAL FEDERAL DC | $1 |
| TOTAL FEDERAL F&A | $0 |
| TOTAL COST | $1 |

| Facilities and Administrative Costs | Year 5 |
|---|---|
| F&A Cost Rate 1 | 8% |
| F&A Cost Base 1 | $0 |
| F&A Costs 1 | $0 |

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# R25MH129290
**Federal Award Date**
07/09/2025

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, SAN FRANCISCO, THE
1855 FOLSOM ST STE 425
SAN FRANCISCO, CA 94103

**2. Congressional District of Recipient**
11

**3. Payment System Identifier (ID)**
1946036493A6

**4. Employer Identification Number (EIN)**
946036493

**5. Data Universal Numbering System (DUNS)**
094878337

**6. Recipient's Unique Entity Identifier**
KMH5K9V7S518

**7. Project Director or Principal Investigator**
Ali  Mirzazadeh, MD (Contact)

ali.mirzazadeh@ucsf.edu
415-866-4234

**8. Authorized Official**
Magdalene Cho
maggie.cho@ucsf.edu
415-502-8752

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Hung-Lien Chia
Grants Management Representative
NATIONAL INSTITUTE OF MENTAL
HEALTH
Jackie.Chia@nih.gov
301-443-1341

**10. Program Official Contact Information**
Susannah M A Kamath

NATIONAL INSTITUTE OF MENTAL
HEALTH
allisonsu@mail.nih.gov
240-627-3861

**Federal Award Information**

**11. Award Number**
5R25MH129290-03

**12. Unique Federal Award Identification Number (FAIN)**
R25MH129290

**13. Statutory Authority**
42 USC 241   42 CFR 52

**14. Federal Award Project Title**
Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach Populations: The H2R Training Program

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 06/01/2024 – **End Date** 05/31/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | $0 |
| 22. Offset | $0 |
| 23. Total Amount of Federal Funds Obligated this budget period | $216,249 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $216,249 |
| **26. Project Period Start Date** 08/01/2022 – **End Date** 05/31/2026 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $651,999 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Robert James Munk

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*RESEARCH EDUCATION AWARD*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF MENTAL HEALTH

---

**SECTION I – AWARD DATA – 5R25MH129290-03 REVISED**

**Principal Investigator(s):**
Sean  Arayasirikul, PHD
Thomas  Hoffmann, PHD
William  McFarland, MD
Ali  Mirzazadeh (contact), MD

**Award e-mailed to:** cgrasteam@ucsf.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the UCSF in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241   42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R25MH129290. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Robert James Munk
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $59,612 |
| Fringe Benefits | $21,673 |
| Personnel Costs (Subtotal) | $81,285 |
| Travel | $2,000 |
| Other | $59,083 |
| Subawards/Consortium/Contractual Costs | $40,642 |
| Participant Other | $20,000 |
| | |
| Federal Direct Costs | $203,010 |
| Federal F&A Costs | $13,239 |
| Approved Budget | $216,249 |
| Total Amount of Federal Funds Authorized (Federal Share) | $216,249 |
| TOTAL FEDERAL AWARD AMOUNT | $216,249 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 3 | $216,249 | $216,249 |
| 4 | $216,001 | $216,001 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1946036493A6 |
| Document Number: | RMH129290A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 | 2025 |
|---|---|---|---|
| OD | 8055729 | $216,249 | $216,001 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 9A-ASH / **OC**: 41032 / **Released**:  07/08/2025
**Award Processed**: 07/09/2025 03:22:03 PM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R25MH129290-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R25MH129290-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.  The grant program legislation and program regulation cited in this Notice of Award.
   b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.  45 CFR Part 75.
   d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R25MH129290. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Office Of The Director, National Institutes Of Health (OD) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the

