UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, et al.,

    Plaintiffs,

vs.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

    Defendants.

Case No. 2:25-cv-00814-BJR

**DECLARATION OF DR. SUSAN PHILIP**

I, Susan Philip, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Health Officer for the City and County of San Francisco ("San Francisco") and Director of the Population Health Division of the San Francisco Department of Public Health ("SFDPH"). As Health Officer, I have responsibility under state law for the health and safety of San Franciscans. This responsibility includes the issuance of legally binding orders in response to public health hazards. I received my M.D. degree from Washington University in St. Louis and trained as a resident in Internal Medicine at the University of Chicago. After receiving an M.P.H. degree at the Harvard School of Public Health, I completed a fellowship in Infectious Diseases at the University of California, San Francisco ("UCSF"). I am an Assistant Clinical Professor of Medicine in the Division of Infectious Diseases at UCSF and have previously been an HIV primary care provider at San Francisco City Clinic.

3. SFDPH is the lead agency for the application and receipt of at least 30 U.S. Department of Health and Human Services ("HHS") competitive or hybrid competitive-formula grant programs administered by the HHS operating divisions the Centers for Disease Control ("CDC") and Health Resources and Services Administration ("HRSA"). The largest of these programs include the HIV

Emergency Relief Project Grants, the High-Impact HIV Prevention and Surveillance Programs, and the Strengthening STD Prevention and Control for Health Departments ("STD PCHD") program.

4. These grants have renewal dates throughout the rest of 2025 and into 2026. The next renewal date is July 1, 2025. An analysis of grants received by SFDPH reflects that SFDPH expects to receive a total of approximately $98 million under these grants during their current terms.

5. These grants support a wide range of essential healthcare services in San Francisco including in response to Human Immunodeficiency Virus ("HIV"), other sexually transmitted infections, and tuberculosis; and public health workforce development ("Project Invest").

6. For example, the High-Impact HIV Prevention and Surveillance Programs for Health Departments grant (PS-24-0047) supports core HIV prevention activities and HIV surveillance and community engagement. San Francisco received approximately $5,701,459 under this grant on an annualized basis during the yearly budget period ending May 31, 2025, and expects to receive similar funding each year under this grant through at least 2029. In addition, this grant supports the broader Ending the Epidemics ("ETE") syndemic approach, which integrates HIV, Sexually Transmitted Infection (STI), Hepatitis C virus (HCV) and overdose prevention work. This CDC funding comes from the Division of HIV Prevention and has provided San Francisco with essential resources that have advanced the city's collective HIV Getting to Zero ("GTZ") efforts. With investments in HIV clinical and community-based testing, PrEP, rapid linkage to care, and navigation, San Francisco saw a greater than 70 percent decline in new HIV infections from 2006 to 2023. The city is on its way to being the first jurisdiction in the U.S. to achieve its HIV GTZ goals (Zero HIV deaths, Zero new HIV infections, Zero HIV stigma). A total of 29.3 full-time equivalent employees across STI/HIV Public Health Services; Applied Research, Community Health Epidemiology and Surveillance (ARCHES); Community Health Equity and Promotion (CHEP), Public Health Laboratory (PHL); and the San Francisco Health Network (SFHN) are supported on the award. In addition to staffing, the funds provide partial support for example to (1) Rapid HIV, HCV and syphilis test kits for use at SF City Clinic, health access points ("HAPs"), Jail Health Services and other sites; (2) HIV, HCV and STI testing supplies for the HAPs (i.e. phlebotomy supplies, Aptima test kits); (3) Home-based HIV/STI testing program ("Take Me Home"); (4) HIV planning council backbone support; and (5) Community-

based advisory groups. Reductions in CDC funding for HIV, HCV and STI prevention and surveillance such as if San Francisco could not access this grant funding would lead to lay-offs of city staff and elimination of programs. This will significantly impair the City's progress in addressing HIV, SCV, and other STIs, potentially setting the city back a decade in those efforts. If San Francisco stopped receiving funds under this grant, SFDPH would need to significantly reduce partner services, treatment assurance and linkage to care including at the SF City Clinic (San Francisco's specialized municipal health clinic for testing and treatment for STIs), and navigation for people with HIV and syphilis. This would likely lead to increases in HIV and syphilis cases and increases in HIV and STI related deaths. SFDPH would be unable to track and identify clusters/outbreaks of HIV transmission or investigate and intervene to stop growing clusters of transmission, which will lead to increase in number of new HIV diagnoses.

7. Another example of key CDC funding is STD PCHD grant, PS19-1901. San Francisco uses STD PCHD funds to conduct essential public health functions, including: monitoring STI cases and trends, providing on-the-ground prevention support, promoting testing and treatment best practices, and increasing STI awareness for community and providers. These funds help San Francisco work to: (1) Eliminate congenital syphilis; (2) Prevent drug-resistant gonorrhea; (3) Reduce primary and secondary syphilis; (4) Prevent STI-related pelvic inflammatory disease, ectopic pregnancy, and infertility; (5) Address STI-related outbreaks; AND (6) Reduce STI-related health disparities. This grant supports 5.4 full time equivalent employees working on these issues. If San Francisco could not access STD PCHD funds, it would hinder the city's ability to intervene to stop transmission of syphilis, HIV, and mpox; harm the city's ability to intervene on STI outbreaks; significantly reduce the city's ability to support STI health education, community engagement and outreach; and limit the city's ability to track and monitor rates of STIs, identify disparities, and do data-driven evaluation and planning. San Francisco's progress towards congenital syphilis elimination would be severely impacted, and its ability to support health care systems and providers to implement evidenced-based sexual health services would be significantly reduced.

8. The largest set of grants from HRSA goes to HIV Health Services in San Francisco to provide HIV care in San Francisco. A portion of the funds go to the San Francisco Health Network for

this purpose. These funds are extremely important for HIV care services in San Francisco. Grants from HRSA also support HIV navigators to help people living with HIV to access and reengage with care and to provide food security via Project Open Hand.

9. SFDPH is already under tremendous budgetary pressure and has limited ability to make up the loss of this funding.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 27, 2025 at San Francisco, California.

      _____
      SUSAN PHILIP

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750