UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF TRENT RHORER** |

I, Trent Rhorer, declare as follows:

1.　I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2.　I am the Executive Director of the San Francisco Human Services Agency (HSA). I have served in this role since 2000. I have a Master's degree in Public Policy from the Kennedy School of Government at Harvard University and a Bachelor's degree in Political Science from the University of California, Los Angeles.

3.　HSA administers citywide programs and policies to address poverty, homelessness, and child abuse. These include the JobsNOW! initiative, a nationally recognized subsidized employment model that has provided job placements for nearly 20,000 low-income parents and single adults; and Care Not Cash, which reformed the welfare system for homeless single adults and provided housing for more than 4,700 homeless individuals.

4.　HSA receives approximately twenty U.S. Department of Health and Human Services ("HHS") competitive or hybrid competitive-formula grant programs administered by the HHS operative division the Administration for Children and Families ("ACF"). The largest of these programs include Temporary Assistance for Needy Families (TANF) Block Grants, Title IV-E Foster Care and Adoption Program Funds, and Refugee and Entrant Assistance Program Funds.

5. An analysis of ACF grants received by HSA reflects that HSA expects to receive more than $100 million under these grants during their current terms.

6. A significant percentage of this funding—approximately $65 million—comes from the TANF block grant. These funds are used to provide temporary financial assistance, job training, child care, and other supportive services to assist low-income families with (or expecting) children through the State CalWORKs program. As part of the job training and education services to individuals enrolled in CalWORKs, HSA helps individuals create an individualized plan that includes a range of employment activities as well as supportive services (child care, transportation assistance, etc.) necessary to successfully participate in the activities.

7. As of June 30, 2025, there are 3,938 families receiving CalWORKs benefits in San Francisco. This includes financial assistance for 6,211 children, and cash assistance plus employment services for 2,492 adults. Because CalWORKs is often the final safety net for families in crisis who have no other avenue for assistance or support, elimination of this funding would be devastating to some of the San Francisco's most vulnerable children and families.

8. HSA also receives tens of millions of dollars in Title IV-E foster care and adoption assistance funds. These funds are used, among other things, to provide payments to foster families and foster family agencies that provide housing, care, and services to approximately 500 children in San Francisco who cannot remain safely in their own homes. The funds are also used for programs and services that promote adoption, permanency for children, family support and reunification services, adoption assistance payments to families, and stipends for family members who step in as guardians when a child's biological parents are unable to provide care.

9. In addition to the money discussed above that is used to provide critical assistance to vulnerable children and their families, HSA also receives approximately $7.5 million in "Refugee And Entrant Assistance" funds to assist refugees, asylees, and others who have approved legal status with cash assistance for up to four months and employment support, including language education, for up to five years. Between September 2024 and March 2025, 151 individuals received services through HSA's refugee assistance programs.

10. San Francisco is already under tremendous budgetary pressure and would not be able to make up the loss of this funding.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 8, 2025 at San Francisco, California.

_____
Trent Rhorer

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750