THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>SECOND DECLARATION OF ERIK LOUIS SOLIVÁN |

1. I am the Director of the Housing Department of the City of San José. My duties include oversight of the Housing Department's programs, including programs funded by federal grants. I have personal knowledge of the matters stated in this declaration and would competently testify to them if called as a witness. I previously submitted a declaration in this action on May 19, 2025.

2. The Housing Department, anticipates receiving from the United States Department of Housing and Urban Development (HUD) approximately $13 million in funding for fiscal year 2025-2026. Additionally, there are approximately $23 million of funds remaining from the prior fiscal year's allocation.

3. The Housing Department's budget relies on the receipt of these grant funds. Each year, the Housing Department prepares an Annual Action Plan and a five-year Consolidated Plan for the use of federal funds to address housing needs, reduce homelessness, and strengthen

SECOND DECLARATION OF ERIK LOUIS SOLIVÁN - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

communities. For each grant awarded, the Housing Department prepares a spending plan, which is submitted to the San José City Council for its approval.

4. In fiscal year 2025-2026, San José anticipates receiving HUD funding for Community Development Block Grants (CDBG), Home Investment Partnerships Program (HOME) grants, Emergency Solutions Grant Program (ESG) grants, and Housing Opportunities for Persons with AIDS (HOPWA) grants. Some of the programs supported by these grants are described below in Paragraph 5 through Paragraph 8.

5. San José anticipates receiving approximately $13.4 million in CDBG funding for fiscal year 2025-2026. The CDBG program supports the development of communities by providing decent housing, creating a suitable living environment, and expanding economic opportunities, specifically for low- and moderate-income residents' benefit. For fiscal year 2025-2026, San José intends to use CDBG funding for public services, Community Development Improvements (CDI), and administration, as follows:

  a. CDBG – Public Services. In fiscal year 2025-2026, San José intends to use $330,000 to provide citywide outreach and engagement to unhoused individuals, through which it anticipates assisting 720 individuals with individualized shelter, housing and supportive services. San José intends to use $190,000 to invest in community leadership training. San José intends to use $355,385 for services for low-income senior nutrition program, serving 160 seniors. San José intends to use $34,868 for fair housing complaint-based investigations, systematic fair housing testing, counseling and referral to advocacy services, and direct legal representation of individuals experiencing housing discrimination serving145 individuals. In fiscal year 2025-2026, San José intends to use $310,000 for eviction diversion services, including dispute resolution.

  b. CDBG – CDI Construction. In fiscal year 2025-2026, San José intends to use $7.3 million to support public infrastructure improvements and other

SECOND DECLARATION OF ERIK LOUIS SOLIVÁN - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

    capital needs that benefit low- and moderate-income communities. Specific projects include sidewalk repair; accessible pedestrian signals; streetlight improvement; and the replacement of roof, sprinkler heads, and lighting in an affordable housing communities.

  c. CDBG – CDI Non-Construction. In fiscal year 2025-2026, San José intends to use approximately $1.2 million for enhanced code enforcement in targeted low- and moderate-income neighborhoods. It is anticipated that 500 housing units will be inspected for compliance with housing and blight codes, preventing the deterioration of neighborhoods.

  d. CDBG – Economic Development. In fiscal year 2025-2026, San José anticipates using approximately $1 million to provide 131 home daycare providers with business and technical assistance to help low- and moderate-income providers support, grow, and sustain their businesses.

  e. CDBG – Administration. In fiscal year 2025-2026, San José anticipates spending approximately $1.5 million in CDBG administrative costs as reimbursement to City departments for their work on CDBG-related activities.

6. San José anticipates receiving approximately $20.9 million in HOME funding for fiscal year 2025-2026. The HOME program provides financial assistance to expand the supply of affordable rental and homeownership opportunities for low- and moderate-income households. Eligible uses of HOME funds include the acquisition, rehabilitation, and construction of affordable housing; the provision of tenant-based rental assistance; and home repair programs.

  a. In fiscal year 2025-2026, San José anticipates using approximately $2.1 million to support the Home Repair Program, which helps maintain and extends the useful life of the city's existing affordable housing stock. San José anticipates providing 119 households with critical home repair services, enabling them to remain stably housed.

SECOND DECLARATION OF ERIK LOUIS SOLIVÁN - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

      b. In fiscal year 2025-2026, San José intends to use approximately $18.4 million to repair or replace mobile home trailers for low-income seniors.

      c. San José anticipates spending $200,000 to provide 145 individuals with legal services, representation, and fair housing education to prevent housing discrimination and ensure access to housing.

      d. San José will use an additional $82,000 for the administration of the HOME program.

7. San José anticipates receiving approximately $873,000 in ESG funding for fiscal year 2025-2026. It has a remaining fund balance of approximately $180,000 from its allocation for fiscal year 2024-2025. The Emergency Solutions Grant (ESG) program helps individuals and families quickly regain stability in permanent housing after experiencing a housing crisis or homelessness.

      a. San José anticipates spending $180,425 to provide rental assistance and supportive assistance to 60 households experiencing homelessness; $418,850 for citywide outreach and shelter, which will provide 720 individuals individualized support through street outreach interactions; $227,119 to fund the Homeless Management Information System, which allows for the collection, management, and reporting of client-level data across the homelessness services network; and $52,231 for program administration costs.

8. San José anticipates receiving approximately $2.9 million in HOPWA / HOPWA-PSH funding for fiscal year 2025-2026. It has a remaining fund balance of approximately $442,000 from its HOPWA allocation for fiscal year 2024-2025. HOPWA / HOPWA-PSH funding supports low-income persons living with HIV/AIDS and their families. In fiscal year 2025-2026, San José anticipates spending approximately $2.8 million to provide rental assistance and supportive housing, enabling an anticipated 110 households with HIV/AIDs to remain stably housed and to receive supportive health services.

SECOND DECLARATION OF ERIK LOUIS SOLIVÁN - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

9.  San José is committed to providing services under the HOPWA program, senior nutrition program ($355,385 in CDBG funds), and citywide outreach ($330,000 in CDBG funds and $417,850 in ESG funds). If San José does not receive the federal funding it anticipates for these programs, it will use other funding sources to cover the costs.

10. The distribution of funding is suspended until San José receives its federal funding. The Housing Department partners with other agencies as sub-recipients, to provide the services funded by federal grants. San José will not distribute funding until the restrictions on the use of federal funds is clearly defined, and the sub-recipient agencies may choose to continue their programs during the pause period. If San José later receives federal funding, it will reimburse costs, but if federal funding is not received, the partner agencies will be responsible for covering their expenses.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 11, 2025, in San José, California.


Erik Louis Solivan (Jul 11, 2025 13:16 PDT)

Erik Louis Soliván

SECOND DECLARATION OF ERIK LOUIS SOLIVÁN - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750