THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF AMY M. DAVIDSON |

I, AMY M. DAVIDSON declare as follows:

1. I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and my review of relevant business records.

**Personal Background**

2. I am the Director of the Center on Homelessness (COH) with the Human Services Agency (HSA) within the County of San Mateo, California. As Director, my duties include managing the County's planning, administration, and evaluation of housing and services programs for unhoused County residents in collaboration with my colleagues, the County Department of Housing (DOH), and a coalition of governmental and community-based organizations. I have held this position since January 2025.

3. Prior to accepting the role of Director of COH, I was the Deputy Director of the

DECLARATION OF AMY M. DAVIDSON - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

City of Berkeley's Health, Housing, and Community Services Department with more than 20 years of professional experience in affordable housing and homeless services.

4. I have a Bachelor of Arts from Brown University and a master's degree in public policy from Harvard University's Kennedy School.

**San Mateo County's Homeless Population And Homeless Assistance Programs**

5. HSA is the second-largest County department with almost 800 employees and a budget of over $316 million. HSA provides safety net services and administers federal and state-mandated programs to over 198,000 children and adults.

6. San Mateo County is experiencing a severe housing and homelessness crisis. Nearly two thousand people in San Mateo County are homeless on any given night. For example, according to a June 2025 point in time count (PIT), which takes a snapshot of the number of people without housing on a specific date, more than 1800 individuals were experiencing homelessness, including more than 900 who were unsheltered (living outdoors or in another location not meant for human habitation) and more than 900 who were living in a temporary shelter. Data from the Homeless Management Information System shows that in 2024, 4,313 unique people accessed homeless services in San Mateo County.

7. In order to house people experiencing homelessness and ensure the community has a comprehensive system of homeless services, San Mateo County applied for funding from the U.S. Department of Housing and Urban Development's (HUD) Continuum of Care (CoC) program for permanent supportive housing (PSH), which provides long-term affordable housing, combined with supportive services for individuals and families experiencing homelessness, for CoC Planning (which funds work to coordinate the homeless system of care, complete federally mandated reporting and other activities, and work towards improving system outcomes), and an

DECLARATION OF AMY M. DAVIDSON - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

HMIS Project (funding to support the Homeless Management Information System that is used for federal reporting and tracking data on homeless programs). Through the County of San Mateo and community-based partner organizations, CoC funds also go towards rapid rehousing programs, which help individuals in San Mateo County exit homelessness and return to permanent housing by providing temporary financial assistance and other supportive services such as housing search and stability case management, as well as a family shelter.

### CoC Grants Application Process

8. San Mateo County has applied annually for CoC funding as part of a Continuum for at least 20 years. The San Mateo Continuum of Care represents a coalition of stakeholders that includes San Mateo County, other local governments, nonprofit organizations and other parties. The County of San Mateo COH submits the CoC application to HUD on behalf of the San Mateo Continuum of Care.

9. The application process begins when HUD posts a Notice of Funding Opportunity (NOFO). The NOFO includes information on eligibility, application scoring criteria, and award administration, including a section on "Administrative, National and Departmental Policy Requirement and Terms for HUD's Financial Assistance Programs" that lists various statutes and regulations with which grantees must comply. Pursuant to the NOFO, the continuum submits a system-wide application that describes the local homelessness landscape and the continuum's response along with individual project applications. HUD scores the system-wide application, giving points for response that show progress and align with HUD's priorities. HUD indicates the amount of funding for which a continuum is eligible to apply. The application score determines whether and how much money is awarded to the projects included in the continuum application, with a separate grant for each project. The sum of the grants awarded to the

DECLARATION OF AMY M. DAVIDSON - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

individual projects equals the amount awarded to the continuum as a whole.

10. In July 2024, HUD posted a biennial NOFO for CoC grants for FYs 2024 and 2025. The San Mateo County Continuum applied for approximately $16,241,298 and was awarded approximately $14,416,792 of FY 2024 CoC funding, subject to grant signature.

11. Of the total $14,416,792 conditionally awarded to the San Mateo County Continuum, HUD awarded San Mateo County approximately $12,765,350 for 5 individual agreements. HUD also awarded the indicated amounts to the following to San Mateo County Continuum partners: $280,825 to LifeMoves for a permanent supportive housing program; $1,151,716 to Community Overcoming Relationship Abuse or CORA for a rapid rehousing program for survivors of domestic violence, $139,350 to LifeMoves for a family shelter program, and $79,551 to the Mental Health Association of San Mateo County for a permanent supportive housing program. Attached as **Exhibit A** is a true and correct copy of the March 11, 2025, Award Letter from HUD for the HMIS Project grant and the CoC Planning Grant sent to the County. The County does not receive funding letters for its Continuum partners.

