THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                         Plaintiffs,

        v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                         Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF COLLEEN
CHAWLA

I, COLLEEN CHAWLA, declare as follows:

1.      I am over the age of eighteen, competent to testify, and make this declaration

based on my personal knowledge and my review of relevant business records.

**BACKGROUND**

2.      I am the Chief, San Mateo County Health within the County of San Mateo,

California ("County").  I have held this position since February 2025.

3.      Prior to accepting the role of Chief of San Mateo County Health, I was the agency

director for Alameda County Health from 2017-2025. Before that, I held several roles during my

13 years at the San Francisco Department of Public Health, including deputy director of health.

In total, I have more than 30 years of career experience in health, public health, and policy.

4.      I have a master's degree in public administration and health services

DECLARATION OF COLLEEN CHAWLA - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1

2

administration from the University of San Francisco and a bachelor's degree in history from the University of Southern California.

3

4

5

6

7

8

9

10

11

12

13

14

5.        With 2,200 employees and a $1.3 billion annual budget, San Mateo County Health is the County's largest department. It is a safety-net healthcare provider, it administers public health programs, and it provides clinical and supportive services to the community. San Mateo County Health is comprised of the following divisions and teams: Aging & Disability, Behavioral Health & Recovery Services, Communications, Correctional Health Services, Emergency Medical Services, Environmental Health Services, Family Health Services, Health Administration, Health Coverage Unit, Health Information Technology, the LEAP Institute, Public Health, Policy & Planning, and San Mateo Medical Center hospital and clinics. Its clinics serve approximately 100,000 residents, and its public health and policy programming protects the health of everyone who lives in, works in, and visits the County.

15

16

17

6.        San Mateo County Health's budget relies on many millions of dollars in federal funding, including sizeable grants from the U.S. Department of Health and Human Services ("HHS") and its divisions. These grants include (approximate amounts):

18

19

20

- $1.9 million in Ryan White Part A and Part B grants for providing services to people living with HIV/AIDS, serving more than 700 clients.

21

22

- $200,000 from the Center for Disease Control ("CDC") for preventing the spread of HIV.

23

- $176,000 from the CDC for preventing the spread of tuberculosis.

24

25

- $1.1 million to strengthen the County's ability to respond to public health emergencies like pandemics, natural disasters, and bioterrorism.

26

27

- $12.8 million from the Substance Abuse and Mental Health Services

DECLARATION OF COLLEEN CHAWLA - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Administration ("SAMHSA") for providing mental health services and alcohol and other drug use prevention, treatment, and rehabilitation, serving about 1,300 clients.

- $262,000 to make immunizations widely available.

- $6.3 million supporting maternal child health programming, including a Nurse-Family Partnership Program that helps first-time mothers prepare for the birth of their child, serving about 1,600 clients.

- $150,000 supporting the San Mateo County Lead Prevention Program, serving about 150 clients.

- $235,000 for providing resources and support to children in foster care, serving 165 clients.

- $2.2 million for providing special medical care and services for children who have long-term illnesses or disabilities, serving 1,500 clients.

- $3.8 million for providing medical and dental services to persons experiencing homelessness and farmworkers, serving 4,800 clients.

7.      Beyond HHS, San Mateo County Health also receives $878,000 from Housing and Urban Development for housing for people living with HIV/AIDS serving 475 clients.

**New Conditions Imposed on Health Center Program Grant**

8.      In particular, Health Center Program funding from HHS, administered by the Health Resources and Services Administration ("HRSA"), is critical to San Mateo County Health serving the County's homeless and farmworker residents. The Healthcare for the Homeless Program in San Mateo County was started in 1991 to provide health care to women experiencing homelessness and struggling with substance use disorder. The Program has grown

DECLARATION OF COLLEEN CHAWLA - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to coordinate medical, dental, and behavioral health care services for people experiencing homelessness throughout the County. In 2010, the Program's responsibilities broadened to include farmworkers and their families, and it was renamed Healthcare for the Homeless/Farmworker Health (HCH/FH) Program.

