UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                              Plaintiffs,

        v.

SCOTT TURNER, in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                              Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF COUNTY OF
SANTA CLARA CHIEF
OPERATING OFFICER GRETA S.
HANSEN

I, GRETA S. HANSEN, declare as follows:

1.      I am a resident of the State of California.  I have personal knowledge of the facts stated in this declaration and, if called to do so, I could and would testify to them competently under oath.

2.      I am the Chief Operating Officer of the County of Santa Clara ("Santa Clara").  In this role, I am responsible for supervising and overseeing all of Santa Clara's operations.  In particular, my work focuses on increasing access to healthcare, housing, and food assistance for Santa Clara's most vulnerable residents; improving Santa Clara's child welfare and public benefits systems; leading response operations during local emergencies; expanding access to mental health and substance use treatment services; and other efforts to improve the health and welfare of our community.  I have served as Chief Operating Officer since August 2022.

3.      Prior to my role as Chief Operating Officer, I served as Chief Assistant County Counsel in the Office of the County Counsel, which provides legal services and advice for Santa Clara.  In that role, I oversaw much of the Office's work; advised the Board of Supervisors, Santa Clara executives, and numerous Santa Clara departments regarding a broad range of legal issues; served as one of the directors of Santa Clara's response to the COVID-19 pandemic; led

initiatives to improve and preserve service delivery to residents experiencing homelessness, mental illness, and substance use; and developed local policies to protect vulnerable residents. I began my service with the Office of the County Counsel in 2009, became a Lead Deputy in 2010, and served as Chief Assistant County Counsel from 2016 to 2022.

4.     I have served in leadership roles at Santa Clara for 15 years. I am deeply familiar with Santa Clara's policies, structure, operations, and budgeting processes, and I have developed particular expertise in the delivery of health, social, and emergency response services to vulnerable populations by Santa Clara departments.

5.     Santa Clara receives about $3.7 billion in funding from the federal government each year to support services and programs that serve our community. For the fiscal year that just ended on June 30, 3025, federal funding represented approximately 30% of Santa Clara's total adopted budget.

6.     The vast majority of Santa Clara's federal funding supports critical health care service delivery for Santa Clara County residents and the broader region. Santa Clara Valley Healthcare, Santa Clara's network of public hospitals and clinics, receives nearly 70% of its funding from the federal government. Indeed, of the total of $3.7 billion that Santa Clara receives in federal funding, more than half—$1.9 billion—goes to the Santa Clara Valley Healthcare system alone. Federal funding also directly supports 42% of the Social Services Agency's budget and about 30% of the Public Health Department's budget.

7.     Each year, I work with Santa Clara's County Executive and our budget analysts to prepare the County Executive's annual Recommended Budget to submit to the Board of Supervisors for final approval. The annual budget identifies Santa Clara's programmatic priorities and allocates projected resources and funding to implement those priorities. Once the budget is approved by the Board, the County Executive and I are responsible for ensuring that those policies are implemented with the allocated resources. Knowing that Santa Clara's federal funding is under threat from the Administration's attempts to impose intolerable grant conditions, in preparing the Recommended Budget for the upcoming Fiscal Year 2025-26, we

carefully reviewed the federal funding streams Santa Clara receives to understand their projected revenues for this coming year, as well as the fiscal and programmatic impacts of their potential loss.

8.      I am aware of the U.S. Department of Health and Human Services (HHS) Grants Policy Statement, issued on April 16, 2025.  I understand that the HHS Grants Policy Statement generally applies to HHS grant awards and award modifications as of April 16, 2025, and that HHS agencies may choose to apply parts of the Grants Policy Statement to non-discretionary awards.  I am also aware that various HHS agencies have issued standard terms and conditions.  I understand that some HHS agencies' standard terms and conditions, including the Administration for Children and Families (ACF) Standard Terms and Conditions issued on May 8, 2025, apply to non-discretionary awards.

**The County Health System**

9.      Santa Clara's County Health System is the second-largest county-owned health and hospital system in California, and one of the largest public health systems in the nation.  It is the only public safety-net healthcare provider in Santa Clara County.  The County Health System includes four acute-care hospitals, a network of primary and specialty care clinics, and a Custody Health Services Department that together comprise Santa Clara Valley Healthcare; as well as the Behavioral Health Services Department; Public Health Department; Emergency Medical Services Agency; and Valley Health Plan, which offers a range of health plans to county residents and employees.

