UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>SECOND SUPPLEMENTAL DECLARATION OF COUNTY OF SANTA CLARA ACTING DIRECTOR FOR SUPPORTIVE HOUSING KATHRYN J. KAMINSKI |

I, KATHRYN J. KAMINSKI, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of all facts stated in this declaration, and if called to do so, I could and would testify to them competently under oath.

2. I make this declaration to describe the harm to the County of Santa Clara ("Santa Clara") and residents of the county if the U.S. Department of Housing and Urban Development (HUD) is allowed to impose and enforce the same conditions that were enjoined by this Court's orders on May 7, 2025 and June 3, 2025, on other federal grant programs for housing, community development, and homelessness services. This declaration supplements my declaration filed May 5, 2025, and supplemental declaration filed May 16, 2025.

3. The County of Santa Clara ("Santa Clara") annually receives approximately $2-3

SECOND SUPPLEMENTAL DECL. OF KATHRYN J.
KAMINSKI - 1

million in Community Development Block Grant (CDBG) and HOME Investment Partnership Program (HOME) funds. CDBG funds support community development activities including public facility improvements, community and economic development projects that benefit low- and moderate-income residents, housing rehabilitation, and public services and fair housing services that benefit low-income residents, seniors, people with disabilities, and other vulnerable populations. HOME funds support affordable housing for low-income households.

4. As a qualifying "Urban County" under the CDBG regulations, Santa Clara is an "Entitlement Community," meaning it qualifies to directly receive CDBG funding because it meets a population threshold. As an Urban County, HUD regulations allow Santa Clara to partner with "units of local government," which are cities and towns that do not meet the population threshold to themselves qualify as Entitlement Communities. Santa Clara administers CDBG in the unincorporated areas of Santa Clara County (within Santa Clara's own jurisdiction) and on behalf of small, non-Entitlement cities within the county: Campbell, Los Altos, Los Altos Hills, Los Gatos, Monte Sereno, Morgan Hill, and Saratoga. In other words, Santa Clara submits all required components of CDBG funding on behalf of itself and each of the non-Entitlement city partners, and then uses the CDBG funding to support projects and services within those cities.

5. The HOME Program supports a variety of affordable housing initiatives for low-income households; it is flexible funding that local governments can use to acquire, construct, and/or rehabilitate affordable housing for rent or homeownership or provide direct rental assistance to low-income people.

6. HUD requires grantees of CDBG funding to produce a Consolidated Plan – a guiding document for the use of CDBG and HOME funds – every five years, as well as annual

SECOND SUPPLEMENTAL DECL. OF KATHRYN J. KAMINSKI - 2

action plans to implement Consolidated Plan Goals each program year. Santa Clara, with contributions from its city partners, has already invested nearly $500,000 to hire a consulting firm to prepare the Consolidated Plan required for this year's CDBG and HOME grants. This figure does not include Santa Clara staff time and resources that have been invested in the preparation of the Consolidated Plan and Annual Action Plans, in reliance on the promise of these formula grants.

7. On May 14, 2025, Santa Clara received a letter from Claudette Fernandez, General Deputy Assistant Secretary for Community Planning and Development, informing us that Santa Clara had been allocated $1,380,034.00 in CDBG funds and $803,907.79 in HOME funds. A true and correct copy of this letter is attached hereto as **Exhibit A**.

8. Santa Clara's Office of Supportive Housing has essentially completed all steps for its CDBG and HOME post-award submissions: it has completed its Consolidated Plan and has held the required public hearings on the Consolidated Plan.

9. One of the required forms to be completed and submitted with the Consolidated Plan is HUD 424-B Assurances and Certifications. This year, HUD has changed the Assurances and Certifications to include an assertion that says "the applicant . . . [w]ill not use Federal funding to promote diversity, equity, and inclusion (DEI) mandates, policies, programs, or activities that violate any applicable Federal anti-discrimination laws." To my knowledge, this language was not included in the HUD 424-B Assurances and Certifications until this year.

