THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                              Plaintiffs,

    v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                  Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF MARC
AMARAL

I, MARC AMARAL declare as follows:

1.      I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2.      I am the Administrative Services Officer for the Housing and Human Services Department for the City of Santa Monica ("City"). I have been in this position since June 2024.

3.      As the Administrative Services Officer, I provide strategic guidance and support for the financial and operational activities of all department divisions.

4.      The City is a longtime recipient of Community Development Block Grant ("CDBG") and HOME Investments Partnership Act Program ("HOME") funds, both administered by the federal Department of Housing and Urban Development ("HUD"). The CDBG program is designed to benefit the residents of eligible low- and moderate-income

DECLARATION OF MARC AMARAL - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

neighborhoods. The HOME Program is the largest federal block grant to state and local governments designed exclusively to support affordable housing for low-income households.

5.      CDBG are formula-based entitlement programs. CDBG allocations are determined each year by HUD based on formula which uses objective measures of community needs, including the extent of poverty, population, housing overcrowding and other measures. HOME provides formula allocations of at least $500,000 each year to eligible cities, based on the relative inadequacy of the city's housing supply, the city's incidence of poverty, and other factors.

6.      Around Spring each year, HUD notifies the City of our allocation of CDBG and HOME funds. The City's CDBG entitlement for 2025-2026 is $1,114,932, and the City's HOME entitlement for 2025-2026 is $502,428. The City also projects to receive an additional $50,000 in CDBG funds and $40,000 in HOME funds from program income from repayment of, and interest earned on, housing improvement loans issued in previous years.

7.      To accept the CDBG and HOME allocations, the City submits to HUD a Consolidated Plan every five years detailing priority needs and goals for use of HOME and CDBG funds, and an Annual Action Plan each year detailing the use of the funds for that year. The Housing and Humans Services Department is responsible for preparing these plans. On June 24, 2025, the Santa Monica City Council approved the 2025-2029 Consolidated Plan for the next five-year period and the 2025-2026 Annual Action Plan to implement the first year of the new Consolidated Plan.

8.      The City's 2025-2029 Consolidated Plan identifies high priority community needs, establishes associated housing and community development strategies, and institutes a set of objectives to guide CDBG and HOME funding decisions over the next five program years.

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

The identified priority needs include public infrastructure and facilities enhancements, affordable housing opportunities, services for low-income community members and people experiencing homelessness, and support for low-income workers and business owners. To advance these priorities, the 2025-2026 Annual Action Plan identifies 5 major initiatives to be funded with CDBG and/or HOME funds with the City's 2025-2026 CDBG and HOME entitlement allocations:

- $500,000 of CDBG funds for Phase II development of a community garden in a vacant land parcel, previously purchased partially with CDBG funds to develop a beneficial community resource;

- $207,946 of CDBG funds to renovate the Virginia Avenue Park (VAP) Playground to update equipment and install a more accessible surface and shade covering;

- $174,000 of CDBG funds for the operation of an outreach team for people experiencing homelessness, including substance abuse treatment services that increase the City's capacity to effectively address substance use and overdose among the City's homeless populations;

- $50,000 of CDBG funds to fund the City's Small Business Assistance and Tenant Improvement Program to continue supporting economic growth for eligible small businesses;

- $412,821 in HOME funds for rental subsidies for qualifying low-income households who may be at risk of losing housing. The City in turn makes this money available to the Santa Monica Housing Authority ("SMHA") who administers the HOME Voucher program, a tenant-based rental assistance

DECLARATION OF MARC AMARAL - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

program that operates similarly to the Section 8 tenant-based rental assistance programs.

9.      In addition to these initiatives, the 2025-2026 Annual Action Plan proposes allocating up $287,229—which represents 20% of the City's CDBG allocation and 10% of the City's HOME allocation—to staff time and resources to administer the programs, in compliance with federal regulations. ~~The~~ Annual Action Plan also identifies $75,364—15% of the City's HOME allocation—as a set-aside for Community Housing Development Organization activities, as required by federal regulations.

