THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

       Plaintiffs,

 v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

       Defendants.

No. 2:25-cv-00814-BJR

SECOND DECLARATION OF
NATALIE VERLINICH

I, NATALIE VERLINICH declare as follows:

1.  I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant records.

2.  I am the Manager of the Housing Division for the City of Santa Monica ("City"). I have been in this position since February 2024. I am a member of the City's Housing and Human Services Department's leadership team. Before serving in this position, I was Senior Development Analyst for six (6) years. I previously submitted a declaration in this case on May 21, 2025.

3.  As the Housing Manager, I manage the operation, activities and staff of the Housing Division, which includes the Santa Monica Housing Authority and the Preservation and Production Unit. The Housing Division also develops and manages programs and activities

DECLARATION OF NATALIE VERLINICH - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

designed to stimulate the preservation, production, and financing of affordable housing.

4.      In my role as Housing Manager, I oversee the work of the Santa Monica Housing Authority ("SMHA"). SMHA was created by resolution of the Santa Monica City Council on January 27, 1975 pursuant to California Health & Safety Code Section 34240 *et seq.* The SMHA is a legally independent body from the City empowered to accept federal funding to implement federal housing programs, like the Section 8 Housing Choice Voucher ("HCV") program and the Continuum of Care ("CoC") program. The SMHA is governed by a housing authority board, compromised of all seven Santa Monica City Council members and two participants in SMHA's voucher programs.

5.      The SMHA administers several tenant-based rental assistance programs funded by the federal Department of Housing and Urban Development ("HUD"), including the HCV program, Veteran's Affairs Supportive Housing ("VASH") program, Emergency Housing Vouchers ("EHV") program, HOME Investment Partnerships ("HOME") program, and CoC.

6.      SMHA's annual budget was approximately $29 million in Fiscal Year 2024-2025, running from July 1, 2024 through June 30, 2025, and will increase slightly in Fiscal Year 2025-2026. Approximately $26 million of SMHA's Fiscal Year 2024-2025 budget is devoted to the various rental assistance programs. For Fiscal year 2025-2026 our current projections are that approximately $22.2 million will be allocated to the HCV program (which includes funding for the VASH program), approximately $1.2 million will be allocated to the EHV program, and approximately $500,000 will be allocated to the HOME program.

7.      The HCV program is the single largest rental assistance and a core component to the SMHA and City's work to reduce homelessness and make housing affordable to low-income residents. It helps low-income families, elderly persons, veterans, and disabled individuals afford

DECLARATION OF NATALIE VERLINICH - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

housing in the private market.

8.     The SMHA uses HCV funds for tenant-based assistance and project-based assistance. Under the HCV tenant-based assistance program, the SMHA issues a voucher to an eligible family who searches for a suitable rental unit in the private housing market. Once they find one, the family enters into a lease with the private landlord and the SMHA enters into a separate Housing Assistance Payment ("HAP") contract with the landlord. Generally, a voucher family pays approximately 30 percent of its income toward the total rent and the SMHA pays the difference, however there are instances in which a voucher family may pay more.

9.     Under the HCV project-based rental assistance programs, the SMHA assigns a voucher to a particular building operated by a private landlord. Typically, when a unit becomes available at one of these buildings, the SMHA pulls an eligible family off a waiting list maintained by the SMHA. If the tenant is eligible and meets the landlord's criteria, the tenant enters into a lease with the landlord and the SMHA enters into an PBV tenancy addendum, similar to the tenant-based assistance process. However, unlike the tenant-based assistance, if the tenant decides to move, they may, depending on the availability of vouchers and funding, be issued a tenant-based voucher. However, the original voucher remains assigned to the building and will be utilized by the next eligible family.

10.    The EHV program follows the HCV tenant-based assistance model and targeted to families who are homeless, at-risk of homelessness, fleeing or attempting to flee domestic or dating violence, sexual assault, stalking or human trafficking, or who were recently homeless or have a high risk of housing instability.

11.    The HOME tenant-based rental assistance program also follows the HCV program model, and is targeted to persons at risk of homelessness, senior or disabled homeless

DECLARATION OF NATALIE VERLINICH - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

persons, and victims of domestic violence who are at or below 60 percent of Area Median Income. The City of Santa Monica applies for and receives the HOME funding from HUD, and SMHA administers the HOME voucher program for the City.

12.     The SMHA administers approximately 1,092 HCVs, approximately 91 EHVs, and approximately 45 HOME vouchers. There are approximately 40,000 families on the SMHA's waiting list for the HCV tenant-based assistance program and approximately 17,000 families on waiting lists for buildings that utilize project-based rental assistance.

13.     The SMHA has received HUD funding to administer the HCV program for decades and previously administered predecessor HUD rental assistance programs including the Section 8 certificate program. HCV, EHV, and HOME participants remain eligible to continue receiving assistance under the programs so long as funding remains available. Some participants in the EHV and HOME program are later moved to the HCV program if funding is available. We have approximately 550 participants who have been continuously housed under the HCV program for over a decade.

14.     Based on my understanding of the process, regulatory requirements, and letters that the SMHA regularly receives from HUD, it's my understanding that SMHA entered into an Annual Contributions Contract ("ACC") with HUD regarding the receipt and administration of HUD rental assistance funds years ago. Periodically throughout the year, HUD sends the SMHA a letter notifying us of their revised contributions to SMHA's HCV program (including VASH), pursuant to the ACC. A true and correct copy of the most recent such letter received June 4, 2025 is attached hereto as **Exhibit A**.

15.     On or around May 2021, SMHA was notified by HUD of its eligibility to administer 104 Emergency Housing Vouchers pursuant to the American Rescue Plan Act. The

DECLARATION OF NATALIE VERLINICH - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

SMHA received official notification via email, which included the number of vouchers allocated, associated administrative fees, and preliminary implementation guidance. Upon accepting the allocation, SMHA entered into a Memorandum of Understanding ("MOU") with the Los Angeles Homeless Services Authority ("LAHSA"), the local Continuum of Care of Los Angeles County, outlining roles and responsibilities for referrals to the EHV program and supportive services. Since receiving this initial allocation, the SMHA has continued to receive HUD funding for the EHV program in an amount based on number of EHVs actually utilized in the most recent year. SMHA still administers approximately 90 EHVs and anticipates needing to transition as many of these voucher holders to the HCV or CoC programs if this funding terminates around the end of 2026 as HUD has stated may occur.

