THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814 <br><br> **DECLARATION OF JASON NUTT** |

Decl. of Jason Nutt ISO Plts.' Mot. for Prelim. Injunction

n:\cxlit\li2025\250739\01818019.docx

I, Jason Nutt, declare as follows:

1.  I am an Assistant City Manager for the City of Santa Rosa ("City" or "Santa Rosa"), a California municipal corporation and charter city, and I have served in that role since 2019. From March 2015 until January 2024, I served as the City's Transportation & Public Works Director, holding the combined title of Assistant City Manager/Transportation & Public Works Director from 2019 until January 2024. I was the City's Deputy Director of Transportation & Public Works – Traffic from August 2005 until January 2010. I have personal knowledge, information provided to me in the performance of my job duties, and my review of business records of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2.  Santa Rosa provides a wide range of municipal services including public safety, social, health, housing and homelessness services, emergency management, public infrastructure construction and maintenance, transit operations, and water and wastewater services in addition to other general municipal services. Santa Rosa provides these services to the community, without regard to immigration status, in furtherance of the City's values of inclusiveness, transparency, excellence, innovation, teamwork, and integrity in order to cultivate a vibrant, safe, resilient and livable city.

3.  In coordination with the City Manager, I am directly involved with the development and monitoring of the City's budget including grant funding streams on which Santa Rosa relies to provide municipal services.

4.  Annually, the Santa Rosa City Council approves a budget for the upcoming fiscal year which starts on July 1 and ends June 30. On June 17, 2025, the Santa Rosa City Council approved an approximately $517 million budget for all City operations for fiscal year 2025-26. The budget includes declining revenue projections, with expenditures exceeding revenues, resulting in an $8.4 million budget deficit and requiring the use of critical emergency reserves set aside for future disasters such as the devastating wildfires Santa Rosa has experienced since 2017. The adopted budget was developed following public discussions in January, April, and May of 2025 where the City Council provided guidance to the City Manager to develop a final proposed budget to address the nearly $20 million budget deficit. The adopted budget includes substantial reductions citywide including elimination of

55 general fund employee positions, layoffs and reductions in important city services such as public safety, emergency management, homeless services, recreation services, organizational administration, financial administration, and land use and planning.

**Department of Transportation Grant Funding**

5. The City receives a total of more than $24 million in federal funds from the U.S. Department of Transportation ("DOT") directly from the Federal Transit Administration ("FTA") and Federal Highway Administration ("FHWA"), and indirectly through the San Francisco Bay Area Metropolitan Transportation Commission. This funding is used for a variety of City initiatives including implementation and maintenance of Santa Rosa CityBus, the City's transit system, transit employee salaries and benefits, roadway safety improvements through the Safe Streets and Roads for All grant program, pavement rehabilitation of roadways damaged in wildfires, installation of improved crossings throughout the City, and construction of safe pedestrian and bicycle friendly highway overpasses.

6. Without these funding sources, the City may not be able to maintain compliance with FTA regulations and California zero-emission requirements. In addition, the City's transit system will likely experience service reductions due to limited staffing and reduced maintenance capabilities, affecting some portion of the 1.4 million passengers currently served annually. Many transportation and public works projects would also experience delays or cancellation, preventing the City from updating infrastructure to comply with the Americans with Disabilities Act, and repairing infrastructure to prevent safety hazards.

7. There have been significant new requirements incorporated in federal grant agreements and as part of federal grant applications the City has received in recent months. For example, the City seeks to apply, and in some cases has already received approval, for grants from the Department of Transportation covered by the DOT Master Agreement. The April 29, 2025, 33rd Version of the DOT Master Agreement contains terms requiring "cooperation" with U.S. Immigration and Customs Enforcement ("ICE") and certification that the City does not operate any diversity, equity, and inclusion ("DEI") initiatives "that violate any applicable Federal anti-discrimination laws." Grants for which the City has already received approval but have not yet been obligated include $1.75 million

from DOT in the Safe Streets for All, $14.2 million from FEMA in the Hazard Mitigation Grant Program for the Laguna Treatment Plant Flood Protection, and $1.05 million from the FHWA for a multi-use path.

