UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING COUNTY, JR. et al.,

Plaintiffs,

v.

SCOTT TURNER, in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development, et al.,

Defendants.

No. 2:25-cv-00814-BJR

**DECLARATION OF JULIE MOHR**

I, JULIE MOHR, declare as follows:

1.      I am the Chief Family Support Deputy Prosecuting Attorney in the Prosecuting Attorney's Office ("Office") for Snohomish County ("County") and have served in that role since September 2021. Prior to becoming the Chief Family Support Deputy Prosecuting Attorney, I was a deputy prosecuting attorney in the Criminal Division of the Snohomish County Prosecutor's Office since December 1997 and a Snohomish County Superior Court Law Clerk prior to that. I joined Snohomish County in January of 1996. As Chief Family Support Deputy Prosecuting Attorney, I manage the Family Support Division ("Division") of the Office, which is charged with representing the State of Washington in cases referred to us by the Division of Child Support and family law matters where tax dollars have been expended to support a child. As part of my job duties, I regularly monitor services and funding for the Unit.

DECLARATION OF JULIE MOHR - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

2.      The deputy prosecuting attorneys within the Division take action to judicially establish parentage and child support, enforce child support orders through contempt proceedings, modify child support orders due to changes in circumstance, appear in dissolution and parenting plan/child support cases where there is a State interest to make sure child support orders are enforceable and appropriate, and prosecute interstate cases for parentage and child support. Sixty-six percent of our 2025 budget is funded by a pass-through grant from the federal Department of Health and Human Services ("HHS"), Administration for Children and Families, Office of Support Enforcement.

3.      I understand that HHS has recently updated its Grants Policy to include new conditions on federal funding. The updated HHS Grants Policy states "Additionally, recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 327(b)(4)[sic]." The HHS Grants Policy also contains the following language:

"(2) Grant award certification.

(a) By accepting the grant award, recipients are certifying that:

(i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and…."

The HHS Grants Policy also states that it "applies to all HHS recipients and the requirements flow down to subrecipients."

4.      The Division would not be able to function if it were to lose its pass-through grant funding from HHS and no new funding became available.  The large majority of our yearly budget covers salaries for nine deputy prosecuting attorneys and twelve support staff positions.

DECLARATION OF JULIE MOHR - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

With a 66 percent cut in funding the Division would have to lay off over half of its employees. The Division would have to drastically cut its caseloads, leaving many children and families in Snohomish County without assistance in establishing parentage and corresponding child-support orders to benefit those children. The Division would also have little ability to enforce any child support orders that are being ignored by non-custodial parents or to modify orders where circumstances have changed. The courts further rely on our office to ensure orders that enter comply with the State guidelines and routinely request our assistance. Reduction in staff would eliminate our ability to prevent improper order from entering. Additionally, most cases referred to the Division by the Washington State Division of Child Support (DCS) are because the custodial parent is a recipient of Temporary Assistance For Needy Families (TANF). Establishing parentage and child support allows for reimbursement of TANF funds to the State of Washington where child support monies are collected. The Division's ability to reimburse TANF funds to the State of Washington would be drastically reduced by cuts to HHS funding that might result from the new HHS Grants Policy.

     5.     I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of July, 2025 at Everett, Washington.

Julie Mohr

DECLARATION OF JULIE MOHR - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750