UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                   Plaintiffs,

v.

SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

                   Defendants.

No. 2:25-cv-00814-BJR

**DECLARATION OF KATIE CURTIS**

I, Katie Curtis, declare as follows:

1. I am a resident of the State of Washington. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records.

2. I am the Director of the Prevention Services Division of the Department of Health (the "Department") for Snohomish County (the "County"), a position I have held since July 1, 2020. Prior to my current position, I was the Assistant Director for the Prevention Services Division. I held that position for three years. As Director of the Prevention Services Division of the Department, I oversee programming and services to families and communities that focus on the prevention and control of communicable diseases, including immunizations and vaccine preventable diseases, STD/HIV prevention and response, viral hepatitis outreach, tuberculosis

DECLARATION OF KATIE CURTIS - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

control, refugee health screenings, communicable disease surveillance and response, maternal and child health, and childcare health outreach. As part of my job duties, I regularly monitor services and funding for the Prevention Services Division of the Department.

3.  In addition to the programming and services described above, the Prevention Services Division of the Department is also tasked with receiving disease reports from health care providers, hospitals and laboratories within Snohomish County for certain communicable diseases. Upon receipt of any such report, the Prevention Services Division of the Department will conduct an investigation into the cause and possible spread of the illness and initiate disease control measures.

4.  For 2025 and 2026, the Department budget includes $9.4 million from HHS, either directly to the Department or passed through from the Washington State Department of Health. This represents 13 percent of the overall Department budget. More specifically as to the Prevention Services Division of the Department, HHS grant funds—again either direct or passed through from the Washington State Department of Health—make up 25 percent of the Prevention Services Division budget, or approximately $2,743,075 for 2025 and 2026. Any loss of HHS funding would result in detrimental effects on the Department's long term financial sustainability and future public health operations.

5.  I understand that HHS has recently updated its Grants Policy to include new conditions on federal funding. The updated HHS Grants Policy states "Additionally, recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 327(b)(4)[sic]." The HHS Grants Policy also contains the following language:

"(2) Grant award certification.

DECLARATION OF KATIE CURTIS - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(a) By accepting the grant award, recipients are certifying that:

(i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and...."

The HHS Grants Policy also states that it "applies to all HHS recipients and the requirements flow down to subrecipients."

6. In September 2021, HHS awarded the Department a five-year grant for the Childhood Lead Poisoning Prevention and Surveillance of Blood Lead Levels in Children. Each year of the grant, the Department must reapply for funds. October 1, 2025 will mark the start of the final year of this current award. The Department has submitted its reapplication packet to HHS. Normally we receive a new notice of award with grant instructions and funding restrictions. We have not yet heard back from HHS, but we anticipate that the new notice of award will include new funding restrictions in line with HHS's updated grant policy.

7. In September 2023, HHS awarded the Department a five-year grant for Overdose Data to Action Community Response. Each year of the grant the Department must reapply for funds, and the Department is currently in the third year of this award. The Department has submitted its reapplication packet to HHS. Normally we receive a new notice of award with grant instructions and funding restrictions. We anticipate that the new notice of award will include new funding restrictions in line with HHS's updated grant policy. In fact, we are already seeing the HHS Grants Policy being folded into CDC Budget Preparation Guidelines for the Overdose Data to Action Community Response grant.

8. If the County refuses the new conditions and is denied federal funding, these public health programs and services would be cut entirely. These cuts would result in a loss of

DECLARATION OF KATIE CURTIS - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

staffing and capacity for the Department to deal with children who test positive for high blood lead levels. High blood lead levels in children can lead to developmental delays and behavioral issues. With this funding, the Department can work with families to identify the source of lead exposure. Without this funding, the Department will be left to try to determine the source of lead on its own, which will in turn lead to increases in cases of untreated high blood levels in children. In addition, the Department would lose staffing and capacity to conduct surveillance of opioid overdoses at county hospitals, coordinate with EMS and healthcare providers on overdose prevention, and work with treatment programs to further prevent overdoses and deaths. In that case, we would expect to see an uptick in opioid overdoses and opioid overdose deaths. We would also lose two to three community navigator positions, which are positions that connect individual opioid users in jail, hospital, and the community to essential social services and treatment. This would also impact our first responder Narcan support as well as our buprenorphine initiation efforts in partnership with local EMS and law enforcement.

9. In addition to our directly awarded federal grants the Department also receives pass-through funding from the Washington State Department of Health. The pass-through funds are managed through a consolidated contract between Snohomish County and the Washington State Department of Health that is amended from time to time to include, among other things, changes in federal grant funding restrictions. HHS pass-through funding to the Department expired on May 31, 2025, and we are waiting on new funding that was to begin June 1, 2025. We anticipate that the new funding will include an amendment to our consolidated contract with the Washington State Department of Health, and the amendment will include new funding restrictions in line with HHS's updated grant policy.

10. These pass-through funds are used for case and contact investigation of sexually

DECLARATION OF KATIE CURTIS - 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

transmitted infections and for tuberculosis control and treatment. Snohomish County, along with other local jurisdictions across the nation, is trying to reduce the increasing levels of congenital syphilis. Pregnant women with undiagnosed or untreated syphilis can pass the infection to their baby during childbirth which can lead to long term health impacts for the child or death of the infant. If these pass-through HHS funds are eliminated it will significantly impact the Department's ability to follow up on diagnosed cases of sexually transmitted infections to ensure the individual has been properly treated and that their contacts have been tested and treated. Funding for elimination of tuberculosis helps the Department conduct outreach to providers on testing for tuberculosis and for providing treatment for individuals diagnosed with tuberculosis who do not have a medical home. Loss of this funding will require an increase in local funding to help with the ongoing treatment needs of tuberculosis clients, in turn resulting in funding cuts to other public health programs.

11. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _____ day of July, 2025 at Everett, Washington.

_____
Katie Curtis

DECLARATION OF KATIE CURTIS - 5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750