THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF NOLAN SULLIVAN |

I, NOLAN SULLIVAN declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am presently employed as the Director of the County of Sonoma Department of Health Services. I have worked for Sonoma County since April of 2025.

3. The Sonoma County Department of Health Services is responsible for protecting the health and well-being of individuals and the community. The Department of Health Services provides a broad range of innovative programs and services designed to promote, develop and sustain the health of individuals, families, and communities.

4. In my capacity as the Director of Health Services, I oversee several federal and state grant applications. The County of Sonoma has a long history of partnering with the U.S. Department of Housing and Urban Development (HUD). The County of Sonoma has received

DECLARATION OF JON STOUT - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

federal HUD Continuum of Care (COC) program funding since 2009 and has operated as the CoC's Collaborative Applicant since 2009. Currently, the Department of Health Services receives COC program funding that provides critical services to the local COC. These federal grants are an integral part of the CoC's homeless system of care response, strengthening system-wide coordination, reducing service duplication, and ensuring that individuals experience homelessness are assessed and referred to housing based on vulnerability and need.

5.  The Continuum of Care (COC) program is the primary federal funding mechanism for assisting individuals experiencing, or at risk of homelessness. Administered by the U.S. Department of Housing and Urban Development (HUD) under authority granted by Subtitle C of Title IV of the McKinney–Vento Homeless Assistance Act (42 U.S.C. 11381–11389), as amended by the HEARTH Act (Public Law 111-22, May 20, 2009), the COC program provides three primary grant sources available to the Department of Health Services under the HUD legislation:

A) Coordinated Intake Expansion Grant. Funds the operation of Sonoma County's Coordinated Entry System, which connects individuals and families to appropriate housing and services based on need.

B) Homeless Management Information System (HMIS) Expansion Grant. Supports the Department of Health Service's role as the CoC's HMIS Lead. This includes technical assistance and training for over 300 HMIS users, HUD-required reporting, and vendor software costs necessary for system performance and data quality.

C) CoC Planning Grant (FY2024). Funds governance, planning, evaluation, and oversight activities essential to CoC performance. This includes coordination of the annual Homeless Count, stakeholder engagement, and ensuring compliance across all system components.

6. As of the date of this declaration, the County of Sonoma Department of Health Services holds three active CoC grants totaling $1,141,912 for Calendar Year (CY) 2025–2026. In its role as Collaborative Applicant, the County of Sonoma Department of Health Services also oversees annual CoC project submissions in e-snaps, representing approximately $4.6 million in

DECLARATION OF JON STOUT - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

funding, the majority of which supports Permanent Supportive Housing for individuals who are chronically homeless, disabled, and have extended histories of homelessness.

7. Preliminary relief is urgently needed to avoid significant disruptions to Sonoma County's Continuum of Care homeless response system. HUD has released new grant agreement language for the CoC and its Collaborative Applicant to review that will be included in the upcoming formal grant offers. However, as currently drafted, this language regarding the required attorney certification or affidavit of compliance with the grant terms and conditions cannot legally be signed as it is in conflict with California state law. We have been notified that grant offers will begin to be issued to Continuum's of Care and their Collaborative Applicants starting in June. Once received, these grant agreements typically must be executed within two weeks to secure funding.

8. Without immediate relief, Sonoma County risks losing access to critical HUD funding that sustains its homeless response infrastructure. The CoC oversees 32 Emergency Shelter programs with 1,041 beds, 42 Permanent Supportive Housing programs with 1,518 beds, 29 Rapid Re-Housing programs with 152 beds, and 19 Transitional Housing programs with 243 beds. These programs collectively serve over 5,600 households experiencing homelessness each year. A disruption in funding would jeopardize thousands of shelter and housing placements, potentially displacing vulnerable individuals and families, overwhelming local safety net systems, and reversing progress made in reducing unsheltered homelessness in the region.

9. Therefore, prompt resolution of the grant condition conflicts or the provision of preliminary relief is necessary to avoid detrimental consequences to the Sonoma County Continuum of Care and residents impacted by homelessness.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 9th day of July, 2025.

_____
NOLAN SULLIVAN

DECLARATION OF JON STOUT - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750