THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                          Plaintiffs,

    v.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                          Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF MICHELLE
WHITMAN, EXECUTIVE
DIRECTOR SONOMA COUNTY
COMMUNITY DEVELOPMENT
COMMISSION

I, MICHELLE WHITMAN declare as follows:

1.      I am over eighteen years of age.  I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2.      I hold Bachelor's Degree from the University of California, Berkeley and Masters of Public Administration from Villanova University.

3.      I am presently employed as the Executive Director for the Sonoma County Community Development Commission. I have worked in public service serving the County of Sonoma of for over 14 years.

4.      The Sonoma County Community Development Commission is a public body, corporate and politic, exercising governmental functions and powers pursuant to California health and Safety Code Section 34110 et seq.   The Sonoma County Community Development

DECLARATION OF MICHELLE WHITMAN - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245-1700
FACSIMILE (206) 245-1750

Commission oversees rental assistance, affordable housing and community infrastructure projects, and supports non-profit organizations that serve low-income populations in the County of Sonoma. To date, the Sonoma County Community Development Commission has assisted in the development and preservation of 3,352 affordable housing units through local, state, and federal grants and programs.

5.    In my capacity as Executive Director, I manage and oversee all federal, state, and local grant applications, administration and compliance for the Sonoma County Community Development Commission. Since its inception in 1984 the Sonoma County Community Development Commission has had a long history of partnering with the U.S. Department of Housing and Urban Development (HUD), leveraging federal grants to improve the lives of low-income households in Sonoma County through the provision of funds to aid in development of affordable housing, funds for critical community services, and rental assistance paid to private property owners on behalf of low-income tenants. Additionally, federal grants assist in the improvement of public infrastructure systems and support the local economies in the County by providing assistance to small business entities. Collectively, the grants provide vulnerable lower income populations with housing, housing stability, and foster opportunities for self-sufficiency as well as promote the growth of micro-enterprises.

6.    The Sonoma County Community Development Commission receives and administers HUD funded programs. HUD funding is the primary federal funding mechanism supporting affordable housing, community development, and public services needed for Sonoma County.

7.    There are four primary HUD grant sources available to the Sonoma County Community Development Commission:

      a.    Community Development Block Grant (CDBG),

      b.    HOME Investment Partnerships Program (HOME), and

      c.    Emergency Solutions Grant (ESG)

8.    The Sonoma County Community Development Commission has also received and

DECLARATION OF MICHELLE WHITMAN - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    administered special one-time federal grants such as HOME-American Rescue Plan Program and

2    CDBG-Cares Act funds.

3        9.    HUD has released language that CDBG funds comply with all applicable executive

4    orders including Executive Order 14218 which requires the Sonoma County Community

5    Development Commission "ensure, consistent with applicable law, that Federal payments to

6    States and localities do not by design or effect, facilitate the subsidization or promotion of illegal

7    immigration, or abet so-called "sanctuary" policies that seek to shield illegal aliens from

8    deportation."

9        10.    However, as currently written, this language conflicts with California state law,

10    particularly regarding the required certification or affidavit of compliance with the grant terms

11    and conditions,. The CDC has been notified that this grant language will begin in July and must

12    be executed at the time HUD grant agreements are delivered to the Commission on or about

13    September 1, 2025.

14        11.    Of immediate concern are HUD's CDBG, HOME, ESG grants outlined in the

15    Fiscal Year 2025-2026 Action Plan. As identified in the Action Plan, these funds have been

16    allocated to various eligible projects and activities, including affordable rental housing projects, a

17    micro-enterprise entity, a public water infrastructure project, and service providers to support

18    homeless populations, including households at-risk of becoming homeless. If the federal grants

19    are delayed, there would be severe impacts to the financial budgets of the subrecipients that have

20    been awarded these funds. Delays would cause funding gaps in construction projects, causing

21    total project costs to increase. Additionally, service providers would be forced to halt or

22    significantly reduce critical services that vulnerable populations depend on severely affecting the

23    provision of their basic needs and hindering their progress towards self-sufficiency.

24        12.    Therefore, prompt resolution of the grant condition conflicts or the provision of

25    preliminary relief is necessary to avoid detrimental consequences to the Sonoma County

26    Community Development Commission and public receiving the benefit of these funds.

27

DECLARATION OF MICHELLE WHITMAN - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1        I declare under penalty of perjury that the foregoing is true and correct.

2

3        EXECUTED this 8th day of July, 2025.

4

5                                  Michelle Whitman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF MICHELLE WHITMAN - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1