THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.<br><br>Defendants. | No. 2:25-cv-00841-BRJ<br><br>**DECLARATION OF JAMES R. CAMERON, EXECUTIVE DIRECTOR** |

I, JAMES R CAMERON declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained herein in this declaration. The statements contained herein are based on my personal knowledge and my review of business records.

2. I hold Bachelor of Civil Engineering from the California State University, Chico (1996). Most of my 25+ plus year career has been spent planning, funding, designing and constructing public infrastructure projects.

3. I am presently employed as the Executive Director of the Sonoma County Transportation Authority (SCTA). I have worked for the Sonoma County Transportation Authority for over 13 years and became the Executive Director in October of 2023.

4. SCTA was created by County of Sonoma Board of Supervisors Resolution No. 90-1522 on August 7, 1990, pursuant to California Public Utilities Code section 180000, otherwise known as the Local Transportation Authority and Improvement Act. The SCTA is governed by a twelve-member Board of Directors representing each of the nine cities – Cloverdale, Cotati, Healdsburg, Petaluma, Rohnert Park, Santa Rosa, Sebastopol, Sonoma and Windsor – and the Sonoma County Board of Supervisors. The SCTA acts as the countywide planning and fund programming agency for transportation and performs a variety of important functions related to advocacy, project management, planning, finance, grant administration and research.

5. In my capacity as Executive Director, I manage and oversee all grants, as well as our Transportation Sales tax in Sonoma County that generates approximately $30 million per year, currently referred to as Go Sonoma. To leverage our local Go Sonoma funds we partner with regional, State and federal grantors to deliver transportation projects and programs.

6. SCTA receives federal transportation funding in three primary ways. Annually we are a subrecipient of federal transportation planning funds from the Metropolitan Planning Organizations (MPO) known as the Metropolitan Transportation Commission (MTC). With each surface transportation reauthorization bill SCTA will typically receive allocations of federal funding administered through the California Department of Transportation (CALTRANS) based on CALTRANS' delegated authority from the Federal Highway Administration (FHWA). Most recently as part of the United States Department of Transportation (US DOT) discretionary grant program called Safe Street and Roads for All (SS4A) SCTA contracted directly with FHWA for the allocation of our 2023 SS4A award.

7. SCTA, in partnership with the cities of Santa Rosa, Petaluma, Rohnert Park, Cotati, and the Town of Windsor has been awarded $4,580,000 in 2024 SS4A grant funds. This was our second SS4A award, after a successful 2023 award and allocations of SS4A funding. The 2024 awarded funds will be used to deliver demonstration activities and complete a supplemental planning project related to transportation safety.

8. The process to allocate the funds for the 2024 SS4A award directly with FHWA is the same as our 2023 award. The 2024 SS4A grant agreement has changed the Terms and Conditions to include this language "…. *and Recipient will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law…….*" and as currently written I have been advised this language conflicts with California state law. On June 19, 2025, I sent a request via email to Mike Shami with FHWA requesting the above referenced language be removed from the 2024 SS4A grant agreement. On June 24, 2025, Mr. Shami denied my request to remove the above referenced language. On July 3, 2025, SCTA received a revised grant agreement containing redlines and adding language that "DOT will not be imposing or enforcing the challenged conditions, or any materially similar terms and conditions, to any grant funds awarded, directly or indirectly, to DOT Plaintiffs and subrecipients" pursuant to the preliminary injunction in this case. Because SCTA was not yet a party to the litigation at the time it received the revised grant agreement, and thus was not a "DOT Plaintiff" as defined in the Court's June 3, 2025, preliminary injunction, it is unclear whether FHWA intends to impose the challenged terms on SCTA through this agreement or others.

9. Preliminary relief is urgently needed to avoid delay to the allocation of the SCTA 2024 SS4A grant award. Delay slows our countywide response to transportation safety improvements. Therefore, prompt resolution of the grant condition conflicts or the provision of preliminary relief is necessary to avoid delay to our important surface transportation safety work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of July, 2025

_____
JAMES R. CAMERON

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

    */s/ Gabriela DeGregorio*
    Gabriela DeGregorio
    Litigation Assistant
    Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750