THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> SECOND DECLARATION OF ANN CHANECKA |

I, ANN CHANECKA, declare as follows based on my personal knowledge and review of relevant documents:

1. I am a resident of the State of Arizona. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. If called to do so, I could and would testify competently under oath to the facts stated below.

2. I am the Director for the City of Tucson's ("**Tucson**'s") Department of Housing and Community Development ("**HCD**"), a position I have held from May 30, 2023 to present. Prior to this position, I served as the Deputy Director of HCD and also as an Executive Management Advisor to the City Manager. I previously submitted a declaration in this case dated May 21, 2025.

SECOND DECLARATION OF ANN CHANECKA - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. In my role as HCD Director, I oversee the Public Housing Authority for the region including the Housing Choice Voucher and Public Housing Programs; services for the unhoused; community development programs; affordable housing development; and more. This includes oversight of the departmental budget, personnel, and grant execution.

4. HCD is responsible for administering and advancing Tucson's goals regarding affordable housing and community well-being within the city, with a focus on low-income individuals and marginalized populations. HCD oversees programs funded by federal, state, and local sources related to housing assistance, homelessness prevention, neighborhood revitalization, and affordable housing development. HCD also collaborates with local organizations, community stakeholders, and government agencies to foster sustainable development, enhance the quality of life, and address the socio-economic needs of Tucson's diverse communities. HCD's mission is to "transform lives through stable and affordable housing, vital services, and thriving neighborhoods." Approximately 90% to 95% of the funding for these efforts—approximately $75 million to $80 million per year—comes from HUD grants.

5. In addition to the HUD Continuum of Care ("**CoC**") grants, which I addressed in a previous declaration in this matter, HCD receives and administers other HUD formula grants totaling approximately $10.5 million per year: Community Development Block Grant Program ("**CDBG**"), approx. $5.5 million per year; Emergency Shelter Grants Program ("**ESG**"), approx. $475,000 per year; HOME Investment Partnerships Program ("**HOME**"), approx. $3.5 million per year; Housing Opportunities for Persons with AIDS Program ("**HOPWA**"), approx. $1 million per year. In 2021, Tucson also received a one-time $12.7 million HOME ARP grant with a 9-year period of performance.

6. For their public housing programs, Tucson and Pima County receive a total of

SECOND DECLARATION OF ANN CHANECKA - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

approximately $50 million per year from HUD's Public Housing Choice Voucher program, and approximately $16.5 million per year from its Public Housing Program. Tucson administers these programs for itself and Pima County.

7. Tucson also receives various discretionary HUD grant awards, though these vary greatly in amount and purpose from year to year. They also typically have multi-year performance periods. For these reasons, it is impossible to give a per-year amount. But, as an illustration, Tucson was recently awarded an FY24 Lead Hazard Reduction Program grant in the amount of $4,050,000 with a 4-year period of performance; an FY23 Preservation and Reinvestment Initiative for Community Enhancement ("**PRICE**") grant for approximately $11.5 million with a period of performance ending September 30, 2032; and an FY24 Pathways to Removing Obstacles to Housing ("**PRO**") grant for $7 million with a period of performance that ends September 30, 2030.[1] In 2023, Tucson received a $50 million Choice Neighborhoods Implementation Grant (funded by the FY22 and FY23 appropriations acts) with a 10-year period of performance.

8. Tucson submitted its Consolidated Plan and Annual Action Plan on July 2, 2025. HUD has 45 days to review the plan and approve it or ask for changes. If HUD asks for changes, Tucson will have 30 days to address those, followed by another 45-day HUD review period.

---

[1] The PRICE program is awarded to fund improvements to manufactured housing units and the redevelopment of manufactured housing communities to address health and safety issues and preserve long-term housing affordability for low- and moderate-income residents. The PRO program is used to fund community activities designed to remove barriers to affordable housing and increase housing production and lower housing costs over the long term. Grant agreements for both were executed by HUD and Tucson in January. HUD has recently sought to amend the PRICE grant agreement and has stated that it intends to review the action plans for both programs for alignment with all Trump Executive Orders. Tucson recently filed a lawsuit in United States District Court for the District of Arizona (4:25-cv-00353-BGM) challenging HUD's attempt to impose these new conditions.

SECOND DECLARATION OF ANN CHANECKA - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Once the plans are approved, Tucson and HUD will execute grant agreements for the formula grants and the funding will begin to flow. That typically happens in September.

9. CDBG funding is currently being used to create and improve emergency and transitional shelters, complementing the work of CoC programs with respect to homelessness. And CDBG dollars are currently being used to develop affordable housing. Tucson is already in a housing crisis as evidenced by a 59% increase in households seeking services for homelessness between 2021 and 2023 (over 7,500 households requested assistance). A recent housing-needs assessment estimates 35,000 new housing units are needed over the next decade to meet housing demand (64% of those units are needed for low-income families). In addition, Tucson's high rates of poverty and low wages continue to be a major challenge facing Tucsonans. The Housing Choice Voucher waitlist currently has over 40,000 families requesting assistance. Given the high homelessness and poverty rates, losing HUD funding, including the HUD formula and discretionary grants described here, would be catastrophic to the 6,618 households who rely on our public housing and voucher programs. Homelessness would increase and given the extreme heat in Tucson, this will result in unnecessary heat-related deaths

10. But CDBG funding also supports other social services programs that would have to be discontinued if HUD funding is lost. Through our homeowner residential rehabilitation program we invested $1.6M in much needed health and safety improvements to houses and mobile homes of 74 low-income Tucson families over the past two years (95% of residents served are elderly and 55% of residents served have a disability). In FY2025, over 1,200 individuals were assisted by CDBG Human Services programs and 320,000 received food assistance. CDBG dollars also fund neighborhood reinvestment projects, raising the quality of life of all neighborhood residents.

SECOND DECLARATION OF ANN CHANECKA - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

11. HOME Investment Partnership Funding is critical as well. It has supported security deposit assistance for 207 low-income families over the past two years for whom a large up-front payment requirement created a significant barrier to obtaining rental housing. Over $1.3M in HOME funding supported Down Payment Assistance loans to 30 low-income homebuyers of the past 2 years. And critically, over $3.7M in gap funding was provided to five affordable housing development projects creating 209 affordable housing units over the past two years. This funding helped to leverage an additional $71.1M of outside investment.

12. In addition to using HUD funds to fight homelessness, increase the availability of affordable housing, and improve communities, Tucson is using the FY24 Lead Hazard Reduction grant to perform lead paint risk assessments on 320 homes and complete necessary improvements and lead paint abatement to 125 homes occupied by low-income families with children under 6 years old. If this grant were to be terminated or suspended, these families would remain at risk of lead poisoning.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this eighth day of July, 2025.

*Ann Chanecka*

_____
Ann Chanecka

SECOND DECLARATION OF ANN CHANECKA - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750