The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF KEITH KATKO |

I, Keith Katko, declare as follows:

1. I am a resident of the State of Oregon. I am over the age of 18 years. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Finance Director for the City of Wilsonville, Oregon ("City" or "Wilsonville"). Wilsonville is a city located primarily in Clackamas County, with a portion extending into Washington County. It lies approximately equidistant between Portland and Salem in northwestern Oregon. In my role as Finance Director, I manage the financial and accounting functions of the city to assure the protection of financial assets and provide appropriate financial data supporting the management resource control and decision-making process. I am responsible for developing and presenting the City of Wilsonville Fiscal Year

Page 1 – DECLARATION OF KEITH KATKO
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  Budget and five-year forecast. This requires providing instruction and guidance to collect data
2  from all departments. I review all departmental budget requests and make recommendations on
3  how to balance requests with available resources.

4      3.    On or about April 24, 2025, the City of Wilsonville began to receive information
5  from the U.S. Department of Transportation regarding anticipated changes to grant agreements
6  related to certain Executive Orders and directives from the Secretary of Transportation

7      4.    Wilsonville anticipates that substantially similar terms, pursuant to certain
8  Executive Orders and directives from the Secretary of Health and Human Services, will be added
9  to grant agreements for federal funds that Wilsonville receives from the U.S. Department of
10 Health and Human Services (HHS) through its Administration for Community Living (ACL) via
11 pass-through from Clackamas County, Oregon.

12     5.    These new conditions threaten Wilsonville's ability to access the expected HHS
13 funding. This would have far reaching consequences. As the Finance Director I must decide how
14 to handle this possible loss of funds for the fiscal year which began on July 1, 2025.

15     6.    Wilsonville currently receives federal funding through a variety of pass-through
16 or direct receipt funding programs. Wilsonville typically receives, direct and pass-through
17 funding from the ACL.

18     7.    Wilsonville's Community Center, managed by its Parks and Recreation
19 Department, also receives pass-through funds from ACL pursuant to the Older Americans Act
20 ("OAA") to provide nutrition services, outreach, assessment, information and assistance, case
21 management, reassurance, health promotion and legal consultation for Clackamas County
22 residents aged 60 and older. The goal in providing these services is to assist older residents in
23 meeting their individual needs by linking them with local resources. For FY 2024-25,
24 Wilsonville was awarded $135,320 in federal pass-through funds, and was awarded a total of
25 $254,520 through FY 2026-27.
26 ///

Page 2 – DECLARATION OF KEITH KATKO
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

8. The loss of this funding would result in drastic cuts to much needed programs that are essential to the City's function. Social and Community programs such Senior Health would suffer if federal funding from ACL was lost. . Loss of funding would negatively impact the City's overall budget and may result in the termination of several essential services and programs that the City provides.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 7/8/25, in Wilsonville, Oregon.

_____
Keith Katko, Finance Director
City of Wilsonville, Oregon

Page 3 – DECLARATION OF KEITH KATKO
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 14th day of July, 2025.

/s/ Gabriela DeGregorio
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750