

# UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK
U.S. COURTHOUSE, LOBBY LEVEL
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
District Court Executive
Clerk of Court

**ERIC SMITS**
Chief Deputy Clerk

## INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) – Permission to Participate in a Particular Case

### Pro Hac Vice Attorney Requirements

Pro Hac Vice Attorney Applicant must:

1. Obtain local counsel (see Local Counsel Requirements).
2. Fill out all sections of the Application for Leave to Appear Pro Hac Vice (attached) except for the Statement of Local Counsel.
3. Send the Application to local counsel to complete.
4. Submit a Pro Hac Vice access request from attorney pacer.uscourts.gov account (see Pro Hac Vice Application Guide for information on when this needs to be done).

### Local Counsel Requirements

Local Counsel must:

1. Be admitted to practice before this Court.
2. Have a physical office within the geographical boundaries of the Western District of Washington.
3. Formally appear (LCR 83.2(a)) in the case in which the attorney files the Application.
4. Complete and sign the Statement of Local Counsel section of the Application for Leave to Appear Pro Hac Vice signifying the attorney has read and understands their responsibilities as local counsel.
5. Electronically file and pay the fee for the completed application (either **Civil** or **Criminal**), under **Other Documents**, then select **Application for Leave to Appear Pro Hac Vice**.

The court will review applications and upon approval docket an Order in the case.

Questions regarding Pro Hac Vice applications:
Attorney Admissions Clerk 206-370-8400
WAWD_Admissions@wawd.uscourts.gov

Questions regarding Electronic Case Filing (ECF):
ECF Help Desk 1-866-323-9293
cmecf@wawd.uscourts.gov



# United States District Court
# Western District of Washington

KING COUNTY, et al.

Plaintiff(s)

V.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.

Defendant(s)

Case Number: 2:25-cv-00814-BJR

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Rebecca Holschuh hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Hennepin County

The particular need for my appearance and participation is:

Counsel is a Senior Assistant Hennepin County Attorney and counsel for Plaintiff Hennepin County.

I, Rebecca Holschuh understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 30, 2025

Signature of Applicant: s/ Rebecca Holschuh

**Pro Hac Vice Attorney**

Applicant's Name: Rebecca Holschuh

Law Firm Name: Hennepin County Attorney's Office

Street Address 1: A1300 Government Center

Address Line 2: 300 South Sixth Street

City: Minneapolis   State: MN   Zip: 55487

Phone Number w/ Area Code: 612-348-4797   Bar #: 0392251   State: MN

Primary E-mail Address: rebecca.holschuh@hennepin.us

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address: beccastark@gmail.com

*(Additional contact email for questions during the application process)*

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Rebecca Holschuh is unable to be present upon any date assigned by the court.

Date: 7/21/2025   Signature of Local Counsel: s/ Jamie L. Lisagor

Local Counsel's Name: Jamie Lisagor

Law Firm Name: Pacifica Law Group LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 401 Union Street, Suite 1600

Address Line 2:

City: Seattle   State: WA   Zip: 98101-2668

Phone Number w/ Area Code: (206) 245-1700   Bar #: 39946



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

 I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed: June 30, 2025          Signature: s/ Rebecca Holschuh
*(Pro Hac Vice applicant name)*