1    THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8    MARTIN LUTHER KING, JR.
     COUNTY, et al.                          No. 2:25-cv-00814-BJR
9
                           Plaintiffs,
10   vs.                                     DECLARATION OF SERVICE OF
                                             SECOND AMENDED COMPLAINT
11   SCOTT TURNER in his official capacity   AND SUMMONSES
12   as Secretary of the U.S. Department of
     Housing and Urban Development, et al.
13
                           Defendants.
14

15

16        **DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS**

17        I hereby declare as follows:

18        1.  I am over the age of eighteen and am not a party to this litigation.

19
          2.  I filed summonses directed to newly named defendants Robert F. Kennedy, Jr., in his
20
              official capacity as Secretary of the U.S. Department of Health and Human Services,
21
              and U.S. Department of Health and Human Services.
22

23        3.  On July 22, 2025, I sent copies of the summonses described in the previous

24            paragraph, along with copies of the Second Amended Complaint (Dkt. No. 184), via

25            certified mail, to:

26

27

DECLARATION OF CERTIFIED MAIL SERVICE
ON DEFENDANTS - 1

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| Summons Directed To: | Summons and Second Amended Complaint Mailed To: |
|---|---|
| Robert F. Kennedy, Jr. in his official capacity as Secretary of the U.S. Department of Health and Human Services | Robert F. Kennedy, Jr., Secretary of Health and Human Services<br>U.S. Department of Health and Human Services<br>c/o Office of the General Counsel<br>200 Independence Avenue, SW<br>Washington, DC 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services<br>Office of the General Counsel<br>200 Independence Avenue, SW<br>Washington, DC 20201 |

4.  On July 22, 2025, I sent copies of the summonses for all parties described in

paragraph 2, along with copies of the Second Amended Complaint (Dkt. No. 184),

via certified mail to:

| Attorney General of the United States | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
|---|---|
| Office of the United States Attorney for the Western District of Washington | Office of the United States Attorney<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 |

5.  In the Attachment, please find scans of each of the certified mail slips to all

previously mentioned defendants, the Attorney General of the United States, and the

Office of the United States Attorney for the Western District of Washington, placed

in the mail on July 22, 2025.

DECLARATION OF CERTIFIED MAIL SERVICE
ON DEFENDANTS - 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    DATED this 30th day of July, 2025.

2                                                  PACIFICA LAW GROUP LLP

3                                                  *s/ Gabriela DeGregorio*
4                                                  Gabriela DeGregorio
                                                   Litigation Assistant
5                                                  gabby.degregorio@pacificalawgroup.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF CERTIFIED MAIL SERVICE
ON DEFENDANTS - 3

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# ATTACHMENT







