THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR JUDICIAL NOTICE<br><br>[PROPOSED] |

This matter came before the Court on Plaintiffs' Unopposed Motion for Judicial Notice (the "Motion"). Having considered the Motion and the other pleadings and papers filed in this action, the Motion is hereby GRANTED. The Court will take judicial notice of the memorandum from U.S. Attorney General Pam Bondi dated July 29, 2025, and titled Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination.

　　　　Dated this ___ day of _____, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE BARBARA J. ROTHSTEIN

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION - 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1 | Presented by:

2 | PACIFICA LAW GROUP LLP

3 | /s/ Paul J. Lawrence
4 | Paul J. Lawrence, WSBA #13557
  | Jamie Lisagor, WSBA #39946
5 | Sarah S. Washburn, WSBA #44418
  | Meha Goyal, WSBA #56058
6 | Galen Knowles, WSBA #59644
  | Luther Reed-Caulkins, WSBA #62513
7 | *Attorneys for All Plaintiffs*

8 |

9 | LEESA MANION
  | King County Prosecuting Attorney

10 | /s/ David J. Hackett
11 | David J. Hackett, WSBA #21234
   | Alison Holcomb, WSBA #23303
12 | Erin Overbey, WSBA #21907
   | Cristy Craig, WSBA #27451
13 | Donna Bond, WSBA #36177
14 | *Attorneys for Plaintiff Martin Luther King, Jr. County*

15 |

16 | JASON J. CUMMINGS
   | Snohomish County Prosecuting Attorney

17 |

18 | /s/ Bridget E. Casey
   | Bridget E. Casey, WSBA #30459
19 | Rebecca J. Guadamud, WSBA #39718
   | Rebecca E. Wendling, WSBA #35887
20 | *Attorneys for Plaintiff Snohomish County*

21 |

22 | DAVID CHIU
   | San Francisco City Attorney

23 | /s/ David Chiu
   | David Chiu (CA Bar No. 189542)
24 | Yvonne R. Meré (CA Bar No. 175394)
   | Mollie M. Lee (CA Bar No. 251404)
25 | Sara J. Eisenberg (CA Bar No. 269303)
26 | Ronald H. Lee (CA Bar No. 238720)
   | Alexander J. Holtzman (CA Bar No. 311813)
27 | *Attorneys for Plaintiffs City and County of*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION - 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  *San Francisco, San Francisco County*
2  *Transportation Authority, and Treasure*
   *Island Mobility Management Agency*
3
4  OFFICE OF THE COUNTY COUNSEL,
   COUNTY OF SANTA CLARA
5
6  */s/ Tony LoPresti*
   Tony LoPresti (CA Bar No. 289269)
7  Kavita Narayan (CA Bar No. 264191)
   Meredith A. Johnson (CA Bar No. 291018)
8  Stefanie L. Wilson (CA Bar No. 314899)
   Cara H. Sandberg (CA Bar No. 291058)
9  *Attorneys for Plaintiff County of Santa Clara*
10
11 ADAM CEDERBAUM
   Corporation Counsel, City of Boston
12
   */s/ Samantha H. Fuchs*
13 Samantha H. Fuchs (MA BBO No. 708216)
   Samuel B. Dinning (MA BBO No. 704304)
14 *Attorneys for Plaintiff City of Boston*
15
16 CITY OF COLUMBUS, DEPARTMENT OF LAW
   ZACH KLEIN, CITY ATTORNEY
17
   */s/ Richard N. Coglianese*
18 Richard N. Coglianese (OH Bar No. 0066830)
   *Attorney for Plaintiff City of Columbus*
19
20 PUBLIC RIGHTS PROJECT
21 */s/ Sharanya Mohan*
   Sharanya (Sai) Mohan (CA Bar No. 350675)
22 Naomi Tsu (OR Bar No. 242511)
   Toby Merrill (MA Bar No. 601071)
23 *Counsel for Plaintiffs City of Columbus, City*
24 *& County of Denver, Metro Government of*
   *Nashville & Davidson County, Pima County,*
25 *County of Sonoma, City of Bend, City of*
   *Cambridge, City of Chicago, City of Culver*
26 *City, City of Minneapolis, City of Pasadena,*
27 *City of Pittsburgh, City of Portland, City of*
   *San José, City of Santa Monica, City of*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR
PRELIMINARY INJUNCTION - 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| | |
|---|---|
| 1 | *Tucson, City of Wilsonville, Santa Monica Housing Authority, County of Alameda, City of Albuquerque, Mayor and City Council of Baltimore, City of Bellevue, City of Bellingham, City of Bremerton, County of Dane, City of Eugene, City of Healdsburg, County of Hennepin, Kitsap County, City of Los Angeles, City of Milwaukee, Milwaukee County, Multnomah County, City of Oakland, City of Pacifica, City of Petaluma, Ramsey County, City of Rochester, City of Rohnert Park, San Mateo County, City of Santa Rosa, City of Watsonville, Culver City Housing Authority, Puget Sound Regional Council, Sonoma County Transportation Authority, and Sonoma County Community Development Commission* |
| 12 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the City of New York |
| 13-16 | */s/ Doris Bernhardt*<br>Doris Bernhardt (NY Bar No. 4449385)<br>Joshua P. Rubin (NY Bar No. 2734051)<br>Aatif Iqbal (NY Bar No. 5068515)<br>*Attorneys for Plaintiff City of New York* |
| 17-18 | ASHLEY M. KELLIHER<br>DAVID P. STEINBERGER<br>Assistant City Attorneys |
| 19-21 | */s/ Ashley M. Kelliher*<br>Ashley M. Kelliher (CO Bar No. 40220)<br>David P. Steinberger (CO Bar No. 48530)<br>*Attorneys for Plaintiff City and County of Denver* |
| 22-23 | LAURA CONOVER<br>Pima County Attorney |
| 24-27 | */s/ Bobby Yu*<br>Samuel E. Brown (AZ Bar No. 027474)<br>Bobby Yu (AZ Bar No. 031237)<br>Kyle Johnson (AZ Bar No. 032908)<br>*Attorneys for Plaintiff Pima County* |

