THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

No. 2:25-cv-00814-BJR

Plaintiffs,

v.

FOURTH SUPPLEMENTAL
DECLARATION OF SUNAREE
MARSHALL

SCOTT TURNER, in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

Defendants.

I, SUNAREE MARSHALL, declare as follows:

1.      I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and on my review of relevant business records.

2.      In my third supplemental declaration, I explained how King County, an Urban County as defined under the Housing and Community Development Act (HCDA) of 1974, has entered Community Development Block Grant (CDBG) Consortium agreements with 28 of the County's 39 cities, towns, and unincorporated areas (Units of General Local Government, or "UGLGs") and has pass-through agreements in place with five additional Joint Agreement Cities (JACs). Two of the remaining six UGLGs within King County are the cities of Milton and Seattle. Milton is located in both King and Pierce Counties and is a member of the Pierce County

FOURTH SUPPLEMENTAL DECLARATION OF SUNAREE
MARSHALL- 1

PACIFICA LAW GROUP  LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

CDBG Consortium. Seattle is the "principal city of a Metropolitan Statistical Area (MSA)" and operates its HUD-funded programs separately from King County and the King County CDBG Consortium.

3.      The remaining four cities—Auburn, Bellevue, Federal Way, and Kent—are Metropolitan Cities that receive their CDBG funding directly from HUD. However, they rely on King County's participation in the CDBG program, synthesis of county-level data for the required Needs Assessment and Market Analysis components of their Consolidated Plans, and submission of their Consolidated Plans and Annual Action Plans through HUD's Integrated Disbursement and Information System (IDIS). Their participation as partners in the King County Consortium and collaboration with the consortium partners is critical to their planning and funding of housing and development projects in their communities.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 5th day of August, 2025, at Seattle, Washington.



SUNAREE MARSHALL

FOURTH SUPPLEMENTAL DECLARATION OF SUNAREE
MARSHALL- 2

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 2000
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I served a true and correct copy of the foregoing document on the following parties by the method(s) indicated below:

| | |
|---|---|
| Brian C. Kipnis<br>Annalisa L. Cravens<br>Sarah L. Bishop<br>Rebecca S. Cohen<br>*Assistant United States Attorneys*<br><br>Office of the United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>brian.kipnis@usdoj.gov<br>annalisa.cravens@usdoj.gov<br>sarah.bishop@usdoj.gov<br>rebecca.cohen@usdoj.gov<br><br>*Attorneys for all Defendants* | ☒ CM/ECF E-service<br>☐ Email<br>☐ U.S. Mail<br>☐ Certified Mail / Return Receipt Requested<br>☐ Hand delivery / Personal service |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 6th day of August, 2025.

*/s/ Gabriela DeGregorio*
Gabriela DeGregorio
Litigation Assistant
Pacifica Law Group LLP

CERTIFICATE OF SERVICE - 1