The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>SCOTT TURNER, *et al.*,<br><br>          Defendants. | Case No. 2:25-cv-00814-BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Under Local Civil Rule 83.2(b)(3), Assistant U.S. Attorney Annalisa L. Cravens withdraws as an attorney of record in this case. The U.S. Attorney's Office for the Western District of Washington will continue to represent Defendants, with Rebecca S. Cohen, Brian C. Kipnis, and Sarah L. Bishop as counsel of record.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Rebecca S. Cohen*
REBECCA S. COHEN

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | *s/ Brian C. Kipnis* |
|   | BRIAN C. KIPNIS |
| 2 |   |
|   | *s/ Annalisa L. Cravens* |
| 3 | ANNALISA L. CRAVENS |
|   |   |
| 4 | *s/ Sarah L. Bishop* |
|   | SARAH L. BISHOP |

Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: rebecca.cohen@usdoj.gov
            brian.kipnis@usdoj.gov
            annalisa.cravens@usdoj.gov
            sarah.bishop@usdoj.gov

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970