```
TONY LOPRESTI, County Counsel (S.B. #289269)
KAVITA NARAYAN, Chief Assistant County Counsel (S.B. #264191)
MEREDITH JOHNSON, Lead Deputy County Counsel (S.B. #291018)
STEFANIE L. WILSON, Deputy County Counsel (S.B. #314899)
CARA H. SANDBERG, Deputy County Counsel (S.B. #291058)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
stefanie.wilson@cco.sccgov.org
cara.sandberg@cco.sccgov.org
```

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, et al.,<br><br>    Defendants. | No. 25CV00814 BJR<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that CARA H. SANDBERG is no longer counsel of record for Plaintiff COUNTY OF SANTA CLARA and should be removed from the service list.

Dated:  August 13, 2025

Respectfully submitted,

TONY LOPRESTI
County Counsel

By:  /s/ Cara H. Sandberg
    CARA H. SANDBERG
    Deputy County Counsel

    Attorneys for Plaintiff
    COUNTY OF SANTA CLARA

3331339