The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>                      Plaintiffs,<br><br>      v.<br><br>SCOTT TURNER, *et al.,*<br><br>                      Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF BRIAN C. KIPNIS** |

Under 28 U.S.C. § 1746, I declare under penalty of perjury the following is true and correct to the best of my knowledge.

1. I am an Assistant United States Attorney for the Western District of Washington and represent Defendants in this case.

2. At the Court's direction, my colleagues and I prepared notices to be distributed to all employees and contractors of Defendant agencies Department of Housing and Urban Development, Department of Transportation, and Department of Health and Human Services (the "Agencies"). True and correct copies of those notices are attached as Exhibits A-C.

DECLARATION OF BRIAN C. KIPNIS
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. We instructed in-house counsel for the Agencies to have the notices emailed to all their employees and contractors, along with a copy of the Court's preliminary injunction order (Dkt. 338). In-house counsel for all three Agencies have represented to me that the notices and order were emailed to all employees and contractors today.

Executed in Seattle, Washington, on August 14, 2025.

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: brian.kipnis@usdoj.gov

*Counsel for Defendants*

DECLARATION OF BRIAN C. KIPNIS
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970