THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>    Plaintiffs,<br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.<br><br>    Defendant. | No. 2:25-cv-00814-BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO:   CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD

  PLEASE TAKE NOTICE that LUTHER REED-CAULKINS hereby withdraws as counsel of record for all Plaintiffs. Paul J. Lawrence, Jamie L. Lisagor, Sarah S. Washburn, Meha Goyal, and Galen Knowles of Pacifica Law Group LLP will remain as counsel of record for all Plaintiffs. This notice of withdrawal is effective immediately.

  DATED this 18th day of August, 2025.

          PACIFICA LAW GROUP LLP

         *s/ Luther Reed-Caulkins*
         Luther Reed-Caulkins, WSBA #62513
         401 Union Street, Suite 1600
         Seattle, WA 98101
         T: 206-245-1700
         Luther.Reed-Caulkins@pacificalawgroup.com
         *Attorneys for all Plaintiffs*

NOTICE OF WITHDRAWAL OF COUNSEL – 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750