HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>NOTICE OF WITHDRAWL OF COUNSEL ON BEHALF OF PLAINTIFF KING COUNTY REGIONAL HOMELESSNESS AUTHORITY |

　　　PLEASE TAKE NOTICE THAT Edmund Witter hereby withdraws as counsel for Plaintiff King County Regional Homelessness Authority. Paul J. Lawrence, Jamie L. Lisagor, Sarah S. Washburn, Meha Goyal, and Galen Knowles of Pacifica Law Group LLP will remain as counsel for Plaintiff King County Regional Homelessness Authority. This notice of withdrawal is effective as of October 29, 2025.

　　　DATED this 29th day of October, 2025.

　　　　　　　　　　　　　　　　　　*s/ Edmund Witter*
　　　　　　　　　　　　　　　　　　Edmund Witter, WSBA #52339
　　　　　　　　　　　　　　　　　　401 Yesler Way, Suite 600
　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　206-639-7013
　　　　　　　　　　　　　　　　　　Edmund.Witter@kcba.org