HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>      Defendants. | No. 2:25-cv-00814-BJR<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE THIRD AMENDED COMPLAINT<br><br>[PROPOSED] |

  This matter came before the Court on Plaintiffs' Unopposed Motion to File Third Amended Complaint (the "Motion"). For the reasons stated in the Motion, IT IS ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs may file their proposed Third Amended Complaint.

  Dated this _____ day of _____, 2025.

                _____
                HONORABLE BARBARA J. ROTHSTEIN

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO FILE THIRD
AMENDED COMPLAINT – 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Presented by:

PACIFICA LAW GROUP LLP

*s/ Paul J. Lawrence*
Paul J. Lawrence, WSBA #13557
Jamie Lisagor, WSBA #39946
Sarah S. Washburn, WSBA #44418
Meha Goyal, WSBA #56058
Galen Knowles, WSBA #59644
*Special Deputy Prosecutors*

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101
Tel: (206) 245-1700
Fax: (206) 245-1750
Paul.Lawrence@PacificaLawGroup.com
Jamie.Lisagor@PacificaLawGroup.com
Sarah.Washburn@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com
Galen.Knowles@PacificaLawGroup.com

*Attorneys for All Plaintiffs*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO FILE THIRD
AMENDED COMPLAINT – 2
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750