HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br>                        Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br>                        Defendants. | No. 2:25-cv-00814-BJR <br><br> ORDER GRANTING PLAINTIFFS' FOURTH MOTION FOR PRELIMINARY INJUNCTION <br><br> [PROPOSED] |

This matter came before the Court on Plaintiffs' Fourth Motion for Preliminary Injunction (the "Motion"). Having considered the Motion and supporting declarations, the other briefs submitted in opposition to and in support of the Motion, if any, and the other pleadings and papers filed in this action, the Court makes the following findings:

1.    This action was filed on May 2, 2025, challenging the imposition of unlawful conditions to grants issued by the U.S. Department of Housing and Urban Development ("HUD") and the U.S. Department of Transportation ("DOT").

2.    The complaint was amended on May 21, 2025, ECF No. 71, and July 10, 2025, ECF No. 184, to add plaintiffs and to address additional grant programs, including grants issued by the U.S. Department of Health and Human Services ("HHS").

[PROPOSED] ORDER GRANTING
PLAINTIFFS' FOURTH MOTION FOR
PRELIMINARY INJUNCTION – 1
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. The Court issued a preliminary injunction on June 3, 2025, ECF No. 169, and a second preliminary injunction on August 12, 2025, ECF No. 338 ("Second PI"). The Second PI enjoined all Defendants from, among other things, imposing or enforcing the challenged conditions at "any stage of the grantmaking process." Second PI at 36.

4. The complaint was again amended on November 10, 2025, ECF No. 345.

5. The additional cities, counties, and regional authorities added in the Third Amended Complaint and listed in Appendix I ("Additional Plaintiffs") seek the same permanent relief sought in the Second Amended Complaint and preliminary relief provided by the Court in the Second PI.

6. The Additional Plaintiffs allege that they receive, have applied for, or expect in the near future to apply for grants from HUD, DOT, and HHS, and for the reasons articulated in the Third Amended Complaint, seek relief to the extent these grants will require them to accept the conditions challenged in the Third Amended Complaint and enjoined in the Second PI.

7. In addition, three existing Plaintiffs—the City and County of Denver ("Denver"); the City of Nashville ("Nashville"); and the City of Tucson ("Tucson")—that did not previously move for injunctive relief as to certain grant conditions now need such relief.

NOW, THEREFORE, the Court ORDERS that the Second PI is extended as follows:

1. The definition of "CoC Plaintiffs" is amended to include the Additional HUD CoC Plaintiffs as defined in Appendix I, and Paragraphs 2–3 of the injunction are extended to apply to the Additional HUD CoC Plaintiffs.

2. The definition of "Non-CoC HUD Plaintiffs" is amended to include the Additional HUD Non-CoC Plaintiffs as defined in Appendix I, and Paragraphs 4–5 of the injunction are extended to apply to the Additional HUD Non-CoC Plaintiffs.

[PROPOSED] ORDER GRANTING
PLAINTIFFS' FOURTH MOTION FOR
PRELIMINARY INJUNCTION – 2
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3. The definition of "Non-CoC HUD Plaintiffs" is further amended to include Denver, and Paragraphs 4–5 of the injunction are extended to apply to Denver.

4. The definition of "DOT Plaintiffs" is amended to include the Additional DOT Plaintiffs as defined in Appendix I, and Paragraphs 6–7 of the injunction are extended to apply to the Additional DOT Plaintiffs.

5. The definition of "HHS Plaintiffs" is amended to include the Additional HHS Plaintiffs as defined in Appendix I, and Paragraphs 8–9 of the injunction are extended to apply to the Additional HHS Plaintiffs.

6. The definition of "HHS Plaintiffs" is further amended to include Nashville and Tucson, and Paragraphs 8–9 of the injunction are extended to apply to Nashville and Tucson.

7. The notice and compliance provisions in Paragraphs 10–11 of the injunction are extended to apply to the Additional Plaintiffs, to Denver as to the Non-CoC HUD Grant Conditions, and to Nashville and Tucson as to the HHS Grant Conditions.

Dated this ___ day of _____, 2025.

