HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

Plaintiffs,

vs.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF JAMIE L. LISAGOR IN SUPPORT OF PLAINTIFFS' FOURTH MOTION FOR PRELIMINARY INJUNCTION

I, Jamie L. Lisagor, declare as follows:

1. I am counsel of record for Plaintiffs in this matter. I am over the age of 18, competent to testify, and make this declaration based on personal knowledge of the facts stated herein.

2. Attached as **Exhibit A** is a true and correct copy of an email exchange between counsel for Defendants and me beginning on August 21, 2025.

3. During a telephone call on October 14, 2025, counsel for Defendants informed me that due to the government shutdown, they were unable to move forward with finalizing the stipulation allowing amendment of the Second Amended Complaint to include the Additional Plaintiffs and to extend preliminary relief to them as to the HUD Grant Conditions.

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of November, 2025.

        *s/ Jamie L. Lisagor*
        Jamie L. Lisagor, WSBA #39946

DECLARATION OF JAMIE L. LISAGOR IN
SUPPORT OF PLAINTIFFS' FOURTH MOTION
FOR PRELIMINARY INJUNCTION – 2
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

**From:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Sent:** Wednesday, October 8, 2025 5:12 PM
**To:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>; Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>; Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>
**Cc:** Paul Lawrence <Paul.Lawrence@pacificalawgroup.com>; Meha Goyal <Meha.Goyal@pacificalawgroup.com>; Sarah Washburn <Sarah.Washburn@pacificalawgroup.com>; sai <sai@publicrightsproject.org>; naomi@publicrightsproject.org; Toby Merrill <toby@publicrightsproject.org>; Galen Knowles <Galen.Knowles@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

Sarah,

Attached please find the stipulation adding new jurisdictions and extending the PI as to HUD. We've incorporated HUD's proposed revisions, and added the Additional Plaintiffs and our signature block. We've identified the new jurisdictions subject to Defendants' promise not to take any adverse action based on their interest in joining the lawsuit. If this looks acceptable, please add your signature and we will file it with the court.

Best,
Jamie

**Jamie Lisagor, Partner**

Pronouns: she/her



**T** 206.245.1700    **D** 206.245.1734
401 Union Street, Suite 1600  Seattle, WA 98101
Jamie.Lisagor@PacificaLawGroup.com
www.pacificalawgroup.com

This electronic message contains information from the law firm of Pacifica Law Group LLP.  The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact me at jamie.lisagor@pacificalawgroup.com.

**From:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>
**Sent:** Friday, September 26, 2025 10:45 AM
**To:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>; Kipnis, Brian (USAWAW)

<Brian.Kipnis@usdoj.gov>; Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>; Cravens, Annalisa (USAWAW) <Annalisa.Cravens@usdoj.gov>
**Cc:** Paul Lawrence <Paul.Lawrence@pacificalawgroup.com>; Meha Goyal <Meha.Goyal@pacificalawgroup.com>; Sarah Washburn <Sarah.Washburn@pacificalawgroup.com>; sai <sai@publicrightsproject.org>; naomi@publicrightsproject.org; Toby Merrill <toby@publicrightsproject.org>; Galen Knowles <Galen.Knowles@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

All,

After reviewing the draft stip, DOT has decided that it does not wish to enter into such a stipulation after all. I'm sorry for any inconvenience this development causes.

HUD is on board, if you would still want to go ahead with one agency. They had some minor wording changes on the stip – I redlined those changes into the attached, and also removed the language concerning DOT.

All best,

Sarah

**Sarah Louise Bishop**
**Assistant United States Attorney**
Office: 206-553-4330 | Cell: 206-915-9142
sarah.bishop@usdoj.gov

---

**From:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Sent:** Thursday, September 25, 2025 9:57 AM
**To:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>; Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>; Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>
**Cc:** Paul Lawrence <Paul.Lawrence@pacificalawgroup.com>; Meha Goyal <Meha.Goyal@pacificalawgroup.com>; Sarah Washburn <Sarah.Washburn@pacificalawgroup.com>; sai <sai@publicrightsproject.org>; naomi@publicrightsproject.org; Toby Merrill <toby@publicrightsproject.org>; Galen Knowles <Galen.Knowles@pacificalawgroup.com>
**Subject:** [EXTERNAL] RE: King County v. Turner

Thanks for the update—sounds good!

**Jamie Lisagor, Partner**

Pronouns: she/her



**T** 206.245.1700 **D** 206.245.1734
401 Union Street, Suite 1600 Seattle, WA 98101
Jamie.Lisagor@PacificaLawGroup.com
www.pacificalawgroup.com

This electronic message contains information from the law firm of Pacifica Law Group LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at jamie.lisagor@pacificalawgroup.com.

