THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., | No. 2:25-cv-00814-BJR |
| Plaintiffs, | DECLARATION OF GIDEON GRANDE |
| vs. | |
| SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., | |
| Defendants. | |

I, Gideon Grande, declare and state the following:

1.    I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2.    I am the Budget Director for the City of Albany, New York.  I have been in that position since 2022. Prior to this position I served as Deputy Budget Director for the County of Westchester, New York for three years. I have been employed in governmental and municipal finance for 16 years.

3.    As Budget  Director for the City of Albany, New York, my responsibilities include, among many others, developing and maintaining the City of Albany's budget and

DECLARATION OF GIDEON GRANDE - 1
No. 2:25-cv-00814-BJR

1  submitting it to the City of Albany Common Council annually by October 1, as well as tracking

2  expenditures throughout the year to ensure that the City of Albany stays within its budget.

3      4.    The City of Albany provides a wide range of local services, including but not

4  limited to social, health, housing, law enforcement, fire protection, code enforcement, public

5  infrastructure construction and maintenance services, in addition to all other general services

6  traditionally associated with city management.

7      5.    The City of Albany currently receives approximately $12.5 million in federal

8  grant funds which constitutes approximately 5% of the City of Albany's operating budget. This

9  includes $7.8 million from the Department of Housing and Urban Development, and more than

10  $900,000 from the Department of Transportation. These funds are awarded through a variety of

11  grant programs administered by HUD and DOT (and/or their operating administrations),

12  including but not limited to the following:

13

14

15      • DOT – Highway Safety Improvement Program (HISP)

16      • DOT – Surface Transportation Block Grant (STBG)

17      • HUD – Community Development Block Grants

18      • HUD – Emergency Solutions Grant Program

19      • HUD – Home Investment Partnerships Program

20

21      • HUD – Housing Opportunities for Persons with AIDS

22      6.    The City of Albany uses the above-described federal grant funds for a variety of

23  local programs and services, including but not limited to roadway reconstruction, assisting low-

24  income homeowners to make repairs necessary for them to remain in their homes, and provide

25  low-income individuals access to stable housing.

26

27

DECLARATION OF GIDEON GRANDE - 2
No. 2:25-cv-00814-BJR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

7.      The City of Albany's DOT-issued grants are received as pass-through grants from the State of New York. These grants are integral to maintaining Albany's major transportation corridors and streetscapes.

8.      There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Albany has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or abet[] policies that seek to shield illegal aliens from deportation", conditions requiring that the recipient shall not use grant funds to promote "gender ideology", and conditions requiring that the recipient shall not use grant funds to "promote" elective abortions.

9.      It is the City of Albany's understanding that HUD and DOT are imposing the above conditions with respect to already-awarded federal grant funds administered by HUD and DOT through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds.

10.     The City of Albany has seen these conditions in agreements, amendments, or certifications for Community Development Block Grants, the Emergency Solutions Grant Program, the Home Investment Partnerships Program, and Housing Opportunities for Persons with AIDS. The City of Albany has been required to agree to some or all of the above conditions for some grants, and expects it will face those conditions in future applications and agreements from those agencies. For example, the City of Albany anticipates applying for DOT funding for public road infrastructure projects in the near future to repair the City of Albany's critical Washington Avenue and Central Avenue transportation corridors. It must now decide, and will

1    be forced to decide over and over, whether to continue to apply for, agree to, and draw down

2    funds subject to these conditions. Based on publicly reported experiences of other similarly

3    situated jurisdictions, the City of Albany anticipates that HUD and DOT will require the City to

4    agree to some or all of the above conditions in the future and on an extremely short deadline,

5    such that it would be difficult, if not impossible, to seek relief from the court before the deadline

6    expires.

7    

8        11.    HUD and DOT's actions have left the City of Albany in limbo about whether it

9    can continue to receive and draw down on grant funding that these federal agencies previously

10    agreed to provide and that is included within the City of Albany's budget, as well as the City of

11    Albany's ability to apply for critical grant funding in the future. Relying on these awards, the

12    City of Albany has already committed, and in some cases expended, millions of dollars for

13    residential housing and transportation purposes.  For example, the City is relying on $6.5 million

14    of uncollected Federal Highway Administration funding to complete critical roadway

15    rehabilitation projects that are currently in design.

16    

17        12.    The loss of these funds would have a significant negative impact on the City of

18    Albany's ability to provide essential services.  Losing this funding would result in a significant

19    budgetary deficit that would be borne by Albany taxpayers in the form of reduced services or

20    increased local taxation.  As the City possesses few locally controlled mechanisms to raise

21    significant revenues, this would likely manifest itself as an increase in real property taxation.

22    Maintaining current service levels and replacing the lost funding would require a real property

23    tax levy increase of approximately ten percent. Also, the uncertainty as to whether the City of

24    Albany will be unable to continue drawing down on these funds alone creates costs that City of

25    Albany taxpayers will have to bear. Merely the delay in reimbursements of anticipated funds

26    

27    

DECLARATION OF GIDEON GRANDE - 4
No. 2:25-cv-00814-BJR

1    reduces the City's available cash and costs its taxpayers interest revenues that would have

2    otherwise been earned. As a result, Albany now faces the threat of having to change its laws or

3    execute a budget for 2026 with an enormous degree of uncertainty as to what federal funds will

4    be available.

5

6          13.    In addition, the loss of any significant portion of these grant funds—or even a

7    temporary interruption pending this litigation—will require the City of Albany to dramatically

8    increase the use of City of Albany funds as the loss of HUD and/or DOT funding to Albany's

9    housing stability programs and road maintenance programs results in a cascade of budget

10   shortfalls that will negatively impact every aspect of municipal operations, from port security,

11   emergency preparedness, and road maintenance to youth engagement and staff recruitment.

12         I declare under penalty of perjury that the foregoing is true and correct.

13         EXECUTED this 4TH day of November     , 2025.

14

15

16                                        GIDEON GRANDE

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF GIDEON GRANDE - 5
No. 2:25-cv-00814-BJR