THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

    Plaintiffs,

vs.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

    Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF JOHN FOURNIER

I, John Fournier, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration and make it based on my personal knowledge and review of relevant business records.

2. I am the County Manager for Allegheny County, Pennsylvania. I have been in that position since September 2024. I hold a Master of Public Administration from Penn State University. I have served in public service for two decades, having served in several roles in administration for the City of Pittsburgh and most recently, prior to my confirmation as County Manager, served the City of Ann Arbor Michigan as a deputy City Administrator.

DECLARATION OF JOHN FOURNIER - 1
No. 2:25-cv-00814-BJR

3. As Allegheny County Manager I am directly involved with the development and monitoring of Allegheny County's budget and directing and overseeing its activities and operations.

4. Allegheny County is the second most populous County in the Commonwealth of Pennsylvania with a population of 1.24 million and provides a wide range of local services, including but not limited to social, health, housing, and homelessness services, public infrastructure construction and maintenance, in addition to other general services.

5. Allegheny County currently receives approximately $618 million in federal grant funds, which constitutes twenty percent (20%) of Allegheny County's combined operating and capital budgets. This includes more than $45 million in federal funds from the U.S. Department of Housing and Urban Development (HUD) and more than $10 million in federal funds from the U.S. Department of Health & Human Services (HHS). These funds are awarded through a variety of grant programs administered by HUD and HHS. HUD funding awarded in 2025 including but not limited to the following:

- HUD Continuum of Care Grant Youth Homeless Demonstration Program- $2,011,859
- HUD Continuum of Care Grant Homelessness (Rental assistance)-$782,806
- HUD Continuum of Care Grant- Multi project homelessness- $27,023,294
- HUD Formula Grant CDBG multi-year total award - $13,140,330
- HUD Formula Grant ESG- multi-year total award $1,160,227
- HUD Formula Grant HOME - multi-year total award $2,597,573.17

HHS program grants upon which the County has been drawing funds include, but are not limited to the following:

DECLARATION OF JOHN FOURNIER - 2
No. 2:25-cv-00814-BJR

- ReCast Program HHS/SAMHSA -$1 million
- Mental Health Family Case Management HHS/SAMHSA $1 million
- REACH Program HHS/CDC- $680,037
- BOLD Grant- Alzheimer's and Related Dementia HHS/CDC- $450,000
- Overdose Data to Action Program HHS/CDC -$2,997,558

6. Additionally, some of Allegheny County's grants are received as pass-through grants from the Commonwealth of Pennsylvania, including U.S. Department of Transportation (DOT) funding through the Commonwealth.

7. Allegheny County uses the above-described federal grant funds for a variety of local programs and services, including but not limited to: housing, supportive services for housing, and other homelessness assistance; programming to assist seniors, particularly persons with dementia to remain in their homes; grants for lead paint remediation; crime reduction; road and bridge improvements (Allegheny County is home to 518 bridges); safety planning; infectious disease prevention; and substance use disorder treatment.

8. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications Allegheny County has already received in 2025 and anticipates receiving in the future. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or abet policies that seek to shield illegal aliens from deportation", conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring that the recipient shall not use grant funds to promote "gender ideology", conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the

DECLARATION OF JOHN FOURNIER - 3
No. 2:25-cv-00814-BJR

recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws", conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act. Allegheny County has been presented with these conditions in its recently awarded grants, including but not limited to HUD formula and CoC grants.

9. It is Allegheny County's experience and understanding that HUD, DOT, and HHS are imposing the above conditions with respect to already-awarded federal grant funds administered by HUD, DOT, and HHS through, for example, amendments or modifications or at the time grantees draw down funds and will also require them in future applications for such funds.

10. Indeed, Allegheny County has already been asked to provide certifications for previously awarded grants by HHS. For example, Allegheny County has been required to make the following certification: "SAMHSA funding recipients must not spend SAMHSA funds on Diversity, Equity and Inclusion (DEI) activities. Recipient certifies that funds will not be spent on DEI activities and acknowledges that doing so will lead to enforcement actions, up to and including termination of the award." This additional certification was demanded by SAMHSA funding for the Mental Health Family Case Management (MHFCM) grant from HHS.

