THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF PAUL BUDDENHAGEN |

I, Paul Buddenhagen, declare and state as follows:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the City Manager for the City of Berkeley ("Berkeley" or the "City"). I have been the City Manager since September 2024. I previously served as Berkeley's Deputy City Manager from 2019 to 2023 and Emeryville's City Manager from 2023 to 2024. I received my B.A. in psychology from Macalester College, St. Paul, Minnesota in 1991, and my Master of Social Welfare – Management & Planning from the University of California at Berkeley in 1998.

DECLARATION OF PAUL BUDDENHAGEN - 1
No. 2:25-cv-00814-BJR

I have significant experience in public sector management, including strategic planning and budget management and oversight.

3. As the City Manager, my office provides leadership and guidance to City departments in delivering City services and supports the Berkeley City Council in developing and executing its goals and policies. Among the departments I oversee is the Office of Budget and Fiscal Management, which is responsible for the preparation, development, and management of the City's Budget and for reviewing and analyzing all fiscal issues impacting the City.

4. The City's budget process involves a careful weighing of various factors, including anticipated revenues, specific service needs, salary and benefits for the City's approximately 1,700 full-time equivalent employees, and the City Council's fiscal priorities.

5. Berkeley's budget relies heavily on federal funding to deliver important public services to its residents through dozens of federal grants, including categorical, formula, pass-through, and block grants. Many funds come in through continuation grants that provide ongoing funding for established programs. Berkeley receives federal grants administered by various agencies, including the Department of Housing and Urban Development ("HUD"), the Department of Health and Human Services ("HHS"), and the Department of Transportation ("DOT").

The City currently has open federal funding contracts totaling tens of millions of dollars. This includes approximately $14 million in federal funds from HUD, including over $7 million in HUD Continuum of Care program dollars. The City also has grants totaling approximately $3.5 million in non-formula federal funds from HHS. In addition, the City is seeking final reimbursements on a $8 million multi-year grant funded by DOT and has been recommended for approval of $1.5 million more in DOT funds, for which it is currently awaiting an award.

DECLARATION OF PAUL BUDDENHAGEN - 2
No. 2:25-cv-00814-BJR

These funds are awarded through a variety of grant programs directly administered by these agencies, including but not limited to the following:

- HUD Continuum of Care ("CoC");
- HUD HOME Investment Partnership;
- HUD Emergency Solutions Grant;
- HUD Community Development Block Grant;
- HUD Community Services Block Grant;
- HHS Center for Disease Control and Prevention ("CDC") Public Health Emergency Preparedness; and
- HHS CDC Cities Readiness Initiative Grants.

Another portion of Berkeley's federal dollars comes from pass-through grants from state and local health and transportation agencies, including HHS money from the Administration for Community Living Title III Senior Nutrition Programs and the Office of Population Affairs' Title X Family Planning, and DOT funding from the Federal Highway Administration.

6. These critical funds support a variety of programs, including health and housing services like family planning, nutrition programs, and emergency and permanent supportive housing services, as well as vehicle and pedestrian safety infrastructure upgrades. Due to the multi-year nature of certain federal grants, some of this money has been spent and some will be spent in future fiscal years. Some of the funding is in the form of recurring formula grants that have been awarded to the City at regular intervals for many years. Berkeley plans its budget assuming that it will continue to receive roughly similar levels of this recurring federal funding to provide ongoing services.

7. A relatively large portion of the budget for Berkeley's Health, Housing & Community Services Department ("HHCS") comes from federal grants that help fund its critical health and housing programs. For example, it receives millions from HUD to provide supportive housing for people experiencing chronic homelessness. In addition, every year, HHS funding allows HHCS to provide nutrition assistance to families and about 90,000 delivered meals to home-bound seniors and 20,000 meals to low-income seniors at its senior centers, leveraging hundreds of thousands of federal dollars.

8. There have been significant new conditions incorporated in HUD, HHS, and DOT's grant agreements that Berkeley has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or abet[] policies that seek to shield illegal aliens from deportation," conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring that the recipient shall not use grant funds to promote "gender ideology," conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws," and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

9. Berkeley understands that it must agree to some or all the above conditions with respect to these grant programs or face loss of its awarded funds. In fact, Berkeley has already faced this Hobson's Choice. For example, in the past several months, HUD awarded the City

CoC, Community Development Block Grant, HOME Investment Partnership, and Emergency Solutions grant funds, which are used to fund HHCS's critical housing programs. HUD sent the City grant agreements for these grant programs, which contained the agency's new standard terms as outlined above. The City was forced to return those executed grant agreements in September 2025 and accede to various terms to which it objects and believes unlawful, to avoid the risk of devastating cuts to City services and potential inability to pay for services already rendered, due to losing millions in federal funds. If provided preliminary relief in this matter, the City would seek to amend these contracts to strike out these conditions. The City is also awaiting grant agreements for, and anticipating possible certification requirements in draw-downs on, several other grants. The City expects that it will be faced with these same difficult decisions if not provided with prompt relief.

10. The agencies' actions have left Berkeley in limbo about whether it will receive grant funding on which its budget relies if it does not accede to these terms. Relying on the historically stable nature of these awards, Berkeley has already committed, and in some cases started to expend, millions of dollars for which it requires reimbursement.

11. If the City were to lose or forego drawing down on HHCS's federal funding, services provided to underserved residents would have to be reduced and/or eliminated, hundreds of formerly homeless families could be displaced, and hundreds of low-income seniors could lose critical nutrition services. These impacts would be devastating for the City, particularly because it could mean reversal of the significant gains Berkeley has made in providing services and shelter to its unhoused population. If the City were to lose DOT funds, it may be unable to complete certain street upgrades that would increase pedestrian and vehicle safety in key throughfares.

DECLARATION OF PAUL BUDDENHAGEN - 5
No. 2:25-cv-00814-BJR

12. In addition, due to a budget deficit and uncertainty around federal funding availability, I instituted a hiring freeze as of April 18, 2025. Loss of substantial federal funds, such as foregoing draw-downs or deciding not to accept future grants to avoid these conditions, may force Berkeley to reduce staffing levels or consider layoffs of employees. Losing dedicated employees with years of experience and service would negatively impact the City for years to come. As detailed above, disruptions to homelessness and nutrition services could also have direct impacts on residents who would otherwise receive potentially life-saving interventions from those programs.

13. The City prepared and the City Council passed the Fiscal Year 2026 budget appropriations ordinance on June 24, 2025. As part of approving that approximately $830 million budget, Berkeley was forced to take one-time budget-balancing measures and make some difficult reductions, in addition to the already-instituted hiring freeze, as the City faced an approximately $28 million budget deficit. These cuts included $1.4 million from an affordable housing program and freezing various vacant positions. Despite these measures to balance this year's budget, the City still faces a looming structural deficit estimated at more than $28 million for Fiscal Year 2027.

14. The uncertainty around continued federal grant funding has significantly complicated the budget process and continues to create substantial turmoil and additional challenges for City departments and vendors. Departments are concerned about the impacts of drawing-down awarded federal funding to support existing positions in the next fiscal year. Not knowing whether certain federal funds will be available for ongoing programs or the City's existing federally-funded positions makes it difficult to plan for the delivery of critical City services.

1 |       I declare under penalty of perjury that the foregoing is true and correct, and that this
2 | declaration was executed on October __30__, 2025, in __Berkeley, CA__.

*[signature]*
PAUL BUDDENHAGEN

DECLARATION OF PAUL BUDDENHAGEN - 7
No. 2:25-cv-00814-BJR