THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF KWAN WONG |

I, Kwan Wong, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Finance Director for the City of Bothell, Washington. I have been in that position since 2023. Prior to this position, I served as the Director of Finance and Administrative Services for Seattle Municipal Court from 2008 through 2022. Before that, I served as the Chief Financial Officer/Acting Chief Operating Officer for the Workforce Development Council of Seattle-King County during 2006 through 2008. I hold a Bachelor of Arts in English Literature

DECLARATION OF KWAN WONG - 1
No. 2:25-cv-00814-BJR

from the University of Washington and a Master of Arts in Public Policy from the Harris School of Public Policy at the University of Chicago.

3.  As the Finance Director for the City of Bothell, I am responsible for development and monitoring of the City of Bothell's budget and administering the City of Bothell's federal grants.

4.  The City of Bothell provides a wide range of local services, including but not limited to support for social, health and housing services in the community, public safety, public infrastructure construction and maintenance, transportation operations, in addition to other general services.

5.  The City of Bothell currently receives approximately $6.0 million in federal grant funds annually, which constitutes 14.0% percent of Bothell's capital budget. For 2023 and 2024, federal transportation grant funds accounted for over one-third, $5.8 million, of the City's $15 million annual expenditures on capital transportation projects. These funds are awarded through a variety of grant programs administered by DOT and/or its operating administrations, including but not limited to the following:

- Rebuilding American Infrastructure with Sustainability and Equity (RAISE) grant
- Bridge Investment Program Grant
- Surface Transportation Block Grants
- Congestion Mitigation and Air Quality Grants
- Highway Safety Improvement Program

6.  The City of Bothell uses the above-described federal grant funds for a variety of local programs and services, including but not limited to capacity-adding transportation projects;

DECLARATION OF KWAN WONG - 2
No. 2:25-cv-00814-BJR

pedestrian and vehicle safety; pavement preservation; bridge replacement planning; trail installation and repair; and signal system enhancements.

7. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Bothell has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

8. It is Bothell's experience and understanding that DOT is imposing the above conditions with respect to already-awarded federal grant funds administered by DOT through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds.

9. The City of Bothell has been presented with these conditions and understands that it must agree to some or all of the above conditions with respect to the RAISE grant by September 30, 2025 and the BIP grant by September 30, 2026. Based on publicly reported experiences of other similarly situated jurisdictions and its own direct experience with the deadlines associated with the amended RAISE grant agreement, the City of Bothell anticipates that DOT will require the City of Bothell to agree to some or all of the above conditions on an extremely short deadline, such that it would be difficult, if not impossible, to seek relief from the court before the deadline lapses.

DECLARATION OF KWAN WONG - 3
No. 2:25-cv-00814-BJR

10. DOT's actions have left the City of Bothell in limbo about whether it will actually receive or be able to draw down on grant funding that these federal agencies previously agreed to provide and that is included within Bothell's budget, as well as Bothell's ability to apply for critical grant funding in the future. Specifically, the newly imposed grant conditions would force Bothell to accept those conditions or lose access to $48.4 million in already-awarded transportation federal grant funds. Relying on these awards, Bothell has already committed, and in some cases started to expend, millions of dollars for transportation projects.

11. Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm the City of Bothell, its residents, and the communities it serves by forcing pauses in service delivery resulting in increased project costs due to delay / reducing public safety / reducing human services / reducing the City of Bothell's operating and planning capabilities / exacerbating infrastructure decline / destabilizing immediate and future budgets / causing budgetary uncertainty / making it more difficult for the City of Bothell to comply with regulatory requirements / causing delay or cancelation of planned improvement projects / disrupting operational and fiscal planning / harming City of Bothell's ability to execute contracts / forcing the City of Bothell to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse/ risking the City's ability to safely accommodate planned population growth required by state law. The loss of previously awarded federal funding associated with the RAISE grant potentially jeopardizes the City's completion of its long planned and already in process Bothell Way Multimodal project, a major capacity adding project necessary to enhance public safety and add capacity. Loss of potential BIP grant funding potentially jeopardizes the City's necessary replacement of the aging 102 Avenue bridge.

DECLARATION OF KWAN WONG - 4
No. 2:25-cv-00814-BJR

12. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require the City of Bothell to make budget cuts / force reductions in workforce / divert resources from other public services/revisit its twenty year Comprehensive Plan.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of October, 2025.

_____
KWAN WONG

DECLARATION OF KWAN WONG - 5
No. 2:25-cv-00814-BJR