THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF MORGAN SUTTER |

I, MORGAN SUTTER, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Director of the City of Cincinnati's Office of Grant Administration and Government Affairs ("Grants Director"). I have been in that position since 2021. From 2018 to 2021, I served as the City of Cincinnati's Deputy Director of the Department of Community and Economic Development, where I was responsible for, among other duties, managing HUD entitlement funds and administration, assisting with the procurement and administration of new federal and state grant funds, and administered CARES federal funds. Prior to being employed with the City of Cincinnati, I worked as a Vice President for SRW Environmental Services, where I, among performing other tasks, procured and administered a variety of environmental grants for municipalities and private entities.

DECLARATION OF MORGAN SUTTER - 1
No. 2:25-cv-00814-BJR

3. As Grants Director for the City of Cincinnati, I oversee and monitor the City of Cincinnati's administration of federal grant funds and compliance with grant terms.

4. The City of Cincinnati provides a wide range of local services, including but not limited to providing housing and homelessness services, developing affordable rental housing opportunities, providing clinical health services for City residents, and constructing, operating, and maintaining public infrastructure and transportation, in addition to other general services.

5. For the current fiscal year, Fiscal Year 2026, the City of Cincinnati has, approximately, a $2.1 billion budget, which is comprised of a $1.3 billion operating budget and an $800 million capital budget.

6. The City of Cincinnati currently receives, anticipates receiving, and/or will be awarded approximately $675 million in federal grant funds. This includes more than $36 million in federal funds from the U.S. Department of Housing and Urban Development (HUD), more than $275 million in federal funds from the U.S. Department of Transportation (DOT) and/or its operating administrations, and more than $12 million in federal funds from the U.S. Department of Health & Human Services (HHS). These funds are awarded through a variety of grant programs administered by HUD, DOT and/or its operating administrations, and HHS, including but not limited to the following:

- Community Development Block Grant (HUD)
- Emergency Solutions Grant Program (HUD)
- HOME Investment Partnerships Program (HUD)
- Housing Opportunities for Persons with AIDS (HUD)
- Lead Hazard Reduction Demonstration Grant Program (HUD)
- INFRA, RAISE, and Bridge Improvement Programs (DOT)
- Surface Transportation Block Grant (DOT)
- Airport Improvement Program (DOT)
- Highway Planning and Construction (DOT)
- Safe Streets and Roads for All (DOT)
- FTA 5307 Program (DOT)

DECLARATION OF MORGAN SUTTER - 2
No. 2:25-cv-00814-BJR

- Health Center Program Grant (HHS)
- Public Health Emergency Preparedness Grant (HHS)
- Reproductive Health and Wellness Grant (HHS)

9. The City of Cincinnati is also part of a Continuum of Care (CoC) and is represented on the board of that CoC. The City of Cincinnati has a designated agent that applies for and accepts HUD CoC grant funding. Through its role in the CoC, the City of Cincinnati ensures that the CoC activities meet Cincinnati's HUD entitlement objectives, and uses the CoC's information and data to inform its HUD-funded programs

10. The City of Cincinnati otherwise uses the HUD grant funds for a variety of local programs and services, including but not limited to place-based crime reduction, small business assistance, housing, supportive services, homelessness assistance, housing for individuals with substance use disorders, lead paint remediation, home modifications for seniors and people with disabilities, housing rehabilitation for veterans and seniors, and housing repairs.

11. The City of Cincinnati uses the above-described DOT grant funds for a variety of local programs and services, including but not limited to pedestrian safety, bridge improvements, airfield maintenance and improvements, hillside stabilization, and signal system enhancements.

12. The City of Cincinnati uses the above-described HHS grant funds for a variety of local programs and services, including but not limited to providing health services and education to reduce sexually transmitted infections and responding to a range of public health threats, including infectious diseases, natural disasters, and biological, chemical, nuclear, and radiological events.

13. Some of the City of Cincinnati's grants are received as pass-through grants from the Ohio Department of Transportation, the Ohio-Kentucky-Indiana Regional Council of Governments, and other authorized State of Ohio agencies.

DECLARATION OF MORGAN SUTTER - 3
No. 2:25-cv-00814-BJR

14. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Cincinnati has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or abet[] policies that seek to shield illegal aliens from deportation", conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring that the recipient shall not use grant funds to promote "gender ideology",[conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

15. It is the City of Cincinnati's understanding that HUD, DOT, and HHS are imposing the above conditions with respect to already-awarded federal grant funds administered by HUD, DOT, and HHS through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds.

16. The City of Cincinnati has been required to agree to some or all of the above conditions with respect to the grants it has been awarded by HUD, DOT, and/or HHS, and expects it will face those conditions in future applications and agreements from those agencies. Based on publicly reported experiences of other similarly situated jurisdictions, the City of Cincinnati anticipates that HUD, DOT, and/or HHS will, moving forward and on extremely short deadlines, seek to retroactively and/or arbitrarily enforce certain vague grant terms against the

City of Cincinnati such that it would be difficult, if not impossible, to seek relief from the court before the deadline lapses.

17.     HUD's, DOT's, and HHS's actions have left the City of Cincinnati in limbo about whether it can continue to receive and draw down on grant funding that these federal agencies previously agreed to provide and that is included within the City of Cincinnati's budget, as well as the City of Cincinnati's ability to apply for critical grant funding in the future. Specifically, the newly imposed grant conditions force the City of Cincinnati to accept those conditions or lose access to already-awarded federal grant funds. Relying on these awards, the City of Cincinnati has already committed, and in some cases expended, millions of dollars for homelessness assistance, public health, and public transportation services.

18.     Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm the City of Cincinnati, its residents, and the communities it serves by reducing housing and homelessness services, pausing or eliminating the construction of critically necessary infrastructure for southwest Ohio.

19.     As a specific example, HUD's Community and Development Block Grant program helps fund emergency and critical home repairs for seniors and income qualified homeowners and without that funding, the City of Cincinnati would not be able support these vulnerable populations who are at risk of displacement absent this housing stability resource.

20.     As another specific example, the DOT INFRA grant will support the Western Hills Viaduct replacement project, which will reconstruct critical and currently functionally obsolete infrastructure connecting populations across southwest Ohio, including serving 115,000 workers who rely on this infrastructure to get to work. Also, without this funding, the Brent Spence Bridge Project, which was awarded one of the single largest funding award in the history

DECLARATION OF MORGAN SUTTER - 5
No. 2:25-cv-00814-BJR

of the federal government and reflects a multi-state effort between Ohio and Kentucky, would be jeopardized.

21. Additional examples of likely harm to the City of Cincinnati include exacerbating the decline of infrastructure, including the delaying or cancelling the construction of the Western Hills Viaduct, which serves as a regional transportation connection, causing transit and traffic safety services reductions, increasing project costs through forced pauses in service delivery, placing residents at risk of losing access to housing and homelessness prevention services, reducing the ability to provide health care services to residents, reducing public safety services, reducing the City of Cincinnati's operating and planning capabilities, which may destabilize the existing and future budget and cause ongoing budget uncertainty, frustrating the City of Cincinnati's ability to comply with regulatory requirements, harming the City of Cincinnati's ability to execute contracts, and forcing the City of Cincinnati to either terminate programs or pay for them with local funds without knowing whether the federal government will provide previously promised reimbursements.

22. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require the City of Cincinnati to make budget cuts, reductions in workforce, and divert resources from other public services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3rd day of November, 2025.

Morgan Sutter
Director, Office of Grants Administration
and Government Affairs
City of Cincinnati