THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF BARBARA O'MALLEY |

I, Barbara O'Malley, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Executive Director for County of Delaware, Pennsylvania I have been in that position since January of 2025. I have over twenty-five years of experience in county government and public service, including experience in grant-funded county services and serving in leadership roles, including roles in neighboring county government's Health and Human Services, Health, and the Aging and Adult Services departments.

DECLARATION OF DELAWARE COUNTY, PENNSYLVANIA
- 1
No. 2:25-cv-00814-BJR

3. As Executive Director for Delaware County, Pennsylvania, I am for responsible for the administration and management of departments of county government not directly managed by County Council. I develop and monitor Delaware County's budget. My duties include authorization of expenditures of funds for departments under the Executive Director's supervision as well as accounting for such expenditures in accordance with budgetary limitations. I work in coordination with all departments of the county government to prepare for presentation to County Council the annual county operating and capital budgets including estimates of revenues, impact statements relating to effects on service delivery of budget disapprovals, and long-term five-year forecasts on spending requirements by capital budget program.

4. With a population of 576,830 as of the 2020 census, Delaware County has an budget of approximately $898,333,890, of which $321,355,826 is operational. Delaware County provides a wide range of local services, including but not limited to providing for children in the foster-care system, adoption assistance, food assistance for families, services for children and adults with developmental and intellectual disabilities, public health preparedness, maternal health services, medical assistance, public planning and safety, support for victims of domestic violence, housing and homelessness services, and many other general services.

5. Delaware County currently receives approximately $146,483,480 in federal funds. This includes recent allocations of approximately $6,072,175.27 million in CoC and non-CoC federal funds from the U.S. Department of Housing and Urban Development (HUD) and more than $3,676,438 million in federal funds from the U.S. Department of Transportation (DOT) and/or its operating administrations, and more than $76,044,303 million in federal funds from the U.S. Department of Health & Human Services (HHS). These funds are awarded through a

DECLARATION OF DELAWARE COUNTY, PENNSYLVANIA
- 2
No. 2:25-cv-00814-BJR

variety of grant programs administered by HUD and DOT and/or its operating administrations and HHS, including but not limited to the following programs:

- Housing Services, *e.g.*, CDBG Entitlement Grants (HUD), Emergency Solutions Grant (HUD), Supportive Housing Program((HUD), Shelter Plus Care Program, Home Investment Partnership Program (HUD), Continuum of Care Program (HUD), Housing Opportunities for Persons with Aids (HUD), Projects for Assistance in the Transition from Homelessness, (HUD).

- Aging Services, *e.g.*, Special Programs for the Aging (HHS) (Pass-through), National Family Caregiver Support (HHS) (Pass-through), Medical Assistance (HHS) (Pass-through), State Health Insurance Assistance Program (HHS) (Pass-through), Nutrition Services Incentive (HHS) (Pass-through).

- Child Welfare Services, *e.g.*, Guardianship Assistance (HHS) (Pass-through), Title IV-E Prevention (HHS) (Pass-through), Marylee Allen Promoting Safe and Stable Families (HHS) (Pass-through), Foster Care Title IV-E (HHS) (Pass-through), Adoption Assistance (HHS) (Pass-through), Social Services Block Grant (HHS) (Pass-through), Foster Care Program for Successful Transition to Adulthood (HHS) (Pass-through), Temporary Assistance for Needy Families (HHS) (Pass-through), Medical Assistance Program (HHS) (Pass-through).

- Mental Health Services, *e.g.* Comprehensive Community Mental Health Services for Children with Serious Emotional Disturbances (HHS) (Pass-through), Block Grants for Community Mental Health (HHS) (Pass-through), Social Services Block Grant (HHS) (Pass-through), Medical Assistance Program (HHS) (Pass-through).

- Substance Use Servies, *e.g.* Opioid State Targeted Response (HHS) (Pass-through), Block Grants for Prevention and Treatment of Substance Abuse (HHS) (Pass-through).
- Early Intervention Services, *e.g.* Medical Assistance Program (HHS) (Pass-through), Special Education Grants for Infants and Families with Disabilities (HHS) (Pass-through).
- Intellectual and Developmental Disabilities Services, *e.g.*, Social Services Black Grant, Medical Assistance Program (HHS) (Pass-through).
- Planning and Highway Safety, *e.g.* Highway Planning and Construction (DOT) (Pass-through); Metropolitan Transportation Planning (DOT)(Pass-through); Highway Safety (DOT) (Pass-through).
- Medical Reserve Corps Small Grant Program (HHS) (Pass-through)
- Health Services, *e.g.*, Public Health Emergency Preparedness (HHS) (Pass-through); Immunization Cooperative Agreements (HHS) (Pass-through); Epidemiology and Laboratory Capacity for Infectious Diseases (HHS) (Pass-through); CDC and Prevention (HHS) (Pass-through); Collaboration to Strengthen Public Health (HHS) (Pass-through); HIV Prevention Activities – Health Department Based (HHS) (Pass-through); Maternal and Child Health Services Block Grant (Pass-through).

