THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF NICOLE DOHENY |

I, NICOLE DOHENY, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I currently serve as Chief Financial Officer for the City and County of Denver. Denver ("Denver") is the capital city of Colorado and the state's largest city with a population of 715,522 according to 2020 census data. I have held this position since October of 2023. Before my appointment as Chief Financial Officer, I held various senior positions at Ernst & Young Infrastructure Advisors, LLC, including Senior Managing Director, Senior Vice President, and Vice President. I also served as an Assistant Vice President in Public Infrastructure Finance at Barclays Capital. In my role as Chief Financial Officer for the City and County of Denver I oversee

the City and County of Denver's finances and financial operations, including Assessment, Treasury, Risk Management, Controller, Cash, Debt, Budget, Capital Planning, and Real Estate.

3. As the Chief Financial Officer, I manage the office responsible for developing, implementing, and managing Denver's annual budget and financial planning processes. I serve as a liaison and subject matter expert on the responsible and transparent use of public funds and all related policy matters. I have built and currently manage an executive team of one Deputy Chief Financial Officer and seven division directors. I also manage the City's overall budget, which for 2026 includes approximately $5.4 billion in budgeted spending, of which $1.6 billion is general fund.

4. Denver provides a wide range of local services, including but not limited to social, health, housing, homelessness services, public infrastructure construction and maintenance in addition to other general services.

5. Denver anticipates expending approximately $250 million in grant funding in 2025, including approximately $140 million of federal funds either through direct grants or as a subrecipient of the State of Colorado. While the amount of federal funding expended by the City varies from year to year and may increase with the availability of specific federal programs, e.g. American Rescue Plan Act expenditures in prior years, the anticipated 2025 expenditure is representative of a typical year. These combined funds support approximately 200 full time equivalent positions and numerous contracts across multiple core departments and functions including public health and environment, economic development, transportation, aviation, and other essential City functions.

6. The fiscal year 2025 grant agreements that Denver received from the U.S. Department of Housing and Urban Development (HUD) would provide approximately $13 million in funding. These funds are awarded through a variety of grant programs administered by HUD, including but not limited to the following:

- Community Development Block Grants ("CDBG"). For fiscal year 2025, Denver was awarded a Federal Award Agreement for approximately $6.5 million in CDBG funds. CDBG funds are intended to fund the development of viable urban communities, by providing decent housing and a suitable living environment and expanding economic opportunities, principally for persons of low and moderate income.

- Housing Opportunities for Persons with AIDS Program ("HOPWA"). For fiscal year 2025, Denver was awarded a Federal Award Agreement for approximately $4 million in HOPWA funds. HOPWA funds are intended to provide housing assistance and related supportive services for low-income persons living with HIV/AIDS.

- HOME Investment Partnerships Program ("HOME"). For fiscal year 2025, Denver was awarded a HUD Federal Award Agreement for approximately $2.6 million in HOME funds. Home funds are intended to strengthen public-private partnerships and to expand the supply of decent, safe, sanitary, and affordable housing with primary attention to rental housing for very low-income families.

- Emergency Solutions Grants Program ("ESG"). For fiscal year 2025, Denver was awarded a HUD Federal Award Agreement for approximately $580,000 in ESG

funds. ESG funds are intended to assist people with quickly regaining stability in permanent housing after experiencing a housing crisis and/or homelessness.

7. Denver uses the above-described federal grant funds for a variety of local programs and services, including but not limited to the prevention and resolution of homelessness, shelter operations, supportive services, housing services for people living with HIV/AIDS, creating affordable home-buying and renting opportunities, and making accessibility modifications for low and moderate income people with disabilities. The federal grant funds also fund community development and work-training services, such as building and rehabilitating health clinics, food distribution centers, and youth facilities that serve citizens in need, as well as employment and small business development programs.

8. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications Denver has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or abet[] policies that seek to shield illegal aliens from deportation", conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring that the recipient shall not use grant funds to promote "gender ideology", conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

DECLARATION OF NICOLE DOHENY - 4
No. 2:25-cv-00814-BJR

9. It is Denver's understanding that HUD is imposing the above conditions with respect to the fiscal year 2025 grant funds administered by HUD, may attempt to impose them on previously-awarded funds through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds. In September HUD required that Denver remove all references to "equity" and "environmental justice" in its CDBG Financial Year 2025 Action Plan in order to align the Action Plan with Presidential Executive Orders. Failure to do so may have resulted in disapproval of the plan by HUD. Rather than risk its significant CDBG formula-based funding, Denver made the requested changes.

10. Denver understands that it must agree to some or all of the above conditions with respect to CDBG, HOME, HOPWA, and ESG to accept its awards for fiscal year 2025. HUD has requested these grant agreements be accepted as soon as possible.

11. HUD's actions have left Denver in limbo about whether it can accept grant funding that HUD previously agreed to provide, that Denver is entitled to and has relied upon receiving through formula grant programs as set forth in federal statutes. Specifically, the newly imposed grant conditions would force Denver to accept those conditions or lose access to nearly $14 million in already-awarded federal grant funds. Denver's departments anticipate receiving these statutorily designated funds and incorporate them when establishing annual plans and staffing requirements to deliver essential services to Denver, as do the City's community partners. For example, relying on these anticipated awards, Denver intends to provide over $2 million in fiscal year 2025 HOME funds for a project that will provide over 140 affordable housing units, and has been in active discussion for the development of additional units relying on those funds.

12.     Loss of this HUD funding and the opportunity to receive future HUD funding will irreparably harm Denver, its residents, and the communities it serves by undermining its efforts to reduce homelessness, create affordable housing opportunities for its residents, and support essential community and economic development. HUD is a crucial part of Denver's spending on homelessness prevention, housing affordability, and community and economic development. Denver builds on HUD's housing support grants by supplementing them with tens of millions of its own funds each year. Together, HUD's and Denver's funds create a housing support system that reduces housing insecurity at key moments for individuals at risk of homelessness. For example, over the last five years, Denver has been able to support the development, rehabilitation, or preservation of over 1,100 units of affordable housing through projects using HOME grants as part of the funding.

13.     Denver's housing affordability and homelessness programs all work together and build on their each other to achieve Denver's housing and community development goals. Losing the substantial HUD funding would severely hamstring Denver's efforts in reducing homelessness and creating housing affordability. If Denver lost HUD funding, it would have to severely decrease support services that prevent homelessness, shelter operations that ensure safety for those that are currently homeless, and services that help homeless individuals secure permanent housing. Decreasing these services would destabilize Denver's housing support system and undermine Denver's separate substantial investment in housing affordability and homelessness reduction.

14.     The uncertainty of HUD funding will interfere with Denver's operating and planning capabilities. Without HUD funds, Denver will be unable to enter into contracts with service providers for services designed to meet community needs, reduce barriers, and improve quality of life, including after-school and mentoring programs for youth, health and mental health

DECLARATION OF NICOLE DOHENY - 6
No. 2:25-cv-00814-BJR

clinics, food pantries, senior meal and activity programs, job training and placement services, increasing affordable housing, and providing assistance and housing resolution services to residents experiencing homelessness. These deficits will in turn erode the capacity of businesses providing these essential services and the vulnerable people who rely on them. These disruptions would meaningfully harm the City and its residents, causing significant disruptions to the City's current operations and a direct loss of community investments. To the extent that Denver is able to continue these programs without Federal funding, it will have to do so by diverting local funds during a time of financial strain.

15. Denver is already facing a difficult budgetary climate without the potential loss of these federal funds. Denver had to contend with a $50M budgetary shortfall in its financial year 2025, and was forced to implement budget cuts to address a $200M shortfall for its financial year 2026. Denver instituted a hiring freeze and required that all Denver employees take furlough days in 2025. Despite these cost saving measures, Denver had to eliminate 665 vacant positions and layoff an additional 171 employees to balance the budget. Diverting other local resources to fund the programs that HUD currently funds could very easily result in further forced reductions in its workforce and elimination of other government services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3 day of NOV, 2025.

Nicole Doheny

DECLARATION OF NICOLE DOHENY - 7
No. 2:25-cv-00814-BJR