THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF JESSICA REED |

I, Jessica Reed declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Associate Director, Continuum of Care (CoC) Planning for the Los Angeles Homeless Services Authority (LAHSA). LAHSA is a joint powers authority of the City of Los Angeles and the County of Los Angeles, created to

address the problem of homelessness in the region. LAHSA is the lead agency in the U.S. Department of Housing and Urban Development (HUD) funded Los Angeles Continuum of Care (LA CoC), and coordinates and manages federal, state, county, and city funds for programs providing shelter, housing, and services to people experiencing homelessness. LAHSA has been designated by the LA CoC as the Collaborative Applicant eligible to apply for more than $200 million in federal CoC Program funding on behalf of the LA CoC.

3. I have been in the position of Associate Director, CoC Planning for LAHSA since 2023. I have served in various roles within LAHSA since 2015, including Policy Manager, CoC Manager, and Senior Planning Manager. I previously served as a graduate school intern for the U.S. Interagency Council on Homelessness from 2013 to 2014. I received a Master of Public Policy (2014) and a Bachelor of Arts in Anthropology (2008), both from the University of California, Berkeley.

4. As Associate Director, CoC Planning for LAHSA, I oversee and am directly involved in the development and monitoring of federal grants awarded under the CoC Program for all grant recipients within the LA CoC which includes LAHSA.

5. LAHSA provides a wide range of local services, including but not limited to housing and homelessness services, in addition to other general services.

6. LAHSA currently receives approximately $97.1 million in federal grant funds, which constitutes 11.7 percent of LAHSA's adopted budget. All federal funds LAHSA currently receives originate from HUD. These funds are awarded through a variety of grant programs administered by HUD, including but not limited to the following:

- Continuum of Care Program

- Emergency Solutions Grants Program

7. LAHSA uses the above-described federal grant funds for a variety of local programs and services, including but not limited to emergency shelter, housing, and supportive services including but not limited to food security, legal services, childcare, and safety planning.

8. Some of LAHSA's grants are received as pass-through grants from the City of Los Angeles, the County of Los Angeles, and the State of California.

9. Since President Trump's inauguration, there have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications that LAHSA has received and still anticipates receiving. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or abet[] policies that seek to shield illegal aliens from deportation", conditions requiring that the recipient shall not use grant funds to promote "gender ideology", conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the recipient does not operate any initiatives that violate "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

10. It is LAHSA's understanding that HUD is imposing the above conditions with respect to already-awarded federal grant funds administered by HUD through, for example, amendments or modifications or at the time grantees draw down funds and will also require them in future applications for such funds.

DECLARATION OF JESSICA REED
No. 2:25-cv-00814-BJR

11. LAHSA has been required to agree to some or all of the above conditions with respect to the grants it has been awarded by HUD and expects it will face those conditions in future applications and agreements from HUD.

12. HUD's actions have left LAHSA in limbo about ongoing access and draw downs on grant funding that HUD previously agreed to provide and that is included within LAHSA's budget, including $77.1 million in already-awarded federal CoC Program grant funds, and LAHSA will have to choose in the future to apply for and accept critical grant funding with those conditions or forego such funding. Relying on these and future awards, LAHSA has already committed, and in some cases expended grant dollars for homelessness assistance.

13. Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm LAHSA, the LA CoC's residents, and the communities LAHSA serves by reducing housing and homelessness services, current program participants losing access to housing, meals, and other lifesaving services, reducing LAHSA's operating and planning capabilities, destabilizing immediate and future budgets, causing budgetary uncertainty, making it more difficult for LAHSA to comply with regulatory requirements (such as required administrative planning and reporting functions to HUD), disrupting operational and fiscal planning harming LAHSA's ability to execute contracts, and forcing LAHSA to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse.

14. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require LAHSA to make budget cuts that would force reductions in workforce and cause thousands of program participants to lose access to life-saving housing and supportive services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 30th day of October, 2025.

_____
Jessica Reed