THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF Dr. Sanmi Areola |

I, Dr. Sanmi Areola, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Director for the Metropolitan Government of Nashville and Davidson County's ("Metro Nashville") department of public health, or Metro Public Health Department ("MPHD"). I have been in that position since February 2025. Between 2002–2020, I served in several leadership roles at MPHD, including Bureau Director for Environmental Health and Deputy Director for the Department. I hold a PhD in Environmental Toxicology and have served many years as a public health practitioner and leader.

3. As Director, I am responsible for oversight of departmental operations, development of partnerships, interventions and policies to improve and protect the health of Metro Nashville's residents and ensuring the Department's fiscal integrity.

4. Our mission at MPHD is to protect, improve, and sustain the health and well-being of all people in Nashville and Davidson County. MPHD serves the city-county jurisdiction of Nashville and Davidson County, which includes urban, suburban, and rural areas, and is home to a population of approximately 700,000. MPHD provides a long list of services to residents, including clinical health services, epidemiological tracking of health status and surveillance, public education, health programs and interventions and emergency preparedness coordination, to name a few.

5. For fiscal year 2026, MPHD receives approximately $19.8 million in federal funds from the U.S. Department of Health & Human Services ("HHS"). Some of MPHD's grants are received as pass-through grants from the Tennessee Department of Health. Funds are awarded through a variety of grant programs administered by HHS, including but not limited to the following:

- Ryan White Part A HIV Emergency Relief
- Healthy Start Initiative
- Strengthening Public Health Infrastructure, Workforce, and Data Systems
- Childcare and Development Block Grant
- Preventive Health Services – Sexually Transmitted Diseases Control Grants
- National Bioterrorism Hospital Preparedness Program
- TB Control Programs
- Maternal Child and Health Services Block Grant

- Cancer Prevention and Control Programs

6. The Metropolitan Government of Nashville and Davidson County uses the above-federal grant funds for a variety of local programs and services, including but not limited to prevention, surveillance, diagnosis, and treatment of HIV/AIDS, removing barriers to service, reducing health disparities and building sustainable partnerships, increasing community capacity and trust in immediate and future public health efforts, improving health outcomes before, during, and after pregnancy, tracking fatal and non-fatal overdoses, reducing infant death rates, reducing adverse perinatal outcomes, and providing breast and cervical cancer screenings.

7. Without HHS funding, it is likely that MPHD would have to greatly curtail or eliminate these services.

8. There have been significant new conditions incorporated into federal grant agreements and as part of federal grant applications that MPHD has received and/or anticipates receiving since President Trump's inauguration. These conditions include, among other things, requirements that grant funds shall not be used to promote "gender ideology" and that Metro Nashville agree that its compliance with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

9. It is MPHD's understanding that HHS is imposing the above conditions with respect to already-awarded federal grant funds administered by HHS through, for example, amendments or modifications or at the time grantees draw down funds and will also require them in future applications for such funds.

10. As one example, on April 29, 2024, HHS awarded MPHD $1,008,333.00 for the Healthy Start Initiative Grant, with a recommendation of four additional years of funding at $1,100,000.00 per year.

{N0723039.1}

DECLARATION OF DR. SANMI AREOLA - 3
No. 2:25-cv-00814-BJR

11. MPHD uses funds from the Healthy Start Initiative Grant to provide a variety of services to families. For example, the Nashville Strong Babies program provides perinatal support services to pregnant and recently delivered families, including access to prenatal care, behavioral health care, education, and resource navigation, helping ensure a healthy start to a family's new life.

12. On August 21, 2025, HHS sent MPHD a Notice of Award ("NOA") for the Healthy Start Initiative Grant in the amount of $312,324.00. The NOA, however, contains the following conditions:

> By accepting this award, including the obligation, expenditure, or drawdown of award funds, recipients, whose programs are covered by Title IX, certify as follows:
>
> • Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including the requirements set forth in Presidential Executive Order 14168 titled Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration of the Agreement.
>
> • The above requirements are conditions of payment that go the essence of the Agreement and are therefore material terms of the Agreement.
>
> • Payments under the Agreement are predicated on compliance with the above requirements, and therefore Recipient is not eligible for funding under the Agreement or to retain any funding under the Agreement absent compliance with the above requirements.

- Recipient acknowledges that this certification reflects a change in the government's position regarding the materiality of the foregoing requirements and therefore any prior payment of similar claims does not reflect the materiality of the foregoing requirements to this Agreement.
- Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the above requirements and/or eligibility for the Agreement may subject Recipient to liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

13. MPHD understands that, in order to access the awarded funds, it must agree to these conditions with respect to the Healthy Start Initiative Grant. MPHD has relied on these funds to plan implementation of a variety of services, including the Nashville Strong Babies program. Given MPHD's reliance on these funds, MPHD will need to begin drawing down funds in the coming weeks.

14. Further, MPHD receives funds for the Healthy Start Initiative Grant in installments. MPHD anticipates that, as under the pending NOA, it will have to certify similar conditions before being able to draw on any future installments.

15. Loss of these previously awarded federal funds and the opportunity to receive future federal funds—even a temporary interruption pending this litigation—will irreparably harm MPHD and the communities it serves by, for example, very likely eliminating the Nashville Strong Babies program, including ten employee positions and five contract positions and all of the services it provides to more than two-hundred families every month.

{N0723039.1}

DECLARATION OF DR. SANMI AREOLA - 5
No. 2:25-cv-00814-BJR

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  EXECUTED October 31, 2025.

*[signature]*

DR. SANMI AREOLA

{N0723039.1}

DECLARATION OF DR. SANMI AREOLA - 6
No. 2:25-cv-00814-BJR