THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF OLUWADAMILOLA DAIRO |

I, OLUWADAMILOLA DAIRO, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Director of Transformation and Innovation ("T&I") for the Metro Action Commission, a department of the Metropolitan Government of Nashville and Davidson County ("Metro Nashville"). I have been in that position since 2022. Most recently, I served in dual capacity as the interim Executive Director and T&I director of the agency. In both my current and prior positions, I have led federally, state, and locally funded programs that serve over 10,000 residents annually. My work involves ensuring compliance with all relevant laws and regulatory bodies, overseeing fiscal and operational accountability, and maintaining transparent and ethical

governance standards. I also hold an advanced degree in Urban and regional planning and an undergraduate degree in chemical engineering.

3. In my current role, I am directly involved with MAC's compliance with applicable grant terms and conditions, including programmatic, fiscal, and reporting requirements

4. MAC serves as Metro Nashville's Community Action Agency, helping families with low income achieve stability, recovery, and long-term self-sufficiency. MAC provides a long list of services to approximately 10,000 residents of Nashville and Davidson County, including housing, food, and utility assistance, partnering with local organizations, housing authorities, and courts to prevent evictions, expanding emergency assistance, and coordinating resources for families transitioning from crisis to stability. MAC's programs support success across every stage of life using the 2GEN / Whole Family Approach. Together, these efforts strengthen family well-being, foster economic mobility, and ensure every Nashville and Davidson County resident can thrive.

5. For fiscal year 2026, MAC has received approximately $19 million in federal funds from the U.S. Department of Health & Human Services ("HHS") and anticipates receiving more after the current federal shutdown concludes. Some of MAC's grants are received as pass-through grants from the Tennessee Housing Development Authority (THDA) and the Tennessee Department of Human Services. These funds are awarded through a variety of grant programs administered by HHS, including but not limited to the following:

- Head Start / Early Head Start Grant
- Community Service Block Grant Program
- Low Income Heat & Energy Assistance Program

{N0723057.2}

DECLARATION OF OLUWADAMILOLA DAIRO - 2
No. 2:25-cv-00814-BJR

6. MAC uses the above federal grant funds to deliver a comprehensive range of services that help low-income families achieve stability and long-term self-sufficiency, including but not limited to emergency support for housing, utilities, and food; early childhood education and family engagement through Head Start; youth empowerment via the POWER Youth and STEAM Camp programs, which offer job readiness training and summer employment for youth, and access to workforce development, financial literacy, and education in high-demand fields to improve economic mobility.

7. Without HHS funding, it is likely that MAC would have to greatly curtail or eliminate these programs and services.

8. I am also aware that other departments of Metro Nashville, including Juvenile Court, General Services, and Social Services, receive HHS funding.

9. There have been significant new conditions incorporated into federal grant agreements and as part of federal grant applications that Metro Action Commission has received and/or anticipates receiving since President Trump's inauguration. These conditions include, among other things, requirements that grant funds shall not be used to promote "gender ideology", that Metro Nashville agree that its compliance with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act, and that the award is subject to Executive Orders in the Federal Register and the HHS Grants Policy Statement (HHS GPS).

10. It is MAC's understanding that HHS is imposing the above conditions with respect to already-awarded federal grant funds administered by HHS through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds.

11. As an example, on July 25, 2025, HHS sent MAC a Notice of Award ("NOA") for the Head Start/ Early Head Start Grant in the amount of $16,849,044.00 for July 1, 2025, through June 30, 2026. The NOA's Period of Performance is July 1, 2025, through June 30, 2030. Head Start represents MAC's largest federal funding stream and operates on a five-year renewal cycle, with annual certifications required throughout the term of the grant.

12. MAC uses funds from the Head Start/ Early Head Start Grant to provide a variety of services to families. The program promotes comprehensive school readiness by fostering children's cognitive, social, emotional, and physical development, while also strengthening family stability and economic mobility. In Davidson County, where approximately twenty percent of children under age five live below the federal poverty level-the highest percentage among all age groups-MAC's early education services are both essential and irreplaceable.

13. The NOA, however, contains a requirement that the recipient must comply with the "Administration for Children & Families Standard Terms and Conditions." In turn, those Terms and Conditions contain the following requirements:

> For new awards made on or after May 9, 2025, the following is effective immediately: By accepting this award, including the obligation, expenditure, or drawdown of award funds, recipients whose programs are covered by Title IX certify as follows:
> • Recipient is compliant with Title IX of the Education Amendments of 1972, as amended, 20 U.S.C. §§ 1681 et seq., including Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and Recipient will remain compliant for the duration of the Agreement.

IN0723057 2)

DECLARATION OF OLUWADAMILOLA DAIRO - 4
No. 2:25-cv-00814-BJR

- The above requirements are conditions of payment that go to the essence of the Agreement and are therefore material terms of the Agreement.

- Payments under the Agreement are predicated on compliance with the above requirements, and therefore Recipient is not eligible for funding under the Agreement or to retain any funding under the Agreement absent compliance with the above requirements.

- Recipient acknowledges that this certification reflects a change in the government's position regarding the materiality of the foregoing requirements and therefore any prior payment of similar claims does not reflect the materiality of the foregoing requirements to this Agreement.

- Recipient acknowledges that a knowing false statement relating to Recipient's compliance with the above requirements and/or eligibility for the Agreement may subject Recipient to liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

14. The NOA states that drawing funds indicates agreement to the terms and conditions of the award.

15. MAC has relied on these funds to plan the implementation of a variety of services. Any funding interruption would be detrimental to MAC and the families it serves, as set forth in Paragraph 18.

16. For these reasons, MAC began to draw down the awarded funds on September 24, 2025. MAC currently draws funds to coincide with its pay cycle.

{N0723057.2}

DECLARATION OF OLUWADAMILOLA DAIRO - 5
No. 2:25-cv-00814-BJR

17. Further, MAC anticipates that it will face similar conditions for any additional NOAs during the five-year term of the Head Start / Early Head Start Grant, and for other HHS grants that MAC will apply for and need to accept in the future.

18. Loss of these previously awarded federal funds and the opportunity to receive future federal funds—even a temporary interruption pending this litigation—would cause irreparable harm to MAC and the communities it serves. Such disruption would likely force the elimination of the Head Start and Early Head Start programs, undermining years of progress in mitigating the effects of poverty and supporting the well-being of the county's most vulnerable residents. These programs currently provide critical early education and family support to 931 children and Early Head Start for 232 infants, toddlers, and pregnant women.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED November 1, 2025.

*/s/ Oluwadamilola Dairo*
OLUWADAMILOLA DAIRO

{N0723057.2}

DECLARATION OF OLUWADAMILOLA DAIRO - 6
No. 2:25-cv-00814-BJR