THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF JUSTIN ELICKER |

I, Justin Elicker, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Mayor of the City of New Haven. I have been in that position since January 2020.

3. As Mayor for the City of New Haven I am responsible for the development and monitoring of New Haven's budget, fiscal activities and operations and overseeing the department that administers New Haven's federal grants.

DECLARATION OF JUSTIN ELICKER- 1
No. 2:25-cv-00814-BJR

4. The City of New Haven provides a wide range of local services, including but not limited to social, health, housing, and homelessness services, public infrastructure construction and maintenance, and transportation operations, construction, and maintenance, in addition to other general services.

5. The City of New Haven currently receives approximately $126 million in federal grant funds which constitutes 18 percent of the City's operating budget. This includes more than $43.4 million in federal funds from the U.S. Department of Housing and Urban Development (HUD), more than $13.4 million in federal funds from the U.S. Department of Transportation (DOT) and/or its operating administrations and more than $5.3 million in federal funds from the U.S. Department of Health & Human Services (HHS). These funds are awarded through a variety of grant programs administered by HUD, HHS, and DOT and/or its operating administrations, including but not limited to the following:

Community Development Block Grants (CDBG) through HUD;

Housing Opportunities for Persons With AIDS (HOPWA) grants through HUD

Emergency Solutions Grants (ESG) through HUD

HOME Investment Partnership Grants (HOME) through HUD

HOME Investment Partnerships American Rescue Plan (HOME-ARP) through HUD

Lead Hazard grants through HUD

Reconnecting Communities grant through DOT

Safe Streets for All grants through DOT

Ryan White grants through HHS

6. The City of New Haven uses the above-described federal grant funds for a variety of local programs and services, including but not limited to: addressing health hazards in City

DECLARATION OF JUSTIN ELICKER- 2
No. 2:25-cv-00814-BJR

homes, improvements to homeless shelters, supportive services, and other homelessness assistance, home modifications for seniors and people with disabilities, lead paint remediation, pedestrian safety, bridge improvements, and HIV prevention, creation of safe affordable housing, promotion of homeownership, support public service programs to seniors, youth, and at risk populations, provide improvements to public facilities..

7. One of the City of New Haven's CDBG grants is received as a pass-through grant from the State of Connecticut and was awarded in FY 24 and is active until December 1, 2025.

8. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications that New Haven has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions related to diversity, equity, and inclusion initiatives and requirements regarding immigration.

9. It is New Haven's understanding that HUD, DOT, and HHS are imposing the above referenced conditions with respect to the already-awarded federal grant funds administered by HUD, DOT, and HHS through, for example, amendments or modifications or at the time grantees draw down funds and will also require them in future applications for such funds.

10. The City of New Haven has been required to agree to some or all of the above conditions with respect to the grants it has been awarded by HUD, DOT, and/or HHS, and expects it will face those conditions in future applications and agreements from those agencies.

11. HUD's, DOT's, and HHS's actions have left the City of New Haven in limbo about whether it will continue to be able to receive and/or draw down on grant funding that these federal agencies previously agreed to provide and that is included within the City of New

Haven's FY 25-26 budget. These actions also create uncertainty as to the City's ability to apply for critical grant funding in the future.

12. Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm the City of New Haven, its residents, and the communities it serves by reducing the availability and quality of housing and homelessness services, impeding or cutting off residents' access to housing, meals, and other lifesaving services, forcing pauses in service delivery resulting in increased project costs due to delay, reducing public safety, reducing health care services, reducing the City of New Haven's operating and planning capabilities, exacerbating infrastructure decline, destabilizing immediate and future budgets, making it more difficult for the City of New Haven to comply with regulatory requirements, and forcing New Haven to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse the City.

13. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require the City of New Haven to make cuts to a City budget that is already stretched thin, lead to reductions in workforce, and/or divert resources from other public services. For example, New Haven's Economic Development Administration has several employees whose salaries depend on CDBG and HOME funding. Similarly, the Ryan White grant funds four positions and Lead Hazard grants fund eight more, including 3 lead inspectors. Without these grants, it is unlikely that New Haven could obtain alternative funding to cover all these employees' salaries and the important work that they do for the New Haven community.

DECLARATION OF JUSTIN ELICKER- 4
No. 2:25-cv-00814-BJR

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3rd day of November 2025.

JUSTIN ELICKER