THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF ANASTASIA EVERETT |

I, ANASTASIA EVERETT, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Community Development Block Grant (CDBG) Senior Program Specialist for the City of Olympia. I have been in that position since 2022. Prior to my role managing the Community Development Block Grant, I was an administrative specialist for the City and supported the CDBG Manager in the program since 2020.

3.      As CDBG Sr. Program Specialist for the City of Olympia, I am responsible for the development and monitoring of the City of Olympia's CDBG budget, activities, and operations, and the administration of the City of Olympia's federal grant.

4.      The City of Oympia provides a wide range of local services, including housing and homelessness services, public infrastructure construction and maintenance, transportation operations, public safety, and frontline services in addition to other general services.

5.      The City of Olympia currently receives various federal grant funds, including an annual allocation of approximately $350,000 in federal funds from the U.S. Department of Housing and Urban Development (HUD) through the Community Development Block Grant (CDBG) program. The City of Olympia uses the above-described federal grant funds for a variety of vital local programs and services, including the rehabilitation of homeowner- and renter-occupied housing for low- and moderate-income residents, social services for seniors provided by community nonprofit partners, services for Olympians experiencing homelessness, energy efficiency improvements for low- and moderate-income residents, home modifications for seniors and people with disabilities, and small business assistance.

6.      There have been significant new conditions incorporated in CDBG grant agreements and as part of federal grant applications the City of Olympia has received in 2025 and/or anticipates receiving in the future. These include, among other things, conditions imposing immigration status verification requirements.  In particular, a requirement that the City of Olympia "use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States." Furthermore, the City of Olympia has been required to certify that it "[w]ill not use Federal

funding to promote diversity, equity, and inclusion (DEI) mandates, policies, programs, or activities that violate any applicable Federal anti-discrimination laws."

7. It is the City of Olympia's experience and understanding that HUD is imposing the above conditions with respect to already-awarded federal grant funds administered by HUD as a condition of grant acceptance, and will also require them as to future grants of such funds.

8. The City of Olympia understands that it must agree to some or all of the above conditions with respect to the Community Development Block Grant in order to receive grant funds and until it does so, grant funds will not be released to the City of Olympia. The Program Year 2025 CDBG grant was to be made available by September 1, 2025, for the community nonprofit partners who rely on the City's CDBG funding to deliver their critical services.

9. HUD's actions have left the City of Olympia in limbo about whether it will actually receive grant funding that this federal agency previously agreed to provide and that is included within City of Olympia's budget, as well as the City of Olympia's ability to apply for critical grant funding in the future. Specifically, the newly imposed grant conditions would force the City of Olympia to accept those conditions or lose access to $341,000 in already-awarded CDBG funds. Relying on these awards, the City of Olympia has already conditionally committed hundreds of thousands of dollars for critical home repair activities, energy efficiency activities, social services for seniors, and microenterprise assistance for low- and moderate-income business owners.

10. Loss of previously awarded CDBG funding and the opportunity to receive future CDBG funding will irreparably harm the City of Olympia, its residents, and the communities it serves by reducing housing and homelessness services, residents losing access to housing, meals, and other lifesaving services, reducing the City of Olympia's operating and planning capabilities,

DECLARATION OF ANASTASIA EVERETT - 3
No. 2:25-cv-00814-BJR

causing budgetary uncertainty, harming the City of Olympia's ability to execute contracts, harming the nonprofit agencies providing services to Olympia residents by losing critical CDBG funding, forcing the City of Olympia to either terminate CDBG-funded programs or pay for them with local funds in a budget crisis.

11. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—could require the City of Olympia to make budget cuts or force reductions in workforce.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  30th  day of  October , 2025.

*Anastasia Everett*
ANASTASIA EVERETT
City of Olympia
P.O. Box 1967
Olympia, WA 98507

DECLARATION OF ANASTASIA EVERETT - 4
No. 2:25-cv-00814-BJR