THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF EDWARD SHIKADA |

I, EDWARD SHIKADA, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the City Manager for the City of Palo Alto, a position I have held since 2018. I previously served as Assistant City Manager for Palo Alto, and I have over 30 years of experience in municipal government.

3. I oversee all operations for the City of Palo Alto including development of the City's budget and overall financial planning including budgeting, capital planning, long-range planning, management analysis, and strategic planning.

DECLARATION OF EDWARD SHIKADA - 1
No. 2:25-cv-00814-BJR

4. The City of Palo Alto is a full-service city and provides a wide range of local services, including police, fire, paramedic services, public infrastructure construction, in addition to other general services. The City of Palo Alto also operates a municipal airport and wastewater treatment plant. Finally, unlike other cities in the San Francisco Bay Area, the City of Palo Alto operates its own Utilities Department providing electricity, gas, and water to Palo Alto residents.

5. The City of Palo Alto receives several federal grants from the U.S. Department of Housing and Urban Development (HUD) and the U.S. Department of Transportation (DOT), including its subdivisions such as the Federal Aviation Administration (FAA) and the Federal Highway Administration (FHWA).

6. Through HUD, the City of Palo Alto receives annual funding under the Community Development Block Grant (CDBG) program, which supports housing and community development initiatives that primarily benefit low- and moderate-income residents. For Fiscal Year 2025, the City received $514,252 in regular CDBG funding, along with an additional $746,413 in CDBG-Coronavirus (CDBG-CV) funds to address ongoing impacts of the COVID-19 pandemic.

7. The largest share of federal assistance comes from the Department of Transportation and its related agencies. The Federal Aviation Administration (FAA) provided significant funding through the Airport Improvement Program (AIP) for infrastructure upgrades at the Palo Alto Airport. These included Apron Reconstruction Phase III totaling $15,594,825, and Airport Layout Plan Updates totaling $1,128,000.

8. Additional transportation funding has been awarded through the Federal Highway Administration (FHWA) and the Department of Transportation's general grant programs. The City of Palo Alto received over $4.7 million through the Section 130 Grade Crossing

DECLARATION OF EDWARD SHIKADA - 2
No. 2:25-cv-00814-BJR

Improvement Program for rail crossing safety enhancements, $13,341,371 from the Highway Bridge Program for the Newell Road Bridge replacement, $6,000,000 for various grade separation projects from the Federal Railway Administration, and $800,000 under the One Bay Area Grant 2. The City of Palo Alto also obtained a Pipeline and Hazardous Materials Safety Administration (PHMSA) grant of $16.5 million to support infrastructure safety and modernization as well as funding for Zero-Emission Vehicle (ZEV) programs, including $156,841 for an electric van and $87,310 for an electric truck.

9.  In total, grants administered by the Department of Transportation, including the FAA and FHWA, amount to approximately $58 million, representing the most substantial source of federal funding to the City of Palo Alto. Combined with HUD's housing and community development allocations, Palo Alto's total federal grant support from these agencies equals roughly $60 million.

10. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Palo Alto has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring that the recipient shall not use grant funds to promote "gender ideology", conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

DECLARATION OF EDWARD SHIKADA - 3
No. 2:25-cv-00814-BJR

11. It is the City of Palo Alto's understanding that HUD and DOT are imposing the above conditions with respect to already-awarded federal grant funds administered by HUD and DOT through, for example, amendments or modifications or at the time grantees draw down funds and will also require them in future applications for such funds. The City must now decide, and will be forced to decide over and over, whether to continue to apply for, agree to, and draw down funds subject to these conditions. Based on publicly reported experiences of other similarly situated jurisdictions, the City of Palo Alto anticipates that HUD and DOT will require the City of Palo Alto to agree to some or all of the above conditions on an extremely short deadline, such that it would be difficult, if not impossible, to seek relief from the court before the deadline lapses.

12. The City of Palo Alto has executed an agreement with the Federal Aviation Administration (FAA) under the Airport Improvement Program containing some or all of the above conditions, and expects to face these conditions in future grant applications and agreements from HUD, HHS, and/or DOT.

13. HUD's and DOT's actions have left the City of Palo Alto in limbo about whether it can continue to receive and draw down on grant funding that these federal agencies previously agreed to provide, as well as Palo Alto's ability to apply for critical grant funding in the future. Specifically, the newly imposed grant conditions would force the City of Palo Alto to accept those conditions or lose access to roughly $60 million in already-awarded federal grant funds. Relying on these awards, the City of Palo Alto has already committed, and in some cases expended its own matching funds for infrastructure improvements.

14. Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm the City of Palo Alto, its residents, and the communities it

serves by, for example: forcing pauses in service delivery resulting in increased project costs due to delay, reducing the City of Palo Alto's operating and planning capabilities, exacerbating infrastructure decline, destabilizing immediate and future budgets, causing budgetary uncertainty, causing delay or cancelation of planned improvement projects, disrupting operational and fiscal planning, harming the City of Palo Alto's ability to execute contracts, and forcing the City of Palo Alto to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse.

15. For example, the City was authorized to start the construction phase of Newell Road Bridge Project in April, the construction contract was awarded in June, and construction began in September. The Newell Road Bridge, which connects the City of Palo Alto to the City of East Palo Alto, was constructed in 1911 and is now considered functionally obsolete. Federal funds are being used to pay for design and construction. If federal funds were lost, the City of Palo Alto would likely need to find local funds to complete the project and pay for the commitments that the City has made toward construction of the project, delay completion of the project, or abandon the project.

16. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require the City of Palo Alto to make budget cuts or divert resources from other public services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4TH day of Nov, 2025.

EDWARD SHIKADA

DECLARATION OF EDWARD SHIKADA - 5
No. 2:25-cv-00814-BJR