THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF SCOTT CURTIN |

I, Scott Curtin, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Director of Public Works and Utilities for the City of Port Angeles. I have been in this position since September 2024. Additionally, I have over seven years career experience as a Director of Public Works as well as fifteen years of Capital Project Management and Federal Grant oversight experience for various government agencies.

DECLARATION OF SCOTT CURTIN - 1
No. 2:25-cv-00814-BJR

3. As Director of Public Works and Utilities for the City of Port Angeles, I oversee development and monitoring of Port Angeles's budget, direct Port Angeles's activities and operations, and administer Port Angeles's federal grants.

4. The City of Port Angeles provides a wide range of local services, including but not limited to social, health, housing, and homelessness services, public infrastructure construction and maintenance, transportation operations, construction, and maintenance, in addition to other general services.

5. The City of Port Angeles currently receives approximately $12.597 million in federal funds from the U.S. Department of Transportation (DOT) and its operating administrations, which constitutes approximately 7.6% of Port Angeles's operating budget. These funds are awarded through a variety of grant programs administered by DOT and/or its operating administrations, including but not limited to the following:

- DOT RAISE PS2P Grant Funds – FHWA/USDOT for Planning/Design Projects Totaling $3.4 million
    - Race Street Phase II – Final Design ($1.2million)
    - Race Street Phase III – Planning ($0.6 million)
    - Gales Addition ODT Connection ($0.6 million)
    - Waterfront Trail Renovation and Sustainability Study – Planning ($1 million)
- Race Street Phase II – FHWA/USDOT for Construction - $1 million
- Race Street Phase II – Peninsula Regional Transportation Planning Organization (PRTPO) Transportation Alternative Funding for Construction - $500,000
- Race Street Phase II – FHWA Federal Lands for Construction - $2 million
- First Front Pedestrian Enhancements - FHWA/WSDOT for Construction (2026) - $1.039 million
- First Front Paving – Lincoln to Tumwater Street – National Highway System (NHS) Asset Management Program (AMP) for Construction (2026) - $2.483 million
- Traffic Circle Program – Highway Safety Improvement Program (HSIP) for Design and Construction (2026/27) - $2.175 million

6. The City of Port Angeles uses the overwhelming majority of funds from the above-described federal grant funds for transportation & traffic related improvements.

DECLARATION OF SCOTT CURTIN - 2
No. 2:25-cv-00814-BJR

7.  In addition to DOT grants, the City of Port Angeles has a grant through the U.S. Department of Housing and Urban Development (HUD)'s Community Development Block Grant (CDBG) Program in the amount of $372,198.82. Port Angeles has received all funds from the grant, and the Washington State Department of Commerce has closed out the grant, however, HUD continues to require additional reporting pertaining to that grant. The City of Port Angeles also anticipates applying for HUD grants going forward as appropriate opportunities become available.

8.  There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Port Angeles has received since January 2025 and/or anticipates receiving in the future. These include, among other things, conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring that the recipient shall not use grant funds to promote "gender ideology", a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

9.  It is the City of Port Angeles's experience and understanding that HUD and DOT are imposing the above conditions with respect to already-awarded federal grant funds administered by HUD, and DOT through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds. Port Angeles also understands that the Federal Administration has suggested it will review the use of previously drawn down funds to determine whether the money was spent in accordance with its new policies.

DECLARATION OF SCOTT CURTIN - 3
No. 2:25-cv-00814-BJR

10. The City of Port Angeles understands that it must agree to some or all of the above conditions with respect to its DOT and HUD grants. Based on publicly reported experiences of other similarly situated jurisdictions and our own experience, the City of Port Angeles anticipates that DOT, and HUD may require Port Angeles to agree to some or all of the above conditions on an extremely short deadline, such that it would be difficult, if not impossible, to seek relief from the court before the deadline lapses.

11. HUD's, and DOT's actions have left the City of Port Angeles in limbo about whether it will actually receive or be able to draw down on grant funding that these federal agencies previously agreed to provide and that is included within Port Angeles's budget, as well as Port Angeles's ability to utilize funds it has already received, and apply for critical grant funding in the future. Specifically, the newly imposed grant conditions would force Port Angeles to accept those conditions or lose access to or reimburse the federal government approximately $12.597 million in already-awarded, or already spent, federal grant funds. Relying on these awards, Port Angeles has already committed, and in some cases expended, millions of dollars.

12. Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm the City of Port Angeles. The City of Port Angeles is a Historically Disadvantaged Community (HDC) with a 2025 population of roughly 20,000. About a third of residents are considered living at the poverty level. The city has extensive infrastructure in the 70-100 year old range, well beyond its intended service life. The City's six year capital plan continues to address priority items within our means, however without the DOT funds indicated above the City would be significantly challenged to continue to provide essential reliable services. Any interruption to any of these funds, DOT or HUD, would essentially halt planned improvements, causing wide spreading impacts to our residents. Project

DECLARATION OF SCOTT CURTIN - 4
No. 2:25-cv-00814-BJR

delays would increase project costs due to escalation and inflationary measures. Businesses relying on this work to support local jobs would add further pressure to our citizens' ability to continue to afford to remain within our community. The planned improvements are intended to comply with local, state and federal requirements for ADA accessibility improvements and other transportation related regulations. The uncertainty surrounding these grant funds may force Port Angeles to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse.

13.     In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require the City of Port Angeles to make budget cuts, divert resources from other public services, and possibly force reductions in workforce.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th___ day of November, 2025.

_____
Scott Curtin

DECLARATION OF SCOTT CURTIN - 5
No. 2:25-cv-00814-BJR