REC'D CITY ATTY
'25 NOV 3 PM 2:00

THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF EMILY K. OSTER |

I, Emily K. Oster, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Finance Director for the City of Santa Fe, New Mexico. I have been in that position since 2022. Previously, I was the Deputy Secretary for the New Mexico Department of Taxation and Revenue. I have a Master's Degree in Accountancy and am a Certified Public Accountant (CPA) licensed in New Mexico since 2010.

DECLARATION OF Emily K. Oster - 1
No. 2:25-cv-00814-BJR

3. As Finance Director for the City of Santa Fe, New Mexico, I oversee the Budget division that develops and monitors the City of Santa Fe's budget and the Grants staff that coordinate the administration of the City's federal grants.

4. The City of Santa Fe, New Mexico provides or supports a wide range of local services, including but not limited to social, health, housing and homelessness services, senior services (meals, transportation, caregiver support), public infrastructure construction and maintenance, transportation operations, construction, and maintenance, etc., in addition to other general services.

5. City of Santa Fe, New Mexico budgeted approximately $15,481,244 in federal grant revenue in FY25, which constitutes 3.5% percent of total revenues in the City's FY25 operating budget. In FY26, the City budgeted anticipated federal revenues of $4,312,383, which is about 1% of total budgeted revenues for FY26. Preliminary unaudited FY25 actual federal expenditures are approximately $13,174,681 which includes more than $746,750 in federal funds from the U.S. Department of Housing and Urban Development (HUD) and more than $7,845,167 in federal funds from the U.S. Department of Transportation (DOT) and/or its operating administrations and more than $427,868 in federal funds from the U.S. Department of Health & Human Services (HHS). These funds are awarded through a variety of grant programs administered by HUD and DOT and/or its operating administrations and HHS, including but not limited to, the following:

- $746,750 for Community Development Block Grants from HUD
- $2,964,051 in Airport Improvement Grants from DOT FAA
- $3,948,980 in Transit Grants from DOT FTA
- $932,136 for Various Transportation Grants from DOT

DECLARATION OF Emily K. Oster - 2
No. 2:25-cv-00814-BJR

- $427,868 in Senior Programs Grants from HHS

6. City of Santa Fe, New Mexico uses the above-described federal grant funds for a variety of local programs and services, including but not limited to housing, supportive services, homelessness assistance, food security, pedestrian safety, bridge improvements, airfield maintenance and improvements, safety planning, and meals and assistance for seniors.

7. Some of the City of Santa Fe's federal grants are received as pass-through grants from DOT through the New Mexico Department of Transportation ("NMDOT") and the New Mexico Department of Homeland Security and Emergency Management ("NMDHSEM") and from HHS through the New Mexico State Agency on Aging (NMSAA). For example, the City has received DOT funds for the following: "Interagency Hazardous Materials Public Sector-Training and Planning Grant" through NMDHSEM; "Pedestrian Facility Improvement Grant" through NMDOT; Federal Highway Administration road and infrastructure grants through NMDOT; and Homemaker, Transportation, Congregate Meals, Home Delivery, Respite, and Nutrition Services Incentive Program of the Older Americans Act grants through NMSAA from HHS.

8. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Santa Fe, New Mexico, has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring that the recipient shall not use grant funds to promote "gender ideology", and a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws".

9. It is City of Santa Fe's understanding that HUD, DOT, and HHS are imposing the above conditions with respect to already-awarded federal grant funds administered by HUD, DOT, and HHS through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds.

10. The City of Santa Fe has been asked to agree to some or all of the above conditions with respect to the grants it has been awarded by DOT and expects it will face those conditions in future applications and agreements from those agencies. Based on publicly reported experiences of other similarly situated jurisdictions and experiences with other federal agencies this year, the City of Santa Fe anticipates that HUD, and/or DOT, and/or HHS may require the City of Santa Fe to agree to some or all of the above conditions on an extremely short deadline, such that it would be difficult, if not impossible, to seek relief from the court before the deadline lapses.

11. HUD's, DOT's, and HHS's actions have created uncertainty for the City of Santa Fe about whether it will actually receive grant funding that these federal agencies previously agreed to provide and that is included within City of Santa Fe's FY26 budget, as well as the City of Santa Fe's ability to apply for critical grant funding in the future. Specifically, the newly imposed grant conditions could force the City of Santa Fe to accept those conditions or potentially lose access to millions of dollars in already-awarded federal grant funds.

12. Loss of previously awarded federal funding and the opportunity to receive future federal funding could irreparably harm the City of Santa Fe, its residents, and the communities it serves by reducing housing and homelessness services, causing residents to lose access to affordable housing initiatives (including shelters, transitional housing, and eviction prevention), meals, and other lifesaving services, forcing pauses in service delivery resulting in increased

project costs due to delay, reducing the City of Santa Fe's infrastructure and transportation operating and planning capabilities, exacerbating infrastructure decline, destabilizing immediate and future budgets, causing budgetary uncertainty, making it more difficult for City of Santa Fe to comply with regulatory requirements, causing transit service reductions, including reduced routes, causing delay or cancelation of planned improvement projects, disrupting operational and fiscal planning, harming the City of Santa Fe's ability to execute contracts, and forcing the City of Santa Fe to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse.

13. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—may require the City of Santa Fe to make budget cuts and divert resources from other public services, or reduce services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3 day of November, 2025.

_____
Emily K. Oster