THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>　　　　　　　　Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF DAWN KINDER |

I, DAWN KINDER, declare and state the following:

1.	I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2.	I am the Director of Neighborhood, Housing, and Human Services for the City of Spokane. I have been in that position since January 2025. I also held a similar position with the City of Spokane, overseeing U.S. Department of Housing and Urban Development (HUD) contracts, from April 2016 through December 2018. Separate from my time with the City of Spokane I have worked in the social services field since 2005 focused on homeless and at risk youth, families involved in child welfare, homeless adults, etc.

DECLARATION OF DAWN KINDER - 1
No. 2:25-cv-00814-BJR

3. As the Neighborhood Housing and Human Services Director for the City of Spokane I am responsible for, am directly involved with, and oversee development and monitoring of the City of Spokane's housing and homeless services budget, including local, state, and federal funds, contracting, system policy and partnerships in addition to other administrative work related to the provision of services.

4. The City of Spokane provides a wide range of local services, including but not limited to social, health, housing, and homelessness services, in addition to other general services.

5. The City of Spokane currently receives federal grant funds. This includes more than $10 million in federal funds from HUD. These funds are awarded through a variety of grant programs administered by HUD, including but not limited to the following:

- Continuum of Care
- Youth Homelessness Demonstration Program
- HOME
- Community Development Block Grant
- Emergency Solutions Grant

6. The City of Spokane uses the above-described federal grant funds for a variety of local programs and services, including but not limited to development of affordable housing, supportive services, and other homelessness assistance, home modifications for seniors and people with disabilities, housing rehabilitation for veterans and seniors, food security, crime reduction, foster involved youth and young adults housing and services, wrap around services for formerly homeless families, behavioral health services, job training programs, etc.

DECLARATION OF DAWN KINDER - 2
No. 2:25-cv-00814-BJR

8.  There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Spokane has received since President Trump's inauguration and/or anticipates receiving in the future. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or shield illegal aliens from deportation", conditions requiring that the recipient shall not use grant funds to promote "gender ideology", conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the recipient shall comply with "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

9.  It is the City of Spokane's experience and understanding that HUD is imposing the above conditions with respect to already-awarded federal grant funds administered by HUD through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds.

10.  The City of Spokane has been presented with these conditions in its recently awarded grants, including in its HUD formula and CoC grants. Also, based on publicly reported experiences of other similarly situated jurisdictions, the City of Spokane anticipates that HUD will require the City of Spokane to agree to some or all of the above conditions on an extremely short deadline, such that it would be difficult, if not impossible, to seek relief from the court before the deadline lapses.

DECLARATION OF DAWN KINDER - 3
No. 2:25-cv-00814-BJR

11. HUD's actions have left the City of Spokane in limbo about whether it will actually receive or be able to draw down on grant funding that this federal agency previously agreed to provide and that is included within the City of Spokane's budget, as well as the City of Spokane's ability to apply for critical grant funding in the future. Specifically, the newly imposed grant conditions would force the City of Spokane to accept those conditions or lose access to millions of dollars in federal grant funds. Relying on these awards, the City of Spokane has already committed, and in some cases expended, money for homelessness assistance and public health services.

12. Loss of previously awarded federal funding and the opportunity to receive future federal funding will irreparably harm the City of Spokane, its residents, and the communities it serves by reducing housing and homelessness services, residents losing access to housing, meals, and other lifesaving services, and destabilizing immediate and future budgets.

13. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require the City of Spokane to divert resources from other public services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  3   day of  November , 2025.

_____
Dawn Kinder (Nov 3, 2025 12:56:16 PST)
DAWN KINDER

DECLARATION OF DAWN KINDER - 4
No. 2:25-cv-00814-BJR

# City of Spokane_HUD

Final Audit Report                                                                 2025-11-03

| | |
|---|---|
| Created: | 2025-11-03 |
| By: | Matthew Cozza (mcozza@spokanecity.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGvdmpbnsiicP0NT37a5dZhVUl_0im85N |

## "City of Spokane_HUD" History

📄 Document created by Matthew Cozza (mcozza@spokanecity.org)
2025-11-03 - 4:37:15 PM GMT

✉️ Document emailed to Dawn Kinder (dkinder@spokanecity.org) for signature
2025-11-03 - 4:40:18 PM GMT

📄 Email viewed by Dawn Kinder (dkinder@spokanecity.org)
2025-11-03 - 8:55:45 PM GMT

✍️ Document e-signed by Dawn Kinder (dkinder@spokanecity.org)
Signature Date: 2025-11-03 - 8:56:16 PM GMT - Time Source: server

✅ Agreement completed.
2025-11-03 - 8:56:16 PM GMT

Adobe Acrobat Sign