THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                Plaintiffs,

vs.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                Defendants.

No. 2:25-cv-00814-BJR

DECLARATION OF HYUN KIM

I, Hyun Kim, declare and state the following:

1.     I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2.     I am the Interim City Manager for the City of Tacoma.  I have been in this position since 2025.  Previous to this role I held the position of Deputy City manager with the City of Tacoma since 2023.

3.     As Interim City Manager for the City of Tacoma I oversee the development and implementation of the City of Tacoma's budget, which includes directing multiple City of Tacoma Departments to undertake activities administering the City of Tacoma's federal grants.

DECLARATION OF HYUN KIM - 1
No. 2:25-cv-00814-BJR

4.      The City of Tacoma provides a wide range of local services, including but not limited to housing and homelessness services and public infrastructure construction and maintenance.

5.      The City of Tacoma currently receives approximately $3,648,156 million in federal funds from the U.S. Department of Housing and Urban Development (HUD). These funds are awarded through a variety of grant programs administered by HUD including but not limited to the following:

- HOME Investment Partnerships Program (HOME)

- Community Development Block Grant (CDBG)

- Emergency Solutions Grant (ESG)

6.      The City of Tacoma uses the above-described federal grant funds for a variety of local programs and services, including but not limited to affordable rental and homeownership housing development, supportive services and other homelessness assistance, home modifications for seniors and people with disabilities, housing rehabilitation for low income households, small business assistance, and temporary and inclement weather shelter.

7.      None of the City of Tacoma's grants listed above are received as pass-through grants.

8.      There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Tacoma has received and/or anticipates receiving since President Trump's inauguration. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or abet[] policies that seek to shield illegal aliens from deportation", conditions

DECLARATION OF HYUN KIM - 2
No. 2:25-cv-00814-BJR

requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring

that the recipient shall not use grant funds to promote "gender ideology", conditions requiring

that the recipient shall not use grant funds to "promote" elective abortions, a certification that the

recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate

"applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that

its compliance in all respects with federal nondiscrimination laws is material to the U.S.

Government's payment decisions for purposes of the False Claims Act.

9.      It is the City of Tacoma's understanding that HUD is imposing the above

conditions with respect to already-awarded federal grant funds administered by HUD through,

for example, amendments or modifications or at the time grantees draw down funds, and will

also require them in future applications for such funds.

10.     The City of Tacoma understands that it must agree to some or all of the above

conditions with respect to it's HOME, CDBG, and ESG grants in order to execute its 2025 grant

agreement for each respective program.

11.     HUD's actions have left the City of Tacoma in limbo about whether it will

actually receive grant funding that this federal agency previously agreed to provide and the City

of Tacoma's ability to apply for critical grant funding in the future. Specifically, the newly

imposed grant conditions would force the City of Tacoma to accept those conditions or lose

access to 3,648,156 in already-awarded federal grant funds. Relying on these awards, the City of

Tacoma has already committed, millions of dollars for homelessness services, temporary shelter,

affordable housing development, home repair services, and housing stability services.

12.     Loss of previously awarded federal funding and the opportunity to receive future

federal funding will irreparably harm the City of Tacoma, its residents, and the communities it

DECLARATION OF HYUN KIM - 3
No. 2:25-cv-00814-BJR

serves by reducing the availability of housing and homelessness services, reducing availability and access to shelter, reducing the City of Tacoma's operating and planning capabilities, destabilizing immediate and future budgets causing budgetary uncertainty, making it more difficult for the City of Tacoma to comply with regulatory requirements due to loss of staff, causing delay or cancelation of planned improvement projects, disrupting operational capacity due to loss of staff harming the City of Tacoma's ability to execute contracts, forcing the City of Tacoma to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse.

13.     In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require the City of Tacoma to make budget cuts and implement reductions in workforce.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 27 day of October, 2025.

Hyun Kim

DECLARATION OF HYUN KIM - 4
No. 2:25-cv-00814-BJR