THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>           Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF ALAN MATHESON |

I, ALAN MATHESON, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Superintendent for the Belt Line division of the City of Tacoma's Department of Public Utilities ("Tacoma Rail"). I have been in that position since 2024. Prior to ascending to the role of Superintendent of Tacoma Rail, I spent 8 years as an Assistant Superintendent and have worked in various roles for Tacoma Rail since 2005.

DECLARATION OF ALAN MATHESON - 1
No. 2:25-cv-00814-BJR

3. As the Superintendent for Tacoma Rail, I am responsible for development and monitoring of Tacoma Rail's budget, including development and monitoring of Tacoma Rail's federal grants.

4. Tacoma Rail moves freight (no passengers) primarily through the Port of Tacoma. As a public agency, Tacoma Rail can operate at cost or very close to it, making the Port more competitive. Tacoma Rail has benefitted from its public status in the past because it qualified for state grant funding that private railroads could not receive. Tacoma Rail has proven itself as an economic engine for Tacoma and Pierce County as a short-line railroad.

5. The City of Tacoma currently has been awarded approximately $16 million in federal grant funds, which constitutes 55 percent of Tacoma Rail's capital outlay budget. This includes more than $16 million in federal funds from the U.S. Department of Transportation ("DOT"), more specifically the Federal Railroad Administration ("FRA") and the Federal Highway Administration ("FHWA"), both operating administrations of DOT. These funds are awarded through the following grant programs:

- FRA - Consolidated Rail Infrastructure and Safety Improvements ("CRISI")
- FHWA – Congestion Mitigation and Air Quality Program

6. Tacoma Rail will use the above-described federal grant funds for equipment modernization projects, specifically repowering locomotives.

7. The City of Tacoma's FHWA grant was received as a pass-through grant from the Washington State Department of Transportation Local Programs.

8. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications the City of Tacoma has received and/or since President Trump's inauguration and/or anticipates receiving in the future. These include, among

other things, conditions requiring "cooperation" with and "not impeding" U.S. Immigration and Customs Enforcement, a certification that the recipient does not operate any diversity, equity, and inclusion ("DEI") initiatives that violate "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

9. It is Tacoma Rail's understanding that DOT is imposing the above conditions with respect to already-awarded federal grant funds administered by DOT through, for example, amendments or modifications or at the time grantees draw down funds, and will also require them in future applications for such funds.

10. Tacoma Rail understands that it must agree to some or all of the above conditions with respect to its CRISI grants in order to execute its 2025 grant offerings. Based on publicly reported experiences of other similarly situated jurisdictions, Tacoma Rail anticipates that DOT will require Tacoma Rail to agree to some or all of the above conditions on an extremely short deadline, such that it would be difficult, if not impossible, to seek relief from the court before the deadline lapses.

11. DOT's actions have left Tacoma Rail in limbo about whether it will actually receive grant funding that this federal agency previously agreed to provide and that is included within Tacoma Rail's capital outlay budget, as well as Tacoma Rail's ability to apply for critical grant funding in the future. Specifically, the newly imposed grant conditions would force Tacoma Rail to accept those conditions or lose access to $16 Million in already-awarded federal grant funds. Relying on these awards, Tacoma Rail has already committed, and in some cases expended, tens of thousands of dollars preparing for these equipment improvements.

DECLARATION OF ALAN MATHESON - 3
No. 2:25-cv-00814-BJR

grant funds. Relying on these awards, Tacoma Rail has already committed, and in some cases expended, tens of thousands of dollars preparing for these equipment improvements.

12. Loss of previously awarded federal funding and the opportunity to receive future federal funding will harm Tacoma Rail, and the communities it serves by forcing pauses in delivery of repowered locomotives resulting in increased equipment maintenance costs due to delay, reducing public safety, delaying Tacoma Rail's equipment modernization plans, potentially impacting operating and planning capabilities, causing budgetary uncertainty and potentially making it more difficult for Tacoma Rail to comply with regulatory requirements disrupting operational and fiscal planning harming Tacoma Rail's ability to execute contracts forcing Tacoma Rail to either terminate capital projects or pay for them with local funds without knowing if the federal government will reimburse.

13. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require Tacoma Rail to divert resources from other planned investments.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of Oct., 2025.

_____
ALAN MATHESON

DECLARATION OF ALAN MATHESON - 4
No. 2:25-cv-00814-BJR