CC:THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> DECLARATION OF LEONARD X. HERNANDEZ |

I, LEONARD X. HERNANDEZ, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the County Manager for the County of Thurston, Washington I have served in this position since 2024. I have spent the past 25 years working in local government for counties and cities in various positions, including Deputy Executive Officer, Chief Operation Officer, and Chief Executive Officer. I earned a Bachelor's degree in History from California State University, Fullerton and a Master's degree in Library and Information Science from Clarion University, Pennsylvania.

DECLARATION OF LEONARD X. HERNANDEZ - 1
No. 2:25-cv-00814-BJR

3. As County Manager for Thurston County, I am directly involved with the development and monitoring of Thurston County's budget, directing Thurston County's activities and operations, and administering Thurston County's federal grants.

4. Thurston County provides a wide range of local services, including but not limited to social, health, housing, and homelessness services, public infrastructure construction and maintenance, transportation operations, construction, and maintenance, in addition to other general services.

5. Thurston County currently receives approximately $18 million in federal grant funds. This includes approximately $1.68 million in federal funds from the U.S. Department of Housing and Urban Development (HUD), more than $16 million in federal funds from the U.S. Department of Transportation (DOT) and/or its operating administrations, and approximately $90,000 in federal funds from the U.S. Department of Health & Human Services (HHS). These funds are awarded through a variety of grant programs administered by HUD and DOT and/or its operating administrations and HHS, including but not limited to the following:

- HOME Investment Partnerships (HUD)
- Community Development Block Grant (HUD)
- Safe Babies Grant (HHS)
- Capital Transportation Construction Program Grants (DOT)

6. Thurston County uses the above-described federal grant funds for a variety of local programs and services, including but not limited to housing, home modifications for seniors and people with disabilities, housing rehabilitation for veterans and seniors, housing repairs, food security, bridge improvements, road improvements, public safety, and meals and assistance for seniors.

DECLARATION OF LEONARD X. HERNANDEZ - 2
No. 2:25-cv-00814-BJR

7. Some of Thurston County's grants are received as pass-through grants from Washington State DOT and Health Resources and Services Administration (HRSA).

8. There have been significant new conditions incorporated in federal grant agreements and as part of federal grant applications Thurston County has received since President Trump's inauguration and/or anticipates receiving in the future. These include, among other things, conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitate the subsidization or promotion of illegal immigration or abet policies that seek to shield illegal aliens from deportation", conditions requiring "cooperation" with U.S. Immigration and Customs Enforcement, conditions requiring that the recipient shall not use grant funds to promote "gender ideology", conditions requiring that the recipient shall not use grant funds to "promote" elective abortions, a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws", and conditions requiring the recipient to agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act.

9. It is Thurston County's experience and understanding that HUD, DOT, and HHS are imposing the above conditions with respect to already-awarded federal grant funds administered by HUD, DOT, and HHS through, for example, amendments or modifications or at the time grantees draw down funds, and/or will also require them in future applications for such funds.

10. Thurston County has been presented with these conditions in its recently awarded Safe Babies Grant, and the conditions are currently presented in pending renewal grant contracts for HOME and CDBG grants. Based on publicly reported experiences of other similarly situated

DECLARATION OF LEONARD X. HERNANDEZ - 3
No. 2:25-cv-00814-BJR

jurisdictions, Thurston County anticipates that HUD, DOT, and HHS will require Thurston County to agree to some or all of the above conditions on an extremely short deadline, such that it would be difficult, if not impossible, to seek relief from the court before current deadlines lapse.

11.  HUD's, DOT's, and HHS's actions have left Thurston County in limbo about whether it will actually receive or be able to draw down on grant funding that these federal agencies previously agreed to provide and that is included within Thurston County's budget, as well as Thurston County's ability to apply for critical grant funding in the future without having to accept these new conditions. Specifically, the newly imposed grant conditions would force Thurston County to accept those conditions or lose access to millions of dollars in already-awarded federal grant funds. Relying on these awards, Thurston County has already committed, and in some cases expended, millions of dollars for public services.

12.  Jeopardizing the opportunity to receive future federal funding will irreparably harm Thurston County, its residents, and the communities it serves by, for example: affecting Franz Anderson project for construction of 70 units of affordable housing for low income families, impacting Home Share's services to aid seniors find affordable housing, limiting ROOF's after school services for children and All Kids Win program from providing food for children on the weekends, impact funding for completion of numerous transportation and construction projects including replacing bridges and improving several intersections, reducing housing and homelessness services, residents losing access to housing, meals, and other lifesaving services, forcing pauses in service delivery resulting in increased project costs due to delay, reducing public safety, reducing health care services, reducing Thurston County's operating and planning capabilities, exacerbating infrastructure decline, destabilizing immediate

DECLARATION OF LEONARD X. HERNANDEZ - 4
No. 2:25-cv-00814-BJR

and future budgets, causing budgetary uncertainty, making it more difficult for Thurston County to comply with regulatory requirements, causing delay or cancelation of planned improvement projects, disrupting operational and fiscal planning, harming Thurston County's ability to execute contracts, forcing Thurston County to either terminate programs or pay for them with local funds without knowing if the federal government will reimburse.

13. In addition, the loss of any significant portion of these grant funds—or even a temporary interruption pending this litigation—will very likely require Thurston County to make budget cuts, force reductions in workforce, and/or divert resources from other public services. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _3_ th day of November, 2025.

*[signature]*
LEONARD X. HERNANDEZ
County Manager
Thurston County

DECLARATION OF LEONARD X. HERNANDEZ - 5
No. 2:25-cv-00814-BJR