THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF JOSHUA HALVERSEN |

I, JOSHUA HALVERSEN, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2. I am the Director of the City Court for the City of Tucson, Arizona. I have been in that position since February 2024. I have worked in the Arizona State court system for over 20 years. Prior to serving the Tucson City Court as Director, I served as the Court Administrator of the Graham County Superior Court for almost 17 years. The last 11 and a half years of this, I concurrently served as the Chief Probation Officer in Graham County. I earned a Bachelor's

DECLARATION OF JOSHUA HALVERSEN - 1
No. 2:25-cv-00814-BJR

degree in International Studies in 2003 and have completed court management certifications through the years.

3. As Director of the Tucson City Court, I am responsible for the development and monitoring of the Court's budget, overseeing the Court's administrative activities and operations, and managing the Court's federal grants.

4. Tucson City Court maintains a Veterans Treatment Court entitled the Regional Municipalities Veterans Treatment Court (RMVTC). The RMVTC offers Veterans an alternative to jail or other consequences that accompany misdemeanor convictions. It is a coordinated effort between the City of Tucson and surrounding jurisdictions. RMVTC offers mental health screening and referrals, trauma therapy for Veterans with underlying PTSD, behavioral health treatment, substance use treatment, state mandated treatment for DUI and Domestic Violence offenses, case management, peer support recovery services, a mentor program, and an evidence-based drug testing protocol. The cost of these services for all RMVTC participants who are neither VA eligible nor have insurance—approximately half of the RMVTC participants—is covered by an HHS SAMHSA grant.

5. Tucson City Court was first awarded a SAMHSA grant in federal fiscal year 2018 for a five-year project period. In federal fiscal year 2023, the Court was awarded another five-year SAMHSA grant. My staff received a notice dated September 22, 2025, approving the allocation of $684,839 of the grant funding for the budget period September 30, 2025, through September 29, 2027. A copy of the notice is attached to this Declaration as Exhibit 1. This notification included new terms and conditions and stated that Tucson will be deemed to accept those new terms and conditions when it begins submitting reimbursement requests through the

DECLARATION OF JOSHUA HALVERSEN - 2
No. 2:25-cv-00814-BJR

grant software for the new budget year that began on September 30th. The Court has begun incurring costs that will need to be paid from the new budget allocation.

6. The RMVTC program seeks to assist all eligible persons facing misdemeanor charges within the partner jurisdictions who have served in the United States Military, Reserves, or National Guard regardless of discharge status or eligibility with the Department of Veterans Affairs. The Court also assists persons still serving on active duty. Most veterans engaging with the program meet the substance abuse diagnosis or mental health diagnosis with co-occurring substance use. The RMVTC facilitates retention and regular contact beyond program graduation to help sustain the Veterans' hard-fought recovery.

7. The September 22, 2025, notice from HHS includes new conditions prohibiting use of funds for "harm reduction" or "safe consumption" efforts; requiring a certification regarding federal anti-discrimination laws, incorporating the requirements set forth in Presidential Executive Order 14168 titled *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*; and several provisions stating that these terms are material, including for purposes of the False Claims Act. In addition, it incorporates the April 2025 HHS Grants Policy Statement and the FY 2025 SAMHSA Terms and Conditions. The first document contains provisions prohibiting diversity, equity, and inclusion activities, and "discriminatory equity ideology." The latter document states that recipients must comply with "all applicable Executive Orders." Once my staff draws down on funding for the new budget period, the City of Tucson will be subject to these new terms and conditions, on an ongoing basis as it continues to seek reimbursement through this grant.

8. The SAMHSA funding for the RMVTC is critical for the treatment and support of close to 100 veterans each year. These are veterans and active-duty personnel who are struggling

DECLARATION OF JOSHUA HALVERSEN - 3
No. 2:25-cv-00814-BJR

with substance use, behavioral/mental health concerns, who have experienced trauma and loss. Without the needed treatment, the Court is limited in its ability to effectuate change and reduce criminality and recidivism in the lives of our military women and men. Any obstacles restricting the Court from using the grant funding it has already been awarded would hurt the military veteran community in the City of Tucson and the surrounding communities that participate in the RMVTC.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3rd day of November, 2025.

