HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, *et al.*, <br><br> Defendants. | No. 2:25-cv-00814-BJR <br><br> ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE THIRD AMENDED COMPLAINT |

This matter came before the Court on Plaintiffs' Unopposed Motion to File Third Amended Complaint (the "Motion"). For the reasons stated in the Motion, IT IS ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs may file their proposed Third Amended Complaint.

Dated this 12th day of November, 2025.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING PLAINTIFFS' MOTION TO FILE THIRD AMENDED COMPLAINT – 1
No. 2:25-cv-00814-BJR

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750