The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, *et al.*,

                    Plaintiffs,

              v.

SCOTT TURNER, *et al.*,

                    Defendants

Case No. 2:25-cv-00814-BJR

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE**

Pursuant to the applicable Federal and Local Rules, the parties hereby stipulate and move as follows:

**STIPULATION**

1. Plaintiffs filed their fourth motion for a preliminary injunction (Dkt. 346) on Monday November 10, 2025.

2. As the Court is aware, funding to the Department of Justice and most executive agencies lapsed from October 1, 2025, to November 12, 2025, inclusive. During that time, most federal attorneys—including Defendant's counsel and their partners at the Defendant agencies—

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND BRIEFING SCHEDULE
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

were prohibited from working, even on a voluntary basis, except in very limited circumstances. *See* 31 U.S.C. § 1342. Defendants' legal team were thus unable to work on a response for the first few days after the new preliminary injunction motion was filed, and are now stretched thin since all litigation stayed during the lapse in appropriations has been restored at once and must be addressed.

3. Given the circumstances, Plaintiffs kindly agreed to stipulate to extend the briefing schedule on the pending motion by one week, to alleviate the burden on Defendants.

**MOTION**

In light of the above facts, the parties respectfully request that the Court extend the briefing schedule for the pending motion (Dkt. 346) by one week, as follows:

- Defendants' response to the motion will be due on Monday December 8, 2025.
- Plaintiffs' reply will be due on Monday December 15, 2025.

DATED this 14th day of November 2025.

        Respectfully submitted,

        CHARLES NEIL FLOYD
        United States Attorney

        *s/ Sarah Louise Bishop*
        SARAH LOUISE BISHOP, NY No. 5256359
        Assistant United States Attorney
        United States Attorney's Office
        Western District of Washington
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-4063
        Fax: 206-553-4067
        sarah.bishop@usdoj.gov

        *Attorneys for Defendants*

        *I certify that this memorandum contains 221 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND BRIEFING SCHEDULE
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

PACIFICA LAW GROUP LLP

*s/ Paul J. Lawrence*
Paul J. Lawrence, WSBA #13557
Jamie Lisagor, WSBA #39946
Sarah S. Washburn, WSBA #44418
Meha Goyal, WSBA #56058
Galen Knowles, WSBA #59644
*Special Deputy Prosecutors*

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101
Tel: (206) 245-1700
Fax: (206) 245-1750
Paul.Lawrence@PacificaLawGroup.com
Jamie.Lisagor@PacificaLawGroup.com
Sarah.Washburn@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com
Galen.Knowles@PacificaLawGroup.com

*Attorneys for All Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND BRIEFING SCHEDULE
[Case No. 2:25-cv-00814-BJR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The parties' stipulated request is GRANTED. the Court extend the briefing schedule for the pending motion (Dkt. 346) by one week, as follows:

- Defendants' response to the motion will be due on Monday December 8, 2025.
- Plaintiffs' reply will be due on Monday December 15, 2025.

**IT IS SO ORDERED**.

DATED this _____ day of _____, 2025.

HON. BARBARA J. ROTHSTEIN
Senior United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND BRIEFING SCHEDULE
[Case No. 2:25-cv-00814-BJR] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970