HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>                          Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>                          Defendants. | No. 2:25-cv-00814-BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL ON BEHALF OF PLAINTIFF KING COUNTY |

PLEASE TAKE NOTICE THAT Alison Chinn Holcomb hereby withdraws as counsel for Plaintiff Martin Luther King, Jr. County. David J. Hackett, Donna F. Bond, Erin Overbey, and Cristy J. Craig from the office of Leesa Manion, King County Prosecuting Attorney; and Paul J. Lawrence, Jamie L. Lisagor, Sarah S. Washburn, Meha Goyal, and Galen Knowles of Pacifica Law Group LLP will remain as counsel for Plaintiff Martin Luther King, Jr. County. This notice of withdrawal is effective as of January 13, 2026.

DATED this 13th day of January, 2026.

                                                      *s/ Alison Chinn Holcomb*
                                                      Alison Chinn Holcomb, WSBA #23303
                                                      401 5th Ave., Suite 800
                                                      Seattle, WA 98104
                                                      206-477-2720
                                                      aholcomb@kingcounty.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Washington via the CM/ECF system which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

DATED this 13th day of January, 2026.

                                                   */s/ Alison Chinn Holcomb*
                                                   Alison Chinn Holcomb, WSBA #23303