The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, J.R. COUNTY, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, *et al.*,<br><br>                              Defendants. | Case No. 2:25-cv-00814-BJR<br><br>**DECLARATION OF<br>SARAH LOUISE BISHOP** |

Under 28 U.S.C. § 1746, I declare under penalty of perjury the following is true and correct to the best of my knowledge.

1. I am an Assistant United States Attorney for the Western District of Washington and represent Defendants in this case.

2. At the Court's direction, I instructed in-house counsel for Defendants to email notice of the Court's preliminary injunction order issued January 21, 2026 (Dkt. 381) to their employees and contractors, by today, January 23, 2026. Copies of those notifications are attached

DECLARATION OF SARAH LOUISE BISHOP
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as Exhibits A to C. For brevity's sake, the exhibits omit the copies of the Court's orders that were attached to each notice/email.

3. On information and belief, the Department of Transportation's notice was sent to the Department's General Counsel and relevant officers within the General Counsel's Office; the Administrators for each defendant operating administration; and the Offices of the Chief Counsel for every DOT operating administration. *See* Ex. A.

4. On information and belief, the notices for the Department of Housing and Urban Development and Department of Health and Human Services were sent to all employees and contractors of the Defendant departments or components. *See* Exs. B & C.

Executed in Seattle, Washington, on January 23, 2026.

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: sarah.bishop@usdoj.gov

*Counsel for Defendants*

DECLARATION OF SARAH LOUISE BISHOP
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970