District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00814-BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Under Local Civil Rule 83.2(b)(3), Assistant U.S. Attorney Rebecca S. Cohen withdraws as an attorney of record in this case. The U.S. Attorney's Office for the Western District of Washington will continue to represent Defendants, with Brian C. Kipnis and Sarah L. Bishop as counsel of record.

//
//
//
//
//
//

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 29th day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS

*s/ Sarah L. Bishop*
SARAH L. BISHOP

*s/ Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: brian.kipnis@usdoj.gov
Email: sarah.bishop@usdoj.gov
Email: rebecca.cohen@usdoj.gov

*Attorneys for Defendants*

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970