HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

Defendants.

Case No.  2:25-cv-00814-BJR

NOTICE OF WITHDRAWAL OF COUNSEL ON BEHALF OF PLAINTIFF CITY OF SAN DIEGO

PLEASE TAKE NOTICE that MARK ANKCORN hereby withdraws as counsel of record for Plaintiff City of San Diego. Julie Rau will remain as counsel for Plaintiff City of San Diego. This notice of withdrawal is effective February 25, 2026.

Dated this 25th day of February, 2026.

HEATHER FERBERT
City Attorney

s/ Mark Ankcorn
Mark Ankcorn (CA State Bar No. 166871)*
Senior Chief Deputy City Attorney
Julie Rau (CA State Bar No. 317658)*
Lead Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
(619) 533-5800
MAnkcorn@sandiego.gov
JRau@sandiego.gov

Attorneys for Plaintiff City of San Diego

1