The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, *et al.*,

                                        Plaintiffs,

            v.

SCOTT TURNER, *et al.,*

                                        Defendants.

Case No. 2:25-cv-00814-BJR

**NOTICE OF APPEAL**

**PRELIMINARY INJUNCTION APPEAL**

Defendants Scott Turner, Secretary of Housing & Urban Development; Sean Duffy, Secretary of Transportation; Marcus J. Molinaro as Administrator of the Federal Transit Administration (FTA); Gloria M. Shepherd as Executive Director of the Federal Highway Administration (FHWA); Bryan Bedford as Administrator of the Federal Aviation Administration (FAA);[1] Drew Feeley as Acting Administrator of the Federal Railroad Administration (FRA); Robert F. Kennedy, Jr., Secretary of Health & Human Services; the U.S. Department of Housing & Urban Development; the U.S. Department of Transportation; the U.S. Department of Health &

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Marcus J. Molinaro is substituted as Administrator of FTA, and Bryan Bedford is substituted as Administrator of FAA.

NOTICE OF APPEAL
PRELIMINARY INJUNCTION APPEAL
[Case No. 2:25-cv-00814-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Human Services; FTA; FHWA; FAA; and FRA appeal to the United States Court of Appeals for the Ninth Circuit from the preliminary injunction entered in this action on January 21, 2026, Dkt. No. 381.

Dated March 18, 2026.

Respectfully submitted,

s/ Brian C. Kipnis
BRIAN C. KIPNIS

s/ Sarah L. Bishop
SARAH L. BISHOP
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: brian.kipnis@usdoj.gov
        sarah.bishop@usdoj.gov

Counsel for Defendants

NOTICE OF APPEAL
PRELIMINARY INJUNCTION APPEAL
[Case No. 2:25-cv-00814-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970