THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR. COUNTY, et al.,

      Plaintiffs,

      v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

      Defendants.

Case No.: 2:25-cv-00814-BJR

**NOTICE OF WITHDRAWAL AND CHANGE IN COUNTY COUNSEL FOR PLAINTIFF COUNTY OF ALAMEDA**

Notice of Withdrawal & Change in County Counsel       1        Case No. 2:25-cv-00814-BJR

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrea L. Weddle has been appointed Interim County Counsel for the County of Alameda, and, as of March 29, 2026, is substituted in place of Donna R. Ziegler as County Counsel for all matters in which the County of Alameda is represented by the Office of the County Counsel.

Donna R. Ziegler hereby withdraws as counsel for Plaintiff County of Alameda.  K. Scott Dickey and Jason Allen from the Office of County Counsel for the County of Alameda; and Paul J. Lawrence, Jamie L. Lisagor, Sarah S. Washburn, Meha Goyal, and Galen Knowles of Pacifica Law Group LLP will remain as counsel for Plaintiff County of Alameda in this matter.

Dated: March 26, 2026

DONNA R. ZIEGLER,
County Counsel in and for the County of
Alameda, State of California


By:    _/s/ Jason M. Allen_____
     K. SCOTT DICKEY, CA Bar No. 184251**
     Assistant County Counsel
     JASON M. ALLEN, CA Bar No. 284432**
     Senior Deputy County Counsel
     Office of the County Counsel
     County of Alameda
     1221 Oak Street, Suite 450
     Oakland, California  94612
     scott.dickey@acgov.org
     jason.allen@acgov.org

     *Attorneys for Plaintiff County of Alameda*

**Admitted pro hac vice

---

Notice of Withdrawal & Change in County Counsel                2                Case No. 2:25-cv-00814-BJR

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Washington via the CM/ECF system, which will send notifications of this filing to all parties who are entered in this matter and registered with the CM/ECF system.

DATED this 26th Day of March, 2026.

/s/ Jason M. Allen

Jason M. Allen