HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                    Plaintiffs,

vs.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                    Defendants.

No. 2:25-cv-00814-BJR

NOTICE OF WITHDRAWAL OF
COUNSEL ON BEHALF OF
PLAINTIFF CITY OF SAN JOSE

PLEASE TAKE NOTICE THAT Elisa Tolentino hereby withdraws as counsel for Plaintiff City of San Jose. Brian Eggleston, Paul J. Lawrence, Jamie L. Lisagor, Sarah S. Washburn, Meha Goyal, Galen Knowles, Naomi Tsu, Sharanya Mohan, Toby Merrill, and Graham Provost will remain as counsel for Plaintiff City of San Jose. This notice of withdrawal is effective as of April _3_, 2026.

DATED this _3rd_ day of April, 2026.

s/ Elisa Tolentino
Elisa Tolentino, CA Bar #245962
Office of the City Attorney
City of San Jose
San Jose, CA 95113
408-535-1962
elisa.tolentino@sanjoseca.gov

NOTICE OF WITHDRAWL OF COUNSEL – 1
No. 2:25-cv-00814-BJR

**CERTIFICATE OF SERVICE**

I hereby certify that on April  3 , 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Washington via the CM/ECF system which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

DATED this _3rd_ day of April, 2026

/s/ _Elena Fields_
Elena Fields

NOTICE OF WITHDRAWL OF COUNSEL – 2
No. 2:25-cv-00814-BJR