HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN LUTHER KING, JR.
COUNTY, et al.,

                    Plaintiffs,

vs.

SCOTT TURNER in his official capacity
as Secretary of the U.S. Department of
Housing and Urban Development, et al.,

                    Defendants.

No. 2:25-cv-00814-BJR

NOTICE OF WITHDRAWAL OF
COUNSEL ON BEHALF OF ALL
PLAINTIFFS

PLEASE TAKE NOTICE THAT Galen L. Knowles hereby withdraws as counsel for all Plaintiffs. Paul J. Lawrence, Jamie Lisagor, Sarah S. Washburn, and Meha Goyal of Pacifica Law Group will remain as counsel for all Plaintiffs. This notice of withdrawal is effective immediately.

DATED this 17th day of April, 2026.

PACIFICA LAW GROUP LLP

*/s/ Galen Knowles*
Galen Knowles, WSBA #59644
Galen.Knowles@PacificaLawGroup.com
*Attorney for all Plaintiffs*

NOTICE OF WITHDRAWAL OF COUNSEL FOR ALL
PLAINTIFFS – 1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Washington via the CM/ECF system which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

DATED this 17th day of April, 2026.

/s/ Galen L. Knowles
Galen L. Knowles, WSBA #59644

NOTICE OF WITHDRAWAL OF COUNSEL FOR ALL
PLAINTIFFS – 2

PACIFICA LAW GROUP LLP
401 UNION STREET, SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750