THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT TURNER in his capacity as the Secretary of the U.S. Department of Housing and Urban Development, et al.<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL ON BEHALF OF PLAINTIFF CITY OF BEND |

PLEASE TAKE NOTICE THAT Michael J. Gaffney hereby withdraws as counsel for Plaintiff City of Bend. Ian Leitheiser, Elizabeth Oshel, Graham Provot, Jamie Lisagor, Meha Goyal, Naomi Tsu, Paul Lawrence, Sarah Washburn, Sharanya Mohan, and Toby Merrill will remain as counsel for Plaintiff City of Bend. This notice of withdrawal is effective September 18, 2026.

Dated this 17th day of September 2026.

*/s/ Michael J. Gaffney*
Michael J. Gaffney (OSB #251680)
*Senior Assistant City Attorney*
City of Bend
PO Box 431
Bend, OR 97709
(541) 693-2128
mgaffney@bendoregon.gov
*Attorney for Plaintiff City of Bend*

*/s/ Ian M. Leitheiser*
Ian M. Leitheiser (OSB #993106)
*City Attorney*
City of Bend
PO Box 431
Bend, OR 97709
(541) 693-2128
ileitheiser@bendoregon.gov
*Attorney for Plaintiff City of Bend*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing document wit the Clerk of the United States District Court for the Eastern District of Washington via the CM/ECF system which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

Dated this 17th day of September 2026.

*/s/ Michael J. Gaffney*
Michael J. Gaffney (OSB #251680)
*Senior Assistant City Attorney*
*Attorney for Plaintiff City of Bend*



City of Bend
PO Box 431
Bend, OR 97709
Phone: (541) 382-5505
Fax: (541) 385-6676