HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br>vs.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF ALL PLAINTIFFS |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Luther Reed-Caulkins of Pacifica Law Group LLP associates with Paul J. Lawrence, Jamie Lisagor, Sarah S. Washburn, and Meha Goyal of Pacifica Law Group and appears as counsel of record for all Plaintiffs. You are hereby notified that service of all further pleadings, notices, documents or other papers, exclusive of process, may be had upon Plaintiffs by serving the undersigned attorneys of record at the address stated below.



PACIFICA LAW GROUP LLP
401 UNION STREET, SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

DATED this 29th day of October.

PACIFICA LAW GROUP LLP

*/s/ Luther Reed-Caulkins*
Luther Reed-Caulkins, WSBA #62513
401 Union St., Suite 1600
Seattle, WA 98101
Ph. 206.245-1700
luther.reed-caulkins@PacificaLawGroup.com
*Attorneys for all Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Washington via the CM/ECF system which will send notification of such filing to all parties who are entered in this matter and registered with the CM/ECF system.

DATED this 29th day of October, 2026.

*/s/ Mendy Graves*
Legal Assistant



PACIFICA LAW GROUP LLP
401 UNION STREET, SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750