# EXHIBIT D

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** **CPF Grant**
OFFICE OF COMMUNITY PLANNING AND DEVELOPMENT
**FEDERAL AWARD AGREEMENT**

**A. General Federal Award Information**

| | |
|---|---|
| 1. Recipient name (must match Unique Entity Identifier name) and address:<br>Hennepin County, Minnesota<br><br>300 South 6th Street,Minneapolis, MN 55487 | 12. Assistance listing number and title:<br>14.251 Economic Development Initiative, Community Project Funding, and Miscellaneous grants |
| 2. Recipient's Unique Entity Identifier:<br>HNKNH2W4RMQ3 | 13. Amount of federal funds obligated by this action:<br>$500,000.00 |
| 3. Tax Identification Number:<br>416005801 | 14. Total amount of federal funds obligated:<br>$500,000.00 |
| 4. Federal Award Identification Number (FAIN):<br>B-26-CP-MN-1189 | 15. Total approved cost sharing (if applicable):<br>N/A |
| 5. Instrument type:<br>Grant ☒ | 16. Total federal award amount, including approved cost sharing:<br>$500,000.00 |
| 6. Period of performance start and end dates:<br>02/03/2026 - 08/31/2034 | 17. Budget approved by HUD:<br>$500,000.00 |
| 7. Budget period start and end dates:<br>02/03/2026 - 08/31/2034 | 18. Fiscal year:<br>2026 |
| 8. Initial Agreement ☒ Amendment ☐ # | 19. Statutory authority: Public Law 119-75 and Joint Explanatory Statement for Division D of Public Law 119-75 contained in the House section of the Congressional Record on January 22, 2026. |
| 9. Indirect cost rate (per § 200.414):<br><br>Recipients must complete Addendum 3: Indirect Cost Rate Schedule | 20. Applicable appropriations act(s):<br>Public Law 119-75 |
| 10. Is this award for research and development (per 2 C.F.R. § 200.1)? Yes ☐ No ☒ | 21. Notice/notice of funding opportunity this award is made under (if applicable):<br>Not Applicable |
| 11. Awarding official name and title:<br>, | 22. Program regulations (if applicable):<br>Not Applicable |
| 23. Federal award description:<br>Community Project Funding (CPF) program provides federal financial assistance to eligible recipients for specific projects identified by Congress and administered by the U.S. Department of Housing and Urban Development (HUD). Assistance is provided on a project-specific basis to carry out eligible activities consistent with HUD's statutory authorities, including but not limited to housing development, public facilities, community infrastructure, and economic development initiatives.<br>• Addendum 1. Policy Requirements<br>• Addendum 2. Program-Specific Requirements<br>• Addendum 3. Indirect Cost Rate Schedule | |

NOW, THEREFORE, in consideration of the premises and the mutual covenants set forth herein, the parties hereto hereby agree as follows:

*Authority and Agreement*. This U.S. Department of Housing and Urban Development, Office of Community Planning and Development, Federal Award Agreement (Agreement) between the U.S. Department of Housing and Urban Development (HUD) and the grant recipient herein above named (Recipient) (collectively the parties hereto or the Parties), regarding the award of Federal funding hereinabove described (Federal Award) is made pursuant to the statutory authority above (box 19) and is subject to the applicable appropriations act(s) (box 20). The relevant funding notice (box 21), any attached Specific Terms and Conditions, and the attached addenda (box 23).

