THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,<br><br>Defendants. | No. 2:25-cv-00814-BJR<br><br>DECLARATION OF JASON GREENSPAN IN SUPPORT OF PLAINTIFFS' FIFTH MOTION FOR PRELIMINARY INJUNCTION |

I, Jason Greenspan, declare and state the following:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge and my review of relevant business records.

2. I am the Community Development Director for the City of Bothell, Washington. I have been in that position since 2022. Prior to this position, I served as the Manager of Sustainable and Resilient Development at the Southern California Association of Governments from 2015 through 2022. Before that, I served as the Director of Planning and Community Development for Middletown Township in New Jersey, from 2008 through 2014. I hold a Bachelor of Arts in Urban Studies from Rutgers University and a Master of Science degree in Urban Studies from the University of Nebraska at Omaha.

3. As the Community Development Director for the City of Bothell, I am responsible for development, implementation, and monitoring of the City's formally adopted housing goals and policies, which include:

(a) ensuring quality affordable housing is accessible to all income levels;

(b) supporting the development and preservation of affordable housing, including housing for extremely low-, very low-, low-, and moderate-income households through public assistance and other means;

(c) ensuring fair and equal access to housing for all persons, particularly those with special needs, such as seniors, vulnerable populations, historically marginalized groups, and people with disabilities; and

(d) supporting the efforts of public and private non-profit agencies to develop assisted housing and/or housing-related human services, including services that enable residents to remain in their homes.

4. The City of Bothell, City residents, and community based organizations (CBOs) within the City have historically received, or have been eligible to receive, Community Development Block Grant ("CDBG") funding from the U.S. Department of Housing and Urban Development ("HUD") through the City of Bothell's participation in consortia with both King County and Snohomish County, as the City of Bothell is located within both counties. Through the consortia, Bothell's low- and moderate-income residents and its CBOs were able to access resources such as grants for repairing deficient housing units and operating and maintenance funds for emergency shelter and transitional housing.

5. With the U.S. Census Bureau estimating Bothell's 2025 population to be 52,199, the City has recently exceeded the population threshold of 50,000 residents for becoming a metropolitan community entitled to receive direct grants, including CDBG funding.

6. On August 11, 2026, the City received formal notification from HUD that the City of Bothell qualifies as a Metropolitan City under the CDBG program and is therefore,

eligible to become a CDBG entitlement grantee beginning in federal fiscal year 2027. That notification required the City of Bothell to make a choice as to whether to accept its status as a Metropolitan City and be eligible to receive annual CDBG funding directly, rather than participate through its consortia. The notification also informed the City that HUD headquarters estimated Bothell will be entitled to $240,679 in CDBG funds for the 2027 program year.

7. If the City of Bothell were to continue participation in the consortia through automatically renewable Interlocal Cooperation Agreements ("ICAs") with King and Snohomish Counties, this would mean forgoing annual direct funding for a period of three years, federal fiscal years 2027-2029—the federally mandated duration of the ICA. Forgoing annual direct funding was therefore not considered to be a practicable choice that served the public interest.

8. On August 19, 2026, the City notified HUD that it has accepted CDBG status as an independent Metropolitan City for Federal Fiscal Year 2027 and is opting to receive funding directly from HUD.

9. I am aware that HUD has incorporated significant new conditions into federal grant agreements and as part of federal grant applications received by other jurisdictions since President Trump's inauguration. These include, among other things, a certification that the recipient does not operate any diversity, equity, and inclusion (DEI) initiatives that violate "applicable Federal anti-discrimination laws," conditions imposing immigration status verification requirements, conditions requiring that the recipient shall not use grant funds to "facilitat[e] the subsidization or promotion of illegal immigration or abet[] policies that seek to shield illegal aliens from deportation", conditions requiring that the recipient shall not use grant funds to promote "gender ideology", and conditions requiring that the recipient agree that its compliance in all respects with federal nondiscrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act. More recently, I understand that HUD has incorporated additional new conditions into grant agreements, including CDBG grant agreements, received by other jurisdictions. These conditions require

recipients to agree to enter a "fiduciary relationship to HUD and the American people"; not to fund projects, providers, or organizations that engage in certain harm reduction services; to "cooperate fully" with a fraud task force established by executive order and "in all manners and respects as required by HUD"; and to maintain and provide HUD with extensive access to records beyond that required by applicable laws and regulations.

10. Based on my understanding of HUD's practices with respect to other jurisdictions and grant programs, I anticipate that HUD will require the City to agree to some or all of the above conditions with respect to the HUD funding that the City is now entitled to receive or will be entitled to in the future.

11. HUD's actions have left the City of Bothell in limbo about whether it will actually receive or be able to draw down CDBG grant funding. Specifically, the grant conditions would force Bothell to accept those conditions or lose access to approximately $240,679 in CDBG funds for 2027 and unknown amounts beyond. Further, for the City of Bothell to receive funding as a Metropolitan City, it was required to leave the King and Snohomish County consortia, first effective for fiscal years 2027-2029, which the City of Bothell did in July 2026, so it has no alternative for accessing CDBG funding.

12. The City of Bothell cannot agree to the new conditions from HUD on several grounds. For example, the immigration related conditions conflict with Washington State's Keep Washington Working statute, which creates the risk that the City of Bothell will face state level enforcement should Bothell be required to comply with such conditions. This places the City of Bothell in the untenable position between complying with state law and receiving federal funds. The conditions relating to DEI and/or "gender ideology" provide for substantial uncertainty, especially given the Trump administration's interpretation of federal anti-discrimination statutes. The even newer conditions requiring the City of Bothell to agree to enter into a "fiduciary relationship to HUD and the American people," to cooperate fully with a fraud task force, and requiring extensive records access to HUD are so broad and vague so as to provide substantial

uncertainty as to what such conditions are actually requiring of fund recipients. These vague and potentially extremely broad conditions pose substantial risk to the City of Bothell, including but not limited to risk of termination based on such undefined policy goals.

13. Loss of this federal funding and the opportunity to receive future federal funding will irreparably harm the City of Bothell, its residents, and the communities it serves by compromising the preservation of decent housing and suitable living environments for extremely low-, very low-, low-, and moderate-income households; reducing human services; reducing the City of Bothell's operating and planning capabilities; destabilizing immediate and future budgets; causing budgetary uncertainty; and disrupting operational and fiscal planning.

14. The uncertainty about whether the City will be able to accept CDBG funding for the next funding cycle is itself disrupting the City's ability to plan and budget. The City's 2027-2028 biennial budget is currently under consideration and must be adopted by the City Council by the end of this year. Not knowing whether CDBG funds will be available is creating uncertainty about which housing and human services programs the City can include in that budget, and whether the City must divert limited local funds to unexpectedly cover the cost of programs or projects that would typically be covered by CDBG formula grant resources. Because these budgeting decisions must be made now, it is important that the City have relief from the conditions now, rather than being forced to adopt its budget without knowing whether it can rely on CDBG funds allocated to it.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6 day of November, 2026.

Jason Greenspan