**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MARTIN LUTHER KING, JR. COUNTY, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, *et al.*,<br><br>Defendant. | **Case No.** 2:25-cv-00814-BJR |

**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LCR 83.2(b)(3)**

PLEASE TAKE NOTICE that Toby Merrill, Sharanya Mohan, Naomi Tsu, and Graham Provost, of Public Rights Project, hereby withdraw as counsel of record for Plaintiff City of Los Angeles, in the above-captioned matter.

Pursuant to Local Civil Rule 83.2(b)(3), the City of Los Angeles will continue to be represented in this action by remaining counsel of record:

- Paul J. Lawrence, Jamie L. Lisagor, Sarah S. Washburn, Meha Goyal, and Luther Reed-Caulkins of Pacifica Law Group LLP; and
- Michael J. Dundas, Adrienne S. Khorasanee, and Joshua M. Templet of the Office of the Los Angeles City Attorney.

This withdrawal will not leave the City of Los Angeles without representation. All future pleadings, notices, and correspondence should continue to be directed to the remaining counsel of record.

DATED this 20th day of November 2026.

PUBLIC RIGHTS PROJECT

*/s/ Sharanya Mohan*
Sharanya (Sai) Mohan
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
sai.mohan@publicrightsproject.org

**WITHDRAWING COUNSEL**

PUBLIC RIGHTS PROJECT

*/s/ Toby Merrill*
Toby Merrill, MA Bar No. 601071 (*pro hac vice*)*
toby.merrill@publicrightsproject.org

*/s/ Sharanya Mohan*
Sharanya (Sai) Mohan, CA Bar No. 350675 (*pro hac vice*)
sai.mohan@publicrightsproject.org

*/s/ Naomi Tsu*
Naomi Tsu, OR Bar. No. 242511 (*pro hac vice*)
naomi.tsu@publicrightsproject.org

*/s/ Graham Provost*
Graham Provost, D.C. Bar No. 1780222 (*pro hac vice*)**
graham.provost@publicrightsproject.org

Public Rights Project
490 43rd St. Unit 115
Oakland, CA 94609
(510) 738 6788
*Withdrawing Attorneys for Plaintiff City of Los Angeles*

* Licensed in Illinois, Massachusetts, New York, and Washington, D.C. Not licensed to practice law in California
** Licensed in Washington, D.C. Not licensed to practice law in California.

**REMAINING COUNSEL OF RECORD**

PACIFICA LAW GROUP LLP

*/s/ Paul J. Lawrence*
Paul J. Lawrence, WSBA #13557
Paul.Lawrence@PacificaLawGroup.com

*/s/ Jamie Lisagor*
Jamie Lisagor, WSBA #39946
Jamie.Lisagor@PacificaLawGroup.com

*/s/ Sarah S. Washburn*
Sarah S. Washburn, WSBA #44418
Sarah.Washburn@PacificaLawGroup.com

*/s/ Meha Goyal*
Meha Goyal, WSBA #56058
Meha.Goyal@PacificaLawGroup.com

*/s/ Luther Reed-Caulkins*
Luther Reed-Caulkins, WSBA #62513
Luther.Reed-Caulkins@PacificaLawGroup.com

Pacifica Law Group LLP
401 Union Street, Suite 1600
Seattle, WA 98101
(206) 245-1700
*Attorneys for Plaintiff City of Los Angeles*

OFFICE OF THE LOS ANGELES CITY ATTORNEY

*/s/ Michael J. Dundas*
Michael J. Dundas, CA Bar No. 226930
mike.dundas@lacity.org

*/s/ Adrienne S. Khorasanee*
Adrienne S. Khorasanee, CA Bar No. 227704
adrienne.khorasanee@lacity.org

*/s/ Joshua M. Templet*
Joshua M. Templet, CA Bar No. 267098)
joshua.templet@lacity.org

Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, California 90012
(213) 978-8100
*Attorneys for Plaintiff City of Los Angeles*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I electronically filed the foregoing Notice of Withdrawal of Counsel Pursuant to LCR 83.2(b)(3) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 20th day of November 2026.

PUBLIC RIGHTS PROJECT

*/s/ Sharanya Mohan*
Sharanya (Sai) Mohan
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
sai.mohan@publicrightsproject.org