# UNITED STATES DISTRICT COURT

for the

Western District of Washington

MARTIN LUTHER KING, JR.COUNTY, et al.,
*Plaintiff*
v.
SCOTT TURNER, et al.
*Defendant*

Case No. 2:25-cv-00814-BJR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff City of Portland .

Date: 11/20/2026

/s/ Toby R. Merrill
*Attorney's signature*

Toby R. Merrill
*Printed name and bar number*

490 43rd St. Unit 115
Oakland, CA 94609
*Address*

toby.merrill@publicrightsproject.org
*E-mail address*

(510) 738-7688
*Telephone number*

*FAX number*