individuals supported on NIH-funded awards, please see
https://grants.nih.gov/grants/policy/harassment.htm.
·    For guidance on administering programs in compliance with applicable federal religious
nondiscrimination laws and applicable federal conscience protection and associated anti-
discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and
https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part
75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts
with cumulative total value greater than $10,000,000 must report and maintain information in the System for
Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the
award or performance of a Federal award that reached final disposition within the most recent five-year
period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings
information will be made publicly available in the designated integrity and performance system (currently
the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements
and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681
et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women
From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of
the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration
of the Agreement.
·    The above requirements are conditions of payment that go the essence of the Agreement and are
therefore material terms of the Agreement.
·    Payments under the Agreement are predicated on compliance with the above requirements, and
therefore Recipient is not eligible for funding under the Agreement or to retain any funding under
the Agreement absent compliance with the above requirements.
·    Recipient acknowledges that this certification reflects a change in the government's position
regarding the materiality of the foregoing requirements and therefore any prior payment of similar
claims does not reflect the materiality of the foregoing requirements to this Agreement.
·    Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the
above requirements and/or eligibility for the Agreement may subject Recipient to liability under the
False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and
1001.

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5R25MH129290-03  REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2
for NIH definition of Clinical Trial.

**REVISION #2**
Effective with the date of this revised Notice of Award, funding for Project Number 5R25MH129290-03 is
hereby fully reinstated; therefore, the Notice of Award dated 3/25/2025 that terminated the project is
rescinded without conditions. Funds made available to the UNIVERSITY OF CALIFORNIA, SAN
FRANCISCO used to support "Short Trainings on Methods for Recruiting, Sampling, and
Counting Hard-to-Reach Populations: The H2R Training Program" are no longer restricted and
are available for use in accordance with the terms and conditions of the award.

SUPERSEDES NOTICE OF AWARD ISSUED 3/25/2025.
****************************

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Funding Opportunity
Announcement  OD21-005 which can be referenced at: https://grants.nih.gov/grants/guide/rfa-files/RFA-OD-
21-005.html.

**CONSORTIUM / CONTRACTUAL COSTS:**
This award includes funds for consortium activity with **San Francisco Department of Public Health** and
**Public Health Foundation Enterprises, Inc.** Each consortium is to be established and administered in

accordance with the NIH Grants Policy Statement (http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

**ELECTRONIC FORMS SUBMISSION:**
As outlined in NOT-MH-12-033 (http://grants.nih.gov/grants/guide/notice-files/NOT-MH-12-033.html) and NOT-OD-11-026 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-11-026.html), the recipient is required to use the xTrain Commons module to electronically prepare and submit the PHS 2271 Statement of Appointment form and the PHS 416-7 Termination Notice for each participant appointed for eight weeks or more on NIMH R25 grants. The recipient organization must electronically submit a completed Statement of Appointment and a completed Termination Notice using the xTrain system.

**REPORTING REQUIREMENT:**
Successful participation and completion of instruction in Responsible Conduct of Research must be documented during the first year for each participant on this award. Full details about this policy requirement can be found in the NIH Guide Notice NOT-OD-22-055 which can be accessed at:
https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-055.html.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R25MH129290-03 REVISED

**INSTITUTION:** The Regents of the UCSF

| Budget | Year 3 | Year 4 |
|---|---|---|
| Salaries and Wages | $59,612 | $59,609 |
| Fringe Benefits | $21,673 | $21,672 |
| Personnel Costs (Subtotal) | $81,285 | $81,281 |
| Travel | $2,000 | $2,000 |
| Other | $59,083 | $59,088 |
| Subawards/Consortium/Contractual Costs | $40,642 | $40,642 |
| Participant Other | $20,000 | $20,000 |
| TOTAL FEDERAL DC | $203,010 | $203,011 |
| TOTAL FEDERAL F&A | $13,239 | $12,990 |
| TOTAL COST | $216,249 | $216,001 |

| Facilities and Administrative Costs | Year 3 | Year 4 |
|---|---|---|
| F&A Cost Rate 1 | 8% | 8% |
| F&A Cost Base 1 | $165,492 | $162,369 |
| F&A Costs 1 | $13,239 | $12,990 |

1
2
3
4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

5
6
7
8
9
10
11
12
13
14

| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
|---|---|

15
16

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

17
18
19
20

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

21
22
23
24
25
26
27

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750