## New Conditions Imposed on Awarded CoC Funds

12. On or about June 10, 2025, the COH began to receive the anticipated individual grant agreements (CoC Agreements) from HUD for some of the CoC funds granted in FY 2024. The CoC Agreements contain additional funding conditions that were not included in the NOFO and that San Mateo County was therefore not aware of when it applied for the funding. Specifically, the CoC Agreements require San Mateo County to agree to conditions related to "gender ideology"; purport to prohibit the expenditure of funds on diversity, equity and inclusion efforts and include requirements pertaining to immigration verification and enforcement and abortion. None of these conditions appeared in prior CoC Agreements. As of July 7, 2025, the

DECLARATION OF AMY M. DAVIDSON - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

County has not received grant agreements for other awarded projects but anticipates they will contain similar terms. The first CoC Agreement received by HSA was requested to be signed no later than June 25, 2025, however HSA requested and received an extension on the timing to review the grant agreement until July 31, 2025.

13. On or about April 4, 2025, San Mateo County became aware of a letter posted to HUD's website to "HUD Grantees and Stakeholders" from Scott Turner, the Secretary of HUD (the "Turner Letter") directing that HUD funds be used for the benefit of American citizens and other qualified recipients and not undocumented immigrants and that the conditions pertaining to immigration enforcement and verification comply with President Trump's Executive Order 14218.

14. These new conditions present significant challenges to San Mateo County. For example, the immigration verification condition requires San Mateo County to agree to "administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that HUD, the Attorney General, or the U.S. Center for Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws." This requires that the COH use the Systematic Alien Verification for Entitlements (SAVE) system or an equivalent verification system approved by the federal government. COH and the Continuum of Care community-based agency partners have never been asked to verify immigration status in the past to administer CoC funds and thus does not have access to SAVE or an equivalent verification system from the federal government. Therefore, COH currently lacks the ability to meet this additional condition required to obtain CoC funding from HUD.

15. Similarly, the condition prohibiting grant recipients from "promoting" abortions is

DECLARATION OF AMY M. DAVIDSON - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

vague including that it could be interpreted to include case manager referrals to physical and behavioral healthcare providers. Such providers may offer abortions in addition other healthcare services. If the term "promoting" covers healthcare referrals to places that offer abortions in addition to other medical services, this condition could effectively prevent case managers from referring clients to healthcare resources for a wide variety of medical treatment. In addition, this vaguely worded prohibition would result in a chilling effect on honest, open conversations between case managers and the unhoused people they serve when trust is a crucial element in helping many people to exit homelessness. For example, if a client wanted to talk about a prior experience with abortion, the service provider might feel obligated to avoid the topic entirely out of concern of "promoting" anything, which would counteract their other efforts to develop trust.

16. I am further informed by the County Department of Housing, that the County of San Mateo expects to receive approximately $3,774,761 million in HUD grant funding through the CDBG, HOME, and ESG programs in 2025 and anticipates that similar conditions will be imposed through those grant agreements.

### Negative Impacts of Losing Funding

17. These newly imposed conditions force San Mateo County to either agree to new conditions imposed on the grants already awarded to the County and Continuum partners, including conditions that are impossible to comply with, or lose access to more than $14,000,000 in funding that is critical to the welfare of program participants. The impacts of losing these funds would be devastating for several reasons. As an initial matter, the 9 grants awarded to the San Mateo Continuum of Care are all renewals. This means that San Mateo County and its community-based partners have previously received CoC awards for these projects which are currently housing formerly homeless individuals and supporting ongoing homeless system

DECLARATION OF AMY M. DAVIDSON - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

coordination and reporting. In past NOFOs issued by HUD for CoC programming, the amount of funding that a Continuum of Care could apply for has been based on the total amount of CoC funds awarded to that Continuum of Care in the past funding cycle. HUD provides funding for renewal awards in its annual competitive funding round. If San Mateo County does not receive the CoC funds this year, existing projects would no longer be considered renewals, and as such existing PSH would not be eligible to apply as renewal projects in future years. With likely reductions of funding for HUD in future federal budget cycles, and given the competitive nature of CoC awards, this could mean forfeiting these funds for the foreseeable future, not just for the FY 2024 round.