9.    In 2025, HRSA has awarded the County a base grant of more than $2.8 million, and about $1 million in supplemental grants, for serving these vulnerable populations.

10.    This Health Center Program grant enables HCH/FH to work with other divisions within San Mateo County Health and to contract with community-based organizations to provide medical, dental, behavioral, and other health-related services in accessible locations where people experiencing homelessness and farmworkers can receive timely care. HCH/FH and its partners connect clients to medical care and transport them to appointments, educate clients about physical and mental health issues, provide dental services at clinic sites, provide medical and mental health treatment in the field, and more. In 2024, HCH/FH served 1,072 farmworkers and their family members and 3,820 persons experiencing homelessness, as defined by HRSA.

11.    Receipt of this Health Center Program grant and compliance with the applicable federal regulations confer Federally Qualified Health Center ("FQHC") status on the County. FQHC status entitles the County to some financial benefits, including higher Medicare and Medicaid reimbursement rates.

12.    HRSA's Notices of Award inform the County that the Health Center Program funds are subject to various terms and conditions, which are directly or by reference incorporated in the Notice of Award. The notices also inform the County that the grant recipients "indicate acceptance of the award, and terms and conditions by obtaining funds from the payment system."

13.    A June 24, 2025, Notice of Award received by the County for its Health Center

DECLARATION OF COLLEEN CHAWLA - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Program grant incorporates by reference the HHS Grants Policy Statement, effective April 16, 2025. The Grants Policy Statement incorporates Executive Order 14190 of January 29, 2025 and says that "by accepting the grant award, recipients are certifying," among other things, that "(i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws."

14.    Attached as Exhibit A is the June 24, 2025, Notice of Award.

## Negative Impacts of Losing Funding

15.    These newly imposed conditions on the HCH/FH program force the County to choose between agreeing to these new and unexpected conditions or losing access to more than $2.8 in annual funding that is critical to serving the County's medically underserved homeless and farmworker populations. A loss of funding would require the County to reallocate other funds to cover these programs, scale them back, or stop offering them altogether. This would harm thousands of County residents who rely on HCH/FH and its partners to connect them to primary health care, medical screening, dental care, mental health services, and substance use treatment. The elimination of timely and reliable access to these preventative and ongoing services will likely lead to worse health outcomes for these populations, who generally have lower quality health than Health's non-homeless or non-farmworker patients. If their health conditions worsen due to lack of care coordination and access to preventative and ongoing treatment, this could increase the burden on County emergency medical services who have to treat these patients facing medical or mental health emergencies.

16.    Scaling back these programs would also mean terminating subcontracts and, in doing so, potentially damaging long-standing partnerships with local nonprofit organizations.

DECLARATION OF COLLEEN CHAWLA - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  Staffing at these organizations could be impacted.

2      17.    Additionally, if the County becomes ineligible for a Health Center Grant, it risks

3  losing its status as an FQHC, which could have extraordinarily severe negative financial impacts

4  due to the loss of enhanced Medicare and Medicaid reimbursement.

5      18.    If HHS imposes these or other conditions on San Mateo County Health's many

6  other HHS grants, the impact to Health, its programs, its employees, its partners, and the

7  communities it serves will be similarly devastating.