**Santa Clara Valley Healthcare and Its HHS Grants**

10.      The four hospitals within Santa Clara Valley Healthcare (SCVH) provide critical emergency and acute care services to Santa Clara County residents.  Valley Medical Center provides the highest level of adult and pediatric emergency medical and trauma services and offers a wide range of specialty acute care services, including pediatric trauma, burn, and rehabilitation care; a regional high-risk neonatal intensive care unit; and a high-risk pregnancy program for women who have conditions that may affect their health or their baby's health.

O'Connor and St. Louise Hospitals both offer birth centers, among many other services, and O'Connor Hospital offers a pediatric urgent care clinic and a neonatal intensive care unit. Regional Medical Center provides emergency care and other hospital services in an otherwise underserved area of Santa Clara County.

11.     SCVH also operates a network of clinics, including 15 comprehensive health centers and several ambulatory care clinics located throughout Santa Clara County.  These health centers provide a full complement of primary care services, including internal medicine, family medicine, pediatrics, women's health, primary care, behavioral health, and dental services.

12.     SCVH relies on federal funding to provide healthcare services to some of Santa Clara's most vulnerable residents.  For example, Santa Clara is the recipient of an $8 million Healthcare for the Homeless grant through the HRSA Health Center Program for a project period of June 2023 to May 2026.  That grant funds SCVH's Valley Homeless Healthcare Program (VHHP).  VHHP provides care to more than 7,000 people experiencing homelessness each year, including through Mobile Health Centers that help staff provide services to vulnerable residents across the county.  In addition, through a Behavioral Health Service Expansion Grant from HRSA's Health Center Program (approximately $600,000 for the current federal fiscal year, and an additional $500,000 expected in the coming fiscal year for a total of $1.1 million), Santa Clara works to increase access to mental health and substance use disorder services, including medication-assisted treatment for opioid use disorder, for the highest-need, hardest-to-reach homeless patients.

13.     SCVH also receives approximately $360,000 in funding through ACF's Refugee and Entrant Assistance Discretionary Grants program.  That funding supports Santa Clara's Refugee Health Assessment Program, which provides healthcare services to newly arrived refugees, asylees, humanitarian parolees, Special Immigrant Visa holders, and victims of human trafficking.  These services include, but are not limited to, evaluating patients for communicable disease including viral hepatitis, tuberculosis, and chronic health conditions; connecting patients with chronic medical conditions to primary care services and specialty care services as needed;

providing vaccinations; and providing mental health services.

14.     In addition, through HRSA's Ryan White Part C Program, Santa Clara receives funding to support the delivery of healthcare and support services to underserved persons living with HIV and AIDS.  For example, Santa Clara's PACE clinic, operated by SCVH, uses Ryan White Part C funding to provide routine and specialized outpatient care, along with supplemental services such as care coordination and management for eligible community members.  For the current grant period (covering 2025 through the end of 2027) SCVH receives approximately $2 million in Ryan White Part C funds.

15.     SCVH also receives funding from HHS's National Institute on Disability, Independent Living, and Rehabilitation Research (NIDILRR), which it uses to fund its Spinal Cord Injury Model Systems (SCIMS) National Database.  This study collects long-term outcomes from individuals who have had spinal cord injuries, including following up in areas including rehabilitation, health and wellness, emotional distress, and re-hospitalization, and is aimed to improve care and services for individuals with spinal cord injuries.  This grant provides $2.4 million over a five-year grant period (September 2021 to August 2026).

16.     As a public safety-net provider, SCVH provides health services regardless of income or ability to pay.  SCVH is not a profit-making enterprise, and the costs of caring for our patients—who are disproportionately indigent, uninsured, or reliant on government-sponsored health coverage—exceed our revenues by hundreds of millions of dollars each year. Accordingly, each year Santa Clara makes a significant investment from its General Fund to support SCVH's operations.  In Fiscal Year 2023 (July 1, 2022 to June 30, 2023), Santa Clara invested $442 million from its General Fund to cover unreimbursed costs of SCVH services; in Fiscal Year 2024, Santa Clara increased that investment to $483 million; and in the most recent fiscal year, this contribution was $581 million.

17.     In total, SCVH receives approximately $13.8 million in federal grant funds for fiscal years 2025 to 2027, for services and programs like those listed above.  Of that amount, approximately $6.8 million remains outstanding.