10. I am also aware of a June 5, 2025 letter from HUD General Deputy Assistant Secretary Fernandez to the Council of State Community Development Agencies and the National Community Development Association. The letter informs recipients of the deadline to submit Annual Action Plans or Consolidated Plans, lists the regulations governing the requirements for

SECOND SUPPLEMENTAL DECL. OF KATHRYN J.
KAMINSKI - 3

CDBG and HOME grantees' Annual Action Plans and Consolidated plans, and states that the Fiscal Year 2025 grant agreements for CDBG and HOME will include certain conditions. It then lists conditions that are the same as the conditions inserted into HUD's Continuum of Care (CoC) grant agreements that Santa Clara received.

11. CDBG-funded projects are already subject to statutory and regulatory eligibility requirements. To be eligible, a CDBG-funded project must be an "eligible activity" and also meet one of three "national objectives" (as defined by HUD regulation). Eligible activities include, for example, improvement of public facilities, construction of housing, and public services. Then, the project must meet one of the following national objectives: (1) serve low- and moderate-income persons; (2) address slums or blight; or (3) address urgent community development needs to respond to specific health or welfare threats. As the Entitlement Jurisdiction receiving the CDBG funds, Santa Clara has a responsibility to ensure that all projects receiving CDBG funding meet these requirements.

12. In addition to CDBG and HOME funds, Santa Clara also expects to receive $350,000 of HUD's Emergency Solutions Grant (ESG) funding, which Santa Clara receives as a passthrough grant from the state.

13. Additionally, Santa Clara has applied for, and received, HUD Community Project Funding (CPF) for investment in development projects. My general understanding of how this grant program works is that grantees may make funding requests through their local elected officials. Congress then appropriates funding for particular recipients and projects. HUD is the agency charged with administering the individual grant awards for the funds appropriated by Congress. After Congress appropriates the funds, HUD then informs grantees by letter of the funding amounts appropriated for their project and next steps to access the funding from HUD.

14.     Currently, Santa Clara has two CPF grant projects administered by the Office of Supportive Housing (OSH), with over five million dollars in total funding awarded in Fiscal Year 2024. One project received $1,000,000 for rehabilitation work at a veteran's housing facility, and Santa Clara has requested an additional $4 million to help meet the supportive housing need for veterans in the community. The second project was awarded just over $4 million for the Silicon Valley African American Cultural Center, a new development for which plans include affordable housing and community space.

15.     Additionally, I am aware that Congress has appropriated approximately $1.7 million in CPF funding for a project administered by Santa Clara's Department of Planning and Development. The project is called the Farmworker Housing Rehabilitation and Electrification Pilot Program.

16.     As with Santa Clara's CoC funds, which I described in my declaration filed on May 5, Santa Clara has ongoing contractual relationships with subrecipients of CDBG—service providers, community organizations, and local jurisdictions. Annual HOME funds are included in Santa Clara's housing and community development budget and plans. And, because the dates of HUD's CDBG award do not line up with Santa Clara's fiscal calendar, each year Santa Clara enters into a number of subrecipient agreements that begin on July 1, with the expectation that the appropriated CDBG funds will be forthcoming to the County as an Entitlement Community. In reliance on the CDBG award announcement, Santa Clara has already budgeted, and contracted for, a portion of its awarded CDBG funds.

17.     The programs supported by this funding include: 13 public service projects estimated to provide approximately 1,500 unduplicated individuals with critical services including legal aid, temporary housing and shelter, case management, senior support services,

SECOND SUPPLEMENTAL DECL. OF KATHRYN J.
KAMINSKI - 5

and mentorship for at-risk-youth; one economic development program to support in-home family childcare microenterprises; fair housing services; development of affordable and supportive housing; improvements to public services facilities; and home repairs for low-income, senior homeowners.

18. Based on the June 5 Fernandez letter to the community development associations described above, it appears that, if Santa Clara does not agree to the conditions that HUD intends to place in the CDBG grant agreements (or if those terms are not enjoined by this Court like they have been for the CoC grant agreements), Santa Clara faces losing the more than $2 million in CDBG and HOME funds. If HUD refuses to process Santa Clara's CDBG grant because of those conditions, the County will be forced to choose between cancelling the subrecipient agreements for CDBG-funded projects, or diverting funds away from other Santa Clara programs and/or services to replace the lost funding. In the current budget situation (described in my declaration filed May 5), being forced to reallocate this amount of funds would result in further hardships on Santa Clara —including potentially further cuts to programs, services, and staff positions.