10.     In addition to submitting the City's Consolidated Plan and Annual Action Plan, the City must also submit Application for Federal Assistance SF-424 (OMB Form Number 4040-0004), a true blank copy of which is attached hereto as **Exhibit A**.

**11.**     Section 21 of the SF-424 requires the City agree that that "**[b]y signing this application, I certify (1) to the statements contained in the list of certifications** \*\* . . . . . **I also provide the required assurances**\*\*\* **and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001).**" (Bold in original.)

12.     Attached as **Exhibit B** is a true and correct copy Form HUD-424-B Assurances and Certifications, the required certifications and assurances referred to in Paragraph 21 of the form SF-424, which must also be separately signed by the City. Paragraph 6 of the HUD-424-B Assurances and Certifications states that the recipient "[w]ill not use Federal funding to promote diversity, equity, and inclusion (DEI) mandates, policies, programs, or activities that violate any applicable Federal anti-discrimination law." The end of the form states: "**WARNING: Anyone**

DECLARATION OF MARC AMARAL - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties. (18 U.S.C. §§287, 1001, 1010, 1012, 1014; 31 USC §3729, 3802; 24 CFR §28.10(b)(1)(iii)).**" (Bold in original.)

13.    On June 20, 2025, I received an email HUD's Office of Community Planning and Development stating:

> Greetings,
> We want to make [recipients] aware that HUD will be reviewing FY 2025 Consolidated and Annual Action Plans to ensure alignment with applicable White House Executive Orders. In addition, your FY 2025 formula grant agreement(s) will include language to emphasize compliance with these Executive Orders.

The email then directed me to HUD's June 5, 2025 letter to the Council of State Community Development Agencies and the National Community Development Association which discusses this in further detail. A true and correct copy of the June 20, 2025 email I received from HUD with the referenced June 5, 2025 letter from HUD is attached hereto as **Exhibit C**.

14.    The Consolidated Plan, Annual Action Plan, and all required additional forms are due to HUD by the statutory deadline of August 16, 2025. If the plans are approved by HUD, HUD will issue the City a grant agreement to execute to receive both the CDBG and HOME funds, and I anticipate that agreement will require the City to make similar assurances regarding use of Federal funding for DEI activities that violate anti-discrimination law.

15.    The City takes seriously its obligations to comply with Federal anti-discrimination law and has routinely certified compliance with anti-discrimination statutes and regulations including those listed in other sections of the Form HUD-424-B. But Item 6 in Form HUD-424-B (quoted above) is a new certification this year and is concerning, because recent

DECLARATION OF MARC AMARAL - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

communications from the Trump Administration, Attorney General Bondi and HUD Secretary Turner make clear that they consider any DEI program or initiative to violate federal anti-discrimination law. This position could be reasonably interpreted to conflict with one of more of HUD's three stated national objectives for the CDBG program, which are to benefit low- and moderate-income persons, prevent or eliminate slums and blight, or meet urgent community development needs.

16.    Specifically, the process of creating a Consolidated Plan—which is necessary to receive the CDBG and HOME funds the City is entitled to—requires the City to develop a set of priorities to ensure the available funds are put to the highest and best use to meet the most pressing needs for housing, community development, people experiencing homelessness, and other vulnerable populations with special needs. I am concerned that developing programs located in low or moderate-income areas, that benefit low and moderate clientele, or that benefit low and moderate income communities, as required by HUD, could be mischaracterized as a DEI initiative that HUD or the Department of Justice considers to be "illegal" under Federal non-discrimination law.

17.    This would put the City in a difficult position: either not accept the CDBG and HOME funds that the City is entitled to and which are needed to achieve critical goals to improve our community and expand access to economic and housing opportunities, or use the funding in the manner outlined in the Consolidated Plan and risk the possibility of criminal or serious civil penalties for doing so.