16.     Generally HUD makes SMHA's approved HCV and EHV funds through the HUD Depository. The funds are deposited by HUD approximately monthly. The SMHA then withdraws the funds to cover eligible HCV and EHV costs from HUD Depository monthly and deposits in our own bank account.

17.     I understand that HUD issued a revised "General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs" on April 22, 2025 ("HUD Conditions document"), which outlines various laws and policies that may apply to recipients of HUD funding. A true copy of the HUD Conditions document is attached hereto as **Exhibit B**. The HUD Conditions document indicates that recipients of HUD funding will be subject to requirements similar to those that were inserted in SMHA's CoC grant agreements, including conditions purporting to prohibit activities related to diversity, equity, and inclusion, activities promoting "gender ideology" and elective abortions, and policies promoting illegal immigration. This is consistent with the requirement in the City's HOME and CDBG

DECLARATION OF NATALIE VERLINICH - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

application packet which requires the applicant to assure that it "will not use federal funding to promote DEI policies, programs, or activities that violate any applicable Federal anti-discrimination laws."

18.    I am concerned HUD could issue a notice or letter stating that these new conditions now apply to SMHA as a recipient of HCV and EHV funding, and that SMHA's future draw-down requests or use of funds could be deemed to be SMHA's consent to these conditions.

19.    If the conditions that are imposed are similar to what HUD has indicated it plans to impose on HUD grants, they would be difficult for SMHA to comply with. The SMHA has an obligation under the federal Fair Housing Act and state law, including California Government Code Section 8899.50 *et seq.* to affirmatively further fair housing. The AFFH obligation means the SMHA must take "meaningful actions that, taken together, address significant disparities in housing needs and in access to opportunity, replacing segregated living patterns with truly integrated and balanced living patterns, transforming racially and ethnically concentrated areas of poverty into areas of opportunity, and fostering and maintaining compliance with civil rights and fair housing laws." In other words, we have affirmative duties to promote diversity, equity, and inclusion. SMHA has also adopted policies to ensure meaningful access to persons with limited English proficiency, following HUD guidance to do so, in order to ensure our services are inclusive of households that are eligible for assistance regardless of national origin. Though the SMHA considers these activities fully consistent with SMHA's obligations under non-discrimination laws, they are activities that could b construed to "promote DEI."

20.    AlsSMHA does not provide rental assistance for individuals who are not able to demonstrate citizenship or eligible immigration status, but allows eligible individuals to live with

DECLARATION OF NATALIE VERLINICH - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

ineligible non-citizens and the rent is prorated accordingly in accordance with HUD regulations, guidance and notices. SMHA does not consider this "promoting" illegal immigration but I have concerns this could be characterized that way since the term is so vague.

21.     If these new conditions are imposed on SMHA's HCV program, we will be forced to agree to terms that are impossible to comply with or lose access to more than $26 million in funding to house the low-income families, seniors, disabled persons, and persons who have already experienced homelessness. The approximately 1,500 households currently housed through the HCV, EHV, and HOME programs would be at immediate risk of homelessness, the large majority unable to pay market rents on their own. Santa Monica and the Los Angeles County region already face a devastating housing affordability and homelessness crisis, and this would exacerbate the problems significantly.

22.     In addition, landlords that receive project-based rental assistance would be irreparably harmed with entire buildings vacated. Landlords, some of which are nonprofit property managers, would be unable to pay their operating expenses including their private mortgage and may lead to foreclosure of these properties.

23.     Finally, SMHA would may have to lay off up over 10 staff members who help administer the HCV and EHV programs because SMHA's budget relies on HCV and EHV funds to pay their salaries.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of July, 2025.



NATALIE VERLINICH

PACIFICA LAW GROUP  LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

Financial Management Center
2380 McGee Street, Suite 400
Kansas City, MO 64108-2605

OFFICE OF PUBLIC AND INDIAN HOUSING

June 4, 2025

CA111
CITY OF SANTA MONICA
1901 MAIN ST. STE. A
SANTA MONICA, CA  90405-0405

Dear Executive Director:

SUBJECT:  Renewal of Housing Choice Voucher Program Increments Expiring May 2025

This letter is to notify you that funds have been obligated to renew expiring Housing Choice Voucher (HCV) Program Housing Assistance Payments (HAP) and Administrative Fee increment(s).

## June through September 2025 HAP Funding

The HAP monthly obligation includes funding from June through September 2025, calculated based on the final 2025 HAP contract renewal awards, net of HAP obligations processed through May 2025.  HAP is awarded at 100.632 percent proration.

The monthly HAP is disbursed in accordance with PIH Notices 2011-67 and 2017-06, utilizing cash management procedures and will continue being reconciled periodically to ensure compliance with Treasury Financial Manual at Vol. 1, Part 6, Section 2025.

## VASH Renewals

If your agency is administering HUD Veterans Affairs Supportive Housing (VASH) vouchers, the renewal of these vouchers is included in the overall renewal calculations.  These vouchers are not renewed separately.  PHAs must comply with the statutory requirement that VASH vouchers may only be used to assist VASH-eligible participants, both initially and upon turnover.

Separate tracking of the VASH units from the regular voucher units is required for SEMAP purposes, since VASH units are not included, and will also allow for the utilization monitoring of these special purpose vouchers.  A new increment will be established for the VASH renewal units and assigned one dollar ($1.00) of budget authority.  These units will continue to be renewed separately upon expiration.

**Rental Assistance Demonstration (RAD) Renewals**

If your agency is administering Rental Assistance Demonstration (RAD) vouchers, the renewal of these vouchers is included in the overall renewal calculations.  These vouchers are not renewed separately.

Separate tracking of the RAD units from the regular voucher units is required by the Department.  A new increment will be established for the RAD renewal units and assigned one dollar ($1.00) of budget authority.  These units will continue to be renewed separately upon expiration.