**Department of Housing and Urban Development Grant Funding**

8. The City receives approximately $5.8 million in federal funds from the U.S. Department of Housing and Urban Development ("HUD"). The grants include Community Development Block Grant Program ("CDBG"), HOME Investment Partnerships Program, Housing Opportunities for Persons with AIDS ("HOPWA"), Family Self Sufficiency Program, HOME-American Rescue Plan Program, American Rescue Plan Emergency Housing Vouchers, the CDBG – Disaster Recovery program, and CDBG – Disaster Recovery-Mitigation/Infrastructure.

9. The City uses a $16.9 million Community Development Block Grant Mitigation Program ("CDBG - MIT") awarded by HUD to fund a substantial portion of a $23 million construction project, currently underway, to build a new Fire Station 5, after the station burned down during the devasting 2017 Tubbs Fire.  During severe wind and weather events, such as when the National Weather Service declares a Red Flag warning, Fire Station 5's response area is one of our City's highest at-risk areas for large-scale fires. Once complete, the new station will be able to house a Type III Wildland fire engine ("Type III engine"), a specialized vehicle designed for fighting fires in rural terrain.  The station will also have additional firefighter staffing capacity for anticipated weather events or during times of high fire danger. In order to ensure continued service during construction, Fire Station 5 is located in a temporary station comprised of a small trailer mounted dormitory and fabric apparatus cover.  This station has no ability to add additional units or additional staff and does not have immediate access to a Type III engine. Without the CDBG - MIT funding, the City does not have sufficient resources to complete the construction of the fire station.  The City would have to find alternate funding for construction, causing significant delays and ultimately leading to a diminished ability for Santa Rosa Fire Department to respond quickly and with sufficient firefighters and appropriate equipment in the event of a severe wildfire event.

10. Homelessness and housing insecurity is a critical concern for Santa Rosa with unhoused population increases driven by escalating housing costs, a tightening housing market

exacerbated by historic wildfires in Northern California, and impacts of the COVID-19 pandemic. The City uses approximately $8 million of HUD grant funding to support the City's housing and community service programs. The City uses these funds to support staff salaries and benefits, provide grants to local non-profit service providers of homeless services, and to support affordable housing through rental assistance programs and loans to develop affordable housing. If funding is terminated, the City will need to eliminate staff positions, reduce or entirely eliminate programs, and there will be heightened public safety impacts due to increases in the unhoused population.

11. The City usually receives grant agreements from HUD related to the CDBG, HOPWA and Home grants annually in the fall. Given the broad reaching nature of the President Trump's Executive Orders and directives from HUD and DOT, the City expects to discover immigration-related and DEI requirements similar to what is included, or broader than, the DOT Master Agreement terms when applying for and executing agreements for future federal funding.

12. The actions of the federal government have left Santa Rosa in limbo about whether it will actually receive grant funding the federal government previously agreed to provide to Santa Rosa included in the fiscal year 2025-26 budget, as well as Santa Rosa's ability to apply for critical grant funding in the future.  Santa Rosa has already made massive expenditures to recover from disasters, invest in aging infrastructure and provide services on the expectation of being reimbursed with federal dollars. Loss of any significant portion of these grant funds will result in further revenue decline and accelerate the City's need to use critical emergency reserves going into fiscal year 2025-26. Additionally, the City may need to make dramatic additional budgetary cuts including potential further layoffs and reductions to basic city services.

13. Federal funds from DOT and HUD have been, and continue to be, critical in Santa Rosa's maintenance and modernization of our municipal transit operations, repair and replacement of aging and failing public infrastructure and provision of housing support for our most vulnerable populations. Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm Santa Rosa and its residents by increasing homelessness, reducing public safety, reducing City operational capabilities, reducing public transportation and exacerbating problems with national infrastructure conditions.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 8th, 2025, in Santa Rosa, California.

_____
    Jason Nutt

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750