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION - 4
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

ROBERT H. PITTMAN, County Counsel

*/s/ Joshua A. Myers*
Joshua A. Myers (CA Bar No. 250988)
*Attorneys for Plaintiffs County of Sonoma, Sonoma County Transportation Authority, and Sonoma County Community Development Commission*

OFFICE OF THE CITY ATTORNEY
FOR THE CITY OF BEND

*/s/ Ian M. Leitheiser*
Ian M. Leitheiser (OSB #993106)
Elizabeth Oshel (OSB #104705)
Michael J. Gaffney (OSB #251680)
*Attorneys for Plaintiff City of Bend*

CITY OF CAMBRIDGE, LAW DEPARTMENT
MEGAN B. BAYER, CITY SOLICITOR

*/s/ Megan B. Bayer*
Megan B. Bayer (MA BBO No. 669494)
Elliott J. Veloso (MA BBO No. 677292)
Diane Pires (MA BBO No. 681713)
*Attorneys for Plaintiff City of Cambridge*

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

*/s/ Rebecca Hirsch*
Rebecca Hirsch (IL Bar No. 6279592)
Chelsey Metcalf (IL Bar No. 6337233)
*Attorneys for Plaintiff City of Chicago*

KRISTYN ANDERSON
City Attorney

*/s/ Kristyn Anderson*
Kristyn Anderson (MN Lic. 0267752)
Sara J. Lathrop (MN Lic. 0310232)
Munazza Humayun (MN Lic. 0390788)
*Attorneys for Plaintiff City of Minneapolis*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR
PRELIMINARY INJUNCTION - 5
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

KRYSIA KUBIAK, Esq.
City Solicitor

*/s/ Julie E. Koren*
Julie E. Koren (PA Bar No. 309642)
*Counsel for Plaintiff City of Pittsburgh*

ROBERT TAYLOR
Portland City Attorney

*/s/ Caroline Turco*
Caroline Turco (OR Bar No. 083813)
*Attorney for Plaintiff City of Portland*

NORA FRIMANN
City Attorney

*/s/ Nora Frimann*
Nora Frimann (CA Bar No. 93249)
Elisa Tolentino (CA Bar No. 245962)
*Attorneys for Plaintiff City of San José*

CITY OF WILSONVILLE

*/s/ Amanda R. Guile-Hinman*
Amanda R. Guile-Hinman, WSBA #46282
*Attorneys for the City of Wilsonville*

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY

*/s/ Andrés Muñoz*
Andrés Muñoz, WSBA #50224
Desmond Brown, WSBA #16232
*Attorneys for the Central Puget Sound Regional Transit Authority*

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

*/s/ Jeffrey S. Myers*
Jeffrey S. Myers, WSBA #16390
Erin L. Hillier, WSBA #42883
Jakub Kocztorz, WSBA #61393
*Attorneys for Plaintiff Intercity Transit*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION - 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

PORT OF SEATTLE
Anderson & Kreiger LLP

*/s/ Melissa C. Allison*
Melissa C. Allison (MA Bar No. 657470)
David S. Mackey (MA Bar No. 542277)
Christina S. Marshall (MA Bar No. 688348)
*Attorneys for Plaintiff Port of Seattle and Milwaukee County*

KING COUNTY REGIONAL HOMELESSNESS AUTHORITY

*/s/ Edmund Witter*
Edmund Witter, WSBA #52339
*Attorneys for Plaintiff King County Regional Homelessness Authority*

OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA

*/s/ Donna R. Ziegler*
Donna R. Ziegler (CA Bar No. 142415)
K. Scott Dickey (CA Bar No. 184251)
Jason M. Allen (CA Bar No. 284432)
*Attorneys for Plaintiff County of Alameda*

CITY OF ALBUQUERQUE

*/s/ Lauren Keefe*
Lauren Keefe, City Attorney (NM Lic. 14664)
Devon P. King, Deputy City Attorney (NM Lic. 148108)
*Attorneys for Plaintiff City of Albuquerque*