_____
HONORABLE BARBARA J. ROTHSTEIN

Presented by:

PACIFICA LAW GROUP LLP

*s/ Paul J. Lawrence*
Paul J. Lawrence, WSBA #13557
Jamie Lisagor, WSBA #39946
Sarah S. Washburn, WSBA #44418
Meha Goyal, WSBA #56058
Galen Knowles, WSBA #59644
*Special Deputy Prosecutors*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' FOURTH MOTION FOR
PRELIMINARY INJUNCTION – 3
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101
Tel: (206) 245-1700
Fax: (206) 245-1750
Paul.Lawrence@PacificaLawGroup.com
Jamie.Lisagor@PacificaLawGroup.com
Sarah.Washburn@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com
Galen.Knowles@PacificaLawGroup.com

*Attorneys for All Plaintiffs*

PUBLIC RIGHTS PROJECT

*/s/ Sharanya Mohan*
Sharanya (Sai) Mohan (CA Bar No. 350675)*
Naomi Tsu (OR Bar No. 242511)*
Toby Merrill (MA Bar No. 601071)*
Graham Provost (D.C. Bar No. 1780222)**
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
sai@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Columbus, City & County of Denver, Metro Government of Nashville & Davidson County, Pima County, County of Sonoma, City of Bend, City of Cambridge, City of Chicago, City of Culver City, City of Minneapolis, City of Pasadena, City of Pittsburgh, City of Portland, City of San José, City of Santa Monica, City of Tucson, City of Wilsonville, Santa Monica Housing Authority, County of Alameda, City of Albuquerque, Mayor and City Council of Baltimore, City of Bellevue, City of Bellingham, City of Bremerton, County of Dane, City of Eugene, City of Healdsburg, County of Hennepin, Kitsap County, City of Los Angeles, City of Milwaukee, Milwaukee County, Multnomah County, City of Oakland, City of Pacifica, City of Petaluma, Ramsey County, City of Rochester, City of Rohnert Park, San Mateo County, City of Santa Rosa, City of Watsonville, Culver City Housing Authority, Puget Sound Regional Council, Sonoma County Transportation Authority, Sonoma County Community Development Commission, City of Albany, Allegheny County, City of Cincinnati, Delaware County, Los Angeles Homeless Services Authority, City of New Haven, City of Palo Alto, and City of Santa Fe*

*Admitted *pro hac vice*
**Application for *pro hac vice admission* pending

[PROPOSED] ORDER GRANTING
PLAINTIFFS' FOURTH MOTION FOR
PRELIMINARY INJUNCTION – 4
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# APPENDIX I

The "Additional HUD CoC Plaintiffs" are:

- Allegheny County, Pennsylvania
- City of Berkeley, California
- City of Cincinnati, Ohio
- Delaware County, Pennsylvania
- Los Angeles Homeless Services Authority (LAHSA)
- City of Spokane, Washington

The "Additional HUD Non-CoC Plaintiffs" are:

- City of Albany, New York
- Alleghany County, Pennsylvania
- City of Berkeley, California
- City of Cincinnati, Ohio
- Delaware County, Pennsylvania
- Los Angeles Homeless Services Authority (LAHSA)
- City of New Haven, Connecticut
- City of Olympia, Washington
- City of Palo Alto, California
- City of Port Angeles, Washington
- City of Santa Fe, New Mexico
- City of Spokane, Washington
- City of Tacoma, Washington
- Thurston County, Washington

The "Additional DOT Plaintiffs" are:

- City of Albany, New York
- Allegheny County, Pennsylvania

[PROPOSED] ORDER GRANTING
PLAINTIFFS' FOURTH MOTION FOR
PRELIMINARY INJUNCTION – 5
No.  2:25-cv-00814-BJR

PACIFICA LAW GROUP  LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

- City of Berkeley, California
- City of Bothell, Washington
- City of Cincinnati, Ohio
- Delaware County, Pennsylvania
- City of New Haven, Connecticut
- City of Palo Alto, California
- City of Port Angeles, Washington
- City of Santa Fe, New Mexico
- City of Tacoma, Washington
- Thurston County, Washington

The "Additional HHS Plaintiffs" are:

- Allegheny County, Pennsylvania
- City of Berkeley, California
- City of Cincinnati, Ohio
- Delaware County, Pennsylvania
- City of New Haven, Connecticut
- City of Santa Fe, New Mexico
- Thurston County, Washington

The Additional HUD CoC Plaintiffs, Additional HUD Non-CoC Plaintiffs, Additional DOT Plaintiffs, and Additional HHS Plaintiffs, collectively, are referred to herein as the Additional Plaintiffs.

[PROPOSED] ORDER GRANTING PLAINTIFFS' FOURTH MOTION FOR PRELIMINARY INJUNCTION – 6
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750