---

**From:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>
**Sent:** Thursday, September 25, 2025 9:07 AM
**To:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>; Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>; Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>
**Cc:** Paul Lawrence <Paul.Lawrence@pacificalawgroup.com>; Meha Goyal <Meha.Goyal@pacificalawgroup.com>; Sarah Washburn <Sarah.Washburn@pacificalawgroup.com>; sai <sai@publicrightsproject.org>; naomi@publicrightsproject.org; Toby Merrill <toby@publicrightsproject.org>; Galen Knowles <Galen.Knowles@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

Hi Jamie,

We had to run it past folks at main DOJ first to make sure they didn't see any issues. They signed off on it last night, so it'll go to the agencies now. They are usually pretty quick to respond, so I don't have any reason to think the 30th will be a problem. If they come up with any issues we need to discuss I'll let you (or your colleagues) know asap.

All best,

Sarah

**Sarah Louise Bishop**
**Assistant United States Attorney**
Office: 206-553-4330 | Cell: 206-915-9142
sarah.bishop@usdoj.gov

---

**From:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Sent:** Thursday, September 25, 2025 8:57 AM
**To:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>; Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>; Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>
**Cc:** Paul Lawrence <Paul.Lawrence@pacificalawgroup.com>; Meha Goyal <Meha.Goyal@pacificalawgroup.com>; Sarah Washburn <Sarah.Washburn@pacificalawgroup.com>; sai <sai@publicrightsproject.org>; naomi@publicrightsproject.org; Toby Merrill <toby@publicrightsproject.org>; Galen Knowles <Galen.Knowles@pacificalawgroup.com>

**Subject:** [EXTERNAL] RE: King County v. Turner

Sarah,

I just wanted to check in on the status of DOT's and HUD's review of the stipulation. We're hoping to secure their caveated sign-off (per our discussion) by the 30th, if possible. Happy to talk further if that would be helpful. I'll be out of the office tomorrow through Oct. 3. Paul, Sai, and Naomi will be available during that time.

Best,
Jamie

**Jamie Lisagor, Partner**

Pronouns: she/her

**T** 206.245.1700 **D** 206.245.1734
401 Union Street, Suite 1600 Seattle, WA 98101
Jamie.Lisagor@PacificaLawGroup.com
www.pacificalawgroup.com

This electronic message contains information from the law firm of Pacifica Law Group LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at jamie.lisagor@pacificalawgroup.com.

---

**From:** Jamie Lisagor
**Sent:** Tuesday, September 23, 2025 9:47 AM
**To:** 'Bishop, Sarah (USAWAW)' <Sarah.Bishop@usdoj.gov>; Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>; Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>
**Cc:** Paul Lawrence <Paul.Lawrence@pacificalawgroup.com>; Meha Goyal <Meha.Goyal@pacificalawgroup.com>; Sarah Washburn <Sarah.Washburn@pacificalawgroup.com>; sai <sai@publicrightsproject.org>; naomi@publicrightsproject.org; Toby Merrill <toby@publicrightsproject.org>; Galen Knowles <Galen.Knowles@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

Sarah,

Attached please find a proposed stipulation to add additional jurisdictions to the lawsuit and extend PI relief to them as to HUD and DOT. The new jurisdictions are located in the following states:

- California – 4
- Connecticut – 1
- Georgia – 1

- New Mexico – 1
- New York – 1
- Ohio – 1
- Oregon – 2
- Pennsylvania – 6
- Washington – 6

The stipulation includes language to preserve all parties' rights and defenses. Please review and let us know if you have any revisions or if you are agreeable to executing the stipulation as drafted. If so, we will then confirm with the new jurisdictions, ensure they have any final approvals, and return a final version for your signature.

Best regards,
Jamie

**Jamie Lisagor, Partner**

Pronouns: she/her

**T** 206.245.1700 **D** 206.245.1734
401 Union Street, Suite 1600 Seattle, WA 98101
Jamie.Lisagor@PacificaLawGroup.com
www.pacificalawgroup.com

This electronic message contains information from the law firm of Pacifica Law Group LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at jamie.lisagor@pacificalawgroup.com.

---

**From:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>
**Sent:** Monday, September 8, 2025 9:46 AM
**To:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

Hi Jamie,

HHS has decided it would not agree to extend PI relief to other jurisdictions – it would want another chance to brief its arguments.

DOT/HUD are likely on board, so If potential plaintiffs are still interested in pursuing that arrangement with those two agencies, please let me know what entities/localities we're talking about.

Thanks,

Sarah

**Sarah Louise Bishop**
**Assistant United States Attorney**
Office: 206-553-4330 | Cell: 206-915-9142
sarah.bishop@usdoj.gov

---

**From:** Bishop, Sarah (USAWAW)
**Sent:** Friday, September 5, 2025 12:59 PM
**To:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

Hi Jamie,

DOT and HUD agree that they will not retaliate against any locality/entity because it is identified as a potential new plaintiff.

(Don't read this as implying HHS won't agree also, I just I haven't heard back from them yet.)

Thanks,

Sarah

**Sarah Louise Bishop**
**Assistant United States Attorney**
Office: 206-553-4330 | Cell: 206-915-9142
sarah.bishop@usdoj.gov

---

**From:** Bishop, Sarah (USAWAW)
**Sent:** Friday, September 5, 2025 12:46 PM
**To:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

Oops yes sorry, I am following up with HHS too.