11. Additionally, Allegheny County was advised that the same additional certification was required for a previously awarded ReCast (Resiliency in Communities after Stress and Trauma) Grant, which the County submitted to retain the award.

12. Attached as Exhibit 1 is correspondence from SAMHSA to Clareese Paul, grant manager with the County Department of Human Services regarding the Mental Health Family

DECLARATION OF JOHN FOURNIER - 4
No. 2:25-cv-00814-BJR

Case Management (MHFCM) grant requiring Allegheny County to "remov[e] all references to activities associated with . . . DEI" in its annual continuation application for and to submit an additional certification.

13. Attached as Exhibit 2 is correspondence from SAMHSA to Suzanne Martone, Assistant Director, Allegheny County Office of Behavioral Health, regarding the ReCast grant requiring Allegheny County to "remov[e] all references to activities associated with . . . DEI" in its annual continuation application for and to submit an additional certification.

13. HUD's, HHS's, and DOT's actions have left Allegheny County in limbo about whether it will continue to receive and be able to draw down on grant funding that these federal agencies previously agreed to provide and that is included within Allegheny County's current budget. The proposed budget currently under consideration by its County Council for fiscal year 2026 includes a number of multiyear grants awarded by these federal agencies to Allegheny County. Allegheny County's ability to apply for and accept critical grant funding in the future without having to accept these new conditions is of grave concern .Allegheny County's budget is premised on the certainty of receipt of funds that have been applied for and awarded. As described above, federal agencies have demanded additional certifications of adherence to new conditions imposed on the previously awarded grants, under threat of termination of the awards. The ever-evolving conditions undermine the budget process and interject fiscal uncertainty. Specifically, the newly imposed grant conditions would force Allegheny County to accept those conditions or forego tens of millions of already-awarded federal grant funds, as well as future funds from these agencies. Relying on these awards, Allegheny County has already committed, and in some cases expended, millions of dollars for homelessness assistance and public health services. The uncertainty of imposing additional conditions on previously awarded grants

DECLARATION OF JOHN FOURNIER - 5
No. 2:25-cv-00814-BJR

destabilizes the immediate budget process and will cause future budgetary uncertainty Moreover, as of the date of this Declaration, the Commonwealth of Pennsylvania has not passed a budget, in part because of federal funding reductions and the potential loss of federal funding due to these conditions is exacerbated by the Commonwealth's probable funding cuts to counties.

14. Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm Allegheny County, its residents, and the communities it serves. As the second largest metropolitan area in the Commonwealth, Allegheny County has made significant gains in the past year and a half, including exceeding expectations by securing more than its goal of 500 hundred housing units in 500 days. But the needs for our residents surpass this success. Any reduction of the more than $27 million dollars in the HUD CoC multi-project grant forecloses the County's efforts to address the growing housing insecurity crisis. The loss of the HUD CoC rental assistance funds would essentially gut the County's efforts to provide emergency funding to residents facing emergency homelessness due to displacement by fire or disaster and those who lose housing due to job loss or other circumstances.

15. The additional impacts of the loss of these funds also include but are not limited to, the following: compelling pauses or delay in service delivery which has significant potential for increasing project costs; impacting Allegheny County's operational and fiscal planning capabilities; harming the County's ability to execute vendor contracts; impacting the municipal jurisdictions within the County to which the County provides services and has cooperative agreements; and resulting in the substantial reduction and potential termination of services to the citizens of Allegheny County including the twenty percent of the population over the age of sixty-five (65).

DECLARATION OF JOHN FOURNIER - 6
No. 2:25-cv-00814-BJR

16. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require Allegheny County to make budget cuts, suffer workforce reductions and potentially divert resources from other public services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of October, 2025.