6. Delaware County uses the above-described federal grant funds for a variety of local programs and services, including but not limited to housing, supportive services, and other homelessness assistance, home modifications for seniors and people with disabilities, housing

rehabilitation, food security, crime reduction, pedestrian safety / bridge improvements / strengthening medical capabilities to respond to health and medical needs during emergencies, road and street safety planning, HIV prevention, meals and assistance for seniors, substance use disorder treatment, case management support for people experiencing homelessness, foster care and adoption assistance, home health visits to families with young children, and more. Federal funds are critical to supporting Delaware County's efforts ongoing efforts to provide critical services, including but not limited to: assistance to approximately 1,000 dependent children who were adopted, 125 dependent children with guardians, and 1,200 dependent children who are in federally defined foster care, as well as 550 persons with intellectual disability, and 175,000 meals to 680 seniors, among many other critical services.

7. As noted above, some of Delaware County's grants are received as pass-through grants from the Commonwealth of Pennsylvania.

8. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications that Delaware County received and will continue to receive since President Trump's inauguration. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or shields illegal aliens from deportation, including by maintaining policies or practices that materially impeded enforcement of federal immigration statutes and regulations", conditions requiring that the recipient shall not use grant funds to promote "gender ideology", conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the recipient does not operate any programs---which the federal government may interpret as including diversity, equity, and inclusion (DEI) initiatives—that violate

DECLARATION OF DELAWARE COUNTY, PENNSYLVANIA
- 5
No. 2:25-cv-00814-BJR

"applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

9. It is Delaware County's understanding that HUD, DOT and HHS are imposing the above conditions with respect to already-awarded federal grant funds administered by HUD, DOT and HHS through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds.

10. Delaware County cannot bear to lose critical federal funds. The County is already operating at a deficit, even after imposing a twenty-three (23%) tax increase to cover expenses. The County is in the middle of a hiring freeze. Due to a budget impasse in the Commonwealth of Pennsylvania's legislature, Delaware County has not received critical funds that often provide life-sustaining benefits to vulnerable children, seniors, and adults, such as food, access to medical care, and housing. Absent those funds, the County is unable to reimburse service providers for their monthly expenses and some service providers are closing. Exacerbating the strain on those systems and the individuals they serve is the recent closure of the county's largest hospital system, Crozer Health, which left the county short on medical care, emergency rooms, and ambulance services when its owner, Prospect Medical Holdings, declared bankruptcy. This is happening at the moment where seasonal chill is in the air, threatening the approach of a winter in which County residents, of all ages, may not have adequate heat, shelter, food, or transportation to seek what refuge may still be available when sub-zero temperatures hit. *See* Julie Zeglen, DELCO'S SOCIAL SERVICES 'CRISIS', *Philadelphia Inquirer*, Oct. 28, 2025 ("Two shelters will close this month and a rental assistance program will be paused….It's the latest

blow to a county that in recent months has lost its largest hospital system, and as the federal government is set to delay nutrition and energy assistance benefits.").

11. In order to avoid losing critical funds on which it depends, Delaware County has already agreed to the above conditions with respect to many of its HUD, HHS, and DOT grants, and expects it will face those conditions in future applications and agreements from those agencies. The dramatic and sudden shift in federal policy, the rescission of guidance with regard to certain programs, and the manner in which the conditions were created present ambiguity as to the state of the law and the legitimacy of the conditions. It is unclear what constitutes compliance and it is unclear how the federal government will interpret and enforce its own conditions..

12. HUD's, DOT's and HHS's actions leave Delaware County in limbo about whether it will actually receive and continue to be able to draw down on some of the grant funding that these federal agencies previously agreed to provide and that is included within Delaware County's budget, as well as Delaware County's ability to apply for critical grant funding in the future. Relying on these awards, Delaware County has already committed, and in some cases expended, substantial funds toward necessary services.

13. Loss of anticipated and/or previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm Delaware County, its residents, and the communities it serves by: reducing housing and homelessness services, resulting in residents losing access to housing, hunger and malnutrition from loss of access to food, and other lifesaving services. It will also cause irreparable harm by forcing pauses in service delivery, reducing health care services, reducing Delaware County's operating and planning capabilities,

destabilizing immediate and future budgets, causing budgetary uncertainty causing delay or cancelation of planned improvement projects, disrupting operational and fiscal planning, harming Delaware County's ability to execute contracts, forcing Delaware County to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse. Such harm will be experienced exponentially at present, as state funds that Delaware County also relies on to provide basic sustenance services and meet contractual and budgetary commitments are presently frozen because the Commonwealth of Pennsylvania is at a budget impasse.

14.  In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require Delaware County to make budget cuts; experience reductions in workforce; and reduce funding for necessary services, which is likely to result in the closure of one or more housing shelter and/or programs.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3 day of November, 2025.

*Barbara O'Malley*
BARBARA O'MALLEY
EXECUTIVE DIRECTOR
DELAWARE COUNTY, PENNSYLVANIA

DECLARATION OF DELAWARE COUNTY, PENNSYLVANIA
- 8
No. 2:25-cv-00814-BJR