JOSHUA HALVERSEN

# EXHIBIT 1



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, D.C. 20410–8000

OFFICE OF PUBLIC AND INDIAN HOUSING

| | |
|---|---|
| **Special Attention of:** | **Notice PIH 2025–24** |
| Public Housing Agencies | |
| Multifamily PBRA Project Owners | **Issued:** September 26, 2025 |
| | **Expires:** This notice remains in effect until amended, superseded, or rescinded. |
| | **Supersedes:** Notice PIH 2025-16 |

---

**SUBJECT:** FY 2025 Family Self-Sufficiency Grant Program Annual Funding Notification and Application Process

I.  **PURPOSE**

This notice provides guidance to public housing agencies (PHAs) and Project-Based Rental Assistance (PBRA) owners seeking Family Self-Sufficiency (FSS) grant funding. This notice contains the specific application criteria and funding process for the Fiscal Year (FY) 2025 FSS competition.

This notice should be read together with Notice PIH 2025-15, Family Self-Sufficiency Grant Program General Funding Requirements and Procedures – Revised, which establishes general application and program administration requirements related to the FSS program.

Funding for this program in FY25 is authorized by the Full-Year Continuing Appropriations and Extensions Act, 2025 (Public Law 119-4), approved March 15, 2025.

II.  **APPLICATION PROCESS**

This section provides additional requirements beyond those found in Notice PIH 2025-15. It is important that you review this section in conjunction with Section III— "Application Process" of Notice PIH 2025-15 during the completion of your application. Further and more detailed application instructions, videos, webinars, frequently asked questions, etc., may be provided on HUD's FSS webpage: https://www.hud.gov/hud-partners/family-self-sufficiency.

A.  **All Applicants.** You must complete the following steps before you can apply for funding. These steps can take time to process, so please complete them as soon as possible to avoid delays in your ability to apply for, receive, or access any award:
  1.  **System for Award Management (SAM) & Unique Entity Identifier (UEI):** You must have a current and active SAM.gov registration and active UEI in

SAM.gov at the time of application and throughout the life of the award. You must renew your UEI annually to keep it active. You cannot apply for funding, and we cannot issue you an award, if your SAM registration or UEI are inactive.
2. **GrantSolutions:** Ensure that your organization has an active Authorized Organizational Representative (AOR) in GrantSolutions. If you do not already have an AOR to your organization, do not know who your AOR is, or if they are no longer part of your organization, submit a Grantee User Account Request form to GrantSolutions, copying FSS@HUD.gov, so that we can assign your organization an AOR. You must have an AOR to apply for funding or accept any award.

B. **Renewal Applicants.** You may apply for FSS funding through a Directed Announcement on GrantSolutions if you meet all applicable requirements under the FSS Funding Notices (Notice PIH 2025-15 and this Notice) and have been funded in the FY22, FY23, or FY24 FSS Funding Notices or FSS Notices of Funding Opportunity (NOFO).
  1. **Application Notification.** On or after the publication date of this notice, all eligible renewal applicants' AORs will receive an email notification from GrantSolutions inviting them to apply. If you do NOT receive an email from GrantSolutions, please ensure that you have completed the mandatory steps above before contacting FSS@HUD.gov for support.
  2. **Priority Deadline.** To be awarded renewal funds before January 1, 2026, or to be considered for Expansion Positions (as defined in Notice PIH 2025-15) under this notice, you should apply by October 29, 2025, at 11:59 p.m. Eastern Daylight Time (EDT).
  3. **Late Applications.** Any applications received after this deadline may not be guaranteed funding, although every effort will be made to provide renewal funding if available.

C. **New Applicants.** If you have not been funded in the FY22, FY23, or FY24 FSS Funding Notices or FSS NOFO, and you are an otherwise Eligible Applicant under this FSS Funding Notice, you may submit a Statement of Interest via the FSS New Applicant posting on GrantSolutions to be considered as a New Applicant.
  1. **Statement of Interest.** Your New Applicant Statement of Interest should:
     a. Be on official organizational letterhead.
     b. Certify that you are an eligible applicant for FSS funding.
     c. Include a list specifying the names and contract numbers of the properties intended to be served under this application.
     d. Certify that you have the capacity to run an FSS program.
     e. Certify that you agree to meet all FSS program requirements.
     f. Certify that you will continue to serve all FSS participants throughout the duration of their Contracts of Participation (CoPs), regardless of whether you continue to receive funding under this or any subsequent FSS Funding Notice.
     g. Be signed and dated by an official authorized by your organization to request such funding.