**B. Terms and Conditions**

1. *General terms and requirements*. The Recipient must comply with all applicable federal laws, regulations, and requirements, unless otherwise provided through HUD's formal waiver authorities. This agreement, including any attachments and addenda, may only be amended in writing executed by parties to this agreement and any addenda.
2. *Compliance with Administrative Requirements*. The Recipient shall comply with requirements established by the Office of Management and Budget (OMB) concerning the Unique Entity Identifier (UEI); the System for Award Management (SAM.gov.); the Federal Funding Accountability and Transparency Act as provided in 2 C.F.R. part 25, Universal Identifier and General Contractor Registration; and 2 C.F.R. part 170, Reporting Subaward and Executive Compensation Information. The Recipient is responsible for updating and maintaining current and accurate information in SAM.gov, including updating the UEI or Employer Identification Number (EIN), as necessary, if administration of the award is transferred to a different subcomponent, division, or location within the Recipient's organization that uses a different UEI or EIN. Recipients must require Subrecipients to comply with the requirements in this paragraph, as applicable. "Subrecipient" for purposes of this agreement has the same meaning as it is used in 2 CFR § 200.1 and means an entity that receives a subaward from a pass-through entity to carry out part of a Federal award. The term subrecipient does not include a beneficiary or participant. A subrecipient may also be a recipient of other Federal awards directly from a Federal agency.
3. *Compliance with 2 C.F.R. part 200*. The Recipient must comply with the applicable requirements at 2 C.F.R. part 200, as may be amended from time to time. If any previous or future amendments to 2 C.F.R. part 200 replace or renumber any part 200 section cited in HUD's regulations in Title 24 of the Code of Federal Regulations, the amended part 200 requirements will govern award activities carried out after the amendments' effective date.
4. *Future budget periods*. If the period of performance spans multiple budget periods, subsequent budget periods are subject to the availability of funds, program authority, satisfactory performance, and compliance with the terms and conditions of the Federal award.
5. *Indirect Cost Rate*. If the Recipient intends to use a negotiated or de minimis rate for indirect costs, the Recipient must submit an Indirect Cost Rate form to HUD, with this agreement using Addendum #3 "Indirect Cost Rate Schedule". The submitted form/addendum will be incorporated into and made part of this agreement, provided that the rate information is consistent with the applicable requirements under 2 C.F.R. § 200.414. If there is any change in the Recipient's indirect cost rate, it must immediately notify HUD and execute an amendment to this agreement to reflect the change if necessary.
6. *Recipient integrity and performance matters*. If the Federal share of this award is more than $500,000 over the period of performance (box 6), the terms and conditions in 2 C.F.R. part 200 Appendix XII apply to this agreement.
7. *Recordkeeping and Access to Records*:

a. *Generally:* The Recipient hereby agrees to maintain complete and accurate documentation for this Federal Award and related activities to include, without limitation, financial records, supporting documentation, and statistical records, books of account, ledgers, financial and project reports, records, statements, data the originals of all agreements between the Recipient and any and all individuals or entities which receive funding pursuant to or arising out of this Agreement, whether directly from Recipient or from individuals or entities to whom Recipient has provided funding, any and all data on any individual or entity that receives money, in-kind assistance or services, or any benefit of any kind from or as a direct or indirect result of the Federal Award, including, without limitation, a Subrecipient or other entity that receives a subaward from a pass-through entity to carry out part of the Federal Award; contractor, vendor, consultant, any other entity performing activities funded in whole or in part under this Federal award; and any beneficiaries, participants, and other end-users of the funds, to the fullest extent permitted by law, and all such other documentation in such a manner as to permit the Recipient to prepare statements and reports in compliance with applicable HUD requirements and OMB requirements in 2 CFR part 200 for recordkeeping and reporting, which may be amended from time to time, (Grant Documentation). Recipient further agrees that the term Grant Documentation includes all Subrecipient data consistent with the above and 2 CFR 200.332 and to ensure that it obtains and maintains access to such Subrecipient data. Recipient agrees that the creation, maintenance, preservation and disclosure by Recipient of Grant Documentation is fundamental to the prevention of fraud, waste and abuse and to the satisfaction of its obligations to prevent fraud, waste and abuse and the performance of its obligations under this Agreement and applicable HUD rules and regulations.