18. The most significant impact of a loss of these funds would be directly impacting the housing status of the 471 people projected to be served in the PSH programs and the 90 people projected to be served in the rapid rehousing programs. The vast majority of the clients projected to be served are actually already enrolled in in these programs, living in apartments supported by a monthly rent payment. Under HUD's direction, the San Mateo County Continuum of Care has prioritized the most vulnerable and highest-need people experiencing homelessness for these HUD-funded PSH and rapid rehousing programs. Many of the people served have one or more disabilities or chronic health conditions, and many are older adults. Losing this funding would likely lead to the eviction and homelessness of hundreds of extremely vulnerable community members, exposing them to further trauma and eliminating services and stability which allow them to live safely in the community, as well as adding a new barrier to future housing (an eviction record).

19. Negative impacts would be experienced by more than just the people participating in services. The increased number of people experiencing homelessness could overwhelm the

DECLARATION OF AMY M. DAVIDSON - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

homeless system of care and increase emergency costs in the healthcare system. Local property owners participating in these programs would lose rental income and would have to devote time and resources to eviction proceedings. Staffing at community-based organizations could be impacted.

20. The loss of the funding would also put at risk the continuity of the family shelter program that provides safe sheltering to a projected 62 people, all comprised of families with minor children. It is hard to estimate how long it would take to overcome the sudden loss of so many affordable housing opportunities in a housing market as tight and expensive as San Mateo County's.

21. Finally, the loss of this funding would inhibit the County's ability to continue its HMIS Project and CoC Planning activities, including federally required reporting. Both the HMIS Project and CoC Planning activities allow San Mateo County to make the most efficient use of resources by reducing turnover times in shelter programs, understanding the unhoused population and accompanying needs, and updating system operations in response. If the County could not identify alternate funding sources to fill this gap, the ability of the County to coordinate and improve the homeless system of care would be negatively impacted.

22. I am further informed from conversations with our department of Housing and Community Development that the loss of CBDG, HOME and ESG funds would impact affordable housing preservation and shelters, new affordable housing construction and funding of basic needs by reducing available housing and taking away opportunities to be housed for 200-500 low income and homeless residents. I also understand that the sudden loss of these federal resources would not only threaten essential housing and shelter programs but could also trigger wider instability in our communities and across our nonprofit service providers, increasing costs

DECLARATION OF AMY M. DAVIDSON - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

across multiple County systems. Furthermore, as the County is the lead of the CDBG Urban County and HOME Consortium, 16 smaller cities and towns are dependent on the investment of these resources in their jurisdictions for their residents. Local jurisdictions do not have the revenue streams or reserves to backfill the loss of this funding. Not only will the broader impact be felt/seen throughout the County, but it will put a significant strain on local government resources (including police, health providers and first responders) to deal with the impact of the loss of funding and may force local governments to realign funding on community programs to address the potential impact.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.

*/s/ Amy M. Davidson*
AMY M. DAVIDSON

DECLARATION OF AMY M. DAVIDSON - 9
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC  20410-7000

PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR
COMMUNITY PLANNING AND DEVELOPMENT

March 11, 2025

Ms. Claire Cunningham
Director, Human Services Agency
San Mateo County Human Services Agency
500 County Center
First Floor
Redwood City, CA  94063

Dear Ms. Cunningham:

    Congratulations!  I am delighted to inform you of the funding for your project(s) under the Department of Housing and Urban Development's (HUD) Notice of Funding Opportunity (NOFO) for Fiscal Year (FY) 2024 Continuum of Care (CoC) Competition and Renewal or Replacement of Youth Homeless Demonstration Program Grants for a total of $779,791.

    The CoC Program is an important part of HUD's mission. CoCs around the country will continue to improve the lives of people experiencing homelessness through their local planning efforts and through the direct housing and service programs funded under the FY 2024 CoC Program Competition.  Projects like those of your organization, funded through the CoC program, continue to demonstrate their value by improving accountability and performance every year.

    The enclosure provides details about your organization's award(s) including: the name(s) of the individual project(s); the project number(s); and the specific amount(s) for each project.  The Department's field office staff will notify you when they are available to process grant agreements; once all conditions are satisfied and the grant agreement is executed, your organization can expend the funds.

    HUD commends your organization's work and encourages it to continue to strive for excellence in the fight to end homelessness.

Sincerely,

David C. Woll Jr.
Principal Deputy Assistant Secretary

Enclosure

CA1401L9T122409

San Mateo County HMIS Project 2024

$85,718

CA2347L9T122400

CA-512 CoC Planning Project Application FY 2024

$694,073

|  |  |
|---|---|
| Total Amount: | **$779,791** |

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750