8

9

10  I declare under penalty of perjury that the foregoing is true and correct.

11

12  EXECUTED this 8th day of July, 2025.

13

14  _____

    COLLEEN CHAWLA

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF COLLEEN CHAWLA - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A



**Department of Health and Human Services**
Health Resources and Services Administration

Notice of Award
FAIN# H8000051
Federal Award Date: 06/13/2025

## Recipient Information

**1. Recipient Name**
San Mateo County Health Services Agency
222 W 39th Ave
San Mateo, CA 94403-4364

**2. Congressional District of Recipient**
15

**3. Payment System Identifier (ID)**
1946000532A1

**4. Employer Identification Number (EIN)**
946000532

**5. Data Universal Numbering System (DUNS)**
625139170

**6. Recipient's Unique Entity Identifier**
PP88MKPKJZ54

**7. Project Director or Principal Investigator**
Jim Beaumont
Program Director
jbeaumont@smcgov.org
(650)573-2459

**8. Authorized Official**
Gozel Kulieva
gkulieva@smcgov.org
(415)528-0101

## Federal Agency Information

**9. Awarding Agency Contact Information**
Brian Feldman
Grants Management Specialist
Office of Federal Assistance Management (OFAM)
Division of Grants Management Office (DGMO)
bfeldman@hrsa.gov
(301) 443-3190

**10. Program Official Contact Information**
Elizabeth Goodger
Bureau of Primary Health Care (BPHC)
egoodger@hrsa.gov
(301) 443-5663

## Federal Award Information

**11. Award Number**
6 H80CS00051-24-11

**12. Unique Federal Award Identification Number (FAIN)**
H8000051

**13. Statutory Authority**
42 U.S.C. § 254b

**14. Federal Award Project Title**
Health Center Program

**15. Assistance Listing Number**
93.224

**16. Assistance Listing Program Title**
Community Health Centers

**17. Award Action Type**
Administrative

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

**19. Budget Period Start Date 01/01/2025 - End Date 12/31/2025**

| | |
|---|---|
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $1,905,755.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $15,669,517.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $18,528,149.00 |
| **26. Project Period Start Date 01/01/2024 - End Date 12/31/2026** | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $36,092,104.00 |

**28. Authorized Treatment of Program Income**
Addition

**29. Grants Management Officer – Signature**
Brian Feldman on 06/13/2025

## 30. Remarks

This Notice of Award is issued to remove one or more Grant Conditions. Refer to the Terms and Conditions for additional information.

*A printer version document only.  The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks. If you need more information, please contact HRSA contact center at 877-464-4772, 8 am to 8 pm ET, weekdays.*



Health Resources & Services Administration

Notice of Award
Award Number: 6 H80CS00051-24-11
Federal Award Date: 06/13/2025

**Bureau of Primary Health Care (BPHC)**

| 31. APPROVED BUDGET: (Excludes Direct Assistance) | |
|---|---|
| [ ]  Grant Funds Only | |
| [X]  Total project costs including grant funds and all other financial participation | |
| a.   Salaries and Wages: | $5,834,990.00 |
| b.   Fringe Benefits: | $2,333,995.00 |
| c.   Total Personnel Costs: | $8,168,985.00 |
| d.   Consultant Costs: | $0.00 |
| e.   Equipment: | $0.00 |
| f.   Supplies: | $3,490,548.00 |
| g.   Travel: | $24,040.00 |
| h.   Construction/Alteration and Renovation: | $0.00 |
| i.   Other: | $5,232,795.00 |
| j.   Consortium/Contractual Costs: | $1,611,781.00 |
| k.   Trainee Related Expenses: | $0.00 |
| l.   Trainee Stipends: | $0.00 |
| m.   Trainee Tuition and Fees: | $0.00 |
| n.   Trainee Travel: | $0.00 |
| o.   TOTAL DIRECT COSTS: | $18,528,149.00 |
| p.   INDIRECT COSTS (Rate: % of S&W/TADC): | $0.00 |
| i. Indirect Cost Federal Share: | $0.00 |
| ii. Indirect Cost Non-Federal Share: | $0.00 |
| q.   TOTAL APPROVED BUDGET: | $18,528,149.00 |
| i. Less Non-Federal Share: | $15,669,517.00 |
| ii. Federal Share: | $2,858,632.00 |

| 32. AWARD COMPUTATION FOR FINANCIAL ASSISTANCE: | |
|---|---|
| a.   Authorized Financial Assistance This Period | **$2,858,632.00** |
| b.   Less Unobligated Balance from Prior Budget Periods | |
| i. Additional Authority | $0.00 |
| ii. Offset | $0.00 |
| c.   Unawarded Balance of Current Year's Funds | $952,877.00 |
| d.   Less Cumulative Prior Award(s) This Budget Period | $1,905,755.00 |
| e.   AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | **$0.00** |