DECL. OF GRETA S. HANSEN                5

18.     If SCVH were to lose federal funding, the loss would create a massive and untenable healthcare access crisis in Santa Clara County.  SCVH would not be able to continue providing the broad range of services it currently provides to the thousands of poor, elderly, and vulnerable populations that rely on SCVH as the safety net provider for their health care.  It would be impossible for SCVH to continue providing the same range, amount, or quality of services.

19.     The loss in funding would not only mean fewer and worse healthcare services, but it would also result in a substantially less healthy community, force layoffs of potentially thousands of SCVH employees, and impose greater health care costs on all Santa Clara County residents and anyone else using SCVH facilities.  At worst, the removal of federal funding could potentially force the closure of the only public safety net hospital system in Santa Clara County.

**The Public Health Department and Its HHS Grants**

20.     Santa Clara's public health functions are carried out by the Public Health Department (PHD).  PHD's mission is to promote and protect the health and well-being of all of Santa Clara County's 1.9 million residents.  None of the 15 cities in Santa Clara County has a health department, so the residents of all 15 cities as well as unincorporated areas of Santa Clara County rely on Santa Clara's PHD to perform essential public health functions.

21.     PHD's work is focused on: (1) infectious disease and emergency response; (2) maternal, child, and family health; (3) healthy communities; (4) environmental health; and (5) public health science, epidemiology, and informatics.  Federal funding plays a significant role in supporting PHD's efforts in each focus area.

22.     PHD is responsible for safeguarding the public health by preventing and controlling the spread of infectious diseases and planning for and responding to public health emergencies.  Programs in PHD's Infectious Disease and Emergency Response Branch receive reports on more than 80 different diseases and conditions; track trends; investigate individual cases of concern (e.g., measles); provide long-term case management for certain types of cases (e.g., active tuberculosis); provide immunizations; identify, investigate, and control outbreaks;

and plan for and respond to public health emergencies. They also ensure that all children attending school or using childcare facilities comply with State immunization requirements; conduct HIV and other STD testing and education for vulnerable communities; distribute opioid overdose prevention kits; and connect people to treatment for substance use disorders, HIV, tuberculosis, and other diseases. To support its communicable disease control function, PHD has a public health laboratory, which serves as a local and regional resource which local health providers, clinics, hospitals, and even law enforcement rely on to test and identify infectious diseases, toxins, biohazards, and other substances that could pose a serious risk to public health.

23.    PHD's Infectious Disease and Emergency Response Branch also operates two pharmacies. One of these pharmacies provides free, donated medicine to individuals who cannot afford the retail cost of such drugs. The other pharmacy specializes in serving patients with HIV/AIDS, patients with tuberculosis, and patients from PHD's STD clinic. Pharmacy staff also support communicable disease control by procuring and distributing essential medications and vaccines during outbreaks; researching pharmaceutical interventions; and distributing approximately 20,000 flu vaccines, annually, to health care providers in Santa Clara County to administer to low-income and elderly residents at no charge. In addition, pharmacy staff support Santa Clara's emergency preparedness program, should there be a need for mass prophylaxis or rapid response to a chemical or bioterrorism incident.

24.    Because Santa Clara County has one of the largest and most demographically diverse populations in the country and is home to Silicon Valley, residents travel to every corner of the globe for personal or professional reasons. The volume of international travel increases the risk of early introduction of unusual or emerging infectious diseases upon these residents' return, such as SARS in 2003 and SARS-CoV-2 in 2020. For example, PHD reported some of the earliest cases of COVID-19 and the first COVID-19-related death in the entire nation. As a result, PHD is on the front lines of detecting and containing unusual diseases and outbreaks.

25.    PHD relies on federal funding—including direct and pass-through grant funding—to support its work in infectious disease and emergency response. For example:

a.  Through HRSA's Ryan White Part A Program, PHD provides medical and support services to low-income individuals living with HIV/AIDS in Santa Clara County.  In Grant Year 2023, there were 1,209 Ryan White-funded clients in Santa Clara County—nearly one-third of all the persons living with HIV/AIDS in Santa Clara County.  The Ryan White Program is a payer of last resort, which means that program funds can be used only when Medi-Cal (California's health insurance program for low-income individuals) and all other third-party sources of payment have been exhausted.  Across Grant Year 2023 and Grant Year 2024, PHD was awarded approximately $6.82 million in direct Ryan White Part A grant funds.  PHD has budgeted to receive approximately $3.59 million in direct Ryan White Part A grant funds for Grant Year 2025.