19. Additionally, as mentioned above, Santa Clara administers CDBG on behalf of seven local communities that would not otherwise qualify for CDBG funding themselves. If Santa Clara did not administer the CDBG grant on behalf of these cities, they would not be able to utilize CDBG funds for community development and services for low-income families in their respective jurisdictions. Without these funds, such programs would likely not exist within those cities, creating greater pressures and burdens on Santa Clara's other safety net and supportive programs.

20. While, at the time I am submitting this declaration, I do not know whether HUD

SECOND SUPPLEMENTAL DECL. OF KATHRYN J. KAMINSKI - 6

will impose the same conditions in the ESG and CPF grant agreements or required assurances and certifications, the fact that HUD announced (after this court's orders granting Plaintiffs' motions for a temporary restraining order and for a preliminary injunction were issued), that it would include the same conditions in the CDBG grants, and that HUD has issued (and not revised nor rescinded) a memorandum stating that these same conditions are "administrative requirements" "that may apply to recipients of HUD's financial assistance programs," leave me concerned that HUD will attempt to impose the same conditions on other grants that Santa Clara receives.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at San José, California this 8th day of July, 2025.

*Kathryn J. Kaminski*
Kathryn J. Kaminski

SECOND SUPPLEMENTAL DECL. OF KATHRYN J. KAMINSKI - 7

# EXHIBIT A



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-7000

OFFICE OF COMMUNITY PLANNING
AND DEVELOPMENT

May 14, 2025

The Honorable Otto Lee
President Board of Supervisors of Santa Clara County
70 West Hedding Street
10th Floor
San Jose, CA 95110-1768

Dear Otto Lee,

    Secretary Scott Turner is committed to improving housing opportunities, reducing regulations to lower housing cost, and expanding housing supply for hardworking Americans. The nationwide shortage of rental and owner-occupied properties and the current rate of construction has not kept pace with the demand.  This lack of adequate housing supply leads to higher prices for renters and homebuyers alike, forcing some into homelessness and preventing countless Americans from becoming homeowners.  Across the country, partnerships between public and private sectors are providing millions of Americans an opportunity to get ahead.  HUD is determined to continue its collaboration with you so programs are responsibly utilized and can spark additional leveraging and partnerships to address the nation's housing crisis.

    As authorized by the Consolidated Appropriations Act (Public Law 119-4) on March 15, 2025, I am honored and excited to announce that your jurisdiction is receiving the following Fiscal Year 2025 allocations for the identified programs:

        Community Development Block Grant (CDBG) - $1,380,034.00

        HOME Investment Partnerships (HOME) - $803,907.79

        Emergency Solutions Grants (ESG) - $0.00

        Housing Opportunities for Persons W/ HIV/AIDS (HOPWA) - $0.00

        Housing Trust Fund (HTF) - $0.00

        Recovery Housing Program (RHP) - $0.00

    In addition, your jurisdiction's CDBG allocation for this year provides you with $6,900,170.00 in available Section 108 loan guarantee borrowing authority.  Section 108 permits you to borrow up to five times of your current CDBG allocation.  This loan allows jurisdictions to maximize access to low-interest capital, and provide long-term financing to invest in Opportunity Zones, or further address gap financing for big projects that you envision for your community.

      As you are finalizing your Annual Action Plans or Consolidated Plans that are due for submission to our office by August 16, 2025, please be reminded that it is important to align with executive orders and applicable laws.  If you or any member of your staff have questions, please do not hesitate to contact your local HUD Field Office in San Francisco or CPDGDAS@hud.gov.

      Thank you for your interest in CPD programs and for ensuring that these dollars are responsibly achieving outcomes as intended by law.  When people have a safe and stable place to call home, they can focus on contributing to the economy and be productive members of their respective communities.

Sincerely,

Claudette Fernandez
General Deputy Assistant Secretary
   for Community Planning and Development

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750