18.    Progress is already under way to develop the vacant plot of land for a community garden. If the City cannot receive its CDBG allocation, this progress will have to stop, potentially indefinitely. The community will also have to wait months or years longer, if other

DECLARATION OF MARC AMARAL - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

funding ever comes around, for an accessible playground. The City will also not be able to support outreach initiatives to the City's homeless population, making it ultimately more difficult for individuals to access treatment and transition individuals into housing. And the City will no longer be able to provide critical HOME voucher rental assistance to the more than 40 families in the HOME voucher program if we cannot receive that funding. Many of those households are likely to become homeless if they cannot be absorbed by the SMHA's Section 8 Housing Choice Voucher program, which is already strained and would likely not be able to absorb all HOME households.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.

DocuSigned by:

*Marc Amaral*

0CAE2811414C487

MARC AMARAL

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

OMB Number: 4040-0004
Expiration Date: 11/30/2025

**Application for Federal Assistance SF-424**

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☐ New | |
| ☐ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: |
|---|---|
| | |

**8. APPLICANT INFORMATION:**

* a. Legal Name:

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| | |

**d. Address:**

* Street1:

Street2:

* City:

County/Parish:

* State:

Province:

* Country: USA: UNITED STATES

* Zip / Postal Code:

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| | |

**f. Name and contact information of person to be contacted on matters involving this application:**

| Prefix: | * First Name: |
|---|---|
| Middle Name: | |
| * Last Name: | |
| Suffix: | |

Title:

Organizational Affiliation:

| * Telephone Number: | Fax Number: |
|---|---|
| | |

* Email:

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

\* Other (specify):

**\* 10. Name of Federal Agency:**

**11.  Assistance Listing Number:**

Assistance Listing Title:

**\* 12. Funding Opportunity Number:**

\* Title:

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant [          ]                    * b. Program/Project [        ]

Attach an additional list of Program/Project Congressional Districts if needed.

[                    ]    [ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

**17. Proposed Project:**

* a. Start Date: [        ]                    * b. End Date: [        ]

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | [        ] |
| * b. Applicant | [        ] |
| * c. State | [        ] |
| * d. Local | [        ] |
| * e. Other | [        ] |
| * f.  Program Income | [        ] |
| * g. TOTAL | [        ] |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

[ ] a. This application was made available to the State under the Executive Order 12372 Process for review on [          ].

[ ] b. Program is subject to E.O. 12372 but has not been selected by the State for review.

[ ] c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

[ ] Yes    [ ] No

If "Yes", provide explanation and attach

[                    ]    [ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

[ ] \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: [        ]                    * First Name: [                    ]

Middle Name: [        ]

* Last Name: [                    ]

Suffix: [        ]

* Title: [                    ]

* Telephone Number: [            ]    Fax Number: [            ]

* Email: [                    ]

* Signature of Authorized Representative: [                    ]    * Date Signed: [        ]

EXHIBIT B

**Applicant and Recipient
Assurances and Certifications**

**U.S. Department of Housing
and Urban Development**

OMB Number: 2501-0044
Expiration Date: 02/28/2027

**Instructions for the HUD-424-B Assurances and Certifications**

As part of your application for HUD funding, you, as the official authorized to sign on behalf of your organization or as an individual, must provide the following assurances and certifications, which replace any requirement to submit an SF-424-B or SF-424-D. The Responsible Civil Rights Official has specified this form for use for purposes of general compliance with 24 CFR §§ 1.5, 3.115, 8.50, and 146.25, as applicable. The Responsible Civil Rights Official may require specific civil rights assurances to be furnished consistent with those authorities and will specify the form on which such assurances must be made. A failure to furnish or comply with the civil rights assurances contained in this form may result in the procedures to effect compliance at 24 CFR §§ 1.8, 3.115, 8.57, or 146.39.

By submitting this form, you are stating that all assertions made in this form are true, accurate, and correct.