RAD leasing and expenses are to be reported in the VMS in the appropriate RAD field (RAD 1 or RAD 2).  In addition, RAD units should also be reported in the VMS as Project-Based Vouchers (PBV).  Please refer to the VMS User's Manual for specific guidance on RAD and PBV reporting.

**June through October 2025 Administrative Fee Funding**

The administrative fees provided for June to October 2025 were based on final and validated units leased that were self-reported in the Voucher Management System (VMS) and considered for the final CYE 2024 Administrative Fee Reconciliation.  The amount was capped to the number of authorized units, times the 2025 administrative fee rates, and set at 90 percent proration.

The Department will continue to use the VMS to calculate administrative fees based on first of the month leasing, and to reconcile the estimated fees advanced with the actual earnings for each month.

Specific information concerning the renewal(s) for your public housing agency (PHA) is identified in the enclosed table.

Enclosed is your Notice to Amend the Consolidated Annual Contributions Contract (CACC) with revised funding exhibits reflecting the change(s) described above. The amendment notice and revised funding exhibits should be filed with your most recent CACC. No execution by HUD or your PHA is required.

Public housing agencies receiving an increment in excess of $100,000 in Budget Authority (BA) are required to submit Form HUD-50071, Certification of Payments to Influence Federal Transactions, and if applicable, Form SF-LLL, Disclosure of Lobbying Activities.  If this letter notifies you of a renewal in excess of $100,000, and your PHA has not submitted the Form(s) HUD-50071 (and SF-LLL where applicable) for your current fiscal year; the documents must be submitted to your local field office and Financial Analyst at the Financial Management Center (FMC) within 30 days of the date of this letter.  These forms are located on the Internet at the following addresses:

Form HUD-50071
https://www.hud.gov/sites/dfiles/OCHCO/documents/50071.pdf

Form SF-LLL
https://www.hud.gov/sites/dfiles/CPD/documents/SFLLL_2_0-V2-0.pdf

Please contact your Financial Analyst at the FMC if you have any questions.

Sincerely

Nebyu F. Tilahun

Digitally signed by Nebyu F. Tilahun
DN: CN = Nebyu F. Tilahun. C = US.
O = Financial Management Center.
OU = Division Director.
Reason: I am approving this document

Division Director

Enclosure(s)
Memo Reference: 25-169

**Increment Number Table**

**U. S. Department of Housing and Urban Development**
Office of Public and Indian Housing

Housing Choice Voucher Program                            Section 8

June 4,  2025

| Expiring HAP Funding Increment Number | Replacement HAP Funding Increment Number | Units | HAP Budget Authority | Admin Fee Funding Increment Number | Admin Fee Budget Authority | Eff Date | Term (Mos.) |
|---|---|---|---|---|---|---|---|
|  |  |  |  | CA111AF0170 | $909,790 | 6/1/2025 | 5 |
| CA111VO0255 | CA111VO0256 | 1486 | $5,333,013 |  |  | 6/1/2025 | 4 |

**(NOTE: The expiring funding increment number(s) listed above with blank fields across are renewed by the first listed replacement funding increment number that follows.)**

**Consolidated
Annual Contributions Contract**

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

Housing Choice Voucher Program                          Section 8

## HUD NOTICE TO HOUSING AGENCY AMENDING

## CONSOLIDATED ANNUAL CONTRIBUTIONS CONTRACT

**Housing Agency:**    **CA111**

**CITY OF SANTA MONICA**

In accordance with Paragraph 2.c. of the Consolidated Annual Contributions Contract between HUD and the HA, you are notified that the funding exhibits of the Consolidated Annual Contributions Contract is hereby revised to add a new funding increment as provided in the attached revised funding exhibit.  (This notice adds one or more funding increments listed on the attached funding exhibit.)

The revised funding exhibit is attached to this HUD notice.  This revised funding exhibit replaces and revises the prior funding exhibit.

In accordance with Paragraph 2.d. of the Consolidated Annual Contributions Contract, this HUD notice and the attached funding exhibit constitutes an amendment to the Consolidated Annual Contributions Contract.

**United States of America**      Secretary of Housing and Urban Development          Date of Document:
Authorized Representative

Robert H. Boepple, Director                                        6/4/2025
Financial Management Center

Form HUD-52520A (12/97)

# U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
# PIH SECTION 8 - FUNDING EXHIBIT
# PROGRAM-BASED
## ACC NUMBER:    CA111

FIELD OFFICE:    **9DPH**

CA111
CITY OF SANTA MONICA
1901 MAIN ST. STE. A
SANTA MONICA,  CA  90405

HA FISCAL YEAR-END:    **06/30**                PROGRAM TYPE:    **Voucher Program**