CITY OF BELLEVUE
OFFICE OF THE CITY ATTORNEY
Trisna Tanus, City Attorney

*/s/ Trisna Tanus*
Trisna Tanus, WSBA #46568
Chad R. Barnes, WSBA #30480
Katherine B. White, WSBA #46649
*Attorneys for Plaintiff City of Bellevue*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION - 7
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

CITY OF BELLINGHAM

*/s/ Sarah W. Chaplin*
Sarah W. Chaplin, WSBA #51642
*Attorneys for Plaintiff City of Bellingham*

BREMERTON CITY ATTORNEY

*/s/ Kylie J. Finnell*
Kylie J. Finnell, WSBA #34997
Brett Jette, WSBA #47903
*Attorneys for Plaintiff City of Bremerton*

OFFICE OF THE CORPORATION
COUNSEL FOR DANE COUNTY

*/s/ Carlos A. Pabellon*
Carlos A. Pabellon (WI State Bar No. 1046945)
David R. Gault (WI State Bar No. 1016374)
*Attorneys for Plaintiff County of Dane*

CITY OF EUGENE

*/s/ Mark Kannen*
Mark Kannen (OSB 120999)
Kathryn P. Brotherton (OSB 981530)
*Attorneys for Plaintiff City of Eugene*

BURKE, WILLIAMS & SORENSEN, LLP

*/s/ Samantha W. Zutler*
Samantha W. Zutler (CA Bar No. 238514)
Eileen L. Ollivier (CA Bar No. 345880)
*Attorney for Plaintiffs City of Healdsburg and City of Watsonville*

BURKE, WILLIAMS & SORENSEN, LLP

*/s/ Michelle Marchetta Kenyon*
Michelle Marchetta Kenyon (CA Bar No. 127969)
Eileen L. Ollivier (CA Bar No. 345880)
*Attorneys for Plaintiffs City of Pacifica and City of Rohnert Park*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR PRELIMINARY INJUNCTION - 8
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

MARY F. MORIARTY
Hennepin County Attorney

*/s/ Rebecca Holschuh*
Rebecca L.S. Holschuh (MN Bar No. 0392251)
Brittany K. McCormick (MN Bar No. 0395175)
*Attorneys for Plaintiff County of Hennepin*

KITSAP COUNTY

*/s/ Kyla S. Bond*
Kyla S. Bond, WSBA #48309
*Attorney for Plaintiff Kitsap County*

HYDEE FELDSTEIN SOTO
City Attorney of the City of Los Angeles

*/s/ Michael J. Dundas*
Michael J. Dundas (CA Bar No. 226930)
Adrienne S. Khorasanee (CA Bar No. 227704)
Joshua M. Templet (CA Bar No. 267098)
*Attorneys for Plaintiff City of Los Angeles*

MULTNOMAH COUNTY

*/s/ B. Andrew Jones*
B. Andrew Jones (OSB No. 091786)
*Attorneys for Plaintiff Multnomah County*

CITY OF OAKLAND

*/s/ Ryan Richardson*
Ryan Richardson (CA Bar No. 223548)
Maria Bee (CA Bar No. 167716)
Jaime Huling Delaye (CA Bar No. 270784)
H. Luke Edwards (CA Bar No. 313756)
*Attorneys for Plaintiff City of Oakland*

CITY OF PETALUMA

*/s/ Eric Danly*
Eric Danly (CA Bar No. 201621)
*Attorney for Plaintiff City of Petaluma*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR
PRELIMINARY INJUNCTION - 9
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

JOHN J. CHOI
RAMSEY COUNTY ATTORNEY

*/s/ Bradley Cousins*
Bradley Cousins (MN Bar No. 0400463)
Stacey D'Andrea (MN Bar No. 0388320)
Jada Lewis (MN Bar No. 0391287)
*Attorneys for Plaintiff Ramsey County*

CITY OF ROCHESTER

*/s/ Patrick Beath*
Patrick Beath, Corporation Counsel (NY Lic. 4999751)
*Attorney for Plaintiff City of Rochester*

HEATHER FERBERT
City Attorney

*/s/ Mark Ankcorn*
Mark Ankcorn (CA Bar No. 166871)
Julie Rau (CA Bar No. 317658)
*Attorneys for Plaintiff City of San Diego*

SAN MATEO COUNTY

*/s/ John D. Nibbelin*
John D. Nibbelin (CA Bar No. 184603)
Rebecca M. Archer (CA Bar No. 202743)
Lauren F. Carroll (CA Bar No. 333446)
*Attorneys for Plaintiff San Mateo County*

CITY OF SANTA ROSA

*/s/ Teresa L. Stricker*
Teresa L. Stricker (CA Bar No. 160601)
Autumn Luna (CA Bar No. 288506)
Adam S. Abel (CA Bar No. 148210)
Hannah E. Ford-Stille (CA Bar No. 335113)
*Attorneys for Plaintiff City of Santa Rosa*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR
PRELIMINARY INJUNCTION - 10
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1 | CASCADIA LAW GROUP PLLC
2 |
3 | */s/ Stephen R. Parkinson*
Stephen R. Parkinson, WSBA #21111
*Attorneys for Plaintiff Puget Sound Regional Council*

ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR
PRELIMINARY INJUNCTION - 11
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750