**Sarah Louise Bishop**
**Assistant United States Attorney**
Office: 206-553-4330 | Cell: 206-915-9142
sarah.bishop@usdoj.gov

---

**From:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Sent:** Friday, September 5, 2025 12:37 PM
**To:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>
**Subject:** [EXTERNAL] RE: King County v. Turner

Sarah,

Thanks for the update. We're also interested in whether HHS would be willing to reach a similar agreement. It would be helpful to have a sense of which agencies are likely on board so that we can line that up against potential new jurisdictions. However, I recognize this is a bit of a chicken-and-egg situation. I'll check in with those jurisdictions to see if they are willing to disclose their interest at this point. At a minimum, I expect this would need to be subject to agencies' agreement not to retaliate against them.

Thanks,
Jamie

**Jamie Lisagor, Partner**

Pronouns: she/her

**T** 206.245.1700 **D** 206.245.1734
401 Union Street, Suite 1600 Seattle, WA 98101
Jamie.Lisagor@PacificaLawGroup.com
www.pacificalawgroup.com

This electronic message contains information from the law firm of Pacifica Law Group LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at jamie.lisagor@pacificalawgroup.com.

---

**From:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>
**Sent:** Friday, September 5, 2025 9:41 AM
**To:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

Hi Jamie,

Sorry for the delay. I'm working on this. The equivalent deal fell through with City of Seattle, which delayed things. HUD is very likely on board, not yet sure about DOT. Would you be able to send me a list of the new jurisdictions?

Thanks,

Sarah

**Sarah Louise Bishop**
**Assistant United States Attorney**
Office: 206-553-4330 | Cell: 206-915-9142
sarah.bishop@usdoj.gov

---

**From:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Sent:** Thursday, September 4, 2025 12:04 PM
**To:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>
**Subject:** [EXTERNAL] RE: King County v. Turner

Sarah,

I'm following up on our recent discussion about the possibility of extending the PI relief to additional jurisdictions similarly situated to the existing plaintiffs. Could you please let me know whether the government has reached a decision or if you need any further information from us to facilitate that consideration? I'm happy to discuss further if that would be helpful.

Best,
Jamie

**Jamie Lisagor, Partner**

Pronouns: she/her

**T** 206.245.1700 **D** 206.245.1734
401 Union Street, Suite 1600 Seattle, WA 98101
Jamie.Lisagor@PacificaLawGroup.com
www.pacificalawgroup.com

This electronic message contains information from the law firm of Pacifica Law Group LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at jamie.lisagor@pacificalawgroup.com.

---

**From:** Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>
**Sent:** Thursday, August 21, 2025 4:32 PM
**To:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Subject:** RE: King County v. Turner

Hi Jamie, I just tried you but got voicemail. I'll be in the office tomorrow morning, give me a call

anytime.

**Sarah Louise Bishop**

**Assistant United States Attorney**

Office: 206-553-4330 | Cell: 206-915-9142

sarah.bishop@usdoj.gov

---

**From:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
**Sent:** Thursday, August 21, 2025 4:30 PM
**To:** Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>; Bishop, Sarah (USAWAW) <Sarah.Bishop@usdoj.gov>
**Subject:** [EXTERNAL] Re: King County v. Turner

Thanks for the clarification! I should talk with Sarah. Sarah, I'm available until 4:30 pm at 206-245-1734. Otherwise please let me know if there's time tomorrow morning that works for you. Thanks much, Jamie

> On Aug 21, 2025, at 3:44 PM, Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov> wrote:
>
> Hi Jamie,
>
> I'm happy to chat this afternoon, but unless you're specifically looking to discuss an issue with me as a supervisor, it would probably make more sense for you to chat with Sarah. She's much more up to speed on the case as a whole. Just let me know what you think.
>
> Thanks,
> Becca
>
> ---
>
> **From:** Jamie Lisagor <Jamie.Lisagor@pacificalawgroup.com>
> **Sent:** Thursday, August 21, 2025 2:13 PM
> **To:** Cohen, Rebecca (USAWAW) <Rebecca.Cohen@usdoj.gov>
> **Subject:** [EXTERNAL] King County v. Turner
>
> Becca—Do you have time for a quick call this afternoon about the above case? I want to run something by you all. I expect you'll need to consult internally so shouldn't take long. My direct line is 206-245-1734. Happy to talk with one of your colleagues if you prefer! Thanks, Jamie

**Jamie Lisagor, Partner**

Pronouns: she/her

**T** 206.245.1700 **D** 206.245.1734
401 Union Street, Suite 1600 Seattle, WA 98101
Jamie.Lisagor@PacificaLawGroup.com
www.pacificalawgroup.com

This electronic message contains information from the law firm of Pacifica Law Group LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me atjamie.lisagor@pacificalawgroup.com.