_____
John Fournier

DECLARATION OF JOHN FOURNIER - 7
No. 2:25-cv-00814-BJR

# EXHIBIT 1

**From:** jessica.mullins@samhsa.hhs.gov <jessica.mullins@samhsa.hhs.gov>
**Sent:** Monday, September 8, 2025 10:14 AM
**To:** Paul, Clareese <Clareese.Paul@AlleghenyCounty.US>; # Grants <Grants@AlleghenyCounty.us>
**Cc:** TROY.VALLADARES@SAMHSA.HHS.GOV <TROY.VALLADARES@SAMHSA.HHS.GOV>; jessica.mullins@samhsa.hhs.gov <jessica.mullins@samhsa.hhs.gov>
**Subject:** SAMHSA Request for Additional Materials (RAM) for 5 H79 SM089677-02

Warning! This email was sent from an external source. Please be sure you recognize the sender and use caution when clicking on links and/or opening attachments.

*** This is an automated notification - Please do not reply to this message. ***
Jessica Mullins has sent a Request for Additional Materials (RAM) for submission via eRA Commons.

*During the review of your continuation application, references related to harm reduction, and/or diversity, equity, inclusion (DEI) were found in the program narrative. To ensure compliance with current executive orders #14151 (DEI) and the July 2025 [Dear Colleague Letter: Executive Order on Ending Crime and Disorder on America's Streets](), please submit a revised continuation application narrative by Wednesday, September 10, 2025, removing all references to activities associated with harm reduction, and/or DEI. You will also need to submit a Certification Statement(s) regarding harm reduction and/or DEI. Failure to do so could delay the issuance of your award.*

*When revising your continuation application narrative for harm reduction terms, replace the term "harm reduction" with alternative terms such as "substance use prevention", "life-saving overdose prevention and response", "risk mitigation", "other supplies and services.", etc. References to DEI should be removed from the continuation narrative.*

*Please reply to this email to acknowledge receipt. By September 10, 2025, you will need to submit as PDFs the following:*

- *Revised continuation application narrative*
- *Harm reduction certification statement (if applicable)*
- *DEI certification statement (if applicable)*

*Submit all documents via this request for additional materials (RAM). The Certification Statement(s) must be on your organization's letterhead and signed by the Authorized Representative.*

***If applicable***, *please use the following Harm Reduction Certification Statement:*
> *Recipient acknowledges that SAMHSA funding recipients must not spend SAMHSA funds on harm reduction through the purchase, distribution, or otherwise support the provision of drug paraphernalia as defined by applicable law which includes, but is not limited to, syringes, needles, pipes, or other supplies used for the injection, inhalation, or ingestion of illicit drugs; or sterile water, saline, or ascorbic acid when intended to facilitate drug use. Recipient certifies funds will not be spent on the aforementioned harm reduction supplies and acknowledges that doing so will lead to enforcement actions, up to and including termination of the award.*

***If applicable***, *please use the following DEI Certification Statement:*
> *Recipient acknowledges that SAMHSA funding recipients must not spend SAMHSA funds on Diversity, Equity and Inclusion (DEI) activities. Recipient certifies that funds will not be spent on DEI activities and acknowledges that doing so will lead to enforcement actions, up to and including termination of the award.*

Please upload the information requested above within 3 business days (Wednesday, September, 10, 2025). If you have any questions about the contents of this request, please contact Jessica Mullins at jessica.mullins@samhsa.hhs.gov.

Use the **hyperlink** provided at the **bottom** of this notification to login and respond directly to this RAM. **DO NOT SUBMIT A DUPLICATE APPLICATION** in response to this request.

You may also visit https://www.samhsa.gov/grants/grants-training-materials/submitting-additional-materials for additional guidance on How to Submit Additional Materials.

If you have any questions about utilizing the eRA Commons, please consult the eRA Commons Online Help (https://era.nih.gov/erahelp/commons/default.htm) or eRA Service Desk Web Page (http://grants.nih.gov/support/).

Thank you for your attention to this request.