2

2. **Applying for Funding.** If your Statement of Interest is accepted, you may then apply for funding through the instructions for Renewal Applicants above.
3. **No Guarantee of Funding.** Acceptance as a New Applicant is not a guarantee of funding, and New Applicants will only be funded in accordance with the FSS Funding Notices, subject to congressional appropriation.

### III. ELIGIBLE AND INELIGIBLE USES OF FUNDS

Review this section in conjunction with Section V, "Eligible and Ineligible Uses of Funds," of Notice PIH 2025-15 during the completion of the application.

A. **Eligible Expenses.** Funds awarded to FSS grantees under this notice may only be used to pay the salary and fringe benefits of FSS program coordinators, including supervisors performing FSS program functions.
   1. **Training Stipend.** FSS applicants may include a training allowance in your calculation of salary and fringe benefits. This may include associated travel costs for out-of-area training and membership in professional organizations.
   2. **Job Sharing.** The funds awarded per eligible FSS coordinator position may support multiple staff through job sharing. However, the number of hours billed to the grant for each funded position may be no more than the "Full-Time Equivalent." This is typically 40 hours, unless defined differently for all employees at your organization.

B. **Ineligible Expenses.** FSS funds must not be used for the following purposes (consistent with applicable statutory and regulatory requirements as well as applicable 2 CFR Part 200 requirements):
   1. Administrative expenses.
   2. Direct services for FSS program participants.
   3. The Resident Opportunities and Self-Sufficiency (ROSS), Jobs Plus, or other supportive services program.
   4. Routine Public Housing, PBRA, or Housing Choice Voucher (HCV) program functions, such as annual reexaminations.
      a. Programs may seek HUD approval to perform these functions only if all of the following conditions are met:
         i. They are only performing these functions for FSS participants;
         ii. Performing these functions enhances the effectiveness of the FSS program;
         iii. They are able to fully fulfill their primary roles as FSS coordinators; and
         iv. FSS coordinators are not being used to fill in or replace traditional staff.
   5. Homeownership functions performed for families not enrolled in the FSS program.
   6. A Contract Administrator, an overall Grant Administrator, or a Financial Management Agent that oversees the implementation or financial aspects of the grant.
   7. Indirect costs, including an Indirect Cost Rate.

3

## IV. ELIGIBLE AND INELIGIBLE APPLICANTS

Review this section in conjunction with Section VI, "Eligible and Ineligible Applicants," of Notice PIH 2025-15.

A. **Verification of Eligibility.**  Applicants may be deemed ineligible if information provided on the application does not match PHA or PBRA owner information in HUD's administrative systems, such as the integrated Real Estate Management System (iREMS), Inventory Management System/Public and Indian Housing Information Center (IMS/PIC), or its successor.

B. **Troubled PHAs.**  If you have been identified by HUD as Troubled in the Public Housing Assessment System (PHAS) or Section Eight Management Assessment Program (SEMAP), you are subject to a review, corrective action plan, and monitoring of your Public Housing or HCV program, including the FSS program, if applicable.[1]
   1. **Recovery Agreement.**  If deemed necessary by the local HUD field office, you will be required to enter into a Recovery Agreement with the HUD field office, which may include contracting with an entity acceptable to the HUD field office to act as Contract Administrator for the program.  The HUD field office may also require a Recovery Agreement if you have had serious program management findings from Inspector General audits or serious outstanding HUD management review or Independent Public Accountant audit findings for your PH and HCV programs or your FSS program.
   2. **Funding Contingency.**  The HUD field office will work with you to put a Recovery Agreement in place prior to the funds being made available. If a Recovery Agreement is required, funding will be contingent upon execution of the Agreement.  If the Recovery Agreement requires a Contract Administrator, funding cannot be disbursed until the Contract Administrator is in place, even if the Recovery Agreement has been executed.

C. **Troubled PBRA Assets**.  A PBRA owner's FSS property that has a Risk Rating of Troubled with a Risk Rating of 1-3 at the time of application or award is ineligible to be funded, either individually or as part of a Joint Application.  Ineligible properties may be removed from a Joint Application, so long as an eligible entity is made the Lead Applicant.