b. *Access to Records and Personnel*: In addition to the foregoing, and in no way a limitation of anything contained in the foregoing or in this Agreement, or of HUD's rights and remedies available to it under the terms of this Agreement, applicable statutes, laws and regulations, and otherwise at law or equity, HUD, Inspectors General, the Comptroller General of the United States, or any of their authorized representatives shall have the right of prompt, full, and complete access to any and all records of the Recipient and any other entities doing business with Recipient or otherwise receiving funds or benefits from Recipient, as specified in subsection a, and that are pertinent to the Federal Award to the fullest extent permitted by law, including records relevant to the administration, receipt, and use of this award and award activities, in order to perform audits, reviews and investigations, execute site visits, make or obtain copies thereof, or for any other official use. Such records include those that identify the source and application of funds, including relevant Grant Documentation data to the extent disclosure is not prohibited by law, in such a manner as to allow HUD to determine that all funds are and have been expended in accordance with program requirements and in a manner consistent with applicable law. The right of access includes prompt, full, and complete access as HUD may require to the Recipient and other entities and persons identified in subsection and their personnel, for the purpose of interview and discussion at such dates, times and locations as HUD may require related to such documents or the Federal Award in general, to the fullest extent permitted by law. In lieu of or in addition to an on-site inspection, Recipient also agrees to furnish HUD such financial and project reports, records, statements, data, and documents in such form, from Recipient or other entity or person identified above, and accompanied by such reporting data as required by HUD. Recipient shall supply to HUD any and all Grant Documentation in legible and usable form as HUD may specify and within the time specified by HUD and at Recipient's expense. Recipient shall also make certifications, as HUD may request at such

times and in such manner and format as required by HUD, that all Documentation which Recipient supplies to HUD is true, accurate and complete in all aspects and regards.

c. *New Reporting Tools*: Further, the Recipient hereby acknowledges that HUD is in the process of implementing new grants management and reporting tools for all Documentation and other documents and records pertinent to the Federal Award. Recipient agrees to report on grant performance and financial activities (including vendor and cash disbursement supporting details for the Recipient and its Subrecipients) using these new tools when they are released, and as updated, and to satisfy all requests for records pertinent to the Federal Award as described above. HUD will work with the Recipient to support the Recipient's transition to the new reporting tools. Once such new tools are implemented, Recipient shall make timely reporting utilizing such new reporting tools and such other reporting as is required by this Agreement and applicable statutes, laws and regulations. HUD reserves the right to exercise all of its available rights and remedies for any noncompliance with these grants management and financial reporting requirements, to include, without limitation, requiring 100% review, additional or more detailed reports, suspension or termination of disbursements, and all other legally available remedies, to the furthest extent permitted by law. Recipient shall also make certifications at such times and in such manner and format as required by HUD that its reporting and the information contained therein is true, accurate and complete in all aspects and regards.

8. *Noncompliance*. If the Recipient fails to comply with the provisions of this agreement, HUD may take any and all remedial actions authorized by applicable statutes, regulations or 2 C.F.R. § 200.339, as applicable. Nothing in this agreement shall limit any remedies otherwise available to HUD in the case of noncompliance by the Recipient. No delay or omissions by HUD in exercising any right or remedy available to it under this agreement shall impair any such right or remedy or constitute a waiver of or acquiescence in any Recipient noncompliance.
9. *Termination provisions*. Unless superseded by program statutes, or regulations, the termination provisions in 2 C.F.R. § 200.340 apply.
10. *Build America, Buy America*. The Recipient must comply with the requirements of the Build America, Buy America (BABA) Act, 41 U.S.C. § 8301 note, and all applicable rules and notices, as may be amended, if applicable. Pursuant to HUD's Notice, "Public Interest Phased Implementation Waiver for FY 2022 and 2023 of Build America, Buy America Provisions as Applied to Recipients of HUD Federal Financial Assistance" (88 Fed. Reg. 17001), BABA requirements apply to any infrastructure projects HUD has obligated funds for after the effective dates, unless excepted by a waiver.
11. *Fiduciary Relationship*. Recipient acknowledges and agrees that it stands in a fiduciary relationship to HUD and the American people with respect to the Federal Award. Recipient shall act solely for the benefit of HUD and the American people with respect to the Federal Award, and undertakes a duty of absolute loyalty, trust, and confidence. In performing its obligations under this Agreement, Recipient shall act in good faith, avoid all conflicts of interest, exercise the due care required of a fiduciary, and make full and complete disclosure of all material facts and business opportunities and other matters required to be disclosed by this Agreement and applicable law relating to this Agreement, the Federal Award and all funds derived therefrom.
12. *Waste, Fraud and Abuse*. Recipient acknowledges and agrees that the prevention, discovery, exposure and prosecution of waste, fraud and abuse in Federal grant programs and procurement and the activities which Federal funding supports, and recoveries therefrom, are in the best interests of Recipient and the American people. Accordingly, Recipient agrees to cooperate fully with HUD and the Task Force to Eliminate Fraud established in Executive Order 14395 of March 16,

2026, *Establishing the Task Force To Eliminate Fraud*, in all manners and respects as required by HUD.