**33. RECOMMENDED FUTURE SUPPORT:**
(Subject to the availability of funds and satisfactory progress of project)

| YEAR | TOTAL COSTS |
|---|---|
| 25 | $2,858,632.00 |

**34. APPROVED DIRECT ASSISTANCE BUDGET:** (In lieu of cash)

| | |
|---|---|
| a. Amount of Direct Assistance | $0.00 |
| b. Less Unawarded Balance of Current Year's Funds | $0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | $0.00 |
| d. AMOUNT OF DIRECT ASSISTANCE THIS ACTION | **$0.00** |

**35. FORMER GRANT NUMBER**
H66CS00469

**36. OBJECT CLASS**
41.51

**37. BHCMIS#**
091140

**38. THIS AWARD IS BASED ON THE APPLICATION APPROVED BY HRSA FOR THE PROJECT NAMED IN ITEM 14. FEDERAL AWARD PROJECT TITLE AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE AS:**

a. The program authorizing statue and program regulation cited in this Notice of Award; b. Conditions on activities and expenditures of funds in certain other applicable statutory requirements, such as those included in appropriations restrictions applicable to HRSA funds; c. 45 CFR Part 75; d. National Policy Requirements and all other requirements described in the HHS Grants Policy Statement; e. Federal Award Performance Goals; and f. The Terms and Conditions cited in this Notice of Award. In the event there are conflicting or otherwise inconsistent policies applicable to the award, the above order of precedence shall prevail. Recipients indicate acceptance of the award, and terms and conditions by obtaining funds from the payment system.

**39. ACCOUNTING CLASSIFICATION CODES**

| FY-CAN | CFDA | DOCUMENT NUMBER | AMT. FIN. ASST. | AMT. DIR. ASST. | SUB PROGRAM CODE | SUB ACCOUNT CODE |
|---|---|---|---|---|---|---|
| 25 - 3980879 | 93.224 | 24H80CS00051 | $0.00 | $0.00 | HCH | 24H80CS00051 |
| 25 - 3981180 | 93.224 | 24H80CS00051 | $0.00 | $0.00 | MH | 24H80CS00051 |

# HRSA Electronic Handbooks (EHBs) Registration Requirements

The Project Director of the grant (listed on this NoA) and the Authorizing Official of the grantee organization are required to register (if not already registered) within HRSA's Electronic Handbooks (EHBs). Registration within HRSA EHBs is required only once for each user for each organization they represent. To complete the registration quickly and efficiently we recommend that you note the 10-digit grant number from box 4b of this NoA. After you have completed the initial registration steps (i.e.,created an individual account and associated it with the correct grantee organization record), be sure to add this grant to your portfolio. This registration in HRSA EHBs is required for submission of noncompeting continuation applications. In addition, you can also use HRSA EHBs to perform other activities such as updating addresses, updating email addresses and submitting certain deliverables electronically. Visit https://grants3.hrsa.gov/2010/WebEPSExternal/Interface/common/accesscontrol/login.aspx to use the system. Additional help is available online and/or from the HRSA Call Center at 877-Go4-HRSA/877-464-4772.