b.  Through the Opioid Data to Action program managed by the Centers for Disease Control and Prevention (CDC), PHD works to implement proven harm reduction strategies to fight the opioid epidemic in Santa Clara County, where there were 317 drug overdose deaths and 5,419 non-fatal drug overdoses in 2023.  In Fiscal Year 2023, 1,770 clients participated in PHD's harm reduction efforts, which included: (1) linking community members to local substance use treatment, recovery services, and harm reduction supplies; (2) forming a post-overdose support team that provides evidence-based prevention tools, including fentanyl test strips and naloxone; and (3) launching a dashboard for overdose data that helps Santa Clara and community partners identify where to dedicate resources moving forward. From September 2023 to the present, PHD has been awarded approximately $4.45 million in direct Opioid Data to Action funds.

c.  PHD also relies on federal funding that passes through the State of California to support its infectious disease and emergency response work.  For example,

in Fiscal Year 2024–2025, the Department was awarded approximately $447,000 in federal funding through the Tuberculosis Control Local Assistance Program, which is administered by the CDC. These funds are used to support the operations of Santa Clara's Tuberculosis Prevention and Control Program, which, among other things, investigates all reports of confirmed or suspected tuberculosis infections in Santa Clara County and provides individualized case management to patients with tuberculosis to help prevent the spread of the disease, including within the patient's household and the broader community. Additionally, in Fiscal Year 2024–2025, PHD budgeted approximately $4.29 million in pass-through federal funding stemming from Immunization Cooperative Agreements with the CDC to assist Santa Clara in establishing and maintaining preventative health service programs that immunize community members and reduce the prevalence of vaccine-preventable diseases in the community.

26.     PHD also relies on federal funding to promote broader community health and well-being. For example, through the CDC's Building Resilience Against Climate Effects grant, PHD assists with building resilience to the health effects of extreme heat and poor air quality, including as caused by wildfire smoke. From September 2021 to present, PHD has been awarded approximately $1.2 million in this grant funding. Relatedly, using the CDC Strengthening Public Health Workforce, Foundational Capacity, and Data Modernization grant, PHD partnered with community-based organizations to foster the ability of local organizations to serve community members experiencing extreme heat, impaired air quality, and other climate hazards. From December 2022 to present, PHD has been awarded approximately $19.3 million in direct grant funding through this program.

27.     Federal funding also plays a critical role in PHD's work supporting Santa Clara County's most vulnerable children and families. For example, Santa Clara's Childhood Lead Poisoning Prevention Program, which was awarded approximately $272,000 in federal-only

pass-through grant funds in Fiscal Year 2024–2025, provides nursing and environmental case management and follow-up for lead-poisoned children, promotes screening for lead poisoning, and provides community education regarding lead poisoning prevention.

28.    The elimination of federal funding to PHD would have a devastating impact on vulnerable communities.  Approximately one-third of PHD's funding for Fiscal Year 2023-2024 was federally derived.  In the absence of any significant portion of such funding, Santa Clara would be forced to significantly reduce and curtail the critical services offered to the community by PHD.  Those services primarily benefit low-income persons, children, and people living with chronic disease.  Many, if not most, of these individuals simply would not get the care and resources that they need if they could no longer receive federally funded services from PHD.

29.    For example, the loss of Ryan White Part A funding for clients with HIV/AIDS would mean that over 1,000 low-income, chronically ill individuals in our community would not receive the health care, medications, and other essential services they need to survive and enjoy a reasonable quality of life.  Patients with HIV infection who are not adequately treated are also at greater risk of spreading HIV to others, meaning a loss of federal funding would lead to increased public health risks for the broader community.  Similarly, the loss of federal funding aimed at treating and reducing the spread of tuberculosis would not only undermine the health of individual low-income community members who presently rely on PHD's case management services, but would also threaten public health more broadly.  As yet another example of the range of potential harms, the loss of federal funding for Santa Clara's Childhood Lead Poisoning Prevention Program would make it difficult, if not impossible, to provide nursing and case management support to lead-poisoned children, as well as screening and education services for the broader community.