As the duly representative of the applicant, I certify that the applicant:

*Authorized Representative Name:

| | |
|---|---|
| Prefix: | *First Name: |
| Middle Name: | |
| *Last Name: | |
| Suffix: | |

*Title:

*Applicant Organization:

1. Has the legal authority to apply for Federal assistance, has the institutional, managerial and financial capability (including funds to pay the non-Federal share of program costs) to plan, manage and complete the program as described in the application and the governing body has duly authorized the submission of the application, including these assurances and certifications, and authorized me as the official representative of the application to act in connection with the application and to provide any additional information as may be required.

2. Will administer the grant in compliance with Title VI of the Civil Rights Act of 1964 (42 U.S.C 2000(d)) and implementing regulations (24 CFR part 1), which provide that no person in the United States shall, on the grounds of race, color or national origin, be excluded from participation in, be denied the benefits of, or otherwise be subject to discrimination under any program or activity that receives Federal financial assistance OR if the applicant is a Federally recognized Indian tribe or its tribally designated housing entity, is subject to the Indian Civil Rights Act (25 U.S.C. 1301-1303).

3. Will administer the grant in compliance with Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794), as amended, and implementing regulations at 24 CFR part 8, the American Disabilities Act (42 U.S.C. §§ 12101 et.seq.), and implementing regulations at 28 CFR part 35 or 36, as applicable, and the Age Discrimination Act of 1975 (42 U.S.C. 6101-07) as amended, and implementing regulations at 24 CFR part 146 which together provide that no person in the United States shall, on the grounds of disability or age, be excluded from participation in, be denied the benefits of, or otherwise be subjected to discrimination under any program or activity that receives Federal financial assistance; except if the grant program authorizes or limits participation to designated populations, then the applicant will comply with the nondiscrimination requirements within the designated population.

4. Will comply with the Fair Housing Act (42 U.S.C. 3601-19), as amended, and the implementing regulations at 24 CFR part 100, which prohibit discrimination in housing on the basis of race, color, religion, sex, disability, familial status, or national origin and will affirmatively further fair housing; except an applicant which is an Indian tribe or its instrumentality which is excluded by statute from coverage does not make this certification; and further except if the grant program authorizes or limits participation to designated populations, then the applicant will comply with the nondiscrimination requirements within the designated population.

5. Will comply with all applicable Federal nondiscrimination requirements, including those listed at 24 CFR §§ 5.105(a) and 5.106 as applicable.

6. Will not use Federal funding to promote diversity, equity, and inclusion (DEI) mandates, policies, programs, or activities that violate any applicable Federal anti-discrimination laws.

7. Will comply with the acquisition and relocation requirements of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended (42 U.S.C. 4601) and implementing regulations at 49 CFR part 24 and, as applicable, Section 104(d) of the Housing and Community Development Act of 1974 (42 U.S.C. 5304(d)) and implementing regulations at 24 CFR, subpart A.

8. Will comply with the environmental requirements of the National Environmental Policy Act (42 U.S.C. 4321 et.seq.) and related Federal authorities prior to the commitment or expenditure of funds for property.

9. That no Federal appropriated funds have been paid, or will be paid, by or on behalf of the applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, and officer or employee of Congress, or an employee of a Member of Congress, in connection with the awarding of this Federal grant or its extension, renewal, amendment or modification. If funds other than Federal appropriated funds have or will be paid for influencing or attempting to influence the persons listed above, I shall complete and submit Standard Form-LLL, Disclosure Form to Report Lobbying. I certify that I shall require all subawards at all tiers (including sub-grants and contracts) to similarly certify and disclose accordingly. Federally recognized Indian Tribes and tribally designated housing entities (TDHEs) established by Federally-recognized Indian tribes as a result of the exercise of the tribe's sovereign power are excluded from coverage by the Byrd Amendment, but State-recognized Indian tribes and TDHEs established under State law are not excluded from the statute's coverage.

I/We, the undersigned, certify under penalty of perjury that the information provided above is true, accurate, and correct.