| FUNDING INCREMENT NUMBER | FIRST DAY OF TERM | LAST DAY OF TERM | CONTRACT TERM | BUDGET AUTHORITY | UNITS |
|---|---|---|---|---|---|
| CA111AFR422 | 6/1/2023 | 6/30/2023 | 1 | 20,697 | N/A |
| CA111AFR123 | 7/1/2023 | 7/31/2023 | 1 | 83,110 | N/A |
| CA111AF0153 | 6/1/2023 | 9/30/2023 | 4 | 685,776 | N/A |
| CA111AF0156 | 9/1/2023 | 9/30/2023 | 1 | 76,060 | N/A |
| CA111AFRF23 | 9/1/2023 | 9/30/2023 | 1 | 70,706 | N/A |
| CA111VO0223 | 10/1/2022 | 9/30/2023 | 12 | 214,349 | 13 |
| CA111VO0232 | 6/1/2023 | 9/30/2023 | 4 | 6,758,624 | 1473 |
| CA111AF0154 | 10/1/2023 | 10/31/2023 | 1 | 171,444 | N/A |
| CA111AF0155 | 10/1/2023 | 10/31/2023 | 1 | 7,500 | N/A |
| CA111VO0233 | 10/1/2023 | 10/31/2023 | 1 | 1,689,656 | 1486 |
| CA111AF0157 | 11/1/2023 | 12/31/2023 | 2 | 380,918 | N/A |
| CA111VO0226 | 1/1/2023 | 12/31/2023 | 12 | 1 | 20 |
| CA111VO0227 | 1/1/2023 | 12/31/2023 | 12 | 1 | 15 |
| CA111VO0235 | 11/1/2023 | 12/31/2023 | 2 | 3,581,287 | 1486 |
| CA111AF0158 | 1/1/2024 | 1/31/2024 | 1 | 180,435 | N/A |
| CA111VO0237 | 1/1/2024 | 1/31/2024 | 1 | 1,764,211 | 1486 |
| CA111AF0159 | 2/1/2024 | 2/29/2024 | 1 | 180,435 | N/A |
| CA111AFR323 | 2/1/2024 | 2/29/2024 | 1 | 1,413 | N/A |
| CA111VO0238 | 2/1/2024 | 2/29/2024 | 1 | 1,764,211 | 1486 |
| CA111AF0160 | 3/1/2024 | 3/31/2024 | 1 | 180,435 | N/A |
| CA111AF0162 | 3/1/2024 | 3/31/2024 | 1 | 10,000 | N/A |
| CA111VO0241 | 3/1/2024 | 3/31/2024 | 1 | 1,761,130 | 1486 |
| CA111VO0242 | 4/1/2024 | 4/30/2024 | 1 | 1,874,216 | 1486 |
| CA111AF0161 | 4/1/2024 | 5/31/2024 | 2 | 358,516 | N/A |
| CA111VO0243 | 5/1/2024 | 5/31/2024 | 1 | 1,790,942 | 1486 |
| CA111VOPR23 | 5/1/2024 | 5/31/2024 | 1 | 4,328 | N/A |
| CA111AFR124 | 7/1/2024 | 7/31/2024 | 1 | 8,023 | N/A |
| CA111AFR423 | 7/1/2024 | 7/31/2024 | 1 | 8,858 | N/A |
| CA111AF0164 | 8/1/2024 | 8/31/2024 | 1 | 11,174 | N/A |
| CA111VO0244 | 6/1/2024 | 8/31/2024 | 3 | 5,112,951 | 1486 |

| FUNDING INCREMENT NUMBER | FIRST DAY OF TERM | LAST DAY OF TERM | CONTRACT TERM | BUDGET AUTHORITY | UNITS |
|---|---|---|---|---|---|
| CA111VO0234 | 10/1/2023 | 9/30/2024 | 12 | 221,308 | 15 |
| CA111VO0246 | 9/1/2024 | 9/30/2024 | 1 | 1,758,457 | 1486 |
| CA111AF0163 | 6/1/2024 | 10/31/2024 | 5 | 907,045 | N/A |
| CA111VO0247 | 10/1/2024 | 10/31/2024 | 1 | 1,758,458 | 1486 |
| CA111AF0165 | 11/1/2024 | 11/30/2024 | 1 | 179,561 | N/A |
| CA111AFR224 | 11/1/2024 | 11/30/2024 | 1 | 3,048 | N/A |
| CA111VO0248 | 11/1/2024 | 11/30/2024 | 1 | 1,311,030 | 1486 |
| CA111AF0166 | 12/1/2024 | 12/31/2024 | 1 | 179,561 | N/A |
| CA111VO0239 | 1/1/2024 | 12/31/2024 | 12 | 1 | 20 |
| CA111VO0240 | 1/1/2024 | 12/31/2024 | 12 | 1 | 15 |
| CA111VO0249 | 12/1/2024 | 12/31/2024 | 1 | 1,717,783 | 1486 |
| CA111VO0250 | 10/1/2024 | 12/31/2024 | 3 | 1 | 15 |
| CA111AF0167 | 1/1/2025 | 2/28/2025 | 2 | 366,256 | N/A |
| CA111AFR324 | 2/1/2025 | 2/28/2025 | 1 | 25,555 | N/A |
| CA111VO0251 | 1/1/2025 | 2/28/2025 | 2 | 3,542,932 | 1486 |
| CA111AF0168 | 3/1/2025 | 4/30/2025 | 2 | 366,256 | N/A |
| CA111VO0253 | 3/1/2025 | 4/30/2025 | 2 | 3,570,016 | 1486 |
| CA111AF0169 | 5/1/2025 | 5/31/2025 | 1 | 181,116 | N/A |
| CA111AFR424 | 5/1/2025 | 5/31/2025 | 1 | 23,319 | N/A |
| CA111VO0255 | 5/1/2025 | 5/31/2025 | 1 | 1,819,757 | 1486 |
| CA111VO0256 | 6/1/2025 | 9/30/2025 | 4 | 5,333,013 | 1486 |
| CA111AF0170 | 6/1/2025 | 10/31/2025 | 5 | 909,790 | N/A |
| CA111VO0252 | 1/1/2025 | 12/31/2025 | 12 | 1 | 15 |
| CA111VO0254 | 1/1/2025 | 12/31/2025 | 12 | 1 | 35 |

# EXHIBIT B

# General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs

The table below outlines various laws and policies that may apply to recipients of HUD's financial assistance programs. Recipients are responsible for making sure activities funded by Federal awards comply with applicable Federal requirements, whether the recipients carry out those activities directly or use contractors or subrecipients to carry out those activities. *See* 2 CFR 200.101(b)(1), 200.300(a), 200.303, 200.329(a), and 200.332.

The table is not intended to include an exhaustive list of all laws and policies applicable to HUD awards. For NOFOs, the laws and policies below apply if they are listed in the program notice or the program NOFO, Section VII.A., "Administrative, National and Departmental Policy Requirements and Terms for HUD Applicants and Recipients of Financial Assistance Awards." Some laws and policies may apply only to awards with certain types of activities or to certain types of recipients. For example, some may apply only to construction awards, or awards associated with publications. Some of the exceptions are noted in the tables below.