**HYPERLINK CLICK HERE TO RESPOND DIRECTLY TO THIS REQUEST FOR ADDITIONAL MATERIALS (RAM)**

# EXHIBIT 2

**From:** jessica.leopold@samhsa.hhs.gov <jessica.leopold@samhsa.hhs.gov>
**Sent:** Monday, September 8, 2025 3:08 PM
**To:** Martone, Sue <Suzanne.Martone@AlleghenyCounty.US>; # Grants <Grants@AlleghenyCounty.us>
**Cc:** elizabeth.carlini@samhsa.hhs.gov <elizabeth.carlini@samhsa.hhs.gov>; Katie.Hager@samhsa.hhs.gov <Katie.Hager@samhsa.hhs.gov>
**Subject:** SAMHSA Request for Additional Materials (RAM) for 5 H79 SM084931-05

Some people who received this message don't often get email from jessica.leopold@samhsa.hhs.gov. Learn why this is important

Warning! This email was sent from an external source. Please be sure you recognize the sender and use caution when clicking on links and/or opening attachments.

*** This is an automated notification - Please do not reply to this message. ***

Jessica Leopold has sent a Request for Additional Materials (RAM) for submission via eRA Commons.

[During the review of your continuation application, references related to harm reduction, and/or diversity, equity, inclusion (DEI) were found in the continuation application narrative. To ensure compliance with current executive orders #14151 (DEI) and the July 2025 Dear Colleague Letter: Executive Order on Ending Crime and Disorder on America's Streets, please submit a revised continuation application narrative **by 2:00pm ET on Wednesday, September 10, 2025**, removing all references to activities associated with harm reduction, and/or DEI. You will also need to submit a Certification Statement(s) regarding harm reduction and/or DEI. Failure to do so could delay the issuance of your award.

When revising your continuation application narrative for harm reduction terms, replace the term "harm reduction" with alternative terms such as "substance use prevention", "life-saving overdose prevention and response", "risk mitigation", "other supplies and services.", etc. References to DEI should be removed from the continuation narrative.

**All questions and responses should be addressed to the Branch Chief, Katie Hager.**

**Acknowledge receipt of this message by replying all to this RAM ASAP.**

No later than **2:00pm ET, Wednesday, September 10, 2025.** Please submit as PDFs the following:

- Revised continuation application narrative
- Harm reduction certification statement (if applicable)
- DEI certification statement (if applicable)

Submit all documents via this request for additional materials (RAM). The Certification Statement(s) must be on your **organization's letterhead and signed by the Authorized Representative.**

**If applicable**, please use the following Harm Reduction Certification Statement:

> Recipient acknowledges that SAMHSA funding recipients must not spend SAMHSA funds on harm reduction through the purchase, distribution, or otherwise support the provision of drug paraphernalia as defined by applicable law which includes, but is not limited to, syringes, needles, pipes, or other supplies used for the injection, inhalation, or ingestion of illicit drugs; or sterile water, saline, or ascorbic acid when intended to facilitate drug use.  Recipient certifies funds will not be spent on the aforementioned harm reduction supplies and acknowledges that doing so will lead to enforcement actions, up to and including termination of the award.

**If applicable**, please use the following DEI Certification Statement:

> Recipient acknowledges that SAMHSA funding recipients must not spend SAMHSA funds on Diversity, Equity and Inclusion (DEI) activities. Recipient certifies that funds will not be spent on DEI activities and acknowledges that doing so will lead to enforcement actions, up to and including termination of the award.

Please upload the information requested above by 2pm on Wednesday, September 10, 2025. If you have any questions about the contents of this request, please contact Branch Chief, Katie Hager at Katie.Hager@samhsa.hhs.gov.

Use the **hyperlink** provided at the **bottom** of this notification to login and respond directly to this RAM. **DO NOT SUBMIT A DUPLICATE APPLICATION** in response to this request.

You may also visit https://www.samhsa.gov/grants/grants-training-materials/submitting-additional-materials for additional guidance on How to Submit Additional Materials.

If you have any questions about utilizing the eRA Commons, please consult the eRA Commons Online Help (https://era.nih.gov/erahelp/commons/default.htm) or eRA Service

Desk Web Page (http://grants.nih.gov/support/).

Thank you for your attention to this request.

**HYPERLINK CLICK HERE TO RESPOND DIRECTLY TO THIS REQUEST FOR ADDITIONAL MATERIALS (RAM)**