D. **Meeting Departmental Requirements**.  Please note that the General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs and the General Statutory and Regulatory Requirements Affecting Eligibility for HUD's Financial Assistance Programs for FY 2025 are posted on HUD's Policies and Regulations webpage.  In order to be eligible for an FSS grant, organizations must meet these requirements at the time of application and continue to meet them throughout the life of the grant.

---

[1] As required by HUD regulations at 24 CFR 902.73 and/or 24 CFR 985.107.

E. **Reporting Requirements**.  You must comply with the following reporting requirements to remain eligible for HUD funding.  See Section XI for remedies for noncompliance.

HUD is implementing new grants management and reporting tools, which will be rolled out for your use. As a grantee, you will be required to report on grant performance and financial activities (including vendor and cash disbursement supporting details for yourself and your sub-recipients) using these new tools when they are released.  Once the tools are available for use, HUD will work with you to support your transition to this new reporting environment.  Once implemented, timely reporting in this new environment will be mandatory.  HUD reserves the right to exercise all available rights and remedies for any noncompliance with these grants management and financial reporting requirements, to include requiring 100% review of grant vouchers or stopping future disbursements altogether if reporting is not timely submitted.

F. **Environmental Requirements.** In accordance with 24 CFR 50.19(b)(4) and (12), 58.34(a)(4), and 58.35(b)(2), activities funded under this Notice are exempt or categorically excluded from environmental review under the National Environmental Policy Act of 1969 (42 U.S.C. 4321) and not subject to environmental review under related laws and authorities.

V. **JOINT APPLICANTS**

   A. **Transferring or Consolidating FSS Programs**.  If an existing award has been transferred from one eligible entity to another under an active FSS program, the new entity will be treated as a Renewal Applicant for purposes of this notice.

   1. **HUD Approval.**  Must be received in case of:
      a. *PHAs.*  Consolidation.
      b. *PBRA Owners.*  Transfer of physical assets or assignment of a Housing Assistance Payments (HAP) contract.

   2. **Funding Formula Impact.**  A receiving FSS program under a program transfer or consolidation will be eligible for the combined renewal funding of the receiving and divesting FSS programs.  We will consider annual participant counts from all combined or transferred programs for purposes of determining eligible renewal positions.

   3. **Impact on PBRA New Applications.**  If a grant has been accepted by a PBRA owner, it may be transferred to a new eligible ownership entity after closing, with HUD approval.  However, any transfer in ownership during the period between an application for FSS funding and execution of an FSS grant agreement may result in the application being deemed ineligible and removed from further consideration for funding, unless the application is updated to reflect new eligible ownership, with HUD approval.

5

B. **FSS Applications with Multiple Applicants: Joint Applicants and Combining Programs.** PHAs or PBRA owners may submit Joint Applications with other PHAs or PBRA owners for funding, combine programs, or enter into cooperative agreements with one another, provided that a Lead Applicant is designated.
   1. **Designation of Lead Applicant.** For the purposes of a joint FSS funding application or when executing a cooperative agreement, a single participating PHA or PBRA property must be designated as the Lead Applicant.
       **Mixed PHA and PBRA Owner Applications:** Any applications with joint PHA and PBRA owner applicants must have a PHA as the Lead Applicant.
   2. **New Applicants.** Every PHA or PBRA property that is part of a joint award must have a Cooperative Agreement prior to implementation of their FSS program.
   3. **Renewal Applicants.** If two or more PHAs or PBRA owners wish to operate a joint program, they may request that their grants be combined into one grant, provided a single Lead Applicant is designated, and FSS Action Plans for the affected properties are amended to reflect the changes. The applicant for the combined grant must be PHA or PBRA owner of one of the properties served.

C. **Removing Joint Applicants.** If two or more Joint Applicants no longer wish to remain part of a Joint Application, the Lead Applicant on the Joint Application may remain eligible for renewal funding, along with any remaining Joint Applicants.
   1. **Lead Applicant Remains.** If the lead PHA or property owner remains part of the Joint Application, any properties that are removed from the Joint Application will no longer be eligible for renewal funding, and the withdrawing PHA or PBRA owner must apply as a New Applicant to receive future FSS funding.
   2. **Lead Applicant Withdraws.** If the Lead Applicant on a Joint Application withdraws from the application, another PHA or PBRA owner on the Joint Application may be designated as the new Lead Applicant at the time of application.