13. *Whistleblower Protections.* Any person who becomes aware of the existence or apparent existence of fraud, waste, or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). Allegations of fraud, waste, and abuse related to HUD programs can be reported to the HUD OIG hotline via phone at 1-800-347-3735 or online hotline form. The Recipient must comply with 41 U.S.C. § 4712, which includes informing employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, recipient, and Subrecipient—as well as a personal services contractor—who make a protected disclosure about a Federal award or contract cannot be discharged, demoted, or otherwise discriminated against if they reasonably believe the information they disclose is evidence of (1) gross mismanagement of a Federal contract or award; (2) waste of Federal funds; (3) abuse of authority relating to a Federal contract or award; (4) substantial and specific danger to public health and safety; or (5) violations of law, rule, or regulation related to a Federal contract or award.
14. *Third-Party Claims.* Nothing in this agreement shall be construed as creating or justifying any claim against the federal government or the Recipient by any third party.
15. *Rule of Construction and No Construction Against Drafter.* Notwithstanding anything contained in this agreement, the terms and conditions hereof are to be construed to have full and expansive effect in both interpretation and application, and the parties agree that the principle of interpretation that holds that ambiguities in terms or conditions are construed against the drafter shall not apply in interpreting this agreement.
16. *Miscellaneous Provisions.*
    a. Headings are for convenience of reference only and shall not affect the construction, meaning, or interpretation of this Agreement.
    b. No modification of this Agreement shall be effective unless it is in writing and signed by both Parties. Further, the Recipient agrees to not change, edit or modify this Agreement or its terms before or after executing it and returning it to HUD. The Recipient agrees that any such changes shall be null and void and not binding upon HUD.
    c. If any part or provision of this agreement is enjoined or held to be void or unenforceable in any jurisdiction, it shall be ineffective as to such jurisdiction and only to the extent of such prohibition or enjoinment and shall not invalidate or affect the legality or enforceability of the remaining provisions and applications of this agreement. In the event the enjoinment of such provisions is stayed, dissolved or reversed, the full terms of this agreement, including such provisions, will automatically become effective. This clause is self-executing and will become effective, binding, and enforceable automatically upon execution of this agreement.

[REST OF PAGE INTENTIONALLY BLANK]

**C. Federal Award Performance Goals**

The Recipient must meet any applicable performance goals, indicators, targets, and baseline data as required by applicable program requirements.

**D. Specific Terms and Conditions** Not applicable ☒ Attached ☐

| | | |
|---|---|---|
| For the U.S. Department of HUD<br>(name and title of authorized official) | Signature | Date/ Federal Award Date |
| For the Recipient<br>(name and title of authorized official) | Signature | Date |

**ADDENDUM 1. POLICY REQUIREMENTS**

If applicable:

1. The Recipient shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.

2. The Recipient agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.

3. The Recipient certifies that it does not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964.

4. The Recipient shall not use any grant funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment.

5. This Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or NOFO requirements implementing Executive Orders that have been revoked.

6. The Recipient must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

7. No state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or shields illegal aliens from deportation, including by maintaining policies or practices that materially impede enforcement of federal immigration statutes and regulations.

8. The Recipient must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

9. Faith-based organizations may be Subrecipients for funds on the same basis as any other organization. Recipients may not, in the selection of Subrecipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

10. Awards to Subrecipients made under, relating to or arising out of the Federal Award will not be used to engage in illegal racial discrimination including racial preferences.

11. Awards to Subrecipients made under, relating to or arising out of the Federal Award will not be distributed in a way that violates or otherwise is used to interfere with constitutional protections guaranteed for speech and religious beliefs and the free exercise of religion.