# Terms and Conditions

**Failure to comply with the remarks, terms, conditions, or reporting requirements may result in a draw down restriction being placed on your Payment Management System account or denial of future funding.**

## Grant Specific Term(s)

1. Applicable Regulations – Prior to October 1, 2025, the recipient agrees this award will be subject to 45 C.F.R. Part 75 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for HHS Awards), with the exception of eight flexibilities HHS adopted on October 1, 2024, from 2 C.F.R. Part 200. See 2 C.F.R. § 300.1 (Adoption of 2 C.F.R. Part 200). After October 1, 2025, this award will be subject to all applicable provisions of 2 C.F.R. Parts 200 and 300 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards).

2. Funding beyond this budget period is contingent upon the availability of appropriated funds for this program, recipient satisfactory performance, program authority, compliance with the Terms and Conditions of the award, and a decision that continued funding is in the best interest of the Federal government.

   This award action is based on HRSA's approval of the recipient's application and any modifications at the time of this award. Continued support for this award may be subject to other programmatic considerations to the extent permitted by law, including, but not limited to, Administration priorities and court orders.

   Should additional federal funds not be available and/or shifting priorities affect the programmatic objectives of this award, the recipient will work with HRSA to revise any workplan tasks and budget in accordance with 45 CFR 75.308 (Revision of budget and program plans).

3. By accepting this award, including the obligation, expenditure, or drawdown of award funds, recipients, whose programs are covered by Title IX, certify as follows:

   • Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration of the Agreement.

   • The above requirements are conditions of payment that go the essence of the Agreement and are therefore material terms of the Agreement.

   • Payments under the Agreement are predicated on compliance with the above requirements, and therefore Recipient is not eligible for funding under the Agreement or to retain any funding under the Agreement absent compliance with the above requirements.

   • Recipient acknowledges that this certification reflects a change in the government's position regarding the materiality of the foregoing requirements and therefore any prior payment of similar claims does not reflect the materiality of the foregoing requirements to this Agreement.

   • Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the above requirements and/or eligibility for the Agreement may subject Recipient to liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

4. The grant condition stated below on NoA 6 H80CS00051-24-01 is hereby lifted.

   **Accessible Locations and Hours of Operation-c. Accurate Documentation of Sites within Scope of Project**: Within 90 days, provide documentation that the health center has corrected its scope of project and that all service sites within the HRSA-approved scope of project are now accurately recorded in HRSA's Electronic Handbooks (EHB) on the health center's Form 5B: Service Sites. Please see Chapter 6: Accessible Locations and Hours of Operation of the Health Center Program Compliance Manual (https://www.bphc.hrsa.gov/programrequirements/compliancemanual/index.html) for additional information and contact your project officer with any questions. (45 CFR 75.207(a) and 45 CFR 75.371)

5. The grant condition stated below on NoA 6 H80CS00051-24-01 is hereby lifted.

   **Clinical Staffing-e. Credentialing and Privileging Records:** Within 90 days, provide documentation of corrective actions taken to ensure up to date and complete credentialing and privileging of clinical staff (employees, individual contractors, and volunteers), including the

Case 2:25-cv-00814-BJR     Document 268     Filed 07/14/25     Page 11 of 12

maintenance of related files or records, consistent with operating procedures. Please see Chapter 5: Clinical Staffing of the Health Center Program Compliance Manual (https://www/bphc.hrsa.gov/programrequirements/compliancemanual/index.html) for additional information and contact your project officer with any questions. (45 CFR 75.207(a) and 45 CFR 75.371) **NOTE: For FTCA-deemed health centers, future deeming actions require health centers to have demonstrated compliance with this requirement.**

All prior terms and conditions remain in effect unless specifically removed.

## Contacts

### NoA Email Address(es):

| Name | Role | Email |
|---|---|---|
| Jim Beaumont | Program Director | jbeaumont@smcgov.org |
| Gozel Kulieva | Authorizing Official | gkulieva@smcgov.org |

Note: NoA emailed to these address(es)

All submissions in response to conditions and reporting requirements (with the exception of the FFR) must be submitted via EHBs. Submissions for Federal Financial Reports (FFR) must be completed in the Payment Management System (https://pms.psc.gov/).

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750