30.    The impact of any loss in federal funding would not be limited to services traditionally funded by federal dollars.  A withdrawal of federal funding for Santa Clara would require a countywide realignment of funding and priorities, and with that realignment, money that is currently allocated to PHD from General Fund might be redirected to make up for a loss

of federal funding in other departments.  This would be devastating to PHD's operations and to the people we serve.  A loss of federal funding, combined with a potential reduction in Santa Clara's general funds for PHD, would require PHD to make difficult decisions about how to reallocate its remaining funds, which communities to prioritize, and which diseases and health conditions to focus on at the expense of others.  Rather than being in a position to create and implement proactive strategies to promote health and prevent disease, PHD would be forced into focusing on reactive services designed to address public health crises (e.g., communicable disease control), services that PHD is mandated by law to provide (e.g., birth and death registration), and a modicum of services for the neediest populations.  A withdrawal of federal funding would compromise PHD's ability to prevent public health emergencies and outbreaks, to prevent chronic diseases, and to foster healthy families and healthy communities.

31.    A sustained loss of federal funding to Santa Clara would ultimately result in a far sicker and less healthy community overall and for generations to come.  The collateral costs would be many: greater health care costs for individuals, their families, their employers, and for Santa Clara itself, which is mandated by law to provide health care to the medically indigent.  In addition to imposing costs on all Santa Clara County residents and institutions (costs those residents and institutions may not be able to bear), I am aware that an increase in incidents of sickness and illness can result in financial instability for families, a less productive workforce, and poorer educational and economic outcomes for children.

**The Behavioral Health Services Department and Its HHS Grants**

32.    Santa Clara's Behavioral Health Services Department (BHSD) provides behavioral health services to adults and youth to treat and prevent substance use disorders and serious mental illness.  Through its own clinics and contracted providers, BHSD provides treatment services to over 31,500 Santa Clara residents annually.  These services include outpatient mental health and substance use treatment services, such as therapy, medication management, case management, and counseling; residential treatment services for those who need a stable living environment while receiving behavioral health services on-site; acute and

subacute services for individuals requiring inpatient treatment; and 24/7 crisis intervention services, including a crisis hotline and mobile crisis teams. Through this array of services, BHSD provides a full continuum of integrated and developmentally appropriate behavioral health services and supports, with the aim of assisting Santa Clara residents who are affected by serious mental illness and substance use disorders to achieve wellness and quality of life goals.

33. BHSD also provides prevention, education, and early intervention programs to promote mental wellbeing, reduce stigma and increase awareness, and identify behavioral health issues before they escalate and require higher levels of care. These efforts include school-based prevention and early intervention services for youth, programs targeted to older adults, and suicide prevention programs, among others. Through its prevention, education, and treatment services, BHSD reaches over 110,000 Santa Clara residents each year.

34. BHSD primarily serves Santa Clara residents who are uninsured or enrolled in Medi-Cal (California's implementation of Medicaid). BHSD relies heavily on federal funding to provide critical behavioral health services to these residents, including not only Medicaid funding but also a range of federal grants. For example, BHSD is a subrecipient of federal funds from the Substance Use Prevention, Treatment, and Recovery Services Block Grant (SUBG), the Community Mental Health Services Block Grant (MHBG), and the Projects for Assistance in Transition from Homelessness (PATH) grant. Each of these grants is administered by the Substance Abuse and Mental Health Services Administration (SAMHSA), a subagency of HHS, and Santa Clara is a subrecipient of grant funds that are passed through the California Department of Health Care Services.

35. For Fiscal Years 2024–25 and 2025–26, BHSD was allocated over $13.5 million per fiscal year from the SAMHSA-administered SUBG, MHBG, and PATH grant programs. This federal funding supports mental health and substance use treatment programs that are essential to the health and well-being of some of Santa Clara's most vulnerable residents.

36. For example, for Fiscal Years 2024–25 and 2025–26, BHSD was allocated over $11.7 million per fiscal year in SUBG funds to support outpatient substance use treatment

services for youth, residential treatment and recovery programs for adults, and substance use prevention efforts. For youth, SUBG funds support operations at BHSD's Children, Family & Community Service (CFCS) Youth Substance Use Treatment Services Clinic, which provides outpatient, recovery, and medication-assisted treatment services to youth who are struggling with substance use disorders. In addition to supporting clinic operations, SUBG funds are also used to provide transportation and outreach services to help ensure that youth are able to attend scheduled appointments and follow through with medically necessary services. For adults, SUBG funds support several residential substance use treatment and recovery programs, including perinatal residences that provide a safe, substance-free environment for pregnant and parenting mothers while they receive treatment and recovery support; residential treatment programs that provide 24-hour treatment and support based on individual needs; and recovery residences that provide a home-like, substance-free living environment and recovery supports for adults receiving outpatient substance use treatment services. SUBG funds also support programs intended to prevent binge drinking among youth, decrease cannabis use among youth, and reduce opioid (and specifically fentanyl) use by both youth and adults.