**WARNING: Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties. (18 U.S.C. §§287, 1001, 1010, 1012, 1014; 31 U.S.C. §3729, 3802; 24 CFR §28.10(b)(1)(iii)).**

*Signature: _____   *Date: _____

# EXHIBIT C

**Marc Amaral**

| | |
|---|---|
| **From:** | Proctor, Albert E <Albert.E.Proctor@hud.gov> |
| **Sent:** | Friday, June 20, 2025 8:24 AM |
| **Subject:** | Important Update on FY 2025 Consolidated/Action Plans and Grant Agreements |

EXTERNAL

Greetings,

We want to make you aware that HUD will be reviewing FY 2025 Consolidated and Annual Action Plans to ensure alignment with applicable White House Executive Orders. In addition, your FY 2025 CPD formula grant agreement(s) will include language to emphasize compliance with these Executive Orders. Please review HUD's June 5, 2025, response to COSCDA and NCDA for additional context or visit NCDA's website:

HUD Response to COSCDA/NCDA – June 5, 2025



If you have any questions, feel free to reach out.

Thank you.

**ALBERT E. PROCTOR**

Community Planning and Development Representative
U.S. Department of Housing and Urban Development
Office of Community Planning and Development
300 N. Los Angeles Street, Suite 4054
Los Angeles, CA 90012
Albert.E.Proctor@hud.gov



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

OFFICE OF COMMUNITY PLANNING
AND DEVELOPMENT

June 5, 2025

Ms. Tess Hembree
Executive Director
Council of State Community Development Agencies
630 I Street, NW
Washington, DC 20001-3736

Ms. Vicki Watson
Executive Director
National Community Development Association (NCDA)
1775 Eye Street NW, Suite 1150
Washington, DC 20006

Dear Ms. Hembree & Ms. Watson:

On behalf of Secretary Scott Turner, thank you for your letter regarding the Department of Housing and Urban Development's (HUD) Office of Community Planning and Development's (CPD) grantee consolidated plan and annual action plan submissions for Fiscal Year (FY) 2025. Your letter states that Council of State Community Development Agencies (COSCDA) and National Community Development Association (NCDA) members are concerned that their submissions may be flagged for noncompliance with the Administration's executive orders. As a result, both agencies are requesting that HUD issue a memorandum like the guidance provided to Community Development Block Grant – Disaster Recovery (CDBG-DR) grantees under the Universal Notice.

CPD administers the CDBG-DR program through *Federal Register* Notice each time it receives a Congressional appropriation. This approach has been taken because the CDBG-DR program does not have its own authorization and corresponding regulations. As a result, CPD must describe the processes, procedures, timelines, waivers, and alternative requirements that HUD intends to implement with each allocation of CDBG-DR funding after a qualifying Presidential disaster declaration. Specifically, following the most recent appropriation of CDBG-DR funds for qualifying disasters, the Department published an Allocation Announcement Notice (AAN) in the *Federal Register* that incorporates, via cross-reference, the waivers and alternative requirements provided in the Universal Notice, as appropriate, along with any other new requirements imposed by the specific appropriation.

In contrast, the consolidated plan and annual action plan submission process for CPD formula grantees is governed by the regulations at 24 CFR Part 91. The January 14, 2025, notice entitled CPD-25-02, Guidance on Submitting Consolidated Plans and Annual Action Plans for FY 2025 remains in effect, including the requirements at 24 CFR 91.500(b) located on page 5. HUD has no plans at this time to update this notice as it continues to accurately document when HUD may disapprove a plan according to the regulations. 24 CFR 91.500(b) states that HUD may disapprove a plan or a portion of a plan if it is inconsistent with the purpose of the Cranston-Gonzalez National Affordable Housing Act (42 U.S.C. 12703), if it is substantially incomplete,

or, in the case of a CDBG certification under §91.225(a) and (b) or §91.325(a) and (b), if it is not satisfactory to the Secretary in accordance with §570.304, §570.429(g), or §570.485(c). The following are examples provided in §91.500(b) of substantially incomplete plans:

1. A plan that was developed without the required citizen participation or the required consultation;

2. A plan that fails to satisfy all the required elements in this part; and

3. A plan for which a certification is rejected by HUD as inaccurate, after HUD has inspected the evidence and provided due notice and opportunity to the jurisdiction for comment; and

4. A plan that does not include a description of the manner in which the unit of general local government or state will provide financial or other assistance to a public housing agency if the public housing agency is designated as "troubled" by HUD.