In addition, the requirements as stated below apply only to the extent they are consistent with the requirements stated by applicable Federal statutes, regulations, and the applicable program NOFO or notices. The legal agreement signed pursuant to an award with the recipient or subaward with a subrecipient must contain assurances (and certifications where applicable) of compliance with program requirements including, but not limited to, nondiscrimination and equal opportunity requirements.

| No. | Summary of Laws and Policies | Source | Additional Information |
|-----|------------------------------|--------|------------------------|
| 1. | **Compliance with Fair Housing and Civil Rights Laws** Recipients must comply with all applicable fair housing and civil rights requirements, including, but not limited to, the Fair Housing Act; Title VI of the Civil Rights Act of 1964; the Age Discrimination Act of 1975; Section 504 of the Rehabilitation Act of 1973; and Title II and Title III of the Americans with Disabilities Act of 1990. | Fair Housing Act Statute: 42 U.S.C. §§ 3601 – 3619 Regulations: 24 CFR part 100 et seq. Title VI of the Civil Rights Act of 1964 Statute: 42 U.S.C. § 2000d et seq. Regulations: 24 CFR part 1 The Age Discrimination of Act of 1975 Statute: 42 U.S.C. §§ 6101-6107 Regulations: 24 CFR part 146 Section 504 of the Rehabilitation Act of 1973 Statute: 29 U.S.C. § 794 Regulations: 24 CFR part 8 The Americans with Disabilities Act (ADA) Statute: Title II of the ADA (42 U.S.C. §§ 12131 – 12165). DOJ's Title II implementing regulations: 28 CFR part 35. Statute: Title III of the ADA (42 U.S.C. §§ 12181 – 12189). DOJ's Title III implementing regulations: 28 CFR part 36 | |
| 2. | **Affirmatively Furthering Fair Housing Requirements** The Fair Housing Act requires HUD to administer its programs and activities in a | Statute: Section 808(e)(5) of the Fair Housing Act (42 U.S.C. § 3608(e)(5)) Regulations: 24 CFR 5.150 | |

| | | | |
|---|---|---|---|
| | manner to affirmatively further the purposes of the Fair Housing Act. HUD requires all recipients of HUD funding, including those awarded and announced under HUD's Notice of Funding Opportunities (NOFOs), to comply with its affirmatively further fair housing regulation published at 90 FR 11020 (March 3, 2025), as may be amended. | | |
| 3. | **Economic Opportunities for Low- and Very Low-Income Persons** Section 3 of the Housing and Urban Development Act of 1968, entitled *Economic Opportunities for Low-and Very Low-Income Persons* requires, to the greatest extent feasible, that training, employment, contracting and other economic opportunities be directed to low- and very low-income persons, especially recipients of government assistance for housing, and to businesses that provide economic opportunities to low- and very low-income persons. | Statute: Section 3 of the Housing and Urban Development Act of 1968 (12 U.S.C. § 1701u) Regulations: 24 CFR part 75 | HUD encourages recipients to utilize the Section 3 Resource Hub to discover local opportunities for workforce and business development. |
| 4. | **Compliance with Immigration Requirements** The recipient must administer its award in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws. No state or unit of general local government that receives HUD funding under may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation. Subject to the exceptions provided by PRWORA, the recipient must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States. | Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) Executive Order 14218: Ending Taxpayer Subsidization of Open Borders | |

| | | | |
|---|---|---|---|
| | | | |
| 5. | **Accessible Technology**<br>Section 508 of the Rehabilitation Act of 1973 requires recipients to ensure access to information, programs, and activities for persons with disabilities consistent with HUD's regulations at 24 CFR § 8.6. | Statute: Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. § 794d); Section 504 of the Rehabilitation Act (29 U.S.C. § 794); and Title II of the ADA (42 U.S.C. §§ 12131 – 12165) as applicable.<br><br>Regulations: Access Board's Section 508 regulations at 36 CFR part 1194; HUD's Section 504 regulations at 24 CFR § 8.6; and DOJ's regulations at 28 CFR part 35, subpart E and H. and H | Recipients can also learn about Section 508 at Section508.gov and the U.S. Access Board website. |
| 6. | **Ensuring the Consideration of Small Businesses, Minority Businesses, Women's Business Enterprises, Veteran-Owned Businesses, and Labor Surplus Area Firms**<br>HUD ensures that small businesses, minority businesses, women's business enterprises, veteran-owned businesses, and labor surplus area firms receive consideration in HUD's contracting opportunities and financial assistance programs. Recipients are required to ensure that, when possible, small businesses, minority businesses, women's business enterprises, veteran-owned businesses, and labor surplus area firms receive consideration consistent with 2 CFR 200.321. | Regulations: 2 CFR 200.321 | |
| 7. | **Equal Participation of Faith-based Organizations in HUD Programs and Activities**<br>HUD's regulations on the equal participation of faith-based organizations are at 24 CFR 5.109. These regulations provide, among other things, that a faith-based organization that participates in a HUD-funded program or activity retains its independence, and may continue to carry out its mission provided that it does not use direct Federal financial assistance to support or engage in any explicitly religious activities; an organization that engages in explicitly religious activities must separate those activities, in time or location, from activities supported by direct Federal financial assistance and participation must be voluntary; a faith-based organization that carries out programs or activities with direct Federal financial assistance from HUD must provide beneficiaries and prospective | Statute: Religious Freedom Restoration Act of 1993, as amended (42 U.S.C. 2000bb *et seq.*)<br><br>Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000d *et seq.*;<br><br>Regulations: 24 CFR 5.109 | |