D. **Cooperative Agreements.** A PHA or PBRA property owner with an FSS program may serve the residents of another eligible nearby PBRA property via a Cooperative Agreement if their FSS coordinator has capacity to serve additional participants, as determined by the FSS grantee.

E. **Program Impacts:**
   1. **FSS Action Plans.** Each entity that is part of a Joint Application or Cooperative Agreement must have, or develop, an approved FSS Action Plan. The plans may be essentially the same, but demographic information must be broken out separately for each property and must specify any differences in how the FSS program operates at the different properties (such as different service partners). A copy of the Action Plan and Action Plan checklist must be submitted for approval to the Account Executive (or Resolution Specialist) of each participating property.

2. **FSS Escrow and PBRA HAP Vouchering.** Each PHA or PBRA owner that is part of a Joint Application or Cooperative Agreement remains responsible for FSS Escrow management, including PBRA HAP Vouchering, and reporting, for their own residents.
3. **FSS Participant Count.** Participants from all PHAs or properties in a Joint Application or Cooperative Agreement will be included in the number of participants served for all purposes related to the grant.
4. **Honoring All Existing CoPs.** PHAs or property owners with active FSS programs must honor all existing CoPs, even if they no longer receive grant funding for any reason, including non-renewal of funding or splitting a Joint Application.

VI. **FUNDING PRIORITY**
Review this section in conjunction with Section VII, "Funding Priority," of Notice PIH 2025-15.

A. <u>Renewal Awards</u>. Eligible programs funded in FY22, FY23, or FY24 may request Renewal Funding under this 2025 Funding Notice.
  1. **Ratio of Participants to Positions.** The ratio of participants to eligible FSS Positions is as follows:

| Participants | Positions |
| --- | --- |
| 15-24 | 1 FSS part-time position |
| 25-74 | 1 FSS full-time position |
| 75-124 | 2 FSS full-time positions |
| Each additional 50 participants | 1 additional FSS Full-time Position |

- **Example**: Last year, you were funded for 1 Full-time Position.
  o Last year, you served 60 participants.
  o Two years ago, you served 70 participants.
  o Three years ago, you served 80 participants.
- Your highest number of participants is 80, so your Participant Count is 80.
- For 2 Full-time Positions, you need 75-125 participants, which you qualify for based on your Participant Count of 80.
- Therefore, you may request 2 positions:
  o 1 Full-time Renewal Position
  o 1 Full-time Expansion Position, based on your Participant Count.

B. <u>Expansion Positions</u>. Renewal awards are eligible for Expansion Positions under this 2025 Funding Notice. Eligible requests for Expansion Positions will be considered, however HUD does not anticipate that there will be sufficient funding available for new Expansion Positions. Consistent with the 2024 Consolidated Appropriations Act, HUD will not utilize the FSS Achievement Metrics (FAM) score in the determination of which grantees will be awarded Expansion Positions under the FY25 funding cycle.

7

C. **New Applicants.** Under this Funding Notice, New Applications will be accepted but may only be considered for funding if all Expansion Positions are fully funded. Unfunded New Applicants that remain eligible may be funded in the future, pending funds availability and congressional appropriations.

D. **Incentives for Innovation and High Performance.** There is no set-aside for incentives for innovation and high performance in this Funding Notice.

## VII. FUNDING FORMULAS

Review this section in conjunction with Section VIII, "Funding Formula," of Notice PIH 2025-15.

A. **The Bureau of Labor Statistics (BLS) Locality Pay Data.** The BLS median salary for the job title "Social Worker: Other" in your ZIP Code.
   1. **BLS Data Source.** You can look up the BLS data for your ZIP Code online at: www.careeronestop.org/Toolkit/Wages/find-salary.aspx.
      a. *Determining your ZIP Code*
         i. **Local PHAs:** The ZIP Code of the Lead Applicant from your last application on record, as validated by HUD data systems, such as IMS/PIC or its successor.
         ii. **State-wide PHAs:** Use State-level data for your state.
         iii. **PBRA Properties:** The property ZIP Code of the Lead Applicant (PHA) or Lead Property (PBRA owner) from your last application on record, as validated by HUD data systems, such as iREMS.