12. Awards made under, relating to or arising out of the Federal Award will not be used to fund any project, service provider, or organization that operates illegal drug injection sites or "safe consumption sites" in violation of 21 U.S.C. § 856, knowingly permit the use or distribution of illicit drugs on property under their control in violation of 21 U.S.C. 856(a)(2), or knowingly distribute drug paraphernalia in violation of 21 USC 863. This is not a requirement that program participants must be sober in order to receive assistance, participate in treatment in order to receive assistance, or be evicted or exited from assistance for a first-time violation of a drug-related program policy or lease requirement.

13. All agreements or contracts made under, relating to or arising out of the Federal Award must contain the same terms and conditions as those in the grant agreement issued by HUD. Any conflicting terms and conditions must be approved by HUD.

14. Recipient shall comply with all applicable workforce management requirements, regulations and statutes, including, without limitation, Title VII of the Civil Rights Act of 1964, 8 U.S.C. § 1324a, the Copeland "Anti-Kickback" Act, and the Drug-Free Workplace Act of 1988, as they may apply.

**ADDENDUM 2. PROGRAM-SPECIFIC REQUIREMENTS**

**14.251, Economic Development Initiative Community Project Funding, and Miscellaneous Grants**

1. *Federal Award Description and Approved Budget.* The Recipient must use the Federal funds provided under this Grant Agreement (Grant Funds) to carry out the "Project." The Recipient's Project shall be as described in the Project Narrative that is approved by HUD as of the date that HUD signs this Grant Agreement. The Recipient must use the Federal funds as provided by the Approved Budget. The Approved Budget shall be the line-item budget that is approved by HUD as of the date that HUD signs this Grant Agreement.

2. *Drawdown Requirements*. The Recipient must use DRGR or any such successor system to draw down Grant Funds and report to HUD on activities. Each drawdown of Grant Funds constitutes a representation by the Recipient that the funds will be used in accordance with this Grant Agreement.

3. *Project and Budget Changes*. All changes to the Recipient's Project or Approved Budget must be made in accordance with 2 CFR 200.308 and this Grant Agreement. To request HUD's approval for a change in the approved Project Narrative or Budget, the Recipient must submit a formal letter to HUD's Office of Economic Development - Congressional Grants Division (CGD). The Recipient is prohibited from making project or budget changes that would conflict with the applicable appropriations act(s) and statutory authority (box 19 and 20).

4. *Pre-Award Costs*. Federal funds may be used to reimburse eligible costs incurred before execution of the grant agreement when the costs are incurred on or after the enactment date of the applicable appropriation act(s) (box 20) and:
    1. The costs are to meet the requirements under the National Environmental Policy Act (NEPA) and HUD's NEPA-implementing regulations at 24 CFR Part 50 or 24 CFR Part 58.
    2. The costs would otherwise be allowable under 2 CFR 200.403(a) through (g).

5. *Environmental Review.* The Recipient must comply with the environmental review requirements under the National Environmental Policy Act (NEPA) and HUD's NEPA implementing regulations at 24 CFR Part 50 or 24 CFR Part 58. The environmental review and a Request for Release of Funds and certification must be approved by HUD prior to taking any choice limiting action and to avoid violations under 24 CFR 58.22, which prohibits limitations on activities pending clearance, and under Section 110(k) of the National Historic Preservation Act which prohibits anticipatory demolition or significant hard of historic properties prior to completion of the historic preservation review process known as Section 106 review.

6. *Restriction on Use of Funds for Computer Networks.* No Federal funds under this award may be used to maintain or establish a computer network that does not block the viewing, downloading, and exchanging of pornography. This requirement does not limit the use of funds necessary for any

Federal, State, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities.

7. *Performance and Financial Reporting Requirements*. The Recipients must submit a performance and financial report, including a report on the status of property acquired with CPF funds, on a semi- annual basis as proscribed by HUD, and consistent with 2 CFR 200.328-200.330 no later than 30 calendar days after the end of the reporting period. The first of these reporting period begins on the first of January or June, whichever occurs first, after the date this Grant Agreement is executed by HUD. No drawdown of funds will be allowed while the Recipient has an overdue performance or financial report.