37.     For Fiscal Years 2024–25 and 2025–26, BHSD was also allocated over $1.5 million per fiscal year in SAMHSA-administered MHBG funds. These funds support important mental health services for Santa Clara youth, including BHSD's First Episode Psychosis program, which provides comprehensive behavioral health services and supports for young adults with serious mental illness; and BHSD's Behavioral Health and Resource Coordination Program, which provides essential care coordination for youth with co-occurring mental health and substance use needs, including youth involved in the juvenile justice and/or child welfare systems. MHBG funds also support BHSD's Behavioral Health Call Center, a 24-hour toll-free crisis and referral line that provides screenings, information, and linkage to specialty mental health and substance use treatment services, and training for providers on evidence-based practices focused on treatment of complex cases.

38.     BHSD, in partnership with Santa Clara's Office of Supportive Housing, also

relies on SAMHSA-administered grant funds to assist chronically homeless residents who struggle with mental illness. For Fiscal Years 2024–25 and 2025–26, BHSD was allocated over $250,000 per fiscal year in SAMHSA-administered PATH funds. These funds are used to support Office of Supportive Housing services that provide outreach and engagement to chronically homeless adults and help these vulnerable individuals access housing, mental health and substance use treatment services, medical care, public benefits, and other supportive services.

**The Social Services Agency and Its HHS Grants**

39.    The mission of Santa Clara's Social Services Agency is to provide resources and opportunities that enhance the quality of life in our community by protecting and serving vulnerable children, adults, and families. Virtually all the Social Services Agency's federal funds pass through the State of California to Santa Clara, and more than 99% of these are reimbursement-based.

40.    HHS funds many of the public benefits and supportive services provided by Santa Clara's Social Services Agency. Apart from Medicaid-related payments, the Social Services Agency receives a significant amount of HHS funding administered by ACF, a subagency of HHS.

41.    In Fiscal Year 2024–25, Santa Clara's Social Services Agency budgeted approximately $208 million in federal funding from ACF. In Fiscal Year 2025–26, the Social Services Agency expects to receive approximately $216 million in federal funding from ACF. Except for one grant—the 2024–27 Welfare Reform Research, Evaluations, and National Studies grant of about $110,000 per fiscal year, supporting data analysis in the administration of the Temporary Assistance for Needy Families program—the ACF funding that the Social Services Agency receives is non-discretionary.

42.    The Social Services Agency serves Santa Clara residents through four components: (1) the Department of Aging and Adult Services, (2) the Department of Employment and Benefit Services, (3) the Department of Family and Children's Services, and

(4) the Office of Veterans Services.  ACF grants play an indispensable role in funding the work of the Department of Employment and Benefit Services and the Department of Family and Children's Services.

43.    The Department of Employment and Benefit Services provides low-income Santa Clara residents with access to programs that provide health insurance, employment services, foster-care benefits, food assistance, and support for basic living costs.  In doing so, it promotes the transition of public-assistance recipients to employment and self-sufficiency.  Key programs administered by the department and supported by ACF funding include the following:

a.    The CalWORKs program helps eligible families become self-supporting through temporary cash aid, childcare, and job assistance.  During Fiscal Year 2023–24, over 20,639 Santa Clara residents received CalWORKs benefits each month.  Approximately 71 percent of these beneficiaries were children.  The Department of Employment and Benefit Services also provided employment training services to an average of 3,159 Santa Clara residents per month.  In Fiscal Year 2023–24, the Social Services Agency received approximately $102 million in federal funds for CalWORKs through ACF's Title IV-A Temporary Assistance for Needy Families (TANF) program.  This allocation increased to approximately $120 million for Fiscal Year 2024–25, and is expected to be approximately $120 million in Fiscal Year 2025–26.

b.    Two programs support eligible refugees.  First, the Refugee Cash Assistance program provides cash aid to refugees who are not otherwise eligible for any other cash aid.  Second, the Refugee Support Services program promotes self-sufficiency among refugees by providing Refugee Employment Services with Vocational English as a Second Language services, a six- to twelve-month full-time program that connects participants with job opportunities.  In Fiscal Year 2024–25, the Social

Services Agency budgeted approximately $13 million in federal funds for these programs through ACF's Refugee Cash and Medical Assistance and Refugee Support Services grants. This allocation is expected to be approximately $12 million in Fiscal Year 2025–26.