Grantees are also encouraged to review the White House Executive Orders as they develop their consolidated plan and annual action plans. After submission and HUD's review of these plans, the FY2025 grant agreement will also emphasize conformity with applicable Administration priorities and executive orders. Under the FY 2025 grant agreement, conformity means that a grantee:

1. shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government;

2. agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code;

3. certifies that it does not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964;

4. shall not use any grant funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment; and that

5. notwithstanding anything in the grant or application, this Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or requirements implementing Executive Orders that have been revoked.

6. The Grantee must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable

requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

7. If applicable, no state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation.

8. Unless excepted by PRWORA, the Grantee must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

9. Faith-based organizations may be subrecipients for funds on the same basis as any other organization.  Grantees may not, in the selection of subrecipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

Grantees should be reminded that they must also continue to use their CPD funding in a manner that complies with applicable statutes, which include:

- Section 109 of the HCDA, 42 U.S.C. 5309;
- Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d *et seq.*;
- Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e *et seq.*;
- Title VIII of the Civil Rights Act of 1968 (The Fair Housing Act), 42 U.S.C. 3601 – 19;
- Section 504 and 508 of the Rehabilitation Act of 1973, 29 U.S.C. 794;
- The Americans with Disabilities Act of 1990, 42 U.S.C. 12131 *et seq.*; and
- Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Public Law 104-193) (PRWORA).

Your letter also requests a 60-day extension to allow grantees time to comply with any Administration requested changes. Under 24 CFR 91.15, each jurisdiction should submit its consolidated plan to HUD at least 45 days before the start of its program year. The majority of CPD's grantees have a program year start date of July 1st, which means those grantees would submit their plan on or before May 15th. As you are aware, the Department is required to release its formula allocations within 60 days of appropriation. For FY 2025, HUD posted these allocations on May 13, 2025. Given the timing of most annual appropriations, it is not unusual for a grantee to be able to submit its plan as soon as allocations are announced and completes its citizen participation process. We are aware that many grantees begin their planning process well in advance of an allocation announcement and provide guidance on this in CPD Notice 25-02. Additionally, §91.15(a) provides HUD the ability to grant a jurisdiction an extension of the submission deadline for good cause, with the exception of the deadline of August 16. **The Department's failure to receive the plan by August 16, 2025, will automatically result in a loss of CDBG funds for the program year.**

We value our partnership with NCDA and COSCDA and the broader CDBG Coalition's efforts to assist grantees across the nation perform and achieve program outcomes. Thank you for the collaboration in guiding grantees and reminding them of the value of aligning with applicable statutes, regulations, and executive orders in developing and preparing to submit their respective consolidated plan and/or annual action plan. CPD staff, as always, are available to provide technical assistance.

We look forward to continuing our partnership with you. If you should have any questions, please reach out to me via email at Claudette.Fernandez1@hud.gov.

Sincerely,

Claudette
Fernandez

Digitally signed by
Claudette Fernandez
Date: 2025.06.05
12:13:50 -04'00'

Claudette Fernandez
General Deputy Assistant Secretary

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

4   document on the following parties by the method(s) indicated below:

5

| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |
|---|---|

14

15        I declare under penalty of perjury under the laws of the United States and the State of

16   Washington that the foregoing is true and correct.

17        DATED this 14th day of July, 2025.

18                                          */s/ Gabriela DeGregorio*

19                                          Gabriela DeGregorio
                                            Litigation Assistant
20                                          Pacifica Law Group LLP

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750