| | | | |
|---|---|---|---|
| | beneficiaries with a written notice of certain protections; beneficiaries and prospective beneficiaries may object to the religious character of an organization, upon which the organization must undertake reasonable efforts to identify and refer the beneficiary or prospective beneficiary to an alternative provider; and an organization that receives Federal financial assistance under a HUD program or activity may not discriminate against a beneficiary or prospective beneficiary on the basis of religion, religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice. (See 24 CFR 5.109). | | |
| 8. | **Real Estate Acquisition and Relocation** With certain exceptions, HUD-funded programs or projects are subject to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (URA) and the government-wide regulations issued by the Federal Highway Administration. The URA applies to acquisitions of real property and relocation occurring as a direct result of the acquisition, rehabilitation, or demolition of real property for Federal or Federally funded programs or projects.<br><br>The relocation requirements of the URA and its implementing regulations at 49 CFR part 24, cover any displaced person who moves from real property or moves personal property from real property as a direct result of acquisition, rehabilitation, or demolition for a program or project receiving HUD assistance. | Statute: Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended (URA) (42 U.S.C. § 4601 et seq.)<br><br>Regulations: 49 CFR part 24 | HUD's Relocation and Real Estate Division (RRED) is preparing guidance to describe the effective date and applicability of the 2024 URA Final Rule's provisions to HUD funded projects. This guidance will be promulgated in a Federal Register Notice.<br><br>RRED's current websites include regulations, Handbook, Policy Briefs, FAQs, tools, resources, contacts, and on-line training materials. These materials and resources will require revision and updating to reflect the new regulatory requirements. Inquiries for additional assistance can be directed to the RRED program staff contact listing contained within the websites as follows:<br>https://www.hud.gov/program_offices/comm_planning/relocation<br>https://www.hudexchange.info/programs/relocation/ |
| 9. | **Participation in a HUD-Sponsored Program Evaluation** | Statute: 12 USC 1701z-1 and 12 USC 1702z-2 | |

|  | | | |
|---|---|---|---|
|  | As a condition of the receipt of the award under a NOFO, the recipient is required to cooperate with all HUD staff, contractors, or designated grantees performing research or evaluation studies funded by HUD. In addition, all recipients must comply with the requirements of 24 CFR part 60 when conducting or participating in research activities sponsored or funded by HUD that involve human subjects. | 24 CFR part 60 -- Protection of Human Subjects<br><br>Federal Register Notice, (FR-6278-N-01)<br><br>Also, see applicable NOFO. |  |
| 10. | **OMB Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards**<br>Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, set forth in 2 CFR part 200, apply, except as otherwise provided by the Program NOFO or applicable program regulations. | Regulations: 2 CFR part 200 |  |
| 11. | **Drug-Free Workplace**<br>Recipients must comply with the drug-free workplace laws set forth in subpart B (or subpart C, if the recipient is an individual) of 2 CFR part 2429, which adopts the government-wide implementation (2 CFR part 182) of sections 5152-5158 of the Drug-Free Workplace Act of 1988 (Pub. L. 100-690, Title V, Subtitle D; 41 U.S.C. 701-707). | Regulations: 2 CFR part 2429, subparts B (or C, if the recipient is an individual); 2 CFR part 182 |  |
| 12. | **Privacy Act Requirements Related to Safeguarding Resident/Client Files**<br>In maintaining resident and client files, funding recipients must follow all applicable privacy laws, including state, local, and tribal laws concerning the disclosure of records that pertain to individuals and take reasonable measures to ensure that all files are safeguarded, including when reviewing, printing, or copying client files. Federal requirements will apply where state, local, or tribal laws are inconsistent with Federal requirements, to the extent such Federal requirements preempt state, local, and tribal laws. When collecting or maintaining personally identifiable information for inclusion in a HUD system of records as defined by the Privacy Act of 1974, recipients must comply with agency rules, regulations, or other requirements issued under the Privacy Act of 1974, including, but not limited, to 24 CFR part 5 subpart B, PIH-2015-06, and other related issuances, as applicable. | Statute: Privacy Act of 1974, as amended (5 U.S.C. 552a)<br><br>Regulations: 24 CFR part 5 subpart B; HUD Rule PIH-2015-06 |  |
| 13. | **Compliance with the Federal Funding Accountability and Transparency Act of 2006 (Public Law 109-282) (Transparency Act), as amended**<br>All recipients must comply with the award terms found in 2 CFR part 170 Appendix A. | Regulations: 2 CFR part 170, Appendix A to 2 CFR part 170 |  |
| 14. | **Eminent Domain**<br>No federal funds provided under the Federal award may be used to support any Federal, | This requirement is a recurring condition in HUD's annual appropriations Acts. |  |

|  | state, or local project that seeks to use the power of eminent domain, unless eminent domain is used only for public use. Public use may not be construed to include economic development that primarily benefits private entities.<br>Public use includes use of funds for mass transit, railroad, airport, seaport, or highway projects, and utility projects which benefit or serve the general public (including energy-related, communication-related, water-related, and waste water-related infrastructure), other structures designated for use by the general public or with other common-carrier or public-utility functions that serve the general public and are subject to regulation and oversight by the government, and projects for the removal of an immediate threat to public health and safety or brownfields, as defined in the Small Business Liability Relief and Brownfields Revitalization Act (Pub. L. 107-118). |  |  |
|---|---|---|---|
| 15. | **Accessibility for Persons with Disabilities** applies to all HUD-funded activities. All grantees must ensure that no one is excluded from participation or denied the benefits of any program or activity that receives Federal Financial assistance consistent with the provisions of 24 CFR Part 8, Subpart C. | Statute: Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794)<br><br>Regulations: 24 CFR part 8, subpart C | HUD's Resources: Section 504 of the Rehabilitation Act of 1973 |
| 16. | **Violence Against Women Act**<br>*Requirements for Covered Housing Programs*<br>The Violence Against Women Act of 1994 (VAWA), as amended, provides housing protections for victims of domestic violence, dating violence, sexual assault, and stalking in many of HUD's housing programs. In general, under the VAWA rule, an applicant for assistance or a tenant already assisted under a covered housing program may not be denied admission to, denied assistance under, terminated from participation in, or evicted from the housing on the basis or as a direct result of the fact that the applicant or tenant is or has been a victim of domestic violence, dating violence, sexual assault, or stalking, if the applicant or tenant otherwise qualifies for admission, assistance, participation, or occupancy.<br><br>The VAWA rule also requires that the covered housing providers establish emergency transfer plans for facilitating the emergency relocation of certain tenants who are victims of domestic violence, dating violence, sexual assault, or stalking. VAWA, as reauthorized by the Violence Against Women Act Reauthorization Act of 2022, prohibits any public housing agency or owner or manager or housing assisted under a covered housing program from discriminating against any | Statute: The Violence Against Women Act of 1994, as amended, housing provisions at 34 U.S.C. 12491, et seq.<br><br>HUD's regulations implementing VAWA, as amended by the Violence Against Women Reauthorization Act of 2013, are at 24 CFR part 5, subpart L, Protection for Victims of Domestic Violence, Dating Violence, Sexual Assault, or Stalking (collectively, the VAWA rule), and in the applicable program regulations | The specific HUD programs that are subject to the VAWA housing protections are listed in the "covered housing program" definition at 24 CFR 5.2003, and as may be identified by HUD through further regulations, notices, or any other means. |