B. **Eligible Positions.** The number of eligible positions is based on the Participant Count, except for new grantees and applicants, as follows: A count of 15 participants is needed for a Part-time Position, 25 participants for a Full-time Position, 75 for a second Full-time Position, continuing in this manner with an additional position at intervals of 50.
   1. **Participant Count.** The highest annual Participant Count in the past three calendar years.
      a. *Initial Moving to Work (MTW) PHAs:* For the 2025 Annual Funding Notice, you must request a link to submit your Annual Participant Counts for CY24, CY23, and CY22 in a self-certification report.
      b. *Expansion MTW PHAs:* For the 2025 Annual Funding Notice, if you have been holding your 50058 submissions, you may request a link to submit your Annual Participant Counts for CY24, CY23, and CY22 in a self-certification report, if a self-certification would impact your eligibility.
      c. *PHAs serving PBRA Properties:* You must indicate if your PHA is serving a PBRA property and include the Multifamily Contract Number for each property. We will then add the number of participants you served at these properties to your participant count for each year, as reported in the Multifamily FSS Annual Report.
      d. *All other PHAs:* Determined by grantee-entered information reported in PIC. If the data reported into IMS/PIC is incorrect and would result in the loss of

8

   eligibility for a position, you may request a link to submit your Annual Participant Counts for CY24, CY23, and CY22 in a self-certification report.
  e. *PBRA Owners:* Participant number will be taken from FSS Multifamily Annual Report.
  f. *New Grantees within the past three years of the year this notice is posted:* A minimum of one Full-time Eligible Position.
  g. *New Applicants:* Exactly one Full-time Initial Position in the first year of funding.

C. **Funding Limits.**
 1. **Funding Floor.** For the 2025 Annual Funding Notice, the Funding Floor is Eligible Positions multiplied by $43,680.
 2. **Funding Ceiling.** For the 2025 Annual Funding Notice, the Funding Ceiling is Eligible Positions multiplied by $195,200, which is the annual rate of basic pay payable for a position at level IV of the Executive Schedule.

D. **Renewal Funding.**
 1. **Submitting a Funding Request.** Applicants will submit their funding requests using SF-424.
  i. In line 18.a. (federal), enter the amount requested from HUD for the FY25 award (Period of Performance is CY26). The dollar amount entered in 18.a. must include the dollar amount for fringe benefits, if applicable.
   1) HUD reserves the right to request more information or send a deficiency request.
 2. **Annual Cost Adjustment.** For the 2025 Annual Funding Notice, the Annual Cost Adjustment is up to two and a half percent (2.5%).
 3. **Initial Renewal Funding.** Initial Renewal Funding is based on the previous year's eligible award, whether funded or not, plus the Annual Cost Adjustment, up to the Funding Ceiling.
 4. **Requesting a Funding Modification.** Renewal Applicants may request a Funding Modification, so long as the request represents an accurate estimation of anticipated eligible costs.
  a. *Renewal Funding Increase*. Upon request, a Renewal Applicant's funding request may be increased up to 10% above the higher of:
   i. Renewal Funding, and
   ii. Their Eligible Positions, multiplied by the BLS locality pay data + 40%, up to the Funding Ceiling, or
   iii. A greater amount with adequate justification, if approved by HUD, up to the Funding Ceiling.
  b. *Renewal Funding Decrease*. Upon request, a Renewal Applicant's funding request may be decreased to the lower of:
   i. Their Funding Floor, or
   ii. A lesser amount with adequate justification, if approved by HUD, but under no circumstance less than the local, State, or Federal Minimum Wage (for the 2024 Funding Notice, $7.25 an hour, or $15,080 annual full-time pay) per Eligible Position.

9

5. **Funding Offset.** <u>You should ensure timely expenditure of your current FSS funds, as your expenditure rate of the current award at the time funding determinations are made may be used to prorate your award for the next year.</u> The use of a Funding Offset will not affect renewal eligibility. Please see Notice PIH-2025-15 for more information and an example of the offset procedure.

## VIII. GRANT TERM

Under this Funding Notice, the Period of Performance will be CY 2026 (January 1, 2026-December 31, 2026). Pursuant to 2 CFR 200.308(g)(2), HUD authorizes grantees to initiate a one-time extension for FY25 funds until December 31, 2027, if the grantee notifies HUD in writing with the supporting justification and its proposed revised period of performance at least 10 calendar days before the end of the period of performance—i.e. by December 21, 2026. **Please note:** Extensions are not authorized for the sole purpose of using unobligated balances.