8. *Project Closeout.* In accordance with 2 CFR Part 200, the Recipient must submit to HUD a written request to close out the grant no later than 30 calendar days after the Recipient has drawn down all grant funds and completed the Project as described in the approved Project Narrative and Budget. HUD will then provide a closeout agreement to the Recipient. The closeout process may include a HUD review to determine compliance with the Grant Agreement by all participating parties. The Recipient agrees to cooperate with any HUD review, including on-site inspection of property acquired or improved with grant funds. No later than 120 calendar days after the Period of Performance, Recipient shall provide to HUD the Grant closeout agreement, as well as required final financial, performance and property reports.

9. *Public Use/Eminent Domain.* No Federal Funds provided under this award may be used to support any Federal, State, or local projects that seek to use the power of eminent domain, unless eminent domain is employed only for public use. For the purposes of this requirement, public use shall not be construed to include economic development that primarily benefits private entities. Any use of funds for mass transit, railroad, airport, seaport, or highway projects as well as utility projects that benefit or serve the general public (including energy-, communication-, water-, and wastewater-related infrastructure), other structures designated for use by the general public or which have other common-carrier or public-utility functions that serve the general public and are subject to regulation and oversight by the government, and projects for the removal of an immediate threat to public health and safety or brownfield as defined in the Small Business Liability Relief and Brownfields Revitalization Act (Pub. Law No. 107–118) shall be considered a public use for purposes of eminent domain.

10. *Uniform Relocation Assistance and Real Property Acquisitions Policies Act*. Unless the Recipient is a Federally recognized Tribe, the Recipient must comply with the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (URA) as implemented by regulations at 49 CFR Part 24. The URA applies to acquisitions of real property and relocation occurring as a direct result of the acquisition, rehabilitation, or demolition of real property for Federal or Federally funded programs or projects. Real property acquisition that receives Federal financial assistance for a program or project, as defined in 49 CFR 24.2, must comply with the acquisition requirements contained in 49 CFR part 24, subpart B. Unless otherwise

specified in law, the relocation requirements of the URA and its implementing regulations at 49 CFR part 24, cover any displaced person who moves from real property or moves personal property from real property as a direct result of acquisition, rehabilitation, or demolition for a program or project receiving HUD financial assistance.

11. *Lead Based Paint Requirements*. If grant funds are used for purchase, lease, support services, operation, or work that may disturb painted surfaces, of pre-1978 housing, the Recipient must comply with the lead-based paint evaluation and hazard reduction requirements of HUD's lead-based paint rules (Lead Disclosure; and Lead Safe Housing (24 CFR part 35)), and EPA's lead-based paint rules (e.g., Repair, Renovation and Painting; Pre-Renovation Education; and Lead Training and Certification (40 CFR part 745)).

12. *Real and Personal Property Reporting Requirements*. The Recipient must report and account for all property acquired or improved with federal funds as provided by 2 CFR Part 200 using the applicable OMB approved forms on the Grants.gov website (https://grants.gov/forms/forms-repository/post-award-reporting-forms). This reporting obligation includes submitting status reports on real property at least annually as provided by 2 CFR 200.330, accounting for real and personal property acquired or improved with Grant Funds as part of Project Closeout, and promptly submitting requests for disposition instructions as provided by 2 CFR 200.311, 200.312, and 200.314.

13. *Generally Applicable HUD Requirements*. Recipients and their subrecipients must comply with the generally applicable HUD requirements in 24 CFR Part 5, subpart A, including all applicable fair housing, and civil rights requirements. Grants to Tribes and TDHEs are subject to the nondiscrimination requirements in 24 CFR 1000.12 in lieu of the nondiscrimination requirements in 24 CFR 5.105(a).

14. *Section 3 Requirements*. The Recipient must comply with Section 3 of the Housing and Urban Development Act of 1968 (Section 3), 12 U.S.C. 1701u, and HUD's regulations at 24 CFR Part 75, as applicable, including the reporting requirements at 24 CFR 75.25.