44. The Department of Family and Children's Services provides child welfare services to protect children from abuse and neglect and to advance child safety and family well-being. It provides prevention and early intervention services, including in-home services to prevent the need to remove children from their homes and to support less restrictive placement options for children who have been removed from their homes. In doing so, the department partners with diverse community organizations to ensure that any child or youth who is at risk or has suffered abuse or neglect is safe, cared for, and grows up in a stable, loving family, on a path to reaching their unique potential.

45. Child welfare services include emergency response services, family maintenance services, family reunification services, and permanent placement services for children or youth at risk of abuse and neglect, children in out-of-home placements, and adopted children. Each month of Fiscal Year 2023–24, the Department of Family and Children's Services received between 1,800 and 3,000 calls on its child abuse hotline, resulting in approximately 800 to 1,000 referrals. Each month, family maintenance services were provided to an average of 344 children living in their homes, and services to assist with independent living were provided to an average of 119 youth transitioning from out-of-home care. There were an average of 597 children in out-of-home placements each month. In addition, during Fiscal Year 2023–24, 1,659 adopted children received assistance through the Adoption Assistance Program. In Fiscal Year 2023–24, the Social Services Agency received approximately $70 million in federal funds from HHS to provide child welfare services. This allocation increased to approximately $76 million in Fiscal Year 2024–25, and is expected to further increase to approximately $83 million in Fiscal Year 2025–26.

46. Key services and programs administered by the department and supported by

ACF funding include the following:

    a.   Social workers and other personnel at the Department of Family and Children's Services protect children from abuse and neglect, promote their healthy development, and provide services to families to preserve and strengthen those families' ability to care for their children.  In Fiscal Year 2024–25, the Social Services Agency budgeted approximately $40 million in federal funds for this work's administrative and operating expenses through ACF's Title IV-E Foster Care program.  This allocation is expected to be approximately $38 million in Fiscal Year 2025–26.

    b.   The Adoption Assistance Program connects eligible children with the security and stability of a permanent home through adoption.  Participating children may receive benefits like a monthly stipend until age eighteen or, with documentation of a disability, until age twenty-one.  The program facilitates each step of the adoption process, including requests for benefits, eligibility reassessments, benefit negotiations, and executions of Adoption Assistance Program agreements.  In Fiscal Year 2024–25, the Social Services Agency budgeted approximately $18 million in federal funds for this program through ACF's Title IV-E Adoption Assistance program.  This allocation is expected to be approximately $21 million in Fiscal Year 2025–26.

    c.   The Social Services Agency is responsible for issuing out-of-home care payments to children who are placed by the Department of Family and Children's Services, the Juvenile Probation Department, or voluntary placement.  Foster-care eligibility workers determine payment and funding-source eligibility.  In Fiscal Year 2024–25, the Social Services Agency budgeted approximately $10 million in federal funds for these payments through ACF's Title IV-E Foster Care program.  This allocation

1    is expected to be approximately $16 million in Fiscal Year 2025–26.

2    d.  Title XX funding through ACF's Social Services Block Grant helps the

3    Social Services Agency provide a range of social services to low-income

4    individuals and families, including services aimed at preventing child

5    abuse.  These funds are used to pay staff and associated overhead and

6    contracted services for case management.  In Fiscal Year 2024–25, the

7    Social Services Agency budgeted approximately $1.8 million in federal

8    funds for these services through ACF's Social Services Block Grant.  This

9    allocation is expected to be approximately $1.8 million in Fiscal Year

10    2025–26.

11    e.  Title IV-B funding through ACF's Promoting Safe and Stable Families

12    program helps the Social Services Agency provide community-

13    coordinated services for family preservation, adoption promotion and

14    support, and community-based family support.  These funds are used to

15    pay for Camp PAKK (Parents Adopting Kids Kamp), Parent Advocate

16    Services, and Differential Response (Family Preservation and Family

17    Support).  In Fiscal Year 2024–25, the Social Services Agency budgeted

18    approximately $1.2 million in federal funds for these services through

19    ACF's Promoting Safe and Stable Families program.  This allocation is

20    expected to be approximately $1.2 million in Fiscal Year 2025–26.