| | | | |
|---|---|---|---|
| | person because that person has opposed any act or practice made unlawful by the housing title of VAWA or because that person testified, assisted, or participated in any related matter. It also prohibits any public housing agency or owner or manager of housing assisted under a covered housing program from coercing, intimidating, threatening, interfering with, or retaliating against any person who exercises or assists or encourages a person to exercise any rights or protections under the housing title of VAWA.<br><br>*Protecting the right to report crime and emergencies from one's home*<br>VAWA also protects the right to report crime and emergencies from housing. It establishes that landlords, homeowners, tenants, residents, occupants, and guests of, and applicants for, housing have the right to seek law enforcement or emergency assistance on their own behalf or on behalf of another person in need of assistance. It prohibits actual or threatened penalties based on requests for assistance or criminal activity of which an individual is a victim or otherwise not at fault under the laws or policies adopted or enforced by (any municipal, county, or state government that receives funding under Section 106 of the Housing and Community Development Act of 1974). | | |
| 17. | **Conducting Business in Accordance with Ethical Standards**<br>All Federal award recipients, except states and tribes subject to 2 CFR 200.317, must have a code of conduct (or written standards of conduct) for procurements that meet all requirements in 2 CFR 200.318(c). Before entering into an agreement with HUD, each applicant selected for an award under a NOFO must ensure an up-to-date copy of the organization's code of conduct, dated and signed by the Executive Director, Chair, or equivalent official, of the governing body of the organization, is available in Code of Conduct e-library. Applicants can check the e-Library to confirm whether HUD has received their Code of Conduct. States and Tribes subject to 2 CFR 200.317 must follow the same policies and procedures for procurements under Federal awards that the state uses for procurements from its non-Federal funds. If such policies and procedures do not exist, they must follow the code of conduct requirements in 2 CFR 200.318(c).<br><br>All recipients must comply with the conflict-of-interest requirements in the applicable program regulations and grant agreements. If there are no program-specific regulations for | Regulations: 2 CFR 200.112, 2 CFR 200.113, 2 CFR 200.317, CFR 200.318(c). | |

| | | | |
|---|---|---|---|
| | the award, the conflict-of-interest requirements specified below this table, titled *Conflicts of Interest*, apply. Recipients must disclose in writing any potential conflict of interest to HUD. | | |
| 18. | **Build America, Buy America ("BABA")** The recipient must comply with the requirements of the Build America, Buy America (BABA) Act, Sections 70901-52 of Public Law 117-58, 41 U.S.C. 8301 note, and all applicable rules and notices, as may be amended, if applicable to the Grantee's infrastructure project. Applicants are encouraged to consult with the NOFO point of contact to confirm additional requirements or waivers specific to each grant. | Statute: Build America, Buy America (BABA) Act,  Sections 70901-52 of Pub. L. No. 117-58, 41 U.S.C. 8301 note | For additional resources, please see https://babawaiver.hud.gov/s/ |
| 19. | **Trafficking in Persons** The award term in Appendix A to 2 CFR part 175 applies to each grant or cooperative agreement HUD makes with a private entity, as defined in 2 CFR 175.300; and each grant or cooperative agreement HUD makes with a state, local government, Indian tribe, foreign public entity, or any other recipient, where funding under the award could be provided to a subrecipient that is a private entity. However, where the award term refers to the agency's regulatory implementation of the OMB guidelines in 2 CFR part 180, those references will be understood to refer to 2 CFR part 2424. | Statute: Section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 U.S.C. 7104(g)) Regulations: 2 CFR part 175, 2 CFR part 180, 2 CFR part 2424 | |
| 20. | **Applicable Environmental Requirements** As applicable under 24 CFR part 50 or 24 CFR part 58, recipients must comply with the National Environmental Policy Act (NEPA). | Regulations: 24 CFR part 50, 24 CFR part 58 | |
| 21. | **Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment** Federal award funds must not be used to purchase, lease, or renew or extend contracts for "covered telecommunications equipment or services" as described in 2 CFR 200.216, which include equipment or services provided by Huawei Technologies Company or the ZTE Corporation (or any subsidiary or affiliate of such entities). | Statute: Section 889 of Public Law 115-232 (41 USC 3901 note prec.) Regulation: 2 CFR 200.216, Prohibition on Certain Telecommunication and Video Surveillance Equipment or Services | |
| 22. | **The Freedom of Information Act (FOIA)** The FOIA gives any person the right to request access to HUD records. HUD must disclose the records requested unless they are protected by one or more of the exempt categories of information found in the FOIA. In addition to responding to FOIA requests from members of the public, HUD may also share records within HUD or with other Federal agencies, if HUD determines that sharing is relevant to the respective program's objectives. | Statute: 5 USC § 552 Regulations: 24 CFR pt 15 | |
| 23. | **Waste, Fraud, Abuse, and Whistleblower Protections.** Any person who becomes aware | Statute: 41 U.S.C. § 4712 | HUD OIG is available to receive |