## IX. ACCEPTING AN AWARD

Review this section in conjunction with Section X, "Accepting an Award," of Notice PIH 2025-15.

A. **Confirming Ownership of Lead Property.** For New PBRA Owner Applicants, before an award is made, HUD will confirm whether the Lead Property ownership entity that applied still owns the Lead Property at the time of award. This may be determined by changes in the UEI and/or Tax ID Number (TIN). If the Lead Property ownership has changed, another eligible property on the application may become the Lead Property at the time of award.

B. **Accessing Funds in the electronic Line of Credit Control System (eLOCCS).** FSS funds will be disbursed in eLOCCS, in accordance with the Grant Agreement.

All grantees should have already obtained access to eLOCCS or should begin the process of obtaining access. Obtaining access to eLOCCS requires HUD approval and can be a lengthy process. If your organization does not currently have eLOCCS access, HUD encourages you to begin the process as soon as possible in the event that your organization is awarded funds under this notice. Should you not get eLOCCS approval in sufficient time, you could potentially face a lapse in availability of FSS program coordinator funding.

Visit: https://www.hud.gov/program_offices/cfo/finsys/eLOCCS_access/quick_reference for the steps to gain access to eLOCCS through HUD's Secure Systems platform.

## X. REMEDIES FOR NONCOMPLIANCE AND TERMINATION

10

HUD may terminate all or a part of your award pursuant to the terms and conditions of the Federal award as described under 2 CFR 200.340-343, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities. HUD may also impose specific conditions on your award or take other remedies as described by 2 CFR 200.339-343 if you do not comply with your award terms and conditions. Additional remedies for noncompliance may be found in applicable HUD statutes and regulations pertaining to the FSS program and may also be restated in your grant agreement.

## XI. PRESIDENTIAL EXECUTIVE ACTIONS AFFECTING FEDERAL FINANCIAL ASSISTANCE PROGRAMS

Regarding current and future Presidential Actions, all recipients of Federal financial assistance are responsible for making sure activities funded by Federal awards comply with applicable existing and future executive orders and other Presidential Actions, as advised by the Department, whether the recipients carry out those activities. The list below highlights some of the executive orders and related guidance that apply to recipients of HUD's financial assistance programs, but is not an exhaustive list of all executive orders applicable to HUD awards: EOs 14219 (*Ensuring Lawful Governance and Implementing the President's "Department of Government Efficiency" Deregulatory Initiative*); 14218 (*Ending Taxpayer Subsidization of Open Borders*); guidance issued by the White House Task Force established by EO 14202 (*Eradicating Anti-Christian Bias*) and the Senior Advisor to the White House Faith Office assigned by EO 14205 (*Establishment of the White House Faith Office*); 14182 (*Enforcing the Hyde Amendment*); 14173 (*Ending Illegal Discrimination and Restoring Merit-Based Opportunity*); 14168 (*Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*); 14151 (*Ending Radical and Wasteful Government DEI Programs and Preferencing*); and *14148 (Initial Rescissions of Harmful Executive Orders and Actions*).

Recipients may find additional executive orders at the following webpage: Presidential Actions – The White House.

## XII. NOTICE IMPACT DETERMINATION RELATED TO THE ENVIRONMENT

This Notice provides funding under 24 CFR part 984, which concerns activities that are listed in 24 CFR 50.19(b) as categorically excluded from environmental review under the National Environmental Policy Act of 1969 (42 USC § 4321) ("NEPA"). So, under 24 CFR 50.19(c)(5)(ii), this NOFO is categorically excluded from environmental review under NEPA.

## XIII. PAPERWORK REDUCTION ACT

The information collection requirements contained in this notice have been approved by OMB under the Paperwork Reduction Act of 1995 (44 U.S.C. § 3520) and assigned OMB approval numbers OMB 2577-0178. In accordance with the Paperwork Reduction Act, HUD may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection displays a currently valid OMB number.

## XIV. CONTACT

For more information, FSS applicants or grantees may contact FSS@hud.gov.

_____
Benjamin Hobbs
Principal Deputy Assistant Secretary
Office of Public and Indian Housing