15. *Suspension and Debarment*. The Recipient must comply with the governmentwide debarment and suspension requirements in 2 CFR part 180 as incorporated and supplemented by HUD's regulations at 2 CFR part 2424.

16. *Conflicts of Interest*. In the procurement of property or services by recipients and subrecipients, the conflict-of-interest rules in 2 CFR 200.317 and 2 CFR 200.318(c) shall apply. In all cases not governed by 2 CFR 200.317 and 2 CFR 200.318(c), recipients and subrecipients must follow the requirements contained in paragraphs ii-v of the "Conflict of Interest" section in the applicable Community Project Funding Grant Guide.

17. *Prohibition Against Lobbying Activities*. Unless the Recipient is a Federally recognized Indian Tribe or

a TDHE established by a Federally recognized Indian Tribe under an exercise of that Indian Tribe's sovereign power, the Recipient must comply with Section 319 of Public Law 101-121, 31 U.S.C. 1352, (the Byrd Amendment), and 24 CFR Part 87 and its Appendices. The Byrd Amendment and 24 CFR part 87 prohibit recipients of federal awards from using appropriated funds for lobbying the executive or legislative branches of the Federal government in connection with a Federal award.

18. *Drug-Free Workplace*. The Recipient must comply with drug-free workplace requirements in Subpart B of 2 CFR Part 2429, which adopts the governmentwide implementation (2 CFR Part 182) of sections 5152-5158 of the Drug-Free Workplace Act of 1988, P.L. 100-690, Title V, Subtitle D (41 U.S.C. 701-707).

19. *Trafficking of Persons*. The Recipient must comply with the award term in Appendix A of 2 CFR part 175.

20. *Violence Against Women Act*. The Recipient will comply with the right to report crime and emergencies protections at 34 U.S.C. § 12495 of the Violence Against Women Act.

**ADDENDUM 3. INDIRECT COST RATE SCHEDULE**

As the duly authorized representative of the Recipient, I certify that the Recipient:

☐ Will not use an indirect cost rate to calculate and charge indirect costs under the grant.

☐ Will calculate and charge indirect costs under the grant by applying a *de minimis* rate as provided by 2 CFR 200.414(f), as may be amended from time to time.

☐ Will calculate and charge indirect costs under the grant using the indirect cost rate(s) listed below, and each rate listed is included in an indirect cost rate proposal developed in accordance with the applicable appendix to 2 CFR part 200 and, *if required*, was approved by the cognizant agency for indirect costs.

| Agency/Dept./Major Function | Indirect cost rate | Direct Cost Base |
|---|---|---|
| | | |

<u>Instructions for the Recipient</u>:
The Recipient must mark the one (and only one) checkbox above that best reflects how the Recipient's indirect costs will be calculated and charged under the grant. Do not include indirect cost rate information for subrecipients.

The table following the third box must be completed only if that box is checked. When listing a rate in the table, enter both the percentage amount (e.g., 10%) and the type of direct cost base to be used. For example, if the direct cost base used for calculating indirect costs is Modified Total Direct Costs, then enter "MTDC" in the "Type of Direct Cost Base" column.

If using the Simplified Allocation Method for indirect costs, enter the applicable indirect cost rate and type of direct cost base in the first row of the table.

If using the Multiple Allocation Base Method, enter each major function of the organization for which a rate was developed and will be used under the grant, the indirect cost rate applicable to that major function, and the type of direct cost base to which the rate will be applied.

If the Recipient is a government and more than one agency or department will carry out activities under the grant, enter each agency or department that will carry out activities under the grant, the indirect cost rate(s) for that agency or department, and the type of direct cost base to which each rate will be applied.

To learn more about the indirect cost requirements, see 2 C.F.R. part 200, subpart E and Appendix VII to Part 200 (for state and local governments).

**NARRATIVE**

Project Address :

## APPROVED BUDGET

### SF424 – ESTIMATED FUNDING

| Funding Name | Amount |
|---|---|
| NO_VALUE | NO_VALUE |

### CPF – ESTIMATED FUNDING

| Funding Source | Estimated Funding |
|---|---|
| NO_VALUE | NO_VALUE |