21    f.  The Kinship Guardianship Assistance Payment program provides monthly

22    financial support to formerly dependent youth and their legal guardians

23    when guardianship is ordered by the juvenile court.  The program

24    enhances family preservation and stability by providing a route to

25    permanency when reunification or adoption cannot occur.  In Fiscal Year

26    2024–25, the Social Services Agency budgeted approximately

27    $1.1 million in federal funds for this program through ACF's Title IV-E

DECL. OF GRETA S. HANSEN                    18

Guardianship Assistance program. This allocation is expected to be approximately $1.1 million in Fiscal Year 2025–26.

g. Title IV-B funding through ACF's Stephanie Tubbs Jones Child Welfare Services program helps the Social Services Agency provide child welfare services aimed at preventing child abuse and neglect, keeping families together through programs like family preservation, and promoting the safety and well-being of children in foster care, including providing necessary training for child welfare workers. These funds are used to provide case management to families. In Fiscal Year 2024–25, the Social Services Agency budgeted approximately $1.1 million in federal funds for these services through ACF's Stephanie Tubbs Jones Child Welfare Services program. This allocation is expected to be approximately $1.1 million in Fiscal Year 2025–26.

47. The loss of ACF funding to Santa Clara would devastate the Social Services Agency. It would result in a drastic and across-the-board reduction of services and staff positions in the Department of Employment and Benefit Services and the Department of Family and Children's Services. The Social Services Agency's direct services primarily benefit low-income individuals, children, seniors, and people with disabilities. Many if not most of the Social Services Agency's clients lack financial or other means to otherwise obtain the services they need.

48. To put this impact into stark terms, the loss of CalWORKs funding would deprive more than 21,000 Santa Clara residents striving to become self-sufficient of the assistance needed to achieve that goal.

49. The loss of funding for child welfare services, including foster care, would expose thousands of Santa Clara's most vulnerable children to abuse and neglect.

50. The loss of Adoption Assistance Program funding would reduce access to therapy and other necessary services for approximately 1,659 children with complicated medical

conditions.

51.    The impact of any significant loss in ACF funding would almost certainly force the Social Services Agency to narrow its focus, cutting back its portfolio of services to the minimum that the Social Services Agency is mandated by state law to provide.  Ultimately, because the Social Services Agency provides many of the core services to combat poverty and insecurity at the local level, a loss of federal funding to the Social Services Agency would result in poorer educational and economic outcomes for children, decreased quality of life and life expectancy for seniors, and tremendous uncertainty for families.

52.    Moreover, the loss of ACF funding would be felt far beyond the Santa Clara residents who directly rely on the Social Services Agency's safety-net services.  Ninety-eight percent of the Social Services Agency's 2,875 coded staff positions are funded at least in part by federal dollars.  And this figure does not even capture the individuals working under contract with the Social Services Agency—providing food, counseling, domestic violence intervention, child abuse prevention, daycare, senior services, legal services, emergency shelter, healthcare, immigration counseling, job training, education, and social adjustment programs—who were fully or partially supported by federal dollars in Fiscal Year 2023–24.  A loss of ACF funding would therefore drastically impact Santa Clara's ability to retain and support its employees as well.

**Santa Clara Will Suffer Irreparable Harm if HHS's Grant Conditions Are Not Enjoined**

53.    In addition to the department- and program-specific points I highlighted above, the potential loss of federal funding stemming from uncertainty related to the HHS grant conditions—particularly when considered alongside the uncertainty stemming from the HUD and DOT grant conditions discussed in Santa Clara's earlier filings in this case—places Santa Clara in an untenable position.  While Santa Clara has some contingency reserves, they are not remotely adequate to cover this potential scope of loss in federal funding.  As a result, and because Santa Clara is continuing to operate federally funded programs on a daily basis, of which many are structured based on a federal reimbursement model, Santa Clara needs to know

whether to: (1) continue incurring tens or hundreds of millions of dollars in costs to provide services to its residents that may never be reimbursed by the federal government; (2) discontinue essential and sometimes legally mandated safety-net services to Santa Clara's most vulnerable residents; or (3) in an attempt to avoid either of these outcomes, be effectively conscripted into adopting federal policy positions fundamentally at odds with our mission.

54.    Santa Clara's need for relief is urgent.  Without quick relief and clarification regarding the legality and effect of the HHS grant conditions, Santa Clara could have to wait months or years before final resolution of this case.  The timeline for making these decisions is imminent.  Some of the federal grants discussed in this declaration have fast-approaching draw-downs, including dates as soon as this month if extensions are not granted.

55.    These concerns are not hypothetical.  In recent weeks, Santa Clara has had to confront decisions whether to submit applications or forgo specific federal funding sources under a cloud of uncertainty about the HHS grant conditions.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at _San José_, California this _8_ day of July, 2025.

_____
Greta S. Hansen

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750