| | | | |
|---|---|---|---|
| | of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). All HUD awards are subject to the requirements under 41 U.S.C. § 4712, which includes informing employees in writing of their rights and remedies, in the predominant native language of the workforce.<br><br>Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, grantee, and subgrantee— as well as a personal services contractor—who make a protected disclosure about a Federal grant or contract cannot be discharged, demoted, or otherwise discriminated against as long as they reasonably believe the information they disclose is evidence of:<br>1.　　Gross mismanagement of a Federal contract or grant;<br>2.　　Gross waste of Federal funds;<br>3.　　Abuse of authority relating to a Federal contract or grant;<br>4.　　Substantial and specific danger to public health and safety; or<br>5.　　Violations of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or grant. | | allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form.<br><br>See Federal Contractor or Grantee Protections | Office of Inspector General, Department of Housing and Urban Development: https://www.hudoig.gov/fraud/whistleblower-rights/federal-contractor-grantee-protections |
| 24. | **Other Presidential Executive Actions Affecting Federal Financial Assistance Programs**<br>Recipients of Federal Awards must comply with applicable existing and future Executive Orders, as advised by the Department, including but not limited to the following:<br><br>Executive Order (EO) 14219, *Ensuring Lawful Governance and Implementing the President's "Department of Government Efficiency" Deregulatory Initiative*, requires agencies to focus its limited enforcement resources on regulations authorized by constitutional Federal statutes.<br><br>EO 14218, *Ending Taxpayer Subsidization of Open Borders*, prohibits taxpayer resources and benefits from going to unqualified aliens.<br><br>EO 14202, *Eradicating Anti-Christian Bias*, establishes a taskforce to eradicate Anti-Christian bias within the U.S. Department of Justice. EO 14205, *Establishment of the White House Faith Office*, establishes the White House Faith Office within the Executive Office of the President to empower faith-based entities. | Executive Orders:<br>• 14219 (Ensuring Lawful Governance and Implementing the President's "Department of Government Efficiency" Deregulatory Initiative);<br>• 14218 (Ending Taxpayer Subsidization of Open Borders);<br>• 14202 (Eradicating Anti-Christian Bias);<br>14205 (Establishment of the White House Faith Office);<br>• 14182 (Enforcing the Hyde Amendment);<br>• 14173 (Ending Illegal Discrimination and Restoring Merit-Based Opportunity);<br>14168 (Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government);<br>• 14151 (Ending Radical and Wasteful Government DEI Programs and Preferencing); and<br>14148 (Initial Rescissions of Harmful Executive Orders and Actions) | This list is non-exhaustive. You may find additional Executive Orders at this webpage: https://www.whitehouse.gov/presidential-actions/. |

| | | |
|---|---|---|
| EO 14182, *Enforcing the Hyde Amendment*, prohibits the use of Federal taxpayer dollars to fund or promote elective abortion. | | |
| EO 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, requires Federal agencies to terminate all discriminatory and illegal preferences. | | |
| EO 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, sets forth U.S. policy recognizing two sexes, male and female. | | |
| EO 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, requires the OMB Director assisted by the Attorney General and the OPM Director to coordinate the termination of all discriminatory programs and activities. | | |
| EO 14148, *Initial Rescission of Harmful Executive Orders and Action*, revokes 67 EOs that were each issued between January 20, 2021, and January 16, 2025; and 11 Presidential memoranda issued between March 13, 2023, and January 14, 2025, to advance fairness, safety, and improve the economy. | | |

**Conflicts of Interest**

All applicants, recipients, and subrecipients must comply with the conflict-of-interest requirements in the applicable program regulations and grant agreements. If there are no program-specific regulations for the award, the following conflict-of-interest requirements apply:

i.    Conflicts Subject to Procurement Regulations. In the procurement of property or services by recipients and subrecipients, the conflict-of-interest rules in 2 CFR 200.317 and 2 CFR 200.318(c) shall apply. In all cases not governed by 2 CFR 200.317 and 2 CFR 200.318(c), recipients and subrecipients must follow the requirements contained in paragraphs ii-v below.

ii.   General prohibition. No person who is an employee, agent, consultant, officer, or elected or appointed official of the recipient or subrecipient and who exercises or has exercised any functions or responsibilities with respect to assisted activities, or who is in a position to participate in a decision making process or gain inside information with regard to such activities, may obtain a financial interest or benefit from the activity, or have a financial interest in any contract, subcontract, or agreement with respect thereto, or the proceeds thereunder, either for himself or herself or for those with whom he or she has immediate family or business ties, during his or her tenure or for one year thereafter. Immediate family ties include (whether by blood, marriage or adoption) the spouse, parent (including a stepparent), child (including a stepchild), sibling (including a stepsibling), grandparent, grandchild, and in-laws of a covered person.

iii.  Exceptions. HUD may grant an exception to the general prohibition in paragraph (ii) upon the recipient's written request and satisfaction of the threshold requirements in paragraph (iv), if HUD determines the exception will further the Federal purpose of the award and the effective and efficient administration of the recipient's program or project, taking into account the cumulative effects of the factors in paragraph (v).

iv.    Threshold requirements for exceptions. HUD will consider an exception only after the recipient has provided the following documentation:

    a.    A disclosure of the nature of the conflict, accompanied by an assurance that there has been public disclosure of the conflict and a description of how the public disclosure was made; and

    b.    An opinion of the recipient's attorney that the interest for which the exception is sought would not violate state, local, or tribal law.

v.    Factors to be considered for exceptions. In determining whether to grant a requested exception after the recipient has satisfactorily met the threshold requirements in paragraph (iii), HUD will consider the cumulative effect of the following factors, where applicable:

    a.    Whether the exception would provide a significant cost benefit or an essential degree of expertise to the program or project that would otherwise not be available;

    b.    Whether an opportunity was provided for open competitive bidding or negotiation;

    c.    Whether the person affected is a member of a group or class of low- or moderate-income persons intended to be the beneficiaries of the assisted activity, and the exception will permit such person to receive generally the same interests or benefits as are being made available or provided to the group or class;

    d.    Whether the affected person has withdrawn from his or her functions or responsibilities, or the decision-making process with respect to the specific assisted activity in question;

    e.    Whether the interest or benefit was present before the affected person was in a position as described in paragraph (ii);

    f.    Whether undue hardship will result either to the recipient or the person affected when weighed against the public interest served by avoiding the prohibited conflict; and

    g.    Any other relevant considerations.

vi.    For purposes of the above requirements, once procured, contractors are considered agents of the recipient or subrecipient and are subject to the above conflict of interest rules in addition to those for procurements at 2 CFR 200.317 or 2 CFR 200.318, as applicable.

Recipients must disclose in writing any potential conflict of interest to HUD.

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing

document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of

Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1